AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LARRY KLAYMAN
and
LOUISE BENSON

**SUMMONS IN A CIVIL CASE**

V.

JUDICIAL WATCH, INC.
and
THOMAS J. FITTON

CASE

CASE NUMBER   1:06CV00670

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Contract

DATE STAMP: 04/12/2006

TO: (Name and address of Defendant)

Judicial Watch, Inc.
c/o Alan P. Dye
1747 Pennsylvania Avenue, N.W., Suite 1000
Washington, DC  20006-4604

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel J. Dugan, Esquire
Spector Gadon & Rosen, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA  19103

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          APR 12 2006
CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 4-13-06    10:27 am |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify):  Alan P. Dye, Esquire, Registered Agent for Judicial Watch, Inc at 1747 Pennsylvania Ave., NW, Suite 1000, Washington, DC 20006

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    4-13-06
                    Date

*Signature of Server*

LEGAL SUPPORT SERVICES, INC.
1115 Mass. Ave., NW
Washington, DC 20005

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.