AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LARRY KLAYMAN
and
LOUISE BENSON

SUMMONS IN A CIVIL CASE

V.

JUDICIAL WATCH, INC.
and
THOMAS J. FITTON

CASE NUMBER 1:06CV00670

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Contract

DATE STAMP: 04/12/2006

CASE N

TO: (Name and address of Defendant)

Thomas J. Fitton
5245 42nd Street, NW
Washington, DC 20015

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel J. Dugan, Esquire
Spector Gadon & Rosen, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA 19103

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON            APR 12 2006

CLERK                                 DATE

*[signature]*
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  4-13-06    9:40 am |
| NAME OF SERVER (PRINT)  Andre W. Keith | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Judicial Watch, Inc., 501 School Street, SW, Suite 500, Washington, DC 20024

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-13-06
          Date             *Signature of Server*

LEGAL SUPPORT SERVICES, INC.
1115 Mass. Ave., NW
Washington, DC 20005

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.