**Judicial Watch**™

*Because no one
is above the law!*

November 15, 2002

Mrs. Louise C. Benson
5779 Rolling Rd.
Woodland Hills, CA  91367

Dear Louise,

Will you help us tell the political and legal elites
... Judicial Watch is here to stay?

The powerful government elite have spent the last
eight years hoping Judicial Watch would go away.  But we
haven't gone away.

We're more active than ever.

And the time has come to <u>establish a permanent
national headquarters</u> for Judicial Watch, right here in
Washington, D.C. -- in the belly of the beast, the center of
government corruption!

A permanent headquarters will shout to the world -- No
one is above the law!

Bill and Hillary Clinton won't like it.  Nor will the
entrenched bureaucracy that wants to continue to do
whatever they want with impunity.  But you will love it!

That's why I'm calling the project, <u>the Judicial Watch
"We're Here to Stay" Building Fund</u>.

It will be a major turning point in the fight against
public corruption.

I've prepared the enclosed video and other materials to
tell you about this exciting opportunity and to let you
know that your support is crucial to its success.

In the video and the materials, I will tell you my
long-term vision for Judicial Watch.

And I let you know <u>why we must act today</u> ...
especially since a generous supporter is about to establish

501 School Street, SW    Suite 500    Washington, DC  20024    Tel: (202) 646-5172    1(800) 333-5336
Fax: (202) 646-5199    email: info@judicialwatch.org    Web Site: http://www.JudicialWatch.org

Mrs. Louise C. Benson
Page Two

a special challenge grant we must take advantage of or lose.

Please take a few minutes to watch the video and read this letter and the other materials I've enclosed.

Then, I hope you'll help me take advantage of this incredible opportunity.

Thanks to you and so many other members of Judicial Watch, we have become the true "People's Independent Counsel."

We have taken on the most powerful individuals in our nation.

And we have <u>worked tirelessly</u> to fight for our clients' rights and for the rule of law.

Frankly, when the <u>appalling corruption of the Clinton Administration motivated me, in part, to push to open the doors of Judicial Watch</u> in 1994, I couldn't be sure we would survive for even a year ... and I hired staff and leased space accordingly.

But, unfortunately, public corruption is a growth industry.  Our caseload is now at an all-time high -- more than 150.

Our dedicated staff strains to keep up with our cases, even though we now employ more than 50 people -- attorneys, investigators, and professional and support staff -- and have regional offices in Chicago, Dallas, Los Angeles, Miami and New York City.

And the $600,000 annual rent payment we must make for our Washington, D.C. office space makes a big dent in the funds we have available for our cases.

That's why I'm so excited about the opportunity you and I have today ...

... to make our presence here in Washington, D.C., <u>permanent</u> and signal our <u>permanent</u> commitment to fighting the explosion of corruption in our public life.

And to put that annual $600,000 rent payment to work in that fight.

That opportunity is to purchase the historic building where our offices have been located since the day we opened our doors in 1994!

This is <u>where my staff and I launched our many historic cases</u>, and where dramatic legal depositions have been taken.

In fact, I had my private legal practice in this building before I founded Judicial Watch, so you can imagine how much this building means to me emotionally.  I have already spent 13 years of my life here as a tenant.

But it's not sentiment that has convinced me to attempt to purchase the building ... my decision is based on need, sound business sense and the remarkable challenge grant that we can't afford to pass up.

This decision will have a dramatic and lasting impact on Judicial Watch's mission and my vision for the future.

Because the purchase of this building is the <u>next vitally important and extremely urgent step in making that vision a reality</u>.

Time is of the essence.

That's why I hope you'll watch the enclosed video right away.

I want you to see just how great an impact, thanks to your help, Judicial Watch has had on the Beltway political and government elites over the past eight years.

And I want to explain the tremendous opportunities that the purchase of 501 School Street, S.W., presents to us.

Some of our most well-known clients -- all of whom have passed through the doors of our offices many times -- are featured in the video, including Gennifer Flowers, Linda Shenwick, Lt. Commander Jack Daly, and the Rev. Jesse Lee Peterson.

Your endorsement of this next step in Judicial Watch's growth and mission is absolutely essential to me, just as I've depended on your generous support to get where we are today.

<u>I can't do it without your help</u>.

Thanks to your support, we've become the nation's recognized leading national public interest law firm.

Most importantly, <u>we are winning</u>!

As I've said to you many times, the law grinds slowly,

but it also grinds fine.

And it's sometimes easy to get discouraged at the legal process -- especially when the powerful elite try to throw roadblocks in our way. But I have learned how to make sure they don't succeed!

As Congressman Bob Barr has said,

"If it weren't for Judicial Watch, we wouldn't have known 90% of what we know about the Clintons."

I'm deeply grateful for your support -- and you should be proud of what you have helped us accomplish!

Eight years ago, I didn't know if we'd last a year.

But today, we know that <u>Judicial Watch will be around for "the duration"</u> -- much to the regret of the "inside the Beltway" elites!

I'm convinced it's now time for Judicial Watch to commit itself to a major, permanent expansion of our work.

Establishing a permanent headquarters is the vital first step. <u>And our current building, where we have worked since our doors opened in 1994, is the perfect choice</u>.

The building is located in the heart of governmental Washington, just a few blocks from the U.S. Capitol.

More importantly, it's just an <u>8-minute walk from the judicial center</u> of Washington, where cases involving the federal government and its employees are heard.

That's where most of our legal actions are filed and tried, including most of our ongoing lawsuits against Bill and Hillary Clinton.

Another advantage of this building (which is only thirteen years old) is that it was designed with security in mind. And, in fact, a police station is right across the street.

Considering the nature of our cases and the materials we store at our offices, this security is extremely important to us and to our clients.

Because you're my partner in the work of Judicial Watch, let me tell you what the purchase of the building would mean for us and for our mission in the years ahead.

<u>If you can help us make this purchase, I pledge to you</u>

Mrs. Louise Cook Benson
Page Five

<u>we will be able to undertake the following</u>:

**1.   We'll be able to expand our legal staff
       and resources.**

As I mentioned earlier, our caseload is at an all-time
high.  The pace of the American legal system means that
some of our cases, like those we've filed against Bill and
Hillary Clinton, can and do take years to complete.

<u>And even as we continue to prosecute the Clintons for
their past crimes, we are also called upon to tackle new
cases</u>.  This year we have:

* initiated a lawsuit against Jesse Jackson that
  promises to strip away the media shield that has
  protected his fraudulent "non-profit" organizations;

* sued then House Minority Leader Dick Gephardt for
  assaulting a Republican congressional candidate to
  harm his election chances;

* prepared a serious legal action against then Senate
  Majority Leader Tom Daschle;

* sued James Carville, Bill Clinton and pornographer
  Larry Flynt on behalf of Congressman Bob Barr who
  had his privacy violated by them;

* have become actively involved in lawsuits to hold
  corporate bandits responsible for the financial
  misery they have caused for millions of American
  workers and investors; and

* sued Iraq, Osama Bin Laden, Saudi Arabia and others
  for the September 11, 2001 and Oklahoma City
  terrorist attacks.

To effectively carry forward all these actions, we must
hire more attorneys.  Making Hillary Clinton accountable
for her actions could probably justify an entire legal team
of its own!

My goal is to hire at least 15 more attorneys and
adequate support staff to assist them in their work.

But, right now, we simply don't have the room for that
many new employees, to say nothing of the space we need for
secure document review and storage.

We currently occupy two of the eight floors.  If we
purchase the building, we'll immediately take over an
additional floor to house these new hires.

As an added benefit, with more space <u>we could</u>

significantly expand our internship program.

We now hire a few dedicated college students to learn the ropes of legal investigations, media, communications and all the other activities that keep an organization like Judicial Watch running smoothly.

But more space would make it possible for us to develop an ongoing internship program for law students interested in prosecuting public corruption.

If we could attract a few smart conservative law students to come and work with us every year, we could build the foundation of a new generation of attorney-activists committed to fighting public corruption.

**2. We can build a state-of-the-art television and radio studio and dramatically expand our impact on public policy.**

As a tax-exempt public interest law firm, Judicial Watch's mission extends beyond the courtroom.

We also have a duty to inform and educate Americans about public corruption -- something the mainstream liberal media will do only when it suits their ideological agenda.

We have pursued this part of our mission by sponsoring radio and television programs that bring key players in the war against public corruption to our listeners and viewers.

Our media outreach is as important a part of our work as our litigation ... indeed, these two components of the fight against public corruption go hand in hand.

Judicial Watch President Tom Fitton and I host The Judicial Watch Report radio show every Saturday.

And now there's a weekday version of the show over the USA Radio Network, hosted by conservative commentator Jane Chastain and Russ Verney, director of our Southwestern Regional Office.

Tom and I also host a televised version of the Judicial Watch Report on cable television twice a week.

Currently, we tape our television show in a rented studio, and our radio show production is handled through the USA Radio Network's facilities, again at a cost to us.

If we can purchase our building, we plan to devote one entire floor to our media department.

This would include installing state-of-the-art radio

and television studios with the technology to constantly
expand and upgrade our broadcast, cable and airwaves "reach."

We'll save money and time by having our own studios in
the building.

Perhaps most importantly, having our own studios will
make it possible for us to explore and test a whole new
range of high-quality programs; shows the liberal media
won't air!

For example, we could shine the light of publicity
directly on Capitol Hill, where the incestuous relationships
between lobbyists and our elected representatives grow
every year, untouched by any real reform.

Other programs could examine the explosion in judicial
corruption at the state level or the continuing influence
Bill and Hillary Clinton (and their circle of fundraisers)
exert as Hillary plans her run for the White House.

I guarantee you -- you'll never see these
programs in the "mainstream" media!

3. **There would be major long-term financial
   benefits to owning our building, which
   would result in increasing our ability
   to fight corruption in the courts and
   the media.**

As a general rule, it's better to own than to rent.
Our accountants have shown us figures based on the office
real estate market here in Washington that absolutely make
this point.

And, frankly, commercial real estate is the best
investment right now, particularly in Washington, D.C.'s
"hot" commercial market.

If we buy the building, we plan to rent three of its
eight floors for at least the next five years.

The building is fully leased now, and we'll have no
problem continuing to lease available space thanks to its
location.

In fact, we estimate that over the next five years, our
lease income would total between $9 million and $9.9
million.

If we can raise enough money to purchase the building
outright, our lease income could go directly to fund our

programs.

_This new source of income for Judicial Watch would significantly lessen our dependence on fundraising_.

What's more, once we purchase the building, _we stop paying rent_!

Right now, we spend about $600,000 a year on rent.  In fact, my staff estimates that we'll spend $15 million in rent over the next 20 years (assuming we'll continue to expand and lease more space as needed).

The funds we would no longer spend on rent could also go immediately to our litigation against the Clintons, our other cases and our expanded media efforts.

> **4.  Purchasing our own building will send an unmistakable signal to the government, legal and corporate elites that Judicial Watch is here to stay!**

This last benefit of buying our building may be both the hardest to prove _and_ the most powerful!

As I said at the beginning of my letter to you, we have become the true "People's Independent Counsel."

And although we got our start in reaction to the scandals and lawbreaking of the Clinton Administration, the sad reality is that _little has changed in the culture of Washington, D.C.,_ since Bill Clinton left office.

In fact, the Justice Department continues to fight Judicial Watch on a whole range of cases.  Taxpayers are still paying for the defense of the Clintons and their band of criminals, such as former Attorney General Janet Reno.

And Congress has proven itself unwilling to take principled stands when they conflict with members of the "club," the special interests or the powerful in government.

But even if the Bush Administration and Congress both were to get serious about enforcing the rule of law and ethics in government (which history shows will not happen), _the entrenched federal bureaucracy is a powerful force against reform_.

Americans deserve an organization they can trust to fight corruption in government, and in the legal and corporate communities so closely tied to it.

Judicial Watch is that organization.

And now it is time for us to own, _permanently_, a national headquarters building that Americans can turn to for help when they see public corruption, in Washington or in their own communities.

It's time to create a permanent home for the one organization that Americans can trust to stand for the rule of law!

But without your major financial help today, our dream will remain just that.

In fact, I hope that you will carefully consider _making your largest gift ever_ to Judicial Watch, so we can buy our building at 501 School Street, S.W.

Here is the situation we face.

1. The asking price for our building is just under $21 million, which is a very fair price for a "young" building that contains 64,000 square feet of usable space, especially one so perfectly located for our work.

2. Our landlord has agreed to give us the first opportunity to purchase it, but our option to buy expires on December 31, 2002. At that time, the landlord may raise the price, and he may also seek another buyer.

I must have $7.6 million in hand by December 31st, so that we can make a significant down-payment on the building's purchase.

_I'm turning to key members and friends like you_ to help me make this purchase because I don't want to take money out of our current operating revenues.

We need every one of those budgeted dollars to support our ongoing lawsuits.

I'm also committed to raising the full purchase price for the building within the next twelve months, so that we are not encumbered with long-term mortgage payments.

Will you help by making a major donation to the Judicial Watch "We're Here to Stay" Building Fund?

Louise, I hope you will consider making a tax-deductible contribution of $50,000 to help us meet our $7.6 million goal by December 31st.

One of our friends is so committed to the prospect of

a permanent national headquarters for Judicial Watch that he has made a remarkably generous offer.

I am convinced that a key supporter will match, dollar for dollar, the first $1 million contributed to our building fund.

This is a <u>tremendous start</u> to our fundraising campaign.

If you can rush your contribution of $50,000 back to us soon, your contribution will be worth $100,000 to us.

One of the most exciting opportunities the purchase of our building gives us is the ability to recognize in visible and very special ways the financial support of the members whose contributions make this dramatic step possible.

For instance, <u>all supporters who contribute $1,000 or more will be recognized on a special plaque</u> in the lobby of our building.

They'll be forever memorialized for their key support in establishing a permanent headquarters to represent that "No one is above the law!" This is consistent with our goal of justice for all.

And to let the world know "we're here to stay."

They'll also receive a handsome plaque suitable for displaying in their home or office to show their support for this important principle.

Donors of $5,000 or more will also have their names engraved on special bricks located in front of the Judicial Watch building.

And donors of $10,000 or more <u>have the opportunity to have a part of the building named for them or someone they'd like to honor</u>, as well as special seating at the gala dinner we'll have to dedicate the building.

Please see the enclosed prospectus for other donor recognition categories, including the major naming opportunities that exist at the $100,000+ contribution levels.

This building means a lot to me personally -- and it will mean even more to me if your name is permanently displayed here as one of the members whose generosity helped us make it our permanent home.

Because I'm asking you to consider such a large gift

to Judicial Watch, I hate to emphasize the time element of your decision.

    But the landlord has made his timetable clear, and I must hear from you and our other major contributors by December 31st before I can commit to this purchase.

    Just think how much greater our impact on the culture of public corruption could be if we can:

    * eliminate rent from our budget,
    * reduce our dependence upon fundraising,
    * hire more attorneys,
    * bring on board law student interns, and
    * dramatically improve the quantity and quality of our radio and television programming!

    Your support has made us the nation's premier public interest law firm ... now I'm counting on you to make us a permanent conservative presence in Washington!

    I wish our system of government could ensure we would never have to worry about corruption by those entrusted with high office.

    But human nature is imperfect and I believe -- I know -- the work of Judicial Watch is vital to preserving and advancing the promise of our Founding Fathers.

    As our second and perhaps greatest American President, John Adams, stated just before he signed the Declaration of Independence,

        "The only foundation of a free
        Constitution is pure Virtue, and if
        this cannot be inspired into our
        People in a greater measure, than they
        have it now, they may change their
        Rulers and the forms of Government,
        but they will not obtain a lasting
        liberty."

    As my partner in this unique enterprise, your support is crucial to our success as we work to secure a permanent home in Washington and expand our work on behalf of the American people.

    I often think back to those days when there were just a few of us working out of much smaller offices in this same building.

    Frankly, I get emotional when I think of how you and over 250,000 other Americans joined with us because you

shared our vision and you trusted us to do what was right.

I pledged then that I wouldn't let you down.

To keep the vision alive, it's time to take this bold next step.

Working together, to use the words of the Prophet Isaiah, we can turn the "tarnished city" into the "faithful city."

Thank you for taking the time to read my letter, watch our video and review the other important documents I've prepared for you.

Your donation of $50,000 or whatever you can afford will make a big difference in our ability to fight public corruption over the next several years.

Please let me hear from you soon.

Sincerely,

Larry Klayman
Chairman & General Counsel

P.S. I cannot overstate the importance of your timely response to my appeal. Our landlord has made it clear that he will entertain other offers after December 31, 2002. This is such an important step for Judicial Watch that I truly hope you will help us with the most generous tax-deductible contribution you have ever made to Judicial Watch.

P.P.S. If you have any questions or concerns, please give me a call at 202-646-5172.

# *We're Here To Stay!*





# We're Here To Stay!



## *Plans For A Permanent Headquarters In Washington, D.C.*

# PROSPECTUS

**"Power corrupts, and absolute power corrupts absolutely."**
*Lord Acton*

Unfortunately, that statement is all too true. Human nature is imperfect. And the trappings of power seduce some into thinking they don't have to follow the rules everyone else follows.



Bill and Hillary Clinton were perfect examples. They ran the most corrupt presidential administration in history. From Filegate to Chinagate to Travelgate and on and on. They thought they were above the law!

Watching these abuses as a private citizen, attorney Larry Klayman decided something had to be done. So he founded Judicial Watch with the slogan, "No One is Above the Law!"

From a small office adjacent to his law firm, he hired a few staffers and they went to work. He knew he was up against the powerful political and government elites. And he didn't know if Judicial Watch would last even a year.

But it turned out that *thousands of Americans believed in Larry Klayman and in the mission of Judicial Watch.* As Judicial Watch filed suits against the Clinton Administration in one area, they'd find evidence of more abuses no one had known about. Judge Royce Lamberth said that "every time Judicial Watch turns over a rock, something climbs out from underneath."



Congressman Bob Barr, a House Impeachment Manager and hero of the attempt to bring Bill Clinton to justice, said,

"We wouldn't have known 90% of what we found out about Bill Clinton if it hadn't been for Judicial Watch."

Today, Judicial Watch is busier than ever, with more than 150 cases on-going. Some of these cases go back to the Clinton Administration; others are new.

Judicial Watch has had more than 100 major victories as these cases have wound their way through the courts. And, just this fall, we've had three jury trials scheduled.

Unfortunately, *public corruption is a growth industry.* The entrenched bureaucracy fights to keep the "status quo" and the illegal special privileges they think they deserve.

But Judicial Watch is there to enforce the rule of law and the vision of our Founding Fathers.

## SUCCESS BRINGS UNIQUE CHALLENGES

Judicial Watch's biggest challenge comes because of its success — there just isn't enough staff and office space to take on all the cases that come along. Unfortunately, the U.S. Department of Justice still refuses to prosecute the overwhelming majority of these cases, so it falls to a watchdog group like Judicial Watch to take up the slack and fight public corruption.

Judicial Watch has come a long way — from a very small staff to a staff of more than 50 that now occupies two entire floors of the same office building Larry Klayman started in 8 years ago, plus four regional offices with more on the way.

The question now is, how does Judicial Watch grow and ensure it will be around to fight public corruption for years to come?

The answer, in part — *ensure a permanent presence in Washington, D.C. by establishing and owning a national headquarters.*

## PERMANENT NATIONAL HEADQUARTERS TELLS POLITICAL AND GOVERNMENT ELITES — WE'RE HERE TO STAY!

The powerful political and government elites hoped that Judicial Watch would fold up and go away after the Clintons left office. But they didn't know Larry Klayman. And they didn't know the more than 250,000 Americans who support Judicial Watch so generously with their donations.

Larry Klayman and Judicial Watch supporters know there will always be those who will take advantage of their situation ... who think they are above the law. That's why it's so important that Judicial Watch *ensure its long-term viability.*

A permanent national headquarters will say to the political and government elites, "Judicial Watch is here to stay ... for the long haul."

## CURRENT OFFICE SITUATION HAS DRAWBACKS

Judicial Watch currently leases two floors of the building at 501 School Street, S.W. Frankly, that's not enough space. The Judicial Watch staff is straining to keep up with the increased caseload. But there's no room to add more attorneys, investigators and support staff.

In addition, the lease payment for these two floors is about $600,000 annually. Judicial Watch staff predicts that, with modest growth, Judicial Watch will pay $15 million in rent over the next twenty years. That's money that could be put to better use fighting public corruption.

## *BUILDING PURCHASE IS PERFECT SOLUTION*

**The purchase of the building at 501 School Street, S.W., has many benefits.**

### 1. *Building purchase allows added office space and expanded media center.*

Judicial Watch will be able to add more attorneys to help bring current cases to a conclusion and handle new cases of corruption that come along. Investigators and support staff will also be hired to support the attorneys.

In addition, Judicial Watch will use one entire floor for an expanded media center, with state-of-the-art television and radio facilities. These studios will allow Judicial Watch to upgrade the radio and television programs that educate the American people about Judicial Watch cases and other important issues. This is the only solution, since the liberal media won't let our message be told.

### 2. *No more rent payments.*

As mentioned previously, Judicial Watch staff estimates rent payments of $15 million over the next 20 years. Just as most people find it makes more sense to own their homes rather than rent, Judicial Watch will benefit from not having to make rent payments.

These payments — currently about $600,000 annually — can go to pay for Judicial Watch's fight against public corruption.

### 3. *Lease income will pay for programs.*

Judicial Watch will lease unused parts of the building to other tenants. These lease payments — initially estimated to be approximately $1.8 million a year — can also help pay for Judicial Watch programs.

### 4. *Location is perfect.*



The building at 501 School Street, S.W., is perfectly positioned for Judicial Watch's purposes. Located in the heart of governmental Washington, the building is a short, 8-minute walk to the federal courts where most of Judicial Watch's cases are tried. And it's just a 10-minute walk to Capitol Hill.

The national news media are also located nearby. When an urgent message needs to be communicated to the American people, it doesn't take long to get to any of the major networks or news organizations.

The building's central location also ensures that it will always be fully leased, usually by stable tenents whose checks always come on time.

### 5. *So is the size.*

The building has 64,000 square feet of usable space over eight floors. This will ensure that Judicial Watch has adequate room for growth for decades to come. In short, the building is just the right size; not too big and not too small. It's a perfect fit.

### 6. *Security*

Security for Judicial Watch staff and visitors is a high priority. This building was designed with security in mind. As the building owner, Judicial Watch will be able to put security officers in the lobby and limit access to the building elevators rather than the current situation where the security guard is in the fifth floor lobby.

In addition, a Washington, D.C., Metropolitan Police station is located directly across the street, giving even more security.

### 7. *It's a part of Judicial Watch's history.*



Larry Klayman had his private law practice at 501 School Street, S.W., before he founded Judicial Watch. When he started Judicial Watch in 1994, he leased a small office in the same building for the fledgling organization.

Every one of Judicial Watch's historic cases was launched from these offices. Many of the key figures in the Clinton Administration were deposed there. People like James Carville, George Stephanopolous, Mack McLarty, Bill Richardson, Harold Ickes, John Huang and many more came through those doors.

This building has played a key role in the history of Judicial Watch. It's only fitting that it would serve as Judicial Watch's permanent national headquarters.

### 8. *Interest rates are low.*

Now is a perfect time to secure some of the lowest interest rates for the building mortgage. While Judicial Watch hopes to pay off the mortgage within a year, the low interest rate will save thousands of dollars.

### 9. *Property values are sky-rocketing.*

The falling stock market has made commercial real estate, in particular, one of the most sought-after investments. Property values in Washington, D.C. have sky-rocketed over the past few years. If Judicial Watch doesn't take advantage of the opportunity to purchase this building today, it's likely to cost much more in the future.

## UNIQUE USES OF THE BUILDING

Once Judicial Watch owns the building, there are a number of unique uses that can be made of it.

Two uses were mentioned already — more space for added attorneys, investigators and support staff and an entire floor dedicated to an enhanced Media Center with state-of-the-art television and radio studios.

Judicial Watch will also have room for an Archive, where journalists, academics, lawyers and citizens can come to research the thousands of documents Judicial Watch has acquired while fighting public corruption. Many of these documents come from the Clinton Administration and were not given voluntarily.

Judicial Watch will also establish a "Museum to Government Ethics" which will have displays from famous Judicial Watch cases (sorry, no blue dress) and other displays having to do with legal ethics and the need for integrity in public life.

## THE OPPORTUNITY

The owner of the building is nearing retirement and he's interested in selling the building to Judicial Watch. He and Larry Klayman have had a long-term relationship. But he'll have to sell it to someone else if Judicial Watch fails to come up with the required funds in a timely manner.

The purchase price for the building is just under $21 million, which is a very fair price for a young (13 years old) building that contains 64,000 square feet of usable space, especially one so perfectly located. The landlord has agreed to give Judicial Watch the first opportunity to purchase it, but the option to buy expires on December 31, 2002.

When the option expires, the landlord may raise the price, and he may also seek another buyer.

Larry Klayman's goal is to have at least $7.6 million in hand by December 31, 2002 for a sizable down payment. He's committed to raising these funds *separate from the budget for operating expenses* because he doesn't want to take money out of current operating revenues. Judicial Watch needs every one of those budgeted dollars to support ongoing lawsuits. It wouldn't be fair or right to decrease the funds allocated for the lawsuits.

Larry Klayman is also committed to raising the full purchase price for the building within the next twelve months, to avoid being encumbered with long-term mortgage payments.

## JUDICIAL WATCH "WE'RE HERE TO STAY!" BUILDING FUND

To take advantage of this tremendous opportunity, Larry Klayman has announced

the Judicial Watch "We're Here to Stay" Building Fund.  Your generous participation in this campaign is crucial to its success.

Larry Klayman has established a number of different ways to honor and recognize those major donors who help establish a permanent national headquarters for Judicial Watch.

All supporters who give **$100 or more** will be recognized for their support of the building by having their names permanently enrolled in a special Judicial Watch Registry of Honor to be kept on display in the Grand Lobby on the first floor of the building.

All supporters who give **$500 or more** will also receive a personally autographed hardback copy of Larry Klayman's new book, *Fatal Neglect: The U.S. Government's Continuing Failure to Protect American Citizens From Terrorists.*

All supporters who give **$1,000 or more** will be honored by having their names inscribed on the Judicial Watch "Wall of Justice," which will be permanently located in the Grand Lobby.  This elegant wall will have the Judicial Watch slogan — "No One is Above the Law!" — prominently displayed at the top.  In addition, they will receive a handsome plaque recognizing their support that they can hang in their home or office.

Supporters of **$5,000 or more** will also have their names engraved on a special memorial brick, located on a walkway in front of the Judicial Watch building.  In addition, they will receive special seating at the *Building Dedication Gala Dinner.*

Supporters of **$10,000 or more** will have an enhanced (larger) listing on the Wall of Justice, as well as the opportunity to have a part of the building named for them or for someone they choose to honor.  (See below for a complete listing of naming opportunities.)

Supporters of **$25,000 or more** receive all the above, plus Preferred Seating at the *Gala Dinner* and naming opportunities.

Supporters of **$50,000 or more** receive Distinguished Seating at the *Gala Dinner* and naming opportunities.

Supporters of **$100,000 or more** receive Honored Guest Seating at the *Gala Dinner* and naming opportunities.

Supporters of **$250,000 or more** will be seated at the head table at the *Gala Dinner* and have the opportunity to have major areas of the building named for them or someone they would like to honor.

## *Naming Opportunities*

| | |
|---|---|
| Individual attorney's offices (25) | $10,000 |
| Intern Center | $25,000 |

| | |
|---|---|
| Intern Classroom | $25,000 |
| Radio studio | $25,000 |
| Radio studio control room | $25,000 |
| Security station | $25,000 |
| Mailroom | $25,000 |
| President's office | $50,000 |
| Chairman's office | $50,000 |
| Guest reception area | $50,000 |
| Lounge | $50,000 |
| Key Witness Room | $50,000 |
| Press Conference/Briefing Room | $100,000 |
| Grand Lobby | $100,000 |
| Lobby 2 | $100,000 |
| Investigative Research Center | $100,000 |
| Law Library | $250,000 |
| Conference Room | $250,000 |
| Television Studio | $500,000 |
| Museum | $500,000 |
| Archive | $500,000 |
| Entire Floor (2-8) | $1,000,000 |
| Entire building | $5,000,000 |

# Judicial Watch™

## The Legacy Campaign



## "No One Is Above The Law!"

# Judicial Watch

## *The Legacy Campaign*

## Campaign Summary

**Goal One:** Building Fund – Purchase of current Judicial Watch Washington, D.C. head-quarters building located at 501 School Street. Long-term investment, self-reliance and increased effectiveness are the keys to success.

**Goal Two:** Anti-Government Corruption Program Fund - Long-term and increased funding for Judicial Watch's mission to combat corruption and hold public officials accountable.

**Goal Three:** Increased Local and Regional Activity - Expand and increase Judicial Watch's presence and activity around the country.



The purchase of our own building will strengthen Judicial Watch's financial future. A sound long-term investment, security and commitment are the cornerstones of success and effectiveness.





Judicial Watch Chairman and General Counsel Larry Klayman shown here in Miami, FL, has made Judicial Watch a "household" term because of our efforts to bring Bill and Hillary Clinton to justice for their crimes.

2

# Judicial Watch Legacy Campaign

Judicial Watch is a nonprofit grassroots organization made up of private citizens from all walks of life who have chosen to take a stand against all forms of corruption in government and the legal community. Whether in the Legislative Branch, Executive Branch or even in our many local, state and federal courts, Judicial Watch members and supporters are dedicated to exposing and eliminating corruption and preserving the "rule of law."

"No One is Above the Law." This is our motto and our call to action!

*The Legacy Campaign* will be the most comprehensive funding effort in Judicial Watch history. A major focus of the campaign will be to purchase our own office building. Currently, negotiations are under way to purchase the office building where Judicial Watch has been renting space for the last eight years. The purchase of the eight-floor building at 501 School Street in Washington, D.C. is our first choice given the fact that it has become something of a historical landmark due to Judicial Watch's high profile successes over the years.




The cost to purchase the building will be approximately $21 million dollars with a 20% down payment required.

The costs associated with running and operating a large and effective nonprofit organization is staggering. Ownership of our own building would greatly increase our ability to *continue what we have started*! By generating day-to-day operating savings and providing significant long-term investment returns through ownership of our own office building, Judicial Watch will save at least $600,000.00 per year in rent. And that money can be applied directly to our programs. Other advantages of ownership will allow Judicial Watch to expand by building our own television and radio broadcasting studios. In short, the worries over keeping the lights on and having enough resources to get the job done will be dramatically offset by rental income from the remaining six floors. With the commercial real estate industry a hot and safe investment, and office space in Washington, D.C. at a premium, the return on this investment will pay huge dividends.

But the purchase of the 501 School Street building (or a comparable building) is only one goal of *The Legacy Campaign*. The campaign is designed to specifically target and fund programs that fulfill Judicial Watch's agenda in order to remain the nation's most effective government and legal watchdog and corruption-busting organization. And lastly, Judicial Watch is committed to expanding the scope and impact of its regional offices around the country to better serve its mission. Judicial Watch will seek to fund these programs and the building purchase through a major capital campaign. Major donors will be recognized in perpetuity through naming opportunities and other recognition programs.

*The Legacy Campaign* is the best way to ensure that Judicial Watch can continue to have a real impact in the 21st Century and beyond.

> **GOAL ONE:** Judicial Watch must continue forward in its effort to combat government and legal corruption on all levels by becoming more self-reliant and effective. Owning our own building would greatly help Judicial Watch continue and win the battles we have started.



Judicial Watch client Peter Paul sitting with President Clinton at a dinner honoring the former president.

**ACTION:** Judicial Watch seeks funding for a building purchase of our current offices located at 501 School Street in Washington, D.C. As in any business, a strategic decision must be made to invest in the future in order to provide better services or products that will ultimately transform the business into the best in its field or endeavor. And so too with any serious grass-roots organization.

This strategy will allow Judicial Watch to increase and expand its educational activity through Internet and web page communication, radio and television (English and Spanish), newsletters, conferences and direct mail advocacy. With Judicial Watch growing in size and becoming more effective, we are looking ahead to secure the means to meet these challenges and succeed.

> With support from Judicial Watch members, we will be able to build and maintain a state-of-the-art broadcast studio and communications center, investigations center and modern law library that will significantly help Judicial Watch combat government and legal corruption.

> **GOAL TWO:** Judicial Watch must continue its mission to fight corruption by enlarging its program endowment.

> **ACTION:** The result of our success has made Judicial Watch highly sought after by

supporters from all walks of life. Judicial Watch's pursuit of the Clintons to hold them accountable is a battle that must be fought to the end. Like the struggle to end Al Capone's reign of terror and corruption, which took over nine years before finally succeeding, Judicial Watch is committed to bringing the Clintons to justice, seeing Castro charged for murder, holding Jesse Jackson accountable and more. And to fight and win it will take hundreds of man hours gathering evidence, documenting testimony, filing briefs and appearing in court. As long as it has the resources Judicial Watch will never give up — and with the financial commitment of our supporters we will implement and fund programming and legal action against those in public life who would subvert the rule of law for personal and political gain, regardless of anyone's political affiliation or ideology.



**GOAL THREE:** Judicial Watch must expand its regional activity by increasing its presence through informative local conferences and developing a nationwide network of active and dedicated volunteers and associates.

**ACTION:** The development of more involved local and regional volunteers and supporters will increase Judicial Watch's ability to carry out our mission of exposing and prosecuting public corruption. Through new offices and regional support, our ability to gather evidence and file court documents will cut down on hours of work that must now be done by a handful of national headquarters staff and attorneys.

The mobilization of new supporters to petition the government when necessary or assemble outside of public centers and courts around the nation is urgently needed to match the tactics and action by our well-funded and organized liberal counterparts. *The Legacy Campaign* will fund the building of a nationwide network that will assist Judicial Watch in its mission to pursue justice against crooked politicians, government officials, lawyers and judges.

# Expansion of Regional Activity and Events



| Region 1 | | | Region 2 | | | Region 3 | | | Region 4 | | | Region 5 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CA | WA | NV | CO | NM | TX | MT | WY | ND | OH | MI | IN | FL | GA | AL |
| OR | ID | UT | KS | OK | AR | SD | NE | MN | KY | WV | PA | MS | NC | SC |
| AZ | AK | HI | LA | | | IA | MO | WI | VA | MD | NJ | TN | | |
| | | | | | | IL | | | NY | CT | DC | | | |
| | | | | | | | | | RI | MA | ME | | | |
| | | | | | | | | | VT | NH | DE | | | |

**Region 1:**  A major focus will be placed on expanding our San Marino Office and beginning efforts to develop, plan and hold conferences and events in the cities of Phoenix, AZ, Seattle, WA, and San Francisco and San Diego, CA.

**Region 2:**  Hire a much-needed attorney to assist our Western U.S. operations in our Dallas office and to begin developing events in Denver, CO and Dallas and Houston, TX.

**Region 3:**  Open and staff an office in Chicago to pursue area and local government and legal corruption litigation and begin event and conference activity in Chicago and Minneapolis.

**Region 4:**  Staff and develop our "soon-to-be-opened" New York City office.  Plans are under way to start scheduling events and conferences in New York, NY and Boston, MA.

**Region 5:**  With the hiring of a new attorney in our Miami office, plans are under way to increase Judicial Watch's Latin American and Cuban American legal and civil rights initiatives.  Conference and event activity will expand in Atlanta, GA and in the cities of Miami, Tallahassee, Fort Lauderdale, Orlando, Jacksonville and Tampa/St. Petersburg in Florida.

\* These are just a few examples of our need to expand normal operations.

# CAMPAIGN LEADERSHIP



**Chairman**
*Larry Klayman*

**President**
*Tom Fitton*

**Executive Committee**

*Sandy Cobas*    *Paul Orfanedes*    *Robert Stuber*

*Michael Pendleton*    *Russ Verney*

**Campaign Coordinator**
*Greg Mills*

Regional Chairmen

| Region 1 (West Coast) | Region 2 (South West) | Region 3 (Mid West) | Region 4 (North East) | Region 5 (South East) |

# CAMPAIGN DONOR GIVING CATEGORIES

## NAMED GIVING OPPORTUNITIES

To recognize gifts to Judicial Watch, offices, conference rooms, other building facilities or departments and any other part or program of Judicial Watch may be named for a donor at the discretion of both the Campaign Executive Committee and the donor. Examples include:

| | |
|---|---|
| Washington, D.C. Headquarters Office Building | $1,000,000+ |
| Miami, FL Office | $ 500,000 |
| Dallas, TX Office | $ 500,000 |
| San Marino, CA Office | $ 500,000 |
| Chairman's Office (Larry Klayman) | $ 500,000 |
| President's Office (Tom Fitton) | $ 250,000 |
| Large Conference Room (Washington, D.C.) | $ 250,000 |
| Conference Room at FL, TX or CA Office | $ 250,000 |
| Legal Investigation Center (Washington, D.C.) | $ 250,000 |
| Law Library (Washington, D.C.) | $ 250,000 |
| Media Center (Washington, D.C.) | $ 250,000 |
| Executive Offices | $ 100,000 |
| Small Conference Room (Washington, D.C.) | $ 100,000 |
| Project Endowment Funds | $ 50,000 |
| Regional Conferences/Events | $ 50,000 |

## Chairman's Circle

For donors who generously contribute to Judicial Watch in the $25,000 to $50,000 range, a special giving category recognizes these donors prominently as Chairman's Circle members. This special group of supporters are placed on an Advisory Donor Board and honored in campaign-related publications.

## Other Recognized Campaign Levels

| General Counsel Members | |
|---|---|
| Platinum | $15,000 |
| Gold | $10,000 |
| Silver | $ 7,500 |

**Name Engraved Brick**

Supporters who pledge $1,000 for five years will have their name or the name of a family member carved into one of the bricks covering the 100 square feet of walkway directly in front of the building entrance.

# Major Judicial Watch Initiatives

**Browning vs. Clinton** – Judicial Watch client Dolly Kyle Browning filed a complaint against President Clinton for threats, intimidation and other misdeeds to undermine her and the publication of her semi-autobiographical novel. The appellate court has just ordered that the case must proceed, with Bill Clinton as the defendant. It is expected that he will be deposed in the next several months.

**Peter Paul vs. William Jefferson Clinton** – Lawsuits filed over failure by the Federal Election Commission (FEC) to act on a complaint concerning Hillary Clinton's refusal to report a $2 million contribution from Peter Paul. The lawsuit asks the court to force the FEC to investigate and act on the complaint. Mrs. Clinton and her campaign lied to the media about the contributions and Mr. Paul's funding of her campaign. Mr. Paul has also sued the Clintons and others for the return of his unreported campaign contributions. In addition, Judicial Watch is working with Justice Department officials to have Hillary Clinton held accountable for related crimes.

**Jesse Jackson's Assault on Reverend Jesse Lee Peterson** – Judicial Watch filed suit against Jesse Jackson, his son Jonathan and television personality Judge Gregory Mathis for assaulting and threatening black activist Rev. Jesse Lee Peterson for objecting to Jackson's "shakedown" of conservative black organizations and individuals.

**Congressman Bob Barr's (R-GA) Defamation Lawsuit** – Congressman Barr is suing former President Clinton, James Carville and Hustler magazine publisher Larry Flynt contending they harmed him during the Clinton impeachment process by releasing government files illegally.

**Judicial Watch Seeks Criminal Indictment of Fidel Castro** – Castro's Air Force military thugs killed four Cuban unarmed civilians while searching for Cuban refugees. Castro himself gave "shoot-down" orders to kill members of the Brothers to the Rescue, a pro-democracy humanitarian group. A civil lawsuit for wrongful death is also pending.

**Global Crossings Scandal** – Bill Clinton, Communist Chinese officials, lucrative Pentagon contracts, extravagant lobbying deals and DNC Chairman Terry McAuliffe — added together — equals political profiteering and corruption on a massive scale. Judicial Watch is continuing its investigation into Terry McAuliffe's astonishing profit that amounts to insider trading, especially given his role in selling government favors for campaign contributions during the Clinton-Gore Administration. A shareholders' lawsuit against Bill Clinton, McAuliffe and others has been filed and is proceeding.

**General FOIA Lawsuits** - These FOIA (Freedom of Information Act) lawsuits are necessary to ensure open and honest operations of government agencies. It was through FOIA lawsuits that Judicial Watch uncovered accused Chinese spy John Huang and proved that Bill Clinton used the IRS to audit his "political enemies."

**For a complete list of Judicial Watch cases and initiatives, look us up on the web at: www.judicialwatch.org.**

9

# Methods of Giving

The success of the campaign will assist Judicial Watch in building, expanding and completing its mission to fight government and legal corruption through effective programming and aggressive legal action against those in public life who would subvert the rule of law for personal and political gain. In addition to pursuing legal action, Judicial Watch's massive campaign to educate the American people on the need for honesty in government and to preserve our liberty is paramount.

Because of the magnitude and scope of this task, we are seeking major gifts from all members and friends of Judicial Watch. We encourage you to consider this a unique opportunity to help Judicial Watch continue its success by making a major gift, trust, bequest, insurance policy, or other deferred gift. Bequests and deferred gifts will allow us to build the program endowments over the long term. All gifts and pledges count toward the campaign total. Gifts to Judicial Watch from individuals, foundations and corporations are tax-deductible to the extent allowable by law.

Please consider any of the following gift opportunities:

**CASH** _____ Many donors prefer to make cash contributions in order to take full advantage of tax deductions that fit their financial needs.

**STOCK** _____ Donors may also donate appreciated stocks, bonds or other securities to Judicial Watch. Gifts of appreciated property to Judicial Watch may save on taxes on appreciated property.

**REAL ESTATE** _____ Donors may want to give a gift of real estate to Judicial Watch.

**BEQUESTS** _____ Please include a bequest in your will. This will be of major importance in building a long-term endowment for Judicial Watch. Please be sure to include your bequest as part of your gift total and to advise us of the bequest.

**TRUSTS** _____ Charitable Remainder Trusts have become very popular with donors because a Charitable Remainder Trust allows you to keep the income from an asset for your lifetime (or spouse's lifetime) with only the "remainder" of the Trust passing to Judicial Watch at the demise of the income beneficiary.

**LIFE INSURANCE** _____ Judicial Watch will be happy to receive beneficiary designations, newly purchased policies, or paid up policies. Please advise us of your intentions.

**OTHER GIFTS** _____ If you wish to make a gift of equipment or some other asset, please contact a campaign leader.

10

# Judicial Watch

## *The Legacy Campaign*

### Letter of Intent

I,_____ accept the invitation to join others in support of *The Legacy Campaign* and hereby agree to contribute the sum of $_____ to Judicial Watch. I understand that my gift is tax deductible as allowed by law.

## Option One: Cash Gift Today:

Please accept my gift today in the amount of: $_____

## Option Two: Pledge Agreement:

My gift shall be paid in the following manner:

2002  $_____
2003  $_____
2004  $_____
2005  $_____
2006  $_____

## Option Three: Deferred Gift(s):

I would like to commit to the following deferred gift(s):

_____
_____
_____

Signature: _____
Print Name: _____
Address: _____
_____
Home Phone Number: _____    Date: _____

11

# The Watchdog Of Washington

### BY JOHN BERLAU

**Judicial Watch and its founder, Larry Klayman, have earned both praise and respect while consistently holding U.S. leaders accountable for their actions.**



**Same as it ever was:** *Klayman says that his supporters expect Judicial Watch to apply ethical standards consistently.*

What a change! Just a few years ago the *Washington Post* described Judicial Watch (JW) Chairman and General Counsel Larry Klayman as a "crusading conservative with a yen for hardball and a knack for peppering Clintonites with litigation." Since successfully suing the Bush administration to force release of documents from the White House Energy Task Force headed by Vice President Dick Cheney, however, the *Post* and other establishment media have decided he is a national hero and public-interest "watchdog."

But Klayman, a former international-trade attorney who founded JW in 1994, tells INSIGHT nothing has changed. JW's mission still is to pursue "a respect for ethics, morality and the rule of law — the underpinnings of conservatism," he says. "People in this town confuse conservatism with Republicanism, and they're not necessarily the same."

Because of its willingness to take on both Republicans and Democrats, JW has gained new admirers as well as new enemies. Charles Lewis, executive director of the Center for Public Integrity, a respected ethics group, praises Klayman and JW for their evenhandedness. "When the Bush administration came to Washington, I wasn't quite sure what Judicial Watch and Larry Klayman would do; I didn't know if they would be as tenacious and persistent against the Republicans as they were against the Democrats," Lewis tells INSIGHT. "The early signs are that they are asking the same kinds of questions that they asked in the 1990s, and for that I commend Klayman, even though I don't always agree with him."

But aggressively going after Republi-

cans has led some partisans to accuse Klayman of leaving the reservation. Judicial Watch "has totally gone Looney Tunes," opined a poster on the conservative *FreeRepublic.com* Website. Another hooted that "Judicial Watch is spread so thin now and has lost focus to the point of being irrelevant." This criticism from the right quickly was reported from the left in an article on *Salon.com*.

Klayman laughs and says none of his supporters have objected to his efforts to hold Republicans to the same standards as Democrats, noting that they expect JW to apply ethical standards consistently. Nor has funding dried up since the Clintons left the White House. With an annual budget of more than $10 million, JW employs 12 attorneys at its Washington headquarters. It has a popular national radio and TV show, and

recently opened satellite law offices in Dallas, Miami and the Los Angeles area. The soft-spoken Klayman says his goal is to open an office in every major U.S. city. "We want to be the conservative, nonpartisan American Civil Liberties Union," he says.

Prominent veterans of the conservative movement and Republican politics tell *Insight* that JW does valuable work. They say Republicans should keep their doors open to JW, just as Democrats do with such liberal ethics groups as Common Cause, even when Common Cause criticizes Democrats.

"I have high regard for Larry," says Paul Weyrich, a longtime conservative activist and president of the Free Congress Foundation who has a close relationship with the Bush administration. "Much of what he does is brilliant. He goes after [President George W.] Bush and the Republicans when they are guilty of the same things on which Larry has fought and won cases against [Bill] Clinton and the Democrats."

As a senior aide to a conservative Republican congressman explained to *Insight*, "The bureaucracy is very powerful, and it's good that there's a group that can hold it accountable." As for JW going after the Bush administration, the aide says, "It's good that they're consistent."

This in turn helps JW when it challenges the ethical shortcomings of liberals. While JW sued to require the Bush administration to release its Energy Task Force documents, it also investigated and challenged Democrats who falsely claimed Bush stole the 2000 presidential election in Florida.

As the first independent group to gain access to Florida's disputed presidential ballots, JW found and proclaimed that by any fair standard Bush won the election. Klayman also criticized the report of the Democrat-dominated U.S. Civil Rights Commission, which claimed black voters systematically were disenfranchised (see "Disenfranchised Blacks in Florida," Dec. 31, 2001). JW charged that "by issuing a report written by Democrats only, [the commission] has undermined any sensible suggestions it may have had about the conduct of the Florida election."

Klayman voted for Bush and is convinced the president is a good man. "I like George Bush's basic instincts, which include protecting the interests of the American people against foreign oppressors," Klayman explains. "I like the fact that the president has communicated with the American people and has won their trust." And, even as he sued for the energy documents, Klayman disputed media contentions that

the Bush administration is more secretive than the Clinton administration. "They [Clinton officials] pretended to be open, but behind closed doors they were falsifying affidavits and shredding documents," he says.

Klayman continues his work to hold the Clintons accountable. "We still have over 80 lawsuits against the Clintons and their administration, and we're dedicated to bringing them to justice no matter how long its takes," Klayman says. "Their behavior disgraces American history."

In fact one of Klayman's harshest criticisms of the Bush administration is that it is not investigating Clinton's misdeeds. JW's recent "State of the Union" report faults Bush for wanting to "move on" rather than pursue justice in scandals such as Chinagate and last-minute pardons given to contributors and clients of Clinton relatives. "President Bush and his administration moved almost immediately to head off virtually every official investigation of Clinton-era crimes," the report states.

Klayman knows GOP political consultants have advised that the country doesn't like bickering, but says not holding the Clintons accountable has hurt Bush politically. For instance, after the Clintons left, there were reports of massive vandalism at the White House by Clinton staffers, including cut phone lines, desks turned upside down, file cabinets glued shut and obscene graffiti. But Bush spokesman Ari Fleischer said, "As far as we're concerned, it's over," and the White House did not document the vandalism in statements to the General Accounting Office (GAO).

After it was clear the GAO investigation had been derailed in the interest of moving on, Clinton supporters claimed this as exoneration. They then blamed Bush for smearing the Clintons with anonymous leaks and demanded an apology. In response, Fleischer finally confirmed that there had been vandalism and that every White House phone

had to be reprogrammed because of the cut lines.

Similarly, Klayman says Bush could have made more headway on his energy policies if the meetings of the Energy Task Force had been open. "Because of the Bush White House's refusal to obey the law on the Energy Task Force and 'let the sun shine in,' liberal environmentalists now have a club with which to beat upon much-needed energy initiatives, such as the opening of oil drilling in Alaska's wilderness," the JW report states.

JW maintains that it is upholding the same principles of transparency that conservatives were fighting for when they demanded Hillary Rodham Clinton release documents from her closed health-care task force. "They are creeping into the Hillary Clinton stratosphere of wrongdoing with the Energy Task Force," says JW President Tom Fitton.

JW claims that, like the Clintons, the Bush administration violated the Federal Advisory Committee Act, which requires that government task forces with private individuals as members hold open meetings and make notes available to the public. This law, passed in the 1970s, sought to ensure that Americans would know how much influence individuals with private interests have over government policy.

The Bush administration has responded that the task force does not fall under the law and that the meetings need to be conducted out of public view so the president can get freewheeling advice.

Despite this legal disagreement with JW, administration officials have not attacked the group publicly. The same can't be said for the National Republican Congressional Committee (NRCC), which raises money for House Republican candidates. After JW also filed a complaint with the Federal Election Commission about an NRCC letter promising donors "a special briefing on homeland security and national defense," the NRCC issued a press release saying "these individuals will appear solely in their personal capacity and are not permitted to disclose nonpublic information."

Despite this "clarification," NRCC communications director Stephen Schmidt blasted JW for filing the complaint. "Larry Klayman and Judicial Watch are professional litigants," Schmidt tells *Insight*. "They sue frivolously every conceivable type of organization, from the Baltimore Orioles to the CIA to the national Republicans to George Stephanopoulos to Bill Clinton, and the list goes on and on. These suits are routinely dismissed and not heard,

## 'As far as protecting whistle-blowers,' Devine says, 'JW has been fearless, relentless and produced results where other organizations didn't see any possibilities.'

and Judicial Watch is a huge fund-raising organization."

Never mind that frivolity is in the mind of the beholder, that the NRCC is a huge fund-raising organization and that JW lawsuits routinely are heard and produce results, say Klayman defenders. Or that Schmidt's criticisms of JW are virtually the same as those of Robert Bennett, Clinton's attorney in the Paula Jones sexual-harassment lawsuit, who now is disputing with JW in a defamation lawsuit involving the alleged Clinton affair with Dolly Kyle Browning. Bennett tells *Insight*: "To a great extent, they [JW and Klayman] abuse the judicial system by, in many instances, bringing what are essentially frivolous actions. They're using the court really as a public-relations mechanism."

Responding to charges that the organization is too litigious, Klayman says JW always asks the party in question to cease the disputed activity before it sues. "We asked Clinton to shut down his legal-defense fund. He wouldn't, so we had to bring a suit," Klayman says. "We asked [Clinton commerce secretary] Ron Brown to stop selling seats on trade missions. He wouldn't, so we had to bring a suit. We asked Dick Cheney to turn over his energy task-force documents. He wouldn't, so we had to bring a suit."

Klayman pauses and then says quietly, "I agree that society is too litigious. Americans do not sufficiently sit down and try to resolve disputes. In fact, they don't even consider discussing them until you bring a lawsuit. That's our culture — and, when in Rome, do as the Romans do. Unfortunately, sometimes the only way you can, No. 1, get people's attention, and No. 2, get results, is to bring a lawsuit."

Klayman often uses the pretrial discovery process to pry information from the government, which he then releases to the American people. When suing Brown's Commerce Department in the mid-1990s for information on the use of foreign "trade missions" to reward big Democratic donors, JW deposed a commerce aide named John Huang, and Huang's testimony opened the door to the campaign-finance scandal that came to be known as Chinagate.

"They may not win all their cases, but they certainly have gotten thousands of documents made available," says Lewis of the Center for Public Integrity. "Just the fact that there's someone out there who might bring litigation if you don't release the information is useful. Information is very, very difficult to get from the federal government. And the Freedom of Information Act does not apply to either the White House or Congress. When someone is willing to go to the mat



**Teamwork:** *Klayman and Fitton fight hard to protect whistle-blowers.*

with an actual lawsuit, that's helpful."

JW also plays an important role in getting the crushing weight of government power off the backs of internal critics of the federal leviathan. "As far as protecting whistle-blowers, Judicial Watch has been fearless, relentless, and produced results where other organizations didn't see any possibilities," says Tom Devine, legal director of the Government Accountability Project, a whistle-blower advocacy group. "In some respects, they've been miracle workers, squeezing the most out of the legal system."

For instance, JW has represented Notra Trulock, who blew the whistle on Chinese spying at the Energy Department's nuclear labs, and Sheryl Hall, a White House employee who charged the Clinton administration with deleting e-mails related to independent counsel investigations of the administration. When Juanita Broaddrick suddenly was subjected to an IRS audit after accusing Clinton of having raped her 20 years earlier, JW took action against the agency and says it has obtained Treasury Department documents showing that an IRS agent refused to take a lie-detector test about the motivation for the audit. The case was resolved in her favor last year, Klayman says.

Similarly, JW took up the case of underdog Katherine Prudhomme, a New Hampshire housewife, who was subjected to an IRS audit after she put Al Gore on the spot at a televised forum by asking how he felt about Clinton's alleged rape of Broaddrick. Again JW demanded an official investigation, and the matter was resolved in Prudhomme's favor, Klayman tells *Insight*. Prudhomme says, "I felt completely alone until I got that phone call from Larry Klayman, and it was like a weight was lifted off my shoulders. I had some friends out there."

JW now is making forays into foreign policy. Klayman recently obtained an indictment in an international court in Belgium against Fidel Castro for crimes against humanity. Unabashedly pro-Israel, JW asked the IRS to investigate U.S. nonprofits suspected of funneling money to Mideast terrorist groups Hamas and Hezbollah. And JW is suing the government of Iraq on behalf of survivors of the 1995 bombing of the Murrah Federal Building in Oklahoma City in an effort to gain information from the U.S. government concerning a possible Iraqi role in the bombing (see "Iraqi Connection to Oklahoma Bombing," April 15).

Terrorism expert Stephen Schwartz, author of the forthcoming Doubleday book, *The Two Faces of Islam*, is one of many who praise Klayman and JW. "I think they've done excellent work," Schwartz tells *Insight*. "When you're on the side of the angels, there's no such thing as being too litigious. Litigation is the name of the game in America. We should all thank the good Lord that there's somebody litigious who's got it right. Having a great legal team on the right side is like having a battleship parked in your yacht club. Nobody is going to mess with you."

*John Berlau is a writer for* **Insight**.

This Special Report was
reproduced from the April 22nd issue of:



# Judicial Watch
# Permanent Headquarters Fund
# Questions and Answers

**Q** How will having a permanent national headquarters help in your fight against public corruption?

**A** Owning our own permanent national headquarters has many benefits. First, the building's size — 64,000 square feet of usable space plus a parking garage — gives us all the space we'll need for many years to come. It's a perfect fit. We'll be able to hire more lawyers, investigators and support staff to help us close out our current cases and take on new cases of public corruption when they arise. We'll also be able to expand our media arm so we can bypass the national media and get our message out to the people directly.

Second, it's a sound business decision. We estimate we'll spend $15 million in rent over the next 20 years. Why not raise the funds now to pay for the building and put that $15 million to work upholding the rule of law?

And third, this building will be a symbol that Americans expect more from their public officials than what they saw, for example, in the Clinton Administration. It will be a place citizens can turn to when they see corruption ... whether it's in the White House or in their own local government and legal systems.

**Q** Why do you want to purchase the building at 501 School Street, S.W., that you currently occupy? Isn't there another building you could buy?

**A** There probably are other buildings we could purchase, but none has the unique benefits of this building. For one thing, it's perfectly located just blocks from the federal courts, Congress and the national news media. Its location also assures that we'll always be able to lease space we don't need and use that income for our cases. Initially, we estimate the building will generate $1.8 million a year in rental income.

The building also gives us added security. We'll be able to put our security guards in the Grand Lobby to control access to the elevators. And a police station is just across the street.

In addition, the owner (our landlord) wants us to purchase the building and is giving us a very favorable price and good terms. Another building of comparable size, age and location would be even more expensive.

And the history of the building shouldn't be discounted. This building is where Larry Klayman founded Judicial Watch. All of our historic cases were launched from here. All the historic figures who we deposed for those cases —George Stephanopolous, James Carville, Mack McLarty, Bill Richardson, Harold Ickes, John Huang and many more — were deposed in this building. We plan to include a "Museum to Government Ethics" which will have exhibits from these cases and other historic cases. Having this information in the building where it all took place will give visitors more of a feel for why it's so important to fight public corruption.

**Q** Why now?

**A** Commercial real estate prices in Washington, D.C. (as in other parts of the country) are skyrocketing. Many people who are nervous about investing in the stock market have turned to real estate. A delay would mean a higher price later.

In addition, we need the space now. There are things we can do in the building as owners we can't do as tenants, such as constructing state-of-the-art television and radio studios and expanding into other floors (which are now leased to others) so we can add more attorneys, investigators and support staff. And we can make our offices more secure by placing our security guards in the lobby of the building where they can control access to the elevators.

**Q** Speaking of your cases, why is the legal system so deliberate in moving cases along? Have you won any yet?

**A** In the best of circumstances, civil cases take awhile to wind through the courts. The folks we've gone after — like Bill and Hillary Clinton and others — are masters at delaying tactics. Their very good and very expensive attorneys put up roadblock after roadblock to slow us down. And their refusal to turn over documents (remember the documents that suddenly "turned up" in the Clinton's personal quarters) makes it even more difficult. Remember, it took ten years to get Al Capone.

But we continue to make great progress. Notwithstanding court judgments, we've had many other victories along the way. Our simply exposing the truth has caused corrupt politicians and government officials to run scared and back down.

**Q** Why don't you focus on fewer cases? Are you taking on too much?

**A** While the workload is increasing, our staff in the national office and in the four regional offices has been able to keep up. The purchase of our building would give us the opportunity to add more staff right away to help with our current cases and new ones.

The temptation to have just a few cases is strong. But we can't sit by and let other instances of public corruption go unpunished just because earlier cases are in progress. We wouldn't be living up to our motto that *No One is Above the Law!* And no one but Judicial Watch is able or willing to fight public corruption. The job is left to us.

**Q** Why raise all the funds for the building right away instead of taking a long-term mortgage?

**A** As a non-profit organization, we get no tax benefit for having a mortgage. We want to raise the funds and pay off the building to insulate us from economic downturns when money will be tight. But, more importantly, we want to put the funds we would have to use for mortgage payments to work holding our public officials accountable for their actions.

# Here's What Leaders Are Saying About Judicial Watch



We wouldn't know 90% of what we found out about Bill Clinton if it hadn't been for Judicial Watch.

**Congressman Bob Barr (R-GA)**
**House Impeachment Manager**

As far as protecting whistle-blowers, Judicial Watch has been fearless, relentless, and produced results where other organizations didn't see any possibilities. In some respects, they've been miracle workers, squeezing the most out of the legal system.

**Tom Devine, Legal Director**
**Government Accountability Project**



If I'm elected president, the most effective single step I could take to restore the American judicial system [is] appoint Larry Klayman as Attorney General.

**Ambassador Alan Keyes**
**Former presidential candidate**

When you're on the side of angels, there's no such thing as being too litigious ... We should all thank God that there's somebody [Judicial Watch] who's got it right. Having a great legal team on the right side is like having a battleship parked in your yacht club. Nobody is going to mess with you.

**Stephen Schwartz**
**Author**



You can be thankful Judicial Watch is around because they are the only ones doing the job [of investigating the scandals in the Clinton Administration].

**Robert Novak**
**Syndicated columnist and television host**

The bureaucracy is very powerful and it's good that there's a group that can hold it accountable.

**Senior Congressional Aide**
**Quoted in *Insight* magazine, 4/22/02**



With people like [Judicial Watch] behind us, we know we can survive for many, many years.

**Morgan Brittany**
**Actress**



'03 ✓ 3317 8/20/03 $1,000.- gave to Greg Bldg Fund

✓ 3126 Dec 10/02 $6000.- Legacy Campaign Bldg Fund

'03 ✓ 3223 5/12/03 $5000.- Bldg Fund

'03 ✓ 3256 6/15/03 $1000.- Bldg

'03 ✓ 3290 7/24/03 2000.- Bldg

'03 4/9/03 ✓ 3209 Jw Ginny Inman Memorial $500.-



Larry Klayman, Chairman
Judicial Watch
P.O. Box 98160
Washington, DC   20090

Mrs. Louise C. Benson
5779 Rolling Rd.
Woodland Hills, CA   91367