# Verdict

## A NEWS PUBLICATION FOR MRS. LOUISE C. BENSON

SEPTEMBER 2005

# Judicial Watch Takes Center Stage in Supreme Court Nomination Debate!

As the nation's leading watchdog over the federal government and the judicial system, Judicial Watch has been an active and high-profile participant in the debate surrounding President Bush's Supreme Court nomination.

In the days leading up to the nomination of Judge John Roberts, Judicial Watch spokespersons were in high demand. On July 19, immediately following the president's announcement, Judicial Watch President Tom Fitton took part in a roundtable discussion on the *Charlie Rose Show*, followed by an appearance on *MSNBC Live* the following day. Overall, Judicial Watch spokespersons participated in more than 20 talk radio programs, in addition to being interviewed by a number of newspapers. (A complete summary of recent media coverage can be found on page 15.)


Judge John Roberts

The following is Judicial Watch President Tom Fitton's statement regarding President Bush's selection of Judge John Roberts to replace retiring Supreme Court Justice Sandra Day O'Connor:

"President Bush promised to nominate someone in the mold of Justices Scalia and Thomas, someone who would refuse to legislate from the bench. With his nomination of John Roberts, the president has apparently kept his promise. By almost all accounts John Roberts is a brilliant, thoughtful conservative justice who will remain faithful to the U.S. Constitution and the rule of law. Moreover, Judge Roberts seems to have the experience and the strength of character to help lead the court away from judicial activism and towards a more conservative, restrained jurisprudence. We look forward to hearing more from him about his judicial philosophy in the weeks ahead. We hope this confirmation process can provide a useful forum for an examination of the role of the courts in our nation's public life."

"Democrats have recklessly promised to 'go to war' against President Bush's nominee, but they will have a difficult time against someone as qualified as Judge Roberts. A filibuster of his nomination would do the U.S. Constitution grave harm. He deserves an up-or-down vote, and each United States Senator should now make a commitment to that core principle."

# JUDICIAL WATCH BUILDING FUND CONTINUES TO GROW



Judicial Watch recognizes major contributors to the Building Fund with a special wall plaque at our Washington D.C. Office.

The Judicial Watch Building Fund was established in 2003 to enable Judicial Watch to purchase an office building in our nation's capital.

This fund has been one of the most comprehensive fundraising efforts in Judicial Watch history. The long term goal of the fund is to provide financial stability for Judicial Watch through the ownership of an office building.

"We have had 3,647 donors and supporters who have courageously stepped up and given $1.4 million dollars to establish this fund," said President Tom Fitton. "We have ensured that every penny donated to this campaign has been in an interest bearing account, while we continue our search to purchase a permanent facility in Washington."

Judicial Watch will embark on a renewed effort in 2005 and 2006 to increase the amount of the Building Fund.

"We would like to see the Building Fund grow to at least $5 million so that the board of directors can conclude the building search and begin the process to purchase a permanent home and headquarters for Judicial Watch," said JW President Tom Fitton.

The Building Fund provides numerous levels and giving opportunities. All supporters who have given $500 or more to the fund are honored by having their names inscribed on the Judicial Watch "Wall of Justice" which is permanently located in our main conference room in our reception area. This elegant wall has the Judicial Watch slogan – "No One is Above The Law!" – prominently displayed at the top in addition to the names of our generous donors and supporters.

Supporters and donors who are not able to help us with a $500 or more gift will still be recognized for their support, regardless of the amount, and, if a building is purchased, listed in the Building Fund Registry of Honor in the Judicial Watch lobby.