IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LARRY KLAYMAN and LOUISE BENSON | : | |
| Plaintiffs, | : | |
| v. | : | Docket No. 06 0670 (CKK) |
| JUDICIAL WATCH, INC. and THOMAS J. FITTON | : | |
| Defendants. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Jason B. Schaeffer, Esquire, hereby certify that on this 1st day of May, 2006, I served a true and correct copy of the Amended Complaint in the above-captioned matter on the following parties by facsimile and first class U.S. mail, postage prepaid, addressed as follows:

Judicial Watch, Inc.
c/o Alan P. Dye
1747 Pennsylvania Avenue, NW
Suite 1000
Washington, DC  20006

Thomas J. Fitton
5245 42nd Street, NW
Washington, DC  20015

SPECTOR GADON & ROSEN, P.C.

By: _____
JASON B. SCHAEFFER, ESQUIRE