IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *ET AL*. | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670 |
| | Honorable Colleen Kollar-Kotelly |
| JUDICIAL WATCH, INC., *ET AL*. | |
| Defendants. | |

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6(a), Richard W. Driscoll and Driscoll & Seltzer, PLLC hereby give notice of their entry of appearance as counsel for Defendants Judicial Watch, Inc. and Thomas J. Fitton.

          Respectfully submitted,

          //s// *Richard W. Driscoll*

          _____
          Richard W. Driscoll (436471)
          DRISCOLL & SELTZER, PLLC
          600 Cameron Street
          Alexandria, Virginia 22314
          703.340.1625 Telephone
          703.997.4892 Facsimile
          Email: rdriscoll@driscollseltzer.com

          *Counsel for Defendants Judicial Watch, Inc. and Thomas J. Fitton*

Dated: May 19, 2006

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of May 2006, a copy of the foregoing Notice of Appearance was served by electronic filing upon counsel listed on the Notice of Electronic Filing.

//s// *Richard W. Driscoll*
_____
Richard W. Driscoll