IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *ET AL.* | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670 |
| | Honorable Colleen Kollar-Kotelly |
| JUDICIAL WATCH, INC., *ET AL.* | |
| Defendants. | |

## **STIPULATION**

Defendants, Judicial Watch, Inc. and Thomas J. Fitton, and Plaintiffs Larry Klayman and Louise Benson, by undersigned counsel, hereby stipulate and agree, subject to approval of the Court, to extend the deadline by which Defendants shall answer or otherwise respond to the Amended Complaint until and including May 31, 2006.

Respectfully submitted,

//s//
_____
Richard W. Driscoll (436471)
DRISCOLL & SELTZER, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Office
703.997.4892 Facsimile
Email: rdriscoll@driscollseltzer.com

*Counsel for Defendants Judicial Watch and Thomas J. Fitton*

Dated: May 19, 2006

//s//
_____
Daniel J. Dugan (DD 1339)
Jason B. Schaeffer
SPECTOR, GADON & ROSEN, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA 19103
215.241.8872 Office
215.241.8844 Facsimile
Email: ddugan@lawsgr.com

*Counsel for Plaintiffs Larry Klayman and Louise Benson*

SO ORDERED this ____ day of _____ 2006.

_____
Honorable Colleen Kollar-Kotelly
United States District Judge