IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *ET AL.* | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670 |
| | Honorable Colleen Kollar-Kotelly |
| JUDICIAL WATCH, INC., *ET AL.* | |
| Defendants. | |

**CONSENT MOTION TO EXTEND DEADLINE
TO RESPOND TO AMENDED COMPLAINT**

Defendants Judicial Watch, Inc. and Thomas J. Fitton, by undersigned counsel and pursuant to LCvR 7, hereby move to extend the deadline by which Defendants shall answer or otherwise respond to the Amended Complaint until and including May 31, 2006. Plaintiffs consent to the relief requested by this Motion. As grounds for this Motion, Defendants state as follows:

1. Plaintiffs filed their Amended Complaint on or about May 1, 2006. Pursuant to the Rules, a response to the Amended Complaint was due on or about May 18, 2006.

2. On or about May 12, 2006, defense counsel was appointed by the Defendants' carrier to represent their interests in this case. Undersigned counsel immediately contacted opposing counsel and left a voice mail requesting consent to extend the deadline in which to respond to the Amended Complaint. On or about May 17, 2006, counsel for the Plaintiffs agreed to permit the extension of time.

3. An extension of time is appropriate in this case for several reasons. Defense counsel is newly appointed, contact with the Defendants has been frustrated by travel schedules, and additional time is necessary to assemble basic documents relevant to the matter. Further, Plaintiffs

agree that the relief requested by Defendants is fair and reasonable in light of the circumstances. In fact, counsel for the parties have established a cordial relationship that will promote a fair and efficient process in the future.

4. As newly appointed defense counsel, the undersigned requires additional time to assimilate relevant facts and to confer with the Defendants. Such effort is the minimum necessary to adequately respond to the Amended Complaint. However, immediate circumstances have conspired against counsel's ability to fulfill this responsibility. Mr. Fitton's travel schedule delayed a meeting with him until Tuesday, May 16, 2006. In addition, a response on behalf of Defendant Judicial Watch requires review by its in-house counsel who is currently traveling in India and may not be reached telephone. An extension until May 31, 2006 will permit him an opportunity to review pleadings to be filed on behalf of Judicial Watch before they are filed.

5. Upon being retained, counsel immediately initiated an effort to obtain relevant documents for review. Such documents appear to be stored in several locations. The first portion of relevant documents was received only today. Remaining documents have not yet been received.

6. Defendants' request for a short extension of time is not for the purpose of delay or to frustrate the ends of justice. On the contrary, permitting adequate time to respond to the Amended Complaint will promote a fair and efficient adjudication of these matters.

7. On May 17, 2006, undersigned counsel conferred with opposing counsel who consented on behalf of the Plaintiffs to the relief requested herein.

WHEREFORE, Defendants Judicial Watch, Inc. and Thomas Fitton respectfully request that the Court GRANT this Motion and extend the deadline by which Defendants shall answer or otherwise respond to the Amended Complaint until and including May 31, 2006.

Respectfully submitted,

//s// *Richard W. Driscoll*

---

Richard W. Driscoll (436471)
DRISCOLL & SELTZER, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Telephone
703.997.4892 Facsimile
Email: rdriscoll@driscollseltzer.com

*Counsel for Defendants Judicial Watch, Inc. and Thomas J. Fitton*

Dated: May 23, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of May 2006, a copy of the foregoing Motion and proposed Order were served by electronic filing upon counsel listed on the Notice of Electronic Filing.

//s// *Richard W. Driscoll*

---

Richard W. Driscoll