IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *ET AL*. | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670 |
| | Honorable Colleen Kollar-Kotelly |
| JUDICIAL WATCH, INC., *ET AL*. | |
| Defendants. | |

## **ORDER**

Upon consideration of the Consent Motion to Extend Deadline to Respond to Amended Complaint filed by Defendants Judicial Watch, Inc. and Thomas J. Fitton, consent by the Plaintiffs and the entire record herein, it is this ___ day of May 2006,

ORDERED that the motion is hereby GRANTED, and it is further

ORDERED that the deadline for Defendants to answer or otherwise respond to the Amended Complaint is hereby extended to and including May 31, 2006.

_____
Honorable Colleen Kollar-Kotelly
Judge, United States District Court

cc:    Copies to all counsel