IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LARRY KLAYMAN, *ET AL.*

    Plaintiffs,

v.                                      Civil Action No. 1:06-CV-00670
                                        Honorable Colleen Kollar-Kotelly

JUDICIAL WATCH, INC., *ET AL.*

    Defendants.

**JOINT MOTION TO SUSPEND DEADLINE
TO FILE RESPONSE TO AMENDED COMPLAINT
PERMIT FILING OF SECOND AMENDED COMPLAINT
AND ESTABLISH SCHEDULE OF DEADLINES**

All parties jointly move this Court for an Order suspending the May 31, 2006 deadline for Defendants to file a response to the Amended Complaint, provide leave for Plaintiffs to file a Second Amended Complaint and establish a new schedule of deadlines permitting the filing of a Second Amended Complaint by June 14, 2006 and permitting Defendants until June 28, 2006 to plead or otherwise respond. As grounds for this Motion, the parties state as follows:

1.     Plaintiffs filed their current Amended Complaint on or about May 1, 2006. The deadline for Defendants to plead or otherwise respond was extended to May 31, 2006 by Order of this Court.

2.     On Friday, May 26, 2006, Plaintiffs notified Defendants of their intention to file a motion for leave to amend the current Amended Complaint and add new defendants. Recognizing the likelihood of Plaintiffs receiving leave to amend, Defendants realized they would be required to re-file their responsive pleadings and other documents. Accordingly, Defendants agreed to consent

on the condition that Plaintiffs consent to a motion to extend the deadline to plead or otherwise respond to the new complaint. Plaintiffs agreed to this request.

3. Granting the relief requested herein obviate the need for Defendants to file duplicative pleadings. In addition, the extension will promote fairness and efficiency. For example, Defendants will not be required to waste substantial resources on preparing a response to the Amended Complaint, which will be moot a short time later. Defendants will also have additional time to assemble documents relevant to the litigation. Likewise, Plaintiffs will be relieved of responding to a motion that will inevitably become moot before adjudication.

4. The parties believe that the schedule proposed by this Motion is further evidence of counsel working together to implement a fair and efficient process. If the Court grants this relief, Plaintiffs will file their amendments to the complaint by June 14, 2006. Defendants will answer or otherwise respond by June 28, 2006.

5. The parties emphasize that the purpose of this Motion is not to delay the proceedings or harass one another. The parties are merely attempting to devise a schedule that is fair to each other and accommodates the procedural difficulties that parties face in the early part of litigation.

6. On May 26 and 30, 2006, counsel for the parties discussed these matters and agreed to jointly request the Court for the relief requested herein.

WHEREFORE, the parties, respectfully request that the Court GRANT this Motion, relieve Defendants of the deadline for responding to the current complaint and approve the following schedule:

        Deadline for Plaintiffs to file Amended Complaint:    June 14, 2006

        Deadline for Defendants to answer or otherwise respond:    June 28, 2006

Respectfully submitted,

//s// *Daniel J. Dugan*

_____
Daniel J. Dugan
Jason B. Schaeffer
SPECTOR GADON & ROSEN, P.C.
1635 Market Street
Seventh Floor
Philadelphia, PA 19103
215.241.8888 Telephone
215.241.8844 Facsimile
Email: ddugan@lawsgr.com

*Counsel for Plaintiffs Larry Klayman and Louise Benson*

Dated: May 30, 2006

//s// *Richard W. Driscoll*

_____
Richard W. Driscoll (436471)
DRISCOLL & SELTZER, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Telephone
703.997.4892 Facsimile
Email: rdriscoll@driscollseltzer.com

*Counsel for Defendants Judicial Watch, Inc. and Thomas J. Fitton*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of May 2006, a copy of the foregoing Motion and proposed Order were served by electronic filing upon counsel listed on the Notice of Electronic Filing.

//s// *Richard W. Driscoll*

_____
Richard W. Driscoll