IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *ET AL.* | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670<br>Honorable Colleen Kollar-Kotelly |
| JUDICIAL WATCH, INC., *ET AL.* | |
| Defendants. | |

## **ORDER**

Upon consideration of the Joint Motion to Suspend Deadline to Respond to Amended Complaint, Permit Filing of Second Amended Complaint and Establish Schedule of Deadlines, the absence of any opposition thereto and the entire record herein, it is this ___ day of _____ 2006,

ORDERED that the motion is hereby GRANTED, and it is further

ORDERED that the deadline for Defendants to answer or otherwise respond to the Amended Complaint is hereby suspended, and it is further

ORDERED that Plaintiffs shall be permitted to file a Second Amended Complaint by June 14, 2006, and it is further

ORDERED that Defendants shall answer or otherwise respond to the Second Amended Complaint by June 28, 2006.

                                                                       _____
                                                                       Honorable Colleen Kollar-Kotelly
                                                                       Judge, United States District Court

cc:     Copies to all counsel