


# THE JUDICIAL WATCH VERDICT

(Providing the news and information to arm you in the battle against government corruption)

**In your October issue:**

▶ Chinagate continued – when will corrupt politicians ever learn?

▶ Postal Service Inspector General calls it quits amid controversy

▶ Clinton-Enron Connection Investigated

▶ California Judges targeted for reckless endangerment

▶ Exclusive interview with Bill Federer, victim of assault by Dick Gephardt

**For daily news updates, visit us on the Internet at: www.JudicialWatch.org**



**Judicial Watch**™
*Because no one is above the law!*

Larry Klayman
Chairman &
General Counsel

Dear Judicial Watch supporter,

As I write this letter the October issue of your Verdict newsletter has gone to press.

Like every other issue, it is jam packed with information about our work against the cancer of corruption that threatens our democratic republic. Just a few short weeks ago we commemorated the 9th Anniversary of the founding of Judicial Watch.

Back then we had no idea how widespread and how deeply rooted government corruption had become. Thanks to you we continue to fight on a daily basis to hold Bill and Hillary Clinton – the two most notorious crooks to ever occupy the White House – accountable for their misdeeds.

But as you will also note, this issue features stories about incredible corruption in our judicial system.

The cancer of corruption has been around for decades. Its roots dig deep down to the rural town halls and county courthouses and spread to the wards of big cities. There are plenty of off-shoots at the state level.

Congress has been a circus of corrupt individuals during my lifetime.

And then there was the Clinton White House. And, sadly, now the judiciary, too.

As more Americans become aware of this decay – where soon our nation will exhibit more signs as a developing nation where corruption runs amok – you would think that more would flock to Judicial Watch as the last, best defense of government and public integrity.

You would think that as we fight at more levels and bring more cases, there would be many, many more people joining us in this crusade.

Well, I'm pleased to report that since our founding in 1994, we have indeed grown to be an international and domestic force with many accomplishments. Many of these remarkable successes are documented each month in our newsletter. You know of many.

But this summer has not been a great time for Judicial Watch. Our growth has stalled and just as we need to be continuing our expansion, our fund raising has slowed.

Two weeks ago I wrote to you about our efforts to grow by enlisting you to recruit new members. That effort seems to be working, but I need 100% participation for it to be successful.

Not 50%, not 75%. Only 100% will keep us on track.

(over, please)

---

501 School Street, SW • 5th Floor • Washington, DC 20024 • Tel: (202) 646-5172 • 888-JW-ETHIC
Fax: (202) 646-5199 • email: info@judicialwatch.org • Internet Site: http://www.JudicialWatch.org

That means I seriously need to hear from you over the next 13 days.

Judicial Watch needs to continue the fight to bring the Clintons to justice.

We need to make sure that Hillary and Bill Clinton are held accountable for their corrupt behavior. We must tell every other would-be Clinton-styled politician (and there seem to be many heirs waiting in the wings to fill the void) that they can't get away with crimes against the American people.

Congress won't do anything in this fight. The media turns a blind eye.

The Justice Department and for that matter, most in the administration, won't or can't do anything to fight for honesty and integrity in government.

That leaves just you and me and Judicial Watch to carry on the battle.

Thankfully, we remain strong and with your continued help, we will carry on the battle.

In case you misplaced the form I sent you, I am enclosing another one for you to enroll much needed new members. This Grass Roots New Member Campaign is crucial for us. With a few thousand new members, we can do great things.

Please feel free to renew your 2004 membership today, or give a gift membership of just $35 so that someone else you know will receive their own Verdict every month.

You may recall that I explained that the top new member recruiter will win a special recognition award. That super patriot will be featured in the January edition of this newsletter along with the announcement of their award.

But I also want you to know that everyone who recruits four or more new members (or gives four or more gift memberships) will receive a handsome solid brass key ring prominently featuring the attractive Judicial Watch logo. This solid, secure key ring has been die cast in a limited quantity exclusively for our most loyal friends.

You'll be proud to own it. But even if you can't recruit new members, I hope you will make a special tax-deductible gift of $35, $50, $100 or even more to help.

Thank you very much.

Sincerely,

Larry Klayman
Chairman and General Counsel

P.S. – Also, let us hear from you with your comments. Send your letters to our editor for publication. Your advice and input is greatly appreciated. And, so is your most generous financial support. Thanks again.



BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 1661   WASHINGTON, DC

POSTAGE WILL BE PAID BY ADDRESSEE

JUDICIAL WATCH
PO BOX 96234
WASHINGTON DC 20077-7480

Your stamp will save us much needed funds →

# The Judicial Watch Verdict



A News Publication from Judicial Watch • October 2003 • Volume 6, Issue 10

**In this Issue**

JW's Southeastern Regional Update, page 2

Court Allows JW to Probe Saudi Terror Ties, page 4

Judicial Council Upholds Misconduct Ruling Against Corrupt Judge, page 5

Interview With Bill Federer, page 6

Larry Klayman Interviewed on CBS's White House Chronicles, page 8

Corruption Chronicles, page 10

Government Uncovered



Judicial Watch
Because No One Is Above the Law!

www.JudicialWatch.org
501 School Street, 5th Floor
Washington, DC 20024
1-888-JW-ETHIC

## JUDICIAL WATCH TARGETS L.A. COURT FOR RECKLESS ENDANGERMENT

### 30 Criminals Released into Community Because Judges Refused to Work Overtime

On May 28, 2003, violent criminal Jerrell Patrick walked out of jail and onto the streets of Los Angeles a free man, not because he had served his time, or because he was released on bail. Jerrell Patrick was allowed back into the community by L.A. County Superior Court judges because they refused to work overtime in order to properly arraign Patrick and 30 other violent criminals. Now Patrick is wanted in connection with a June 26 murder. And of the suspects let loose on May 28th, five remain at large.

The May 28 court transcripts obtained by Judicial Watch reveal a battle between the justices who wanted to leave early, and prosecutors and public defenders who offered to bring in extra staff and work through the night. In the end, the judges decided to honor the court's "business hours," rather than the rule of law, ordering the defendants to return the next day. Many did not, including Patrick who allegedly murdered a 22-year old barber less than one month later.

In response to public criticism, Judges David Wesley, Dan T. Oki and Carol H. Rehm cited the need to save money due to California's budget shortage. Apparently, the cost of overtime was too much to bear.

"The public doesn't want to hear this, but public safety needs to be balanced against budget concerns," said Judge Oki to the *Los Angeles Times*.

Judicial Watch disagrees.

"I have never seen such a reckless disregard for public safety," said Ernie Norris, Director of JW's Western Regional Office. "One person may be dead simply because judges wanted to pinch a few pennies. Who knows how many more crimes have been committed, or will be committed, by those suspects still at large? This is not about meeting deadlines. This is about doing what it takes to protect the public."



> "I have never seen such a reckless disregard for public safety...This is not about meeting deadlines. This is about doing what it takes to protect the public."
> — Ernie Norris, Director of JW's Western Regional Office

Though the judges continue to maintain they did not have the resources to complete their duties, JW has learned that many courts were not in session on May 28, and could have been used to perform criminal arraignments. In fact, subsequent to the court's criminal neglect on May 28, additional courts have now been opened during periods of increased activity.

Judicial Watch has filed complaints with the Presiding Judge of the Los Angeles County Superior Court System, the Chief Justice of the California Supreme Court, and the Council on Judicial Performance. JW has requested that a thorough investigation be conducted to assure the public that this type of release of criminal defendants never happens again.



# Judicial Watch Court Report
Late breaking news on Judicial Watch cases

### Of Note

"The 75 prisoners are being held in inhumane conditions, with very poor sanitation, contaminated water and nearly inedible food. The Cuban government appears to be going out of its way to treat these prisoners inhumanely."

— Bush State Department Spokesman Richard Boucher

# JUDICIAL WATCH SOUTHEASTERN REGIONAL HEADQUARTERS UPDATE

## Castro Tortures Judicial Watch Client



Marta Beatriz Roque

Renowned economist Marta Beatriz Roque, one of 75 intellectuals imprisoned by Fidel Castro, is slowly bleeding to death in a deplorable, rat-infested jail cell despite calls by the international community for her care and release. Judicial Watch has rallied support from Italian Vice Prime Minister Gianfranco, whose attempts to intervene on Ms. Roque's behalf have thus far been rebuffed by the Cuban government.

"Judicial Watch is committed to building international pressure to punish Fidel Castro for his violent crimes," said JW Chairman Larry Klayman. "No nation can afford to sit on the sidelines while Castro continues to violate humanity again and again."

Facing an economic crisis that threatens Castro's stranglehold on Cuban citizens, the Cuban dictator has relied more heavily of late on tactics of terror. Those attempting to flee the island prison have been executed by firing squad. Those who dare oppose the Communist regime serve lengthy prison sentences in inhumane jail cells. Ms. Roque, who is in poor health, is serving a 20-year sentence for speaking out against Castro.

Judicial Watch is leading the international community in opposition to Fidel Castro in an attempt to bring him to justice. JW has filed legal actions in Brussels, Belgium and in the United States. Furthermore, JW Chairman Larry Klayman recently concluded a European tour, organized with the help of the Bush State Department, in an effort to rally the international community to confront Castro. Prior to this private diplomatic mission, JW orchestrated a meeting between its Cuban American clients and President Bush, during which the President promised to help their cause for freedom.

After JW pressured the Bush State Department, spokesman Richard Boucher issued a statement condemning Castro for his inhumane treatment of Ms. Baroque and calling for the release of the other 74 jailed dissidents.

Story developing...

2

## U.S. Government Sends 12 Freedom-Seeking Cubans Back to Castro

Despite pleas from Judicial Watch and others, the U.S. government condemned 12 freedom-seeking Cuban dissidents to persecution by sending them back to Castro's island prison. The U.S. Coast Guard had intercepted a total of 19 dissidents at sea in late July, arranging political asylum for 7 of them while "repatriating" the other 12. All of the individuals are members of the renowned dissident group "Feb. 24 Movement," formed to protest the Castro-ordered shoot down of "Brothers to the Rescue" planes by Cuban Migs in 1996.

"In the wake of the rash of executions and jailings in Cuba, the U.S. government knows full well what will happen to these individuals," said JW Chairman Larry Klayman. "There is something very wrong with a policy that condemns freedom-seekers to torture and possible death."

Judicial Watch attempted to secure political asylum for the 19 dissidents by working with the U.S. government and officials from other countries, such as Panama, and continues everyday to fight for the release of all those jailed for opposing Castro.

## Castro Targets JW, Praises Janet Reno in Communist Newspaper

Sometimes the effectiveness of an organization can be measured by the indignation of its opponents. If this is indeed true, then JW recently earned high marks for its efforts to punish Fidel Castro.

Castro recently took aim at JW in Cuba's state-run official newspaper, Granma, publishing a lengthy article entitled, "Who Threatens Danny Glover? Judicial Watch Or the New Inquisition," referring to JW's criticism of Castro supporter and actor Danny Glover. The article also goes on to mention JW's legal actions on behalf of Jose Basulto, founder of the humanitarian organization Brothers to the Rescue, and blasts JW for its lawsuit against Castro friend and authoritarian Venezuelan President Hugo Chavez.

While Castro reserved most of his venom for JW, he had nothing but nice things to say about former Clinton Attorney General Janet Reno, who forced the return of Elian Gonzalez to Cuba. JW has been outspoken in its criticism of the Clinton administration and the Bush administration for coddling Castro.

> "Judicial Watch is committed to building international pressure to punish Fidel Castro for his violent crimes... No nation can afford to sit on the sidelines while Castro continues to violate humanity again and again."
>
> — Larry Klayman, Founder and Chairman of Judicial Watch

### Of Note

Just weeks after Castro executed three men for attempting to flee Cuba, actor and MCI spokesman Danny Glover signed an anti-American document entitled, "To the Conscience of the World," which supported Castro and his regime. JW called upon MCI to fire the actor or face a boycott from freedom-loving Americans of its products and services.





From left to right: Communist Dictator Fidel Castro with Venezuelan President Hugo Chavez; Janet Reno; Danny Glover

3

# JUDICIAL WATCH VICTORY!
## Court Allows JW to Probe Saudi Terror Ties

### Of Note

Former President George H.W. Bush, the current president's father, worked for the bin Laden family business in Saudi Arabia through the international investment firm, the Carlyle Group, meeting with them at least twice, according to reports. The bin Laden family runs a multi-billion dollar business in Saudi Arabia and was an investor in the senior Bush's firm until Judicial Watch and others forced the company to sever ties. The Carlyle Group continues to advise the Saudi Arabian government. Judicial Watch has called on former President George H.W. Bush to resign from the firm.

On August 7th, Judicial Watch received court authorization to intervene in a massive lawsuit in the U.S. District Court involving Saudi Arabian ties to the terrorist attacks of September 11. This decision clears the way for Judicial Watch to try to gain access to 28 redacted pages of the Joint Congressional Committee's 9/11 Report dealing with Saudi Arabia. Judicial Watch believes these classified sections detail the Saudi Arabian regime's shameless support of terrorists.

"There is a reason why these pages have been kept secret and it has nothing to do with national security," said JW President Tom Fitton. "It has everything to do with Washington, D.C.'s cozy relationship with the terrorist-supporting regime of Saudi Arabia."

Judicial Watch will seek documents through its ongoing lawsuit in the U.S. District Court for the District of Columbia, John Doe v. Al Baraka Investment and Development Corporation (CA No. 02-1980 (JR)).

The lawsuit, brought on behalf of a man whose wife was murdered in the attacks on the World Trade Center, names various Saudi entities and individuals, including members of the ruling Saudi family, as defendants.

According to Judicial Watch's complaint, Al Baraka is one of the Saudi-based financial institutions to have helped Osama bin Laden establish his financial infrastructure. Saudi Royal Family members, for their part, own substantial assets in the United States. Profits from these business ventures are, in part, used to fund terrorist acts, including those which led to the murderous and cowardly sneak attacks of September 11th. Furthermore, 15 of the 19 September 11th hijackers were Saudi nationals.

"President Bush stood before the nation in the wake of September 11th and boldly offered to lead the world against terrorism," said Fitton. "The Administration's coddling of the Saudi Arabian government has the potential to undermine this effort."

Judicial Watch continues to lead the effort to persuade the Administration to place Saudi Arabia on the State Department's list of state sponsors of terror.

> "There is a reason why these pages have been kept secret and it has nothing to do with national security... It has everything to do with Washington, D.C.'s cozy relationship with the terrorist-supporting regime of Saudi Arabia."
> — Tom Fitton, JW President




Left to right: Former President George Bush in Saudi Arabia; President George W. Bush with Saudi Prince.

4

# JUDICIAL WATCH VICTORY!
## Judicial Council Upholds Misconduct Ruling Against Corrupt Judge
### At JW's Pleading, Congress Launches Probe of Appeals Circuit Court



Judge Boyce F. Martin

On July 31st, an appeals court refused to overturn findings that a federal judge manipulated court rules in the University of Michigan Law School's affirmative action case. Chief Judge Boyce F. Martin had asked the court to absolve him of any wrongdoing. While the Judicial Council presiding over the case refused to punish Martin, the House Judiciary Committee has renewed its investigation of Judge Martin. JW seeks his impeachment.

"We're gratified the court validated Judicial Watch's ethics complaint," said JW President Tom Fitton. "Still, absent just punishment, the decision has no teeth. That is why we'll be asking the House to start impeachment proceedings. Judges are obviously incapable of policing themselves."

According to the evidence, Chief Judge Martin improperly withheld a petition requesting that the full court of appeals hear the University of Michigan Law School's affirmative action case. During that time, two conservative, anti-affirmative action justices were given senior status, rendering them unable to participate in the vote. The result was a 5-4 liberal majority, giving Chief Judge Martin the decision he favored — a ruling that allowed the consideration of race in the university's admissions policies. The judge also, in violation of the rules, inserted himself on a three-judge panel hearing the case. The panel was supposed to have been chosen randomly.

Were Judge Martin to have followed Sixth Circuit procedures, the outcome of the case would have been much different.

Judicial Watch filed an ethics complaint in January 2002, based partially on the written opinions of the dissenting justices. In May 2003, Judge Alice Batchelder, acting Chief Judge of the Sixth Circuit, found that, indeed, Martin was guilty of "bending the rules" in the case. However, she declined to issue any punishment.

The case ultimately reached the Supreme Court where it was partially upheld in a controversial 5-4 decision.

"In the end, it is surreal that such a landmark Supreme Court ruling is based on a case put before it through judicial misconduct," continued Fitton. Martin had appealed Judge Batchelder's decision to the Judicial Council, which is comprised of appeals court and district judges from Ohio, Michigan, Kentucky and Tennessee, in an effort to have the judge's findings overturned. While he lost in this effort, he did escape punishment. The Council found that to reprimand Martin would be pointless given that his seven-year term as Chief Judge is expiring.

However, Judicial Watch continues to fight for justice, noting that the Judge will still be able to render his opinions on cases before the Sixth Circuit. Furthermore, by failing to punish Martin, the Judicial Council is sending the message that corruption on the bench will be tolerated.

A copy of the Judicial Council decision is available on the JW Internet site at www.judicialwatch.org.



Tom Fitton, JW President, appeared on *Buchanan & Press* to discuss the charges against Chief Judge Boyce Martin.

**Of Note**

Chief Judge Boyce F. Martin was also found to have violated court rules when he issued a ruling in a death penalty case without consulting his fellow justices. He also withheld an important pleading from them. The effect of these actions was a delay in the execution of a convicted murderer.

5



## This month's Interview

Provocative dialogue with the nations top opinion leaders

# Interview with Bill Federer

**Of Note**

Earlier this year, JW client Bill Federer was found innocent by a Missouri jury of assault charges falsely leveled at him by a worker and agent for Rep. Dick Gephardt's political machine. Mr. Federer, a principled conservative, had nearly beat Gephardt in 1998 and 2000. After a four day trial, a jury of Mr. Federer's peers found him innocent of the charge against him after only 25 minutes of deliberation.

**Judicial Watch President Thomas Fitton:** We now have as our guest nationally known speaker and best-selling author, Bill Federer. His books include *America's God and Country, Encyclopedia of Quotations*. His other works include, *Treasury of Presidential Quotations* and *America's God and Country*. Mr. Federer also ran for Congress against Dick Gephardt. And it is one thing to just run against someone in a tough campaign. It is quite another to be subjected to assault. That is what happened to Bill Federer, and we're going to talk about his lawsuit in that regard. Bill, welcome to the *Judicial Watch Report*. Good to talk with you again.

**Bill Federer:** Tom, it's good to be with you.

**Fitton:** I get outraged talking about Bill and Hillary Clinton and then I realize that Dick Gephardt, whom you ran against for Congress twice, was conducting the same types of smear and destroy operations that Bill and Hillary were effecting in Arkansas. Am I correct in that analysis?

**Federer:** You're exactly correct, and we were so thrilled with Larry Klayman being in St. Louis just last week, exactly six months after I won my case against Gephardt in the County Court. Larry filed the case against Gephardt in the state court, and then also argued before the federal court. He certainly was busy when he was here.

**Fitton:** We're persistent here at Judicial Watch.

**Federer:** When Larry went before three Federal judges in the new Eagleton Court Building, he pulled out a law that said if you intimidate or use any acts to discourage your opponent from running for office or voting, it's a crime. Well, the attorney for Gephardt got up and said, "Your Honor, that law Larry Klayman cited was an 1871 law with regard to the Democrats starting the Ku-Klux-Klan to intimidate and to discourage Negro Republican voters from voting." And Larry got back up and said, "Your Honor, I'd like to point out what my opposing attorney has just pointed out that it was the Democrats that used Ku-Klux-Klan tactics against the Republican opponent to discourage and intimidate. That's exactly what Dick Gephardt did."

**Fitton:** You ran against Gephardt in 1998, and nearly beat him. And the next time around in 2000 he was so nervous that he put his machine into action in a way that, frankly, nearly put you in jail.

**Federer:** When I ran in 1998, it was the sixth most expensive race in America. Gephardt spent $3.3 million against me. We gave him the lowest re-election margin of his career. Strange things happened in that campaign. For example, my name was left off the ballot in five wards in the City of St. Louis.

**Fitton:** Accidentally on purpose, right?

**Federer:** Right. People went in to vote for me and my name wasn't there. And so Gephardt's response was to leave the polls open until 10 o'clock and send out the message to tell everybody to come back and vote again, which was just a bogus joke. Anyway, in 2000, I ran again. That time, we had top members of Congress come in and we raised $3 million. It was a serious race. Gephardt drained his Democrat leaders' victory fund, which was illegal – or at least unethical. The fund consisted of $2 million of unregulated funds

6

that was supposed to help other candidates. Gephardt funneled it into his own personal campaign fund to spend. He spent a total of $6 million — the third most expensive race in America. Gephardt's campaign also accused us of an FEC violation. It made all the headlines. The FEC didn't look into it until a year after the election. I received a letter saying the case was closed and that I was innocent.

**Fitton:** Talk about what happened during what was supposed to be a run-of-the-mill campaign event. You appeared at a parade, presumably to shake hands and kiss babies, and something unexpected happened.

**Federer:** Well, I was walking down the parade and someone shoved a camera in my face. I was a little flustered, but I continued down the parade route. Anyway this person happened to have been an employee of Gephardt's Congressional office, which is a big deal because he was getting direct-deposited checks from the United States Treasury. This is the same exact infraction that put James Traficant in jail, using federal funds for campaigning purposes. Anyway, this cameraman took the videotape to the police department and filed an assault charge against me. Now I was the victim, but they filed it against me.

**Fitton:** How were they able to push the case forward, given that you were clearly the victim?

**Federer:** Well, they got into a Democrat-controlled County government, with a Democrat-appointed judge, and Democrat county counselors. They spent two and a half years trying to pin an assault charge on me. It's amazing what they did when they chose the jurors to hear the case. They had 30 people in the room, and they had to whittle the group down to 12 for the trial. The first question they asked was, "Are there any Republicans in here?" People who raised their hand were kicked out. Then they said, "Are there any pro-life people in here?" Again, those who raised their hands were kicked out. During the trial, they only wanted to show 9 seconds of this guy's videotape. We insisted on reviewing all 14 minutes of the tape, which showed nothing more than the cameraman standing in my path over and over again, zooming in on me in a crowd. We actually slowed the tape down on a DVD, frame by frame, and you could see the guy actually hitting me. When all of this came up on the television screen, the Democrat attorney jumped up and said, "I object!" The Democrat-appointed judge got down, looked at the television, turned to the jury and said, "Forget that you saw that." Anyway, it only took the jury 20 minutes to decide that I was innocent. They figured out in 20 minutes what the Democrat government in St. Louis County couldn't figure out in two and a half years.

**Fitton:** Well, while the jury did the right thing and acquitted you in 20 minutes, you were facing significant jail time if you had been found guilty. This represented an outrageous abuse of the judicial process. Judicial Watch, even before the trial, had sued in federal court, not only for the conspiracy and the assault and the battery and the basic crimes, but also for the civil rights related crimes. They tried to keep you from exercising your rights. Just like the Ku Klux Klan. Bill, thanks again for joining us on the program. Do you have a website where members of our audience can access your work?

**Federer:** Yes. It's amerisearch.net. Thanks, Tom, for having me.

*Bill Federer*

**Of Note**

According to a Judicial Watch lawsuit, a member of Gephardt's campaign staff stalked Bill Federer during a parade a month before the 2000 election, assaulted him, and then falsely accused Federer of wrongdoing. The lawsuit also alleges trespass, on information and belief, by Gephardt and his campaign aides, as Federer's home and offices were broken into several times during the campaign.

7

# Judicial Watch In the Media

Highlights from Judicial Watch's public education campaign

**Of Note**

Judicial Watch has earned more than 100 victories on behalf of the American people against corrupt politicians, lawyers and judges.

## LARRY KLAYMAN
### Interviewed by Llewellyn King and Linda Gasparello on PBS' *White House Chronicles*

**Llewellyn King:** I am joined, as always, by Linda Gasparello, my co-host, and our very special guest, Larry Klayman, who is the Chairman and Founder of Judicial Watch. Now Judicial Watch earned enormous attention during the Clinton years because they kept suing the president to divulge things that had not been divulged. Larry, how did you start Judicial Watch? This is not an easy thing to do — to start what has become a really major force in this town.

**Larry Klayman:** When I started Judicial Watch, I had been a private lawyer for about ten or so years. I had my own law firm representing small and medium-sized businesses and individuals in Washington D.C. and throughout the world. I saw that my clients were less equal to the big corporations and labor unions that were effectively paying off politicians and influencing judges. Finally, I reached the point in 1994 where I said, "I can't take it anymore. If I'm not going to quit this profession, I am going to turn the profession against itself." And that's what I did. I started Judicial Watch because my own profession had grown corrupt and I had to do something about it.

**King:** What is your largest success in these ten years?

**Klayman:** That we have, in effect, become a private Justice Department. Now you have to be careful when you say that. You don't want to be vigilante lawyers. You don't want to be seen that way. But we represent the people. We know whether it's a Democrat or a Republican administration, the Justice Department is not going to bring cases against its own administration, so we stepped into that void.


Larry Klayman, Founder and Chairman of Judicial Watch

**King:** But you don't take clients, do you?

**Klayman:** Yes, we have clients, but those clients are supported by the American people. We represent them pro bono. We're not in it for the money. We're in it for the result which is to make sure that "no one is above the law."

**King:** The huge amount of publicity that Judicial Watch has received has led some people to say that you're in it for the publicity.

**Klayman:** That's not the reason I started Judicial Watch. I felt strongly about changing the system, and that's why we've been successful. You have to keep up that kind of intensity when you're taking on the big and powerful. At Judicial Watch, our motto is, "Because no one is above the law." So, consequently, we try to set an example by going after high public officials, lawyers and judges who've strayed from ethics. After a while, as you know, publicity really wears off. It is not what's going

8

to drive you in Washington. You have to have that core conviction. In the beginning when you break in and you're not part of the establishment, the line is, "You're just doing it for your 15 minutes of fame." Obviously, I've lasted ten years doing this.

**King:** In your ten years, how many lawsuits have you launched against the rich and powerful?

**Klayman:** There are over 200 right now.

**King:** Conservatives, generally speaking, are against the excessive use of the courts. Where do you stand on tort reform?

**Klayman:** I do believe there needs to be tort reform, but what we really need are better judges. Our judges are chosen through political patronage in the federal system, by doing favors for the President or a Senator. They are not the best and brightest. All of the tools are there to prevent frivolous lawsuits, but we don't have judges that will stand on principle. We have judges, frankly, that are politicians in robes, and they're even more political than the politicians because they depend on the politicians to get their first job and every other job right up the line.

**Linda Gasparello:** Does it bother you that the American public is not more interested in the issue of the courts?

**Klayman:** It does bother me, but I think it is really a direct result of corrupt lawyers and judges who feather their own nests and scratch their own backs while failing to take into account the needs of the people in their courtroom.

**Gasparello:** Do you regret any of the lawsuits that you have brought forward or any of the complaints?

**Klayman:** No. You have to have a pretty thick skin in this town because people are going to attack you. You know, I'm between a rock and a hard place – between the Democrat and Republican parties. I am anti-Establishment, as they perceive it. Things don't always come out the way you want them to come out, but we've had tremendous success. We've had over 100 victories. Ken Starr did not get a finding that the President of the United States, Bill Clinton, had committed a crime. But we at Judicial Watch did, when the court found President Clinton committed a crime when he released private information about Kathleen Willey in an attempt to smear her name.

**King:** Clearly, you're totally original in Washington. I think what you're doing is something quite exceptional. I'm so glad that you've taken the time to be with us. Will you please come back?

**Klayman:** I would love to. Thanks Llewellyn and Linda.

### Of Note

"The main reason Larry Klayman [and Judicial Watch] is exasperating to many people across the political spectrum is that he ignores the rules of partisan combat that define Washington. Many political operatives have come to realize that Klayman is impossible to sway because he seeks no Establishment credentials and has none to protect."

— The National Journal

To reproduce any portion of this publication, you must always acknowledge the source.

Judicial Watch
501 School Street S.W.
5th Floor
Washington, DC 20024
Tel: (202) 646-5172
Fax: (202) 646-5199

## JW Visit With Grand Justice Jyun-Jsiung Su of Republic of China Court



Judicial Watch was visited by Grand Justice Jyun-Jsiung Su of the Republic of China's (Taiwan's) Constitutional Court on August 18, 2003. The Grand Justice is one of nine justices presiding over the highest legal court on Taiwan. He was accompanied during his visit to Judicial Watch Headquarters by his wife and his son (a recent graduate of Harvard Law School) – as well as official representatives from the Taipei Economic and Cultural Representative Office in the United States (TECRO), which acts as the island republic's embassy in Washington, DC. Judicial Watch President Tom Fitton and Chairman Larry Klayman briefed the Grand Justice on our organization, operations, investigations and litigation. Grand Justice Su was very impressed with Judicial Watch's mission and record of success in prosecuting corruption and encouraging opennness and accountability from government officials.

9

# Corruption Chronicles

**Reports on Political and Legal Corruption From Coast to Coast**

## Of Note

Former Commerce Department official and Chinagate Scandal figure John Huang estimates that he and his wife have contributed over $10,000.00 dollars to Congressman Dick Gephardt and between $5000.00 and $10,000.00 dollars to Senator Tom Daschle.

Clinton scandal figure Robert Bennett now serves as Enron's counsel. Bennet is infamous for his vicious defense of Bill Clinton during the Paula Jones sexual harassment lawsuit. Bennett watched Clinton commit perjury concerning Monica Lewinsky and made public statements allegedly designed to intimidate and defame women witnesses associated with Clinton, including Judicial Watch client Dolly Kyle Browning.

## Chinagate Haunts Democrats—Again!

Seven years after JW uncovered the Clinton-Gore scheme to sell influence to the Communist Chinese in exchange for campaign contributions, Democrat presidential hopefuls are at it again. Campaign records filed with the Federal Election Commission reveal that George Chao-chi Chu contributed thousands of dollars to the 2004 presidential campaigns of John Kerry, Bob Graham and Dick Gephardt. Chu has high-level links to the Communist Chinese leadership in Beijing and has been linked to Chinagate figure John Huang. He contributed more than $500,000 to the Clinton-Gore re-election campaign in 1996. President Clinton appointed Chu to an advisory committee on trade with China in 2000.

## Congressional Investigation Uncovers Clinton-Enron Connection

While the Bush administration has been criticized for its ties to energy interests, a recent Congressional investigation suggests it was the Clinton administration that first turned a blind eye to corruption at Enron Corp. In 1999, the IRS made a criminal referral to the Reno Justice Department to investigate possible bribes paid by Enron officials to Guatemalans close to the country's former president in order to win a lucrative electric power contract. On May 21, 1999, the IRS district director in Houston sent a letter to Janet Reno indicating that Enron may have violated the Foreign Corrupt Practices Act, which forbids U.S. companies operating overseas to use bribes to win contracts. Reno declined to investigate. Now the Senate Finance Committee is attempting to find out why. (Judicial Watch is pursuing an independent lawsuit to attempt to get at the heart of Enron's political and legal corruption.)

## Lobbyists Seek Favor With Congressional Relatives

The suspicious relationship between Members of Congress and lobbyists has received much public attention in the last few years, fueling the fervor for "campaign finance reform." However, another form of corruption, Congressional nepotism, has thus far flown underneath the radar screen. According to a recent article in the *Washington Post*, while the rules are clear with respect to the interactions between lawmakers and lobbyists, "there is not a single rule governing whether corporations, trade groups and others can hire you to lobby your relative — and his or her colleagues — on legislation vital to the clients." The article goes on to note that dozens of senators and representatives are related to lobbyists from a variety of interests. Senator Harry Reid (D-Nevada), notes the newspaper, "supported several measures promoted by his son and son-in-law, both lobbyists for Nevada interests." (JW has a lawsuit concerning the lobby of Linda Daschle, wife of Senator Tom Daschle.)

## USPS Inspector General Quits Amid Controversy

USPS Inspector General Karla Corcoran "followed a pattern and practice of unprofessional conduct in the management of the USPS OIG, used questionable judgment in areas with her discretion, extravagantly expended USPS funds, and engaged in personnel practices which were either questionable, or not in accord with USPS policy," concluded a report by the President's Council on Integrity and Efficiency. As a result of the investigation, Ms. Corcoran resigned rather than face sanctions. Ms. Corcoran was accused of using flaky "team building" exercises at great cost to taxpayers. Meanwhile, postal officials allowed postal workers to be exposed to anthrax without any objection from Ms. Corcoran, the supposed Post Office "watchdog."

10

# Government Uncovered

## Freedom of Information Equals Freedom From Corruption

*Access to information is vital to Judicial Watch's efforts to hold politicians accountable for their actions. Following are excerpts of documents obtained by Judicial Watch through the Freedom of Information Act (FOIA) during the course of its probe into the terrorist financial network.*

**Background**

In the wake of the terrorist attacks on the World Trade Center and the Pentagon on September 11, 2001, President Bush launched an all-out war on terrorism, targeting not only those who commit violent acts, but the individuals and organizations that fund them. While the Bush administration took swift action against some terrorist front groups, others were initially ignored. The Texas-based Holy Land Foundation, for example, was not listed by the State Department as a supporter of terrorism for months after the terrorist attacks, despite the fact that it had been under investigation by the Clinton administration's FBI years prior to September 11. Judicial Watch recently uncovered documents through the Freedom of Information Act that prove the U.S. government knew about the Holy Land Foundation's ties to the terrorist group Hamas, yet did not take action against the organization, allowing it to continue to raise funds to support terrorists.

**Key Excerpts:**

"On June 29, 2000, USAID approved the application of HLF for registration as a PVO for USAID. On August 30, 2000, Under Secretary of State Pickering wrote to the Administrator of USAID, stating that the Department of State had determined that continuation of HLF's registration with USAID as a PVO was contrary to the national defense and foreign policy interests of the United States. On September 14, 2000, USAID advised the HLF that USAID proposed to terminate HLF's registration as a PVO with USAID…On November 7, 2000, HLF's registration as a PVO with USAID was terminated."

— Testimony of Gary M. Winter, Assistant General Counsel for the Bureau of Democracy, Conflict and Humanitarian Assistance, United States Agency for International Development (USAID).

"On December 4, 2001, the Office of Foreign Asset Control (OFAC) of the United States Department of Treasury designated HLF as a specially designated terrorist (SDT), as a specially designated global terrorist (SDGT), and blocked all of its assets pursuant to the International Emergency Economic Powers Act…"

— Holy Land Foundation for Relief and Development v. John Ashcroft, Memorandum Opinion, Civil Action 02-442.

**Relevance:**

The FBI investigated the Holy Land Foundation during the Clinton administration and had determined the organization had ties to the terrorist group Hamas. Thomas Pickering, Under Secretary of State in Madeline Albright's State Department, determined that the organization's activities were contrary to the national security interests of the United States. While the HLF was stripped of its status as a charitable organization by the U.S. Agency for International Development in the fall of 2000, no action was taken to shut the organization down until December 2001, after the terrorist attacks on the United States. Clearly the Clinton and Bush administrations failed to thwart a serious threat to U.S. national security by allowing the HLF to raise funds in the U.S. and deliver them into the hands of terrorists in the Middle East.



**Of Note**

"The State Department has asked the Agency for International Development to withdraw its registration from one of the largest Muslim charities in the United States, saying it has ties to the terrorist group Hamas, government officials say."

— *New York Times*, August 25, 2000.

11

# Vice President Attempts to Skirt Justice

Vice President Cheney is attempting to avoid accountability in two separate cases filed by Judicial Watch.

On July 29, a federal judge heard arguments as to whether or not a lawsuit involving Vice President Cheney, former Chairman of Halliburton, should move forward. JW's complaint alleges that Halliburton and its auditors made accounting changes to artificially inflate the company's value, similar to Enron. Halliburton CEO David Lesar has said the Vice President knew about the accounting change while he served as the company's chief executive.

On August 8th, the Bush Justice Department asked a federal appeals court to reconsider the decision to continue JW's case against the Vice President's Energy Task Force. A three-judge panel ruled in July that the Bush administration failed to prove that JW's case represents an unconstitutional intrusion into the innerworkings of the presidency and ordered the case to move forward.

# INCREASE YOUR INCOME
## AND REDUCE YOUR TAXES

Learn how your gift to Judicial Watch's Charitable Remainder Trust programs can help you receive these benefits and more:

- Increased Spendable Income
- Reduced Estate and Inheritance Taxes
- Complete Avoidance of Capital Gains Taxes
- Income for Life
- Current Income Tax Deduction
- Professional Investment Management

Write today for your free copy of the Judicial Watch brochure entitled "Your Guide to Charitable Remainder Trusts" – A Gift That Pays You Life Income.

**Judicial Watch**
501 School Street, 5th floor
Washington, DC 20024
Phone: (202) 646-5172

**Judicial Watch**
Because No One is Above the Law!



Name _____

Address _____

City _____   Zip _____



# Grassroots New Member Drive Continued!
▼ ▼ ▼ ▼ ▼ ▼ ▼ ▼ ▼

Dear Larry:                                                                    00605643Z    NX030134

Thanks for sending my October issue of the Judicial Watch Verdict newsletter. I appreciate it that you keep me informed of your ongoing work in the battle against corruption in society.

You are right! You must continually add new Judicial Watch members to remain effective. I am willing to do my part.

*(Please mark all appropriate boxes)*

☐ I have listed on the reverse side of this form the names and addresses of new members of Judicial Watch I have <u>recruited</u>, and I am enclosing each new member's $35 membership contribution, which they have made payable to Judicial Watch. I understand that you will thank each new member, and send them their official Judicial Watch membership card later this year.

☐ I am <u>sponsoring</u> the new Judicial Watch members whose names and addresses are listed on the reverse. I am enclosing a tax-deductible sponsorship check which represents a $35 membership contribution for each individual I am sponsoring. I understand that the new members I have sponsored will receive all the benefits of membership in Judicial Watch. The amount of my sponsorship check is $_____.

☐ At this time, I am not able to recruit or sponsor any new Judicial Watch members. But I do want to make a special contribution to help carry forward Judicial Watch's critical public corruption lawsuits and public education programs. My tax-deductible contribution, payable to Judicial Watch, is enclosed for:

   ☐ $35       ☐ $55       ☐ $70       ☐ Other $_____

☐ Larry, please contact me directly about hosting a reception for prospective new Judicial Watch members. Please call me at _____, between the hours of _____.

---

☐ Enclosed is my check payable to Judicial Watch.

CHARGE MY: ☐ VISA  ☐ MasterCard  ☐ [AmEx]  ☐ DISCOVER   Today's date: ___/___/___   Expiration Date: ___/___
                                                                      MO  DAY  YR                    MO   YR

Account Number: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Signature: _____

Telephone: _____   E-mail: _____

**To obtain additional information, visit our Internet site at www.JudicialWatch.org.**

* Judicial Watch is a 501(c) (3) non-profit organization. Contributions received from individuals, foundations and corporations are tax-deductible to the extent allowable by law.

501 School Street, S.W., 5th Floor, Washington, DC 20024