# The Judicial Watch Verdict

## 10th Anniversary Issue

### In this Issue

Donor Recognition...page 3

Open Records Program ...page 4

Signature Moments ...page 7

Litigation ...page 10

Judicial Monitoring Project ...page 14

Public Education ...page 16

Profiles in Courage ...page 18



**Judicial Watch**
**Because No One is Above the Law!**

www.JudicialWatch.org
501 School Street, 5th Floor
Washington, DC 20024
**1-888-JW-ETHIC**

## 2005 AND BEYOND: A MESSAGE FROM THE PRESIDENT

Together, we have come a long way in the last ten years. From an upstart organization with an ambitious mission and a shoestring budget, to a "powerful national force," as noted by the *National Journal*, with the influence to make its case before the highest court in the land. For this success, we have so many people to thank.

Of course, there are the members of Judicial Watch's committed staff, who fight everyday to restore dignity to our government and legal systems. These are the Judicial Watch employees working behind the scenes to issue the open records requests, pore over thousands of pages of documents in search of key pieces of evidence, file lawsuits when necessary and confront legal challenges put forth by those corrupt politicians who fear the light of truth.

There are also those brave souls willing to risk their lives and livelihoods to tell the truth about corruption in government and in our legal systems. We call these individuals whistleblowers and they are critical to JW's attempts to achieve justice.

And then, of course, we have you. For without our generous supporters there is no dedicated staff and nowhere for whistleblowers to turn when they

need your help to fight the politically powerful. Without you, Judicial Watch would not have the resources to make an impact.



**In the last ten years, JW has filed more than 400 FOIA and open records requests, leading to the release of tens of millions of pages of documents.**

– JW President Tom Fitton.

I wanted to put together this special 10th anniversary edition of *The Verdict* to show you, in a clear and concise manner, just how much you mean to Judicial Watch and the effort to hold corrupt public officials accountable for their crimes. I wanted to congratulate you on all of the many successes you've helped Judicial Watch to achieve in its first ten years.

But I also want to emphasize that this edition of the newsletter is not just about the first ten years, but also next year and beyond.

These are very exciting times for Judicial Watch.

In 2005, Judicial Watch will have an extremely heavy caseload. Even more importantly, some of the cases you've helped build will enter a critical phase.

Soon, we expect to depose Jesse Jackson in our civil rights case on behalf of the Reverend Jesse Lee Peterson. Fresh off of our United States Supreme Court appearance, Judicial Watch is back fighting

continued on page 2




# Donor Recognition

**Appreciating the Contributions** | **of Judicial Watch Donors and Friends**

# JW'S EXTENDED FAMILY:  THE AMICUS SOCIETY

The Latin word "amicus" means "friend."  In law, the word is most often seen in the phrase "amicus curiae," friend of the court, which describes briefs filed before a court, arguing one side of a pending case.

In an effort to bestow special recognition to the organization's most cherished "friends" and supporters, Judicial Watch recently initiated a new membership group, the Amicus Society.

The Amicus Society is a unique group of special supporters who provide Judicial Watch with advice and counsel as the organization enters its second decade and continues to prosecute public corruption and fight for our mission that "no one is above the law."

One major benefit to members of the Amicus Society is that Judicial Watch no longer has to solicit support through the mail with repeated requests for help.  Members simply pledge a certain amount of support for the year, and these contributions are then automatically withdrawn from the member's account.  These gifts are then noted on the member's bank or credit card statement each month, right along side the regular paper checks and charges that come through their accounts.

Through the Amicus Society, and an automatic monthly commitment from members, it is easier for Judicial Watch to make the right decisions about matters that come up suddenly, that we cannot always plan for a year in advance — like taking on new cases, hiring additional attorneys, or expanding our media and public education efforts.

Furthermore, these monthly gifts help Judicial Watch to save thousands of dollars in postage and printing costs by reducing the organization's dependence on fundraising through the mail.  Judicial Watch's resources can then be diverted to those programs that supporters have found worthy of their generous financial support.

Joining the Amicus Society is the safest, most cost efficient and high-impact way for friends of Judicial Watch to help the organization as it moves into its second decade of holding public officials accountable for their actions.

## Of Note

"This is something I must support.  We must do all we can do to get rid of corruption."

- JW supporter
Mary Anne Mulloy

For more information about Judicial Watch's Amicus Society, please contact Rick Ventura at (202) 646-5172.




Judicial Watch recognizes major contributors to the Building Fund with a special wall plaque at our Washington D.C. Headquarters.

# The Judicial Watch Verdict

**A NEWS PUBLICATION FOR MRS. LOUISE C. BENSON**

FEBRUARY 2005

# JW BATTLES ACLU OVER GOD IN GOVERNMENT

## Files Supreme Court Brief Backing Display of Ten Commandments

On December 9, 2004, Judicial Watch entered an historic case now before the United States Supreme Court that goes to the heart of the relationship between church and state. The stakes are high. If the Court rules in opposition to Judicial Watch's "friend of the court" brief, and in favor of so-called "secularists," God and morality may lose more of their tenuous footing in our nation's public life.

The case now before the Supreme Court concerns displays at a public school and two courthouses in Kentucky that included the Ten Commandments, among other historically important documents, as part of an overall effort to educate the public about the foundations of our legal system.

The American Civil Liberties Union (ACLU), as part of its continuing campaign to eradicate religion from the public square, challenged the displays under the Constitution's Establishment Clause. The U.S. Court of Appeals for the 6th Circuit in Cincinnati ruled in favor of the ACLU,

ordering the Ten Commandments to be removed. The ruling was then appealed to the Supreme Court. Judicial Watch filed its brief with the Supreme Court in order to address the widespread misinterpretation of the Establishment Clause, which has been used by various courts to erect an impenetrable wall of separation between church and state. This notion directly contradicts the will and intent of our Founding Fathers, as well as the strict letter of the U.S. Constitution.

"Congress has given countless congressional aid grants containing religious themes and opens its congressional sessions with prayer," JW noted in its brief. "Our national motto, our currency, and our Pledge of Allegiance, all demonstrate that there was never meant to be a complete separation of church and state."

The Establishment Clause was carefully worded and specifically constructed by our Founding Fathers as they debated the addition of the Bill of Rights to the U.S. Constitution in

continued on page 5

---

## BREAKING NEWS:
## HILLARY'S FINANCE DIRECTOR INDICTED!

David Rosen, the former national finance director for Hillary Clinton's 2000 Senate campaign, was indicted for causing false campaign finance reports to be filed with the Federal Election Commission. Hillary's campaign understated the amount of money contributed by JW client Peter Paul in the form of a Hollywood celebrity gala fundraiser. "Judicial Watch's efforts and Mr. Paul's cooperation helped to develop the case against Rosen. One of Hillary Clinton's people is facing up to twenty years in jail. This is a big victory for JW and its tireless supporters. Now our job is to push for Hillary's prosecution," said JW President Tom Fitton. Full details in the next issue of *The Verdict*.



be a mistake to lower House
andards. As currently worded,
nics standards are comparable to
the judiciary. As with the federal
judiciary, it is important that
there not be the appearance
of corruption in the House of
Representatives. This
proposed rule change

*Your stamp will save us much needed funds.*



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# Building Fund Continues To Grow



Judicial Watch recognizes major contributors to the Building Fund with a special wall plaque at our Washington D.C. Headquarters.

The Judicial Watch Building Fund was established nearly 30 months ago to enable Judicial Watch to purchase an office building in our nation's Capital.

This fund has been one of the most comprehensive fundraising efforts in Judicial Watch history. The long term goal of the fund is to provide financial stability for Judicial Watch through the ownership of an office building.

"We have had 3,647 donors and supporters who have courageously stepped up and given $1.4 million dollars to establish this fund," said President Tom Fitton. "We have ensured that every penny donated to this campaign has been in an interest bearing account, while we continue our search to purchase a permanent facility in Washington."

Judicial Watch's Vice President of development, Rick Ventura, will spearhead an effort in 2005 to increase the amount of the Building Fund.

"We would like to see the Building Fund

grow to $3 million by year end so that the board of directors can conclude the building search and begin the process to purchase a permanent home and headquarters for Judicial Watch," said Mr. Ventura.

The Building Fund provides numerous levels and giving opportunities. All supporters who have given $500 or more to the fund are honored by having their names inscribed on the Judicial Watch "Wall of Justice" which is permanently located in our main conference room in our reception area. This elegant wall has the Judicial Watch slogan – "No One is Above The Law!" – prominently displayed at the top in addition to the names of our generous donors and supporters.

Supporters and donors who are not able to help us with a $500 or more gift will still be recognized for their support, regardless of the amount, and, when a building is purchased, listed in the Building Fund Registry of Honor in the Judicial Watch lobby.