http://www.judicialwatch.org/index.shtml



**Fighting Secrecy** | **Battling Corruption** | **Watching the Courts** | **Promoting Integrity** | **Join the Fight**

- JW Home
- About Us
- Our Programs
- Public Education
- Our Litigation
- Publications
- Contact Us
- JW Store
- Site Search
- VICTORIES
- PRESS ROOM
- DONATE

[Search]

## JUDICIAL WATCH LEADS FIGHT AGAINST ILLEGAL "DAY LABORER" SITE IN HERNDON, VA

**HERNDON TOWN COUNCIL TO VOTE ON AUG. 16** — **CLICK FOR MORE INFO**

### ANNOUNCEMENTS



**Herndon Officials Heed Judicial Watch's Legal Notice and Citizens' Objections to "Day Laborer" Sites** - Judicial Watch was pleased by the decision of the Town of Herndon Planning Commission to not recommend approval of a conditional use permit application for the creation of an illegal alien job center, termed a "Day Laborer" site. The Planning Commission voted against the Day Laborer site in the early morning hours of Thursday, August 4th, after three evening hearing sessions. (Aug 4, 2005)

**2004 Financial Disclosure Report for Supreme Court Nominee Judge John Roberts** - The Judicial Financial Disclosure Project is a new educational effort by Judicial Watch, to allow concerned citizens, public interest groups and the media a single, one-stop resource for financial information of the federal judiciary. These financial disclosure reports, which were obtained through the Ethics in Government Act, are released annually following a security review by the U.S. Marshals Service. Judge John Roberts' forms have been posted here as a public service and are accessible at no charge. (Jul 27, 2005)



### News Links

**Congressional Scandal Roundup** - *Time Magazine* (Aug 15, 2005)

**FEC Finds Misreporting by DeLay Committee** - *The Guardian* (Aug 12, 2005)

**At last, someone is listening to Texas Lottery watchdog** - *The Dallas Observer* (Aug 11, 2005)

**DeMint, Inglis question building plans for federal judge** - *The Tuscaloosa News* (Aug 11, 2005)

**Day labor center proposal stirs national debate** - *The Washington Examiner* (Aug 7, 2005)

**Why Isn't Sandy Berger Going to Jail?** - *The National Ledger* (Aug 7, 2005)



**U.S. Navy Paid $1.69 Million to The Rendon Group** - Judicial Watch has obtained U.S. Navy contract documents, under the provisions of the Freedom of Information Act ("FOIA") (5 U.S.C. ' 522), detailing U.S. government payments of $1,699,830.00 to a public relations firm known as The Rendon Group for the purpose of influencing the outcome of a public referendum held on the island Commonwealth of Puerto Rico, a U.S. Territory. (Jul 25, 2005)

**U.S. Senate Defends Judicial Filibusters in Court on Eve of Supreme Court Nomination** - As President Bush moves to replace retiring Supreme Court Justice Sandra Day O'Connor, Senate lawyers filed a brief with the United States Court of Appeals for the District of Columbia Circuit defending the use of the filibuster rule to block judicial confirmations, Judicial Watch, the public interest group that fights government corruption, announced today. According to the brief, which was filed on July 1 in Judicial Watch's filibuster lawsuit appeal against the United States Senate, deliberations involving judicial nominees are "quintessentially political questions that are not appropriate subjects for judicial resolution." (Jul 12, 2005)



**More Headlines**

Judicial Watch, Inc. - Copyright 1997-2005 - 1-888-JW-Ethic

http://www.judicialwatch.org/about.shtml



| Fighting Secrecy | Battling Corruption | Watching the Courts | Promoting Integrity | Join the Fight |

News Links

Congressional

## About Judicial Watch

## About Judicial Watch

Judicial Watch, Inc., a conservative, non-partisan educational foundation, promotes transparency, accountability and integrity in government, politics and the law. Through its educational endeavors, Judicial Watch advocates high standards of ethics and morality in our nation's public life and seeks to ensure that political and judicial officials do not abuse the powers entrusted to them by the American people.



Judicial Watch Staff at the Supreme Court

Judicial Watch fulfills its educational mission through litigation, investigations and public outreach.

To learn more about us, use the links below:

- ❖ **Our Mission**
- ❖ **Our Programs**
- ❖ **Public Education**
- ❖ **Our Litigation**
- ❖ **Publications**
- ❖ **Press Room**
- ❖ **Contact Us**
- ❖ **Director Bios**
- ❖ **Staff Directory**
- ❖ **Join the Fight Against Corruption**

*Time Magazine* (Aug 15, 2005)

**FEC Finds Misreporting by DeLay Committee** - *The Guardian* (Aug 12, 2005)

**At last, someone is listening to Texas Lottery watchdog** - *The Dallas Observer* (Aug 11, 2005)

**DeMint, Inglis question building plans for federal judge** - *The Tuscaloosa News* (Aug 11, 2005)

**Day labor center proposal stirs national debate** - *The Washington Examiner* (Aug 7, 2005)

**Why Isn't Sandy Berger Going to Jail?** - *The National Ledger* (Aug 7, 2005)

View our latest **IRS Form 990**.

Top of Page

Judicial Watch, Inc. - Copyright 1997-2005 - 1-888-JW-Ethic

http://www.judicialwatch.org/programs.shtml



News Links

**Congressional**

## Our Programs

Judicial Watch was created to serve as an ethical and legal watchdog over our government and judicial systems and to promote a return to ethics and morality in our nation's public life. In the past decade Judicial Watch has become the nation's "True Independent Counsel."

Use the links below to find out more about what Judicial Watch is doing in each of the following areas:



- *The Tuscaloosa News* (Aug 11, 2005)

**Day labor center proposal stirs national debate** - *The Washington Examiner* (Aug 7, 2005)

**Why Isn't Sandy Berger Going to Jail?** - *The National Ledger* (Aug 7, 2005)

- ❖ **Fighting Secrecy –** Through its numerous Freedom of Information Act and other open record requests, investigations and litigation, Judicial Watch allows the American people to scrutinize the actions of public officials and government agencies.

- ❖ **Battling Corruption –** When corruption is revealed, Judicial Watch takes decisive legal action and works through the civil justice system to hold accountable those responsible for these crimes and injustices. Judicial Watch also rallies public support through its public outreach initiatives.

- ❖ **Watching the Courts –** While the American judiciary system is the envy of most other nations, it is not without its problems. By monitoring the judicial process, cases and our court rooms, Judicial Watch uncovers malfeasance and takes corrective action.

- ❖ **Promoting Integrity** in our appointed and elected officials.

- ❖ **Join the Fight** to root out corruption and counter judicial

abuse.

Top of Page

Judicial Watch, Inc. - Copyright 1997-2005 - 1-888-JW-Ethic

http://www.judicialwatch.org/education.shtml



Fighting Secrecy | Battling Corruption | Watching the Courts | Promoting Integrity | Join the Fight

News Links

**Congressional Scandal Roundup -** *Time Magazine* (Aug 15, 2005)

Search

## Public Education

Judicial Watch is dedicated to the proposition that our nation runs best when the facts on public policy and about public officials, candidates for office and officers of our courts are put before the people. Too often, secrecy proves a cover for the abuse of power and arbitrary government - so Judicial Watch fights unwarranted secrecy. Through its educational programs, Judicial Watch shares its information with the citizens and increases public awareness when abuse exists.



Judicial Watch President Tom Fitton

**Day labor center proposal stirs national debate** - *The Washington Examiner* (Aug 7, 2005)

**Why Isn't Sandy Berger Going to Jail?** - *The National Ledger* (Aug 7, 2005)

Public Education Programs:

- **Open Records Project**
- ***The Judicial Watch Verdict*** – A monthly newsletter to our members
- **JW President's Weekly E-mail Update**
- **The International Program** – Officials of other nations visiting to learn about Judicial Watch.
- **JW Commentary and Analysis**
- **Publications**
- **Educational Conferences and Panels**
- **Coalitions and Partnerships**
- **Internships**

Top of Page

http://www.judicialwatch.org/litigation.shtml



# Judicial Watch

### Because no one is above the law



| Fighting Secrecy | Battling Corruption | Watching the Courts | Promoting Integrity | Join the Fight |

**News Links**

## Our Litigation

*"Judicial Watch appears to be the main public interest litigator at this time, no small feat."* – National Journal, June 24, 2002



JW's Director of Litigation, Paul Orfanedes

Judicial Watch has filed more than 150 lawsuits against corrupt public officials, achieving numerous **victories** on behalf of the American people. This is what separates Judicial Watch from other watchdog organizations. Judicial Watch is willing to take action, to use the civil court system in order to achieve justice.

Thanks, in part, to its aggressive litigation, Judicial Watch was recently named one of the top ten most effective government watchdog organizations by The Hill newspaper, and a "force in Washington" by the National Journal.

The following links to summaries, updates, and relevant documents

**Congressional Scandal Roundup -** *Time Magazine* (Aug 15, 2005)

**FEC Finds Misreporting by DeLay Committee -** *The Guardian* (Aug 12, 2005)

**At last, someone is listening to Texas Lottery watchdog -** *The Dallas Observer* (Aug 11, 2005)

**DeMint, Inglis question building plans for federal judge** - *The Tuscaloosa News* (Aug 11, 2005)

**Day labor center proposal stirs national debate -** *The Washington Examiner* (Aug 7, 2005)

**Why Isn't Sandy Berger Going to Jail?** - *The National Ledger* (Aug 7, 2005)

Search

## Our Litigation

*"Judicial Watch appears to be the main public interest litigator at this time, no small feat."* – National Journal, June 24, 2002


JW's Director of Litigation, Paul Orfanedes

Judicial Watch has filed more than 150 lawsuits against corrupt public officials, achieving numerous **victories** on behalf of the American people. This is what separates Judicial Watch from other watchdog organizations. Judicial Watch is willing to take action, to use the civil court system in order to achieve justice.

Thanks, in part, to its aggressive litigation, Judicial Watch was recently named one of the top ten most effective government watchdog organizations by The Hill newspaper, and a "force in Washington" by the National Journal.

The following links to summaries, updates, and relevant documents pertaining to Judicial Watch's current litigation.

- ❖ **JUDICIAL WATCH, INC. v. THE UNITED STATES SENATE, et. al.** - Judicial Watch, Inc. has suffered and is continuing to suffer significant, irreparable harm by reason of the unconstitutional application of Senate Rule XXII and Senate Rule V to the Estrada and Owen nominations. But for the efforts of a minority of U.S. senators to use Senate Rules XXII and V to prevent the confirmation of former Assistant Solicitor General Estrada and Justice Owen to federal judgeships, these well-qualified judicial nominees would have been confirmed, and will be confirmed, for appointments to the D.C. Circuit and Fifth Circuit, respectively, and their

confirmations would have lessened, and will lessen, the high vacancy rates and resulting significant and prejudicial delays experienced by Judicial Watch, Inc. in litigating in the federal courts.

- ❖ **Yordanis Montoya Isaac v. The Republic of Cuba** - Judicial Watch Seeks Judgment Against Castro: Judicial Watch recently filed a "motion for judgment" on behalf of the family of a Cuban man summarily executed by the Castro regime in 2003. The victim, captured while trying to escape from Cuba, was executed by firing squad immediately after a sham trial. The execution took place as part of a broader violent crackdown by Castro against any dissent in Cuba. The lawsuit seeks an award of compensatory and punitive damages against the Cuban regime in excess of $100 million. See below for a copy of the motion for judgment and it supporting exhibits.

- ❖ **JOHN VINCENT v. FEDERAL BUREAU OF INVESTIGATION** - Defendants, acting under color of federal authority, have and are continuing to deprive Plaintiff of his First Amendment rights by refusing to grant him permission to publish written answers to questions posed to him by Ms. Judith Miller of The New York Times and/or by failing to specify any particular portion of the answers that allegedly are objectionable so as allow Plaintiff to revise the answers to address Defendants' alleged concerns.

- ❖ **JUDICIAL WATCH, INC. v. DEPARTMENT OF THE ARMY** - Complaint filed after DOA's failure to respond to a FOIA request in regards to contracts awarded to Kellog, Brown and Root to restart Iraq's oil production.

- ❖ **JOHN DOE v. AL BARAKA INVESTMENT AND DEVELOPMENT CORPORATION, et. al.** - Judicial Watch

has filed a lawsuit against over 100 Saudi Arabian and other entities for their financial and conspiratorial support for the attacks on America.

- **HOWARD B. THOMPSON, et. al. v. LI KA-SHING; GARY K. WINNICK, et. al.** - This action arises from the huge fraud against many of the shareholders of GCL, potential investors in securities issued by GCL, and the integrity of the securities market, and from other and related unlawful, unfair, and fraudulent acts and practices that were perpetrated by directors, officers, affiliated persons, and accountants of Global Crossing Ltd. ("GCL"), directly or indirectly, with the assistance of corrupt elected and appointed public officials.

- **JUDICIAL WATCH, INC. v. THE STATE OF VERMONT, HOWARD DEAN, et. al.** - This action seeks Defendants' compliance with the Vermont Access to Public Records Act, 1 V.S.A. §§ 315 to 320. Defendants have steadfastly refused to disclose hundreds of thousands of pages of public records and papers of former Vermont Governor and current United States presidential candidate, Dr. Howard Dean, based solely on an unsupported, blanket claim of "executive privilege" as memorialized in a "Memorandum of Understanding" that Dr. Dean negotiated with the other Defendants.

- **NOTRA TRULOCK, III v. UNITED STATES DEPARTMENT OF JUSTICE, et. al.** - Complaint filed by Notra Trulock, III, for Department of Justice compliance with the Freedom of Information Act.

- **BRENTWOOD ROAD POSTAL FACILITY ANTHRAX CASE** - Judicial Watch represents hundreds of United States Postal Service ("USPS") workers and a USPS workers' support group organized as "Brentwood Exposed," concerning all

matters related to the October 2001 anthrax attacks.

- ❖ **JESSE LEE PETERSON v. JESSE JACKSON, et. al.** - The lawsuit alleges the defendants, during a December 10, 2001 public meeting to discuss the awarding of minority-oriented contracts by Toyota, surrounded and assaulted Rev. Peterson – calling him "nigger" as they taunted and harmed him.

- ❖ **JUDICIAL WATCH, INC. v. UNITED STATES DEPARTMENT OF ENERGY** - This case concerns Freedom of Information Act ("FOIA") requests sent by JW on April 19, 2001 to Defendants. When the Defendants failed to respond timely to JW's FOIA requests, JW was forced to file this lawsuit on May 9, 2001.

- ❖ **ROBERT LAKE v. PROVIDIAN FINANCIAL CORPORATION, LARRY D. THOMPSON et. al.** - Documents filed by Providian with the U.S. Securities and Exchange Commission state that Thompson was the Chairman of the Providian Audit and Compliance Committee for several years prior to his resignation to become Deputy Attorney General in mid-2001. The Complaint alleges that Thompson and other director and officer defendants knew that Providian's financial condition was deteriorating and adopted a fraudulent scheme to delay recognition of losses from the second quarter 2001 into the third quarter 2001.

- ❖ **JUDICIAL WATCH'S ACTIONS TO FIGHT TERRORISM** - After the attacks on America of 9/11/01, Judicial Watch has declared war on terrorism.

- ❖ **JUDICIAL WATCH, INC. v. FOOD AND DRUG ADMINISTRATION** - Civil Action No. 00-2973 (RCL). Judicial Watch Fights in Court to Gain Access to Abortion Pill Documents.

- ❖ **DONATO DALRYMPLE, et. al. v. UNITED STATES OF AMERICA** - This action arises from the April 22, 2000 pre-dawn raid on the home of Lazaro, Angela, and Marisleysis Gonzalez in Miami, Florida that seized six-year old Cuban asylum seeker Elian Gonzalez from the custody of his U.S. relatives and returned him to Communist-controlled Cuba.

- ❖ **GENNIFER FLOWERS v. JAMES CARVILLE, GEORGE STEPHANOPOULOS AND LITTLE, BROWN & COMPANY** - CV-S-99-1629(DWH/LRL). Judicial Watch is representing Gennifer Flowers in a defamation suit against Carville and Stephanopoulos for statements they made on CNN's "Larry King Live" and for statements made by Stephanopoulos in his book All Too Human: A Political Education. Carville and Stephanopoulos repeatedly called Mrs. Flowers a liar and falsely accused her of fabricating evidence about her relationship with President Clinton.

- ❖ **JUDICIAL WATCH v. U.S. DEPARTMENT OF COMMERCE** - Civil Action 97-2416. In October of 1997, Judicial Watch filed a fourth lawsuit against Commerce, this time seeking all documents produced by Commerce to the Justice Department, Congress, or any grand jury impaneled in any judicial district of the United States.

- ❖ **ALEXANDER et al. v. FBI, et. al.** - Civil Action No. 96-2123. Judicial Watch is representing the plaintiffs in a class-action suit filed by White House employees of the Bush and Reagan administrations whose FBI files were wrongly accessed by the Clinton White House. The White House and FBI are being sued under the federal Privacy Act, while the individual defendants B Bernard Nussbaum, Craig Livingstone, Anthony Marceca and Hillary Clinton B are being sued for common-law tort of invasion of privacy.

- ❖ **JUDICIAL WATCH v. U.S. DEPARTMENT OF COMMERCE** - Civil Action 97-0289. In November 1996, Judicial Watch

Search

Top of Page

**proposal stirs national debate** - *The Washington Examiner* (Aug 7, 2005)

**Why Isn't Sandy Berger Going to Jail?** - *The National Ledger* (Aug 7, 2005)

Judicial Watch, Inc. - Copyright 1997-2005 - 1-888-JW-Ethic