IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *ET AL*. | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670 |
| | Honorable Colleen Kollar-Kotelly |
| JUDICIAL WATCH, INC., *ET AL*. | |
| Defendants. | |

## **DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**

Defendants Judicial Watch, Inc. and Thomas J. Fitton, by undersigned counsel and pursuant to Fed. Rule Civ. Pro. 12(b)(6) and LCvR 7.1, hereby move to dismiss the Second Amended Complaint, with the exception of Counts Seven and Eight, for failure to state a claim. The grounds for this Motion are more fully set forth in the accompanying Memorandum In Support Of Defendants' Motion To Dismiss.

WHEREFORE, for all of the forgoing reasons, and for those set forth in the accompanying Memorandum In Support, Defendants Judicial Watch, Inc. and Thomas J. Fitton respectfully requests that the Court GRANT this Motion and dismiss with prejudice Counts One – Six and Nine of the Second Amended Complaint.

> Respectfully submitted,
>
> //s// *Richard W. Driscoll*
> _____
> Richard W. Driscoll (436471)
> DRISCOLL & SELTZER, PLLC
> 600 Cameron Street
> Alexandria, Virginia 22314
> 703.340.1625 Telephone
> 703.997.4892 Facsimile
> Email: rdriscoll@driscollseltzer.com
>
> *Counsel for Defendants Judicial Watch, Inc. and Thomas J. Fitton*

Dated: June 28, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of May 2006, a copy of the foregoing Motion to Dismiss, Memorandum in Support and proposed Order were served by electronic filing upon counsel listed on the Notice of Electronic Filing.

//s// *Richard W. Driscoll*
_____
Richard W. Driscoll