IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *ET AL*. | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670 |
| | Honorable Colleen Kollar-Kotelly |
| JUDICIAL WATCH, INC., *ET AL*. | |
| Defendants. | |

## **ORDER**

Upon consideration of the Defendants' Motion to Dismiss Counts 1 through 6 and 9 of the Second Amended Complaint, opposition thereto, and the entire record herein, it is this ___ day of _____ 2006,

ORDERED that the motion is hereby GRANTED, and it is further

ORDERED that Counts 1 – 6 and Count 9 are hereby dismissed with prejudice for the reasons stated in the Memorandum in Support of the Defendants Motion to Dismiss.

_____
Honorable Colleen Kollar-Kotelly
Judge, United States District Court

cc:   Copies to all counsel