IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|
LARRY KLAYMAN, *ET AL.*  |
　|
　Plaintiffs,  |
　|
v.　|　Civil Action No. 1:06-CV-00670
　|　Honorable Colleen Kollar-Kotelly
JUDICIAL WATCH, INC., *ET AL.*  |
　|
　Defendants.  |
　|

**DEFENDANTS' MOTION TO STRIKE**

　　Defendants Judicial Watch, Inc. and Thomas J. Fitton, by undersigned counsel and pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, hereby move to strike immaterial, impertinent, and scandalous material from the record in this matter, as well as Plaintiff Larry Klayman's request to be reinstated to his former positions of Chairman and General Counsel of Judicial Watch, Inc. The grounds for this Motion are more fully set forth in the accompanying Memorandum in Support of Defendants' Motion to Strike.

　　On June 28, 2006, counsel for the Defendants contacted counsel for the Plaintiffs to request consent for the relief requested by this Motion. The absence of consent necessitated the filing of this Motion.

　　WHEREFORE, for all of the forgoing reasons, and for those set forth in the accompanying Memorandum in Support, Defendants Judicial Watch, Inc. and Thomas J. Fitton respectfully request that the Court GRANT this Motion and strike, as set forth in the Memorandum in Support, all immaterial, impertinent, and scandalous material from the record in this matter, including as Plaintiff Larry Klayman's request to be reinstated to his former positions of Chairman and General Counsel

of Judicial Watch, Inc.

        Respectfully submitted,

        //s// *Richard W. Driscoll*

        _____
        Richard W. Driscoll (436471)
        DRISCOLL & SELTZER, PLLC
        600 Cameron Street
        Alexandria, Virginia 22314
        703.340.1625 Telephone
        703.997.4892 Facsimile
        Email: rdriscoll@driscollseltzer.com

        *Counsel for Defendants Judicial Watch, Inc. and Thomas J. Fitton*

Dated: June 28, 2006

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 30th day of May 2006, a copy of the foregoing Motion to Strike, Memorandum in Support and proposed Order were served by electronic filing upon counsel listed on the Notice of Electronic Filing.

        //s// *Richard W. Driscoll*

        _____
        Richard W. Driscoll