IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *ET AL.* | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670 |
| | Honorable Colleen Kollar-Kotelly |
| JUDICIAL WATCH, INC., *ET AL.* | |
| Defendants. | |

### **ORDER**

Upon consideration of the Defendants' Motion to Strike, opposition thereto, and the entire record herein, it is this ___ day of _____ 2006,

ORDERED that the motion is hereby GRANTED, and it is further

ORDERED that all immaterial, impertinent, and scandalous material as set forth in the Memorandum in Support be stricken from the record in this matter, including Plaintiff Larry Klayman's request to be reinstated to his former positions of Chairman and General Counsel of Judicial Watch, Inc, and it is further

ORDERED that paragraphs 1, 8, 11, 13, 14, 15, 29, 30, 31, 33, 34, 47, 56, 62, 64, 66, 71, 76, 85, 96, 117, 119, 128, 132, and 140 be stricken from the Second Amended Complaint.

_____
Honorable Colleen Kollar-Kotelly
Judge, United States District Court

cc:   Copies to all counsel