# SAVING JUDICIAL WATCH - A NATIONAL TREASURE!

## Cleaning Up Corruption From Within My "Own" Organization



"...a major force in Washington."
- *National Journal* ( 6/24/02)

In 1994, almost twelve years ago, I conceived of and founded Judicial Watch to be the nation's "True Independent Counsel." This was a novel idea -- one that was long overdue -- for the country's so called Department of Justice had stopped representing the interests of the American people. Instead, it mostly just helped feather the nest of the Washington political and legal elites, covering up crimes from Watergate to Chinagate to the current scandal over illegal wiretapping of American citizens. As a former Justice Department prosecutor, I had experienced this all too well. Those on the "right" side of the fence get off scot free, while ordinary folk, without financial or political power, get the shaft.

Over the years, and under my leadership, Judicial Watch grew into the leading public interest ethics watchdog, here and around the world. I held both Democrats and Republicans alike to the rule of law, so much so that the prestigious *National Journal* called me "a major force in Washington" and "the major public interest litigator at this time."

In 2003, I left Judicial Watch to run for the U.S. Senate in Florida. My idea was to take the concept of Judicial Watch right inside the government itself, and like a Trojan Horse, fight corruption from within.

Now, I face an even bigger challenge -- Saving Judicial Watch! After I left Judicial Watch, we were betrayed by those who we had trusted to lead the organization. As explained in a complaint that I was forced to file, they lied to donors and supporters, misused their monies, failed to honor their agreement with me, and disparaged my name and reputation, all in a selfish power grab. And since I left, the energy, creativity and success of the organization has dwindled down to almost nothing, with one defeat after another in cases that I had filed to clean up corruption in government and the legal systems.

Not only have the donors and supporters of Judicial Watch been served badly, but the financial condition of Judicial Watch has worsened to the point where, if this keeps up, there will be no Judicial Watch in two or four years. The current leadership is effectively writing checks to itself, until the considerable monies which we previously raised to clean up corruption run dry.

I thus have been forced to step in to save "my baby," the only public interest group that, without fear, had the guts to do what was right for the American people. Read the complaint posted on this website and please support me in **Saving Judicial Watch**. We have too many good things to accomplish together, in bringing our country back to honest and decent government, to let Judicial Watch be killed by those who would use it for their own personal agenda.

I need your support to save Judicial Watch for you and other supporters! The country needs a forceful and ethical Judicial Watch to keep government and the legal system honest!

Sincerely,

*Larry Klayman*

*Larry Klayman*