IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *ET AL.* | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670 |
| | Honorable Colleen Kollar-Kotelly |
| JUDICIAL WATCH, INC., *ET AL.* | |
| Defendants. | |

### DEFENDANTS' MOTION TO SEVER
### THE CLAIMS OF PLAINTIFF BENSON
### FROM THE CLAIMS OF PLAINTIFF KLAYMAN

Defendants Judicial Watch, Inc. and Thomas J. Fitton, by undersigned counsel and pursuant to Fed. Rule Civ. Pro. 20(a) and LCvR 7.1, hereby moves to sever the claims of Plaintiff Benson from the claims of Plaintiff Klayman. The grounds for this Motion are more fully set forth in the accompanying Memorandum in Support of Defendants' Motion to Sever.

On June 28, 2006, counsel for the Defendants contacted counsel for the Plaintiffs to request consent for the relief requested by this Motion. The absence of consent necessitated the filing of this Motion.

WHEREFORE, for all of the forgoing reasons, and for those set forth in the accompanying Memorandum in Support, Defendants Judicial Watch, Inc. and Thomas J. Fitton respectfully requests that the Court GRANT this Motion and sever the claims of Plaintiff Benson from the Claims of Plaintiff Klayman.

Respectfully submitted,

//s// *Richard W. Driscoll*

_____

Richard W. Driscoll (436471)
DRISCOLL & SELTZER, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Telephone
703.997.4892 Facsimile
Email: rdriscoll@driscollseltzer.com

*Counsel for Defendants Judicial Watch, Inc. and Thomas J. Fitton*

Dated: June 28, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of June 2006, a copy of the foregoing Motion to Sever, Memorandum in Support and proposed Order were served by electronic filing upon counsel listed on the Notice of Electronic Filing.

//s// *Richard W. Driscoll*

_____

Richard W. Driscoll