IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *ET AL.* | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670 |
| | Honorable Colleen Kollar-Kotelly |
| JUDICIAL WATCH, INC., *ET AL.* | |
| Defendants. | |

## **ORDER**

Upon consideration of the Defendants' Motion to Sever the Claims of Plaintiff Benson From the Claims of Plaintiff Klayman, opposition thereto, and the entire record herein, it is this ___ day of _____ 2006,

ORDERED that the motion is hereby GRANTED, and it is further

ORDERED that the claims of Plaintiff Benson shall be severed from the claims of Plaintiff Klayman, and it is further

ORDERED that the Clerk of the Court shall establish separate case numbers to identify the matters.

_____
Honorable Colleen Kollar-Kotelly
Judge, United States District Court

cc:   Copies to all counsel