IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, et al.. <br><br> Plaintiffs, <br><br> v. <br><br> JUDICIAL WATCH, INC., et al. <br><br> Defendants. | Civil Action No. 1:06-CV-00670 <br> Honorable Colleen Kollar-Kotelly |

**JOINT MOTION TO SUSPEND DEADLINE
TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS,
MOTION TO STRIKE AND COUNTERCLAIMS
<u>AND EXTEND DEADLINE TO REPLY TO PLAINTIFFS' RESPONSES</u>**

All parties jointly move this Court for an Order suspending the July 12, 2006 deadline for Plaintiffs to file responses to Defendants' Motion to Strike, and Motion to Dismiss Second Amended Complaint (the "Motions"), and answer or otherwise respond to Defendants' Answer and Counterclaims and establish a new schedule of deadlines. The new deadlines will permit Plaintiffs to answer, object, and otherwise respond to Defendants' Motions and Counterclaims by July 31, 2006 and provide Defendants until August 15, 2006 to file their reply. As grounds for this Motion, the parties state as follows:

1.      Pursuant to Consent Order of this Court, Plaintiffs filed their Second Amended Complaint on June 14, 2006.

2.      On June 28, 2006, Defendants, Thomas Fitton and Judicial Watch filed their Answer and Counterclaim, a Motion to Dismiss, and a Motion to Strike.

3.      In the spirit of cooperation and professionalism previously exhibited by counsel, Plaintiffs requested that Defendants afford them a brief extension of time to respond to Defendants'

Motions and Counterclaims. Accordingly, Defendants agreed to consent on the condition that Plaintiffs consent to extend the deadline for Defendants to reply to Plaintiffs' answer and responses until 14 days after they are filed. Plaintiffs agreed to this request.

4. Granting the requested extension of time will permit the parties to fully brief the issues for the Court the extension will promote fairness and efficiency.

5. The parties believe that the schedule proposed by this Motion is further evidence of counsel working together to implement a fair and efficient process. If the Court grants this relief, Plaintiffs will file their responses to the Motions and answer or otherwise respond to the Counterclaims by July 31, 2006 and Defendants will reply by August 15, 2006.

6. The parties emphasize that the purpose of this Motion is not to delay the proceedings or harass one another. The parties are merely attempting to devise a schedule that is fair to each other and accommodates the procedural difficulties that parties face in the early part of litigation.

7. On June 29, 2006 and July 5, 2006, counsel for the parties discussed these matters and agreed to jointly request the Court for the relief requested herein.

WHEREFORE, the parties respectfully request that the Court grant this Motion, relieve Plaintiffs of the deadline for answering, opposing and responding to the Motion to Dismiss, the Motion to Strike and Defendants' Answer and Counterclaims, and approve the following schedule:

Deadline for Plaintiffs to file their Oppositions and Responses:   July 31, 2006

Deadline for Defendants to Reply:   August 15, 2006

Respectfully submitted,

s// Daniel J. Dugan
Daniel J. Dugan, Esquire
Spector Gadon & Rosen, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA  19103
(215) 241-8888
*Counsel for Plaintiffs Larry Klayman and Louise Benson*

s// Richard W. Driscoll
Richard W. Driscoll, Esquire
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, Virginia 22314
(703) 340-1625
*Counsel for Defendants Judicial Watch, Inc. and Thomas J. Fitton*

DATED: July 6, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of July, 2006, a copy of the foregoing Motion and proposed Order were served by electronic filing upon counsel listed on the Notice of Electronic Filing.

_____
Daniel J. Dugan, Esquire