IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, et al.. <br><br> Plaintiffs, <br><br> v. <br><br> JUDICIAL WATCH, INC., et al. <br><br> Defendants. | Civil Action No. 1:06-CV-00670 <br> Honorable Colleen Kollar-Kotelly |

## ORDER

Upon consideration of the Joint Motion To Suspend Deadline To File Response To Defendants' Motion to Dismiss, Motion to Strike and Counterclaims and Extend Deadline to Reply to Plaintiffs' Responses, the absence of any opposition thereto, and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that the motion is hereby GRANTED, and it is further

ORDERED that the deadline for Plaintiffs to answer or otherwise respond to the Defendants' Motion to Dismiss, Motion to Strike and Counterclaim is hereby suspended, and it is further

ORDERED that Plaintiffs shall be permitted to file their answer or responses by July 31, 2006, and it is further

ORDERED that Defendants shall reply to Plaintiffs' responses by August 15, 2006.

_____
Honorable Colleen Kollar-Kotelly
Judge, United States District Court

cc:   Copies to all counsel