IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *ET AL*. | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670 |
| | Honorable Colleen Kollar-Kotelly |
| JUDICIAL WATCH, INC., *ET AL*. | |
| Defendants. | |

## DEFENDANTS PAUL J. ORFANEDES AND CHRISTOPHER J. FARRELL'S MOTION TO DISMISS SECOND AMENDED COMPLAINT

Defendants Paul J. Orfanedes and Christopher J. Farrell, by undersigned counsel and pursuant to Fed. Rule Civ. Pro. 12(b)(6) and LCvR 7.1, hereby move to dismiss all counts in the Second Amended Complaint for failure to state a claim.

Defendants hereby expressly adopt and join in the Motion to Dismiss the Second Amended Complaint that was previously filed by Defendants Judicial Watch, Inc. and Fitton. In addition, Defendants rely upon the grounds that are more fully set forth in the accompanying Memorandum In Support Of Defendants' Motion To Dismiss.

WHEREFORE, for all of the forgoing reasons, and for those set forth in the accompanying Memorandum In Support, Defendants Paul J. Orfanedes and Christopher J. Farrell respectfully requests that the Court GRANT this Motion and dismiss the Second Amended Complaint with prejudice.

>Respectfully submitted,
>
>//s// *Richard W. Driscoll*
>
>_____
>
>Richard W. Driscoll (436471)
>DRISCOLL & SELTZER, PLLC
>600 Cameron Street
>Alexandria, Virginia 22314
>703.340.1625 Telephone
>703.997.4892 Facsimile
>Email: rdriscoll@driscollseltzer.com
>
>*Counsel for Defendants Judicial Watch, Inc. and Thomas J. Fitton*

Dated: July 10, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of July 2006, a copy of the foregoing Motion to Dismiss, Memorandum in Support and proposed Order were served by electronic filing upon counsel listed on the Notice of Electronic Filing.

>//s// *Richard W. Driscoll*
>
>_____
>
>Richard W. Driscoll