IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *ET AL.* | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670 |
| | Honorable Colleen Kollar-Kotelly |
| JUDICIAL WATCH, INC., *ET AL.* | |
| Defendants. | |

## **ORDER**

Upon consideration of Defendants Orfanedes and Farrell's Motion to Dismiss the Second Amended Complaint, opposition thereto, and the entire record herein, it is this ___ day of _____ 2006,

ORDERED that the motion is hereby GRANTED, and it is further

ORDERED that the Second Amended Complaint is hereby dismissed with prejudice as to Defendants Orfanedes and Farrell.

_____
Honorable Colleen Kollar-Kotelly
Judge, United States District Court

cc:   Copies to all counsel