```
-----Original Message-----
From: leklayman@bellsouth.net [mailto:leklayman@bellsouth.net]
Sent: Monday, May 01, 2006 1:02 PM
To: porfanedes@judicialwatch.org; cfarrell@judicialwatch.org
Subject: Klayman v. Fitton et. al (D.D.C.)
```

Gentlemen:

I asked my legal counsel not to name you personally in the above-styled complaint to provide you with an opportunity to try to seek a resolution, despite your individual liability.

This process can begin by voting Tom Fitton off the Board, as well as taking other appropriate action, and then we can discuss how the considerable damage can be redressed and Judicial Watch's and its donors' and supporters' interests protected.

I trust that you will give this some thought. Please let me know by close of business Friday, May 5, 2006 how you intend to proceed in this regard.

Sincerely,

Larry Klayman