IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JUDICIAL WATCH, INC., et al. <br><br> Defendants. | Civil Action No. 1:06-CV-00670 <br> Honorable Colleen Kollar-Kotelly |

## JOINT MOTION TO CONSOLIDATE DEADLINES TO FILE RESPONSE TO DEFENDANTS' CHRISTOPHER FARRELL AND PAUL ORFANEDES MOTION TO DISMISS WITH EXISTING SCHEDULING ORDER

All parties jointly move this Court for an Order suspending the July 24, 2006 deadline for Plaintiffs to file a response to Defendants' Christopher Farrell and Paul Orfanedes Motion to Dismiss Second Amended Complaint (the "Second Motion to Dismiss") and consolidate the deadline for the Second Motion to Dismiss with the existing Court approved July 31, 2006 schedule of deadlines. This schedule will provide that responses to all Motions and Counterclaims will be due by the existing July 31, 2006 deadline, and provide Defendants until August 15, 2006 to file any reply, unless Plaintiff files a Motion to Dismiss the Counterclaims, in which case Defendants shall have until August 30, 2006 to respond to the Plaintiffs' Motion to Dismiss only. As grounds for this Motion, the parties state as follows:

1.  Pursuant to Consent Order of this Court entered on July 7, 2006, the Deadline for Plaintiffs to file their Oppositions and Responses is July 31, 2006, and the Deadline for Defendants to Reply is August 15, 2006.

2. In the interim, Christopher Farrell and Paul Orfanedes filed a separate Motion to Dismiss that is due on July 24, 2006.

3. In the interests of efficiency and to avoid a fragmented schedule for responses and replies, the parties request that this Court grant the Motion to Consolidate the July 24, 2006 Motion deadline with the existing scheduling order in place.

4. Granting the requested extension of time will permit the parties to fully brief the issues for the Court the extension will promote fairness and efficiency.

5. The parties believe that the schedule proposed by this Motion is further evidence of counsel working together to implement a fair and efficient process. If the Court grants this relief, Plaintiffs responses to <u>all</u> Motions pending, and their answer or response to the Counterclaims will be due on the existing scheduling date of July 31, 2006, and Defendants will reply to all responses or answers by the existing August 15, 2006 date, unless Plaintiffs file a Motion to Dismiss the Counterclaims, in which case Defendants shall have until August 30, 2006 to respond to the Motion to Dismiss Counterclaim only.

///

///

6. WHEREFORE, the parties respectfully request that the Court grant this Motion, relieve Plaintiffs of the deadline for answering, opposing and responding to the Second Motion to Dismiss and approve the following schedule:

| | |
|---|---|
| Deadline for Plaintiffs to file their Oppositions and Responses to all Motions and Defendants' Counterclaim: | July 31, 2006 |
| Deadline for Defendants to Reply: | August 15, 2006 |
| Deadline for Defendants' Response to Motion to Dismiss Counterclaims (if one is filed): | August 30, 2006 |

Respectfully submitted,

s// Daniel J. Dugan
Daniel J. Dugan, Esquire
Spector Gadon & Rosen, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA  19103
(215) 241-8888
*Counsel for Plaintiffs Larry Klayman and Louise Benson*

s// Richard W. Driscoll
Richard W. Driscoll, Esquire
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, Virginia 22314
(703) 340-1625
*Counsel for Defendants Judicial Watch, Inc. and Thomas J. Fitton*

DATED:  July 24, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of July, 2006, a copy of the foregoing Motion and proposed Order were served by electronic filing upon counsel listed on the Notice of Electronic Filing.

_____
Daniel J. Dugan, Esquire