IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, et al.. | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670<br>Honorable Colleen Kollar-Kotelly |
| JUDICIAL WATCH, INC., et al. | |
| Defendants. | |

## ORDER

Upon consideration of the Joint Motion to Consolidate Deadlines to File Response to Defendants' Christopher Farrell and Paul Orfanedes Motion to Dismiss with the Existing Scheduling Order, the absence of any opposition thereto, and the entire record herein, it is this _____ day of July, 2006,

ORDERED that the motion is hereby GRANTED, and it is further

ORDERED that the deadline for Plaintiffs to answer or otherwise respond to Defendants' Farrell and Orfanedes Motion to Dismiss is hereby consolidated with the existing July 31, 2006 deadline, and it is further

ORDERED that Defendants shall reply to Plaintiffs' responses by August 15, 2006, unless a Motion to Dismiss the Counterclaims is filed, in which case, Defendants will have until August 30, 2006 to respond to Plaintiffs' Motion to Dismiss the Counterclaims.

                                                                                Honorable Colleen Kollar-Kotelly
                                                                                Judge, United States District Court

cc:     Copies to all counsel