IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LARRY KLAYMAN, et al..

    Plaintiffs,

v.

JUDICIAL WATCH, INC., et al.

    Defendants.

Civil Action No. 1:06-CV-00670
Honorable Colleen Kollar-Kotelly

## CONSENT MOTION TO EXTEND ALL DEADLINES

All parties jointly request that this Court enter an Order in the form attached to extend all deadlines in light of counsels' and clients' travel and trial schedules. This proposed schedule will provide that Plaintiffs' responses to all Motions and Counterclaims will be extended from the existing July 31, 2006 deadline to August 7, 2006, and provide Defendants until September 1, 2006 to file any reply, unless Plaintiff files a Motion to Dismiss the Counterclaims, in which case Defendants shall have until September 7, 2006 to respond to the Plaintiffs' Motion to Dismiss only. As grounds for this Motion, the parties state as follows:

1.    Pursuant to Consent Order of this Court entered on July 7, 2006, the Deadline for Plaintiffs to file their Oppositions and Responses is July 31, 2006, and the Deadline for Defendants to Reply is August 15, 2006.

2.    In the interim, Christopher Farrell and Paul Orfanedes filed a separate Motion to Dismiss that was to be due on July 24, 2006.

3.      In the interests of efficiency and to avoid a fragmented schedule for responses and replies, the parties requested that this Court grant a Motion to Consolidate the July 24, 2006 Motion deadline with the existing scheduling order in place.

4.      After conferring with our respective clients and reviewing our own trial and travel schedules, the parties jointly recognized the need to briefly extend all deadlines.

5.      Unfortunately, matters that appeared to be settled have not settled and new matters are listed for trial at times that will directly conflict with the parties' ability to adequately review and prepare proper pleadings.

6.      Furthermore, in light of the newly discovered trial scheduling conflicts, Plaintiff and Defense counsels' prior scheduled vacations will cause a conflict that necessitates this request for a brief extension of time.

7.      Granting the requested extension of time will permit the parties to fully brief the issues for the Court the extension will promote fairness and efficiency.

8.      The parties believe that the schedule proposed by this Motion is further evidence of counsel working together to implement a fair and efficient process.  If the Court grants this relief, Plaintiffs' responses to all Motions pending, and their answer or response to the Counterclaims will be due on August 7, 2006, and Defendants will reply to all responses or answers by September 1, 2006, unless Plaintiffs file a Motion to Dismiss the Counterclaims, in which case Defendants shall have until September 7, 2006 to respond to the Motion to Dismiss Counterclaim only.

///

WHEREFORE, the parties respectfully request that the Court grant this Motion, reset Plaintiffs deadline for answering, opposing and responding to Defendants' Motions and approve the following schedule:

| | |
|---|---|
| Deadline for Plaintiffs to file their Oppositions and Responses to all Motions and Defendants' Counterclaim: | August 7, 2006 |
| Deadline for Defendants to Reply: | September 1, 2006 |
| Deadline for Defendants' Response to Motion to Dismiss Counterclaims (if one is filed): | September 7, 2006 |

Respectfully submitted,

s// Daniel J. Dugan
Daniel J. Dugan, Esquire
Spector Gadon & Rosen, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA 19103
(215) 241-8888
*Counsel for Plaintiffs Larry Klayman and Louise Benson*

s// Richard W. Driscoll
Richard W. Driscoll, Esquire
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, Virginia 22314
(703) 340-1625
*Counsel for Defendants Judicial Watch, Inc. Thomas J. Fitton, Paul Orfanedes, and Christopher Farrell*

DATED: July 27, 2006

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 27th day of July, 2006, a copy of the foregoing Motion and proposed Order were served by electronic filing upon counsel listed on the Notice of Electronic Filing.

*//s// Daniel J. Dugan*

_____

Daniel J. Dugan, Esquire