IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670 |
| | Honorable Colleen Kollar-Kotelly |
| JUDICIAL WATCH, INC., et al. | |
| Defendants. | |

## ORDER

Upon consideration of the Consent Motion to Extend All Deadlines, the absence of any opposition thereto, and the entire record herein, it is this _____ day of July, 2006,

ORDERED that the motion is hereby GRANTED, and it is further

ORDERED that the deadline for Plaintiffs to answer or otherwise respond to Defendants' Motions and Counterclaims shall be extended from July 31, 2006 to August 7, 2006, and it is further

ORDERED that Defendants shall reply to Plaintiffs' responses by September 1, 2006, unless a Motion to Dismiss the Counterclaims is filed, in which case, Defendants will have until September 7, 2006 to respond to Plaintiffs' Motion to Dismiss the Counterclaims.

_____
Honorable Colleen Kollar-Kotelly
Judge, United States District Court

cc:    Copies to all counsel