# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Larry Klayman, *et al.* <br> *Plaintiffs,* <br><br> v. <br><br> Judicial Watch, Inc., *et al.* <br> *Defendants.* | Civil Action No. 1:06-CV-00670 <br><br> Honorable Colleen Kollar-Kotelly <br><br> **Jury Trial Demanded.** |

## ORDER

Upon consideration of the defendants' Motion to Strike and the plaintiffs' opposition thereto, it is hereby

ORDERED that the Motion to Strike is denied in its entirety.

Entered this _____ day of _____, 2006.

_____
Honorable Colleen Kollar-Kotelly