## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Larry Klayman, *et al.* *Plaintiffs,* | Civil Action No. 1:06-CV-00670 |
| v. | Honorable Colleen Kollar-Kotelly |
| Judicial Watch, Inc., *et al.* *Defendants.* | **Jury Trial Demanded.** |

## **ORDER**

Upon consideration of the defendants' Motion to Sever Claims of Plaintiff Benson from Claims of Plaintiff Klayman, and the plaintiffs' opposition thereto, it is hereby

ORDERED that the Motion to Sever is denied in its entirety.

Entered this _____ day of _____, 2006.

_____
Honorable Colleen Kollar-Kotelly