### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Larry Klayman, *et al.* <br>　　　　*Plaintiffs,* <br><br>v. <br><br>Judicial Watch, Inc., *et al.* <br>　　　　*Defendants.* | Civil Action No. 1:06-CV-00670 <br><br> Honorable Colleen Kollar-Kotelly <br><br><br> **Jury Trial Demanded.** |

## ORDER

Upon consideration of the Defendants' Motion to Dismiss Counts IV, V, and IX of the Second Amended Complaint as to Paul Orfanedes and Christopher Farrell the Plaintiffs' opposition thereto, it is hereby

ORDERED that the Motion to Dismiss Counts IV, V, and IX is denied in its entirety.

Entered this       day of            , 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Colleen Kollar-Kotelly