IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Larry Klayman, *et al.*<br>　　　　*Plaintiffs,*<br><br>v.<br><br>Judicial Watch, Inc., *et al.*<br>　　　　*Defendants.* | Civil Action No. 1:06-CV-00670<br><br>Honorable Colleen Kollar-Kotelly<br><br><br>**Jury Trial Demanded.** |

## ORDER

Upon consideration of the Defendants' Motion to Dismiss Counts I, II, III, IV, V, VI and IX of the Second Amended Complaint the Plaintiffs' opposition thereto, it is hereby

ORDERED that the Motion to Dismiss Counts I, II, III, IV, V, VI and IX is denied in its entirety.

Entered this 　　　 day of 　　　　　, 2006.

　

　　　　　　　　　　　　　　　　　　　　　　　Honorable Colleen Kollar-Kotelly