IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *et al.*, | Civil Action No. 1:06-CV-00670 |
| *Plaintiffs*, | |
| v. | Honorable Colleen Kollar-Kotelly |
| JUDICIAL WATCH, INC., *et al.*, | |
| *Defendants*. | **Jury Trial Demanded** |

*PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR REPLY*

Plaintiffs move this Court for an Order permitting the filing of the attached Sur Reply to Reply Memorandum of Defendants' Judicial Watch and Thomas J. Fitton In Support of Their Motion to Dismiss Second Amended Complaint (Document No. 26). The motion should be granted for the reasons set forth in the attached memorandum.

          Respectfully submitted,

          **SPECTOR GADON & ROSEN, P.C.**

          By: ___//s// *Daniel J. Dugan*___(DD 1339)
              Daniel J. Dugan, Esquire
              1635 Market Street, 7th Floor
              Philadelphia, PA  19103
              215.241.8872 - 215.241.8844(*fax*)
              ddugan@lawsgr.com
              *Attorneys for Plaintiffs, Larry Klayman*
September 14, 2006        *and Louise Benson*

292290-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *et al.*, | Civil Action No. 1:06-CV-00670 |
| *Plaintiffs*, | |
| v. | Honorable Colleen Kollar-Kotelly |
| JUDICIAL WATCH, INC., *et al.*, | |
| *Defendants*. | **Jury Trial Demanded** |

*MEMORANDUM IN SUPPORT OF PLAINTIFFS'*
*MOTION TO FILE A SUR REPLY*

Plaintiffs seek permission to file a sur reply to address a new argument included for the first time in defendants' reply memorandum (Document No. 26). In their Reply Defendants misstate of the law and facts regarding the applicability of Restatement (Second) Torts §592A to the instant claims, and the applicability of a privilege to publish false and defamatory remarks to the Internal Revenue Service (the "IRS"). As set forth in Plaintiffs' Sur Reply, the privilege is inapplicable to Defendants' alleged knowingly false statements filed with the IRS and published on Defendants' website. Moreover, the claim of privilege, as an affirmative defense, cannot support dismissal of a claim under Fed. R. Civ. P. 12(b)(6). To address this new argument, Plaintiffs seek permission to file a two and one-half page Sur Reply, a copy of which is attached hereto as Exhibit "A."

Where, as here, the sur reply raises new arguments not included in their opposition memorandum it is appropriate for the court to permit a sur reply. *See, e.g., Longwood Vill. Rest., Ltd. v. Ashcroft*, 157 F.Supp. 2d 61, 68 n. 3. (D.D.C. 2001)

292344-1

        For all the foregoing reasons the court should grant the motion and direct the Clerk to file the attached sur reply.

                                      Respectfully submitted,

                                      **SPECTOR GADON & ROSEN, P.C.**

                                      By: _____//s// *Daniel J. Dugan*_____(DD 1339)
                                             Daniel J. Dugan, Esquire
                                             1635 Market Street, 7th Floor
                                             Philadelphia, PA  19103
                                             215.241.8872 - 215.241.8844(*fax*)
                                             ddugan@lawsgr.com
                                             *Attorneys for Plaintiffs, Larry Klayman*
September 14, 2006                          *and Louise Benson*

292344-1

## CERTIFICATE OF SERVICE

I, hereby certify that on this 14th day of September, 2006, a copy of the foregoing Plaintiffs' Motion to File A Sur Reply and Memorandum In Support thereof were served by electronic filing upon counsel listed on the Notice of Electronic Filing.

//s// *Daniel J. Dugan*
_____
Daniel J. Dugan, Esquire