IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *et al.*, | Civil Action No. 1:06-CV-00670 |
| *Plaintiffs*, | |
| v. | Honorable Colleen Kollar-Kotelly |
| JUDICIAL WATCH, INC., *et al.*, | |
| *Defendants*. | **Jury Trial Demanded** |

## ORDER

Upon consideration of the Plaintiffs' Motion for Leave to File Sur Reply and any opposition thereto, it is hereby

ORDERED that the Motion is granted and the Clerk shall file the Sur Reply attached to the motion.

Entered this      day of            , 2006.


_____
United States District Judge

292290-1