IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *ET AL.* | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670 |
| | Honorable Colleen Kollar-Kotelly |
| JUDICIAL WATCH, INC., *ET AL.* | |
| Defendants. | |

**DEFENDANTS' MEMORANDUM IN OPPOSITION TO**
**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY**

Defendants, by undersigned counsel, hereby oppose the Motion for Leave to file a Sur-Reply.

1. By Minute Entry Order, dated July 28, 2006 (Docket # 20), August 7, 2006 was set as the deadline for Plaintiffs to answer or otherwise respond to Defendants' Motions and Counterclaims. Moreover, Plaintiffs were expressly warned that there would be "NO FURTHER EXTENSIONS". Plaintiffs' Memorandum of Law in Support of their Opposition to Defendants' Motion to Dismiss Counts I, II, III, IV, V, VI and IX of the Complaint (Docket # 25) did not meet this deadline and should not be considered by the Court. Therefore, no grounds exist for Plaintiffs to file a Sur-Reply.

2. The subject issues on which Plaintiffs propose to file their Sur-Reply were not raised by Defendants, but by Plaintiffs' Opposition to the Motion to Dismiss. Therefore, a Sur-Reply memorandum is not warranted.

WHEREFORE, for all of the forgoing reasons, Defendants respectfully request that the Court DENY Plaintiffs' Motion for Leave to File a Sur-Reply.

        Respectfully submitted,

        //s// *Richard W. Driscoll*
        _____
        Richard W. Driscoll (436471)
        DRISCOLL & SELTZER, PLLC
        600 Cameron Street
        Alexandria, Virginia 22314
        703.340.1625 Telephone
        703.997.4892 Facsimile
        Email: rdriscoll@driscollseltzer.com
        *Counsel for Defendants Judicial Watch, Inc. and Thomas J. Fitton*

Dated: September 22, 2006