IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *ET AL.* <br><br> Plaintiffs, <br><br> v. <br><br> JUDICIAL WATCH, INC., *ET AL.* <br><br> Defendants. | Civil Action No. 1:06-CV-00670 <br> Honorable Colleen Kollar-Kotelly |

**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
ON PLAINTIFF KLAYMAN'S BREACH OF CONTRACT CLAIMS**

Defendants, Judicial Watch, Inc., Thomas J. Fitton, Paul J. Orfanedes and Christopher J. Farrell, by counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby move for partial summary judgment on the breach of contract claims in Plaintiff Larry Klayman's Second Amended Complaint ("SAC") as set forth in Counts VI, VII and VII.  The grounds for this Motion are more fully set forth in Defendants' Memorandum of Law in Support of their Motion for Partial Summary Judgment.

WHEREFORE, for all of the forgoing reasons, and for those set forth in the accompanying Memorandum of Law, Defendants respectfully requests that the Court GRANT this Motion and enter summary judgment in their favor on Plaintiff Klayman's Counts VI, VII and VIII.

Respectfully submitted,

//s// *Richard W. Driscoll*

_____

Richard W. Driscoll (436471)
DRISCOLL & SELTZER, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Telephone
703.997.4892 Facsimile
Email: rdriscoll@driscollseltzer.com

*Counsel for Defendants Judicial Watch, Inc., Thomas J. Fitton, Paul J. Orfanedes and Christopher J. Farrell*

Dated: December 26, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of December 2006, a copy of the foregoing Motion for Partial Summary Judgment, Memorandum of Law, Statement of Material Facts and proposed Order were served by electronic filing upon counsel listed on the Notice of Electronic Filing.

//s// *Richard W. Driscoll*

_____

Richard W. Driscoll