**EXHIBIT E**

August 16, 1999

Note to Paul Byus and Payroll File

Effective 9/15/99 payroll, please deduct $73.50  each pay period for health insurance coverage.

535 (family)
(194.00) UEIC
(194.00) State

147.00 ÷ 2 = 7350

9/13

**<u>EXHIBIT F</u>**



JUDICIAL WATCH INC.
PAYROLL ACCOUNT
501 SCHOOL ST., S.W., SUITE 725
WASHINGTON, DC 20024

1040

15-122/540
97782

DATE SEPTEMBER 15, 1999

PAY
TO THE
ORDER OF: STEPHANIE LUCK-KLAYMAN                    $ 1,612.64

ONE THOUSAND SIX HUNDRED TWELVE and 64/100 ————— DOLLARS

FIRST UNION    First Union National Bank

FOR 9/15 p/r

⑆00⏞1040⏞ ⑆0540⑆ 1⏞20: 20 30000094254⏞

(GROSS)     2003233
FED        (237.81)
SS         (129.17)
MED        (130.21)
HEALTH     (73.50)

NET        1612.64

PrimePa

THE REVERSE SIDE OF THIS DOCUMENT CONTAINS A WATERMARK - HOLD AT AN ANGLE TO VIEW.

9270

JUDICIAL WATCH INC.
501 SCHOOL ST NW #725
WASHINGTON, DC 20024

15-12       0

Check No.  10573
Date:  09/30/99

Check Amount
$****1,612.64

ONE THOUSAND SIX HUNDRED TWELVE and 64/100----------- DOLLARS

000100

Pay To The
Order Of

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL  33131

FIRST UNION
FIRST UNION NATIONALBANK

⑈000⑈10573⑈ ⑈054001020⑈ 20300000099254⑈

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

STEPHANIE LUCK-KLAYMAN    540 BRICKELL KEY DRIVE    MIAMI, FL  33131

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD |
|------|-------|------|----------|----------|--------|-----|
| REGULAR | | | 2083.33 | HEALTH | 73.50 | 147.00 |
| | | | | Total: | 73.50 | 147.00 |

SSN 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
EXP# 49
CLOCK# 000100
DEPT# M    2
FED M    2
FL

9270 JUDICIAL WATCH INC.    501 SCHOOL ST NW #725    WASHINGTON, DC  20024

Check No:  10573   Date: 09/30/99

| | This Pay | YT |
|--|----------|----|
| EARNINGS | 2083.33 | 4770.85 |
| FEDERAL | 307.81 | 722.06 |
| MEDICARE | 30.21 | |
| SOC SRC | 129.17 | 18.18 |

Net Pay:    1612.64
Period Start:  09/16/99
Period End:   09/30/99

← FOLD AND REMOVE

1045

15-12/540
307762

**JUDICIAL WATCH INC.**
**PAYROLL ACCOUNT**
501 SCHOOL ST., S.W., SUITE 725
WASHINGTON, DC  20024

DATE 10-14-99

PAY
TO THE
ORDER OF _Stephanie Klayman_                    $ 8,975.15

_Eight Thousand Nine Hundred Seventy-Five & 15/100_ _____ DOLLARS

**FIRST UNION®**
First Union National Bank

FOR _Retro pay to 5/15/99 (7 pay periods)_

⑈00⑈04⑈5⑈   ⑈054001⑈20⑈  20300000099254⑈



THE REVERSE SIDE OF THIS DOCUMENT CONTAINS A WATERMARK. HOLD AT AN ANGLE TO VIEW.

9270

JUDICIAL WATCH INC.
501 SCHOOL ST NW #725
WASHINGTON, DC 20024

Check No.    10599
Date:        10/15/99

15-122/540

ONE THOUSAND SIX HUNDRED TWELVE and 64/100------------- DOLLARS

Check Amount
$****1,612.64

000100

Pay To The
Order Of

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL  33131

FIRST UNION
FIRST UNION NATIONALBANK

⑈000⑈10599⑈  ⑆054001220⑈  20300000099254⑈⑈

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

← FOLD AND REMOVE

STEPHANIE LUCK-KLAYMAN     540 BRICKELL KEY DRIVE     MIAMI, FL  33131

| Type | Hours | Rate | Earnings | YTD | Ded Type | Amount | YTD |
|------|-------|------|----------|-----|----------|--------|-----|
| REGULAR | | | 2083.33 | | HEALTH | 73.50 | 220.50 |
| | | | | | Total: | 73.50 | 220.50 |

| | | | | YTD | | | |
|---|---|---|---|---|---|---|---|
| REGULAR | 0.00 | | | 7054.22 | | | |

SSN 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
EXP# 49
CLOCK#
DEPT# 000100
FED M  2
FL  M  2

9270 JUDICIAL WATCH INC.          501 SCHOOL ST NW #725          WASHINGTON, DC 20024

| Check No: | 10599  Date: 10/15/99 |
|-----------|------------------------|
| | This Pay | YT |
| EARNINGS | 2083.33 | 7054.2 |
| FEDERAL | 230.81 | 755.6 |
| MEDICARE | 30.21 | 102.2 |
| SOC SEC | 129.17 | 437.3 |

| Net Pay: | 1612.64 |
|----------|---------|
| Period Start: | 10/01/99 |
| Period End: | 10/15/99 |

PrimePa

THE REVERSE SIDE OF THIS DOCUMENT CONTAINS A WATERMARK HOLD AT AN ANGLE TO VIEW.

9270

JUDICIAL WATCH INC.
501 SCHOOL ST NW #725
WASHINGTON, DC 20024

Check No.    10625
Date:    10/29/99

15-12    10

Check Amount
$*****1,612.64

ONE THOUSAND SIX HUNDRED TWELVE and 64/100------------------------ DOLLARS

000100

Pay To The
Order Of

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL 33131

FIRST UNION
FIRST UNION NATIONALBANK

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

⑈"000⑈06 25⑈" ⑈:05⑈00⑈ 20: 2030000099 25⑈"

---

STEPHANIE LUCK-KLAYMAN

540 BRICKELL KEY DRIVE    MIAMI, FL 33131

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD |
|------|-------|------|----------|----------|--------|-----|
| REGULAR | | | 2083.33 | HEALTH | 73.50 | 294.00 |
| | | | | Total: | 73.50 | 294.00 |

SSN 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
EXP# 49
CLOCK# 000100
DEPT# 000100
FED M 2
FL M 2

| | | | YTD |
|---|---|---|-----|
| REGULAR | 0.00 | | 23720.86 |

9270  JUDICIAL WATCH INC.    501 SCHOOL ST NW #725    WASHINGTON, DC 20024

← FOLD AND REMOVE

---

Check No:    10625    Date: 10/29/99

| | This Pay | Y |
|---|----------|---|
| EARNINGS | 2083.33 | 2320.8 |
| FEDERAL | 237.81 | 2405.5 |
| MEDICARE | 30.21 | 44.5 |
| SOC SEC | 129.27 | 470.5 |

Net Pay:    1612.64

Period Start: 10/16/99
Period End:  10/31/99

PrimePa



9270

JUDICIAL WATCH INC.
501 SCHOOL ST NW #725
WASHINGTON, DC 20024

15-122/5

Check No. 10653
Date: 11/15/99

000100

Pay To The
Order Of

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL 33131

Check Amount
$****1,612.64

ONE THOUSAND SIX HUNDRED TWELVE and 64/100---------------- DOLLARS

FIRST UNION
FIRST UNION NATIONALBANK

⑈"000⑈0653⑈" ⑈:0540⑈⑈20⑈:203000000099254⑈"

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

---

STEPHANIE LUCK-KLAYMAN        540 BRICKELL KEY DRIVE        MIAMI, FL  33131

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD |
|------|-------|------|----------|----------|--------|-----|
| REGULAR | | | 2083.33 | HEALTH | 73.50 | 367.50 |
| | | | | Total: | 73.50 | 367.50 |

| | | | YTD |
|---|---|---|---|
| REGULAR | 0.00 | | 25804.19 |

SSN 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
EMP# 49
CLOCK# 
DEPT# 000100
FED M 2
FL M 2

501 SCHOOL ST NW #725         WASHINGTON, DC  20024

9270 JUDICIAL WATCH INC.

---

Check No. 10653    Date: 11/15/99

| | This Pay | YTD |
|---|----------|-----|
| EARNINGS | 2083.33 | 25804.19 |
| FEDERAL | 237.81 | 5493.77 |
| MEDICARE | 30.21 | 375.15 |
| SOC SEC | 129.17 | 1599.86 |

Net Pay:    1612.64

Period Start: 11/01/99
Period End:   11/15/99

PrimePay



9270

JUDICIAL WATCH INC.
501 SCHOOL ST NW #725
WASHINGTON, DC 20024

Check No.   10679
Date:   11/30/99

15-122/

000100

Pay To The
Order Of

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL  33131

Check Amount
$****1,612.64

ONE THOUSAND SIX HUNDRED TWELVE and 64/100----------------- DOLLARS

FIRST UNION
FIRST UNION NATIONAL BANK

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

⑈000⑈0679⑈ ⑈:054002⑈20⑈: 20⑈0000099254⑈

---

STEPHANIE LUCK-KLAYMAN

540 BRICKELL KEY DRIVE          MIAMI, FL  33131

| Type | Hours | Rate | Earnings | YTD | | Ded Type | Amount | YTD |
|------|-------|------|----------|-----|---|----------|--------|-----|
| REGULAR | | | 2083.33 | | | HEALTH | 73.50 | 441.00 |
| | | | | | | Total: | 73.50 | 441.00 |

| | YTD |
|---|-----|
| REGULAR     0.00 | 27887.52 |

501 SCHOOL ST NW #725          WASHINGTON, DC  20024

SSN 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
EMP# 49
CLOCK# 000100
DEPT# 000100
FED M  2
FL  M  2

9270 JUDICIAL WATCH INC.

---

Check No:  10679   Date: 11/30/99

| | This Pay | YTD |
|---|----------|-----|
| EARNINGS | 2083.33 | 27887.52 |
| FEDERAL | 237.81 | 5081.58 |
| MEDICARE | 30.21 | 404.36 |
| SOC SEC | 129.17 | 1729.03 |

Net Pay:   1612.64

Period Start: 11/16/99
Period End:   11/30/99

PrimePa

THE REVERSE SIDE OF THIS DOCUMENT CONTAINS A WATERMARK HOLD AT AN ANGLE TO VIEW.

9270

JUDICIAL WATCH INC.
501 SCHOOL ST NW #725
WASHINGTON, DC 20024

000100

Check No.    10705
Date:    12/15/99

15-122/5

Check Amount
$****1,612.64

ONE THOUSAND SIX HUNDRED TWELVE and 64/100------------------------------ DOLLARS

Pay To The
Order Of

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL  33131

FIRST UNION
FIRST UNION NATIONALBANK

⑈000⑈10705⑈ ⑈⑈054001 20⑈⑈203000009925⑈⑈

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

PrimePay

STEPHANIE LUCK-KLAYMAN    540 BRICKELL KEY DRIVE    MIAMI, FL  33131    Check No:    10705  Date: 12/15/99

| Type | Hours | Rate | Earnings | YTD | Ded Type | Amount | YTD | | This Pay | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | | | 2083.33 | | HEALTH | 73.50 | 514.50 | EARNINGS | 2083.33 | 3083.34 |
| | | | | | Total: | 73.50 | 514.50 | FEDERAL | 237.21 | 440.13 |
| | | | | | | | | MEDICARE | 30.21 | |
| | | | | | | | | SOC SEC | 129.17 | 1897.48 |

| | | YTD | | Net Pay: | 1612.64 |
|---|---|---|---|---|---|
| REGULAR | 0.00 | 31733.34 | | Period Start: | 12/01/99 |
| | | | | Period End: | 12/15/99 |

SSN 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
EMP# 49
CLOCK#
DEPT# 000100
FED M
FL  M   2

9270 JUDICIAL WATCH INC.    501 SCHOOL ST NW #725    WASHINGTON, DC  20024

9270

JUDICIAL WATCH INC.
501 SCHOOL ST NW #725
WASHINGTON, DC 20024

15-12        0

Check No.   10734
Date:       12/30/99

000100

Pay To The
Order Of

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL 33131

ONE THOUSAND SIX HUNDRED EIGHTY-NINE and 99/100---------------------- DOLLARS

Check Amount
$****1,689.99

FIRST UNION
FIRST UNION NATIONALBANK

⑈000⑈0734⑈⑈ ⑈054002 20⑈ 2030000009254⑈⑈

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

---

STEPHANIE LUCK-KLAYMAN        540 BRICKELL KEY DRIVE        MIAMI, FL 33131

SSN 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
EXMP 49
CLOCK#
DEPT# 000100
FED M 2
FL M 2

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD |
|------|-------|------|----------|----------|--------|-----|
| REGULAR | | | 2083.33 | HEALTH | 73.50 | 588.00 |
| BONUS | | | 100.00 | Total: | 73.50 | 588.00 |

| | | | YTD | | | |
| REGULAR | 0.00 | | 3816.67 | | | |
| BONUS | 0.00 | | 100.00 | | | |

9270 JUDICIAL WATCH INC.        501 SCHOOL ST NW #725        WASHINGTON, DC 20024

---

Check No:   10734   Date: 12/30/99

| | This Pay | YTD |
|--|----------|-----|
| EARNINGS | 2183.33 | 3316.67 |
| FEDERAL | 232.81 | 641.94 |
| MEDICARE | 31.66 | 141.72 |
| SOC SEC | 135.37 | 492.85 |

Net Pay:   1689.99

Period Start: 12/16/99
Period End:   12/31/99

PrimePay



9270

JUDICIAL WATCH INC.
501 SCHOOL ST NW #725
WASHINGTON, DC 20024

Check No.  10765
Date:     01/14/00

15-122.

Pay To The
Order Of

000100

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL  33131

ONE THOUSAND SIX HUNDRED THIRTEEN and 26/100 - - - - - - - - - - - - - - - - - - DOLLARS

Check Amount
$****1,613.26

FIRST UNION
FIRST UNION NATIONAL BANK

⑈000₁0765⑈ ⑆054001 20⑆ 203000009925 4⑈

THE REVERSE SIDE OF THIS DOCUMENT CONTAINS A WATERMARK. HOLD AT AN ANGLE TO VIEW.

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

---

STEPHANIE LUCK-KLAYMAN

SSN 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
EMP# 49
CLOCK#
DEPT# 000100
FED M 2
FL M 2

540 BRICKELL KEY DRIVE

| Type | Hours | Rate | Earnings | | | | Ded Type | Amount | YTD |
|------|-------|------|----------|--|--|--|----------|--------|-----|
| REGULAR | | | 2083.33 | | | | HEALTH | 73.50 | 73.50 |
| | | | | | | | Total: | 73.50 | 73.50 |

| | | | | YTD |
|--|--|--|--|-----|
| REGULAR | 0.00 | | | 2083.33 |

MIAMI, FL  33131

501 SCHOOL ST NW #725          WASHINGTON, DC 20024

9270 JUDICIAL WATCH INC.

| Check No: | 10765 | Date: 01/14/00 |
|-----------|-------|----------------|
| | This Pay | YTD |
| EARNINGS | 2083.33 | 2083.33 |
| FEDERAL | 237.19 | 237.19 |
| MEDICARE | 30.21 | 30.21 |
| SOC SEC | 129.17 | 129.17 |

| Net Pay: | 1613.26 | |
|----------|---------|--|
| Period Start: | 01/01/00 | |
| Period End: | 01/15/00 | |

PrimePa

← FOLD AND REMOVE



9270

JUDICIAL WATCH INC.
501 SCHOOL ST NW #725
WASHINGTON, DC 20024

15-122

Check No. 10796
Date:   01/31/00

000100

Pay To The
Order Of

ONE THOUSAND SIX HUNDRED THIRTEEN and 26/100----------- DOLLARS

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL 33131

Check Amount
$****1,613.26

FIRST UNION
FIRST UNION NATIONALBANK

⑈000⑈0796⑈ ⑈054002 20⑈ 2030000099 254⑈

THE REVERSE SIDE OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

---

STEPHANIE LUCK-KLAYMAN        540 BRICKELL KEY DRIVE        MIAMI, FL  33131

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD |
|---|---|---|---|---|---|---|
| REGULAR | | | 2083.33 | HEALTH | 73.50 | 147.00 |
| | | | | Total: | 73.50 | 147.00 |

| | | | YTD |
|---|---|---|---|
| REGULAR | 0.00 | | 4166.66 |

SSN 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
EMP#
CLOCK# 49
DEPT# 000100
FED M  2
FL  M  2

9270 JUDICIAL WATCH INC.        501 SCHOOL ST NW #725        WASHINGTON, DC  20024

| Check No: | 10796 | Date: 01/31/00 | YTD |
|---|---|---|---|
| | This Pay | |
| EARNINGS | 2083.33 | 4166.66 |
| FEDERAL | 237.29 | 474.38 |
| MEDICARE | 30.21 | 60.42 |
| SOC SEC | 129.17 | 258.34 |

Net Pay:  1613.26

Period Start:  01/16/00
Period End:    01/31/00

PrimePay

← FOLD AND REMOVE →



JUDICIAL WATCH INC.
501 SCHOOL ST SW #725
WASHINGTON, DC 20024

9270

Check No. 10829
Date: 02/15/00

15-122/5

Pay To The
Order Of

000100

ONE THOUSAND SIX HUNDRED THIRTEEN and 26/100-------- DOLLARS

Check Amount
$****1,613.26

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL 33131

FIRST UNION
FIRST UNION NATIONALBANK

⑆000l0829⑆ ⑈054002420⑈ 203000009925ч⑆

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

---

STEPHANIE LUCK-KLAYMAN

SSN 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
EMP# 49
CLOCK# 000100
DEPT# 000100
FED M 2
FL M

540 BRICKELL KEY DRIVE

| Type | Hours | Rate | Earnings | YTD |
| --- | --- | --- | --- | --- |
| REGULAR | | | 2083.33 | |

| | | | YTD |
| --- | --- | --- | --- |
| REGULAR | 0.00 | | 6249.99 |

MIAMI, FL 33131

| Ded Type | Amount | YTD |
| --- | --- | --- |
| HEALTH | 73.50 | 220.50 |
| Total: | 73.50 | 220.50 |

WASHINGTON, DC 20024

9270 JUDICIAL WATCH INC.

Check No.: 10829  Date: 02/15/00

| | This Pay | YTD |
| --- | --- | --- |
| EARNINGS | 2083.33 | 6249.99 |
| FEDERAL | 237.19 | 711.57 |
| MEDICARE | 29.63 | 79.53 |
| SOC SEC | 129.17 | 387.51 |

Net Pay: 1613.26

Period Start: 02/01/00
Period End: 02/15/00

FOLD AND REMOVE

JUDICIAL WATCH INC.
501 SCHOOL ST SW #725
WASHINGTON, DC 20024

9270

Check No.  10857
Date:  02/29/00

15-122/5

000100

ONE THOUSAND SIX HUNDRED THIRTEEN and 26/100-------------------------- DOLLARS

Check Amount
$****1,613.26

Pay To The
Order Of

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL  33131

FIRST UNION
FIRST UNION NATIONALBANK

⑈000⑈10857⑈⑈ ⑈05400⑈220⑈ 203000000099254⑈⑈

THE REVERSE SIDE OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW.

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

---

STEPHANIE LUCK-KLAYMAN        540 BRICKELL KEY DRIVE          MIAMI, FL  33131

| Type | Hours | Rate | Earnings | YTD | Ded Type | Amount | YTD |
|------|-------|------|----------|-----|----------|--------|-----|
| REGULAR | | | 2083.33 | | HEALTH | 73.50 | 294.00 |
| | | | | | Total: | 73.50 | 294.00 |

| | | | | YTD |
|---|---|---|---|---|
| REGULAR | 0.00 | | | 8333.32 |

501 SCHOOL ST SW #725        WASHINGTON, DC  20024

SSN 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
EXP#
CLOCK# 49
DEPT# 000100
FED M  2
FL M  2

9270 JUDICIAL WATCH INC.

Check No:  10857   Date: 02/29/00

| | This Pay | YT |
|---|---|---|
| EARNINGS | 2083.33 | |
| FEDERAL | 648.79 | |
| MEDICARE | 30.21 | |
| SOC SEC | 129.17 | |

Net Pay:          1613.26
Period Start: 02/16/00
Period End:   02/29/00

PrimePa

← FOLD AND REMOVE



THE REVERSE SIDE OF THIS DOCUMENT CONTAINS A WATERMARK. HOLD AT AN ANGLE TO VIEW.

9270

JUDICIAL WATCH INC.
501 SCHOOL ST SW #725
WASHINGTON, DC 20024

Check No.  10887
Date:   03/15/00

15-12                0

ONE THOUSAND SIX HUNDRED THIRTEEN and 26/100----------------- DOLLARS

Check Amount
$****1,613.26

000100      STEPHANIE LUCK-KLAYMAN
            540 BRICKELL KEY DRIVE
            MIAMI, FL  33131

Pay To The
Order Of

FIRST UNION
FIRST UNION NATIONALBANK

⑈"000⑈0887⑈"  ⑈:054001200⑈:  20300000099254⑈"

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

---

STEPHANIE LUCK-KLAYMAN        540 BRICKELL KEY DRIVE        MIAMI, FL  33131

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD |
|------|-------|------|----------|----------|--------|-----|
| REGULAR | | | 2083.33 | HEALTH | 73.50 | 367.50 |
| | | | | Total: | 73.50 | 367.50 |

| | | | YTD |
|---|---|---|---|
| REGULAR | 0.00 | | 10416.65 |

SSN 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
EMP# 449
CLOCK#
DEPT# 000100
FED M 2
FL M 2

9270 JUDICIAL WATCH INC.        501 SCHOOL ST SW #725        WASHINGTON, DC  20024

---

Check No:  10887   Date: 03/15/00

| | This Pay | YTD |
|---|----------|-----|
| | | 10416.65 |
| EARNINGS | 2083.33 | 10285.95 |
| FEDERAL | 237.19 | 133.80 |
| MEDICARE | 39.21 | |
| SOC SEC | 129.27 | 415.08 |

Net Pay:        1613.26

Period Start:  03/01/00
Period End:    03/15/00

PrimePa

THE REVERSE SIDE OF THIS DOCUMENT CONTAINS A WATERMARK. HOLD AT AN ANGLE TO VIEW.

JUDICIAL WATCH INC.
501 SCHOOL ST. SW #725
WASHINGTON, DC 20024

Check No.: 10917
Date: 03/31/00

15-12 0
Check Amount
$****1,613.26

ONE THOUSAND SIX HUNDRED THIRTEEN and 26/100 ----- DOLLARS

000100

Pay To The
Order Of

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL 33131

FIRST UNION
FIRST UNION NATIONAL BANK

9270

"000109170" ":054001 20": 203000000 99 254"

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

---

← FOLD AND REMOVE

STEPHANIE LUCK-KLAYMAN            540 BRICKELL KEY DRIVE            MIAMI, FL  33131

SSN 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
EMP# 49
CLOCK#
DEPT# 000100
FED M 2
FL M 2

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD |
|------|-------|------|----------|----------|--------|-----|
| REGULAR | | | 2083.33 | HEALTH | 73.50 | 441.00 |
| | | | | Total: | 73.50 | 441.00 |

| | | YTD |
|------|------|------|
| REGULAR | 0.00 | 12499.98 |

9270 JUDICIAL WATCH INC.        501 SCHOOL ST SW #725        WASHINGTON, DC  20024

---

Check No.: 10917  Date: 03/31/00

| | This Pay | Y |
|--|----------|---|
| | | 9499.. |
| EARNINGS | 2083.33 | 9421.. |
| FEDERAL | 237.19 | 133.. |
| MEDICARE | 113.. | |
| SOC SEC | 129.17 | 775.. |

Net Pay: 1613.26

Period Start: 03/16/00
Period End: 03/31/00

PrimeP

PrimePa[y]

| Check No: | 10945 | Date: 04/14/00 |
|-----------|-------|----------------|

| | This Pay | YTD |
|---|---|---|
| EARNINGS | 2083.33 | 14583.31 |
| FEDERAL | 237.19 | 1650.33 |
| MEDICARE | 30.21 | 211.47 |
| SOC SEC | 129.17 | 904.19 |

Net Pay:  1613.26

Period Start: 04/01/00
Period End:   04/15/00

---

STEPHANIE LUCK-KLAYMAN          540 BRICKELL KEY DRIVE          MIAMI, FL  33131

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD |
|------|-------|------|----------|----------|--------|-----|
| REGULAR | | | 2083.33 | HEALTH | 73.50 | 514.50 |
| | | | | Total: | 73.50 | 514.50 |

| | | | YTD |
|---|---|---|---|
| REGULAR | 0.00 | | 14583.31 |

SSN# 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
EMP# 49
CHECK# 000100
DEPT# 000100
FED M 2
FL M 2

501 SCHOOL ST SW #725          WASHINGTON, DC  20024

9270 JUDICIAL WATCH INC.

---

9270

JUDICIAL WATCH INC.
501 SCHOOL ST SW #725
WASHINGTON, DC  20024

15-12
0

Check No.  10945
Date:      04/14/00

Check Amount:
$*****1,613.26

000100

ONE THOUSAND SIX HUNDRED THIRTEEN and 26/100------------------------------ DOLLARS

Pay To The
Order Of

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL  33131

FIRST UNION
FIRST UNION NATIONALBANK

⑈000⑈10945⑈ ⑆054000⑆20⑆ 20⑈3000000099254⑈

9270

JUDICIAL WATCH INC.
501 SCHOOL ST SW #725
WASHINGTON, DC 20024

15-122-/540

Check No.  10973
Date:      04/28/00

000100

Pay To The
Order of

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL  33131

Check Amount

$*****1,613.26

ONE THOUSAND SIX HUNDRED THIRTEEN and 26/100--------------- DOLLARS

FIRST UNION
FIRST UNION NATIONALBANK

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING

⑈000⑈0973⑈ ⑈054.00⑈20⑈ 20⑊0000099254⑈

---

FOLD AND REMOVE →

STEPHANIE LUCK-KLAYMAN        540 BRICKELL KEY DRIVE        MIAMI, FL  33131

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD |
|------|-------|------|----------|----------|--------|-----|
| REGULAR | | | 2083.33 | HEALTH | 73.50 | 588.00 |
| | | | | Total: | 73.50 | 588.00 |

| | | | YTD |
|---|---|---|---|
| | | | 16666.64 |

SSN 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
EMP# 49
CLOCK# 000100
DEPT# 000100
FED M  2
FL  M  2

| Type | | | | | | |
|------|---|---|---|---|---|---|
| REGULAR | 0.00 | | | | | |

501 SCHOOL ST SW #725                                WASHINGTON, DC  20024

9270 JUDICIAL WATCH INC.

---

PrimeP...

Check No.:  10973   Date: 04/28/00

| | This Pay | Y... |
|---|----------|------|
| EARNINGS | 2083.33 | ... |
| MEDICARE | 30.21 | ... |
| SOC SEC | 129.17 | ... |

Net Pay:       1613.26
Period Start: 04/16/00
Period End:   04/30/00

THE REVERSE SIDE OF THIS DOCUMENT CONTAINS A WATERMARK. HOLD AT AN ANGLE TO VIEW.

9270

JUDICIAL WATCH INC.
501 SCHOOL ST SW #725
WASHINGTON, DC 20024

Check No.   10998
Date:       05/15/00

Check Amount
$****1,613.26

ONE THOUSAND SIX HUNDRED THIRTEEN and 26/100------------------- DOLLARS

15-/      540

000100

Pay To The
Order Of

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL  33131

FIRST UNION
FIRST UNION NATIONALBANK

⑆000⑈10998⑈ ⑆054⑈0012 20⑆ 20⑈0000099 254⑈⑆

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

---

STEPHANIE LUCK-KLAYMAN        540 BRICKELL KEY DRIVE        MIAMI, FL  33131

Check No:  10998  Date: 05/15/00

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | | This Pay | YTD |
|------|-------|------|----------|----------|--------|-----|--|---------|-----|
| REGULAR | | | 2083.33 | HEALTH | 73.50 | 661.50 | EARNINGS | 2083.33 | 2149.9 |
| | | | | Total: | 73.50 | 661.50 | FEDERAL | 237.19 | 234.7 |
| | | | | | | | MEDICARE | 30.21 | 21.8 |
| | | | | | | | SOC SEC | 129.27 | 132.5 |

SSN 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
EXP# 49
CLOCK# 000100
FED M 2
FL M 2

| | YTD |
|--|-----|
| REGULAR | 18749.97 |

Net Pay:  1613.26
Period Start: 05/01/00
Period End:   05/15/00

| | YTD |
|--|-----|
| REGULAR 0.00 | 501 SCHOOL ST SW #725   WASHINGTON, DC  20024 |

9270 JUDICIAL WATCH INC.

← FOLD AND REMOVE



THE REVERSE SIDE OF THIS DOCUMENT CONTAINS A WATERMARK HOLD AT AN ANGLE TO VIEW.

9270

JUDICIAL WATCH INC.
501 SCHOOL ST SW #725
WASHINGTON, DC 20024

Check No.    11024
Date:        05/31/00

15-122/

ONE THOUSAND SIX HUNDRED THIRTEEN and 26/100------------------------- DOLLARS

000100

Pay To The
Order Of

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL  33131

Check Amount

$*****1,613.26

FIRST UNION
FIRST UNION NATIONALBANK

⑈000⑈024⑈ ⑈054002⑈20⑈203000099254⑈

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

---

PrimePa

Check No:   11024    Date: 05/31/00

|  | This Pay | YTD |
|---|---|---|
| EARNINGS | 2083.33 | 833.3 |
| FEDERAL | 237.19 | 371.9 |
| MEDICARE | 30.21 | 302.1 |
| SOC SEC | 129.17 | 291.7 |

Net Pay:          1613.26

Period Start:  05/16/00
Period End:    05/31/00

STEPHANIE LUCK-KLAYMAN          540 BRICKELL KEY DRIVE          MIAMI, FL  33131

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD |
|---|---|---|---|---|---|---|
| REGULAR |  |  | 2083.33 | HEALTH | 73.50 | 735.00 |
|  |  |  |  | Total: | 73.50 | 735.00 |

| | | | | | YTD |
|---|---|---|---|---|---|
| REGULAR | 0.00 | | | | 20833.30 |

STEPHANIE LUCK-KLAYMAN

SSN 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
EMP# 49
CLOCK# 000100
DEPT# M 2
FED M 2
FL M 2

9270 JUDICIAL WATCH INC.          501 SCHOOL ST SW #725          WASHINGTON, DC  20024

← FOLD AND REMOVE



9270

JUDICIAL WATCH INC.
501 SCHOOL ST SW #725
WASHINGTON, DC 20024

15-122/54

Check No. 11049
Date: 06/15/00

Check Amount

$****1,613.26

000100

Pay To The
Order Of

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL  33131

ONE THOUSAND SIX HUNDRED THIRTEEN and 26/100----------------------- DOLLARS

FIRST UNION
FIRST UNION NATIONALBANK

⑈000⥄⥄04⥄9⑈ ⑆054⥄00⥄220⑆ 203000009925⥄⑈

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

---

STEPHANIE LUCK-KLAYMAN
SSN 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
EXP# 49
CLOCK#
DEPT# 000100
FED M    2
FL  M    2

540 BRICKELL KEY DRIVE                    MIAMI, FL  33131

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD |
|------|-------|------|----------|----------|--------|-----|
| REGULAR | | | 2083.33 | HEALTH | 73.50 | 808.50 |
| | | | | Total: | 73.50 | 808.50 |

| | YTD |
|-|-----|
| REGULAR 0.00 | 22916.63 |

| Check No: 11049 | Date: 06/15/00 | |
|-----------------|----------------|--|
| | This Pay | YTD |
| EARNINGS | 2083.33 | 22916.63 |
| FEDERAL | 360.52 | 3961.93 |
| MEDICARE | 30.21 | 332.31 |
| SOC SEC | 129.17 | 1420.87 |

Net Pay:    1613.26

Period Start: 06/01/00
Period End:   06/15/00

WASHINGTON, DC  20024

9270 JUDICIAL WATCH INC.

FOLD AND REMOVE →

PrimePa[...]



JUDICIAL WATCH INC.
501 SCHOOL ST SW #725
WASHINGTON, DC 20024

Check No. 11077
Date: 06/30/00

9270

Pay To The
Order Of

ONE THOUSAND SIX HUNDRED FIVE and 26/100--------- DOLLARS

15-122    9

000100    STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL 33131

Check Amount
$****1,605.26

FIRST UNION
FIRST UNION NATIONALBANK

⑈000ı107ı⑈ ı:054001201: 20300000099254ı⑈

---

STEPHANIE LUCK-KLAYMAN
SSN 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
EMP# 49
CLOCK#
DEPT# 000100
FED M 2
FL M 2

540 BRICKELL KEY DRIVE    MIAMI, FL 33131

| Typ | Ded Type | Amount | YTD |
|---|---|---|---|
| REGU | 3 HEALTH | 81.50 | 890.00 |
| | Total: | 81.50 | 890.00 |

ID 96

Check No: 11077  Date: 06/30/00

| | This Pay | YTD |
|---|---|---|
| EARNINGS | 2083.33 | 24799.96 |
| FEDERAL | 237.19 | 2926.28 |
| MEDICARE | 30.21 | 352.52 |
| SOC SEC | 129.17 | 1530.04 |

Net Pay: 1605.26

Period Start: 06/16/00
Period End: 06/30/00

---

9270 JUDICIAL WATCH INC.

REG

501 SCHOOL ST SW #725

WASHINGTON, DC 20024