JUDICIAL WATCH INC.
501 SCHOOL ST SW #725
WASHINGTON, DC 20024

Check No.    11140
Date:    07/31/00

THE REVERSE SIDE OF THIS DOCUMENT CONTAINS A WATERMARK. HOLD AT AN ANGLE TO VIEW.

15-122/5

Check Amount
$*****1,605.26

Pay To The
Order Of

000100

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL  33131

ONE THOUSAND SIX HUNDRED FIVE and 26/100 — — — — — — — — — — — — DOLLARS

FIRST UNION
FIRST UNION NATIONAL BANK

9270

⑈000ᴉᴉᴉ40⑈ ⑈:054001⒉⒉0:⒉0300000099254⑈

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

---

STEPHANIE LUCK-KLAYMAN
SSN 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
EMP# 49
CLOCK#
DEPT# 000100
FED M 2
FL M 2

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD |
|------|-------|------|----------|----------|--------|-----|
| REGULAR | | | 2083.33 | HEALTH | 81.50 | 1053.00 |
| | | | | Total: | 81.50 | 1053.00 |

540 BRICKELL KEY DRIVE    MIAMI, FL  33131

| | YTD |
|---|-----|
| | 29166.62 |

| | Hours |
|---|-------|
| REGULAR | 0.00 |

501 SCHOOL ST SW #725    WASHINGTON, DC 20024

9270 JUDICIAL WATCH INC.

---

Check No:   11140   Date: 07/31/00

| EARNINGS | This Pay | YTD |
|----------|----------|-----|
| EARNINGS | 2083.33 | 29166.6 |
| FEDERAL | 230.29 | 3222.6 |
| MEDICARE | 30.21 | 422.9 |
| SOC SEC | 129.17 | 1808.3 |

Net Pay:    1605.26

Period Start:  07/16/00
Period End:    07/31/00

PrimePa

FOLD AND REMOVE →

THE REVERSE SIDE OF THIS DOCUMENT CONTAINS A WATERMARK. HOLD AT AN ANGLE TO VIEW.

9270

JUDICIAL WATCH INC.
501 SCHOOL ST SW #725
WASHINGTON, DC 20024

15-122/

Check No.: 11173
Date: 08/15/00

Check Amount
$****1,605.26

ONE THOUSAND SIX HUNDRED FIVE and 26/100 ************* DOLLARS

000100

000100

Pay To The
Order Of

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL 33131

FIRST UNION
FIRST UNION NATIONAL BANK.

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

⑈000⑈⑈⑈73⑈ ⑈:05400⑈20⑈: 203000009 9 254⑈⑈

---

STEPHANIE LUCK-KLAYMAN
SSN 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
EMP# 49
CLOCK#
DEPT# 000100
DED M
FL M    2

9270 JUDICIAL WATCH INC.

540 BRICKELL KEY DRIVE    MIAMI, FL    33131

| Type | Hours | Rate | Earnings | YTD | Ded Type | Amount | YTD |
|------|-------|------|----------|-----|----------|--------|-----|
| REGULAR | | | 2083.33 | | HEALTH | 81.50 | 1134.50 |
| | | | | | Total: | 81.50 | 1134.50 |
| | | | | YTD | | | |
| REGULAR | 0.00 | | | 31249.95 | | | |

501 SCHOOL ST SW #725    WASHINGTON, DC    20024

Check No:    11173    Date: 08/15/00

|  | This Pay | YTD |
|--|----------|-----|
| EARNINGS | 2083.33 | 31249.95 |
| FEDERAL | 237.19 | 3957.81 |
| MEDICARE | 30.21 | 453.12 |
| SOC SEC | 129.17 | 1937.57 |

Net Pay:    1605.26

Period Start: 08/01/00
Period End:   08/15/00

← FOLD AND REMOVE →



THE REVERSE SIDE OF THIS DOCUMENT CONTAINS A WATERMARK. HOLD AT AN ANGLE TO VIEW.

9270

JUDICIAL WATCH INC.
501 SCHOOL ST SW #725
WASHINGTON, DC 20024

Check No. 11206
Date:    08/31/00

15-127

000100

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL 33131

Check Amount
$*****1,605.26

ONE THOUSAND SIX HUNDRED FIVE and 26/100------------ DOLLARS

Pay To The
Order Of

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL 33131

FIRST UNION
FIRST UNION NATIONALBANK

⑈000⑈⑈206⑈  ⑈:05⑈00⑈20⑈:  20⑈000000⑈⑈254⑈

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

---

← FOLD AND REMOVE

STEPHANIE LUCK-KLAYMAN    540 BRICKELL KEY DRIVE    MIAMI, FL  33131    Check No: 11206  Date: 08/31/00

SSN 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
EXP# 49
CLOCK#
DEPT# 000100
FED M  000100
FL  M  2

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | | EARNINGS | This Pay | YTD |
|------|-------|------|----------|----------|--------|-----|--|----------|----------|-----|
| REGULAR | | | 2083.33 | HEALTH | 81.50 | 1216.00 | | EARNINGS | 2083.33 | 33333.28 |
| | | | | Total: | 81.50 | 1216.00 | | FEDERAL | 237.19 | 5315.04 |
| | | | | | | | | MEDICARE | 30.21 | 483.36 |
| | | | | | | | | SOC SEC | 129.17 | 2066.77 |

| | | | YTD |
|--|--|--|-----|
| REGULAR | 0.00 | | 33333.28 |

Net Pay:    1605.26

Period Start: 08/16/00
Period End:   08/31/00

9270  JUDICIAL WATCH INC.    501 SCHOOL ST SW #725    WASHINGTON, DC  20024

PrimeP...

THE ORIGINAL DOCUMENT CONTAINS A WATERMARK. HOLD AT AN ANGLE TO VIEW.

JUDICIAL WATCH INC.
501 SCHOOL ST SW #725
WASHINGTON, DC 20024

Check No:  11237
Date:  09/15/00

ONE THOUSAND SIX HUNDRED FIVE and 26/100------------------------------------ DOLLARS

Check Amount
$****1,605.26

000100

Pay To The
Order Of

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL  33131

FIRST UNION
FIRST UNION NATIONALBANK

P R I M E P A Y

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

⑆000⑈1237⑈ ⑆054001220⑈ 203000099254⑈

---

STEPHANIE LUCK-KLAYMAN        540 BRICKELL KEY DRIVE        MIAMI, FL  33131        Check No:  11237  Date: 09/15/00

SSN 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
EMP# 49
CLOCK#
DEPT# 000100
FED M  2
FL  M  2

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD |
|------|-------|------|----------|----------|--------|-----|
| REGULAR | | | 2083.33 | HEALTH | 81.50 | 1297.50 |
| | | | | Total: | 81.50 | 1297.50 |

| | This Pay | YTD |
|---|----------|-----|
| EARNINGS | 2083.33 | 35416.61 |
| FEDERAL | 237.19 | 4032.23 |
| MEDICARE | 30.21 | 513.57 |
| SOC SEC | 129.17 | 2195.89 |

| Type | Hours | YTD |
|------|-------|-----|
| REGULAR | 0.00 | 35416.61 |

Net Pay:   1605.26

9270 JUDICIAL WATCH INC.    501 SCHOOL ST SW #725    WASHINGTON, DC 20024

Period Start:  09/01/00
Period End:    09/15/00

PrimePay

```
9270        JUDICIAL WATCH INC.                                    15-122           Check No.    11271
            501 SCHOOL ST SW #725
            WASHINGTON, DC  20024
```

ONE THOUSAND SIX HUNDRED FIVE and 26/100------------------------- DOLLARS   $****1,605.26

Check Amount

000100

Pay To The
Order Of

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL  33131

FIRST UNION
FIRST UNION NATIONALBANK

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

⑈000⑈⑈27⑈⑈ ⑈:054004⑈220⑈: 2030000099254⑈⑈

---

STEPHANIE LUCK-KLAYMAN          540 BRICKELL KEY DRIVE          MIAMI, FL  33131          Check No:  11271  Date: 09/29/00

| | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | | This Pay | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| SSN 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 | REGULAR | | | 2083.33 | HEALTH | 81.50 | 1379.00 | EARNINGS | 2083.33 | 37499.94 |
| EMP# 49 | | | | | Total: | 81.50 | 1379.00 | FEDERAL | 237.19 | 4269.42 |
| CLOCK# | | | | | | | | MEDICARE | 30.21 | 543.78 |
| DEPT# 000100 | | | | | | | | SOC SEC | 129.17 | 2325.06 |
| FED M  2 | | | | | | | | | | |
| FL  M  2 | | | | | | | | | | |
| | | | | YTD | | | | | | |
| | REGULAR | 0.00 | | 37499.94 | | | | Net Pay: | 1605.26 | |

9270 JUDICIAL WATCH INC.    501 SCHOOL ST SW #725    WASHINGTON, DC  20024

Period Start: 09/16/00
Period End:   09/30/00

PrimePay

JUDICIAL WATCH INC.
501 SCHOOL ST SW #725
WASHINGTON, DC 20024

15-122/540

Check No. 11303
Date: 10/13/00

PRIMEPAY

Check Amount

ONE THOUSAND SIX HUNDRED FIVE and 26/100---------------------------DOLLARS $*****1,605.26

000100

Pay To The
Order Of

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL 33131

FIRST UNION
FIRST UNION NATIONALBANK

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

⑈'000⑈⑈303⑈' ⑉:0540⑈220⑈: 2030000099254⑈'

| | | | | MIAMI, FL 33131 | | Check No: | 11303 | Date: 10/13/00 |
|---|---|---|---|---|---|---|---|---|
| TEPHANIE LUCK-KLAYMAN | 540 BRICKELL KEY DRIVE | | | | | | | |
| SN 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 | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | |
| MP# 49 | | | | | | | This Pay | YTD |
| LOCK# | REGULAR | | | 2083.33 | HEALTH | 81.50 | 1460.50 | EARNINGS 2083.33 39583.27 |
| EPT# 000100 | | | | | Total: | 81.50 | 1460.50 | FEDERAL 237.19 4506.61 |
| ED M 2 | | | | | | | | MEDICARE 30.21 573.99 |
| L M 2 | | | | | | | | SOC SEC 129.17 2454.23 |
| | | | | YTD | | | | |
| | REGULAR | 0.00 | | 39583.27 | | | | Net Pay: 1605.26 |

| 70 JUDICIAL WATCH INC. 501 SCHOOL ST SW #725 WASHINGTON, DC 20024 | Period Start: 10/01/00 Period End: 10/15/00 | PrimePay® |
|---|---|---|

FOLD AND REMOVE →

9270   JUDICIAL WATCH INC.
WASHINGTON, DC 20024

15-122          Check No.   11334

PRIME PAY

ONE THOUSAND SIX HUNDRED FIVE and 26/100----------------------------- DOLLARS

Check Amount

$****1,605.26

000100

Pay To The
Order Of

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL  33131

FIRST UNION
FIRST UNION NATIONALBANK

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

⑈"000⯑1334⯑"  ⯑:054001220⯑: 203000099254⯑"

| STEPHANIE LUCK-KLAYMAN | | 540 BRICKELL KEY DRIVE | | | MIAMI, FL  33131 | | Check No:  11334  Date: 10/31/00 | |
|---|---|---|---|---|---|---|---|---|
| SSN 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 | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | This Pay | YTD |
| EMP# 49 | REGULAR | | | 2083.33 | HEALTH | 81.50 | 1542.00 | EARNINGS | 2083.33 | 41666.60 |
| CLOCK# | | | | | Total | 81.50 | 1542.00 | FEDERAL | 237.19 | 4743.80 |
| DEPT# 000100 | | | | | | | | MEDICARE | 30.21 | 604.20 |
| FED M  2 | | | | | | | | SOC SEC | 129.17 | 2583.40 |
| FL M  2 | | | | | | | | | | |
| | | | YTD | | | | | | |
| | REGULAR | 0.00 | | 41666.60 | | | | Net Pay:  1605.26 | |

9270 JUDICIAL WATCH INC.   501 SCHOOL ST SW #725   WASHINGTON, DC 20024

Period Start: 10/16/00
Period End:  10/31/00

PrimePay

9270    JUDICIAL WATCH INC.
        501 SCHOOL ST SW #725          Check No: 11364
        WASHINGTON, DC 20024          Date:    11/15/00

ONE THOUSAND SIX HUNDRED FIVE and 26/100------------------------------ DOLLARS    | Check Amount | $****1,605.26 |

        000100
Pay To The          STEPHANIE LUCK-KLAYMAN
Order Of            540 BRICKELL KEY DRIVE
                    MIAMI, FL  33131

FIRST UNION
FIRST UNION NATIONAL BANK

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

⑈"000⑈⑈364⑈" ⑆054001220⑆ 203000009⑈254⑈"

STEPHANIE LUCK-KLAYMAN        540 BRICKELL KEY DRIVE        MIAMI, FL  33131        Check No:  11364  Date: 11/15/00

| | | | | | | | | This Pay | YTD |
|---|---|---|---|---|---|---|---|---|---|
| SSN 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 | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | | |
| EMP# 49 | REGULAR | | | 2083.33 | HEALTH | 81.50 | 1623.50 | EARNINGS 2083.33 | 43749.93 |
| CLOCK# | | | | | Total: | 81.50 | 1623.50 | FEDERAL 237.19 | 4980.99 |
| DEPT# 000100 | | | | | | | | MEDICARE 30.21 | 634.41 |
| FED M    2 | | | | | | | | SOC SEC 129.17 | 2712.57 |
| M    2 | | | | | | | | | |
| | | | | YTD | | | | | |
| | REGULAR | 0.00 | | 43749.93 | | | | Net Pay:  1605.26 | |

9270 JUDICIAL WATCH INC.    501 SCHOOL ST SW #725    WASHINGTON, DC  20024        Period Start: 11/01/00
                                                                                  Period End:   11/15/00    PrimePay

THE REVERSE SIDE OF THIS DOCUMENT CONTAINS A WATERMARK. HOLD AT AN ANGLE TO VIEW.

9270
JUDICIAL WATCH INC.
501 SCHOOL ST SW #725
WASHINGTON, DC  20024

15-122/540

Check No.   11393
Date:       11/30/00

P R I M E P A Y

ONE THOUSAND SIX HUNDRED FIVE and 26/100----------------------------- DOLLARS

Check Amount

$****1,605.26

Pay To The
Order Of

000100
STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL  33131

FIRST UNION
FIRST UNION NATIONALBANK

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

⑈0001 1393⑈ ⑉0540012 20⑈ 203000009925 4⑈

| STEPHANIE LUCK-KLAYMAN | 540 BRICKELL KEY DRIVE | | | MIAMI, FL   33131 | | | Check No:  11393   Date: 11/30/00 |
|---|---|---|---|---|---|---|---|
| SSN# 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 | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD |
| EMP# 49 | | | | | HEALTH | 81.50 | 1705.00 |
| CLOCK# | REGULAR | | | 2083.33 | Total: | 81.50 | 1705.00 |
| DEPT# 000100 | | | | | | | |
| FED M   2 | | | | | | | |
| FL  M   2 | | | | | | | |

| | | This Pay | YTD |
|---|---|---|---|
| EARNINGS | | 2083.33 | 45833.26 |
| FEDERAL | | 237.19 | 5218.18 |
| MEDICARE | | 30.21 | 664.62 |
| SOC SEC | | 129.17 | 2841.74 |

| | | | YTD |
|---|---|---|---|
| REGULAR | 0.00 | | 45833.26 |

Net Pay:   1605.26

9270 JUDICIAL WATCH INC.   501 SCHOOL ST SW #725   WASHINGTON, DC  20024

Period Start:  11/16/00
Period End:    11/30/00

PrimePay

↑ FOLD AND REMOVE →

Check No. 11423
Date: 12/15/00

ONE THOUSAND SIX HUNDRED FIVE and 26/100------------------------- DOLLARS

Check Amount
$****1,605.26

000100

Pay To The
Order Of

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL 33131

FIRST UNION
FIRST UNION NATIONALBANK

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

⑈000⑈⑈423⑈ ⑈054001220⑈ 2030000099254⑈

| STEPHANIE LUCK-KLAYMAN | | 540 BRICKELL KEY DRIVE | | | MIAMI, FL 33131 | | | Check No: 11423 Date: 12/15/00 | |
|---|---|---|---|---|---|---|---|---|---|
| SSN 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 | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | This Pay | YTD |
| EMP# 49 | | | | | | | | | |
| CLOCK# | REGULAR | | | 2083.33 | HEALTH | 81.50 | 1786.50 | EARNINGS 2083.33 | 47916.59 |
| DEPT# 000100 | | | | | Total: | 81.50 | 1786.50 | FEDERAL 237.19 | 5455.37 |
| FED M 2 | | | | | | | | MEDICARE 30.21 | 694.83 |
| FL M 2 | | | | | | | | SOC SEC 129.17 | 2970.91 |
| | | | | YTD | | | | | |
| | REGULAR | 0.00 | | 47916.59 | | | | Net Pay: 1605.26 | |

9270 JUDICIAL WATCH INC.   501 SCHOOL ST SW #725   WASHINGTON, DC 20024

Period Start: 12/01/00
Period End: 12/15/00

PrimePay

9270    JUDICIAL WATCH INC.    45-122/540    Check No.   11451
501 SCHOOL ST SW #725    Date   12/22/00
WASHINGTON, DC   20024

Check No   11451

Check Amount

NINETY-TWO and 35/100------------------------------------- DOLLARS    $*******92.35

000100

Pay To The
Order Of

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL   33131

FIRST UNION
FIRST UNION NATIONALBANK

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

⑈000⑈⑈45⑈⑈ ⑆054001220⑆ 203000009725⑈⑈

| STEPHANIE LUCK-KLAYMAN | 540 BRICKELL KEY DRIVE | | | MIAMI, FL   33131 | | Check No:   11451   Date: 12/22/00 | |
|---|---|---|---|---|---|---|---|
| SSN 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 | Type | Hours | Rate | Earnings | Ded Type   Amount   YTD | This Pay | YTD |
| EMP#   49 | | | | | | | |
| CLOCK# | BONUS | | | 100.00 | HEALTH    0.00   1786.50 | EARNINGS   100.00 | 48016. |
| DEPT# 000100 | | | | | Total:    0.00   1786.50 | FEDERAL    0.00 | 5455 |
| FED M   2 | | | | | | MEDICARE   1.45 | 696 |
| FL   M   2 | | | | | | SOC SEC    6.20 | 2977.11 |
| | | | | YTD | | | |
| | BONUS | 0.00 | | 100.00 | | | |
| | REGULAR | 0.00 | | 47916.59 | | Net Pay:    92.35 | |

9270 JUDICIAL WATCH INC.    501 SCHOOL ST SW #725    WASHINGTON, DC   20024

Period Start: 12/22/00
Period End:   12/22/00

PrimePay

501 SCHOOL ST SW #725
WASHINGTON, DC 20024

Check No: 11478
Date: 12/29/00

ONE THOUSAND SIX HUNDRED FIVE and 26/100-------------------------------- DOLLARS    $****1,605.26

P
R
I
M
E
P
A
Y

000100

Pay To The
Order Of

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL  33131

FIRST UNION
FIRST UNION NATIONALBANK

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

⑈000⑈⑈478⑈ ⑆054001220⑆ 2030000099254⑈

---

| STEPHANIE LUCK-KLAYMAN | 540 BRICKELL KEY DRIVE | | | MIAMI, FL  33131 | | Check No:  11478 | Date: 12/29/00 | |
|---|---|---|---|---|---|---|---|---|
| SSN 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 | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | |
| EMP#  49 | | | | | | | This Pay | YTD |
| CLOCK# | REGULAR | | | 2083.33 | HEALTH | 81.50 | 1868.00 | EARNINGS  2083.33  49999.92 |
| DEPT# 000100 | | | | | Total: | 81.50 | 1868.00 | FEDERAL  237.19  5692.56 |
| FED M   2 | | | | | | | | MEDICARE  30.21  725.04 |
| ⸝U M   2 | | | | | | | | SOC SEC  129.17  3100.08 |
| | | | | YTD | | | | |
| | REGULAR | 0.00 | | 49999.92 | | | | Net Pay:  1605.26 |

9270 JUDICIAL WATCH INC.    501 SCHOOL ST SW #725    WASHINGTON, DC  20024

Period Start: 12/16/00
Period End:  12/31/00

PrimePay

9270

JUDICIAL WATCH INC.
501 SCHOOL ST SW #725
WASHINGTON, DC 20024

15-122/640    Check No.   11506
Date:  01/12/01

PRIMEPAY

| ONE THOUSAND SIX HUNDRED SIX and 51/100----------------------------- DOLLARS | Check Amount $****1,606.51 |

000100

Pay To The
Order Of

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL   33131

FIRST UNION
FIRST UNION NATIONALBANK

**THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.**

⑈000⑈⑈506⑈ ⑆054001220⑆ 203000099254⑈

---

STEPHANIE LUCK-KLAYMAN          540 BRICKELL KEY DRIVE          MIAMI, FL  33131     Check No:   11506  Date: 01/12/01

| SSN 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 | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | | This Pay | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| EMP# 49 | REGULAR | | | 2083.33 | HEALTH | 81.50 | 81.50 | EARNINGS | 2083.33 | 2083.33 |
| CLOCK# | | | | | Total: | 81.50 | 81.50 | FEDERAL | 235.94 | 235.94 |
| DEPT# 000100 | | | | | | | | MEDICARE | 30.21 | 30.21 |
| FED M  2 | | | | | | | | SOC SEC | 129.17 | 129.17 |
| FL  M  2 | | | | | | | | | | |
| | REGULAR | 0.00 | | 2083.33 YTD | | | | Net Pay: | 1606.51 | |

9270 JUDICIAL WATCH INC.   501 SCHOOL ST SW #725   WASHINGTON, DC 20024

Period Start: 01/01/01
Period End: 01/15/01

PrimePay

JUDICIAL WATCH INC
501 School ST SW #725
WASHINGTON, DC 20024

| | | | | Check Amount |
|---|---|---|---|---|
| ONE THOUSAND SIX HUNDRED SIX and 51/100------------------------ DOLLARS | | | | $*****1,606.51 |

Pay To The
Order Of    000100

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL  33131

FIRST UNION
FIRST UNION NATIONALBANK

**THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.**

⑈000⑈534⑈ ⑆054001220⑆ 2030000099254⑈

---

STEPHANIE LUCK-KLAYMAN     540 BRICKELL KEY DRIVE     MIAMI, FL  33131      Check No:  11534  Date: 01/31/01

| | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | | This Pay | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| SSN 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 | REGULAR | | | 2083.33 | HEALTH | 81.50 | 163.00 | EARNINGS | 2083.33 | 4166.66 |
| EMP# 49 | | | | | Total: | 81.50 | 163.00 | FEDERAL | 235.94 | 471.88 |
| CLOCK# | | | | | | | | MEDICARE | 30.21 | 60.42 |
| DEPT# 000100 | | | | | | | | SOC SEC | 129.17 | 258.34 |
| FED M  2 | | | | | | | | | | |
| FL  M  2 | | | | | | | | | | |
| | | | | YTD | | | | | | |
| | REGULAR | 0.00 | | 4166.66 | | | | Net Pay: | 1606.51 | |

9270 JUDICIAL WATCH INC.    501 SCHOOL ST SW #725    WASHINGTON, DC 20024      Period Start: 01/16/01
Period End:   01/31/01    PrimePay

THE REVERSE SIDE OF THIS DOCUMENT CONTAINS A WATERMARK. HOLD AT AN ANGLE TO VIEW.

9270    JUDICIAL WATCH INC.
        501 SCHOOL ST SW #725
        WASHINGTON, DC 20024

15-122/540

Check No.   11563
Date:    02/15/01

PRIMEPAY

ONE THOUSAND SIX HUNDRED SIX and 51/100------------------ DOLLARS

Check Amount

$****1,606.51

000100
Pay To The        STEPHANIE LUCK-KLAYMAN
Order Of          540 BRICKELL KEY DRIVE
                  MIAMI, FL  33131

FIRST UNION
FIRST UNION NATIONALBANK

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

⑈"000 11563"⑈ ⑈:0540 1220⑈: 2030000099254"⑈

---

STEPHANIE LUCK-KLAYMAN        540 BRICKELL KEY DRIVE        MIAMI, FL  33131        Check No:  11563  Date: 02/15/01

SSN 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
EMP#    49
CLOCK#
DEPT# 000100
FED M    2
FL  M    2

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD |
|------|-------|------|----------|----------|--------|-----|
| REGULAR | | | 2083.33 | HEALTH | 81.50 | 244.50 |
| | | | | Total: | 81.50 | 244.50 |

| | This Pay | YTD |
|---|---|---|
| EARNINGS | 2083.33 | 6249.99 |
| FEDERAL | 235.94 | 707.82 |
| MEDICARE | 30.21 | 90.63 |
| SOC SEC | 129.17 | 387.51 |

YTD

| | | | |
|---|---|---|---|
| REGULAR | 0.00 | | 6249.99 |

Net Pay:    1606.51

9270 JUDICIAL WATCH INC.    501 SCHOOL ST SW #725    WASHINGTON, DC  20024

Period Start:  02/01/01
Period End:    02/15/01

PrimePay.
Your Payroll Service Solution

Case 1:06-cv-00670-CKK-AK     Document 33-10     Filed 12/26/2006     Page 16 of 30

```
9270        JUDICIAL WATCH INC.                        15-122/540        Check No.   11590
            501 SCHOOL ST SW #725                                        Date:    02/28/01
            WASHINGTON, DC  20024
```

ONE THOUSAND SIX HUNDRED SIX and 51/100------------------------ DOLLARS

Check Amount
$****1,606.51

000100

Pay To The
Order Of

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL  33131

FIRST UNION
FIRST UNION NATIONALBANK

PRIME PAY

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

⑈000⑈⑈590⑈⑈ ⑆054001220⑆ 2030000099254⑈

---

| STEPHANIE LUCK-KLAYMAN | 540 BRICKELL KEY DRIVE | | | MIAMI, FL   33131 | | Check No:  11590  Date: 02/28/01 | |
|---|---|---|---|---|---|---|---|
| SSN 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 | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | | This Pay | YTD |
| EMP#   49 | | | | | | | |
| CLOCK# | REGULAR | | | 2083.33 | HEALTH | 81.50 | 326.00 | EARNINGS | 2083.33 | 8333.32 |
| DEPT# 000100 | | | | | Total: | 81.50 | 326.00 | FEDERAL | 235.94 | 943.76 |
| FED M    2 | | | | | | | | MEDICARE | 30.21 | 120.84 |
| FL  M    2 | | | | | | | | SOC SEC | 129.17 | 516.68 |
| | | | | YTD | | | | Net Pay:  | 1606.51 | |
| | REGULAR | 0.00 | | 8333.32 | | | | | | |

```
9270 JUDICIAL WATCH INC.     501 SCHOOL ST SW #725     WASHINGTON, DC   20024
```

Period Start: 02/16/01
Period End:   02/28/01

PrimePay

501 SCHOOL ST SW #725
WASHINGTON, DC  20024

Check No:  11620
Date:  03/15/01

PRIMEPAY

ONE THOUSAND SIX HUNDRED SIX and 51/100------------------------------- DOLLARS

Check Amount
$****1,606.51

000100

Pay To The
Order Of

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL  33131

FIRST UNION
FIRST UNION NATIONALBANK

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

⑈000 11620⑈ ⑆054001220⑆ 2030000099254⑈

| STEPHANIE LUCK-KLAYMAN | 540 BRICKELL KEY DRIVE | | | MIAMI, FL  33131 | | Check No:  11620  Date: 03/15/01 | |
|---|---|---|---|---|---|---|---|
| SSN 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 | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | | This Pay | YTD |
| EMP# 49 | | | | | | | |
| CLOCK# | REGULAR | | | 2083.33 | HEALTH | 81.50 | 407.50 | EARNINGS | 2083.33 | 10416.65 |
| DEPT# 000100 | | | | | Total: | 81.50 | 407.50 | FEDERAL | 235.94 | 1179.70 |
| FED M   2 | | | | | | | | MEDICARE | 30.21 | 151.05 |
| FL M   2 | | | | | | | | SOC SEC | 129.17 | 645.85 |
| | | | | YTD | | | | | | |
| | REGULAR | 0.00 | | 10416.65 | | | | Net Pay: | 1606.51 | |

9270 JUDICIAL WATCH INC.   501 SCHOOL ST SW #725   WASHINGTON, DC  20024

Period Start:  03/01/01
Period End:  03/15/01

PrimePay

**JUDICIAL WATCH INC.**
**PAYROLL ACCOUNT**
501 SCHOOL ST., S.W., SUITE 725
WASHINGTON, DC 20024

1137

15-122/540
97762

DATE  March 30, 2001

PAY
TO THE
ORDER OF  Stephanie Luck-Klayman                                    $  1,606.51

One Thousand Six Hundred Six and 51/100 ------------------------------------ DOLLARS

**FIRST UNION**®  First Union National Bank

FOR  PPE 3/31/01

⑈"001137"⑈ ⑆:054001220: 203000049254"

Security enhanced document. See back for details.

9270     JUDICIAL WATCH INC.
501 SCHOOL ST SW #725
WASHINGTON, DC 20024

15-122/540     Check No.   11651

| | | | | | | |
|---|---|---|---|---|---|---|
| ONE THOUSAND SIX HUNDRED SIX and 51/100------------------------ DOLLARS | | | | | | $****1,606.51 |

000100

Pay To The
Order Of

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL   33131

FIRST UNION
FIRST UNION NATIONALBANK

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

⑈"000l1651"⑈ ⑆:05400l220: 203000009925⑈"

---

STEPHANIE LUCK-KLAYMAN    540 BRICKELL KEY DRIVE     MIAMI, FL   33131
SSN 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
EMP#   49
CLOCK#
DEPT# 000100
FED M   2
FL M   2

Check No:   11651   Date: 03/30/01

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD |
|---|---|---|---|---|---|---|
| REGULAR | | | 2083.33 | HEALTH | 81.50 | 489.00 |
| | | | | Total: | 81.50 | 489.00 |

| | This Pay | YTD |
|---|---|---|
| EARNINGS | 2083.33 | 12499.98 |
| FEDERAL | 235.94 | 1415.64 |
| MEDICARE | 30.21 | 181.26 |
| SOC SEC | 129.17 | 775.02 |

| Type | Hours | Earnings YTD |
|---|---|---|
| REGULAR | 0.00 | 12499.98 |

Net Pay:   1606.51

9270 JUDICIAL WATCH INC.    501 SCHOOL ST SW #725    WASHINGTON, DC 20024

Period Start:   03/16/01
Period End:   03/31/01

PrimePay™

JUDICIAL WATCH INC.
WASHINGTON, DC  20024

15-122/540    Check No.  11682
Date:  04/13/01

PRIMEPAY

| ONE THOUSAND SIX HUNDRED SIX and 51/100------------------- DOLLARS | Check Amount $****1,606.51 |

000100

Pay To The
Order Of

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL  33131

FIRST UNION
FIRST UNION NATIONALBANK

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

⑈0001168 2⑈ ⑇0540012 20⑇ 2030000099254⑈

---

STEPHANIE LUCK-KLAYMAN    540 BRICKELL KEY DRIVE    MIAMI, FL  33131

SSN 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
EMP#   49
CLOCK#
DEPT# 000100
FED M    2
FL  M    2

Check No:  11682   Date: 04/13/01

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | | This Pay | YTD |
|------|-------|------|----------|----------|--------|-----|--|----------|-----|
| REGULAR | | | 2083.33 | HEALTH Total: | 81.50 81.50 | 570.50 570.50 | EARNINGS FEDERAL MEDICARE SOC SEC | 2083.33 235.94 30.21 129.17 | 14583.31 1651.58 211.47 904.19 |
| | | | YTD | | | | | | |
| REGULAR | 0.00 | | 14583.31 | | | | Net Pay: | 1606.51 | |

9270 JUDICIAL WATCH INC.    501 SCHOOL ST SW #725    WASHINGTON, DC  20024

Period Start: 04/01/01
Period End:  04/15/01

PrimePay



THE REVERSE SIDE OF THIS DOCUMENT CONTAINS A WATERMARK. HOLD AT AN ANGLE TO VIEW.

9270

JUDICIAL WATCH INC.
501 SCHOOL ST SW #725
WASHINGTON, DC 20024

15-122/540

Check No. 11715
Date:   04/30/01

000100

Check Amount

$*****1,601.01

ONE THOUSAND SIX HUNDRED ONE and 01/100 -------------------- DOLLARS

Pay To The
Order Of

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL  33131

FIRST UNION
FIRST UNION NATIONALBANK

⑈′′000⑈⑈7⑈5⑈′′ ⑈:054001220⑈: 2030000009 9254⑈′′

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

STEPHANIE LUCK-KLAYMAN          540 BRICKELL KEY DRIVE          MIAMI, FL  33131          Check No:  11715  Date: 04/30/01
SSN 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
EXMPT 49
CLOCK#
DEPT# 000100
FED M 2
FL M 2

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD |
|---|---|---|---|---|---|---|
| REGULAR | | | 2083.33 | HEALTH | 87.00 | 657.50 |
| | | | | Total: | 87.00 | 657.50 |

| | This Pay | YTD |
|---|---|---|
| EARNINGS | 2083.33 | 16666.64 |
| FEDERAL | 235.24 | 1841.52 |
| MEDICARE | 30.21 | 241.58 |
| SOC SEC | 129.17 | 1033.36 |

|  | YTD |
|---|---|
| REGULAR   0.00 | 16666.64 |

Net Pay:   1601.01

Period Start: 04/16/01
Period End:   04/30/01

9270 JUDICIAL WATCH INC.        501 SCHOOL ST SW #725        WASHINGTON, DC  20024

PrimePay

← FOLD AND REMOVE
FOLD AND REMOVE →



9270

THE REVERSE SIDE OF THIS DOCUMENT CONTAINS A WATERMARK, HOLD AT AN ANGLE TO VIEW.

JUDICIAL WATCH INC.
501 SCHOOL ST SW #725
WASHINGTON, DC 20024

15-122/540

Check No.  11750
Date:      05/15/01

Check Amount
$****1,601.01

ONE THOUSAND SIX HUNDRED ONE and 01/100-------------------- DOLLARS

000100

Pay To the
Order of

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL  33131

FIRST UNION
FIRST UNION NATIONALBANK

⑈000⑈⑈750⑈ ⑈054000⑈20⑈ 20300000099254⑈

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

PREPAY

FOLD AND REMOVE →

Check No.:  11750   Date: 05/15/01

| | This Pay | YTD |
|---|---|---|
| EARNINGS | 2083.33 | 18749.97 |
| FEDERAL | 235.94 | 2123.46 |
| MEDICARE | 30.21 | 271.89 |
| SOC SEC | 129.17 | 1162.53 |

Net Pay:  1601.01

Period Start:  05/01/01
Period End:    05/15/01

PrimePay.

← FOLD AND REMOVE

STEPHANIE LUCK-KLAYMAN   540 BRICKELL KEY DRIVE   MIAMI, FL  33131

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD |
|---|---|---|---|---|---|---|
| REGULAR | | | 2083.33 | HEALTH | 87.00 | 744.50 |
| | | | | Total: | 87.00 | 744.50 |

| | | | YTD | | | |
|---|---|---|---|---|---|---|
| REGULAR | 0.00 | | 18749.97 | | | |

SSN 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
EMP# 49
CLOCK: 000100
DEPT#: 000100
FED M  2
FL M  2

9270 JUDICIAL WATCH INC.   501 SCHOOL ST SW #725   WASHINGTON, DC 20024



THE REVERSE SIDE OF THIS DOCUMENT CONTAINS A WATERMARK. HOLD AT AN ANGLE TO VIEW.

P R I M E P A Y

9270    JUDICIAL WATCH INC.
501 SCHOOL ST SW #725
WASHINGTON, DC 20024

15-122/540

Check No.    11785
Date:    05/31/01

Check Amount
$****1,601.01

ONE THOUSAND SIX HUNDRED ONE and 01/100----------------- DOLLARS

000100

Pay To The
Order of

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL  33131

FIRST UNION
FIRST UNION NATIONALBANK

⑈"000 11785"⑈  ⑈:0540012 20:  20 300000097254⑈"

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

---

FOLD AND REMOVE

STEPHANIE LUCK-KLAYMAN          540 BRICKELL KEY DRIVE          MIAMI, FL  33131          Check No:  11785  Date: 05/31/01

SSN 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
EMP# 49
CLOCK#
DEPTH 000100
FED M  2
FL M  2

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD |
| --- | --- | --- | --- | --- | --- | --- |
| REGULAR | | | 1,683.33 | HEALTH | 87.00 | 831.50 |
| | | | | Total: | 87.00 | 831.50 |

| | | This Pay | YTD |
| --- | --- | --- | --- |
| EARNINGS | | 2083.33 | 20833.30 |
| FEDERAL | | 235.94 | 2359.40 |
| MEDICARE | | 30.21 | 302.10 |
| SOC SEC | | 129.27 | 1291.70 |

|  | YTD |
| --- | --- |
| REGULAR  0.00 | 20833.30 |

| Net Pay: | 1601.01 |
| --- | --- |
| Period Start: | 05/16/01 |
| Period End: | 05/31/01 |

9270 JUDICIAL WATCH INC.    501 SCHOOL ST SW #725    WASHINGTON, DC 20024

PrimePay

FOLD AND REMOVE



THE REVERSE SIDE OF THIS DOCUMENT CONTAINS A WATERMARK. HOLD AT AN ANGLE TO VIEW.

9270

JUDICIAL WATCH INC.
501 SCHOOL ST SW #725
WASHINGTON, DC 20024

15-122/540

Check No. 11820
Date:    06/15/01

ONE THOUSAND SIX HUNDRED ONE and 01/100 - - - - - - - - - - - - - - - - DOLLARS

Check Amount
$****1,601.01

000100

Pay To The
Order Of

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL   33131

FIRST UNION
FIRST UNION NATIONALBANK

⑈"000⑈⑈820⑈" ⑈:054001⑈20: 20 300000099 254⑈"

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

PRIMEPAY

---

STEPHANIE LUCK-KLAYMAN

540 BRICKELL KEY DRIVE          MIAMI, FL   33131

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD |
|------|-------|------|----------|----------|--------|-----|
| REGULAR | | | 2083.33 | HEALTH | 87.00 | 918.50 |
| | | | | Total: | 87.00 | 918.50 |

| | | YTD | | | | |
|--|--|-----|--|--|--|--|
| REGULAR | 0.00 | 22916.63 | | | | |

9270 JUDICIAL WATCH INC.    501 SCHOOL ST SW #725    WASHINGTON, DC 20024

SSN 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
EMP# 49
CLOCK#
DEPT# 000100
FED M 000100
FL M   2

---

← FOLD AND REMOVE →

Check No:   11820   Date: 06/15/01

| | This Pay | YTD |
|--|----------|-----|
| EARNINGS | 2083.33 | 22916.63 |
| FEDERAL | 235.94 | 2595.34 |
| MEDICARE | 30.21 | 332.31 |
| SOC SEC | 129.17 | 1420.87 |

Net Pay:              1601.01

Period Start:  06/01/01
Period End:    06/15/01

PrimePay

← FOLD AND REMOVE →





THE REVERSE SIDE OF THIS DOCUMENT CONTAINS A WATERMARK. HOLD AT AN ANGLE TO VIEW.

9270        JUDICIAL WATCH INC.                                    15-122/540        Check No.    11963
            501 SCHOOL ST SW #725                                                    Date:        08/15/01
            WASHINGTON, DC  20024

Check Amount

ONE THOUSAND SIX HUNDRED ONE and 01/100----------------------- DOLLARS          $*****1,601.01

            000100
Pay To The              STEPHANIE LUCK-KLAYMAN
Order Of                540 BRICKELL KEY DRIVE
                        MIAMI, FL   33131

FIRST UNION
FIRST UNION NATIONALBANK

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

⑈000⑈⑈963⑈ ⑊054001220⑊ 2030000099254⑈

| STEPHANIE LUCK-KLAYMAN | | 540 BRICKELL KEY DRIVE | | MIAMI, FL  33131 | | | Check No:  11963  Date: 08/15/01 | |
|---|---|---|---|---|---|---|---|---|
| SSN 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 | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | |
| EMP#  49 | | | | | | | | This Pay | YTD |
| CLOCK# | REGULAR | | | 2083.33 | HEALTH | 87.00 | 1266.50 | EARNINGS | 2083.33 | 31249.95 |
| DEPT# 000100 | | | | | Total: | 87.00 | 1266.50 | FEDERAL | 235.94 | 3539.10 |
| FED M  2 | | | | | | | | MEDICARE | 30.21 | 453.15 |
| FL  M  2 | | | | | | | | SOC SEC | 129.17 | 1937.55 |
| | | | | YTD | | | | | | |
| | REGULAR | 0.00 | | 31249.95 | | | | Net Pay: | 1601.01 | |

9270 JUDICIAL WATCH INC.    501 SCHOOL ST SW #725    WASHINGTON, DC  20024          Period Start:  08/01/01
                                                                                    Period End:    08/15/01

PrimePay

THE REVERSE SIDE OF THIS DOCUMENT CONTAINS A WATERMARK. HOLD AT AN ANGLE TO VIEW.

9270    JUDICIAL WATCH INC.                    15-122/540        Check No.    12001
        501 SCHOOL ST SW #725                                    Date:        08/31/01
        WASHINGTON, DC  20024

                                                                          Check Amount
        ONE THOUSAND SIX HUNDRED ONE and 01/100---------------- DOLLARS    $****1,601.01

                            000100
        Pay To The          STEPHANIE LUCK-KLAYMAN
        Order Of            540 BRICKELL KEY DRIVE
                            MIAMI, FL   33131

FIRST UNION
FIRST UNION NATIONALBANK

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

⑈000120011⑈ ⑆054001220⑆ 2030000097254⑈

| STEPHANIE LUCK-KLAYMAN | | 540 BRICKELL KEY DRIVE | | MIAMI, FL  33131 | | Check No: | 12001  Date: 08/31/01 | |
|---|---|---|---|---|---|---|---|---|
| SSN 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 | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | |
| EMP# 49 | | | | | | | | This Pay | YTD |
| CLOCK# 49 | REGULAR | | | 2083.33 | HEALTH | 87.00 | 1353.50 | EARNINGS | 2083.33 | 33333.28 |
| DEPT# 000100 | | | | | Total: | 87.00 | 1353.50 | FEDERAL | 235.94 | 3775.04 |
| FED M   2 | | | | | | | | MEDICARE | 30.21 | 483.36 |
| FL  M   2 | | | | | | | | SOC SEC | 129.17 | 2066.72 |
| | | | | YTD | | | | Net Pay: | 1601.01 | |
| | REGULAR | 0.00 | | 33333.28 | | | | | | |

9270 JUDICIAL WATCH INC.    501 SCHOOL ST SW #725    WASHINGTON, DC  20024

Period Start:  08/16/01
Period End:    08/31/01

PrimePay.



THE REVERSE SIDE OF THIS DOCUMENT CONTAINS A WATERMARK: HOLD AT AN ANGLE TO VIEW.

9270

JUDICIAL WATCH INC.
501 SCHOOL ST SW #725
WASHINGTON, DC 20024

15-122/540          Check No.   12039
                    Date:   09/14/01

Check Amount

ONE THOUSAND SIX HUNDRED ONE and 01/100------------------------- DOLLARS    $****1,601.01

000100

Pay To The
Order Of          STEPHANIE LUCK-KLAYMAN
                  540 BRICKELL KEY DRIVE
                  MIAMI, FL  33131

FIRST UNION
FIRST UNION NATIONALBANK

THE FRONT OF THIS DOCUMENT HAS A PURPLE AND GREEN BACKGROUND AND MICROPRINTING.

⑈000⑈2039⑈ ⑇054001220⑇ 2030000099254⑈

---

STEPHANIE LUCK-KLAYMAN                540 BRICKELL KEY DRIVE    MIAMI, FL   33131

SSN 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
EMP# 49
CLOCK#
DEPT# 000100
FED M  2
FL  M  2

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD |
|---|---|---|---|---|---|---|
| REGULAR | | | 2083.33 | HEALTH | 87.00 | 1440.50 |
| | | | | Total: | 87.00 | 1440.50 |

Check No:  12039   Date: 09/14/01

| | This Pay | YTD |
|---|---|---|
| EARNINGS | 2083.33 | 35416.61 |
| FEDERAL | 235.94 | 4010.98 |
| MEDICARE | 30.21 | 513.57 |
| SOC SEC | 129.17 | 2195.89 |

| | | YTD |
|---|---|---|
| REGULAR | 0.00 | 35416.61 |

Net Pay:     1601.01

Period Start:  09/01/01
Period End:    09/15/01

9270 JUDICIAL WATCH INC.   501 SCHOOL ST SW #725   WASHINGTON, DC 20024          PrimePay.



THE REVERSE SIDE OF THIS DOCUMENT CONTAINS A WATERMARK. HOLD AT AN ANGLE TO VIEW.

9270

JUDICIAL WATCH INC.
501 SCHOOL ST SW #725
WASHINGTON, DC  20024

15-122/540

Check No.   12076
Date:  09/28/01

Check Amount

ONE THOUSAND SIX HUNDRED ONE and 01/100 -------------- DOLLARS

$****1,601.01

000100

Pay To The
Order Of

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL   33131

FIRST UNION
FIRST UNION NATIONALBANK

THE FRONT OF THIS DOCUMENT HAS A PURPLE AND GREEN BACKGROUND AND MICROPRINTING.

⑈"000⑈2076"⑈ ⑈:0540⑈220⑈: 2030000099254"⑈

---

| STEPHANIE LUCK-KLAYMAN | | 540 BRICKELL KEY DRIVE | MIAMI, FL  33131 | | Check No:  12076 Date: 09/28/01 | | |
|---|---|---|---|---|---|---|---|

SSN 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
EMP#  49
CLOCK#
DEPT# 000100
FED M   2
FL  M   2

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | | This Pay | YTD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | | | 2083.33 | HEALTH | 87.00 | 1527.50 | EARNINGS | 2083.33 | 37499.94 |
| | | | | Total: | 87.00 | 1527.50 | FEDERAL | 235.94 | 4246.92 |
| | | | | | | | MEDICARE | 30.21 | 543.78 |
| | | | | | | | SOC SEC | 129.17 | 2325.06 |
| | | | YTD | | | | Net Pay: | 1601.01 | |
| REGULAR | 0.00 | | 37499.94 | | | | | | |

Period Start:  09/16/01
Period End:   09/30/01

9270 JUDICIAL WATCH INC.   501 SCHOOL ST SW #725   WASHINGTON, DC  20024

PrimePay.

FOLD AND REMOVE →