Case 1:06-cv-00670-CKK-AK Document 23-11 Filed 12/26/2006 Page 1 of 30

THE REVERSE SIDE OF THIS DOCUMENT CONTAINS A WATERMARK, HOLD AT AN ANGLE TO VIEW.

| | | | |
|---|---|---|---|
| 9270 | JUDICIAL WATCH INC.<br>501 SCHOOL ST SW #725<br>WASHINGTON, DC 20024 | 15-122/540 | Check No.  12113<br>Date:  10/15/01 |

ONE THOUSAND SIX HUNDRED ONE and 01/100------------------------ DOLLARS

Check Amount
$****1,601.01

PRIME PAY

Pay To The
Order Of

000100  STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL  33131

FIRST UNION
FIRST UNION NATIONALBANK

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

⑈000⑈2⑈⑈3⑈ ⑆054001220⑆ 203000009⑈254⑈

---

| STEPHANIE LUCK-KLAYMAN | | 540 BRICKELL KEY DRIVE | | | MIAMI, FL  33131 | | | Check No:  12113  Date: 10/15/01 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SSN 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<br>EMP# 49<br>CLOCK#<br>DEPT# 000100<br>FED M  2<br>PL M  2 | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | | | |
| | REGULAR | | | 2083.33 | HEALTH<br>Total: | 87.00<br>87.00 | 1614.50<br>1614.50 | EARNINGS<br>FEDERAL<br>MEDICARE<br>SOC SEC | This Pay<br>2083.33<br>235.94<br>30.21<br>129.17 | YTD<br>39583.27<br>4482.86<br>573.99<br>2454.23 |
| | | | | YTD | | | | | | |
| | REGULAR | 0.00 | | 39583.27 | | | | Net Pay:  1601.01 | | |

| 9270 JUDICIAL WATCH INC. | 501 SCHOOL ST SW #725 | WASHINGTON, DC  20024 | Period Start:  10/01/01<br>Period End:  10/15/01 | PrimePay. |
|---|---|---|---|---|



THE REVERSE SIDE OF THIS DOCUMENT CONTAINS A WATERMARK HOLD AT AN ANGLE TO VIEW.

9270
JUDICIAL WATCH INC.
501 SCHOOL ST SW #725
WASHINGTON, DC 20024

15-122/540

Check No.  12152
Date:  10/31/01

PRIMEPAY

Check Amount

ONE THOUSAND SIX HUNDRED ONE and 01/100----------------- DOLLARS

$****1,601.01

000100
STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL  33131

Pay To The
Order Of

FIRST UNION
FIRST UNION NATIONALBANK

THE FRONT OF THIS DOCUMENT HAS A PURPLE AND GREEN BACKGROUND AND MICROPRINTING.

⑈"000 1 2 1 5 2"⑈ ⑊054001220⑊ 20 30000099254"⑈

---

STEPHANIE LUCK-KLAYMAN          540 BRICKELL KEY DRIVE          MIAMI, FL  33131

SSN 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
EMP# 49
CLOCK#
DEPT# 000100
FED M    2
FL  M    2

Check No:  12152  Date: 10/31/01

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | | This Pay | YTD |
|------|-------|------|----------|----------|--------|-----|--|----------|-----|
| REGULAR | | | 2083.33 | HEALTH | 87.00 | 1701.50 | EARNINGS | 2083.33 | 41666.60 |
| | | | | Total: | 87.00 | 1701.50 | FEDERAL | 235.94 | 4718.80 |
| | | | | | | | MEDICARE | 30.21 | 604.20 |
| | | | | | | | SOC SEC | 129.17 | 2583.40 |

| | | YTD |
|---|---|---|
| REGULAR | 0.00 | 41666.60 |

Net Pay:     1601.01

Period Start:  10/16/01
Period End:    10/31/01

9270 JUDICIAL WATCH INC.   501 SCHOOL ST SW #725   WASHINGTON, DC 20024

PrimePay.



THE REVERSE SIDE OF THIS DOCUMENT CONTAINS A WATERMARK. HOLD AT AN ANGLE TO VIEW.

9270        JUDICIAL WATCH INC.                    15-122/540        Check No.   12191
            501 SCHOOL ST SW #725                                    Date:       11/15/01
            WASHINGTON, DC  20024

                                                                    Check Amount
        ONE THOUSAND SIX HUNDRED ONE and 01/100----------------- DOLLARS    $****1,601.01

                    000100

        Pay To The          STEPHANIE LUCK-KLAYMAN
        Order Of            540 BRICKELL KEY DRIVE
                            MIAMI, FL  33131

    FIRST UNION
    FIRST UNION NATIONALBANK                                                      MP

THE FRONT OF THIS DOCUMENT HAS A PURPLE AND GREEN BACKGROUND AND MICROPRINTING.

⑈000121971⑈ ⑆054001220⑆ 203000099254⑈

| STEPHANIE LUCK-KLAYMAN | | 540 BRICKELL KEY DRIVE | | MIAMI, FL  33131 | | Check No:   12191  Date: 11/15/01 | |
|---|---|---|---|---|---|---|---|
| SSN 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 | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD |
| EMP#   49 | | | | | | | |
| CLOCK# | REGULAR | | | 2083.33 | HEALTH | 87.00 | 1788.50 |
| DEPT# 000100 | | | | | Total: | 87.00 | 1788.50 |
| FED M   2 | | | | | | | |
| FL  M   2 | | | | | | | |

|  | This Pay | YTD |
|---|---|---|
| EARNINGS | 2083.33 | 43749.93 |
| FEDERAL | 235.94 | 4954.74 |
| MEDICARE | 30.21 | 634.41 |
| SOC SEC | 129.17 | 2712.57 |

| | | | YTD |
|---|---|---|---|
| REGULAR | 0.00 | | 43749.93 |

Net Pay:    1601.01

9270 JUDICIAL WATCH INC.    501 SCHOOL ST SW #725    WASHINGTON, DC  20024

Period Start:  11/01/01
Period End:    11/15/01

PrimePay



THE REVERSE SIDE OF THIS DOCUMENT CONTAINS A WATERMARK. HOLD AT AN ANGLE TO VIEW.

9270    JUDICIAL WATCH INC.
501 SCHOOL ST SW #725
WASHINGTON DC  20024

15 122/540          Check No:   12271
                    Date :   12/14/01

Check Amount

ONE THOUSAND SIX HUNDRED ONE and 01/100                    DOLLARS        $1***1,601.01*

000100        STEPHANIE LUCK KLAYMAN
              540 BRICKELL KEY DRIVE
              MIAMI, FL  33131

Pay To The
Order Of

FIRST UNION
FIRST UNION NATIONAL BANK

THE FRONT OF THIS DOCUMENT HAS A PURPLE AND GREEN BACKGROUND AND MICROPRINTING.

⑆000I227I⑆ ⑆054001220⑆ 203000009925411⑆

| STEPHANIE LUCK-KLAYMAN | | 540 BRICKELL KEY DRIVE | | MIAMI, FL  33131 | | Check No:  12271   Date: 12/14/01 | | |
|---|---|---|---|---|---|---|---|---|
| SSN 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 | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | | This Pay | YTD |
| EMP# 49 | REGULAR | | | 2083.33 | HEALTH | 87.00 | 1962.50 | EARNINGS | 2083.33 | 47916.59 |
| CLOCK# | | | | | Total: | 87.00 | 1962.50 | FEDERAL | 235.94 | 5426.62 |
| DEPT# 000100 | | | | | | | | MEDICARE | 30.21 | 694.83 |
| FED M  2 | | | | | | | | SOC SEC | 129.17 | 2970.91 |
| FL M  2 | | | | | | | | | | |
| | | | | YTD | | | | Net Pay: | 1601.01 | |
| | REGULAR | 0.00 | | 47916.59 | | | | | | |

9270 JUDICIAL WATCH INC.   501 SCHOOL ST SW #725   WASHINGTON, DC  20024

Period Start:  12/01/01
Period End:   12/15/01

PrimePay.



THE REVERSE SIDE OF THIS DOCUMENT CONTAINS A WATERMARK. HOLD AT AN ANGLE TO VIEW.

9270                    JUDICIAL WATCHING                          15-11227541      Check No.:  12348
                       501 SCHOOL ST SW #725                                        Date:  12/31/01
                       WASHINGTON, DC 20024

                                                                          Check Amount

** ONE THOUSAND SIX HUNDRED ONE and 01/100 **                DOLLARS      *****1,601.01

                       000100
                                    STEPHANIE LUCK KLAYMAN
    PAY TO THE                      540 BRICKELL KEY DRIVE
    ORDER OF                        MIAMI, FL  33131

    FIRST UNION
    FIRST UNION NATIONAL BANK

THE FRONT OF THIS DOCUMENT HAS A PURPLE AND GREEN BACKGROUND AND MICROPRINTING.

PRIMEPAY

⑈"000⑈2348⑈" ⑈:054001220⑈: 2030000099254⑈"

---

STEPHANIE LUCK-KLAYMAN         540 BRICKELL KEY DRIVE      MIAMI, FL  33131     Check No:  12348  Date: 12/31/01

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | | This Pay | YTD |
|------|-------|------|----------|----------|--------|-----|---|----------|-----|
| REGULAR | | | 2083.33 | HEALTH | 87.00 | 2049.50 | EARNINGS | 2083.33 | 50108.20 |
| | | | | Total: | 87.00 | 2049.50 | FEDERAL | 235.94 | 5662.56 |
| | | | | | | | MEDICARE | 30.21 | 726.61 |
| | | | | | | | SOC SEC | 129.17 | 3106.79 |

SSN 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
EMP# 49
CLOCK#
DEPT# 000100
FED M 2
FL M 2

|  |  |  | YTD |
|--|--|--|-----|
| REGULAR | 0.00 | | 49999.92 |
| BONUS | 0.00 | | 108.28 |

Net Pay:   1601.01

9270 JUDICIAL WATCH INC.    501 SCHOOL ST SW #725    WASHINGTON, DC 20024

Period Start:  12/16/01
Period End:    12/31/01

PrimePay.



THE REVERSE SIDE OF THIS DOCUMENT CONTAINS A WATERMARK HOLD AT AN ANGLE TO VIEW

PRIMEPAY

9270
501 SCHOOL ST SW #725
WASHINGTON, DC 20024

Check No. 12387

Check Amount

**ONE THOUSAND SIX HUNDRED TWENTY-SEVEN and 26/100**              DOLLARS     $*****1,627.26

000100

Pay To The
Order Of:

STEPHANIE LUCK-KLAYMAN
540 BRICKELL KEY DRIVE
MIAMI, FL  33131

FIRST UNION
FIRST UNION NATIONAL BANK

THE FRONT OF THIS DOCUMENT HAS A PURPLE AND GREEN BACKGROUND AND MICROPRINTING.

⑈000⑈2387⑈ ⑈054001220⑈ 2030000099254⑈

---

| STEPHANIE LUCK-KLAYMAN | 540 BRICKELL KEY DRIVE | MIAMI, FL  33131 | Check No:  12387 | Date: 01/15/02 |
|---|---|---|---|---|

| SSN 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 | | | | | | |
| EMP#   49 | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD |
| CLOCK# | | | | | | |
| DEPT# 000100 | REGULAR | | | 2083.33 | HEALTH | 87.00 | 87.00 |
| FED M   2 | | | | | Total: | 87.00 | 87.00 |
| FL M   2 | | | | | | |

| | This Pay | YTD |
|---|---|---|
| EARNINGS | 2083.33 | 2083.33 |
| FEDERAL | 209.69 | 209.69 |
| MEDICARE | 30.21 | 30.21 |
| SOC SEC | 129.17 | 129.17 |

| YTD |
|---|
| REGULAR   0.00   2083.33 |

Net Pay:   1627.26

9270 JUDICIAL WATCH INC.   501 SCHOOL ST SW #725   WASHINGTON, DC  20024

Period Start:  01/01/02
Period End:   01/15/02

PrimePay

9270

501 SCHOOL ST SW #725
WASHINGTON, DC  20024

15 122                Check No.  12428

PRIMEPAY

Check Amount

ONE THOUSAND FOUR HUNDRED TWENTY-EIGHT and 78/100------------- DOLLARS          $*****1,428.78

000100

Pay To the
Order Of:

STEPHANIE LUCK-KLAYMAN
542 SPRINGVALE RD.
GREAT FALLS, VA  22066

FIRST UNION
FIRST UNION NATIONAL BANK

THE FRONT OF THIS DOCUMENT HAS A PURPLE AND GREEN BACKGROUND AND MICROPRINTING.

⑈"000 12428"  ⑆:05400 1220: 2030000099254"⑈

---

| STEPHANIE LUCK-KLAYMAN | 542 SPRINGVALE RD. | | | GREAT FALLS, VA  22066 | | Check No:  12428  Date: 01/31/02 | | |
|---|---|---|---|---|---|---|---|---|
| SSN 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 | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | This Pay | YTD |
| EMP#  49 | | | | | | | | | |
| CLOCK# | REGULAR | | | 2083.33 | HEALTH | 87.00 | 174.00 | EARNINGS | 2083.33 | 4166.66 |
| DEPT# 000100 | | | | | Total: | 87.00 | 174.00 | FEDERAL | 209.69 | 419.38 |
| FED M   2 | | | | | | | | MEDICARE | 30.21 | 60.42 |
| VA  M   2 | | | | | | | | SOC SEC | 129.17 | 258.34 |
| | | | | | | | | VA | 198.48 | 198.48 |

| | YTD | | |
|---|---|---|---|
| REGULAR | 0.00 | 4166.66 | Net Pay:  1428.78 |

9270 JUDICIAL WATCH INC.  501 SCHOOL ST SW #725  WASHINGTON, DC  20024

Period Start: 01/16/02
Period End:  01/31/02

PrimePay
Your Payroll Service Solution

FOLD AND REMOVE →

PRIMEPAY

ONE THOUSAND FIVE HUNDRED TWENTY-EIGHT and 02/100------------ DOLLARS | Check Amount $*****1,528.02

000100

Pay To The
Order Of

STEPHANIE LUCK-KLAYMAN
542 SPRINGVALE RD.
GREAT FALLS, VA  22066

FIRST UNION
FIRST UNION NATIONALBANK

THE FRONT OF THIS DOCUMENT HAS A PURPLE AND GREEN BACKGROUND AND MICROPRINTING.

⑈000⑈2470⑈ ⑆054001220⑆ 2030000099254⑈

| STEPHANIE LUCK-KLAYMAN | 542 SPRINGVALE RD. | | | GREAT FALLS, VA  22066 | | Check No:  12470 Date: 02/15/02 | |
|---|---|---|---|---|---|---|---|
| SSN 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 | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD |
| EMP#  49 | | | | | | | This Pay | YTD |
| CLOCK# | REGULAR | | | 2083.33 | HEALTH | 87.00 | 261.00 |
| DEPT# 000100 | | | | | Total: | 87.00 | 261.00 |
| FED M  2 | | | | | | | |
| VA  M  2 | | | | | | | |

| | | | | This Pay | YTD |
|---|---|---|---|---|---|
| EARNINGS | | | | 2083.33 | 6249.99 |
| FEDERAL | | | | 209.69 | 629.07 |
| MEDICARE | | | | 30.21 | 90.63 |
| SOC SEC | | | | 129.17 | 387.51 |
| VA | | | | 99.24 | 297.72 |

| | YTD |
|---|---|
| REGULAR | 0.00 | 6249.99 |

Net Pay:   1528.02

Period Start: 02/01/02
Period End:  02/15/02

PrimePay
Your Payroll Services Solution

FOLD AND REMOVE →

501 SCHOOL ST SW #725
WASHINGTON, DC 20024

15 122     Check No: 12510

**PRIMEPAY**

Check Amount

ONE THOUSAND FIVE HUNDRED TWENTY-EIGHT and 02/100----------- DOLLARS    $***1,528.02

000100

Pay To The
Order Of:
    STEPHANIE LUCK-KLAYMAN
    542 SPRINGVALE RD.
    GREAT FALLS, VA 22066

FIRST UNION
FIRST UNION NATIONALBANK

THE FRONT OF THIS DOCUMENT HAS A PURPLE AND GREEN BACKGROUND AND MICROPRINTING.

⑈000⅃2510⑈ ⑆054001220⑆ 203000009⅁254⑈

---

STEPHANIE LUCK-KLAYMAN     542 SPRINGVALE RD.     GREAT FALLS, VA 22066     Check No: 12510   Date: 02/28/02

SSN 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
EMP# 49
CLOCK#
DEPT# 000100
FED M 2
VA M 2

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD |  | This Pay | YTD |
|------|-------|------|----------|----------|--------|-----|--|----------|-----|
| REGULAR | | | 2083.33 | HEALTH | 87.00 | 348.00 | EARNINGS | 2083.33 | 8333.32 |
| | | | | Total: | 87.00 | 348.00 | FEDERAL | 209.69 | 838.76 |
| | | | | | | | MEDICARE | 30.21 | 120.84 |
| | | | | | | | SOC SEC | 129.17 | 516.68 |
| | | | | | | | VA | 99.24 | 396.96 |
| | | | YTD | | | | | | |
| REGULAR | 0.00 | | 8333.32 | | | | Net Pay: | 1528.02 | |

9270 JUDICIAL WATCH INC.    501 SCHOOL ST SW #725    WASHINGTON, DC 20024

Period Start: 02/16/02
Period End: 02/28/02

**PrimePay.**

THE REVERSE SIDE OF THIS DOCUMENT CONTAINS A WATERMARK. HOLD AT AN ANGLE TO VIEW.

9270
501 SCHOOL ST SW #725
WASHINGTON, DC  20024

Date:   03/15/02

Check Amount

P R I M E P A Y

ONE THOUSAND FIVE HUNDRED TWENTY-EIGHT and 02/100------------- DOLLARS   $*****1,528.02

000100

Pay To The
Order Of

STEPHANIE LUCK-KLAYMAN
542 SPRINGVALE RD.
GREAT FALLS, VA  22066

FIRST UNION
FIRST UNION NATIONAL BANK

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

⑈000⠇2550⑈ ⑆054001220⑈ 2030000099254⑈

FOLD AND REMOVE →

| STEPHANIE LUCK-KLAYMAN | | 542 SPRINGVALE RD. | | | GREAT FALLS, VA  22066 | | Check No:  12550  Date: 03/15/02 | |
|---|---|---|---|---|---|---|---|---|
| SSN 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 | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | |
| EMP# 49 | REGULAR | | | 2083.33 | HEALTH | 87.00 | 435.00 | |
| CLOCK# | | | | | Total: | 87.00 | 435.00 | |
| DEPT# 000100 | | | | | | | | |
| FED M  2 | | | | | | | | |
| VA  M  2 | | | | | | | | |

| | | This Pay | YTD |
|---|---|---|---|
| EARNINGS | | 2083.33 | 10416.65 |
| FEDERAL | | 209.69 | 1048.45 |
| MEDICARE | | 30.21 | 151.05 |
| SOC SEC | | 129.17 | 645.85 |
| VA | | 99.24 | 496.20 |

|  | REGULAR | 0.00 | YTD 10416.65 | | | | | Net Pay:   1528.02 |
|---|---|---|---|---|---|---|---|---|

9270 JUDICIAL WATCH INC.   501 SCHOOL ST SW #725   WASHINGTON, DC  20024

Period Start:  03/01/02
Period End:    03/15/02

PrimePay.



THE REVERSE SIDE OF THIS DOCUMENT CONTAINS A WATERMARK. HOLD AT AN ANGLE TO VIEW.

THE FRONT OF THIS DOCUMENT HAS TWO COLORS AND MICROPRINTING.

9270 JUDICIAL WATCH INC.
501 SCHOOL ST #725,
WASHINGTON, DC 20024

000100

Pay To The
Order Of:

STEPHANIE LUCK-KLAYMAN
542 SPRINGVALE RD.
GREAT FALLS, VA 22066

ONE THOUSAND FIVE HUNDRED TWENTY-EIGHT and 02/100----------- DOLLARS

15-122/540

Check No.   12587
Date:      03/29/02

Check Amount
$******1,528.02

FIRST UNION
FIRST UNION NATIONAL BANK

⑆000⑆2587⑆ ⑆054⑆220⑆ 203002000099254⑆

---

STEPHANIE LUCK-KLAYMAN

| | | | | GREAT FALLS, VA 22066 | | |
|---|---|---|---|---|---|---|
| | | | 542 SPRINGVALE RD. | | | |
| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD |
| REGULAR | | | 2083.33 | HEALTH | 87.00 | 522.00 |
| | | | | Total: | 87.00 | 522.00 |
| | | | YTD | | | |
| REGULAR | 0.00 | | 12499.98 | | | |

SSN 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
CLOCK# 49
DEPT# 000100
FED M   2
VA  M   2

9270 JUDICIAL WATCH INC.   501 SCHOOL ST SW #725   WASHINGTON, DC 20024

---

| Check No: | 12587 | Date: 03/29/02 |
|---|---|---|
| | This Pay | YTD |
| | | 12499.98 |
| EARNINGS | 2083.33 | 12499.98 |
| FEDERAL | 209.69 | 1258.18 |
| MEDICARE | 30.21 | 181.24 |
| SOC SEC | 129.17 | 775.10 |
| VA | 99.24 | 595.41 |

| Net Pay: | | 1528.02 |
|---|---|---|
| Period Start: | 03/16/02 | |
| Period End: | 03/31/02 | |

PrimePay

← FOLD AND REMOVE

← FOLD AND REMOVE

FOLD AND REMOVE →

1176

**JUDICIAL WATCH INC.**
**PAYROLL ACCOUNT**
501 SCHOOL ST., S.W., SUITE 725
WASHINGTON, DC  20024

15-122/540
BRANCH 00480

DATE    April 1, 2002

PAY
TO THE
ORDER OF ___ Stephanie Luck-Klayman _____  $  ****1,528.02

One Thousand Five Hundred Twenty-Eight and 02/100 _____  DOLLARS

Security features
included.
Details on back.

**FIRST UNION®**
*First Union National Bank*
R/T 054001220

FOR  Pay Period Ending 03/31/02 _____
     Replacement Check

MP

⑈001176⑈ ⑆054001220⑆ 203000⑇0099254⑈



FOLD AND REMOVE →

PrimePay.

| | Check No: 12624 | Date: 04/15/02 | |
|---|---|---|---|
| | | This Pay | YTD |
| EARNINGS | | 2083.33 | 14583.33 |
| FEDERAL | | 239.69 | 1167.43 |
| MEDICARE | | 30.21 | 211.47 |
| SOC SEC | | 129.17 | 904.19 |
| VA | | 99.24 | 694.68 |

Net Pay: 1528.02

Period Start: 04/01/02
Period End: 04/15/02

GREAT FALLS, VA   22066

| Ded Type | Amount | YTD |
|---|---|---|
| HEALTH | 87.00 | 609.00 |
| Total: | 87.00 | 609.00 |

542 SPRINGVALE RD.

| Type | Hours | Rate | Earnings | YTD |
|---|---|---|---|---|
| REGULAR | | | 2083.33 | 14583.33 |

REGULAR   0.00

STEPHANIE LUCK-KLAYMAN
SSN 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
EMP# 49
CLOCK# 000100
DEPT# 000100
FED M 2
VA M 2

9270 JUDICIAL WATCH INC.    501 SCHOOL ST SW #725    WASHINGTON, DC 20024

---

Check No.: 12624
Date: 04/15/02

Check Amount
$****1528.02

ONE THOUSAND FIVE HUNDRED TWENTY-EIGHT and 02/100

Pay To The
Order of

STEPHANIE LUCK-KLAYMAN
542 SPRINGVALE RD.
GREAT FALLS, VA 22066

JUDICIAL WATCH INC.
501 SCHOOL ST SW #725
WASHINGTON, DC 20024

FIRST UNION NATIONAL BANK

⑆000012624⑆ ⑆054001220⑈ 203000009 9254⑈

THE REVERSE SIDE OF THIS DOCUMENT CONTAINS A WATERMARK. HOLD AT AN ANGLE TO VIEW.
THE FRONT OF THIS DOCUMENT HAS A PURPLE AND GREEN BACKGROUND AND MICROPRINTING.

FOLD AND REMOVE →

9270

JUDICIAL WATCH INC.
501 SCHOOL ST SW #725
WASHINGTON, DC 20024

15-122/540

Check No.: 7
Date: 04/30/02

*****DIRECT DEPOSIT NOTICE ONLY - DO NOT CASH*****
NOT NEGOTIABLE. DO NOT CASH

Check Amount
**VOID**        1528.02

Pay To The
Order Of

STEPHANIE LUCK-KLAYMAN
542 SPRINGVALE RD.
GREAT FALLS, VA    22066

FIRST UNION
FIRST UNION NATIONALBANK

Chk-1000070326438

000100

THE FRONT OF THIS DOCUMENT HAS A PURPLE AND GREEN BACKGROUND AND MICROPRINTING.

---

STEPHANIE LUCK-KLAYMAN

SSN 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
EMP# 49
CLOCK# 000100
DEPT# 000100
FED M 2
VA M 2

542 SPRINGVALE RD.    GREAT FALLS, VA   22066

| Type | Hours | Rate | Earnings | | Ded Type | Amount | YTD |
|------|-------|------|----------|---|----------|--------|-----|
| REGULAR | | | 2083.33 | | HEALTH | 87.00 | 696.00 |
| | | | | | Clk- | 1528.02 | 696.00 |
| | | | | | Total: | 1615.02 | |
| | | | YTD | | | | |
| REGULAR | 0.00 | | 16666.64 | | | | |

---

| Check No.: | 7 | Date: 04/30/02 |
|------------|---|----------------|
| | | This Pay | YTD |

| | This Pay | YTD |
|--|----------|-----|
| EARNINGS | 2083.33 | 16666.64 |
| FEDERAL | 209.69 | 1677.64 |
| MEDICARE | 30.21 | 241.68 |
| SOC SEC | 129.17 | 1033.36 |
| VA | 99.24 | 793.92 |

Net Pay:    1528.02

Period Start:  04/16/02
Period End:    04/30/02

PrimePay

9270  JUDICIAL WATCH INC.    501 SCHOOL ST SW #725    WASHINGTON, DC 20024



← FOLD AND REMOVE

| | | | This Pay | YTD |
|---|---|---|---|---|
| Check No: | | 36  Date: 05/15/02 | | |
| | EARNINGS | | 2083.33 | 18749.97 |
| | FEDERAL | | 209.69 | 1889.27 |
| | MEDICARE | | 30.21 | 271.89 |
| | SOC SEC | | 129.17 | 1162.53 |
| | VA | | 99.24 | 893.16 |
| Net Pay: | | 1507.52 | | |
| Period Start: | 05/01/02 | | | |
| Period End: | 05/15/02 | | | |

PrimePay®

STEPHANIE LUCK-KLAYMAN
542 SPRINGVALE RD,
GREAT FALLS, VA    22066

Chk-10000T0327d4d8

| | Ded Type | Amount | YTD |
|---|---|---|---|
| HEALTH | | 107.50 | 803.50 |
| Chk- | | 1507.52 | 0.00 |
| Total: | | 1615.02 | 803.50 |

STEPHANIE LUCK-KLAYMAN    542 SPRINGVALE RD,    GREAT FALLS, VA    22066

| Type | Hours | Rate | Earnings | YTD |
|---|---|---|---|---|
| REGULAR | | | 2083.33 | 18749.97 |

SSN 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
EMP# 49
CLOCK#
DEPT# 000100
FED M 2
VA M 2

| | | Type | Hours | Rate |
|---|---|---|---|---|
| | | REGULAR | 0.00 | |

9270 JUDICIAL WATCH INC.    501 SCHOOL ST SW #725    WASHINGTON, DC    20024

← FOLD AND REMOVE

THE REVERSE SIDE OF THIS DOCUMENT CONTAINS A WATERMARK, HOLD AT AN ANGLE TO VIEW

JUDICIAL WATCH INC.
501 SCHOOL ST SW #725
WASHINGTON, DC 20024

Check No. 66
Date: 05/31/02

15-122/540

Check Amount

****VOID****

1507.52

****DIRECT DEPOSIT NOTICE ONLY – DO NOT CASH****
NOT NEGOTIABLE.    DO NOT CASH

000100

Pay to the
Order of

STEPHANIE LUCK-KLAYMAN
542 SPRINGVALE RD.
GREAT FALLS, VA  22066

FIRST UNION
FIRST UNION NATIONAL BANK

Chk-100000/0326438

THE FRONT OF THIS DOCUMENT HAS A PURPLE AND GREEN BACKGROUND AND MICROPRINTING.

---

← FOLD AND REMOVE →

STEPHANIE LUCK-KLAYMAN
SSN 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
EMP# 49
CHECK# 000100
DEPT# 2
FED M  2
VA  M  2

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD |
|------|-------|------|----------|----------|--------|-----|
| REGULAR | | | 2083.33 | HEALTH | 107.50 | 911.00 |
| | | | | Chk- | 1507.52 | 0.00 |
| | | | | Total: | 1615.02 | 911.00 |

542 SPRINGVALE RD.    GREAT FALLS, VA  22066

| | | | | YTD |
|---|---|---|---|---|
| REGULAR | 0.00 | | | 20833.30 |

9270 JUDICIAL WATCH INC.    501 SCHOOL ST SW #725    WASHINGTON, DC  20024

Check No.: 66    Date: 05/31/02

| | This Pay | YTD |
|---|----------|-----|
| EARNINGS | 2083.33 | 20833.33 |
| FEDERAL | 209.69 | 2056.90 |
| MEDICARE | 30.21 | 291.76 |
| SOC SEC | 129.17 | 1291.70 |
| VA | 99.24 | 992.24 |

Net Pay: 1507.52

Period Start: 05/16/02
Period End: 05/31/02

PrimePay.



JUDICIAL WATCH INC.
501 SCHOOL ST SW #725
WASHINGTON, DC 20024

15-122/540

Check No.   95
Date:   06/14/02

9270                                000100

Pay To The
Order Of

*****DIRECT DEPOSIT NOTICE ONLY - DO NOT CASH*****
NOT NEGOTIABLE. DO NOT CASH

STEPHANIE LUCK-KLAYMAN
542 SPRINGVALE RD.
GREAT FALLS, VA  22066

Check Amount

**VOID**

1507.52

FIRST UNION
FIRST UNION NATIONALBANK

chk-10000T0326439

---

STEPHANIE LUCK-KLAYMAN
SSN 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
EXP# 49
CLOCK#
DEPT# 000100
FED M  2
VA  M  2

542 SPRINGVALE RD.                        GREAT FALLS, VA  22066

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD |
|------|-------|------|----------|----------|--------|-----|
| REGULAR |  |  | 2083.33 | HEALTH | 107.52 | 1018.50 |
|  |  |  |  | Chk. | 1507.52 | 0.00 |
|  |  |  |  | Total: | 1615.02 | 1018.50 |

|  |  |  | YTD |
|------|------|------|-----|
| REGULAR | 0.00 | | 22916.63 |

9270 JUDICIAL WATCH INC.  501 SCHOOL ST SW #725  WASHINGTON, DC 20024

---

Check No:   95   Date: 06/14/02

| | This Pay | YTD |
|------|----------|-----|
| EARNINGS | 2083.33 | 22916.63 |
| FEDERAL | 209.69 | 2306.52 |
| MEDICARE | 30.21 | 332.30 |
| SOC SEC | 129.17 | 1410.89 |
| VA | 99.24 | 1091.65 |

Net Pay:   1507.52

Period Start:  06/01/02
Period End:   06/15/02

PrimePay

PrimePay.

FOLD AND REMOVE →

9270

JUDICIAL WATCH INC.
501 SCHOOL ST SW #725
WASHINGTON, DC 20024

15-122/540

Check No.  126
Date:  06/28/02

Check Amount
**VOID**

$1507.52

*****DIRECT DEPOSIT NOTICE ONLY - DO NOT CASH*****
NOT NEGOTIABLE   DO NOT CASH

Pay To The
Order Of

000100

STEPHANIE LUCK-KLAYMAN
542 SPRINGVALE RD.
GREAT FALLS, VA. 22066

FIRST UNION
FIRST UNION NATIONAL BANK

Chk-100000826438

THE REVERSE SIDE OF THIS DOCUMENT CONTAINS A WATERMARK HOLD AT AN ANGLE TO VIEW.

THE FRONT OF THIS DOCUMENT HAS A PURPLE AND GREEN BACKGROUND AND MICROPRINTING.

---

STEPHANIE LUCK-KLAYMAN        542 SPRINGVALE RD.        GREAT FALLS, VA  22066

| Type | Hours | Rate | Earnings | YTD | Ded Type | Amount | YTD |
|------|-------|------|----------|-----|----------|--------|-----|
| REGULAR | | | 2083.33 | | HEALTH | 107.50 | 1126.00 |
| | | | | | Chk- | 1507.52 | 0.00 |
| | | | | | Total: | 1615.02 | 1126.00 |

| | | | | YTD |
| REGULAR | 0.00 | | | 24999.96 |

SSN 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
CLOCK# 49
EMPL# 000100
DRFT# 000100
FED M 2
VA M 2

9270 JUDICIAL WATCH INC.    501 SCHOOL ST SW #725    WASHINGTON, DC  20024

---

Check No:  126    Date: 06/28/02

| | This Pay | YTD |
|---|----------|-----|
| EARNINGS | 2083.33 | 24999.96 |
| FEDERAL | 209.69 | 2516.28 |
| MEDICARE | 30.17 | 362.18 |
| SOC SEC | 129.17 | 1550.06 |
| VA | 99.24 | 1190.88 |

Net Pay:  1507.52

Period Start: 06/16/02
Period End:   06/30/02

FOLD AND REMOVE →



9270
JUDICIAL WATCH INC.
501 SCHOOL ST SW #725
WASHINGTON, DC. 20024

15-122/540

Check No.    157
Date:        07/15/02

Check Amount
**VOID**

$1,507.52

MP

000100

*****DIRECT DEPOSIT NOTICE ONLY - DO NOT CASH*****
NOT NEGOTIABLE   DO NOT CASH

Pay To the
Order Of

STEPHANIE LUCK-KLAYMAN
542 SPRINGVALE RD.
GREAT FALLS, VA  22066

FIRST UNION
FIRST UNION NATIONALBANK

Chk-1000070326438

THE FRONT OF THIS DOCUMENT HAS A PURPLE AND GREEN BACKGROUND AND MICROPRINTING.

---

STEPHANIE LUCK-KLAYMAN
SSN 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
EMP# 49
CLOCK# 000100
DEPT# 000100
FED M 2
VA  M 2

9270 JUDICIAL WATCH INC.    501 SCHOOL ST SW #725   WASHINGTON, DC  20024

542 SPRINGVALE RD.   GREAT FALLS, VA  22066

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD |
|------|-------|------|----------|----------|--------|-----|
| REGULAR | | | 2083.33 | HEALTH | 107.50 | 1233.50 |
| | | | | Chk-/ | 1507.52 | 0.00 |
| | | | | Total: | 1615.02 | 1233.50 |

| | | | YTD |
|--|--|--|-----|
| REGULAR | 0.00 | | 27083.29 |

Check No.:  157   Date: 07/15/02

| | This Pay | YTD |
|--|----------|-----|
| EARNINGS | 2083.33 | 27083.29 |
| FEDERAL | 205.69 | 2725.07 |
| MEDICARE | 30.21 | 392.73 |
| SOC SEC | 129.17 | 1679.41 |
| VA | 99.24 | 1290.62 |

| | This Pay | |
|--|----------|--|
| Net Pay: | 1507.52 | |
| Period Start: | 07/01/02 | |
| Period End: | 07/15/02 | |

FOLD AND REMOVE →

PRIMEPAY

Check Amount

| *****DIRECT DEPOSIT NOTICE ONLY - DO NOT CASH***** | **VOID** |
| NOT NEGOTIABLE - DO NOT CASH | |

000100

Pay To The
Order Of

STEPHANIE LUCK-KLAYMAN
542 SPRINGVALE RD.
GREAT FALLS, VA  22066

Chk-1000070326438                    1507.52

FIRST UNION
FIRST UNION NATIONAL BANK

THE FRONT OF THIS DOCUMENT HAS A PURPLE AND GREEN BACKGROUND AND MICROPRINTING.

---

STEPHANIE LUCK-KLAYMAN
542 SPRINGVALE RD.
GREAT FALLS, VA  22066

Check No:   188  Date: 07/31/02

SSN 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
EMP# 49
CLOCK#
DEPT# 000100
FED M   2
VA  M   2

| Type | Hours | Rate | Earnings |
|------|-------|------|----------|
| REGULAR | | | 2083.33 |
| | | | |
| | | YTD | |
| REGULAR | 0.00 | | 29166.62 |

| Ded Type | Amount | YTD |
|----------|--------|-----|
| HEALTH | 107.50 | 1341.00 |
| Chk- | 1507.52 | 0.00 |
| Total: | 1615.02 | 1341.00 |

| | This Pay | YTD |
|--|----------|-----|
| EARNINGS | 2083.33 | 29166.62 |
| FEDERAL | 209.69 | 2935.66 |
| MEDICARE | 30.21 | 422.94 |
| SOC SEC | 129.17 | 1808.38 |
| VA | 99.24 | 1389.36 |

Net Pay:    1507.52

Period Start:  07/16/02
Period End:    07/31/02

9270 JUDICIAL WATCH INC.   501 SCHOOL ST SW #725   WASHINGTON, DC  20024

PrimePay.

9270

JUDICIAL WATCH INC.
501 SCHOOL ST SW #725
WASHINGTON, DC 20024

15-122/540

Check No.    222
Date:    08/15/02

Pay To the
Order Of

**VOID**

Check Amount

*****DIRECT DEPOSIT NOTICE ONLY - DO NOT CASH*****
NOT NEGOTIABLE. DO NOT CASH

STEPHANIE LUCK-KLAYMAN
542 SPRINGVALE RD.
GREAT FALLS, VA    22066

000100

FIRST UNION
FIRST UNION NATIONALBANK

Chk-100007032643B

THE FRONT OF THIS DOCUMENT HAS A PURPLE AND GREEN BACKGROUND AND MICROPRINTING.

← FOLD AND REMOVE

STEPHANIE LUCK-KLAYMAN
SSN 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
EMP# 49
CLOCK#
DEPT# 000100
FED M 0
VA M 2

542 SPRINGVALE RD    GREAT FALLS, VA    22066

Check No:    222    Date: 08/15/02

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD |
|------|-------|------|----------|----------|--------|-----|
| REGULAR | | | 2083.33 | HEALTH | 107.50 | 1448.50 |
| | | | | Chk. | 107.52 | 0.00 |
| | | | | Total: | 1615.02 | 1448.50 |

| | | | YTD |
|--|--|--|-----|
| REGULAR | 0.00 | | 31249.95 |

Check No:    222    Date: 08/15/02

| | This Pay | YTD |
|--|----------|-----|
| EARNINGS | 2083.33 | 31249.95 |
| FEDERAL | 209.69 | 3145.19 |
| MEDICARE | 30.21 | 453.18 |
| SOC SEC | 129.17 | 1937.88 |
| VA | 129.24 | 1488.16 |

Net Pay:    1507.52
Period Start:    08/01/02
Period End:    08/15/02

9270 JUDICIAL WATCH INC.    501 SCHOOL ST SW #725    WASHINGTON, DC 20024

PrimePay

PrimePay

9270

JUDICIAL WATCH INC.
501 SCHOOL ST SW #725
WASHINGTON, DC 20024

15-122/540

Check No.    258
Date:    08/30/02

Check Amount

**VOID**

*****DIRECT DEPOSIT NOTICE ONLY - DO NOT CASH*****
NOT NEGOTIABLE    DO NOT CASH

Pay To The
Order Of:

STEPHANIE LUCK-KLAYMAN
542 SPRINGVALE RD.
GREAT FALLS, VA  22066

000100

FIRST UNION
FIRST UNION NATIONALBANK

Ckx-1000070326438

1507.52    MP

THE FRONT OF THIS DOCUMENT HAS A PURPLE AND GREEN BACKGROUND AND MICROPRINTING.

← FOLD AND REMOVE

STEPHANIE LUCK-KLAYMAN
SSN# 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
CLOCK#
FED M 2
VA  M  2          000100

| Type | Hours | Rate | Earnings | YTD |
|---|---|---|---|---|
| REGULAR | | | 2083.33 | 33333.28 |

542 SPRINGVALE RD.    GREAT FALLS, VA  22066

| Ded Type | Amount | YTD |
|---|---|---|
| HEALTH | 107.50 | 1556.00 |
| Ckx- | 1507.52 | 5.00 |
| Total: | 1615.02 | 1556.00 |

| | Hours | | | YTD |
|---|---|---|---|---|
| REGULAR | 0.00 | | | 33333.28 |

9270 JUDICIAL WATCH INC.    501 SCHOOL ST SW #725    WASHINGTON, DC 20024

FOLD AND REMOVE →

Check No:    258    Date: 08/30/02

| | This Pay | YTD |
|---|---|---|
| EARNINGS | 2083.33 | 33333.28 |
| FEDERAL | 209.69 | 3355.19 |
| MEDICARE | 30.21 | 483.31 |
| SOC SEC | 129.17 | 2065.73 |
| VA | 99.24 | 1587.15 |

Net Pay:    1507.52

Period Start: 08/16/02
Period End:   08/31/02

PrimePay

9270

JUDICIAL WATCH INC.
501 SCHOOL ST SW #725
WASHINGTON, DC 20024

15-122/540

Check No.: 294
Date: 09/13/02

Check Amount
**VOID**

$1507.52

Pay To The
Order Of

STEPHANIE LUCK-KLAYMAN
542 SPRINGVALE RD.
GREAT FALLS, VA 22066

0000100

FIRST UNION
FIRST UNION NATIONAL BANK

*****DIRECT DEPOSIT NOTICE ONLY - DO NOT CASH*****
NOT NEGOTIABLE   DO NOT CASH

Chk-100007032643B

---

STEPHANIE LUCK-KLAYMAN
SSN 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
EMP# 49
CLOCK#
DEPT# 000100
FED M 2
VA M 2

9270 JUDICIAL WATCH INC.    501 SCHOOL ST SW #725    WASHINGTON, DC 20024

542 SPRINGVALE RD.        GREAT FALLS, VA    22066

| Type | Hours | Rate | Earnings | YTD |
|------|-------|------|----------|-----|
| REGULAR | | | 2083.33 | |
| REGULAR | 0.00 | | | 35416.61 |

| Ded Type | Amount | YTD |
|----------|--------|-----|
| HEALTH | 107.50 | 1663.50 |
| Chk- | 1507.52 | |
| Total: | 1615.02 | 1663.50 |

Check No: 294    Date: 09/13/02

| | This Pay | YTD |
|---|----------|-----|
| EARNINGS | 2083.33 | 35416.61 |
| FEDERAL | 209.29 | 3564.73 |
| MEDICARE | 30.21 | 513.57 |
| SOC SEC | 129.17 | 2195.89 |
| VA | 99.24 | 1683.08 |

Net Pay: 1507.52

Period Start: 09/01/02

← FOLD AND REMOVE



JUDICIAL WATCH INC.
501 SCHOOL ST SW #725
WASHINGTON, DC 20024

9270

Check No.: 330
Date: 09/30/02

15-1227/540

Check Amount
**VOID**

Pay To The
Order Of:

STEPHANIE LUCK-KLAYMAN
542 SPRINGVALE RD.
GREAT FALLS, VA 22066

000100

*****DIRECT DEPOSIT NOTICE ONLY - DO NOT CASH*****
NOT NEGOTIABLE. DO NOT CASH

THE FRONT OF THIS DOCUMENT HAS A PANTOGRAPH VOID BACKGROUND AND MICROPRINTING.

FIRST UNION
FIRST UNION NATIONAL BANK

chk-1000070032643B

---

STEPHANIE LUCK-KLAYMAN
SSN 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
EXP# 49
CLOCK# 49
DEPT# 000100
FED M 2
VA M 2

542 SPRINGVALE RD.      GREAT FALLS, VA 22066

| Type | Hours | Rate | Earnings | YTD | Ded Type | Amount | YTD |
|------|-------|------|----------|-----|----------|--------|-----|
| REGULAR | | | 2,083.33 | | HEALTH | 107.50 | 1771.00 |
| | | | | | Chk- | 1507.52 | 0.00 |
| | | | | | Total: | 1615.02 | 1771.00 |

| Type | Earnings | YTD |
|------|----------|-----|
| REGULAR | 0.00 | 37499.94 |

501 SCHOOL ST SW #725      WASHINGTON, DC 20024

9270 JUDICIAL WATCH INC.

---

Check No:   330   Date: 09/30/02

| EARNINGS | This Pay | YTD |
|----------|----------|-----|
| EARNINGS | 2083.33 | 37499.94 |
| FEDERAL | 209.69 | 3774.42 |
| MEDICARE | 30.21 | 543.78 |
| SOC SEC | 129.17 | 2325.00 |
| VA | 99.24 | 1786.33 |

Net Pay:   1507.52

Period Start:  09/16/02
Period End:    09/30/02

**EXHIBIT G**

MINTZ LEVIN
COHN FERRIS
GLOVSKY AND
POPEO PC

Boston
Washington
Reston
New York
New Haven
Los Angeles
London

701 Pennsylvania Avenue. N.W.
Washington, D.C. 20004
202 434 7300
202 434 7400 fax
www.mintz.com

Joanne B. Jarquin

Direct dial  202-434-7488
jbjarquin@mintz.com

October 17, 2003

**CONFIDENTIAL**
**VIA FACSIMILE AND MAIL**

David P. Durbin, Esq.
Jordan Coyne & Savits, LLP
1100 Connecticut Ave., N.W.
Suite 600
Washington, D.C.  20036

Re:  Larry Klayman and Judicial Watch, Inc.

Dear David:

I am writing to apprise you of several matters and to request, again, Larry Klayman's prompt return of Judicial Watch's property.

Judicial Watch has identified 468 Klayman & Associates boxes that were being stored under the Judicial Watch Iron Mountain account.  In accordance with the Confidential Severance Agreement, on October 15, 2003, these boxes were transferred to the Klayman & Associates account.  Attached is a list of boxes that were transferred.  A confirmation of this transfer should appear on Klayman & Associates' next Iron Mountain bill.  Please have Klayman & Associates notify Iron Mountain of its correct address, as I understand Klayman & Associates is still using Judicial Watch's address on its Iron Mountain account.

Judicial Watch has also taken the necessary steps to remove Larry as guarantor of Judicial Watch's American Express account.  I enclose a copy of the American Express Corporate Card Application for New Authorizing Officer/New Basic for your reference.

Judicial Watch received today a package from Larry containing expense reports, a telephone charger and a parking card.  Neither the laptop nor the press binder I wrote to you about on October 14, 2003 was included in this package.  I understand from your correspondence and our telephone conversations this week that you have forwarded to Larry Judicial Watch's requests that he promptly return the laptop and the press book.  To date, however, Judicial Watch has not received any indication from Larry or you when these items

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

David P. Durbin, Esq.
October 17, 2003
Page 2

will be returned. I would appreciate your advising me of a date certain when Judicial Watch will be in receipt of these items. As you know, all Judicial Watch property should have been returned on or before September 24, 2003.

I would also appreciate your letting me know when Judicial Watch can expect to receive the *Dalrymple* and Castro case materials that were referenced in David Barmak's October 2, 2003 letter to you. As indicated in that letter, the *Dalrymple* materials are urgently needed for discovery in that case. All these materials must be returned to Judicial Watch without further delay.

Thank you.

Very truly yours,

Joanne B. Jarquin

Enclosures
JBJ:jbj

cc:    Tom Fitton
       Paul Orfanedes
       David Barmak

WDC 34037|v|

**468 BOXES TOTAL**

Klayman Associate Boxes

10/15/03

| | | | | |
|---|---|---|---|---|
| 183027936 | 64111201 | 64111390 | 64114791 | 64114532 |
| 183027943 | 64111246 | 64111391 | 64114718 | 64114533 |
| 183027949 | 64111247 | 64111392 | 64114719 | 64114534 |
| 183027950 | 64111248 | 64111393 | 64114720 | 64114535 |
| 183027951 | 64111249 | 64111394 | 64114721 | 64114536 |
| 183028623 | 64111255 | 64111395 | 64114722 | 64114591 |
| 64114502 | 64111202 | 64111396 | 64114723 | 64114592 |
| 64114503 | 64111257 | 64111396 | 64114724 | 64114538 |
| 64114504 | 64111258 | 64111397 | 64114725 | 64114593 |
| 64114505 | 64111259 | 64111398 | 64114726 | 64114594 |
| 64114506 | 64111260 | 64111399 | 64114792 | 64114595 |
| 64114507 | 64111263 | 64111400 | 64114793 | 64114596 |
| 64114509 | 64111264 | 64111401 | 64114602 | 64114597 |
| 64114510 | 64111265 | 64111402 | 64114611 | 64114598 |
| 64114511 | 64111203 | 64111403 | 64114613 | 64114599 |
| 64114512 | 64111266 | 64111404 | 64114614 | 64114601 |
| 64114513 | 64111267 | 64111405 | 64114615 | 64114539 |
| 64114544 | 64111268 | 64111343 | 64114612 | 64114540 |
| 64114545 | 64111269 | 64111406 | 64114616 | 64114541 |
| 64114546 | 64111270 | 64111407 | 64114617 | 64114542 |
| 64114547 | 64111271 | 64111408 | 64114618 | 64114543 |
| 64114548 | 64111272 | 64111409 | 64114619 | 64114529 |
| 64114549 | 64111273 | 64111410 | 64114620 | 64114501 |
| 64114551 | 64111274 | 64111412 | 64114603 | 64114508 |
| 64114585 | 64111275 | 64111413 | 64114621 | 64114515 |
| 64114586 | 64111204 | 64111414 | 64114577 | 64114516 |
| 64114587 | 64111276 | 64111415 | 64114578 | 64114517 |
| 64114588 | 64111277 | 64111411 | 64114579 | 198353255 |
| 84705726 | 64111278 | 64111344 | 64114580 | 198348435 |
| 198353253 | 64111279 | 64111345 | 64114581 | 198348436 |
| 198353254 | 64111280 | 64111481 | 64114582 | 198358437 |
| 198810701 | 64111281 | 64111482 | 64114583 | 198358438 |
| 198810738 | 64111282 | 64111483 | 64114583 | 198348440 |
| 198810794 | 64111286 | 64111484 | 64114584 | 198348441 |
| 198810795 | 64111283 | 64111485 | 64114566 | 64114574 |
| 198810796 | 64111284 | 64111486 | 54114622 | 64114555 |
| 64111497 | 64111285 | 64111487 | 64114567 | 64114560 |
| 64111206 | 64111205 | 64111488 | 64114568 | 64114561 |
| 64111297 | 64111287 | 64114785 | 64114569 | 64114582 |
| 64111298 | 64111288 | 64114784 | 64114641 | 64114573 |
| 64111299 | 64111288 | 64114795 | 64114570 | 64114558 |
| 64111301 | 64111289 | 64114796 | 64114571 | 64114557 |
| 64111305 | 64111290 | 64114797 | 64114572 | 64114550 |
| 64111306 | 64111291 | 64114798 | 64114773 | 64114569 |
| 64111207 | 64111292 | 64114799 | 64114774 | 64114575 |
| 64111307 | 64111293 | 64114800 | 64114775 | 64114576 |
| 64111308 | 64111294 | 64114777 | 64114623 | 64114552 |
| 64111310 | 64111295 | 64114778 | 64114776 | 64114553 |
| 64111311 | 64111296 | 64114779 | 64114653 | 198348440 |
| 34111312 | 64111329 | 64114786 | 64115764 | 198348441 |

**468 BOXES TOTAL**

Klayman Associate Boxes

10/15/03

| | | | | |
|---|---|---|---|---|
| 34111313 | 64111330 | 64114780 | 64114661 | 198348445 |
| 34111314 | 64111331 | 64114781 | 64114662 | 64114554 |
| 64111315 | 64111332 | 64114782 | 64114663 | 64111242 |
| 64111316 | 64111333 | 64114783 | 64114664 | 64111243 |
| 64111208 | 64111334 | 64114672 | 64114665 | 64111244 |
| 64111317 | 64111335 | 64114673 | 64114666 | 64111245 |
| 64111318 | 64111336 | 64114674 | 64114624 | 64111340 |
| 64111319 | 64111337 | 64114675 | 64114667 | 64111341 |
| 64111320 | 64111346 | 64114676 | 64114668 | 64111388 |
| 64111321 | 64111647 | 64114677 | 64114669 | 64111389 |
| 64111322 | 64111348 | 64114787 | 64114670 | 64114714 |
| 64111323 | 64111349 | 64114678 | 64114671 | 64114715 |
| 64111325 | 64111467 | 64114679 | 64114655 | 64114716 |
| 64111326 | 64111468 | 64114680 | 64114656 | 64114717 |
| 64111209 | 64111469 | 64114681 | 64114657 | 64114609 |
| 64111327 | 64111470 | 64114682 | 64114658 | 64114610 |
| 64111328 | 64111471 | 64114683 | 64114659 | 64114537 |
| 64111210 | 64111472 | 64114684 | 64114625 | 64114531 |
| 64111211 | 64111473 | 64114685 | 64114660 | |
| 64111212 | 64111474 | 64114686 | 64114626 | |
| 64111213 | 64111475 | 64114687 | 64114627 | |
| 64111214 | 64111350 | 64114788 | 64114628 | |
| 64111215 | 64111476 | 64114688 | 64114629 | |
| 64111498 | 64111477 | 64114689 | 64114630 | |
| 64111216 | 64111478 | 64114690 | 64114604 | |
| 64111218 | 64111479 | 64114691 | 64114631 | |
| 64111219 | 64111480 | 64114692 | 64114632 | |
| 64111220 | 64111351 | 64114693 | 64114633 | |
| 64111221 | 64111352 | 64114694 | 64114634 | |
| 64111222 | 64111353 | 64114695 | 64114635 | |
| 64111223 | 64111354 | 64114696 | 64114636 | |
| 64111224 | 64111355 | 64114697 | 64114637 | |
| 64111225 | 64111338 | 64114789 | 64114638 | |
| 64111499 | 64111356 | 64114698 | 64114652 | |
| 64111226 | 64111357 | 64114699 | 64114651 | |
| 64111227 | 64111358 | 64114700 | 64114605 | |
| 64111228 | 64111359 | 64114701 | 64114650 | |
| 64111229 | 64111360 | 64114702 | 64114649 | |
| 64111230 | 64111361 | 64114703 | 64114648 | |
| 64111231 | 34111362 | 64114704 | 64114647 | |
| 64111232 | 64111363 | 64114705 | 64114646 | |
| 64111233 | 64111365 | 64114706 | 64114645 | |
| 64111234 | 64111339 | 64114707 | 64114644 | |
| 64111235 | 64111366 | 64114790 | 64114639 | |
| 64111500 | 64111367 | 64114708 | 64114640 | |
| 64111236 | 64111368 | 64114709 | 64114643 | |
| 64111238 | 64111369 | 64114710 | 64114606 | |
| 64111239 | 64111370 | 64114711 | 64114642 | |
| 64111240 | 64111371 | 64114712 | 64114607 | |
| 64111241 | 64111372 | 64114713 | 64114608 | |

# American Express®
# Corporate Card Application
# for New Authorizing Officer/
# New Basic

Travel Related Services Company, Inc.
Travel Management Services
Post Office Box 31493
Salt Lake City, UT 84131-9933

Small Business
Services

(Please type or print)
Account Number

Name of Company
JUDICIAL WATCH, INC.

Telephone Number
( 202 ) 646 - 5172

Street Address
501 SCHOOL STREET, SW #500

City
WASHINGTON

State
DC

Zip Code
20024

Name of New Basic/Authorizing Officer
THOMAS FITTON

Position
PRESIDENT

Home Address, Street

City
Washington

State
DC

Zip Code
20015

Date of Birth
5/30/68

Social Security Number

Should previous Basic hold a Supplement Card?   ☐ YES   ☒ NO

Has the nature of your business changed?   ☐ YES   ☒ NO

## Agreement

OUR AGREEMENT: By signing this application, the new authorizing officer and the Company through its authorizing officer request that an account be continued in the name of the Company, and (a) request that Card(s) be issued on that account as indicated on this application and other applications (b) authorize the receipt and exchange of credit information on both the Company and authorizing officer (c) agree to be liable for all charges currently on the account and all charges incurred hereafter (d) agree to be bound by the terms and conditions of the Agreement(s) governing use of the Card(s) and (e) represent that the Corporate Card will be used for business or commercial purposes.

Payment of charges on your Card Accounts due in full upon receipt of your monthly billing statement. If an account is past due for two billing cycles, a late payment fee of the greater of $15.00 or 2½% of all past due amounts will be added. Different rules apply for LA, MA, ND, PR, TX, and WI accounts. Court cost plus attorney's fee of 15% of the then unpaid balance of the Card Account may be added to your account if we must refer it to an attorney for collection. Residents of Illinois may contact the Illinois Commissioner of Banks and Trust Companies for comparative information on interest rates, charges, fees and grace periods. Call 800-634-5452 or write to CIP, P.O. Box 10181, Springfield, IL 62791.

## Authorizing Officer Acknowledgement

NEW AUTHORIZING OFFICER MUST BE ONE OF THE FOLLOWING (check one):

☐ General Manager   ☐ Executive Director   ☐ CEO   ☐ CFO

☒ President/Chairman   ☐ Vice President   ☐ Treasurer   ☐ Owner   ☐ Partner

PLEASE READ THE ABOVE AGREEMENT BEFORE SIGNING:

Signature of New Authorizing Officer
X

Date
10/15/03

C-30025 A [5/99] / NEWB