IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *ET AL.* | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670 |
| | Honorable Colleen Kollar-Kotelly |
| JUDICIAL WATCH, INC., *ET AL.* | |
| Defendants. | |

### DECLARATION OF IRENE GARCIA

I, IRENE GARCIA, declare as follows:

1. My name is Irene Garcia. I am over the age of eighteen and have personal knowledge of the facts set forth below.

2. I have been employed in the Miami, Florida office of Judicial Watch, Inc. ("JW") since approximately September 2001.

3. Larry Klayman ("Klayman") maintained an office at JW in Miami, Florida prior to his departure from the organization in September 2003. Shortly after Klayman's departure, Klayman made arrangements to have a representative come by JW's Miami office on October 3, 2003 to pick up his personal belongings. In anticipation of the arrival of Klayman's representative, Edelberto Farres, Bertha Rhonda and I prepared an inventory of the items in Klayman's former office. Mr. Farres and Ms. Rhonda also worked for JW at the time.

4. On October 3, 2003, Klayman's representative appeared at the office. Although I was not present at the time, the representative checked off various items on the inventory list to

–1–

identify them as belonging to Klayman and initialed the list. Later that day, and at JW's expense, Ms. Rhonda and I packed the items identified by Klayman's representative into two small boxes. Klayman had the boxes picked up a few days later.

5.  I subsequently forwarded the inventory list checked off and initialed by Klayman's representative to JW's headquarters in Washington, D.C., but, unfortunately, JW cannot locate the inventory list at this time.

I HEREBY DECLARE under penalty of perjury that the foregoing is true and correct. Executed on this 15 day of December, 2006 in Miami, Florida.

_____
Irene Garcia