IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                          |
LARRY KLAYMAN, *ET AL.*                    |
                                                          |
      Plaintiffs,                              |
                                                          |
v.                                                       |     Civil Action No. 1:06-CV-00670
                                                          |     Honorable Colleen Kollar-Kotelly
JUDICIAL WATCH, INC., *ET AL.*           |
                                                          |
      Defendants.                            |
_____|

## ORDER

      Upon consideration of the Defendants' Partial Motion for Summary Judgment, opposition thereto, and the entire record herein, it is this ___ day of _____ 2007,

      ORDERED that the motion is hereby GRANTED, and it is further

      ORDERED that summary judgment is entered in favor of the Defendants as to Plaintiffs' Counts VI, VII and VII, except for the claim of breach of the Non-Disparagement Clause of the Severance Agreement based on allegations that Judicial Watch misrepresented the reasons for Plaintiff Klayman's departure from the organization.


                                _____
                                  Honorable Colleen Kollar-Kotelly
                                  Judge, United States District Court

cc:    Copies to all counsel