IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|                                        |                                              |
|----------------------------------------|----------------------------------------------|
| LARRY KLAYMAN, et al..                 |                                              |
| Plaintiffs,                            |                                              |
| v.                                     | Civil Action No. 1:06-CV-00670               |
|                                        | Honorable Colleen Kollar-Kotelly             |
| JUDICIAL WATCH, INC., et al.           |                                              |
| Defendants.                            |                                              |

**CONSENT MOTION TO EXTEND DEADLINE TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND EXTEND DEADLINE TO REPLY TO PLAINTIFFS' OPPOSITION**

Pursuant to LCvR 7, all parties jointly move this Court for an Order in the form attached to extend the deadline by which Plaintiffs shall oppose the Defendants' motion for partial summary judgment until and including January 30, 2007 and to extend the deadline by which Defendants shall reply to Plaintiffs' opposition until and including February 15, 2007. As grounds for this Motion, the parties state as follows:

1. On December 26, 2006, Defendants electronically filed a Motion for Partial Summary Judgment on Plaintiff Klayman's Breach of Contract Claims. Pursuant to the Rules, the Deadline for Plaintiffs to file their Opposition is January 8, 2007, and the Deadline for Defendants to file their Reply is January 13, 2007.

2. In the spirit of cooperation and professionalism previously exhibited by counsel, Plaintiffs requested that Defendants afford them a brief extension of time to oppose Defendants' Motion for Partial Summary Judgment until and including January 30, 2007. Accordingly,

Defendants agreed to consent and requested that Plaintiffs consent to extend the deadline for Defendants to reply to Plaintiffs' opposition until and including February 15, 2007. Plaintiffs agreed to this request.

      3.      Furthermore, Plaintiffs counsel's prior scheduled trial matters will cause a conflict that necessitates this request for a brief extension of time.

      4.      Granting the requested extension of time will permit the parties to fully brief the issues for the Court and the extension will promote fairness and efficiency.

      5.      The requested short extension of time is not for the purpose of delay or to frustrate the ends of justice. Rather, the parties believe that the schedule proposed by this Motion is further evidence of counsel working together to implement a fair and efficient process.

      6.      If the Court grants this relief, Plaintiffs' opposition to Defendants' Motion for Partial Summary Judgment will be due on January 30, 2007, and Defendants reply will be due on February 15, 2007.

WHEREFORE, the parties respectfully request that the Court grant this Motion, extend Plaintiffs' deadline for opposing Defendants' Motion for Partial Summary Judgment, extend Defendants' deadline to reply to Plaintiffs' Opposition, and approve the following schedule:

> Deadline for Plaintiffs to file their Opposition
> to Defendants' Motion for Partial Summary Judgment:    January 30, 2007
>
> Deadline for Defendants to Reply:    February 15, 2007

Respectfully submitted,

| | |
|---|---|
| s// Daniel J. Dugan_____ | s// Richard W. Driscoll_____ |
| Daniel J. Dugan, Esquire | Richard W. Driscoll, Esquire |
| Spector Gadon & Rosen, P.C. | Driscoll & Seltzer, PLLC |
| 1635 Market Street, 7th Floor | 600 Cameron Street |
| Philadelphia, PA  19103 | Alexandria, Virginia 22314 |
| (215) 241-8888 | (703) 340-1625 |
| *Counsel for Plaintiffs Larry Klayman and Louise Benson* | *Counsel for Defendants Judicial Watch, Inc. Thomas J. Fitton, Paul Orfanedes, and Christopher Farrell* |

DATED:  January 4, 2007

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 4th day of January, 2007, a copy of the foregoing Motion and proposed Order were served by electronic filing upon counsel listed on the Notice of Electronic Filing.

                                                //s// *Daniel J. Dugan*

                                                Daniel J. Dugan, Esquire

316385-1