IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, et al.. | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670 |
| | Honorable Colleen Kollar-Kotelly |
| JUDICIAL WATCH, INC., et al. | |
| Defendants. | |

## ORDER

Upon consideration of the Consent Motion to Extend Deadline to File Opposition to Defendants' Motion for Partial Summary Judgment and Extend Deadline to Reply to Plaintiffs' Opposition, the absence of any opposition thereto, and the entire record herein, it is this \_\_\_\_\_ day of _____, 2007,

ORDERED that the motion is hereby GRANTED, and it is further

ORDERED that the deadline for Plaintiffs to oppose Defendants' Motion for Partial Summary Judgment shall be extended from January 8, 2007 to January 30, 2007, and it is further

ORDERED that the deadline for Defendants to reply to Plaintiffs' opposition shall be extended to February 15, 2007.

_____
Honorable Colleen Kollar-Kotelly
Judge, United States District Court

cc:    Copies to all counsel

316394-1