UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LARRY KLAYMAN, *et al.*,

   Plaintiffs,

     v.

JUDICIAL WATCH, INC., *et al.*,

   Defendants.

Civil Action No. 06-670 (CKK)

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 17th day of January, 2007, hereby

**ORDERED** that Counts One, Two, and Three of Plaintiffs' Second Amended Complaint are DISMISSED for lack of subject matter jurisdiction; it is also hereby

**ORDERED** that [13] the motion to dismiss the Second Amended Complaint brought by Defendants Judicial Watch and Fitton is DENIED as to Counts Four, Five, and Six. To the extent that Defendants Orfanedes and Farrell joined in the substance of the motion to dismiss as to Counts Four and Five, that motion is also denied as to Orfanedes and Farrell; it is also hereby

**ORDERED** that as to Count Nine of Plaintiffs' Second Amended Complaint, [13] the motion to dismiss brought by Defendants Judicial Watch and Fitton is GRANTED-IN-PART insofar as it relates to allegedly defamatory statements made in Judicial Watch Form 990 tax returns and allegedly doctored press quotations posted on the Judicial Watch website; and DENIED-IN-PART insofar as it is based on allegedly false statements to Judicial Watch employees and the media. As Defendants Orfanedes and Farrell joined in the motion to dismiss

as to the substance of Count Nine, the Court's conclusions apply equally to them; it is also hereby

**ORDERED** that [30] Plaintiffs' motion for leave to file a sur-reply is DENIED; it is also hereby

**ORDERED** that [18] the motion to dismiss Plaintiffs' Second Amended Complaint brought by Defendants Orfanedes and Farrell is DENIED to the extent that it raises an argument not addressed in the motion to dismiss brought by Defendants Fitton and Judical Watch; it is also hereby

**ORDERED** that [15] the motion to strike brought by Defendants Fitton and Judicial Watch is DENIED; it is also hereby

**ORDERED** that [16] the motion to sever brought by Defendants Judicial Watch and Fitton is DENIED AS MOOT.

**SO ORDERED**.

_/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge