IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

___

| | | |
|---|---|---|
| Larry Klayman, *et al.* | : | |
| *Plaintiffs,* | : | Civil Action No. 1:06-CV-00670 |
| | : | |
| v. | : | Honorable Colleen Kollar-Kotelly |
| | : | |
| Judicial Watch, Inc., *et al.* | : | |
| *Defendants.* | : | |
| | : | **Jury Trial Demanded.** |

___

## ORDER

Upon consideration of the Defendants' Motion for Partial Summary Judgment as to Counts Six, Seven and Eight of the Second Amended Complaint the Plaintiff's opposition thereto, it is hereby

ORDERED that the Motion for Partial Summary Judgment is denied in its entirety.

Entered this         day of                  , 2007.

_____
Honorable Colleen Kollar-Kotelly

Copes to:     Richard W. Driscoll, Esquire
              Daniel J. Dugan, Esquire