IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LARRY KLAYMAN, *ET AL*.<br><br>Plaintiffs,<br><br>v.<br><br>JUDICIAL WATCH, INC., *ET AL*.<br><br>Defendants. | Civil Action No. 1:06-CV-00670<br>Honorable Colleen Kollar-Kotelly |

### DEFENDANTS' MOTION FOR RECONSIDERATION OF THE JANUARY 17, 2007 ORDER DENYING THE MOTION TO DISMISS COUNT FIVE OF THE SECOND AMENDED COMPLAINT

Defendants Judicial Watch, Inc., Thomas J. Fitton, Paul J. Orfanedes and Christopher J. Farrell, by undersigned counsel and pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, hereby move for reconsideration of the Court's January 17, 2007, Order declining to dismiss Count Five of the Second Amended Complaint. The grounds for this Motion are more fully set forth in the accompanying Memorandum In Support Of Defendants' Motion for Reconsideration.

WHEREFORE, for all of the forgoing reasons, and for those set forth in the accompanying Memorandum In Support, Defendants Judicial Watch, Inc., Thomas J. Fitton, Paul J. Orfanedes and Christopher J. Farrell respectfully requests that the Court GRANT this Motion and dismiss with prejudice Count Five of the Second Amended Complaint.

Respectfully submitted,

//s// *Richard W. Driscoll*

_____

Richard W. Driscoll (436471)
Terence J. Everitt
DRISCOLL & SELTZER, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Telephone
703.997.4892 Facsimile
Email: rdriscoll@driscollseltzer.com

*Counsel for Defendants Judicial Watch, Inc., Thomas J. Fitton, Paul J. Orfanedes and Christopher J. Farrell*

Dated: January 30, 2007

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 30th day of January 2007, a copy of the foregoing Motion for Reconsideration, Memorandum in Support and proposed Order were served by electronic filing upon counsel listed on the Notice of Electronic Filing.

//s// *Richard W. Driscoll*

_____

Richard W. Driscoll