IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *ET AL.* | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670 |
| | Honorable Colleen Kollar-Kotelly |
| JUDICIAL WATCH, INC., *ET AL.* | |
| Defendants. | |

**ORDER**

Upon consideration of the Defendants' Motion for Reconsideration of the January 17, 2007 Order Denying the Motion to Dismiss Count Five of the Second Amended Complaint, opposition thereto, and the entire record herein, it is this ___ day of _____ 2007,

ORDERED that the motion is hereby GRANTED, and it is further

ORDERED that upon reconsideration Counts Five is hereby dismissed with prejudice for the reasons stated in the Memorandum in Support of the Defendants Motion for Reconsideration.

_____
Honorable Colleen Kollar-Kotelly
Judge, United States District Court

cc:   Copies to all counsel