IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Larry Klayman,.<br>    *Plaintiff,*<br><br>v.<br><br>Judicial Watch, Inc., *et al.,*<br>    *Defendants.* | Civil Action No. 1:06-CV-00670<br><br>Honorable Colleen Kollar-Kotelly<br><br>**Jury Trial Demanded.** |

### AFFIDAVIT OF DANIEL J. DUGAN

I, Daniel J. Dugan, being duly sworn, do hereby aver:

1. I am an attorney in the law firm representing Plaintiff, Larry Klayman, in the above captioned action and make this affidavit in Opposition to Defendants' Motion for Partial Summary Judgment pursuant to Federal Rule of Civil Procedure 56(f).

2. On April 12, 2006, Plaintiffs filed their initial Complaint and thereafter filed an Amended Complaint on May 1, 2006.

3. On June 14, 2006, Plaintiff filed their Second Amended Complaint.

4. On June 28, 2006, Defendants filed a Motion to Dismiss Counts I-VI and IX of Plaintiffs' Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

5. The Motion to Dismiss did not address Counts Seven and Eight of the Second Amended Complain.

6. Also on June 28, 2006, Defendants filed a Motion to Sever Claims, as well as a Motion to Strike portions of the Second Amended Complaint.

322039-1

7. Furthermore, on July 10, 2006, Defendants Orfanedes and Farrell filed a separate Motion to Dismiss the Second Amended Complaint, joining with the previous Motion to Dismiss filed by Defendants Fitton and Judicial Watch.

8. On August 8, 2006 Plaintiffs timely filed oppositions to Defendants' motions, and Defendants filed their reply on September 14, 2006.

9. Prior to this Court's ruling as to Defendants initial dispositive motions, on December 26, 2006, Defendants filed the instant Motion for Partial Summary Judgment on Counts VI, VII and VIII of the Second Amended Complaint.

10. On January 17, 2007, this Court issued a Memorandum Opinion partially denying and partially granting Defendants' Motion to Dismiss. In the Memorandum Opinion, this Court denied Defendants' motion to dismiss at to Counts Six, Seven and Eight, and partially denied Defendants' motion to dismiss Count Nine. Also, this Court denied Defendants' motion to strike portions of the Second Amended Complaint and denied Defendants Orfanedes and Farrell's separate motion to dismiss.

11. To date, no Rule 26 Conference has been scheduled in this matter, and no discovery has been exchanged pending disposition of Defendants initial dispositive motions.

12. Defendants' Motion for Partial Summary Judgment is based largely on the denials of the allegations of the Second Amended Complaint contained in declarations of Defendant Thomas Fitton, Defendant Paul Orfanedes, Susan E. Prytherech and Irene Garcia, who are all employees of Defendant Judicial Watch, and who are within Defendants' control.

13. Without the opportunity to engage in discovery, including propounding document requests and interrogatories and well as deposition testimony, Plaintiff will be prejudiced in his

case and unable to determine and present facts essential to properly and sufficiently justify his opposition to Defendants' Motion for Partial Summary Judgment.

14. Plaintiff has no way to elicit the testimony of these individuals and challenge the sufficiency and/or veracity of any statements or documents attached to Defendants' declarations except by deposition and by written document requests and interrogatories within the scope of discovery permitted under the Federal Rules of Civil Procedure.

15. Accordingly, the Court should refuse Defendants' application for judgment pursuant to Fed. R. Civ. P 56(f) and deny the Motion.

The foregoing facts are known to me to be true, of my own knowledge. I am competent to testify to such facts and would so testify if I appeared in court as a witness at the trial of this matter.

January 30, 2007

By: *Daniel J. Dugan*
Daniel J. Dugan, Esquire

Subscribed and sworn to before me
on this 30th day of January, 2007.

*Theresa Bayer*
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
THERESA BAYER, Notary Public
City of Philadelphia, Phila. County
My Commission Expires August 10, 2008

3

322039-1