From: Daniel Dugan [DDugan@lawsgr.com]
Sent: Monday, December 18, 2006 5:19 PM
To: rdriscoll@driscollseltzer.com
Subject: RE: Klayman v. Judicial Watch

Thanks


Daniel J. Dugan
Spector Gadon & Rosen, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA 19103
215.241.8872
215.241.8844 (Fax)



-----Original Message-----
From: Richard Driscoll [mailto:rwdlaw@mycingular.blackberry.net]
Sent: Monday, December 18, 2006 4:51 PM
To: Daniel Dugan
Subject: Re: Klayman v. Judicial Watch

That's fine  I am shopping now.
Richard W. Driscoll, Esq.
Driscoll & Seltzer, PLLC
703.340.1625 Office
703.997.4892 Fax
Sent via BlackBerry Wireless

-----Original Message-----
From: "Daniel Dugan" <DDugan@lawsgr.com>
Date: Mon, 18 Dec 2006 16:37:08
To:"Richard W. Driscoll" <rdriscoll@driscollseltzer.com>
Subject: RE: Klayman v. Judicial Watch

Rich:
I have gotten all jammed up this week with business and the holidays and then I
have a vacation scheduled in early January.  Can we do this at some time after
January 15th?  Let me know.
Thanks
Daniel J. Dugan
Spector Gadon & Rosen, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA 19103
215.241.8872
215.241.8844 (Fax)




---------------
 From: Richard W. Driscoll [mailto:rdriscoll@driscollseltzer.com]
Sent: Friday, December 15, 2006 9:00 AM
To: Daniel Dugan
Subject: RE: Klayman v. Judicial Watch

Dan:

I am open after 1:00 p.m. on both Thursday 12/21/06 and Friday 12/22/06.

Richard W. Driscoll, Esquire
DRISCOLL & SELTZER, PLLC
703.340.1625 Office
703.997.4892 Facsimile
rdriscoll@driscollseltzer.com

----------------

From: Daniel Dugan [mailto:DDugan@lawsgr.com]
Sent: Thursday, December 14, 2006 4:36 PM
To: rdriscoll@driscollseltzer.com
Subject: Klayman v. Judicial Watch

Dear Richard:
I have a problem that just arose that interferes with our Rule 26 conference that we set for tomorrow.  Can we reschedule it for sometime next week or whenever it would be convenient with you?  Please let me know what alternate dates work for you.  Sorry for any inconvenience.

Regards,
Dan

Daniel J. Dugan
Spector Gadon & Rosen, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA 19103
215.241.8872
215.241.8844 (Fax)