# ...Saving Judicial Watch Victory!

## Tom Fitton and Company Go Down to Defeat

### Dear Friend and Supporter:

As you know, I have sued Tom Fitton, the current president of Judicial Watch, for unethical practices that threaten the existence of this once great organization, and have harmed me and my family. I took this course of action only after trying for two years to resolve matters with Fitton; but he refused and has hijacked Judicial Watch, turning it into a hapless toothless tiger that is off on joy rides having little to nothing to do with the reasons I founded it; to clean up corruption in the governmental and legal systems. He has also misused donor monies and squandered Judicial Watch's considerable resources to the point that if we do not step in now, the organization will likely cease to exist in a few years.

Just a few days ago, the court in our case against Tom Fitton ruled in our favor! Fitton and his band of ethically compromised directors had tried to have our case dismissed. But the court said no and has ordered that it go forward with full steam ahead. Most, importantly, the court ruled that if we win – and you and I know that this is only a matter of hard work and time — I will be able to reassume control of Judicial Watch as its Chairman and General Counsel. The court ruled in a 48 page opinion that shoots down Fitton's protest that the case go forward! **To read the court decision against Tom Fitton visit www.SavingJudicialWatch.com!**

During my tenure as founder and Chairman and General Counsel of Judicial Watch I was the only attorney able to have Bill Clinton found liable for a crime; the crime he committed against one of the many women he harassed – Kathleen Willey – by illegally releasing her government files to smear her. Now, as Hillary Clinton has decided to run for President, and as her "lovely" husband Bill seeks to become the "First Man", a forceful Judicial Watch, run by adults with law degrees, is necessary to take the Clintons and other corrupt politicians, lawyers and judges on again. As you know, one of the allegations of our complaint hinges on the hard fact that Fitton is not a lawyer and thus should not be running Judicial Watch, In fact, shortly before I left Judicial Watch to run for the U.S. Senate in Florida, I learned that Fitton, contrary to the false representations he made to me when I hired him, had not even graduated from college.

But this is not my only complaint; under Fitton Judicial Watch has been run into the ground through his unethical fundraising practices and his lack of desire to file hardhitting cases against corrupt politicians, judges and lawyers. In the three years after I left Judicial Watch has become little more than a website which boasts frequently of the many appeals it has to file thanks to having lost the cases which I left for it to pursue.

And Justice for All,

*Larry Klayman*

Larry Klayman

P.S.  In short, I need your continued support. With the return of the Clintons in particular, the nation and the world need a Judicial Watch run by me, its founder. Major corrruption has returned to Washington, D.C., in the years since I left to run for the U.S. Senate and its time for Judicial Watch to be restored to greatness. Won't you help? Now that the court has shot down Fitton's attempt to have our case thrown out, we have him and his partners on the run. Lets make sure that we win and win big by having the financial resources to now go for the "knock out punch." Thank for your urgent help as we now want to proceed with discovery in a big way and push for a quick decision, before the Clintons are able to regain power.



---

**Please send your gift to Larry Klayman dba Saving Judicial Watch!!!**

☐ $25   ☐ $50   ☐ $100
☐ $500  ☐ $1,000 ☐ $2,000
☐ $5,000 ☐ $_____Other

*Gifts are not tax-deductible.*

Name:_____
Address:_____
City, State, ZIP:_____
☐ Check enclosed
☐ VISA  ☐ MasterCard  ☐ American Express  ☐ Discover
Credit Card #:_____
Signature:_____ Exp. Date:___/___

Please send your gift to:

**Larry Klayman dba
Saving Judicial Watch
Dept Code HE129
1201 Pennsylvania Ave, Ste 300
Washington DC 20004**

Advertisement

# ...Saving Judicial Watch Victory!
## Tom Fitton and Company Go Down to Defeat

## Dear Friend and Supporter:

As you know, I have sued Tom Fitton, the current president of Judicial Watch, for unethical practices that threaten the existence of this once great organization, and have harmed me and my family. I took this course of action only after trying for two years to resolve matters with Fitton; but he refused and has hijacked Judicial Watch, turning it into a hapless toothless tiger that is off on joy rides having little to nothing to do with the reasons I founded it; to clean up corruption in the governmental and legal systems. He has also misused donor monies and squandered Judicial Watch's considerable resources to the point that if we do not step in now, the organization will likely cease to exist in a few years.

Just a few days ago, the court in our case against Tom Fitton ruled in our favor! Fitton and his band of ethically compromised directors had tried to have our case dismissed. But the court said no and has ordered that it go forward with full steam ahead. Most, importantly, the court ruled that if we win – and you and I know that this is only a matter of hard work and time — I will be able to reassume control of Judicial Watch as its Chairman and General Counsel. The court ruled in a 48 page opinion that shoots down Fitton's protest that the case go forward! **To read the court decision against Tom Fitton visit www.SavingJudicialWatch.com!**

During my tenure as founder and Chairman and General Counsel of Judicial Watch I was the only attorney able to have Bill Clinton found liable for a crime; the crime he committed against one of the many women he harassed – Kathleen Willey – by illegally releasing her government files to smear her. Now, as Hillary Clinton has decided to run for President, and as her "lovely" husband Bill seeks to become the "First Man", a forceful Judicial Watch, run by adults with law degrees, is necessary to take the Clintons and other corrupt politicians, lawyers and judges on again. As you know, one of the allegations of our complaint hinges on the hard fact that Fitton is not a lawyer and thus should not be running Judicial Watch, In fact, shortly before I left Judicial Watch to run for the U.S. Senate in Florida, I learned that Fitton, contrary to the false representations he made to me when I hired him, had not even graduated from college.

But this is not my only complaint; under Fitton Judicial Watch has been run into the ground through his unethical fundraising practices and his lack of desire to file hardhitting cases against corrupt politicians, judges and lawyers. In the three years after I left Judicial Watch has become little more than a website which boasts frequently of the many appeals it has to file thanks to having lost the cases which I left for it to pursue.

And Justice for All,

*Larry Klayman*

P.S. In short, I need your continued support. With the return of the Clintons in particular, the nation and the world need a Judicial Watch run by me, its founder. Major corrruption has returned to Washington, D.C., in the years since I left to run for the U.S. Senate and its time for Judicial Watch to be restored to greatness. Won't you help? Now that the court has shot down Fitton's attempt to have our case thrown out, we have him and his partners on the run. Lets make sure that we win and win big by having the financial resources to now go for the "knock out punch." Thank for your urgent help as we now want to proceed with discovery in a big way and push for a quick decision, before the Clintons are able to regain power.



✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

☐ **Please send your gift to Larry Klayman dba Saving Judicial Watch!!!**

☐ $25   ☐ $50   ☐ $100
☐ $500   ☐ $1,000   ☐ $2,000
☐ $5,000   ☐ $_____ Other

*Gifts are not tax-deductible.*

Name:_____
Address:_____
City, State, ZIP:_____
☐ Check enclosed
☐ VISA  ☐ MasterCard  ☐ [card]  ☐ Discover
Credit Card #:_____
Signature:_____ Exp. Date:___/___

Please send your gift to:
**Larry Klayman dba
Saving Judicial Watch
Dept Code HE129
1201 Pennsylvania Ave, Ste 300
Washington DC 20004**

Advertisement

# ...Saving Judicial Watch!

## Tom Fitton, Can't Hold the Clintons Accountable! Larry Klayman Can!

*My fellow concerned Americans,*

When I founded Judicial Watch in 1994, my vision was for a watchdog agency that would not hesitate to identify wrongdoing by the political and legal "establishment," and take forceful and decisive action if the facts warranted.

While I was Chairman and General Counsel, the action taken by Judicial Watch against former president Bill Clinton was the ONLY legal finding that he had committed a crime; when he violated the privacy of Kathleen Willey – a woman he harassed in the Oval Office! Yet the Senate allowed him to walk off scot free.

Judicial Watch needs to once again become the powerful and ethical watchdog it once was! To that end, and only after a substantial soul searching and consideration, I have decided to take the necessary legal action to save Judicial Watch and remove the forces that have hijacked the once noble organization.

After three years of diligent effort, I regret that we have exhausted all avenues of amicable resolution with its current head Tom Fitton. Therefore, after a great deal of hesitation and thought, I have determined the only responsible thing to do is file a lawsuit against Fitton and Judicial Watch with one goal: return Judicial Watch to its former respectability by getting it out of the hands of Tom Fitton.

But success has a cost. To complete the litigation, we estimate it will cost approximately $1 million dollars. And time is crucial. We need to save Judicial Watch before all of the assets are gone forever. Furthermore, who knows what the next Congress will bring.

With corruption engulfing Washington, we need Judicial Watch now more than ever. Please consider your generous gift to help assure that the most important public interest group ever conceived is restored to prominence as America's "True Independent Counsel." Your children, your grandchildren and your country deserve nothing less!

And Justice for All,

*Larry Klayman*

Larry Klayman

**P.S.** For more information or to read the complete complaint filed against Tom Fitton and Judicial Watch, visit us at www.savingjudicialwatch.com.

In 1994, Larry Klayman created Judicial Watch to be the "People's Independent Counsel." His goal was to create an organization that returned honesty and ethics to the government and legal establishments. Yet today, this once successful watchdog has lost its teeth and those who are corrupt no longer fear it.

When Attorney Larry Klayman left his position as chairman and general counsel of Judicial Watch in 2003 to pursue a U.S. Senate seat from his native Florida, he relinquished control of the successful and respected Judicial Watch to Tom Fitton. Hoping to leverage his experience as a former U.S. Justice Dept. attorney and from his private practice, Klayman planned to create a "Judicial Watch" inside the government, taking advantage of the power of the subpoena and the clout that comes with a Senate seat to clean up the government from within, much like a Trojan Horse.

Unfortunately in 2006, rather than holding government officials accountable for their activities and acting as a true public interest "watchdog," Judicial Watch is mostly looking out for is its own interest. When Klayman left, he was assured by his former associates that a new and competent chairman and general counsel would be brought on board. Unfortunately, **Tom Fitton, who is not a lawyer,** hijacked the organization and never replaced Klayman. **With the planned return of the Clintons to The White House, given Republican woes, it is more important than ever that we have a powerful Judicial Watch run by a mature adult, who is a seasoned trial lawyer like Larry Klayman.** Failing to make the promised appointment was but one of his many failings as head of Judicial Watch.

Fearing the return of Larry Klayman, Fitton, under the auspices of Judicial Watch, proceeded to sabotage both Larry Klayman's Senatorial campaign and his personal life. Direct mail was sent to donors a month after Klayman had left, incorporating his name and leaving the impression he was still active as chairman and general counsel, effectively confusing contributors and ultimately damaging the Senatorial Campaign. Further damaging to the campaign, callers to Judicial Watch asking why Klayman left the organization were frequently informed the reasons were confidential. By creating the false impression that Klayman left for some reason other than to run for the Senate, Fitton effectively placed him in a distinctly disparaging light.

Later fundraisers bemoaned the need for large sums of money, lest Judicial Watch would need to lay off large numbers of staff. Hardly in need of money, Judicial Watch coffers held over $16 million in assets, with more in the pipeline when Klayman left for his Senate run in 2003.

In a failing of the kind of ethical lapses that Judicial Watch was set up to guard against, Robert G. Mills, head of high dollar fundraising, was discovered to have a shady fund raising past. Rather than thoroughly investigate and act on the allegations, Fitton chose to look the other way and do nothing. Mills remains the head of high dollar fundraising to this day.

Tom Fitton is running Judicial Watch into the ground. Under his management, Judicial Watch has lost nearly EVERY case it has been involved with since Klayman's departure. Further, they have lost key clientele, such as Hillary Clinton's nemesis Peter Paul, and allowed finances and the organization to deteriorate, so much so that it has been estimated that in the three years since Larry Klayman's departure, the original $16 million has been cut approximately in half! **Please support my mission to restore Judicial Watch to greatness! We need your prayers and financial support!**

---

❑ **Please send your gift to Larry Klayman dba Saving Judicial Watch!!!**

❑ $25  ❑ $50  ❑ $100
❑ $500  ❑ $1,000  ❑ $2,000
❑ $5,000  ❑ $_____  Other

*Gifts are not tax-deductible.*

Name:_____
Address:_____
City, State, ZIP:_____
❑ Check enclosed
❑ VISA  ❑ MasterCard  ❑ American Express  ❑ Discover
Credit Card #:_____
Signature:_____ Exp. Date:___/___

Please send your gift to:
**Larry Klayman dba
Saving Judicial Watch
Dept Code HE122
1201 Pennsylvania Ave, Ste 300
Washington DC 20004**

# URGENT message from Larry Klayman:

## *Saving Judicial Watch*

Frank E Klappert
25514 87th Ave
Floral Park, NY  11001-1444

January 2, 2007

Dear Frank,

    The time has come for the truth to be told.  America's true conservatives and others who hold the rule of law dear to our nation's survival soon will learn how our previously snarling guard dog lost its teeth, how those who elevate themselves above the law no longer fear its bark.

    It's time to take the crucial next step in saving Judicial Watch, Inc., and again I ask for your help.

    First, Frank, I want to again thank you for supporting my effort to regain control of this once-vital organization. I can't tell how much it means to have you at my side during this lawsuit to keep Judicial Watch from being destroyed.

    I'm happy to report the initial stage is nearly complete. Now the lawsuit to save Judicial Watch will enter the costly discovery phase.

    It will be expensive to gather the evidence and videotape the depositions.  But the price of discovery will be worth paying in order to present factual evidence before the court in order to set Judicial Watch free.

    Frank, once more I must call on you to assure we have the resources to make the most out of this crucial phase. So let me again state my case:

    Judicial Watch's present sad state is an absolute travesty!  I can say that because, as you know, I conceived, developed and headed the once-vibrant and honest organization, serving as its successful chairman and general counsel.

    You know how under my guidance the little non-profit

(please turn page ...)

grew strong to become an awesome force that achieved considerable success in the ongoing fight to return ethics to America's government and legal system.

Sadly Judicial Watch has weakened, ethically and otherwise during the three years since I left. It no longer is a power to be reckoned with in Washington, D.C. And people no longer respect it for taking principled stands, without regard to politics or fundraising expediency.

That's truly regrettable, because as an attorney with the U.S. Justice Department and then in private practice, I've come to see the political and legal establishment considers itself "above the law!"

When I stepped away from my private law firm in 1994 to create Judicial Watch as the "People's True Independent Counsel," the White House was inhabited by Bill and Hillary Clinton, the Bonnie and Clyde of American politics. These two unscrupulous lawyers violated or twisted the law in one scandal after another -- from Chinagate, which I uncovered at Judicial Watch, to Filegate, to Travelgate, to IRSgate and a host of others which you remember well. You may remember how I brought lawsuits over all of them.

Yet the Clintons slivered off, like the snakes they are! Why? Because the political and legal establishment takes care of its own. All are members of the same club, regardless of party.

So to set up a "Judicial Watch" right inside our government, I ran for the U.S. Senate in 2003. To clean up the corruption that lets wrongdoers off the hook, I had to step down as chairman and general counsel.

My colleagues promised me they would bring in someone qualified to take over as chairman, but this never happened. Instead, control was seized by Tom Fitton, who's at a distinct disadvantage for **not being a lawyer**. In fact, he even **lied to me** about being a college graduate. **It's like trying to be an airline pilot without first having gone to flight school.**

Fitton, Judicial Watch's current president, feared my possible return and worked hard to block it. Evidence shows he sought to harm both my U.S. Senate campaign and the wellbeing of my family and me. It's obvious his intent was to bring me to my financial knees so I'd be too weak to ever come back.

But that's not going to happen, not with your continued
(go on to next page, please ...)

financial support. Together we've got to see this expensive legal action to a successful completion, because that's the only way to restore this organization to its bright promise.

Under Fitton's ineptitude, Judicial Watch has staggered far down a dishonest and destructive road. His lack of scruples showed right from the start:

More than a month after I left, Fitton sent out direct mail to supporters with my name on it, giving the false impression I was still chairman and general counsel. In subsequent fundraising letters, he gave the false impression that Judicial Watch would have to lay off a lot of staff unless it immediately raised a lot of money.

Then there's the issue of buying a building. Before leaving I helped generate almost $1.2 million toward that goal, but the building wasn't purchased as promised. Still, monthly newsletters gave supporters the false impression it had been bought, even publishing a photo of a plaque listing building-fund contributors.

It took repeated complaints to make Fitton finally own up to the fact a building had yet to be purchased!

You also know how Fitton disparaged me and sought to hurt my reputation, creating the false impression I left for some reason other than to run for the Senate. TV networks were told not to have me discuss anything Judicial Watch was doing. He also removed nearly all references to my name and gave me absolutely no credit for founding and successfully running the organization for almost a decade.

Far worse, Fitton shut down Judicial Watch's radio and television shows, reducing its educational activities, reach and reputation. He further allowed field offices to atrophy and decline. Three years later, it's mostly just a bunch of empty offices.

Without a knowledgeable general counsel or experienced lawyers, Judicial Watch has lost nearly every case I filed. Yet in the face of an unprecedented string of defeats, Fitton crows about his "successes."

After Judicial Watch was fired by Peter Paul, a major pain to Hillary Clinton's presidential plans, Fitton promoted the misleading impression he was still a client. And Fitton did the same with the Minuteman Civil

(please turn page ...)

Defense Corps until told to stop his misleading statements.

Worst of all, it appears that assets have dwindled from more than $16 million on hand when I left to about half that. Judicial Watch is now in jeopardy of going under.

Judicial Watch is too important to America for me to sit on the sidelines and watch it be destroyed. I cannot and will not allow this to happen.

To save this once-vital yet now-hijacked organization, Judicial Watch must be taken out of Fitton's hands. That necessitates the lawsuit.

Success may well cost close to $1 million. To be honest, I won't be able to save the most important public interest group ever conceived without the generous help of patriotic conservatives like you.

With scandal engulfing Washington and the nation, with our way of life threatened by ever worsening government corruption, you and your family need a healthy and strong Judicial Watch! Will you again help me save it?

As the Clintons prepare to retake the White House, as bi-partisan government and legal corruption continues, we must have a strong Judicial Watch to act aggressively and quickly -- like when I ran the organization.

So please help get at the truth during this discovery phase. Place a large gift in the enclosed envelop so we, together, can retake Judicial Watch and keep it from being destroyed.

Thank you and God Bless,

*Larry Klayman*

Larry Klayman
Founder of Judicial Watch and
Former Chairman and General Counsel

P.S. Take a moment, if you will, to think what it would mean to you, to your loved ones, to all of America for Judicial Watch to be restored to prominence under skilled and responsible leadership. Then smile, because you have participated in one of the most important actions ever taken to preserve our country for our children and grandchildren. Now think what it will mean if Judicial Watch isn't restored, and consider what the difference is worth. Isn't that worth your continued support?