IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Larry Klayman,<br>    *Plaintiff,*<br><br>v.<br><br>Judicial Watch, Inc., *et al.*<br>    *Defendants.* | Civil Action No. 1:06-CV-00670<br><br>Honorable Colleen Kollar-Kotelly<br><br><br>**Jury Trial Demanded.** |

## *SCHEDULING ORDER*

Based on the Report to the Court Pursuant LCvR 16.3, the Court hereby enters the following Scheduling Order:

1. Any additional parties are to be joined by, and the pleadings amended within, thirty (30) days of the date of this Order. The parties shall have the right to seek further amendments to conform the pleadings to the evidence.

2. The Initial Disclosures required under Rule 26(a)(1) shall be made by the parties on or before Friday, April 20, 2007.

3. Defendants shall propose a protective order within 14 days after the entry of this Order.

4. Fact discovery shall be concluded by Friday, December 7, 2007.

5. The parties shall designate experts and exchange information pursuant to Rule 26(a)(2) according to the following schedule:

    (a) The party having the burden on a particular issue shall identify its expert(s) by December 7, 2007.

337234-2

  (b) The party having the burden on a particular issue shall provide its expert reports to the opposing party by January 15, 2008.

  (c) The opposing party shall disclose its expert(s) and provide its opposing expert report by February 15, 2008.

  (d) The party having the burden shall disclose its rebuttal expert(s) and provide its rebuttal report by March 3, 2008.

6. Motions for Summary Judgment shall be filed by Thursday, May 15, 2008.

7. Pre-trial Conference shall be held within sixty (60) days after the briefing of the summary judgment motions is concluded, at which time this Court will set a firm trial date.

Enter this _____ day of _____, 2007.

_____
United States District Judge.

337234-2