IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Larry Klayman,<br>    *Plaintiff,*<br><br>v.<br><br>Judicial Watch, Inc., *et al.*<br>    *Defendants.* | Civil Action No. 1:06-CV-00670<br><br>Honorable Colleen Kollar-Kotelly<br><br>**Jury Trial Demanded.** |

### *REPORT TO THE COURT PURSUANT TO LCvR 16.3*

The attorneys of record submit this report following their conference on March 6, 2007. The attorneys discussed the 14 specific matters set forth in LCvR 16.3(c) and reached the following agreements between themselves. The numbers correspond to the subparagraphs in LCvR 16.3(c).

1. The case is not likely be disposed of by dispositive motion. There is currently pending a Motion for Partial Summary Judgment, and the parties agreed that discovery or other matters should not await a decision on that motion.

2. Within 30 days, the parties shall join any other parties and make any further amendments to the pleadings. The parties reserve their rights to seek further amendments to the pleadings to conform the pleadings to evidence produced during discovery. The parties could not agree upon or narrow any of the factual or legal issues outstanding.

3. There was no agreement at this time that the case should be assigned to a Magistrate for all purposes, including trial.

4. There was no realistic possibility of settling the case at this time.

337184-2

5.    The parties agreed that alternative dispute resolution was not appropriate at this time.

6.    The parties agreed that there would be motions for summary judgment filed, but not until after the close of discovery. Further, the parties agreed that it was too early in the process to propose a date for filing such motions after the close of discovery.

7.    The parties propose that the initial disclosures required by Rule 26(a)(1) should be made by Friday, April 20, 2007.

8.    The parties propose a discovery cut-off date of Friday, December 7, 2007, and that no limit be placed on discovery permitted under the Rules of Civil Procedure. Defendants believe that it will be necessary to enter a protective order to prevent Plaintiff's from using Defendants' confidential information in other matters. Defendants will propose a protective order within 14 days after the entry of a Scheduling Order.

9.    The parties will designate experts and exchange information pursuant to Rule 26(a)(2) according to the following schedule:

   (a)    The party having the burden on a particular issue shall identify its expert(s) by December 7, 2007.

   (b)    The party having the burden on a particular issue shall provide its expert reports to the opposing party by January 15, 2008.

   (c)    The opposing party shall disclose its expert(s) and provide its opposing expert report by February 15, 2008.

   (d)    The party having the burden shall disclose its rebuttal expert(s) and provide its rebuttal report by March 3, 2008.

337184-2

10. Procedures under Rule 23 are not applicable.

11. Trial and/or discovery should not be bifurcated or managed in phases.

12. The parties propose that summary judgment motions be filed by Thursday, May 15, 2008 and that the pre-trial conference be held sixty (60) days after the deadline for briefing is completed on the summary judgment motions.

13. The parties propose that at the pre-trial conference the Court set a firm trial date.

14. There were no other matters that the parties believe appropriate for inclusion in a scheduling order.

A proposed Scheduling Order based on the parties' conference is submitted with this report.

Respectfully submitted,

| **DRISCOLL & SELTZER, PLLC** | **SPECTOR GADON & ROSEN, P.C.** |
|---|---|
| By: /s/ *Richard W. Driscoll* | By: //s// *Daniel J. Dugan* |
| Richard W. Driscoll, Esquire | Daniel J. Dugan, Esquire |
| 600 Cameron Street | 1635 Market Street, 7th floor |
| Alexandria, VA 22314 | Philadelphia, PA 19103 |
| 703.340.1625 | 215.241.8872 --215.241.8844 *fax* |
| rdriscoll@driscollseltzer.com | ddugan@lawsgr.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

March 20, 2007