UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>JUDICIAL WATCH, INC., *et al.*,<br><br>    Defendants. | Civil Action No. 06-670 (CKK) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is this 3rd day of April, 2007, hereby

**ORDERED** that Defendants' [38] Motion for Reconsideration of that portion of the Court's January 17, 2007 Memorandum Opinion and Order that denied Defendants' motion to dismiss Count Five of the Second Amended Complaint is GRANTED; it is further

**ORDERED** that the portion of the Court's January 17, 2007 Memorandum Opinion and Order that denied Defendants' motion to dismiss Count Five of the Second Amended Complaint is VACATED; it is further

**ORDERED** that Count Five of the Second Amended Complaint is DISMISSED as time-barred.

**SO ORDERED.**

Date: April 3, 2007

                                            /s/
                                         COLLEEN KOLLAR-KOTELLY
                                         United States District Judge