UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LARRY KLAYMAN,

    Plaintiff,

    v.

JUDICIAL WATCH, INC., *et al.*,

    Defendants.

Civil Action No. 06-670 (CKK)

**ORDER**

    For the reasons set forth in the accompanying Memorandum Opinion, it is this 3rd day of April, 2007, hereby

    **ORDERED** that [33] Defendants' Motion for Partial Summary Judgment on Plaintiff Klayman's Breach of Contract Claims (Counts Six, Seven, and Eight of the Second Amended Complaint) is GRANTED-IN-PART and DENIED-IN-PART.  Specifically, Defendants' Motion for Partial Summary Judgment is GRANTED only as to the allegations contained in Count Six that Judicial Watch fraudulently induced Klayman to enter the Severance Agreement and the allegations contained in Counts Seven and Eight that Judicial Watch failed to pay Klayman for the period between September 15 and September 19, 2003.  The Court shall DENY WITHOUT PREJUDICE the remainder of Defendants' Motion for Partial Summary Judgment pursuant to

Federal Rule of Civil Procedure 56(f), as discovery has not yet been conducted in this action and it appears that genuine questions of material fact may exist.

**SO ORDERED.**

Date:   April 3, 2007

                                             /s/
                                      COLLEEN KOLLAR-KOTELLY
                                      United States District Judge