IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Larry Klayman,          *Plaintiff,*     v.  Judicial Watch, Inc., *et al.*          *Defendants.* | Civil Action No. 1:06-CV-00670  Honorable Colleen Kollar-Kotelly  **Jury Trial Demanded.** |

### *STATEMENT OF THE CASE*

Pursuant to the Order for Initial Scheduling Conference dated April 3, 2007, Plaintiff, Larry Klayman, submits this supplemental brief statement of the case and statutory basis for all causes of action and defenses.

This is an action by the founder and former Chairman of Judicial Watch, Inc. ("Judicial Watch") to remedy defendants' breach of various agreements and laws.[1] In particular, Klayman claims that defendants, Judicial Watch, Fitton and Orfanedes, breached the severance agreement by engaging in a pattern of disparagement, fraud, false advertising and false designation of origin (Count Four), defamation (Count Nine) and other egregious acts against Klayman, including the failure to remove him as the guarantor of Defendants' building and credit card accounts, and conversion of his personal and business property in violation of the Severance Agreement. Accordingly, Klayman seeks the alternative remedies of rescission restoring Klayman to his position as the head of Judicial Watch (Count Six), monetary damages (Count Seven) and

---

[1] The Second Amended Complaint was filed on June 14, 2006. By Memorandum Opinion dated January 17, 2007, the Court dismissed Counts One, Two and Three of the Second Amended Complaint. By Memorandum Opinion dated April 3, 2007, the Court dismissed Count Five of the Second Amended Complaint. Also, by Memorandum Opinion dated April 3, 2007, the Court granted partial summary judgment on Count Six only as to allegations of fraudulent inducement, and Counts Six and Seven only as to allegations that Judicial Watch failed to pay Klayman for the period between September 15 and September 19, 2003.

346164-1

specific performance to remove Klayman as a guarantor of Judicial Watch liabilities and to return his property and that of his law firm, Klayman & Associates (Count Eight).

In Count Four of the Second Amended Complaint, Klayman alleges statutory violations of 15 U.S.C. §1125(a)(1)(A) and (B) for Defendants' deliberate false and unauthorized use of Klayman's name both immediately following his separation from Judicial Watch in September 2003 and thereafter, which caused confusion in the public and falsely misrepresented Klayman to his detriment.

Defendants deny the allegations in the Second Amended Complaint and counterclaim that Klayman breached the agreement by alleged non-payment of expenses, (Counts I, II and III), by alleged unauthorized uses of its trademarks under 15 U.S.C. §1114(1)(a) and §1125(a)(Counts IV and V), by alleged disparagement (Counts VI and VII), by the alleged misappropriation of confidential and proprietary information (Count VIII), and by allegedly competing with Judicial Watch (Count IX). Klayman flatly denies the allegations.

        Respectfully submitted,

        **SPECTOR GADON & ROSEN, P.C.**

        By:  //s// *Daniel J. Dugan*
            Daniel J. Dugan, Esquire
            1635 Market Street, 7th floor
            Philadelphia, PA  19103
            215.241.8872 --215.241.8844 *fax*
            *ddugan@lawsgr.com*
            *Attorneys for Plaintiff*

Dated: April 20, 2007