IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Larry Klayman,<br>　　　　　*Plaintiff,*<br><br>　　　v.<br><br>Judicial Watch, Inc., *et al.*<br>　　　　　*Defendants.* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 1:06-CV-00670<br><br>Honorable Colleen Kollar-Kotelly<br><br><br>**Jury Trial Demanded.** |

## STATUS REPORT AS TO DISCOVERY PLAN

Pursuant to this Court's April 25, 2007 Order, the parties hereby submit the following Discovery Plan:

1. The deadline for amendments to pleadings is May 25, 2007.

2. The parties will agree on a Protective Order for submission to the Court on or before May 28, 2007. Should the parties fail to agree, the matter will be submitted to Magistrate Kay for resolution.

3. Initial written discovery requests will be sent on or before May 28, 2007.

4. The parties will issue initial subpoenas *duces tecum* to non parties by June 15, 2007.

5. The parties will schedule depositions on mutually agreeable dates during the weeks of July 23; Aug 6th; Sept. 24; Oct. 8th; Oct. 22d; Nov. 5th; Nov. 26. The parties will explore other dates as necessary.

6. The parties may propound supplemental written discovery requests and subpoenas *duces tecum* to non parties from time to time in sufficient time so that responses will be due on or before March 3, 2008.

7. The parties may amend this plan as subsequently agreed upon between themselves.

**DRISCOLL & SELTZER, PLLC**                **SPECTOR GADON & ROSEN, P.C.**

By: _____*Richard Driscoll /s/*_____         By: __*Daniel J. Dugan /s/*_____
    Richard Driscoll, Esquire                   Daniel J. Dugan, Esquire
    600 Cameron Street                          1635 Market Street, 7th floor
    Alexandria, VA 22314                        Philadelphia, PA 19103
    703.340.1625                                215.241.8872
    *rdriscoll@driscollseltzer.com*             *ddugan@lawsgr.com*
    *Attorneys for Defendants*                  *Attorneys for Plaintiff*

Dated: May 8, 2007