UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LARRY KLAYMAN** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. **06cv0670** |
| | : | |
| **JUDICIAL WATCH, INC.,** *et al* | : | |
| | : | |
| Defendants. | : | |

"**AMENDED**" SCHEDULING AND PROCEDURES ORDER

**(JUDGE KOLLAR-KOTELLY)**

This Order serves to "amend" the last portion, pages 6 and 7, of the Court's Scheduling Order dated April 25, 2007; all other portions of the Scheduling Order shall remain the same.

Accordingly, it is this __9th__ day of **May, 2007**,

**ORDERED** that counsel for the plaintiff and the defendants are directed to comply with the following schedule:

1. **Motions to Amend pleadings and/or to join additional parties** shall be due on or before ___*May 25, 2007*___ ;
with Oppositions due on or before ___*10 days later*___ ;
and Replies, if any, due on or before ___*5 days later*___ .

2. Proponent's Rule 26(a)(2)(B) statement shall be due on or before
___*ID - December 7, 2007; Report January 15, 2008*___ .

3. Opponent's Rule 26(a)(2)(B) statement shall be due on or before
___*ID - February 15, 2008; Report March 3, 2008*___ .

4. **Within 10 days of this Order**, the parties are to complete a **discovery plan**, including, but not limited to, precise dates for depositions and the exchange of written discovery. It shall be docketed as "**Status Report as to Discovery Plan**."*

    **The Court notes that the parties have complied, their "Status Report as to Discovery Plan" was filed on May 8, 2007.*

5. **All discovery will be completed on** or before   *May 15, 2008 (fact 12/07/07 and expert 3/3/08)*   .

6. Each party is limited to a maximum of 10 depositions and 25 interrogatories per party.

7. This case shall be referred to *Magistrate Judge Alan Kay* for mediation to commence  *May 9, 2008*  and conclude by  *June 6, 2008* . Counsel, parties, and persons with settlement authority are directed to attend the mediation sessions. If referred for Court ordered ADR, the Clerk of the Court is directed to furnish a copy of this Order to the Circuit Executive for the purpose of assigning a mediator.

8. **Dispositive motions** are due on or before   *schedule to be set at status hearing*; with oppositions due on or before _____ ; and Replies, if any, due on or before _____ .

9. **A Status Hearing is hereby set for**  *June 18, 2008* at  *9:30 a.m.*

10. **A Final Status Conference/Motions Hearing/Settlement Conference** is hereby set for                 *N/A*                 at _____ .

**Dates for the pretrial conference, motions *in limine*, *voir dire* and trial will be set at the final status hearing, if necessary. The Above Scheduled Dates Are Firm.**
**SO ORDERED.**

 May 9, 2007                                      /s/
     Date                              **COLLEEN KOLLAR-KOTELLY**
                                         United States District Judge