# ...Saving Judicial Watch!

## Tom Fitton, Can't Hold the Clintons Accountable! Larry Klayman Can!

*My fellow concerned Americans,*

*When I founded Judicial Watch in 1994, my vision was for a watchdog agency that would not hesitate to identify wrongdoing by the political and legal "establishment," and take forceful and decisive action if the facts warranted.*

*While I was Chairman and General Counsel, the action taken by Judicial Watch against former president Bill Clinton was the ONLY legal finding that he had committed a crime; when he violated the privacy of Kathleen Willey – a woman he harassed in the Oval Office! Yet the Senate allowed him to walk off scot free.*

*Judicial Watch needs to once again become the powerful and ethical watchdog it once was! To that end, and only after a substantial soul searching and consideration, I have decided to take the necessary legal action to save Judicial Watch and remove the forces that have hijacked the once noble organization.*

*After three years of diligent effort, I regret that we have exhausted all avenues of amicable resolution with its current head Tom Fitton. Therefore, after a great deal of hesitation and thought, I have determined the only responsible thing to do is file a lawsuit against Fitton and Judicial Watch with one goal: return Judicial Watch to its former respectability by getting it out of the hands of Tom Fitton.*

*But success has a cost. To complete the litigation, we estimate it will cost approximately $1 million dollars. And time is crucial. We need to save Judicial Watch before all of the assets are gone forever. Furthermore, who knows what the next Congress will bring.*

*With corruption engulfing Washington, we need Judicial Watch now more than ever. Please consider your generous gift to help assure that the most important public interest group ever conceived is restored to prominence as America's "True Independent Counsel." Your children, your grandchildren and your country deserve nothing less!*

*And Justice for All,*

*Larry Klayman*

**Larry Klayman**

*P.S. For more information or to read the complete complaint filed against Tom Fitton and Judicial Watch, visit us at www.savingjudicialwatch.com.*

In 1994, Larry Klayman created Judicial Watch to be the "People's Independent Counsel." His goal was to create an organization that returned honesty and ethics to the government and legal establishments. Yet today, this once successful watchdog has lost its teeth and those who are corrupt no longer fear it.

When Attorney Larry Klayman left his position as chairman and general counsel of Judicial Watch in 2003 to pursue a U.S. Senate seat from his native Florida, he relinquished control of the successful and respected Judicial Watch to Tom Fitton. Hoping to leverage his experience as a former U.S. Justice Dept. attorney and from his private practice, Klayman planned to create a "Judicial Watch" inside the government, taking advantage of the power of the subpoena and the clout that comes with a Senate seat to clean up the government from within, much like a Trojan Horse.

Unfortunately in 2006, rather than holding government officials accountable for their activities and acting as a true public interest "watchdog," Judicial Watch is mostly looking out for is its own interest. When Klayman left, he was assured by his former associates that a new and competent chairman and

general counsel would be brought on board. Unfortunately, **Tom Fitton, who is not a lawyer,** hijacked the organization and never replaced Klayman. **With the planned return of the Clintons to The White House, given Republican woes, it is more important than ever that we have a powerful Judicial Watch run by a mature adult, who is a seasoned trial lawyer like Larry Klayman.** Failing to make the promised appointment was but one of his many failings as head of Judicial Watch.

Fearing the return of Larry Klayman, Fitton, under the auspices of Judicial Watch, proceeded to sabotage both Larry Klayman's Senatorial campaign and his personal life. Direct mail was sent to donors a month after Klayman had left, incorporating his name and leaving the impression he was still active as chairman and general counsel, effectively confusing contributors and ultimately damaging the Senatorial Campaign. Further damaging to the campaign, callers to Judicial Watch asking why Klayman left the organization were frequently informed the reasons were confidential. By creating the false impression that Klayman left for some reason other than to run for the Senate, Fitton effectively placed him in a distinctly disparaging light.

Later fundraisers bemoaned the need for large sums of money, lest Judicial Watch would need to lay off large numbers of staff. Hardly in need of money, Judicial Watch coffers held over $16 million in assets, with more in the pipeline when Klayman left for his Senate run in 2003.

In a failing of the kind of ethical lapses that Judicial Watch was set up to guard against, Robert G. Mills, head of high dollar fundraising, was discovered to have a shady fund raising past. Rather than thoroughly investigate and act on the allegations, Fitton chose to look the other way and do nothing. Mills remains the head of high dollar fundraising to this day.

Tom Fitton is running Judicial Watch into the ground. Under his management, Judicial Watch has lost nearly EVERY case it has been involved with since Klayman's departure. Further, they have lost key clientele, such as Hillary Clinton's nemesis Peter Paul, and allowed finances and the organization to deteriorate, so much so that it has been estimated that in the three years since Larry Klayman's departure, the original $16 million has been cut approximately in half! **Please support my mission to restore Judicial Watch to greatness! We need your prayers and financial support!**

---

❏ **Please send your gift to Larry Klayman dba Saving Judicial Watch!!!**

❏ $25    ❏ $50    ❏ $100
❏ $500    ❏ $1,000    ❏ $2,000
❏ $5,000    ❏ $_____Other

*Gifts are not tax-deductible.*

Name:_____

Address:_____

City, State, ZIP:_____

❏ Check enclosed

❏     ❏     ❏    ❏ 

Credit Card #:_____

Signature:_____ Exp. Date:___/___

Please send your gift to:

**Larry Klayman dba
Saving Judicial Watch
Dept Code WT1211
1201 Pennsylvania Ave, Ste 300
Washington DC 20004**