# URGENT message from Larry Klayman:

## *Saving Judicial Watch*

Frank E Klappert
25514 87th Ave
Floral Park, NY  11001-1444

January 2, 2007

Dear Frank,

    The time has come for the truth to be told.  America's true conservatives and others who hold the rule of law dear to our nation's survival soon will learn how our previously snarling guard dog lost its teeth, how those who elevate themselves above the law no longer fear its bark.

    It's time to take the crucial next step in saving Judicial Watch, Inc., and again I ask for your help.

    First, Frank, I want to again thank you for supporting my effort to regain control of this once-vital organization.  I can't tell how much it means to have you at my side during this lawsuit to keep Judicial Watch from being destroyed.

    I'm happy to report the initial stage is nearly complete.  Now the lawsuit to save Judicial Watch will enter the costly discovery phase.

    It will be expensive to gather the evidence and videotape the depositions.  But the price of discovery will be worth paying in order to present factual evidence before the court in order to set Judicial Watch free.

    Frank, once more I must call on you to assure we have the resources to make the most out of this crucial phase.  So let me again state my case:

    Judicial Watch's present sad state is an absolute travesty!  I can say that because, as you know, I conceived, developed and headed the once-vibrant and honest organization, serving as its successful chairman and general counsel.

    You know how under my guidance the little non-profit

(please turn page ...)

18926

grew strong to become an awesome force that achieved considerable success in the ongoing fight to return ethics to America's government and legal system.

Sadly Judicial Watch has weakened, ethically and otherwise during the three years since I left. It no longer is a power to be reckoned with in Washington, D.C. And people no longer respect it for taking principled stands, without regard to politics or fundraising expediency.

That's truly regrettable, because as an attorney with the U.S. Justice Department and then in private practice, I've come to see the political and legal establishment considers itself "above the law!"

When I stepped away from my private law firm in 1994 to create Judicial Watch as the "People's True Independent Counsel," the White House was inhabited by Bill and Hillary Clinton, the Bonnie and Clyde of American politics. These two unscrupulous lawyers violated or twisted the law in one scandal after another -- from Chinagate, which I uncovered at Judicial Watch, to Filegate, to Travelgate, to IRSgate and a host of others which you remember well. You may remember how I brought lawsuits over all of them.

Yet the Clintons slivered off, like the snakes they are! Why? Because the political and legal establishment takes care of its own. All are members of the same club, regardless of party.

So to set up a "Judicial Watch" right inside our government, I ran for the U.S. Senate in 2003. To clean up the corruption that lets wrongdoers off the hook, I had to step down as chairman and general counsel.

My colleagues promised me they would bring in someone qualified to take over as chairman, but this never happened. Instead, control was seized by Tom Fitton, who's at a distinct disadvantage for **not being a lawyer**. In fact, he even **lied to me** about being a college graduate. **It's like trying to be an airline pilot without first having gone to flight school.**

Fitton, Judicial Watch's current president, feared my possible return and worked hard to block it. Evidence shows he sought to harm both my U.S. Senate campaign and the wellbeing of my family and me. It's obvious his intent was to bring me to my financial knees so I'd be too weak to ever come back.

But that's not going to happen, not with your continued
(go on to next page, please ...)

financial support. Together we've got to see this expensive legal action to a successful completion, because that's the only way to restore this organization to its bright promise.

Under Fitton's ineptitude, Judicial Watch has staggered far down a dishonest and destructive road. His lack of scruples showed right from the start:

More than a month after I left, Fitton sent out direct mail to supporters with my name on it, giving the false impression I was still chairman and general counsel. In subsequent fundraising letters, he gave the false impression that Judicial Watch would have to lay off a lot of staff unless it immediately raised a lot of money.

Then there's the issue of buying a building. Before leaving I helped generate almost $1.2 million toward that goal, but the building wasn't purchased as promised. Still, monthly newsletters gave supporters the false impression it had been bought, even publishing a photo of a plaque listing building-fund contributors.

It took repeated complaints to make Fitton finally own up to the fact a building had yet to be purchased!

You also know how Fitton disparaged me and sought to hurt my reputation, creating the false impression I left for some reason other than to run for the Senate. TV networks were told not to have me discuss anything Judicial Watch was doing. He also removed nearly all references to my name and gave me absolutely no credit for founding and successfully running the organization for almost a decade.

Far worse, Fitton shut down Judicial Watch's radio and television shows, reducing its educational activities, reach and reputation. He further allowed field offices to atrophy and decline. Three years later, it's mostly just a bunch of empty offices.

Without a knowledgeable general counsel or experienced lawyers, Judicial Watch has lost nearly every case I filed. Yet in the face of an unprecedented string of defeats, Fitton crows about his "successes."

After Judicial Watch was fired by Peter Paul, a major pain to Hillary Clinton's presidential plans, Fitton promoted the misleading impression he was still a client. And Fitton did the same with the Minuteman Civil

(please turn page ...)

Defense Corps until told to stop his misleading statements.

Worst of all, it appears that assets have dwindled from more than $16 million on hand when I left to about half that. Judicial Watch is now in jeopardy of going under.

Judicial Watch is too important to America for me to sit on the sidelines and watch it be destroyed. I cannot and will not allow this to happen.

To save this once-vital yet now-hijacked organization, Judicial Watch must be taken out of Fitton's hands. That necessitates the lawsuit.

Success may well cost close to $1 million. To be honest, I won't be able to save the most important public interest group ever conceived without the generous help of patriotic conservatives like you.

With scandal engulfing Washington and the nation, with our way of life threatened by ever worsening government corruption, you and your family need a healthy and strong Judicial Watch! Will you again help me save it?

As the Clintons prepare to retake the White House, as bi-partisan government and legal corruption continues, we must have a strong Judicial Watch to act aggressively and quickly -- like when I ran the organization.

So please help get at the truth during this discovery phase. Place a large gift in the enclosed envelop so we, together, can retake Judicial Watch and keep it from being destroyed.

Thank you and God Bless,

*Larry Klayman*

Larry Klayman
Founder of Judicial Watch and
Former Chairman and General Counsel

P.S. Take a moment, if you will, to think what it would mean to you, to your loved ones, to all of America for Judicial Watch to be restored to prominence under skilled and responsible leadership. Then smile, because you have participated in one of the most important actions ever taken to preserve our country for our children and grandchildren. Now think what it will mean if Judicial Watch isn't restored, and consider what the difference is worth. Isn't that worth your continued support?