# URGENT message from Larry Klayman:

Mario Calabrese
Investigator
Judicial Watch, Inc.
1425 South Eads Street, Box 802
Arlington, Virginia  22202

January 29, 2007

Dear Mr. Calabrese,

**Corruption obviously still is rampant!  It was a deciding factor in November's election -- and how ironic that corruption helped put the Democrats in control of the U.S. Senate and House of Representatives.**

**With the Clintons poised to recapture the White House and Congress as corrupt as ever, more than ever America needs a watchdog with bite!**

Not just asleep, the guard dog has deserted its post! No longer is there any bite to Judicial Watch, Inc.  Those who are corrupt don't fear its bark.

I can state that fact because I conceived, developed and headed Judicial Watch.  And you may know me as its successful former chairman and general counsel.

After many years of legal practice in Washington, D.C., I founded Judicial Watch 12 years ago because I had seen that the Justice Department, where I had worked as a young lawyer, no longer represented the interests of the people.  Instead, the Justice Department had become the tool of the Washington establishment, which feathers its own nest at the expense of the rest of us.

The corrupt and powerful, with money and political influence, would get off scott free, while ordinary folk would get the shaft. From Watergate to Chinagate to the current scandals, there was no justice for the American people.

So in 1994 I conceived of Judicial Watch to be the people's "True Independent Counsel."

The founding of Judicial Watch was a milestone in American history. It was the realization of what one of our founding fathers and later great American President John Adams had said a few days before signing the Declaration of Independence in 1776 in my birthplace of Philadelphia: "Without ethics, morality and religion, there will be no lasting liberty."

Based on principles and a fearless determination to do what was right, regardless of the professional and personal cost to me, the little non-profit grew strong under my guidance to become an awesome force that achieved considerable success in the ongoing fight

(over, please ...)

to return ethics to America's government and legal system.  The prestigious National Journal called me a "major force in Washington" and "the leading public interest litigator at this time."

In the fall of 2003, I left Judicial Watch to take the fight for ethical government inside the government itself, like a Trojan horse.  My idea was to set up a law firm right inside the U.S. Senate itself to complement what Judicial Watch was doing from the outside -- in effect a one-two punch.

I ran for the U.S. Senate from my home state of Florida. After the campaign, I later returned to private practice, doing many of the same things I did as chairman and general counsel of Judicial Watch.

However, I always intended to have Judicial Watch remain strong, because it was the only organization which had the guts to take on the powers of a dishonest government without fear.

Now, more than ever, America needs a healthy and strong Judicial Watch.  Will you help me regain control?

As a supporter of honesty in U.S. government, I need your immediate help!  Our nation must have this watchdog snarling again! Let's sharpen its teeth, then sink them into corruption!

During the three years since I left, Judicial Watch sadly has weakened, ethically and otherwise.  It no longer is a power to be reckoned with in Washington, D.C.

That's truly regrettable, because as an attorney with the U.S. Justice Department and then in private practice, I've come to see that the political and legal establishment considers itself to be untouchable from scrutiny.

Judges would make decisions not on the basis of the merits of a case, but how it could advance their careers.  Lawyers would frequently bend the truth and lie to get a desired result.  Politicians, all the while, were stuffing money into their pockets from big contributors who wanted to buy legislative results.

In effect, our nation had become a Sodom and Gomorrah, not unlike what is written about in the Book of Isaiah, where God empowers the counsellors and judges to restore the faithful city of Jerusalem.  Something had to be done before, like Sodom and Gomorrah, our country and its freedom collapsed into a cesspool of corruption.

When Judicial Watch was created the White House was being inhabited by the Bonnie and Clyde of American politics, Bill and

(go on to the next page ...)

Hillary Clinton, who not coincidentally are lawyers.

They used every trick in their legal playbook to commit one scandal after another -- from Chinagate, which I uncovered at Judicial Watch, to Filegate, to Travelgate, to IRSgate and a host of others which you remember well.  I brought lawsuits over all of them.

No crime was beneath the Clintons.  They even pardoned hardened criminals on their way out the door in 2000 in exchange for political campaign contributions.  They literally trashed our sacred and hallowed White House and stole its furniture.

But while I was the only lawyer ever to get a finding that Bill Clinton had committed a crime -- when he violated the privacy of a woman, Kathleen Willey, he had harassed in the Oval Office -- the Republican-controlled Senate and the White House let them off the hook.

So too did the government independent counsels, who cynically told the press indictments would not be forthcoming because a Washington, D.C. jury -- presumably made up of Democratic voters -- would not convict them.

The Clintons rode off scott free and now, by all admissions of President George W. Bush and his dad, also a president, they are now great friends of the family, poised to re-enter the White House in 2008.  This tells you something about why I founded Judicial Watch.

The political and legal establishment takes care of itself.  They're all members of the same club.  There is not much difference when it comes to business as usual between the Democratic and Republican Party establishment.  This is why voters in the last election made government corruption the No. 1 issue.

After the Republicans took over the White House in 2000, you know I held them accountable as well.

In 2003, I decided to run for a U.S. Senate seat in my home state of Florida. My idea was to set up a Judicial Watch right inside our government.

In this way, I could not only clean up corruption in the Senate, which let the Clintons and others off the hook, but also use its subpoena and other powers to be like a Trojan Horse and clean up government from within.

So, with a lot of thought, I stepped down as chairman and general counsel with the intention of having a distinguished lawyer fill my role so Judicial Watch could remain the leading public-interest ethics watchdog.

My colleagues that I left behind at Judicial Watch promised me they would bring in someone to take over as chairman.  But this

(over please ...)

did not happen.  Instead, they seized control of Judicial Watch for their own interests.

While I tried to be supportive of my former colleagues after I left, regrettably one of them in particular, Tom Fitton, Judicial Watch's current president, feared my possible return and has used every dirty trick to block it.

Let me back this up with evidence:

## Misusing my good name for false fundraising . . .

More than lying to donors and misusing their donations, Fitton did everything he could to harm both my U.S. Senate campaign and the wellbeing of my family and me.

First, more than one month after I left Judicial Watch, Fitton sent out direct mail to supporters with my name on it to solicit monies. It gave the false impression I was still chairman and general counsel.

This obviously not only confused supporters like you, but hurt my then nascent U.S. Senate campaign, since I was in effect competing with myself.  This was not an honest thing to do.

Then, in later fundraising letters, Fitton gave the false impression that unless Judicial Watch raised a lot of money real fast, it would have to consider laying off a lot of its staff.  This, too, was false, since at that time Judicial Watch was blessed with over $16 million dollars in assets, with millions more in the pipeline.

In particular, there is the issue of Judicial Watch's buying a building.  Before I left Judicial Watch, we sent out fundraising letters, along with a video, to raise money to buy our building, which had become historic with all of the successes we had there over the years.

But after I left, Fitton and company did not buy the building as promised, instead keeping the money for some other purpose. Almost $1.2 million was raised as a result.

When I asked frequently what was done with the money and why a building had not been purchased, I got no response.  In effect I was told to mind my own business.

However, throughout this period Fitton gave supporters and donors the impression in monthly newsletters that a building had been purchased, publishing a photo of a plaque listing the contributors to the building fund.

When I complained again, Fitton finally owned up to the fact a building had not been purchased.  He claimed a great effort was still under way to raise the funds needed.

But you and I both know this is false, because we cannot point
(go on to the next page ...)

to any fundraising letters since I left which asked for additional
monies to buy the building.

And, most importantly, the owner of the building, Bob Wolpe,
recently told me he had not even once been contacted by Fitton, or
anyone else at Judicial Watch, to buy the building after I left in
the fall of 2003!

What's more, during this period Fitton allowed Robert G. Mills to
remain as head of the high-dollar fundraising department -- a person I
later learned with a shady fundraising past. Along with Fitton, Mills
misrepresented to donors that a building was being purchased.

I urged Fitton to investigate Mills and if necessary dismiss
him, but to this day Mills is still there.

## Misrepresented my reason for leaving . . .

Second, there is the way Fitton has disparaged me and hurt my
reputation. When supporters and others would call Judicial Watch and
ask how to reach me, they were told no one knew where I was.

When people asked why I had left, frequently they were told
the reasons were confidential. That created the false impression I
left for some reason other than to run for the U.S. Senate, thus
casting a negative light on me.

In addition, Fitton told the networks not to have me on TV
shows to discuss anything Judicial Watch was doing. He even had
his lawyer threaten me, without any legal basis, not to say I was
its founder, falsely claiming this would infringe the Judicial
Watch trademark -- which I had created!

And if you look back at the publicity which Fitton has
generated since I left, he removed nearly all references to me
and gave me no credit for founding and successfully running the
organization for about 10 years. It became so ludicrous that many
supporters would call me and complain.

In effect, Judicial Watch became Fitton's own little toy, and
no one else was to get any real credit for its work. This was sad
and counterproductive, because when I left I had urged Fitton to
bring in an experienced chairman to replace me, someone like my
friend and colleague former Congressman Bob Barr who worked with
me during the impeachment of Bill Clinton.

But Fitton didn't want to "share" Judicial Watch with
anyone of greater stature. Ironically, shortly before I left
Judicial Watch I learned Fitton never graduated from college -
- despite telling me he had when I hired him years earlier. This
concerned me, not only because Fitton had lied, but also because
it compounded his disadvantage in running the organization since

(over please ...)

he also is not a lawyer. That's why someone like Bob Barr was so important to bring onboard.

Then the situation got even worse!

## Misplaced national focus and purpose . . .

Third, Judicial Watch's radio and television shows were shut down by Fitton, reducing its educational activities, reach and reputation. And because he and others infrequently visited the field offices and did not spend time developing them, they have been allowed to atrophy and decline.

The Los Angeles Western Regional office now has one fulltime employee, a secretary, despite a very large overhead. The same is true for the Southern Regional Office in Miami, and the Midwestern Regional Office in Chicago was completely shut down. The very productive Dallas office has been shut down and its staff let go. This is just to name a few of the six I had opened and spent considerable time developing.

Indeed, I had hoped to make Judicial Watch into a force nationwide that could counter and defeat groups like the ACLU, which is national in scope. But three years later, Judicial Watch is mostly just a bunch of empty shell offices eating up monies but doing little work.

Then there is the work itself. Because Fitton and company failed to replace me with a knowledgeable general counsel or hire experienced lawyers, the group has lost nearly ever case I filed. The latest losses involve Gennifer Flowers' case and the suit against Jesse Jackson.

In short, my former group has racked up an unprecedented string of defeats, unique even given the high profile and politically based nature of the cases involved. But while losing nearly every case, Fitton continues to crow about Judicial Watch's "successes."

To add insult to injury, Judicial Watch was fired by Peter Paul, a major client who is a thorn in the side of Hillary Clinton. Even then, Fitton again gave a misleading impression in direct mail solicitations that the organization was still involved with Paul.

And he did the same thing with the Minutemen, creating the false impression Judicial Watch represented this anti-illegal immigrant group. It got so bad the Minutemen had to tell Fitton to stop the misleading statements.

## Melted away Judicial Watch finances . . .

Fourth, and as a result of all of this, Judicial Watch's finances

(go on to the next page ...)

have been harmed.  I estimate the more than $16 million dollars I left the organization in assets is now down to about half that amount.

Without any real successes or initiatives, other than self promotion, it's no wonder Judicial Watch is in jeopardy of going out of business.  At this rate, it could have to shut its doors in three years.

This would be sad for the country, because we need a "True Independent Counsel" to fight for justice and the little guy against the powers of a dishonest government.

Last but not least, Fitton and company have tried to harm me and my family.  They failed to honor their severance agreement with me by not paying for my children's health insurance, by not issuing my last paycheck, by removing me as a guarantor from Judicial Watch's lease and by creating phony expenses I supposedly owed.

He did the same thing with other ex-employees, some of whom he forced out of Judicial Watch, because they were loyal to me.  He even ordered them not to speak with me while they were employed by Judicial Watch.  In effect, Fitton tried to bring me to my financial knees so I'd be too weak to ever come back.  He obviously feared losing control over the organization and felt he needed to destroy me to assure his position.

But Judicial Watch is too important for me to sit on the sidelines and watch it be destroyed.  I cannot and will not allow this to happen.

You and I have given too much to the survival of the group to allow this to happen, and the nation needs a Judicial Watch because our government's Justice Department will not carry out the will of the people.

## How to regain control of Judicial Watch . . .

I have tried to settle things amicably with Fitton over the last three years, but sadly this has not proved possible.  Thus, with great hesitation and thought, I am forced to bring a lawsuit against him and the organization.

A lawsuit?  Yes, it's the only way to save this once-vital yet now-hijacked organization.

Please carefully read the complaint at savingjudicialwatch.com.  It will be backed up every step of the way with evidence, which I have scrupulously marshaled.  The case was filed by a very prominent law firm -- Spector, Gadon & Rosen, located in my native birthplace of Philadelphia.

The suit has one goal: Save Judicial Watch by getting it out of the hands of Fitton.  To be successful, this legal battle must be

(over once more, please ...)

waged quickly and aggressively lest Judicial Watch be destroyed and cease to exist.

Its costs likely will be considerable.  Therefore I need your help with lawsuit's expenses.  I appeal to you as a supporter of me and Judicial Watch: Please donate as much as you can for this case.

To be frank, it will cost close to a million dollars to litigate it to a finish.  So I need to start fast in getting the funds to save the most important public interest group ever conceived.

With scandal engulfing Washington and the nation, and our way of life threatened by ever worsening government corruption, we need a healthy and strong Judicial Watch!  And the latest election results prove that the door is now wide open for the Clintons to retake the White House in 2008, increasing the likelihood of even more government corruption, to put it mildly.

When I succeed with this case, and Judicial Watch is restored to prominence under skilled and responsible leadership, you will have participated in one of the most important actions you have ever taken to preserve our country for our children and grandchildren.

Together, we can make our country the "shining city on a hill" that our hero, President Ronald Reagan, envisioned.  This is why I founded Judicial Watch, and this is why I will do everything in my power -- with your generous support -- to save it, so help me God!

Judicial Watch is an absolute necessity because the corrupt must be held to account under the rule of law!  Will you help me save it?

As the Clintons are poised to retake the White House, as bi-partisan government and legal corruption continues, we need a strong Judicial Watch to act aggressively and quickly -- like when I ran the organization.

I need your help now, before it is too late.  Please place a large contribution in the enclosed envelope so we, together, can retake Judicial Watch and prevent it from being destroyed.

Thank you and God Bless,

Larry Klayman
Founder of Judicial Watch and
Former Chairman and General Counsel

**Saving Judicial Watch, Inc., P.O. Box 131567, Houston, TX 77219-1567**

# *Saving* JUDICIAL WATCH

Mario Calabrese
Investigator
Judicial Watch, Inc.
1425 South Eads Street, Box 802
Arlington, Virginia 22202

AACNP1



## Yes, I want you to put TEETH back into Judicial Watch!

**Dear Larry:**

**Please press ahead with your efforts to bring Judicial Watch back safely under your control!**

**Together, let's get America's guard dog SNARLING again!   Here's my gift ...**

[ ] $10,000  [ ] $7,000  [ ] $5,000  [ ] $3,000
[ ] $2,000   [ ] $1,000  [ ] Other ($_____)
[ ] My check is enclosed & made payable to:
        Larry Klayman dba Saving Judicial Watch
        (contributions are not tax-deductible)
[ ] I prefer to give by [ ] Visa  [ ] MasterCard
Card #_____ Expires___/___

Signed _____

Larry Klayman



## www.SavingJudicialWatch.org

Saving Judicial Watch,  P.O. Box 131567, Houston, TX 77219-1567

**Saving Judicial Watch**
P.O. Box 131567
Houston, TX 77219-1567

**Paul Orfanedes**

| | |
|---|---|
| **From:** | Jill Farrell [jfarrell@judicialwatch.org] |
| **Sent:** | Monday, January 29, 2007 5:24 PM |
| **To:** | Tom Fitton; Brandon Millett; Chris Farrell; Paul Orfanedes; Steve Andersen; Susan Prytherch |
| **Subject:** | FW: Let's Put Teeth Back in Judicial Watch! |

-----Original Message-----
**From:** Jessica Echard [mailto:jessica@eagleforum.org]
**Sent:** Monday, January 29, 2007 5:12 PM
**To:** 'Jill Farrell'
**Subject:** FW: Let's Put Teeth Back in Judicial Watch!

Not to ruin your day, but I wanted to make sure you saw this.

One big . . . fat . . . collective UGH!

**From:** Larry Klayman [mailto:listupdate@ru-lists.com]
**Sent:** Monday, January 29, 2007 4:57 PM
**To:** jessica@eagleforum.org
**Subject:** Let's Put Teeth Back in Judicial Watch!

# URGENT message from Larry Klayman:

January 29, 2006

Dear Jessica,

　**Corruption obviously still is rampant!  It was a deciding factor in November's election -- and how ironic that corruption helped put the Democrats in control of the U.S. Senate and House of Representatives.**

　**With the Clintons poised to recapture the White House and Congress as corrupt as ever, more than ever America needs a watchdog with bite!**

　Not just asleep, the guard dog has deserted its post!  No longer is there any bite to Judicial Watch, Inc.  Those who are corrupt don't fear its bark.

　I can state that fact because I conceived, developed and headed Judicial Watch. And you may know me as its successful former chairman and general counsel.

　After many years of legal practice in Washington, D.C., I founded Judicial Watch 12 years ago because I had seen that the Justice Department, where I had worked as a young lawyer, no longer represented the interests of the people.  Instead, the Justice Department had become the tool of the Washington establishment, which feathers its own nest at the expense of the rest of us.

　The corrupt and powerful, with money and political influence, would get off scott free, while ordinary folk would get the shaft.  From Watergate to Chinagate to the current scandals, there was no justice for the American people.

So in 1994 I conceived of Judicial Watch to be the people's "True Independent Counsel."

The founding of Judicial Watch was a milestone in American history. It was the realization of what one of our founding fathers and later great American President John Adams had said a few days before signing the Declaration of Independence in 1776 in my birthplace of Philadelphia: "Without ethics, morality and religion, there will be no lasting liberty."

Based on principles and a fearless determination to do what was right, regardless of the professional and personal cost to me the little non-profit grew strong under my guidance to become an awesome force that achieved considerable success in the ongoing fight to return ethics to America's government and legal system. The prestigious National Journal called me a "major force in Washington" and "the leading public interest litigator at this time."

In the fall of 2003, I left Judicial Watch to take the fight for ethical government inside the government itself, like a Trojan horse. My idea was to set up a law firm right inside the U.S. Senate itself to complement what Judicial Watch was doing from the outside -- in effect a one-two punch.

I ran for the U.S. Senate from my home state of Florida. After the campaign, I later returned to private practice, doing many of the same things I did as chairman and general counsel of Judicial Watch.

However, I always intended to have Judicial Watch remain strong, because it was the only organization which had the guts to take on the powers of a dishonest government without fear. Now, more than ever, America needs a healthy and strong Judicial Watch. Will you help me regain control?

As a supporter of honesty in U.S. government, I need your immediate help! Our nation must have this watchdog snarling again! Let's sharpen its teeth, then sink them into corruption!

During the three years since I left, Judicial Watch sadly has weakened, ethically and otherwise. It no longer is a power to be reckoned with in Washington, D.C.

That's truly regrettable, because as an attorney with the U.S. Justice Department and then in private practice, I've come to see that the political and legal establishment considers itself to be untouchable from scrutiny.

Judges would make decisions not on the basis of the merits of a case, but how it could advance their careers. Lawyers would frequently bend the truth and lie to get a desired result. Politicians, all the while, were stuffing money into their pockets from big contributors who wanted to buy legislative results.

In effect, our nation had become a Sodom and Gomorrah, not unlike what is written about in the Book of Isaiah, where God empowers the counsellors and judges to restore the faithful city of Jerusalem. Something had to be done before, like Sodom and Gomorrah, our country and its freedom collapsed into a cesspool of corruption.

When Judicial Watch was created the White House was being inhabited by the Bonnie and Clyde of American politics, Bill and Hillary Clinton, who not coincidentally are lawyers.

They used every trick in their legal playbook to commit one scandal after another -- from Chinagate, which I uncovered at Judicial Watch, to Filegate, to Travelgate, to IRSgate and a host of others which you remember well. I brought lawsuits over all of them.

No crime was beneath the Clintons. They even pardoned hardened criminals on their way out the door in 2000 in exchange for political campaign contributions. They literally trashed our sacred and hallowed White House and stole its furniture.

But while I was the only lawyer ever to get a finding that Bill Clinton had committed a crime -- when he violated the privacy of a woman, Kathleen Willey, he had harassed in the Oval Office -- the Republican-controlled Senate and

1/30/2007

the White House let them off the hook.

So too did the government independent counsels, who cynically told the press indictments would not be forthcoming because a Washington, D.C. jury -- presumably made up of Democratic voters -- would not convict them.

The Clintons rode off scott free and now, by all admissions of President George W. Bush and his dad, also a president, they are now great friends of the family, poised to re-enter the White House in 2008. This tells you something about why I founded Judicial Watch.

The political and legal establishment takes care of itself. They're all members of the same club. There is not much difference when it comes to business as usual between the Democratic and Republican Party establishment. This is why voters in the last election made government corruption the No. 1 issue.

After the Republicans took over the White House in 2000, you know I held them accountable as well.

In 2003, I decided to run for a U.S. Senate seat in my home state of Florida. My idea was to set up a Judicial Watch right inside our government.

In this way, I could not only clean up corruption in the Senate, which let the Clintons and others off the hook, but also use its subpoena and other powers to be like a Trojan Horse and clean up government from within.

So, with a lot of thought, I stepped down as chairman and general counsel with the intention of having a distinguished lawyer fill my role so Judicial Watch could remain the leading public-interest ethics watchdog.

My colleagues that I left behind at Judicial Watch promised me they would bring in someone to take over as chairman. But this did not happen. Instead, they seized control of Judicial Watch for their own interests.

While I tried to be supportive of my former colleagues after I left, regrettably one of them in particular, Tom Fitton, Judicial Watch's current president, feared my possible return and has used every dirty trick to block it.

Let me back this up with evidence:

## Misusing my good name for false fundraising . . .

More than lying to donors and misusing their donations, Fitton did everything he could to harm both my U.S. Senate campaign and the wellbeing of my family and me.

First, more than one month after I left Judicial Watch, Fitton sent out direct mail to supporters with my name on it to solicit monies. It gave the false impression I was still chairman and general counsel.

This obviously not only confused supporters like you, but hurt my then nascent U.S. Senate campaign, since I was in effect competing with myself. This was not an honest thing to do.

Then, in later fundraising letters, Fitton gave the false impression that unless Judicial Watch raised a lot of money real fast, it would have to consider laying off a lot of its staff. This, too, was false, since at that time Judicial Watch was blessed with over $16 million dollars in assets, with millions more in the pipeline.

In particular, there is the issue of Judicial Watch's buying a building. Before I left Judicial Watch, we sent out fundraising letters, along with a video, to raise money to buy our building, which had become historic with all of the successes we had there over the years.

But after I left, Fitton and company did not buy the building as promised, instead keeping the money for some other purpose. Almost $1.2 million was raised as a result.

1/30/2007

When I asked frequently what was done with the money and why a building had not been purchased, I got no response. In effect I was told to mind my own business.

However, throughout this period Fitton gave supporters and donors the impression in monthly newsletters that a building had been purchased, publishing a photo of a plaque listing the contributors to the building fund.

When I complained again, Fitton finally owned up to the fact a building had not been purchased. He claimed a great effort was still under way to raise the funds needed.

But you and I both know this is false, because we cannot point to any fundraising letters since I left which asked for additional monies to buy the building.

And, most importantly, the owner of the building, Bob Wolpe, recently told me he had not even once been contacted by Fitton, or anyone else at Judicial Watch, to buy the building after I left in the fall of 2003!

What's more, during this period Fitton allowed Robert G. Mills to remain as head of the high-dollar fundraising department -- a person I later learned with a shady fundraising past. Along with Fitton, Mills misrepresented to donors that a building was being purchased.

I urged Fitton to investigate Mills and if necessary dismiss him, but to this day Mills is still there.

## Misrepresented my reason for leaving . . .

Second, there is the way Fitton has disparaged me and hurt my reputation. When supporters and others would call Judicial Watch and ask how to reach me, they were told no one knew where I was.

When people asked why I had left, frequently they were told the reasons were confidential. That created the false impression I left for some reason other than to run for the U.S. Senate, thus casting a negative light on me.

In addition, Fitton told the networks not to have me on TV shows to discuss anything Judicial Watch was doing. He even had his lawyer threaten me, without any legal basis, not to say I was its founder, falsely claiming this would infringe the Judicial Watch trademark -- which I had created!

And if you look back at the publicity which Fitton has generated since I left, he removed nearly all references to me and gave me no credit for founding and successfully running the organization for about 10 years. It became so ludicrous that many supporters would call me and complain.

In effect, Judicial Watch became Fitton's own little toy, and no one else was to get any real credit for its work. This was sad and counterproductive, because when I left I had urged Fitton to bring in an experienced chairman to replace me, someone like my friend and colleague former Congressman Bob Barr who worked with me during the impeachment of Bill Clinton.

But Fitton didn't want to "share" Judicial Watch with anyone of greater stature. Ironically, shortly before I left Judicial Watch I learned Fitton never graduated from college -- despite telling me he had when I hired him years earlier. This concerned me, not only because Fitton had lied, but also because it compounded his disadvantage in running the organization since he also is not a lawyer. That's why someone like Bob Barr was so important to bring onboard.

Then the situation got even worse!

## Misplaced national focus and purpose . . .

Third, Judicial Watch's radio and television shows were shut down by Fitton, reducing its educational activities,

reach and reputation. And because he and others infrequently visited the field offices and did not spend time developing them, they have been allowed to atrophy and decline.

The Los Angeles Western Regional office now has one fulltime employee, a secretary, despite a very large overhead. The same is true for the Southern Regional Office in Miami, and the Midwestern Regional Office in Chicago was completely shut down. The very productive Dallas office has been shut down and its staff let go. This is just to name a few of the six I had opened and spent considerable time developing.

Indeed, I had hoped to make Judicial Watch into a force nationwide that could counter and defeat groups like the ACLU, which is national in scope. But three years later, Judicial Watch is mostly just a bunch of empty shell offices eating up monies but doing little work.

Then there is the work itself. Because Fitton and company failed to replace me with a knowledgeable general counsel or hire experienced lawyers, the group has lost nearly ever case I filed. The latest losses involve Gennifer Flowers' case and the suit against Jesse Jackson.

In short, my former group has racked up an unprecedented string of defeats, unique even given the high profile and politically based nature of the cases involved. But while losing nearly every case, Fitton continues to crow about Judicial Watch's "successes."

To add insult to injury, Judicial Watch was fired by Peter Paul, a major client who is a thorn in the side of Hillary Clinton. Even then, Fitton again gave a misleading impression in direct mail solicitations that the organization was still involved with Paul.

And he did the same thing with the Minutemen, creating the false impression Judicial Watch represented this anti-illegal immigrant group. It got so bad the Minutemen had to tell Fitton to stop the misleading statements.

## Melted away Judicial Watch finances . . .

Fourth, and as a result of all of this, Judicial Watch's finances have been harmed. I estimate the more than $16 million dollars I left the organization in assets is now down to about half that amount.

Without any real successes or initiatives, other than self promotion, it's no wonder Judicial Watch is in jeopardy of going out of business. At this rate, it could have to shut its doors in three years.

This would be sad for the country, because we need a "True Independent Counsel" to fight for justice and the little guy against the powers of a dishonest government.

Last but not least, Fitton and company have tried to harm me and my family. They failed to honor their severance agreement with me by not paying for my children's health insurance, by not issuing my last paycheck, by removing me as a guarantor from Judicial Watch's lease and by creating phony expenses I supposedly owed.

He did the same thing with other ex-employees, some of whom he forced out of Judicial Watch, because they were loyal to me. He even ordered them not to speak with me while they were employed by Judicial Watch. In effect, Fitton tried to bring me to my financial knees so I'd be too weak to ever come back. He obviously feared losing control over the organization and felt he needed to destroy me to assure his position.

But Judicial Watch is too important for me to sit on the sidelines and watch it be destroyed. I cannot and will not allow this to happen.

You and I have given too much to the survival of the group to allow this to happen, and the nation needs a Judicial Watch because our government's Justice Department will not carry out the will of the people.

1/30/2007

## How to regain control of Judicial Watch . . .

I have tried to settle things amicably with Fitton over the last three years, but sadly this has not proved possible. Thus, with great hesitation and thought, I am forced to bring a lawsuit against him and the organization.

A lawsuit? Yes, it's the only way to save this once-vital yet now-hijacked organization.

Please carefully read the complaint at savingjudicialwatch.com. It will be backed up every step of the way with evidence, which I have scrupulously marshaled. The case was filed by a very prominent law firm -- Spector, Gadon & Rosen, located in my native birthplace of Philadelphia.

The suit has one goal: Save Judicial Watch by getting it out of the hands of Fitton. To be successful, this legal battle must be waged quickly and aggressively lest Judicial Watch be destroyed and cease to exist.

Its costs likely will be considerable. Therefore I need your help with lawsuit's expenses. I appeal to you as a supporter of me and Judicial Watch: Please click here donate as much as you can for this case.

To be frank, it will cost close to a million dollars to litigate it to a finish. So I need to start fast in getting the funds to save the most important public interest group ever conceived.

With scandal engulfing Washington and the nation, and our way of life threatened by ever worsening government corruption, we need a healthy and strong Judicial Watch! And the latest election results prove that the door is now wide open for the Clintons to retake the White House in 2008, increasing the likelihood of even more government corruption, to put it mildly.

When I succeed with this case, and Judicial Watch is restored to prominence under skilled and responsible leadership, you will have participated in one of the most important actions you have ever taken to preserve our country for our children and grandchildren.

Together, we can make our country the "shining city on a hill" that our hero, President Ronald Reagan, envisioned. This is why I founded Judicial Watch, and this is why I will do everything in my power -- with your generous support -- to save it, so help me God!

Judicial Watch is an absolute necessity because the corrupt must be held to account under the rule of law! Will you help me save it?

As the Clintons are poised to retake the White House, as bi-partisan government and legal corruption continues, we need a strong Judicial Watch to act aggressively and quickly -- like when I ran the organization.

I need your help now, before it is too late. Please click here to donate online or place your check in an envelope and send it to the address below. Together, we can retake Judicial Watch and prevent it from being destroyed.

Thank you and God Bless,

Larry Klayman

Founder of Judicial Watch and

Former Chairman and General Counsel

**Saving Judicial Watch, Inc., P.O. Box 131567, Houston, TX 77219-1567**