# Larry Klayman

February 7, 2007

Mr Ron Tanciar
17611 Hilldale Dr
Macomb, MI 48044-2094

Dear Ron:

As you know, with your help I sued Tom Fitton, the current president of Judicial Watch, for unethical practices that threaten the existence of this once great organization, and have harmed me and my family.

I took this course of action only after trying for two years to resolve matters with Mr. Fitton.

But he refused and has hijacked Judicial Watch.

Ron, it really grieves me he's turning Judicial Watch into a hapless, toothless tiger off on joy rides having little to nothing to do with the reasons I founded it -- to clear up corruption in the governmental and legal systems.

And he's also misused donor monies and squandered Judicial Watch's considerable resources to the point that if we do not step in now, the organization will likely cease to exist in a few years.

Just a few days ago, the court ruled against Tom Fitton in our favor!

You see, Fitton and his band of ethically compromised directors tried to have our case dismissed.

But the court said no and ordered the suit go forward full steam ahead.

Most importantly, the court ruled that if we win -- and you, Ron, know that this is only a matter of hard work and time -- I will be able to reassume control of Judicial Watch as its Chairman and General Counsel.

Quite frankly, the court's 48 page opinion favored us and shot down every one of Tom Fitton's protests -- allowing the

(please turn page. . .)

12607

case to go forward! You can see it at www.SavingJudicialWatch.org.

I'm so grateful you've given me your support in the past. Please continue to stand with me now so Judicial Watch can once again be on your side.

Your support will be crucial to restoring Judicial Watch as the premier ethics watchdog in the nation.

During my tenure as founder and Chairman and General Counsel of Judicial Watch I was the only attorney able to get the courts to find Bill Clinton liable for a crime; the crime he committed against one of the many women he harassed -- Kathleen Willey -- by illegally releasing her government files to smear her.

Now, as Hillary Clinton has decided to run for President, and as her "lovely" husband Bill seeks to become the "First Man", a forceful Judicial Watch, run by adults with law degrees, is necessary to take the Clintons and other corrupt politicians, lawyers and judges on again.

As you know, one of the allegations of our complaint hinges on the hard fact that Tom Fitton is not a lawyer and thus should not be running Judicial Watch.

In fact, shortly before I left Judicial Watch to run for the U.S. Senate in Florida, I learned that Fitton, contrary to the false representations he made to me when I hired him, had not even graduated from college.

But this is not my only complaint. . .

. . . Under Fitton Judicial Watch has been run into the ground through his unethical fundraising practices and his lack of desire to file hard-hitting cases against corrupt politicians, judges and lawyers.

How sad it is that three years after I left Judicial Watch it's become little more than a website which boasts frequently of the many appeals it has to file thanks to having lost the cases which I left for it to pursue.

More than lying to donors and misusing their donations, Fitton did everything he could to harm both my U.S. Senate campaign and the wellbeing of my family and me.

Fitton sent out direct mail to supporters with my name on

(go on to next page, please. . .)

it to solicit monies *after* I had left. It gave the false impression I was still chairman and general counsel.

This obviously not only confused supporters like you, but hurt my U.S. Senate campaign.

Then, Fitton gave the false impression that unless Judicial Watch raised a lot of money real fast, it'd have to lay off many people all the while sitting on $16 million dollars in assets, with millions more in the pipeline.

In particular, Fitton and company did not buy the building for which I raised $1.2 million, instead keeping the money for some other purpose.

However, throughout this period Fitton gave supporters and donors the impression in monthly newsletters that a building had been purchased, publishing a photo of a plaque listing the contributors to the building fund.

What's more, Fitton disparaged me and hurt my reputation. When supporters called Judicial Watch and asked how to reach me, they were told no one knew where I was.

When people asked why I had left, frequently they were told the reasons were confidential. That created the false impression I left for some reason other than to run for the U.S. Senate, thus casting a negative light on me.

In addition, Fitton told the networks not to have me on TV shows to discuss anything Judicial Watch was doing. He even had his lawyer threaten me, without any legal basis, not to say I was its founder, falsely claiming this would infringe the Judicial Watch trademark.

And if you look back at the publicity which Fitton has generated since I left, he removed nearly all references to me and gave me no credit for founding and successfully running the organization for about 10 years. It became so ludicrous that many supporters would call me and complain.

In short, victory is going to be on our side. The courts are giving me every indication of this.

With the return of the Clintons in particular, the nation and the world need a Judicial Watch run by me, who knows how to sink its teeth into the Clintons or any other corrupt

(over once more. . .)

government official.

Major corruption has returned to Washington in the years since I left to run for the U.S. Senate

It's time for Judicial Watch to be restored to greatness.

But frankly, I need your continued support.

I really hate to have to ask you for help again, Ron, but I see no choice.

The judge gave us a green light to proceed, and now I need your help for us to move forward to restoring Judicial Watch to its greatness.

We need it in place sinking its teeth into the Clintons once again. Won't you help, Ron?

Now that the court has shot down Fitton's attempt to have our case thrown out, we have him and his partners on the run.

Let's make sure we win and win big by having the financial resources to now go for the "knock out punch."

Thank you once again, Ron, for your previous support. I know I can count on you and others like you, to help with this final surge. With our victory, I will ensure that Judicial Watch will once again work for you.

I need your urgent help now as we want to proceed with discovery in a big way and push for a quick decision, before the Clintons are able to regain power.

Thank you and God Bless,

*Larry Klayman*
Larry Klayman
Founder of Judicial Watch and
Former Chairman and General Council

P.S. If there is any way you can send $50, or perhaps even $100, it'd put us in a great position. God bless you, Ron.

## Saving Judicial Watch

P.O. Box 131567, Houston, TX 77219-1567
www.SavingJudicialWatch.org

12607