# *Urgent memorandum from* Larry Klayman, Esq.

April 30, 2007

Re: Peter Paul joins me in taking on Tom Fitton and
    Saving Judicial Watch



Dear ▓▓▓▓:

    As the founder of Judicial Watch I could not stand by and let it fall victim to the ethical abuses of its current president, Tom Fitton.

    That's why, after a period of reflection and after I tried for three years to settle matters with him and his ethically challenged co-directors Paul Organedes and Christopher Farrell (the current Judicial Watch has only three directors and they are all also employed by the group), last May <u>I had no choice</u> but to bring suit to save the baby I had created.

    Yukino, in the period after I left Judicial Watch to run for the U.S. Senate from Florida, and its aftermath, Fitton and company had:

- misrepresented that it had bought a building from donor funds,

- squandered and misused other donor monies,

- failed to aggressively pursue the cases I had left it to prosecute against the Clintons and other corrupt politicians and judges,

- and turned the organization into little more than a website that boasts about the appeals it is forced to take after it loses most of its cases.

    To top this off, in the years since I left, Fitton has laid off most of the executive staff I had hired -- who were loyal to me and you -- and shut down nearly all of Judicial Watch's

(over, please. . .)

23150

Page 2

nationally syndicated television and radio shows.

So it's clear to me that Fitton and the other directors are, unless stopped, content to continue their ego driven road show until the money runs dry.

In short, <u>Judicial Watch -- so critical to fighting criminals like the Clintons -- is in jeopardy of dying unless I reassume control and reassert adult leadership that actually fights for honest government rather than merely engaging in empty public relations gimmicks</u>.

Now, the tide of battle has turned.

Because just recently, in a 48 page opinion the U.S. District Court for the District of Columbia ruled that I may regain control of Judicial Watch and fire Fitton and his comrades should I be successful in my lawsuit.

And thanks in part to you, a faithful partner of mine who has supported this lawsuit to save Judicial Watch, the court upheld my complaint, by denying Fitton's motion to dismiss! We could not have come this far without your generous financial help!

What's now happened is, that in addition to my lawsuit, <u>others have had to take legal action</u> against Fitton and his comrades.

For example, Louise Benson, a major donor who was ripped off by Fitton by being induced to make donations to buy the building Judicial Watch occupies, has filed a complaint for fraud and other unlawful fundraising acts in the Superior Court for the District of Columbia.

What's more, Sandra Cobas, former director of Judicial Watch's Southern Regional Office in Miami, has filed suit for defamation. Because she was smeared by Fitton over her Latin heritage. And she was falsely called a drug addict, trying to get her to leave Judicial Watch -- just because she was loyal to me.

And since Cobas was forced to leave, the directors of Judicial Watch's other regional offices in Los Angeles, Chicago, and Dallas were also let go or fired - merely because they were loyal to me.

You see, Fitton, a cocky, self-aggrandizing and albeit

(go on to next page, please. . .)

Page 3

dishonest kid who doesn't have a clue how to run Judicial Watch, feared someday I might return.

Ironically, he was right! Much like General Charles DeGaulle in World War II, I must return to liberate Judicial Watch from the hands of megalomaniacs who have hijacked the once great organization.

As you likely know, when I left Judicial Watch, Fitton and his comrades promised to fill my position as Chairman, but instead kept control for their own ends and never filled this position with an experienced lawyer who could lead the group.

But now, an even more potent lawsuit has been filed against Fitton and his co-director Paul Orfanedes.

Peter Paul has sued Fitton and company over fraudulent fundraising practices. Peter Paul was the most important of all Judicial Watch clients -- since he has the "goods" on Hillary Clinton, who aspires to be our next President!

In his complaint, Peter Paul alleges that Fitton engaged in the unauthorized practice of law, breached client fiduciary duties, abandoned his interests, stole copyrights and engaged in malpractice generally.

You can view Peter Paul's complaint, along with my own, at www.savingjudicialwatch.com.

Quite frankly, it reads like a criminal indictment.

Paul was conned into donating over $2 million to the 2000 Senate campaign of Hillary. However she and her campaign criminally did not report those donations to the Federal Election Commission.

But Judicial Watch abandoned Peter Paul's case when he demanded they hire competent counsel to represent him.

You see, Fitton and company violated their duties and responsibilities toward Paul. Yet even after they quit, they gave the false impression to donors that Judicial Watch was still representing him!

Now, as Hillary and her "lovely" husband Bill plot to retake

(over once more, please. . .)

Page 4

The White House in 2008, and as corruption in Washington rises even higher, a strong and ethical Judicial Watch is more important than ever!

I know this, Louise Benson knows this, Sandra Cobas knows this and Peter Paul knows this. They nor I stood by to allow Fitton and his comrades to run the baby I created into the ground and you helped to succeed.

Together you and I have achieved success after success when we were in control of Judicial Watch. Now I'm sticking my neck out to save Judicial Watch -- and your support has been the life-blood that is enabling me to successfully pull off its rescue.

But, as much as I hate to ask, I need your urgent help again! Because to prosecute the cases against Fitton and his comrades, it'll cost millions of dollars. Already, I've spent over $300,000. And our bank balance is zero!

But I know, with your continuing support, and that of other faithful friends, we will be successful!

And it'll be worth it. ████, you owe it to your children and grandchildren to have a strong, ethical Judicial Watch.

As John Adams, our second American president said just days before signing the Declaration of Independence in my hometown of Philadelphia, "without ethics, morality and religion there will be no lasting liberty!" And, this will surely come to pass if we no longer have a group like Judicial Watch, America's true independent counsel, of old to watch over us.

Thank you once again for your support. God Bless you and the ████ family. And God Bless America!

Sincerely yours,

*Larry Klayman*

Larry Klayman

P.S. ████, if you can send $50 or even $100 now it'll put us that much closer to saving Judicial Watch. Thank you once again for your help.

**Saving Judicial Watch** P.O. Box 131567, Houston, TX 77219-1567

**Dear Larry:**

Thank you for regaining control of **Judicial Watch**. I am thrilled we are well on the way to restoring Judicial Watch to its greatness. Here's my best gift to help you finish the job:

[ ] $10,000  [ ] $7,500  [ ] $5,000  [ ] $3,000  [ ] $2,000  [ ] $1,000  [ ] $500
[ ] $300  [ ] $100  [ ] $75  [ ] $50  [ ] $35  [ ] Other ($_____)
[ ] My check is enclosed. I understand the donation is a gift and not tax deductible.
[ ] I prefer to give by [ ] Visa [ ] MasterCard

Card # _____  Expires ___/___

My email _____  Signed _____

AIJW8
42969553

www.SavingJudicialWatch.org

Saving Judicial Watch

**Saving Judicial Watch**
P.O. Box 131567
Houston, TX 77219-1567

PLACE STAMP HERE