**Paul Orfanedes**

**From:** Tom Fitton [tfitton@judicialwatch.org]
**Sent:** Monday, May 07, 2007 9:27 AM
**To:** 'Richard W. Driscoll'; 'Paul Orfanedes'; 'Susan Prytherch'; 'Chris Farrell'; 'Steve Andersen'
**Subject:** FW: Please Help Us Save Judicial Watch!

-----Original Message-----
**From:** Larry Klayman [mailto:leklayman@bellsouth.net]
**Sent:** Monday, May 07, 2007 8:17 AM
**To:** Tom Fitton
**Subject:** Please Help Us Save Judicial Watch!

Dear Friend,

I wanted you to see the latest information on my battle to save Judicial Watch.

Larry Klayman

## "Fitton Accused By Judicial Watch Client of Unauthorized Practice of Law"



Quotes

### Client Accuses Judicial Watch of Misconduct

*...now the leaders of Judicial Watch are facing their own set of ethical questions from a former client who helped the conservative watchdog group make headlines. The allegations are outlined in a lawsuit filed in D.C. federal court by one-time Hollywood entrepreneur ... Peter F. Paul, who claims that Judicial Watch violated its ethical obligations during its representation of him and then misled donors about its work.*

### Help Larry Klayman Save Judicial Watch Before It is Destroyed By Fitton and Orfanedes!

**KLAYMAN SUES TO SAVE JUDICIAL WATCH**

JUDICIAL WATCH, under the leadership of Tom Fitton, has become a mere shell of the once proud organization which stood as the "True Independent Counsel" for the American people. In fact it has become a



5/23/2007

*"Everything they have accused the Clintons of, they are themselves guilty of in spades,"* Peter Paul says.

*...Last week, Paul filed a complaint with D.C. Bar Counsel against Judicial Watch lawyer Paul Orfanedes, contending that he allowed Judicial Watch President Tom Fitton, who is not a lawyer, to interfere in the legal strategy of his case. Paul is seeking more than $1 million in damages and fees....*

*Paul's suit against Judicial Watch, filed in February in the U.S. District Court for the District of Columbia, is just the latest challenge the group is facing. It is also defending a civil action filed by Larry Klayman, its founder and former director. Klayman claims that the organization defamed him and failed to uphold his severance agreement when he left in 2003 to run for a Florida Senate seat. Earlier this month, Judge Colleen Kollar-Kotelly ruled that most of Klayman's claims can go forward. "*

*In January, Louise Benson, a former Judicial Watch donor, also sued in a Florida state court over money she gave for a new building that the organization never built.*

*Klayman says the lawsuits are fighting "a pattern and practice by Tom Fitton and other directors to mislead donors."*

*Both Klayman and Paul are using the same lawyer, Daniel Dugan of Spector Gadon & Rosen, but maintain that they are not coordinating their litigation.*

*Fitton declined to discuss the cases, but he calls them a "nuisance." He says: "It's unfortunate that we have to be distracted in some part as a result of these lawsuits."*

*Judicial Watch agreed to foot Paul's legal bill and organize his criminal defense.*

*But there was still the problem of Judicial Watch's pledge to cover Paul's legal bills. In 2005, Fitton tried to get Paul to waive that commitment in exchange for $75,000. Paul declined and grew increasingly incensed that Judicial Watch continued to trumpet him in its fund-raising - as it did when the FEC fined the*

laughingstock. Rather than continue the successes on which JUDICIAL WATCH was built, Mr. Fitton and his team squandered the resources and prestige which had been established - resources provided by the generous donations of Americans just like you - to guarantee crucial oversight of those in government who would abuse their power and authority.

Former president Bill Clinton knows well the Judicial Watch led by Larry Klayman. Judicial Watch, under Mr. Klayman's leadership, won the only ruling EVER that Bill Clinton had committed a crime when he released government files of Kathleen Willey.

Today, Judicial Watch has been reduced to little more than a web site and a few pictures. Every indication is that today, the activities of the former watch dog organization are little more than meaningless schemes which have little to do fighting government corruption. Riding the past successes achieved under Mr. Klayman, today's Judicial Watch appears to be primarily interested in fundraising and little else.

### RETURNING JUDICIAL WATCH TO ITS FORMER STATURE IS SO CLOSE! BUT YOUR HELP IS NEEDED TO MAKE IT HAPPEN!

America needs a hard-hitting watchdog to stop the likes of the Clinton smear machine and the other politicians who act as if they are above the law. With Hillary Clinton running hard to return to the White House, the Clinton smear machine has stayed in high gear. America NEEDS the Judicial Watch of old back, and Larry Klayman is focused on doing just that!


Hillary Clinton & Peter Paul

SAVING JUDICIAL WATCH was formed by a concerned group of citizens, led by Larry Klayman, to support a legal suit brought against

*Clinton campaign that December.*

Tom Fitton and his collaborators who have all but destroyed Judicial Watch. With recent court rulings in favor of Klayman's positions, the salvation of JUDICIAL WATCH IS IN REACH! But this kind of legal action necessary for success takes lots of money. And without your help, JUDICIAL WATCH will continue to die a slow death.

Please consider how you can be a part of recreating the REAL citizen's watchdog -- Support SAVING JUDICIAL WATCH today!

Please send your gift to Larry Klayman dba Saving Judicial Watch!!!

**Click here to contribute:**

http://www.savingjudicialwatch.com/

**Or send your check to:**

**Larry Klayman dba**
**Saving Judicial Watch**
**Dept Code CNP**
**1201 Pennsylvania Ave., Ste 300**
**Washington DC 20004**
http://www.savingjudicialwatch.com/