ADVERTISEMENT

## SAVING JUDICIAL WATCH

# TOP TEN REASONS FITTON SHOULD BE REMOVED FROM JUDICIAL WATCH



*Larry Klayman, Founder, Judicial Watch*

Larry Klayman, the founder and former chairman of Judicial Watch has filed suit against the current officers and directors of this once great anti-government corruption watchdog because it is in danger of ceasing to exist. Specifically, Fitton and his other two directors Paul Orfanedes and Christopher Farrell have misled donors, misused their monies, abandoned key anti Clinton clients like Peter Paul, who could have brought Bill and Hillary Clinton to justice, and disparaged and harmed Klayman and his family to try to prevent Klayman from returning to Judicial Watch. As important, Fitton, who is not even a lawyer, never replaced Klayman when he stepped down as chairman to run for the U.S. Senate. Now, Larry Klayman is seeking to return to Judicial Watch to restore its grandeur and importance, particularly as the Clintons plan to retake control of The White House. It is crucial to have a potent and powerful Judicial Watch to bring the Clintons to justice, once and for all. To this end, as Klayman seeks to regain control of Judicial Watch – and the court has ruled that he can if successful at trial – Klayman's law firm, The Klayman Law Firm, has brought hard-hitting cases against the Clintons and other corrupt politicians and judges. See www.klaymanlaw.com.

**Ten:** Misled donors and did not purchase the building they promised to buy with their donations. A lawsuit, by a donor, Louise Benson, has already been filed and is progressing through the courts.

**Nine:** Used Klayman's name to raise money for Judicial Watch after Klayman left Judicial Watch to run for the Senate while disparaging Klayman with the media and others.

**Eight:** Falsely told donors that if they did not contribute heavily to Judicial Watch, it would have to lay off many employees, at a time when Klayman left Judicial Watch with nearly $20 million dollars in liquid and semi-liquid assets.

**Seven:** Allegedly attempted to hold himself out as an attorney and practice law on key Judicial Watch cases, such as the Peter Paul case, the nemesis of Hillary Clinton, when Fitton is not even a lawyer. Paul has filed court and bar complaints against Fitton and Orfanedes.

**Six:** Judicial Watch staff have lost virtually every major case, including those against Bill and Hillary Clinton, since Klayman left to run for the Senate.

**Five:** Turned Judicial Watch into little more than a website and a group that gives seminars on CSPAN, rather than a hard-hitting people's Justice Department that files and prosecutes government corruption, such as practiced by the Clintons.

**Four:** When donors, supporters and prospective clients contact Judicial Watch to find Klayman to represent them, Fitton has his minions tell them that he does not know where Klayman is. This has resulted in important clients not getting representation with Klayman, who is a lawyer as opposed to Fitton, who is not.

**Three:** Disparaged Klayman with the media outlets, trying to keep Klayman off the air. In addition, a simple review of Judicial Watch's current website shows that Klayman is not given any credit for founding Judicial Watch and the group has become instead a promotional enterprise for Fitton's own self aggrandizement.

**Two:** In the words of *The Washington Post*, Fitton and Judicial Watch have receded from importance since Klayman left. Here is what Dana Milbank of *The Washington Post* recently reported:

> *"Judicial Watch earned its reputation in the 1990s for lawsuits that ... allowed the group to depose several Clinton officials. But it's largely been out of the news since Klayman left Judicial Watch — and filed a lawsuit against it."*
> Washington Post, April 6, 2007

**One:** Closed nearly every regional Judicial Watch office around the country, closed its radio and televisions shows, and taken other actions obviously designed to hoard donor money and save it to pay his own salary long into the future.

### www.SavingJudicialWatch.com

**SAVING JUDICIAL WATCH** was formed by a concerned group, of citizens led by Larry Klayman, to support a legal suit brought against Tom Fitton and his collaborators who have all but destroyed Judicial Watch. With recent court rulings in favor of Klayman's positions, the salvation of JUDICIAL WATCH IS IN REACH! But this kind of legal action necessary for success takes lots of money. And without your help, JUDICIAL WATCH will continue to die a slow death.

Please consider how you can be a part of recreating the REAL citizen's watchdog – Support SAVING JUDICIAL WATCH today! Please don't delay. Every day with Tom Fitton in control of JUDICIAL WATCH is another day that emboldens those who are convinced they are above the law.

---

**Please send your gift to Larry Klayman dba Saving Judicial Watch!!!**

❏ $25   ❏ $50   ❏ $100
❏ $500  ❏ $1,000 ❏ $2,000
❏ $5,000 ❏ $_____ Other

*Gifts are not tax-deductible.*

Name:_____
Address:_____
City, State, ZIP:_____
❏ Check enclosed
❏ VISA  ❏ MasterCard  ❏ [Card]  ❏ Discover/NOVUS
Credit Card #:_____
Signature:_____ Exp. Date:___/___

Please send your gift to:
**Larry Klayman dba
Saving Judicial Watch
Dept Code WT514
1201 Pennsylvania Ave., Ste 300
Washington DC 20004**