IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *ET AL.* | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670 |
| | Honorable Colleen Kollar-Kotelly |
| JUDICIAL WATCH, INC., *ET AL.* | |
| Defendants. | |

## **ORDER**

Upon consideration of Defendants/Counter-Claimants Judicial Watch, Inc. and Thomas Fitton's Motion for Leave to Amend, any opposition thereto and the entire record herein, it is this ___ day of _____ 2007,

ORDERED that the motion is hereby GRANTED, and it is further

ORDERED that Defendants/Counter-Claimants shall be permitted to file their Amended Counterclaim as of the date of this Order.

                                                                    _____
                                                                    Honorable Colleen Kollar-Kotelly
                                                                    Judge, United States District Court

cc:   Copies to all counsel