**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Larry Klayman, | : | |
| *Plaintiff,* | : | Civil Action No. 1:06-CV-00670 |
| | : | |
| v. | : | Honorable Colleen Kollar-Kotelly |
| | : | |
| Judicial Watch, Inc., *et al.* | : | |
| *Defendants.* | : | |
| | : | **Jury Trial Demanded.** |

***PRAECIPE OF INTENT TO OPPOSE MOTION FOR LEAVE TO AMEND
COUNTERCLAIM AND TO SEEK DISCOVERY AND SANCTIONS***

TO THE CLERK:

Please note that Plaintiff, Larry Klayman, intends to oppose Defendants' Motion for Leave to Amend Counterclaim because, *inter alia,* the proposed pleading includes irrelevant and false allegations based on claims that were later withdrawn and filed under court seal. Plaintiff further intends to seek discovery from defendants and their counsel regarding their improper actions in filing the motion to amend and have the court impose sanctions against the defendants and their counsel for their actions.

**SPECTOR GADON & ROSEN, P.C.**

By:  //s//
Daniel J. Dugan, Esquire
1635 Market Street, 7th floor
Philadelphia, PA  19103
215.241.8872 --215.241.8844 *fax*
*ddugan@lawsgr.com*
*Attorneys for Plaintiff*

June 1, 2007

357956-1