**Jeffrey Schervone**

| | |
|---|---|
| **From:** | Daniel Dugan |
| **Sent:** | Saturday, May 26, 2007 5:39 PM |
| **To:** | Richard W. Driscoll (rdriscoll@driscollseltzer.com) |
| **Cc:** | Larry E. Klayman (leklayman@bellsouth.net); Jeffrey Schervone |
| **Subject:** | Klayman v. Judicial Watch--Demand to withdraw amended complaint |
| **Attachments:** | Driscoll Notice Letter.DOC |

Dear Mr. Driscoll:

I read with dismay the improper allegations against my client that you chose to include in your amended complaint filed yesterday afternoon.  Last May you first raised notified us that you and your client might be inclined to include in this case the false-- and subsequently withdrawn – irrelevant, scandalous, and impertinent allegations made by Mr. Klayman's ex-wife in their divorce proceedings. We immediately warned you by copy of the letter attached to this email that your misuse of such allegations here would expose you and your client to serious repercussions.  As we made clear, the allegations were part of the divorce action, which was sealed by the court, so that your disclosure is in violation of that order.  We further notified you that Mr. Klayman only revealed the false and scurrilous allegations made against him (that were all subsequently withdrawn in any event) in confidence because of his position as Chairman of and counsel for Judicial Watch.  The disclosures were made in confidence, everyone agreed to refrain from any disclosure to third parties, and they were privileged from further disclosure by your clients.  Now after a year, and apparently in a misguided effort to either get back at Mr. Klayman for continuing to pursue the instant case or because they simply want to try to defame Mr. Klayman under cover of the immunity provided for pleadings, they have directed you to improperly include the (withdrawn and never proven) divorce allegations by Mr. Klayman's ex-wife.

 For the reasons set forth above and in the attached letter, I demand that (a) you withdraw the amended complaint on Tuesday and delete it from the Pacer system, (b) refrain from disseminating the amended complaint to any third party.  Failure to comply with this demand will leave me no alternative but to take appropriate action against you and your clients with the court, including without limitation moving to strike the complaint and seeking sanctions for your improper and contumacious conduct.

 **PLEASE GOVERN YOUR ACTIONS ACCORDINGLY.**

 Regards,

 Daniel J. Dugan

Spector Gadon & Rosen, P.C.

1635 Market Street, 7th Floor

Philadelphia, PA  19103
215.241.8872
215.241.8844 (Fax)

6/8/2007