# LegalTimes.com

Select 'Print' in your browser menu to print this document.

©2007 Legal Times Online
Page printed from: http://www.legaltimes.com

Back to Article

### Judicial Watch Tells Different Tale of Klayman Departure

Emma Schwartz

06-04-2007

Larry Klayman's 2003 departure from Judicial Watch has hardly been a quiet one.

An antagonistic and litigious lawyer, Klayman sued the organization he founded, arguing that the conservative watchdog group had defamed him and failed to uphold his severance agreement. But in recently filed court documents, the organization's current leaders tell a decidedly different tale.

Klayman's departure, they argue, came after he had been having an "inappropriate relationship with a Judicial Watch employee with whom he had been in love."

Though Klayman, who is married, denied any sexual relationship, he "acknowledged that he had purchased gifts for the employee and had kissed her," Thomas Fitton and Paul Orfanedes wrote in an amended counterclaim filed May 25 in the U.S. District Court for the District of Columbia. What's more, they say, Klayman was accused of abusing his wife.

The two found "substantial concern" in Klayman's behavior as head of "a conservative, pro-family organization," and because Klayman had traveled with the employee, they feared he may have misused organizational resources. Klayman denies all of the allegations and says Judicial Watch has turned to blackmail, using allegations from his ex-wife that were withdrawn and remain in sealed records from his divorce.

He plans to file a motion for sanctions against the lawyers, a complaint with the bar, and a defamation lawsuit. "This is all revisionist history," says Daniel Dugan, Klayman's lawyer.

*Emma Schwartz can be contacted at eschwartz@alm.com.*