10509 Judicial Drive
Suite 200
Fairfax, Virginia 22030
(703) 246-0900
Fax (703) 591-3673

PMB 1810
400 East Pratt Street
Baltimore, Maryland 21202
(410) 625-5080

LAW OFFICES
JORDAN COYNE & SAVITS, L.L.P.
Suite 600
1100 Connecticut Avenue, N.W.
Washington, D.C. 20036

(202) 296-4747
Fax: (202) 496-2800
www.jocs-law.com

305 Harrison Street, SE
Leesburg, Virginia 20175
(703) 443-2550

33 Wood Lane
Rockville, Maryland 20850
(301) 424-4161

David P. Durbin
DC & MD Bars
Direct Dial (202) 496-2804
E-Mail: d.durbin@jocs-law.com

May 15, 2003

## CONFIDENTIAL/ATTORNEY CLIENT COMMUNICATION

## VIA HAND DELIVERY

David Barmack, Esquire
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY AND POPEO, P.C.
Suite 900
12010 Sunset Hills Road
Reston, VA 20190

RE: Judicial Watch, Inc.

Dear David:

This will confirm my representation of Larry Klayman in connection with the issues recently raised on behalf of Judicial Watch, Inc. and our discussions yesterday.

We have considered several names for the review which Judicial Watch seeks to undertake, and in an effort to facilitate the process, agree to the suggestion of Don Alexander. We appreciate this opportunity and hope that the review will not only proceed with dispatch, but will be handled in the most sensitive and confidential manner possible, recognizing the considerable privacy and other legal rights of third parties, the privacy and other legal rights and necessity for protecting Larry's reputation, as well as the reputation of Judicial Watch, in all respects. Larry, as Chairman and General Counsel of Judicial Watch, and I want to be present when the issue is presented to Mr. Alexander, and we want to play a role in helping to define the scope and procedures of the review. It is important to craft the review in such a way as to avoid harm to the parties involved. If not done carefully and correctly, large liability could result.

JORDAN COYNE & SAVITS, L.L.P.

<u>Confidential/Attorney Client Communication</u>

David Barmack, Esquire
May 15, 2003
Page: 2

    Given the nature of this matter, confidentiality concerns also involve how Mr. Alexander reports and bills on his representation internally at Akin, Gump, as well as how he works with others in pursuit of the review. We have some important suggestions in this regard.

    Given our clients' mutual concerns, we trust that great care will be taken so as to avoid any invasion of privacy, defamation, false light or other claims. We also trust that this will be a paramount goal.

    With respect to Larry's temporary paid leave of absence to tend to personal matters, we look forward to refining the specifics of that process which will allow him to participate in the on-going IRS audit process, certain legal cases and other matters of importance, and appreciate the recognition that there are many important matters which must receive Larry's continuing attention for the good of the parties.

    I look forward to working with you in a spirit of cooperation and for the mutual benefit of our clients.

                                          Regards,

                                          David P. Durbin

DPD:cll
cc:    Larry Klayman, Esquire

## KLAYMAN & ASSOCIATES, P.C.

1 School Street, S.W.
Suite 700
Washington, D.C. 20024

Telephone 202 646-5160
Facsimile  202 646-5199

# Memo

**To:** Judicial Watch

**From:** Larry Klayman, CEO, Klayman & Associates

**Subject:** Donation of Net Book Value of Assets from Klayman & Associates to Judicial Watch, Inc.

**Date:** April 2, 1998

Klayman & Associates, P.C., ("K&A") will donate the remaining Net Book Value of our assets to Judicial Watch, Inc. The net book value is approximately $15,000.00. I am the sole shareholder of K&A.

**North America**
Washington, D.C.
Miami/W.Palm
Of Counsel

**Far East**
Bangkok, Thailand
Hong Kong
Seoul, Korea
Singapore
Taipei, Taiwan
Tokyo, Japan

**Europe**
Amsterdam, Holland
Athens, Greece
Brussels, Belgium
Frankfurt, Germany
Lisbon, Portugal
London, United Kingdom
Madrid, Spain
Milan, Italy
Paris, France

**South America**
Bogota, Colombia
Buenos Aires, Argentina
Caracas, Venezuela
Quito, Ecuador
São Paulo, Brazil
Santiago, Chile