

# driscoll seltzer

600 CAMERON STREET
ALEXANDRIA, VIRGINIA 22314
phone 703.340.1625
fax 703.997.4892
www.driscollseltzer.com

May 29, 2006

**BY EMAIL, FACSIMILE 215.241.8844
AND FIRST CLASS MAIL**

Jason B. Schaeffer, Esquire
Spector, Gadon & Rosen, P.C.
Seven Penn Center
1635 Market Street, 7th Floor
Philadelphia, PA 19103

Re:   Klayman, et al. v. Judicial Watch, Inc. and
      Thomas J. Fitton

Dear Mr. Schaeffer:

I read your May 29, 2006, letter with some amusement and surprise.

I will not waste your time or mine with a point by point rebuttal. However, at no time did I threaten any "defense strategy" that would "sully" Mr. Klayman's reputation. Indeed, I did not discuss any defense strategy with you. What was clearly stated to you is that I am always surprised when public individuals file claims for defamation because, in my experience, the proceedings almost always result in the reputations of all involved being damaged. In Mr. Klayman's case, the truth will obviously include the circumstances of the Severance Agreement and his termination from Judicial Watch, Inc. Further, at no time did I ever state that there was a "request" by my clients to utilize such information. Your assertion to the contrary is completely false.

You may expect that the Defendants will vigorously defend against all claims filed in this action. Neither the Defendants nor I will shrink from your threats.

a professional limited liability company

Letter to Mr. Schaeffer
May 29, 2006
Page 2

Until today, I accepted the representation that you would employ a level of courtesy that was above-average for our profession. I am hopeful that in a few days you will regret your decision to write the letter. If not, it may be necessary to use written communications to avoid your manipulation of our conversations.

I sincerely hope that you will not stoop to this pointless gamesmanship again.

Sincerely,

DRISCOLL & SELTZER, PLLC

By: _____
Richard W. Driscoll

cc:    Mr. Thomas J. Fitton
       David Barmack, Esq.