| | |
|---|---|
| **From:** | Richard W. Driscoll [rdriscoll@driscollseltzer.com] |
| **Sent:** | Wednesday, May 30, 2007 10:03 AM |
| **To:** | 'eschwartz@alm.com' |
| **Subject:** | Judicial Watch, et al. ats Klayman |

Ms. Schwartz:

I received your voicemail concerning the above-referenced litigation. Judicial Watch, and the individual defendants, have no comment regarding this case.

Best regards,

Richard W. Driscoll, Esquire
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Office
703.997.4892 Facsimile
rdriscoll@driscollseltzer.com
www.driscollseltzer.com

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.