IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Larry Klayman,<br>　　　　　*Plaintiff,*<br><br>v.<br><br>Judicial Watch, Inc., *et al.,*<br>　　　　　*Defendants.* | Civil Action No. 1:06-CV-00670<br><br>Honorable Colleen Kollar-Kotelly<br><br><br>**Jury Trial Demanded.** |

### *PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF CROSS MOTION FOR SANCTIONS*

Plaintiff Larry Klayman hereby moves for leave to file a Reply Memorandum In Support Of His Cross Motion For Sanctions.

1.　Plaintiff filed his Plaintiff's Opposition To Defendants' Motion For Leave To Amend Counterclaim And Cross Motion For Sanctions on June 11, 2007.

2.　Defendants filed their Reply to Plaintiff's Opposition to Defendants' Motion to Amend Counterclaims and their Opposition to Plaintiff's Cross Motion for Sanctions on June 21, 2007.

3.　Pursuant to LCvR 7(d), Reply Memoranda may be filed within five days after service of the memorandum in opposition.

4.　Plaintiff seeks leave to file his Reply memorandum out of time.

5.　His reasons are that:

(i)　defendant's Reply memorandum put in question the existence of a 2003 Order of the Circuit Court of Fairfax County, Virginia, in a sealed divorce action, which he could not procure from prior counsel within the five-day time period, and he also had to procure another document from a different prior counsel relating to the dual

representation of himself and of Judicial Watch by the outside General Counsel of Judicial Watch; and

    (ii)    defendants filed their Reply to his June 11, 2007 Opposition to their Motion to Amend on June 21, 2007.

WHEREFORE, plaintiff respectfully requests that this Court GRANT this Motion.

> Respectfully submitted,
>
> **SPECTOR GADON & ROSEN, P.C.**
>
> By: __//s// *Daniel J. Dugan*__
>     Daniel J. Dugan, Esquire
>     1635 Market Street, 7th floor
>     Philadelphia, PA 19103
>     215.241.8872--215.241.8844 *fax*
>     ddugan@lawsgr.com
>     *Attorneys for Plaintiff, Larry Klayman*

July 2, 2007

Of Counsel:
**SPECTOR GADON & ROSEN, P.C.**
Jeffrey H. Schervone, Esquire
1000 Lenola Road, Bldg. 1, Suite 202
Maple Shade, NJ 08052
856.778.8100- 856.772.5344 *fax*
    jschervone@lawsgr.com