IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Larry Klayman,<br>　　　*Plaintiff,*<br><br>v.<br><br>Judicial Watch, Inc., *et al.,*<br>　　　*Defendants.* | Civil Action No. 1:06-CV-00670<br><br>Honorable Colleen Kollar-Kotelly<br><br>**Jury Trial Demanded.** |

## ORDER

Upon consideration of the Plaintiff's Motion for Leave to File Reply Memorandum, and any opposition thereto, it is this _____ day of July, 2007,

ORDERED that the motion is hereby GRANTED, and that the Reply memorandum attached to the Motion shall be entered on the docket.

_____
Honorable Colleen Kollar-Kotelly