05/08/2003 17:08 FAX            JUDICIAL WATCH, INC.                    ☒002



**Judicial Watch**
*Because no one is above the law!*

CONFIDENTIAL

Via Facsimile 703-464-4895

May 8, 2003

David Barmak, Esq.
Mintz Levin Cohn Ferris Glovsky & Popeo, P.C
12010 Sunset Hills Road
Suite 900
Reston, VA 20190-5839

Dear David:

Larry Klayman and Thomas Fitton acknowledge that David Barmak and other attorneys at Mintz Levin Cohn Ferris Glovsky & Popeo, P.C. ("Mintz Levin") represent Judicial Watch, Inc. and affiliated organizations ("Judicial Watch") and that Mr. Barmak and/or Mintz Levin have represented, or may be deemed to have represented, Larry Klayman personally.

Mr. Fitton wishes to consult with Mr. Barmak and Mintz Levin, on behalf of Judicial Watch, about a matter relating to Mr. Klayman and Judicial Watch, and Mr. Klayman, on behalf of himself and Judicial Watch, has agreed that Mr. Fitton may do so and, on behalf of himself and Judicial Watch, Mr. Klayman waives any conflict of interest that may otherwise exist in connection with such representation. Mr. Fitton likewise acknowledges Mr. Barmak's and Mintz Levin's representation of Judicial Watch and Mr. Klayman in other matters and waives any any conflict of interest that may otherwise exist in connection with such representation or in connection with giving the advice to Mr. Fitton as described above. Furthermore, Mr. Fitton expressly acknowledges that Mr. Barmak and Mintz Levin will otherwise continue to represent Judicial Watch and may do so in the future and that Mr. Barmak's advising Mr. Fitton as described above will not constitute in any way a conflict of interest with respect to such continued and future representation of Judicial Watch and/or Mr. Klayman.

Yours truly,

JUDICIAL WATCH, INC.

_____
Thomas Fitton
*President*

_____
Larry Klayman
*Chairman*

CONFIDENTIAL

---

501 School Street, SW • Suite 725 • Washington, DC 20024 • Tel: (202) 646-5172 • (888) JW-ETHIC
Fax: (202) 646-5199 • email: info@judicialwatch.org • Web Site: www.JudicialWatch.org