## CERTIFICATE OF SERVICE

I hereby certify that on this July 2, 2007, a true and correct copy of Plaintiff's Motion for Leave to File Reply to Defendants' Opposition to Cross Motion for Sanctions was served via electronic filing on the following:

> Richard W. Driscoll, Esquire
> Driscoll & Seltzer, PLLC
> 600 Cameron Street
> Alexandria, Virginia 22314
> *Counsel for Defendants*

By:    //s// *Daniel J. Dugan*
        Daniel J. Dugan, Esquire

366271-1