IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Larry Klayman,<br>           *Plaintiff,*<br><br>v.<br><br>Judicial Watch, Inc., *et al.,*<br>           *Defendants.* | Civil Action No. 1:06-CV-00670<br><br>Honorable Colleen Kollar-Kotelly<br><br><br>**Jury Trial Demanded.** |

*PLAINTIFF'S SECOND MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF CROSS MOTION FOR SANCTIONS AND FOR LEAVE FOR DEFENDANTS TO FILE AN ADDITIONAL RESPONSE*

Plaintiff, Larry Klayman, hereby moves for leave to file a Reply Memorandum In Support Of His Cross Motion For Sanctions.

1. Plaintiff seeks leave to file his Reply memorandum in support of his Cross Motion For Sanctions after the five day response period provided by LCvR 7(d).

2. His reasons are that:

(i) defendant's Reply memorandum put in question the existence of a 2003 Order of the Circuit Court of Fairfax County, Virginia, in a sealed divorce action, which he could not procure from matrimonial counsel within the five-day time period; and

(ii) defendants filed their Reply to his June 11, 2007 Opposition to their Motion to Amend on June 21, 2007, beyond the five day period.

3. In consultation pursuant to Local Rule 7(m), defense counsel stated that his clients had no objection to the Court granting plaintiff leave to file a Reply memorandum if plaintiff also requested, and was granted, leave for defendants to file an additional response or Surreply within seven (7) days of the entry of any Order granting

366749-1

plaintiff leave to file a Reply memorandum. Defendants seek that opportunity to respond to address any new documents or issues presented in the Reply.

4.  Plaintiff accordingly also requests that defendants/counterclaim plaintiffs be granted leave to file an additional memorandum in response to plaintiff's proposed Reply within seven (7) days of the entry of any Order granting plaintiff's Second Motion for Leave to File Reply and for Leave for Defendants to File an Additional Response.

WHEREFORE, plaintiff respectfully requests that this Court GRANT this Motion.

Respectfully submitted,

**SPECTOR GADON & ROSEN, P.C.**

By: ___//s// *Daniel J. Dugan*___
    Daniel J. Dugan, Esquire
    1635 Market Street, 7th floor
    Philadelphia, PA  19103
    215.241.8872--215.241.8844 *fax*
    ddugan@lawsgr.com
    *Attorneys for Plaintiff, Larry Klayman*

July 5, 2007

Of Counsel:
**SPECTOR GADON & ROSEN, P.C.**
Jeffrey H. Schervone, Esquire
1000 Lenola Road, Bldg. 1, Suite 202
Maple Shade, NJ  08052
856.778.8100- 856.772.5344 *fax*
    *jschervone@lawsgr.com*

366749-1