IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Larry Klayman,<br>   *Plaintiff,*<br><br>v.<br><br>Judicial Watch, Inc., *et al.,*<br>   *Defendants.* | Civil Action No. 1:06-CV-00670<br><br>Honorable Colleen Kollar-Kotelly<br><br>**Jury Trial Demanded.** |

## ORDER

Upon consideration of the Plaintiff's Second Motion for Leave to File Reply Memorandum, it is this _____ day of July, 2007,

ORDERED that the motion is hereby GRANTED, and that:

1. the Reply memorandum attached to the Motion shall be entered on the docket; and

it is also ORDERED that:

2. leave is GRANTED to defendants/counterclaim plaintiffs to file a memorandum responding thereto within seven (7) days of the entry of this Order.

                  _____
                  Honorable Colleen Kollar-Kotelly, U.S.D.J.

366749-1