**SEALED**

VIRGINIA:

IN THE CIRCUIT COURT FOR THE COUNTY OF FAIRFAX

| | |
|---|---|
| LARRY ELLIOT KLAYMAN, Complainant | ) ) ) |
| v. | ) CHANCERY NO. 184596 ) |
| STEPHANIE LUCK KLAYMAN, Defendant | ) ) |

## AGREED ORDER

THIS CAUSE came to be heard upon the joint motion of the parties for entry of an order sequestering the file in this case.

UPON CONSIDERATION WHEREOF, it appearing to the Court that said order should issue pursuant to Va. Code §20-124, it is hereby

ORDERED that the record hereof be sealed and withheld from public inspection and hereafter the same shall only be opened to the parties, their respective attorneys, and to such other persons as a judge of this court in his discretion shall decide to have a proper interest therein.

AND THIS CAUSE IS CONTINUED.

ENTERED this 19 day of June, 2003.

_____
JUDGE

SEEN AND AGREED:

_____
James Ray Cottrell, V.S.B. No. 16579
David H. Fletcher, V.S.B. No. 24424
Christopher W. Schinstock, V.S.B. No. 36179
Kyle F. Bartol, V.S.B. No. 42581
**GANNON & COTTRELL, P.C.**
801 North Fairfax Street – Suite 404
Post Office Box 1286
Alexandria, Virginia 22313-1286
Phone: (703) 836-2770
Facsimile: (703) 836-9086
Counsel for Complainant

SEEN AND AGREED:

_____
Dorothy M. Isaacs, V.S.B. No. 28818
**SUROVELL, MARKLE, ISAACS & LEV, PLC**
4010 University Drive – Suite 200
Fairfax, Virginia 22030
Phone: (703) 251-5400
Facsimile: (703) 591-2149
Counsel for Defendant

A COPY TESTE:
JOHN T. FREY, CLERK
BY: _Indumathi S. Sasale_
      Deputy Clerk
Date: 6/25/07
Original retained in the office of
the Clerk of the Circuit Court of
Fairfax County, Virginia