## CERTIFICATE OF SERVICE

I hereby certify that on this July 5, 2007, a true and correct copy of Plaintiff's Motion for Leave to File Reply to Defendants' Opposition to Cross Motion for Sanctions was served via electronic filing on the following:

>Richard W. Driscoll, Esquire
>Driscoll & Seltzer, PLLC
>600 Cameron Street
>Alexandria, Virginia 22314
>*Counsel for Defendants*

By: _____//s// *Daniel J. Dugan*_____
       Daniel J. Dugan, Esquire

366271-1