IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *ET AL*. | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670 |
| | Honorable Colleen Kollar-Kotelly |
| JUDICIAL WATCH, INC., *ET AL*. | |
| Defendants. | |

## **DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

Defendants Judicial Watch, Inc. ("Judicial Watch"), Thomas J. Fitton ("Fitton"), Paul J. Orfanedes, Esq. ("Orfanedes") and Christopher J. Farrell ("Farrell") by undersigned counsel and pursuant to Rule 26, hereby move this Court to enter a Protective Order limiting the use any information to the strict context of this litigation and prohibiting the use of any discovery information for any advertising or publication purposes. Further, the Protective Order should preclude disseminated of discovery information to anyone who is not directly involved in this litigation, including the Plaintiff, Larry Klayman. It is the Defendants' intent to provide for discovery while preventing Plaintiff's harassing advertising/fundraising campaign. As grounds for this Motion, Defendants hereby incorporate the attached Memorandum of Points and Authorities in Support of Motion for Protective Order.

WHEREFORE, for all of the forgoing reasons, Defendants Thomas J. Fitton, Paul J. Orfanedes, Esq. and Christopher J. Farrell respectfully request that the Court GRANT their Motion and enter a Protective Order precluding the dissemination of any discovery information to any person, other than those directly involved in this lawsuit.

Respectfully submitted,

/s/ *Richard W. Driscoll*

Richard W. Driscoll (436471)
Juli Haller Simonyi (466921)
DRISCOLL & SELTZER, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Telephone
703.997.4892 Facsimile
rdriscoll@driscollseltzer.com
jhaller@driscollseltzer.com
*Counsel for Defendants Judicial Watch, Inc.,
Thomas J. Fitton, Paul J. Orfanedes and
Christopher J. Farrell*

Dated: October 16, 2007

## GOOD FAITH CERTIFICATION

I HEREBY CERTIFY that undersigned counsel made good faith efforts to resolve or dispose of the issue presented by this Motion. Such efforts include attempts to contact the opposing party by email to discuss a resolution of this discovery issue. However, counsel for the Plaintiff did not respond. Accordingly, further discussion regarding these issues is futile.

/s/

Richard W. Driscoll

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 16th day of October 2007, a copy of the foregoing Motion, Memorandum of Points and Authorities and proposed Protective Order were sent via electronic means to:

>Daniel J. Dugan, Esq.
>SPECTOR GADON & ROSEN, P.C.
>1635 Market Street, Seventh Floor
>Philadelphia, PA 19103
>215.241.8844 Facsimile

>/s/
>_____
>Richard W. Driscoll