# URGENT message from Larry Klayman:

*"Because No One Is Above the Law"*



May 9, 2006

Not just asleep, the guard dog has deserted its post! No longer is there any bite to Judicial Watch, Inc. Those "above the law" don't fear its bark.

I can state that fact because I conceived, developed and headed Judicial Watch. And you know me as its successful former chairman and general counsel.

After many years of legal practice in Washington, D.C., I founded Judicial Watch 12 years ago because I had seen that the Justice Department, where I had worked as a young lawyer, no longer represented the interests of the people. Instead, the Justice Department had become the tool of the Washington establishment, which feathers its own nest at the expense of the rest of us.

The corrupt and powerful, with money and political influence, would get off scott free, while ordinary folk would get the shaft. From Watergate to Chinagate to the current scandals, there was no justice for the American people.

So in 1994 I conceived of Judicial Watch to be the people's "True Independent Council."

The founding of Judicial Watch was a milestone in American history. It was the realization of what one of our founding fathers and later great American President John Adams has said a few days before signing the Declaration of Independence in 1776 in my birthplace of Philadelphia: "Without ethics, morality and religion, there will be no lasting liberty."

Based on principles and a fearless determination to do what was right, regardless of the professional and personal cost to me, the little non-profit grew strong under my guidance to become an awesome force that achieved considerable success in the ongoing fight to return ethics to America's government and legal system. The prestigious National Journal called me a "major force in Washington" and "the leading public interest litigator at this time."

In the fall of 2003, I left Judicial Watch to take the fight

(over, please ...)

for ethical government inside the government itself, like a Trojan horse.  My idea was to set up a law firm right inside the U.S. Senate itself to complement what Judicial Watch was doing from the outside -- in effect a one-two punch.

I ran for the U.S. Senate from my home state of Florida. After the campaign, I later returned to private practice, doing many of the same things I did as chairman and general counsel of Judicial Watch.

However, I always intended to have Judicial Watch remain strong, because it was the only organization which had the guts to take on the powers of a dishonest government without fear.

Now, more than ever, America needs a healthy and strong Judicial Watch.  Will you help me regain control?

As a supporter of my 2003 U.S. Senate run, I need your immediate help!  Our nation must have this watchdog snarling again! Let's sharpen its teeth, then sink them into corruption!

During the three years since I left, Judicial Watch sadly has weakened, ethically and otherwise.  It no longer is a power to be reckoned with in Washington, D.C.

That's truly regrettable, because as an attorney with the U.S. Justice Department and then in private practice, I've come to see the political and legal establishment considers itself to be "above the law!"

Judges would make decisions not on the basis of the merits of a case, but how it could advance their careers.  Lawyers would frequently bend the truth and lie to get a desired result.  Politicians, all the while, were stuffing money into their pockets from big contributors who wanted to buy legislative results.

In effect, our nation had become a Sodom and Gomorrah, not unlike what is written about in the Book of Isaiah, where God empowers the counsellors and judges to restore the faithful city of Jerusalem.  Something had to be done before, like Sodom and Gomorrah, our country and its freedom collapsed into a cesspool of corruption.

When Judicial Watch was created the White House was being inhabited by the Bonnie and Clyde of American politics, Bill and Hillary Clinton, who not coincidental are lawyers.  They used every trick in their legal playbook to commit one scandal after another -- from Chinagate, which I uncovered at Judicial Watch, to Filegate, to Travelgate, to IRSgate and a host of others which you remember

(go on to the next page ...)

remember well.   I brought lawsuits over all of them.

No crime was beneath the Clintons.  They even pardoned hardened criminals on their way out the door in 2000 in exchange for political campaign contributions.  They literally trashed our sacred and hallowed White House and stole its furniture.

But while I was the only lawyer ever to get a finding that Bill Clinton had committed a crime -- when he violated the privacy of a woman, Kathleen Willey, he had harassed in the Oval Office -- the Republican-controlled Senate and the White House let them off the hook.

So too did the government independent counsels, who cynically told the press indictments would not be forthcoming because a Washington, D.C. jury -- presumably made up of Democratic voters -- would not convict them.

The Clintons rode off scott free and now, by all admissions of President George W. Bush and his dad, also a president, they are now great friends of the family, poised to re-enter the White House in 2008.  This tells you something about why I founded Judicial Watch.

The political and legal establishment takes care of itself.  They're all members of the same club.  There is not much difference when it comes to business as usual between the Democratic and Republican Party establishment.

After the Republicans took over the White House in 2000, you know I held them accountable as well.

In 2003, I decided to run for a U.S. Senate seat in my home state of Florida. My idea was to set up a Judicial Watch right inside our government.

In this way, I could not only clean up corruption in the Senate, which let the Clintons and others off the hook, but also use its subpoena and other powers to be like a Trojan Horse and clean up government from within.

So, with a lot of thought, I stepped down as chairman and general counsel with the intention of having a distinguished lawyer fill my role so Judicial Watch could remain the leading public-interest ethics watchdog.

My colleagues that I left behind at Judicial Watch promised me they would bring in someone to take over as chairman.  But this did not happen.  Instead, they seized control of Judicial Watch for their own interests.

While I tried to be supportive of my former colleagues after I left, regrettably one of them in particular, Tom Fitton, Judicial Watch's current president, feared my

(over please ...)

possible return and has used every dirty trick to block it.

Let me back this up with evidence:

## Misusing my good name for false fundraising . . .

More than lying to donors and misusing their donations, Fitton did everything he could to harm both my U.S. Senate campaign and the wellbeing of my family and me.

First, more than one month after I left Judicial Watch, Fitton sent out direct mail to supporters with my name on it to solicit monies. It gave the false impression I was still chairman and general counsel.

This obviously not only confused supporters like you, but hurt my then nascent U.S. Senate campaign, since I was in effect competing with myself. This was not an honest thing to do.

Then, in later fundraising letters, Fitton gave the false impression that unless Judicial Watch raised a lot of money real fast, it would have to consider laying off a lot of its staff. This, too, was false, since at that time Judicial Watch was blessed with over $16 million dollars in assets, with millions more in the pipeline.

In particular, there is the issue of Judicial Watch's buying a building. Before I left Judicial Watch, we sent out fundraising letters, along with a video, to raise money to buy our building, which had become historic with all of the successes we had there over the years.

But after I left, Fitton and company did not buy the building as promised, instead keeping the money for some other purpose. Almost $1.2 million was raised as a result.

When I asked frequently what was done with the money and why a building had not been purchased, I got no response. In effect I was told to mind my own business.

However, throughout this period Fitton gave supporters and donors the impression in monthly newsletters that a building had been purchased, publishing a photo of a plaque listing the contributors to the building fund.

When I complained again, Fitton finally owned up to the fact a building had not been purchased. He claimed a great effort was still under way to raise the funds needed.

But you and I both know this is false, because we cannot point to any fundraising letters since I left which asked for additional monies to buy the building.

And, most importantly, the owner of the building, Bob Wolpe,

(go on to the next page ...)

recently told me he had not even once been contacted by Fitton, or anyone else at Judicial Watch, to buy the building after I left in the fall of 2003!

What's more, during this period Fitton allowed Robert G. Mills to remain as head of the high-dollar fundraising department -- a person I later learned with a shady fundraising past. Along with Fitton, Mills misrepresented to donors that a building was being purchased.

I urged Fitton to investigate Mills and if necessary dismiss him, but to this day Mills is still there.

## Misrepresented my reason for leaving . . .

Second, there is the way Fitton has disparaged me and hurt my reputation. When supporters and others would call Judicial Watch and ask how to reach me, they were told no one knew where I was.

When people asked why I had left, frequently they were told the reasons were confidential. That created the false impression I left for some reason other than to run for the U.S. Senate, thus casting a negative light on me.

In addition, Fitton told the networks not to have me on TV shows to discuss anything Judicial Watch was doing. He even had his lawyer threaten me, without any legal basis, not to say I was its founder, falsely claiming this would infringe the Judicial Watch trademark -- which I had created!

And if you look back at the publicity which Fitton has generated since I left, he removed nearly all references to me and gave me no credit for founding and successfully running the organization for about 10 years. It became so ludicrous that many supporters would call me and complain.

In effect, Judicial Watch became Fitton's own little toy, and no one else was to get any real credit for its work. This was sad and counterproductive, because when I left I had urged Fitton to bring in an experienced chairman to replace me, someone like my friend and colleague former Congressman Bob Barr who worked with me during the impeachment of Bill Clinton.

But Fitton didn't want to "share" Judicial Watch with anyone of greater stature. Ironically, shortly before I left Judicial Watch I learned Fitton never graduated from college -- despite telling me he had when I hired him years earlier. This concerned me, not only because Fitton had lied, but also because it compounded his disadvantage in running the organization since he also is not a lawyer. That's why someone like Bob Barr was so important to bring onboard.

Then the situation got even worse!

(over please ...)

## Misplaced national focus and purpose . . .

Third, Judicial Watch's radio and television shows were shut down by Fitton, reducing its educational activities, reach and reputation. And because he and others infrequently visited the field offices and did not spend time developing them, they have been allowed to atrophy and decline.

The Los Angeles Western Regional office now has one fulltime employee, a secretary, despite a very large overhead. The same is true for the Southern Regional Office in Miami, and the Midwestern Regional Office in Chicago was completely shut down. The very productive Dallas office will be closed soon. This is just to name a few of the six I had opened and spent considerable time developing.

Indeed, I had hoped to make Judicial Watch into a force nationwide that could counter and defeat groups like the ACLU, which is national in scope. But nearly three years later, Judicial Watch is mostly just a bunch of empty shell offices eating up monies but doing little work.

Then there is the work itself. Because Fitton and company failed to replace me with a knowledgeable general counsel or hire experienced lawyers, the group has lost nearly ever case I filed. The latest losses involve Gennifer Flowers' case and the suit against Jesse Jackson.

In short, my former group has racked up an unprecedented string of defeats, unique even given the high profile and politically based nature of the cases involved. But while losing nearly every case, Fitton continues to crow about Judicial Watch's "successes."

To add insult to injury, Judicial Watch was fired by Peter Paul, a major client who is a thorn in the side of Hillary Clinton. Even then, Fitton again gave a misleading impression in direct mail solicitations that the organization was still involved with Paul.

And he did the same thing with the Minutemen, creating the false impression Judicial Watch represented this anti-illegal immigrant group. It got so bad the Minutemen had to tell Fitton to stop the misleading statements.

## Melted away Judicial Watch finances . . .

Fourth, and as a result of all of this, Judicial Watch's finances have been harmed. I estimate the more than $16 million dollars I left the organization in assets is now down to about half that amount.

Without any real successes or initiatives, other than self promotion, it's no wonder Judicial Watch is in jeopardy of going out of business. At this rate, it could have to

(go on to the next page ...)

shut its doors in three years.

This would be sad for the country, because we need a "True Independent Counsel" to fight for justice and the little guy against the powers of a dishonest government.

Last but not least, Fitton and company have tried to harm me and my family. They failed to honor their severance agreement with me by not paying for my children's health insurance, by not issuing my last paycheck, by removing me as a guarantor from Judicial Watch's lease and by creating phony expenses I supposedly owed.

He did the same thing with other ex-employees, some of whom he forced out of Judicial Watch, because they were loyal to me. He even ordered them not to speak with me while they were employed by Judicial Watch. In effect, Fitton tried to bring me to my financial knees so I'd be too weak to ever come back. He obviously feared losing control over the organization and felt he needed to destroy me to assure his position.

But Judicial Watch is too important for me to sit on the sidelines and watch it be destroyed. I cannot and will not allow this to happen.

You and I have given too much to the survival of the group to allow this to happen, and the nation needs a Judicial Watch because our government's Justice Department will not carry out the will of the people.

## How to regain control of Judicial Watch . . .

I have tried to settle things amicably with Fitton over the last three years, but sadly this has not proved possible. Thus, with great hesitation and thought, I am forced to bring a lawsuit against him and the organization.

A lawsuit? Yes, it's the only way to save this once-vital yet now-hijacked organization.

Please carefully read the complaint at savingjudicialwatch.com. It will be backed up every step of the way with evidence, which I have scrupulously marshaled. The case was filed by a very prominent law firm -- Spector, Gadon & Rosen, located in my native birthplace of Philadelphia.

The suit has one goal: Save Judicial Watch by getting it out of the hands of Fitton. To be successful, this legal battle must be waged quickly and aggressively lest Judicial Watch be destroyed and cease to exist.

Its costs likely will be considerable. Therefore I need

(over once more, please ...)

your help with lawsuit's expenses.  I appeal to you as a supporter of me and Judicial Watch: Please donate as much as you can for this case.

To be frank, it will cost close to a million dollars to litigate it to a finish.  So I need to start fast in getting the funds to save the most important public interest group ever conceived.

With scandal engulfing Washington and the nation, and our way of life threatened by ever worsening government corruption, we need a healthy and strong Judicial Watch!  And the Clintons now are planning to retake the White House in 2008, increasing the likelihood of even more government corruption, to put it mildly.

When I succeed with this case, and Judicial Watch is restored to prominence under skilled and responsible leadership, you will have participated in one of the most important actions you have ever taken to preserve our country for our children and grandchildren.

Together, we can make our country the "shining city on a hill" that our hero, President Ronald Reagan, envisioned.  This is why I founded Judicial Watch, and this is why I will do everything in my power -- with your generous support -- to save it, so help me God!

Judicial Watch is an absolute necessity "Because No One is Above the Law!"  Will you help me save it?

As the Clintons are poised to retake the White House, as bi-partisan government and legal corruption continues, we need a strong Judicial Watch to act aggressively and quickly -- like when I ran the organization.

I need your help now, before it is too late.  Please place a large contribution in the enclosed envelop so we, together, can retake Judicial Watch and prevent it from being destroyed.

Thank you and God Bless,

Larry Klayman
Founder of Judicial Watch and
Former Chairman and General Counsel

Saving Judicial Watch, Inc., P.O. Box 131567, Houston, TX 77219-1567

**Judicial Watch**
P.O. Box 131567
Houston, TX 77219-1567



ADJW1



# Yes, I want you to put *TEETH* back into Judicial Watch!

**Dear Larry:**

**Please press ahead with your efforts to bring Judicial Watch, Inc. back safely under your control!**

**Together, let's get America's guard dog SNARLING again!   Here's my gift …**

[ ] $10,000  [ ] $7,000  [ ] $5,000  [ ] $3,000
[ ] $2,000   [ ] $1,000  [ ] Other ($_____)
[ ] $400.00                    [ ] $200.00
[ ] My check is enclosed.
[ ] I prefer to give by [ ] Visa  [ ] MasterCard
Card #_____ Expires____/___

Signed _____

## "Because no one is above the law"

Larry Klayman

### www.SavingJudicialWatch.org

Saving Judicial Watch, Inc.  P.O. Box 131567  Houston, TX 77219-1567

# Larry Klayman

Dear Friend:

Recently, I wrote to you asking for help in returning Judicial Watch -- the hard hitting ethics watchdog I founded in July 1994 -- back to greatness. I am enclosing a copy of my letter, along with a recent press article about our effort to save Judicial Watch from the hands of those who are not treating it, and the group's supporters, with respect.

As I explained in the letter, the current president of Judicial Watch, someone I trusted much like Caesar trusted Brutus, has driven Judicial Watch to the verge of financial ruin, squandering and misusing hard earned donor monies, not making good on commitments to buy a building, publishing false newsletters and, most egregiously, not replacing me -- when I left to run for the U.S. Senate in Florida -- with a distinguished Chairman, such as Bob Barr, a person who I had recommended fill my seat when I left.

Because Tom Fitton feared my eventual return to Judicial Watch, he did all he could to disparage me with the media, refused to pay for my children's healthcare and violated other terms of the agreement I entered into with him when I left -- all in a callous effort to destroy my family and me.

As bad as this sounds, the other two directors of Judicial Watch, Paul Orfanedes and Chris Farrell, went along with Fitton, much like the Roman Senate helped Brutus stab Caesar in the back -- all for their self aggrandizement and power.

But what's even worse is that, with all of the power grabbing going on since I left to run for the U.S. Senate, Judicial Watch has lost virtually every major case I filed against Bill and Hillary Clinton and others who violated the public's trust.

Now, Fitton and company are off involving Judicial Watch in areas that have little to nothing to do with its mission -- fighting government corruption -- because, frankly, they have little means to continue what I started. Fitton is not a lawyer and is ill equipped to lead the organization, which depends on filing lawsuits to bring about justice.

When I was Chairman and General Counsel of Judicial Watch, the prestigious National Journal called me a "major force in Washington" and "the leading public interest litigator at this time."

Help me regain control of Judicial Watch so we can return it to greatness. Corruption has returned to Washington, D.C., and as the Bonnie and Clyde of American politics, Hillary and Bill Clinton, prepare to retake the White House, we need a forceful, honest and effective Judicial Watch now more than ever.

Please make as generous financial gift as you can. The
(over, please ...)

response to the previous letter was overwhelming. But to clean
up the mess at Judicial Watch and be rid of Fitton and his
minions, it will cost more than $1 million dollars in legal fees.

Please help me accomplish this worthy task before it is too late.
We owe the country a powerful, healthy and honest Judicial Watch for the
sake of our children and grandchildren.

As our second American President, John Adams, stated just 13 days
before signing the Declaration of Independence, "without ethics, morality
and religion, there will be no liberty." Judicial Watch must remain the
nation's best hope to fulfill this dream.

God Bless,

Larry Klayman
Founder of Judicial Watch



# Nation/Politics

# Judicial Watch ex-head sues over 'power grab'

**By Jerry Seper**
**THE WASHINGTON TIMES**
**April 14, 2006**

Larry Klayman, founder and former president
of Judicial Watch, accused those now running the
watchdog agency in a federal court lawsuit of breaching
his severance contract, disparaging his name and
reputation and misusing donations.

In a telephone interview from his Miami office, Mr.
Klayman accused current Judicial Watch President
Tom Fitton of promoting his "personal agenda, interests
and political ideology" and said he was "betrayed by
those he trusted to lead the organization."

"They lied to donors and supporters, misused their
monies, failed to honor their agreement with me, and
disparaged my name and reputation, all in a selfish
power grab," Mr. Klayman said.

"And since I left, the energy, creativity and success of
the organization has dwindled down to almost nothing,
with one defeat after another in cases I filed to clean up
corruption in government and the legal systems.

"I thus have been forced to step in to save 'my baby,' the

only public interest group that, without fear, had the guts
to do what was right for the American people," he said.

Mr. Klayman left Judicial Watch in 2003 for the
Senate race in Florida.

He said in the suit that the organization failed to
respect a severance agreement with him by "engaging
in a pattern of fraud, disparagement, defamation,
false advertising and other egregious acts."

The suit, which was served on Judicial Watch yesterday,
accuses Mr. Fitton of sending out false and misleading
fundraising letters and misusing donor money.

It also said Mr. Fitton "allowed to remain as head of
the high dollar Judicial Watch fundraising department"
a man Mr. Klayman said had "a shady fundraising past
and was in bed with Congressman Tom DeLay."

In a separate suit filed in circuit court in Miami,
the former director of Judicial Watch's southern
office, Sandy Cobas, accused Mr. Fitton and others of
"disparaging her Cuban/Hispanic heritage, defaming
her, and taking other actions to force her out of
Judicial Watch because she was loyal to Klayman."

Mr. Klayman says it's time to "return Judicial Watch
to the millions of Americans who support it."

# URGENT message from Larry Klayman:

## *"Because No One Is Above the Law"*



June 16, 2006

Dear ███,

Not just asleep, the guard dog has deserted its post! No longer is there any bite to Judicial Watch, Inc. Those "above the law" don't fear its bark.

I can state that fact because I conceived, developed and headed Judicial Watch. And you know me as its successful former chairman and general counsel.

After many years of legal practice in Washington, D.C., I founded Judicial Watch 12 years ago because I had seen that the Justice Department, where I had worked as a young lawyer, no longer represented the interests of the people. Instead, the Justice Department had become the tool of the Washington establishment, which feathers its own nest at the expense of the rest of us.

The corrupt and powerful, with money and political influence, would get off scott free, while ordinary folk would get the shaft. From Watergate to Chinagate to the current scandals, there was no justice for the American people.

So in 1994 I conceived of Judicial Watch to be the people's "True Independent Council."

The founding of Judicial Watch was a milestone in American history. It was the realization of what one of our founding fathers and later great American President John Adams had said a few days before signing the Declaration of Independence in 1776 in my birthplace of Philadelphia: "Without ethics, morality and religion, there will be no lasting liberty."

Based on principles and a fearless determination to do what was right, regardless of the professional and personal cost to me, the little non-profit grew strong under my guidance to become an awesome force that achieved considerable success in the ongoing fight to return ethics to America's government and legal system. The prestigious National Journal called me a "major force in Washington" and "the leading public interest litigator at this time."

In the fall of 2003, I left Judicial Watch to take the fight

(over, please ...)

remember well.  I brought lawsuits over all of them.

No crime was beneath the Clintons.  They even pardoned hardened criminals on their way out the door in 2000 in exchange for political campaign contributions.  They literally trashed our sacred and hallowed White House and stole its furniture.

But while I was the only lawyer ever to get a finding that Bill Clinton had committed a crime -- when he violated the privacy of a woman, Kathleen Willey, he had harassed in the Oval Office -- the Republican-controlled Senate and the White House let them off the hook.

So too did the government independent counsels, who cynically told the press indictments would not be forthcoming because a Washington, D.C. jury -- presumably made up of Democratic voters -- would not convict them.

The Clintons rode off scott free and now, by all admissions of President George W. Bush and his dad, also a president, they are now great friends of the family, poised to re-enter the White House in 2008.  This tells you something about why I founded Judicial Watch.

The political and legal establishment takes care of itself.  They're all members of the same club.  There is not much difference when it comes to business as usual between the Democratic and Republican Party establishment.

After the Republicans took over the White House in 2000, you know I held them accountable as well.

In 2003, I decided to run for a U.S. Senate seat in my home state of Florida. My idea was to set up a Judicial Watch right inside our government.

In this way, I could not only clean up corruption in the Senate, which let the Clintons and others off the hook, but also use its subpoena and other powers to be like a Trojan Horse and clean up government from within.

So, with a lot of thought, I stepped down as chairman and general counsel with the intention of having a distinguished lawyer fill my role so Judicial Watch could remain the leading public-interest ethics watchdog.

My colleagues that I left behind at Judicial Watch promised me they would bring in someone to take over as chairman.  But this did not happen.  Instead, they seized control of Judicial Watch for their own interests.

While I tried to be supportive of my former colleagues after I left, regrettably one of them in particular, Tom Fitton, Judicial Watch's current president, feared my

(over please ...)

recently told me he had not even once been contacted by Fitton, or anyone else at Judicial Watch, to buy the building after I left in the fall of 2003!

What's more, during this period Fitton allowed Robert G. Mills to remain as head of the high-dollar fundraising department -- a person I later learned with a shady fundraising past.  Along with Fitton, Mills misrepresented to donors that a building was being purchased.

I urged Fitton to investigate Mills and if necessary dismiss him, but to this day Mills is still there.

**Misrepresented my reason for leaving ...**

Second, there is the way Fitton has disparaged me and hurt my reputation.  When supporters and others would call Judicial Watch and ask how to reach me, they were told no one knew where I was.

When people asked why I had left, frequently they were told the reasons were confidential.  That created the false impression I left for some reason other than to run for the U.S. Senate, thus casting a negative light on me.

In addition, Fitton told the networks not to have me on TV shows to discuss anything Judicial Watch was doing.  He even had his lawyer threaten me, without any legal basis, not to say I was its founder, falsely claiming this would infringe the Judicial Watch trademark -- which I had created!

And if you look back at the publicity which Fitton has generated since I left, he removed nearly all references to me and gave me no credit for founding and successfully running the organization for about 10 years.  It became so ludicrous that many supporters would call me and complain.

In effect, Judicial Watch became Fitton's own little toy, and no one else was to get any real credit for its work.  This was sad and counterproductive, because when I left I had urged Fitton to bring in an experienced chairman to replace me, someone like my friend and colleague former Congressman Bob Barr who worked with me during the impeachment of Bill Clinton.

But Fitton didn't want to "share" Judicial Watch with anyone of greater stature.  Ironically, shortly before I left Judicial Watch I learned Fitton never graduated from college -- despite telling me he had when I hired him years earlier.  This concerned me, not only because Fitton had lied, but also because it compounded his disadvantage in running the organization since he also is not a lawyer.  That's why someone like Bob Barr was so important to bring onboard.

Then the situation got even worse!

(over please ...)

5

shut its doors in three years.

This would be sad for the country, because we need a "True Independent Counsel" to fight for justice and the little guy against the powers of a dishonest government.

Last but not least, Fitton and company have tried to harm me and my family. They failed to honor their severance agreement with me by not paying for my children's health insurance, by not issuing my last paycheck, by removing me as a guarantor from Judicial Watch's lease and by creating phony expenses I supposedly owed.

He did the same thing with other ex-employees, some of whom he forced out of Judicial Watch, because they were loyal to me. He even ordered them not to speak with me while they were employed by Judicial Watch. In effect, Fitton tried to bring me to my financial knees so I'd be too weak to ever come back. He obviously feared losing control over the organization and felt he needed to destroy me to assure his position.

But Judicial Watch is too important for me to sit on the sidelines and watch it be destroyed. I cannot and will not allow this to happen.

You and I have given too much to the survival of the group to allow this to happen, and the nation needs a Judicial Watch because our government's Justice Department will not carry out the will of the people.

### How to regain control of Judicial Watch . . .

I have tried to settle things amicably with Fitton over the last three years, but sadly this has not proved possible. Thus, with great hesitation and thought, I am forced to bring a lawsuit against him and the organization.

A lawsuit? Yes, it's the only way to save this once-vital yet now-hijacked organization.

Please carefully read the complaint at savingjudicialwatch.com. It will be backed up every step of the way with evidence, which I have scrupulously marshaled. The case was filed by a very prominent law firm -- Spector, Gadon & Rosen, located in my native birthplace of Philadelphia.

The suit has one goal: Save Judicial Watch by getting it out of the hands of Fitton. To be successful, this legal battle must be waged quickly and aggressively lest Judicial Watch be destroyed and cease to exist.

Its costs likely will be considerable. Therefore I need

(over once more, please ...)

7

for ethical government inside the government itself, like a Trojan
horse.  My idea was to set up a law firm right inside the U.S.
Senate itself to complement what Judicial Watch was doing from the
outside -- in effect a one-two punch.

I ran for the U.S. Senate from my home state of Florida.
After the campaign, I later returned to private practice, doing
many of the same things I did as chairman and general counsel
of Judicial Watch.

However, I always intended to have Judicial Watch
remain strong, because it was the only organization which
had the guts to take on the powers of a dishonest government
without fear.

Now, more than ever, America needs a healthy and strong
Judicial Watch.  Will you help me regain control?

As a supporter of my 2003 U.S. Senate run, I need your
immediate help!  Our nation must have this watchdog snarling again!
Let's sharpen its teeth, then sink them into corruption!

During the three years since I left, Judicial Watch sadly has
weakened, ethically and otherwise.  It no longer is a power to be
reckoned with in Washington, D.C.

That's truly regrettable, because as an attorney with the
U.S. Justice Department and then in private practice, I've come
to see that the political and legal establishment considers
itself to be "above the law!"

Judges would make decisions not on the basis of the merits
of a case, but how it could advance their careers.  Lawyers
would frequently bend the truth and lie to get a desired
result.  Politicians, all the while, were stuffing money
into their pockets from big contributors who wanted to buy
legislative results.

In effect, our nation had become a Sodom and Gomorrah,
not unlike what is written about in the Book of Isaiah,
where God empowers the counsellors and judges to restore the
faithful city of Jerusalem. Something had to be done before,
like Sodom and Gomorrah, our country and its freedom collapsed
into a cesspool of corruption.

When Judicial Watch was created the White House was being
inhabited by the Bonnie and Clyde of American politics, Bill and
Hillary Clinton, who not coincidentally are lawyers.  They used
every trick in their legal playbook to commit one scandal after
another -- from Chinagate, which I uncovered at Judicial Watch, to
Filegate, to Travelgate, to IRSgate and a host of others which you

(go on to the next page ...)

possible return and has used every dirty trick to block it.

Let me back this up with evidence:

## Misusing my good name for false fundraising . . .

More than lying to donors and misusing their donations, Fitton did everything he could to harm both my U.S. Senate campaign and the wellbeing of my family and me.

First, more than one month after I left Judicial Watch, Fitton sent out direct mail to supporters with my name on it to solicit monies. It gave the false impression I was still chairman and general counsel.

This obviously not only confused supporters like you, but hurt my then nascent U.S. Senate campaign, since I was in effect competing with myself. This was not an honest thing to do.

Then, in later fundraising letters, Fitton gave the false impression that unless Judicial Watch raised a lot of money real fast, it would have to consider laying off a lot of its staff. This, too, was false, since at that time Judicial Watch was blessed with over $16 million dollars in assets, with millions more in the pipeline.

In particular, there is the issue of Judicial Watch's buying a building. Before I left Judicial Watch, we sent out fundraising letters, along with a video, to raise money to buy our building, which had become historic with all of the successes we had there over the years.

But after I left, Fitton and company did not buy the building as promised, instead keeping the money for some other purpose. Almost $1.2 million was raised as a result.

When I asked frequently what was done with the money and why a building had not been purchased, I got no response. In effect I was told to mind my own business.

However, throughout this period Fitton gave supporters and donors the impression in monthly newsletters that a building had been purchased, publishing a photo of a plaque listing the contributors to the building fund.

When I complained again, Fitton finally owned up to the fact a building had not been purchased. He claimed a great effort was still under way to raise the funds needed.

But you and I both know this is false, because we cannot point to any fundraising letters since I left which asked for additional monies to buy the building.

And, most importantly, the owner of the building, Bob Wolpe,

(go on to the next page ...)

## Misplaced national focus and purpose . . .

Third, Judicial Watch's radio and television shows were shut down by Fitton, reducing its educational activities, reach and reputation. And because he and others infrequently visited the field offices and did not spend time developing them, they have been allowed to atrophy and decline.

The Los Angeles Western Regional office now has one fulltime employee, a secretary, despite a very large overhead. The same is true for the Southern Regional Office in Miami, and the Midwestern Regional Office in Chicago was completely shut down. The very productive Dallas office will be closed soon. This is just to name a few of the six I had opened and spent considerable time developing.

Indeed, I had hoped to make Judicial Watch into a force nationwide that could counter and defeat groups like the ACLU, which is national in scope. But nearly three years later, Judicial Watch is mostly just a bunch of empty shell offices eating up monies but doing little work.

Then there is the work itself. Because Fitton and company failed to replace me with a knowledgeable general counsel or hire experienced lawyers, the group has lost nearly ever case I filed. The latest losses involve Gennifer Flowers' case and the suit against Jesse Jackson.

In short, my former group has racked up an unprecedented string of defeats, unique even given the high profile and politically based nature of the cases involved. But while losing nearly every case, Fitton continues to crow about Judicial Watch's "successes."

To add insult to injury, Judicial Watch was fired by Peter Paul, a major client who is a thorn in the side of Hillary Clinton. Even then, Fitton again gave a misleading impression in direct mail solicitations that the organization was still involved with Paul.

And he did the same thing with the Minutemen, creating the false impression Judicial Watch represented this anti-illegal immigrant group. It got so bad the Minutemen had to tell Fitton to stop the misleading statements.

## Melted away Judicial Watch finances . . .

Fourth, and as a result of all of this, Judicial Watch's finances have been harmed. I estimate the more than $16 million dollars I left the organization in assets is now down to about half that amount.

Without any real successes or initiatives, other than self promotion, it's no wonder Judicial Watch is in jeopardy of going out of business. At this rate, it could have to

(go on to the next page ...)

your help with lawsuit's expenses.  I appeal to you as a
supporter of me and Judicial Watch: Please donate as much as
you can for this case.

    To be frank, it will cost close to a million dollars to
litigate it to a finish.  So I need to start fast in getting the
funds to save the most important public interest group ever
conceived.

    With scandal engulfing Washington and the nation, and our way
of life threatened by ever worsening government corruption, we
need a healthy and strong Judicial Watch!  And the Clintons now
are planning to retake the White House in 2008, increasing the
likelihood of even more government corruption, to put it mildly.

    When I succeed with this case, and Judicial Watch is restored
to prominence under skilled and responsible leadership, you
will have participated in one of the most important actions you
have ever taken to preserve our country for our children and
grandchildren.

    Together, we can make our country the "shining city on a hill"
that our hero, President Ronald Reagan, envisioned.  This is why I
founded Judicial Watch, and this is why I will do everything in my
power -- with your generous support -- to save it, so help me God!

    Judicial Watch is an absolute necessity "Because No One is
Above the Law!"  Will you help me save it?

    As the Clintons are poised to retake the White House, as
bi-partisan government and legal corruption continues, we need
a strong Judicial Watch to act aggressively and quickly -- like
when I ran the organization.

    I need your help now, before it is too late.  Please place a
large contribution in the enclosed envelop so we, together, can
retake Judicial Watch and prevent it from being destroyed.

    Thank you and God Bless,

    Larry Klayman
    Founder of Judicial Watch and
    Former Chairman and General Counsel

    Saving Judicial Watch, Inc., P.O. Box 131567, Houston, TX 77219-1567

# URGENT message from Larry Klayman:

## *Saving Judicial Watch*



January 2, 2007

Dear 

   The time has come for the truth to be told.  America's
true conservatives and others who hold the rule of law dear
to our nation's survival soon will learn how our previously
snarling guard dog lost its teeth, how those who elevate
themselves above the law no longer fear its bark.

   It's time to take the crucial next step in saving
Judicial Watch, Inc., and again I ask for your help.

   First, ▮▮▮▮ I want to again thank you for supporting my
effort to regain control of this once-vital organization. I can't
tell how much it means to have you at my side during this lawsuit
to keep Judicial Watch from being destroyed.

   I'm happy to report the initial stage is nearly complete.
Now the lawsuit to save Judicial Watch will enter the costly
discovery phase.

   It will be expensive to gather the evidence and videotape
the depositions.  But the price of discovery will be worth
paying in order to present factual evidence before the court
in order to set Judicial Watch free.

   ▮▮▮▮ once more I must call on you to assure we
have the resources to make the most out of this crucial phase.
So let me again state my case:

   Judicial Watch's present sad state is an absolute
travesty!  I can say that because, as you know, I conceived,
developed and headed the once-vibrant and honest organization,
serving as its successful chairman and general counsel.

   You know how under my guidance the little non-profit

(please turn page ...)

18926

grew strong to become an awesome force that achieved considerable success in the ongoing fight to return ethics to America's government and legal system.

Sadly Judicial Watch has weakened, ethically and otherwise during the three years since I left. It no longer is a power to be reckoned with in Washington, D.C. And people no longer respect it for taking principled stands, without regard to politics or fundraising expediency.

That's truly regrettable, because as an attorney with the U.S. Justice Department and then in private practice, I've come to see the political and legal establishment considers itself "above the law!"

When I stepped away from my private law firm in 1994 to create Judicial Watch as the "People's True Independent Counsel," the White House was inhabited by Bill and Hillary Clinton, the Bonnie and Clyde of American politics. These two unscrupulous lawyers violated or twisted the law in one scandal after another -- from Chinagate, which I uncovered at Judicial Watch, to Filegate, to Travelgate, to IRSgate and a host of others which you remember well. You may remember how I brought lawsuits over all of them.

Yet the Clintons slivered off, like the snakes they are! Why? Because the political and legal establishment takes care of its own. All are members of the same club, regardless of party.

So to set up a "Judicial Watch" right inside our government, I ran for the U.S. Senate in 2003. To clean up the corruption that lets wrongdoers off the hook, I had to step down as chairman and general counsel.

My colleagues promised me they would bring in someone qualified to take over as chairman, but this never happened. Instead, control was seized by Tom Fitton, who's at a distinct disadvantage for **not being a lawyer**. In fact, he even **lied to me** about being a college graduate. **It's like trying to be an airline pilot without first having gone to flight school.**

Fitton, Judicial Watch's current president, feared my possible return and worked hard to block it. Evidence shows he sought to harm both my U.S. Senate campaign and the wellbeing of my family and me. It's obvious his intent was to bring me to my financial knees so I'd be too weak to ever come back.

But that's not going to happen, not with your continued
(go on to next page, please ...)

financial support.  Together we've got to see this expensive legal action to a successful completion, because that's the only way to restore this organization to its bright promise.

Under Fitton's ineptitude, Judicial Watch has staggered far down a dishonest and destructive road.  His lack of scruples showed right from the start:

More than a month after I left, Fitton sent out direct mail to supporters with my name on it, giving the false impression I was still chairman and general counsel.  In subsequent fundraising letters, he gave the false impression that Judicial Watch would have to lay off a lot of staff unless it immediately raised a lot of money.

Then there's the issue of buying a building.  Before leaving I helped generate almost $1.2 million toward that goal, but the building wasn't purchased as promised.  Still, monthly newsletters gave supporters the false impression it had been bought, even publishing a photo of a plaque listing building-fund contributors.

It took repeated complaints to make Fitton finally own up to the fact a building had yet to be purchased!

You also know how Fitton disparaged me and sought to hurt my reputation, creating the false impression I left for some reason other than to run for the Senate.  TV networks were told not to have me discuss anything Judicial Watch was doing.  He also removed nearly all references to my name and gave me absolutely no credit for founding and successfully running the organization for almost a decade.

Far worse, Fitton shut down Judicial Watch's radio and television shows, reducing its educational activities, reach and reputation.  He further allowed field offices to atrophy and decline.  Three years later, it's mostly just a bunch of empty offices.

Without a knowledgeable general counsel or experienced lawyers, Judicial Watch has lost nearly every case I filed.  Yet in the face of an unprecedented string of defeats, Fitton crows about his "successes."

After Judicial Watch was fired by Peter Paul, a major pain to Hillary Clinton's presidential plans, Fitton promoted the misleading impression he was still a client.  And Fitton did the same with the Minuteman Civil

(please turn page ...)

Defense Corps until told to stop his misleading statements.

Worst of all, it appears that assets have dwindled from more than $16 million on hand when I left to about half that. Judicial Watch is now in jeopardy of going under.

Judicial Watch is too important to America for me to sit on the sidelines and watch it be destroyed. I cannot and will not allow this to happen.

To save this once-vital yet now-hijacked organization, Judicial Watch must be taken out of Fitton's hands. That necessitates the lawsuit.

Success may well cost close to $1 million. To be honest, I won't be able to save the most important public interest group ever conceived without the generous help of patriotic conservatives like you.

With scandal engulfing Washington and the nation, with our way of life threatened by ever worsening government corruption, you and your family need a healthy and strong Judicial Watch! Will you again help me save it?

As the Clintons prepare to retake the White House, as bi-partisan government and legal corruption continues, we must have a strong Judicial Watch to act aggressively and quickly -- like when I ran the organization.

So please help get at the truth during this discovery phase. Place a large gift in the enclosed envelop so we, together, can retake Judicial Watch and keep it from being destroyed.

Thank you and God Bless,

Larry Klayman
Founder of Judicial Watch and
Former Chairman and General Counsel

P.S. Take a moment, if you will, to think what it would mean to you, to your loved ones, to all of America for Judicial Watch to be restored to prominence under skilled and responsible leadership. Then smile, because you have participated in one of the most important actions ever taken to preserve our country for our children and grandchildren. Now think what it will mean if Judicial Watch isn't restored, and consider what the difference is worth. Isn't that worth your continued support?