# ...Saving Judicial Watch!

## Tom Fitton, Can't Hold the Clintons Accountable! Larry Klayman Can!

*My fellow concerned Americans,*

When I founded Judicial Watch in 1994, my vision was for a watchdog agency that would not hesitate to identify wrongdoing by the political and legal "establishment," and take forceful and decisive action if the facts warranted.

While I was Chairman and General Counsel, the action taken by Judicial Watch against former president Bill Clinton was the ONLY legal finding that he had committed a crime; when he violated the privacy of Kathleen Willey – a woman he harassed in the Oval Office! Yet the Senate allowed him to walk off scot free.

Judicial Watch needs to once again become the powerful and ethical watchdog it once was! To that end, and only after a substantial soul searching and consideration, I have decided to take the necessary legal action to save Judicial Watch and remove the forces that have hijacked the once noble organization.

After three years of diligent effort, I regret that we have exhausted all avenues of amicable resolution with its current head Tom Fitton. Therefore, after a great deal of hesitation and thought, I have determined the only responsible thing to do is file a lawsuit against Fitton and Judicial Watch with one goal: return Judicial Watch to its former respectability by getting it out of the hands of Tom Fitton.

But success has a cost. To complete the litigation, we estimate it will cost approximately $1 million dollars. And time is crucial. We need to save Judicial Watch before all of the assets are gone forever. Furthermore, who knows what the next Congress will bring.

With corruption engulfing Washington, we need Judicial Watch now more than ever. Please consider your generous gift to help assure that the most important public interest group ever conceived is restored to prominence as America's "True Independent Counsel." Your children, your grandchildren and your country deserve nothing less!

*And Justice for All,*

*Larry Klayman*

Larry Klayman

P.S. For more information or to read the complete complaint filed against Tom Fitton and Judicial Watch, visit us at www.savingjudicialwatch.com.

---

In 1994, Larry Klayman created Judicial Watch to be the "People's Independent Counsel." His goal was to create an organization that returned honesty and ethics to the government and legal establishments. Yet today, this once successful watchdog has lost its teeth and those who are corrupt no longer fear it.

When Attorney Larry Klayman left his position as chairman and general counsel of Judicial Watch in 2003 to pursue a U.S. Senate seat from his native Florida, he relinquished control of the successful and respected Judicial Watch to Tom Fitton. Hoping to leverage his experience as a former U.S. Justice Dept. attorney and from his private practice, Klayman planned to create a "Judicial Watch" inside the government, taking advantage of the power of the subpoena and the clout that comes with a Senate seat to clean up the government from within, much like a Trojan Horse.

Unfortunately in 2006, rather than holding government officials accountable for their activities and acting as a true public interest "watchdog," Judicial Watch is mostly looking out for is its own interest. When Klayman left, he was assured by his former associates that a new and competent chairman and general counsel would be brought on board. Unfortunately, Tom Fitton, who is not a lawyer, hijacked the organization and never replaced Klayman. **With the planned return of the Clintons to The White House, given Republican woes, it is more important than ever that we have a powerful Judicial Watch run by a mature adult, who is a seasoned trial lawyer like Larry Klayman.** Failing to make the promised appointment was but one of his many failings as head of Judicial Watch.

Fearing the return of Larry Klayman, Fitton, under the auspices of Judicial Watch, proceeded to sabotage both Larry Klayman's Senatorial campaign and his personal life. Direct mail was sent to donors a month after Klayman had left, incorporating his name and leaving the impression he was still active as chairman and general counsel, effectively confusing contributors and ultimately damaging the Senatorial Campaign. Further damaging to the campaign, callers to Judicial Watch asking why Klayman left the organization were frequently informed the reasons were confidential. By creating the false impression that Klayman left for some reason other than to run for the Senate, Fitton effectively placed him in a distinctly disparaging light.

Later fundraisers bemoaned the need for large sums of money, lest Judicial Watch would need to lay off large numbers of staff. Hardly in need of money, Judicial Watch coffers held over $16 million in assets, with more in the pipeline when Klayman left for his Senate run in 2003.

In a failing of the kind of ethical lapses that Judicial Watch was set up to guard against, Robert G. Mills, head of high dollar fundraising, was discovered to have a shady fund raising past. Rather than thoroughly investigate and act on the allegations, Fitton chose to look the other way and do nothing. Mills remains the head of high dollar fundraising to this day.

Tom Fitton is running Judicial Watch into the ground. Under his management, Judicial Watch has lost nearly EVERY case it has been involved with since Klayman's departure. Further, they have lost key clientele, such as Hillary Clinton's nemesis Peter Paul, and allowed finances and the organization to deteriorate, so much so that it has been estimated that in the three years since Larry Klayman's departure, the original $16 million has been cut approximately in half! **Please support my mission to restore Judicial Watch to greatness! We need your prayers and financial support!**

---

❏ **Please send your gift to Larry Klayman dba Saving Judicial Watch!!!**

❏ $25   ❏ $50   ❏ $100
❏ $500   ❏ $1,000   ❏ $2,000
❏ $5,000   ❏ $_____ Other

*Gifts are not tax-deductible.*

Name:_____
Address:_____
City, State, ZIP:_____
❏ Check enclosed
❏    ❏    ❏ [Cards]   ❏ [Discover]

Credit Card #:_____
Signature:_____ Exp. Date:___/___

Please send your gift to:
**Larry Klayman dba
Saving Judicial Watch
Dept Code WT1211
1201 Pennsylvania Ave, Ste 300
Washington DC 20004**

Case 1:06-cv-00670-CKK-AK    Document 73-5    Filed 10/16/2007    Page 2 of 5

Advertisement

# ...Saving Judicial Watch Victory!

## Tom Fitton and Company Go Down to Defeat



Dear Friend and Supporter:

As you know, I have sued Tom Fitton, the current president of Judicial Watch, for unethical practices that threaten the existence of this once great organization, and have harmed me and my family. I took this course of action only after trying for two years to resolve matters with Fitton; but he refused and has hijacked Judicial Watch, turning it into a hapless toothless tiger that is off on joy rides having little to nothing to do with the reasons I founded it; to clean up corruption in the governmental and legal systems. He has also misused donor monies and squandered Judicial Watch's considerable resources to the point that if we do not step in now, the organization will likely cease to exist in a few years.

Just a few days ago, the court in our case against Tom Fitton ruled in our favor! Fitton and his band of ethically compromised directors had tried to have our case dismissed. But the court said no and has ordered that it go forward with full steam ahead. Most, importantly, the court ruled that if we win – and you and I know that this is only a matter of hard work and time — I will be able to reassume control of Judicial Watch as its Chairman and General Counsel. The court ruled in a 48 page opinion that shoots down Fitton's protest that the case go forward! **To read the court decision against Tom Fitton visit www.SavingJudicialWatch.com!**

During my tenure as founder and Chairman and General Counsel of Judicial Watch I was the only attorney able to have Bill Clinton found liable for a crime; the crime he committed against one of the many women he harassed – Kathleen Willey – by illegally releasing her government files to smear her. Now, as Hillary Clinton has decided to run for President, and as her "lovely" husband Bill seeks to become the "First Man", a forceful Judicial Watch, run by adults with law degrees, is necessary to take the Clintons and other corrupt politicians, lawyers and judges on again. As you know, one of the allegations of our complaint hinges on the hard fact that Fitton is not a lawyer and thus should not be running Judicial Watch, In fact, shortly before I left Judicial Watch to run for the U.S. Senate in Florida, I learned that Fitton, contrary to the false representations he made to me when I hired him, had not even graduated from college.

But this is not my only complaint; under Fitton Judicial Watch has been run into the ground through his unethical fundraising practices and his lack of desire to file hardhitting cases against corrupt politicians, judges and lawyers. In the three years after I left Judicial Watch has become little more than a website which boasts frequently of the many appeals it has to file thanks to having lost the cases which I left for it to pursue.

And Justice for All,

Larry Klayman

P.S. In short, I need your continued support. With the return of the Clintons in particular, the nation and the world need a Judicial Watch run by me, its founder. Major corrruption has returned to Washington, D.C., in the years since I left to run for the U.S. Senate and its time for Judicial Watch to be restored to greatness. Won't you help? Now that the court has shot down Fitton's attempt to have our case thrown out, we have him and his partners on the run. Lets make sure that we win and win big by having the financial resources to now go for the "knock out punch." Thank for your urgent help as we now want to proceed with discovery in a big way and push for a quick decision, before the Clintons are able to regain power.

---

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

☐ **Please send your gift to Larry Klayman dba Saving Judicial Watch!!!**

☐ $25    ☐ $50    ☐ $100
☐ $500   ☐ $1,000 ☐ $2,000
☐ $5,000 ☐ $_____ Other

*Gifts are not tax-deductible.*

Name:_____
Address:_____
City, State, ZIP:_____
☐ Check enclosed
☐   ☐   ☐   ☐ 

Credit Card #:_____
Signature:_____ Exp. Date:___/___

Please send your gift to:
**Larry Klayman dba**
**Saving Judicial Watch**
**Dept Code HE129**
**1201 Pennsylvania Ave, Ste 300**
**Washington DC 20004**

95    THE WEEK OF JANUARY 29, 2007 • HUMAN EVENTS • 23

ADVERTISEMENT

# NEWS FLASH! Court Rules Klayman Can Retake Control of Judicial Watch

## Watchdog Group Critical to Fight Clinton Corruption



In 1994, Larry Klayman created Judicial Watch to be the "People's Independent Counsel." Its vision was to be a watchdog agency that would not hesitate to identify wrongdoing by the political and legal "establishment," and take action if the facts warranted. While Mr. Klayman was chairman and general counsel, the action taken by Judicial Watch against former president Bill Clinton was the ONLY legal finding that he had committed a crime; when he violated the privacy of Kathleen Willey – a woman he harassed in the Oval Office!

Yet today, this once successful watchdog has lost its teeth and those who are corrupt no longer fear it.

Unfortunately in 2006, rather than holding government officials accountable for their activities and acting as a true public interest "watchdog," the only thing Judicial Watch is looking out for is its own interest. When Attorney Larry Klayman left his position as chairman and general counsel of Judicial Watch in 2003 to pursue a Senate seat from his native Florida, he relinquished control of the successful and respected Judicial Watch to Tom Fitton. Hardly in need of money, Judicial Watch coffers held over $16 million in assets, with more in the pipeline when Klayman left for his Senate run.

Sadly, Tom Fitton is running Judicial Watch into the ground. Under his management, Judicial Watch has lost nearly EVERY case it has been involved with since Klayman's departure. Further, they have lost key clientele, and allowed finances and the organization to deteriorate, so much so that it has been estimated that in the three years since Larry Klayman's departure, the original $16 million has been cut approximately in half!

To that end, having exhausted all avenues of amicable resolution, and only after a substantial soul searching and consideration, it was determined the only responsible thing to do was to file a lawsuit against Fitton and Judicial Watch with one goal: return Judicial Watch to its former respectability by getting it out of the hands of Tom Fitton who, immediately filed a motion to dismiss.

Recently, Klayman obtained a favorable decision by the U.S. District Court for the District of Columbia, denying Fitton's motion to dismiss. In the 48-page decision, the court finds that if Mr. Klayman is successful in his suit, he can regain control of Judicial Watch.

But success has a cost. To complete the litigation, we estimate it will cost approximately $1 million dollars. And time is crucial. We need to save Judicial Watch before all of the assets are gone forever. Furthermore, who knows what this new Congress will bring. With corruption engulfing Washington, we need Judicial Watch now more than ever. Please consider your generous gift to help assure that the most important public interest group ever conceived is restored to prominence as America's "True Independent Counsel." Your children, your grandchildren and your country deserve nothing less.

**See www.SavingJudicialWatch.com for more details.**

---

☐ **Please send your gift to Larry Klayman dba Saving Judicial Watch!!!**

☐ $25  ☐ $50  ☐ $100
☐ $500  ☐ $1,000  ☐ $2,000
☐ $5,000  ☐ $_____ Other

*Gifts are not tax-deductible.*

Name:_____
Address:_____
City, State, ZIP:_____
☐ Check enclosed
☐ VISA  ☐ MasterCard  ☐ [card]  ☐ [card]
Credit Card #:_____
Signature:_____ Exp. Date:___/___

Please send your gift to:
**Larry Klayman dba
Saving Judicial Watch
Dept Code WT305
1201 Pennsylvania Ave, Ste 300
Washington DC 20004**

ADVERTISEMENT

# Washington Post reports Judicial Watch Ineffective without Klayman!

*"Judicial Watch earned its reputation in the 1990s for lawsuits that ... allowed the group to depose several Clinton officials. But it's largely been out of the news since Klayman left Judicial Watch — and filed a lawsuit against it."*

Washington Post
April 6, 2007

**Klayman will restore Judicial Watch to greatness!**

JUDICIAL WATCH, under the leadership of Tom Fitton, has become a mere shell of the once proud organization which stood as the "True Independent Counsel" for the American people. In fact it has become a laughingstock. Rather than continue the successes on which JUDICIAL WATCH was built, Mr. Fitton and his team squandered the resources and prestige which had been established – resources provided by the generous donations of Americans just like you – to guarantee crucial oversight of those in government who would abuse their power and authority.

Former president Bill Clinton knows well the Judicial Watch led by Larry Klayman. Judicial Watch, under Mr. Klayman's leadership, won the only ruling *EVER* that **Bill Clinton had committed a crime** when he released government files of Kathleen Willey.

Today, Judicial Watch has been reduced to little more than a web site and a few pictures. Every indication is that today, the activities of the former watch dog organization are little more than meaningless schemes which have little to do fighting government corruption. Riding the past successes achieved under Mr. Klayman, today's Judicial Watch appears to be primarily interested in fundraising and little else.

**RETURNING JUDICIAL WATCH TO ITS FORMER STATURE IS SO CLOSE! BUT YOUR HELP IS NEEDED TO MAKE IT HAPPEN!**

America needs a hard hitting, watchdog to stop the likes of the Clinton smear machine and the other politicians who act as if they are above the law. With Hillary Clinton running hard to return to the White House, the Clinton smear machine has stayed in high gear. America NEEDS the Judicial Watch of old back, and Larry Klayman is focused on doing just that!

SAVING JUDICIAL WATCH was formed by a concerned group of citizens led by Larry Klayman, to support a legal suit brought against Tom Fitton and his collaborators who have all but destroyed Judicial Watch. With recent court rulings in favor of Klayman's positions, the salvation of JUDICIAL WATCH IS IN REACH! But this kind of legal action necessary for success takes lots of money. And without your help, JUDICIAL WATCH will continue to die a slow death.

Please consider how you can be a part of recreating the REAL citizen's watchdog – Support SAVING JUDICIAL WATCH today!

---

*Larry Klayman*
Attorney at Law

Dear Friend and Supporter,

When I left Judicial Watch in 2004, I had no idea that the incompetence of Tom Fitton and his minions would destroy years of hard work, and the justice that came from effective legal action against those who would abuse their power. Bill and Hillary Clinton are sparing nothing to get back into the White House, with Hillary as President, and their smear machine is geared up to destroy anyone that would get in their way. I know from past experience that with a strong Judicial Watch, their sidestepping of the law can be exposed to the light of day. They CAN be successfully challenged in court – I've proven it in the case of Kathleen Wiley!

Please help me restore the "teeth" in the watchdog that once was Judicial Watch. With your support for SAVING JUDICIAL WATCH, we CAN wrest control away from the current "do nothing" leadership. This organization MUST get back to the business of advocating for the American People and holding accountable those who would destroy citizens for personal and political gain.

Recently, I filed suit on behalf of Jared Paul Stern, a journalist who has been smeared by the Clinton machine in an effort to ruin both his personal reputation and to destroy the New York Post for which he wrote. The defendants in the suit are Clinton billionaire supporter and employer Ron Burkle, along with Bill and Hillary themselves. Why? Because the exposure of the Clintons' and Burkle's activities by the Post and Mr. Stern could derail Hillary's 2008 Presidential ambitions. (Visit www.klaymanlaw.com for information.)

This is litigation that SHOULD have been brought by Judicial Watch! By supporting the efforts of SAVING JUDICIAL WATCH, you can help make sure that suits like Stern's can be most effectively brought to bear on the crowd that still wonders what "is" is…

As our second president John Adams said, just days before signing the Declaration of Independence: "Without ethics, morality, and religion there will be no lasting liberty." Amen. Please help me in the fight for lasting liberty by sending your most generous donation to SAVE JUDICIAL WATCH today. Thank you.

Sincerely,

Larry Klayman
Founder and former Chairman, Judicial Watch

P.S. Please don't delay. Every day with Tom Fitton in control of Judicial Watch is another day that emboldens those who are convinced they are above the law.

---

**Please send your gift to Larry Klayman dba Saving Judicial Watch!!!**

☐ $25   ☐ $50   ☐ $100
☐ $500   ☐ $1,000   ☐ $2,000
☐ $5,000   ☐ $_____ Other

*Gifts are not tax-deductible.*

Name:_____
Address:_____
City, State, ZIP:_____
☐ Check enclosed
☐ VISA ☐ MasterCard ☐ ☐ Discover
Credit Card #:_____
Signature:_____ Exp. Date:___/___

Please send your gift to:
**Larry Klayman dba
Saving Judicial Watch
Dept Code WT423
1201 Pennsylvania Ave., Ste 300
Washington DC 20004**

THE WASHINGTON TIMES                                           NATIONAL WEEKLY EDITION APRIL 23, 2007   **21**

ADVERTISEMENT

## SAVING JUDICIAL WATCH

# TOP TEN REASONS FITTON SHOULD BE REMOVED FROM JUDICIAL WATCH



*Larry Klayman, Founder, Judicial Watch*

Larry Klayman, the founder and former chairman of Judicial Watch has filed suit against the current officers and directors of this once great anti-government corruption watchdog because it is in danger of ceasing to exist. Specifically, Fitton and his other two directors Paul Orfanedes and Christopher Farrell have misled donors, misused their monies, abandoned key anti Clinton clients like Peter Paul, who could have brought Bill and Hillary Clinton to justice, and disparaged and harmed Klayman and his family to try to prevent Klayman from returning to Judicial Watch. As important, Fitton, who is not even a lawyer, never replaced Klayman when he stepped down as chairman to run for the U.S. Senate. Now, Larry Klayman is seeking to return to Judicial Watch to restore its grandeur and importance, particularly as the Clintons plan to retake control of The White House. It is crucial to have a potent and powerful Judicial Watch to bring the Clintons to justice, once and for all. To this end, as Klayman seeks to regain control of Judicial Watch – and the court has ruled that he can if successful at trial – Klayman's law firm, The Klayman Law Firm, has brought hard-hitting cases against the Clintons and other corrupt politicians and judges. See *www.klaymanlaw.com.*

**Ten:** Misled donors and did not purchase the building they promised to buy with their donations. A lawsuit, by a donor, Louise Benson, has already been filed and is progressing through the courts.

**Nine:** Used Klayman's name to raise money for Judicial Watch after Klayman left Judicial Watch to run for the Senate while disparaging Klayman with the media and others

**Eight:** Falsely told donors that if they did not contribute heavily to Judicial Watch, it would have to lay off many employees, at a time when Klayman left Judicial Watch with nearly $20 million dollars in liquid and semi-liquid assets.

**Seven:** Allegedly attempted to hold himself out as an attorney and practice law on key Judicial Watch cases, such as the Peter Paul case, the nemesis of Hillary Clinton, when Fitton is not even a lawyer. Paul has filed court and bar complaints against Fitton and Orfanedes.

**Six:** Judicial Watch staff have lost virtually every major case, including those against Bill and Hillary Clinton, since Klayman left to run for the Senate.

**Five:** Turned Judicial Watch into little more than a website and a group that gives seminars on CSPAN, rather than a hard-hitting people's Justice Department that files and prosecutes government corruption, such as practiced by the Clintons.

**Four:** When donors, supporters and prospective clients contact Judicial Watch to find Klayman to represent them, Fitton has his minions tell them that he does not know where Klayman is. This has resulted in important clients not getting representation with Klayman, who is a lawyer as opposed to Fitton, who is not.

**Three:** Disparaged Klayman with the media outlets, trying to keep Klayman off the air. In addition, a simple review of Judicial Watch's current website shows that Klayman is not given any credit for founding Judicial Watch and the group has become instead a promotional enterprise for Fitton's own self aggrandizement.

**Two:** In the words of *The Washington Post*, Fitton and Judicial Watch have receded from importance since Klayman left. Here is what Dana Milbank of *The Washington Post* recently reported:

> "*Judicial Watch earned its reputation in the 1990s for lawsuits that ... allowed the group to depose several Clinton officials. But it's largely been out of the news since Klayman left Judicial Watch — and filed a lawsuit against it.*"
> Washington Post, April 6, 2007

**One:** Closed nearly every regional Judicial Watch office around the country, closed its radio and televisions shows, and taken other actions obviously designed to hoard donor money and save it to pay his own salary long into the future.

### www.SavingJudicialWatch.com

**SAVING JUDICIAL WATCH was formed by a concerned group, of citizens led by Larry Klayman, to support a legal suit brought against Tom Fitton and his collaborators who have all but destroyed Judicial Watch. With recent court rulings in favor of Klayman's positions, the salvation of JUDICIAL WATCH IS IN REACH! But this kind of legal action necessary for success takes lots of money. And without your help, JUDICIAL WATCH will continue to die a slow death.**

**Please consider how you can be a part of recreating the REAL citizen's watchdog – Support SAVING JUDICIAL WATCH today! Please don't delay. Every day with Tom Fitton in control of JUDICIAL WATCH is another day that emboldens those who are convinced they are above the law.**

---

**Please send your gift to Larry Klayman dba Saving Judicial Watch!!!**

❏ $25   ❏ $50   ❏ $100
❏ $500   ❏ $1,000   ❏ $2,000
❏ $5,000   ❏ $_____ Other

*Gifts are not tax-deductible.*

Name:_____
Address:_____
City, State, ZIP:_____
❏ Check enclosed
❏ VISA   ❏ MasterCard   ❏ [Card]   ❏ Discover/NOVUS
Credit Card #:_____
Signature:_____ Exp. Date:___/___

Please send your gift to:
**Larry Klayman dba
Saving Judicial Watch
Dept Code WT514
1201 Pennsylvania Ave., Ste 300
Washington DC 20004**