# YAHOO! MAIL

Print - Close Window

| | |
|---|---|
| From: | ██████ |
| To: | ██████ |
| CC: | ██████ |
| Subject: | Another Amicus cancel due to Klayman letter |
| Date: | Tue, 8 Aug 2006 17:13:36 -0400 |

Below profile of a very kind 82 year old lady in CO -- ATA list person -- called today to cancel her $10/mo. Amicus donation. I called her back to ask why and she said she got a letter from L. Klayman and was concerned. I spoke with her a long time -- she likes what we do and is open to donate again in the future.

StrategicOne
Account Brief

StrategicOne
Account Brief

Criteria: Account=00437970A, Sort History By=Gift Date (newest to oldest)

## Contact Information

| | |
|---|---|
| Account Number | ██████ |
| Name | ██████ |
| Address | ██████ |
| City, State Zip | ██████ |
| Company | |
| Phones | ██████ |
| Email | (no-email) |
| Title | Miss |
| Mail Restriction | 00 |
| Phone Restriction | 99 |
| EMail Restriction | 99 |
| Inception | 07/22/1997 |

## Profile Information

| Profile Code | General Purpose | Specific Purpose | Last Add or Change |
|---|---|---|---|
| ATA_TYPE | Type of ATA Account | Existed on ATA List Only | on 06/08/2001 |
| CHILDREN | Children in Home | No | CONV on 11/27/2002 |
| MISC | Miscellaneous Type | Merged Account | on 05/24/2002 |
| WORTH | Net Worth | Seventh 6.6% Net worth on file | CONV on 11/27/2002 |