# Call Report

| | |
|---|---|
| JW Staff: ███ | Report Date: 07/06/06 |
| Action Date: 07/05/06 | Contact Type: Phone |

| | |
|---|---|
| JW Record # ███ | |
| Donor Name: ███ | |
| Address: ███ | |
| City: ███ | State: ███   Zip: ███ |
| Phone: ███ | Fax:   E-mail: ███ |

| Prospect Rating: Interest / Involvement | ? | Financial Capability | 6 |
|---|---|---|---|
| Would they like the Verdict? | Already Re[c] | | |

**Goals / Objectives of visit:**   If ask, how much asked?   $
TKU gift, Introduce, update and identify donor / JW issues, schedule mtg., intro. CLP, planned giving.

**Results / Observations:**   If ask, how much committed?   $
This donor has been contacted by Larry Klayman and responded to my call / introduction by saying "I'm not too happry with what Tom Fitton is doing", when asked to clarify, after neutralizing my position (especially not having worked with Larry), she responded "well,..I'm not sure what's going on, but I know it's not right, sorry I'm not interested" and hung up.

**Follow-up Actions & Dates for Follow-up:**
**Advise SA / senior management.**

7/10/2006