

3/11/07

OKAY TOM & STAFF JUST WHAT IN THE HELL IS GOING ON HERE? EXPLAIN! COURT RULED AGAINST YOU - WHY?

LIKE I'VE SAID SINCE BILL CLINTON TOOK OFFICE, WHO IN THE HELL CAN YOU TRUST ANYMORE.

Thank you,
Tom



God HELP us!

For reservations or information visit Marriott.com or call (800) 331 3131