# Judicial Watch
*...because no one is above the law!*

## REPLY FORM

Dear Tom: *UNTIL LARRY KLAYMAN TAKES OVER AGAIN, YOU GET NO MORE MONEY FROM ME !!!*

I am proud of the ways that Judicial Watch has used my support to make a difference!

And I want to continue to help make Judicial Watch America's number one conservative public watchdog group!

That's why I am enclosing a special tax-deductible contribution, payable to Judicial Watch, in the amount of:

☐ $10          ☐ $15          ☐ $20          ☐ $_____ other

*My check is made payable to Judicial Watch. See reverse to pay by credit card.*

Judicial Watch is a 501(c)(3) nonprofit organization. Your gift is very much appreciated and fully deductible as a charitable contribution.

Sincerely, ███████████

501 School Street, SW
Washington, DC 20024

00761375R  H8060107

PLEASE DETACH AND SEND REPLY FORM ALONG WITH YOUR MOST GENEROUS CONTRIBUTION  THANK YOU!

---

# Certificate of Appreciation

**Whereas,** Judicial Watch has scored remarkable successes in holding politicians accountable under the law, in fighting for enforcement of our immigration laws, and in keeping the working of government open and transparent to American citizens;

**And,** whereas all our work is funded by the voluntary contributions of Americans who share out respect for the rule of law and conservative values;

**Therefore,** Judicial Watch today honors with this Certificate of Appreciation the generous support given to us by:

Mr. ███████████

Our gratitude is best expressed by our continuing commitment to exposing and prosecuting public corruption.

Washington, D.C.
August 10, 2006

By: _____
Thomas Fitton, President


