

# Judicial Watch
Because no one is above the law!®

501 School Street SW, Suite 500 ❘ Washington, DC 20024
202.646.5172 ❘ www.JudicialWatch.org

January 2, 2007



Dear ███

Thank you for your generous response to our recent request for support to Judicial Watch. Unfortunately, we were unable to process your gift because of the reason noted below. Please make it possible for us to process your gift by filling out and returning this **entire** letter in the enclosed envelope.

Many thanks for your commitment and support to our organization. We look forward to hearing from you.

Sincerely,

Judicial Watch Donor Relations Department

**Gifts by Check:**
- ☐ Check Omitted
- ☐ Payee Incorrect
- ☐ Amount of contribution omitted
- ☐ Figure amount and written amount differ
- ☐ Un-signed check
- ☐ Post Dated or Stale Dated check
- ☒ Non-Sufficient Funds

Attached please find my check for $_____

**Gifts by Credit Card:**
- ☐ Amount of contribution omitted
- ☐ Expiration date omitted or expired
- ☐ Account number incorrect
- ☐ Charge declined by bank
- ☐ Other _____

*[Handwritten note:] I do not understand this because according to bank statement received Feb 3 and March 4 there was never less than $3,000 in my account during those two months of Jan 2007 and Feb 2007. I sent you check 7225 on 2-12-07 — Saving Judicial Watch for 25.00 and 7236 on 2-19-07 for 20.00 but since you did not return the check to me or list the no. I have no idea which check it is. Check 7082 12-12-06 Saving Judicial Watch cleared my bank on 12-26-06 for 25.00. I do not replace ___ ___ check I don't understand ███*

Please charge my: _____ Visa    _____ Master Card    _____ American Express

Amount $_____    Account Number _____

Expiration Date _____    Signature _____