# Saving JUDICIAL WATCH

************AUTO**MIXED AADC 20495

2990

AGJW2





Yes, I want you to put my TEETH back into Judicial Watch!

**Dear Larry:**

Please press ahead with your efforts to bring Judicial Watch, Inc. back safely under your control!

Together, let's get America's guard dog SNARLING again!   Here's my gift ...

[ ] $10,000   [ ] $7,000   [ ] $5,000   [ ] $3,000
[ ] $2,000   [ ] $1,000   [X] Other ($ 30 )
[ ] $50.00                 [ ] $25.00
[X] My check is enclosed.
[ ] I prefer to give by [ ] Visa   [ ] MasterCard
Card #_____ Expires___/___
Signed_____

"Because no one is above the law"

Larry Klayman

www.SavingJudicialWatch.org

Saving Judicial Watch, Inc. P.O. Box 131567, Houston, TX 77219-1567

