# JUDICIAL WATCH

\*\*\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*MIXED AADC 20495

1508

AIJW2

## Yes, I want you to put TEETH back into Judicial Watch!

**Dear Larry:**

Please press ahead with your efforts to bring Judicial Watch, Inc. back safely under your control! *How wonderful*

Together, let's get America's guard dog SNARLING again! Here's my gift ...

[ ] $10,000  [ ] $7,000  [ ] $5,000  [ ] $3,000
[ ] $2,000   [ ] $1,000  [ ] Other ($_____)
[ ] $30.00                [✓] $15.00
[✓] My check is enclosed.
[ ] I prefer to give by [ ] Visa  [ ] MasterCard
Card #_____ Expires____/____

Signed_____

"Because no one is above the law"

Larry Klayman

www.SavingJudicialWatch.org

Saving Judicial Watch, Inc. P.O. Box 131567, Houston, TX 77219-1567





**Judicial Watch**
Because no one is above the law!

Dear Tom:

I am very proud of the aggressive and effective way Judicial Watch uses the Freedom of Information Act (FOIA) to get at critically important public documents that the government would rather keep away from the American people!

I am endorsing Judicial Watch's FOIA and other anti-corruption work with a special tax-deductible contribution to Judicial Watch today. I understand that July is a difficult month for our fundraising, and I don't want us to miss a beat in all our ongoing investigations, research and investigations.

My tax-deductible contribution, payable to Judicial Watch, is enclosed in the amount of:

☑ $25.00   ☐ $40.00   ☐ $50.00   ☐ Other $_____

(All contributors of $35 or more will be acknowledged and receive free of charge a copy of Judicial Watch's new report, "The Clinton RU-486 Files." Please check below if you do NOT want to receive the report.)

☐ Please do NOT send me my copy of "The Clinton RU-486 Files."

☐ Enclosed is my check payable to Judicial Watch.

SEE REVERSE SIDE TO PAY BY CREDIT CARD.

002082406 N7060107

TM25

* Judicial Watch is a 501(c)(3) non-profit organization. Contributions received from individuals, foundations and corporations are tax-deductible to the extent allowable by law.

501 School Street, SW, 5th Floor,
Washington, DC 20024

27708



Check #6250, Date 7/16/06, Pay to the Order of: Judicial Watch, $25, Bank of America, The Private Bank