# JUDICIAL WATCH

`**************AUTO**MIXED AADC 20495`
`11064`

AIJW2

## Yes, I want you to put TEETH back into Judicial Watch!



"Because no one is above the law"

**Dear Larry:** *In With You 160%*

Please press ahead with your efforts to bring Judicial Watch, Inc. back safely under your control!

Together, let's get America's guard dog SNARLING again!  Here's my gift ...

[ ] $10,000  [ ] $7,000  [ ] $5,000  [ ] $3,000
[ ] $2,000   [ ] $1,000  [ ] Other ($100 *ary*)
[ ] $30.00                [ ] $15.00
[ ] My check is enclosed.
[ ] I prefer to give by [ ] Visa  [ ] MasterCard
Card #_____ Expires___/___

Signed_____

Larry Klayman

**www.SavingJudicialWatch.org**

Saving Judicial Watch, Inc. P.O. Box 131567, Houston, TX 77219-1567

