

```
************AUTO**MIXED AADC 20495
13733
```

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

||..|..||....|..|.|..||..|.|.|.|..||.|..|.|....|||

AIJW2





**Dear Larry:**



LONG BEACH CA 90
27 JUL 2006 PM 1 T

JUDICIAL WATCH
PO BOX 60501
PUEBLO CO 81008-0501



