IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Larry Klayman,<br>    *Plaintiff,*<br><br>v.<br><br>Judicial Watch, Inc., *et al.,*<br>    *Defendants.* | Civil Action No. 1:06-CV-00670<br><br>Honorable Colleen Kollar-Kotelly<br><br>**Jury Trial Demanded.** |

## **ORDER**

THIS COURT has before it Defendants' Motion for Protective Order, which Plaintiff opposes.

WHEREAS, upon consideration of the Motion and any opposition thereto, and upon the Court's review of the terms and conditions of the proposed text of Protective Order,

IT IS HEREBY ORDERED that the motion is DENIED, and entered this _____ day of _____, 2007

 

_____
Honorable Colleen Kollar-Kotelly

398761-1