IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *et al.*, | Civil Action No. 1:06-CV-00670 |
| *Plaintiffs*, | |
| v. | Honorable Colleen Kollar-Kotelly |
| JUDICIAL WATCH, INC., *et al.*, | |
| *Defendants*. | **Jury Trial Demanded** |

### *PLAINTIFFS' MOTION TO QUASH SUBPOENAS, OR ALTERNATIVELY FOR PROTECTIVE ORDER*

Plaintiff, Larry Klayman, by undersigned counsel and pursuant to Rule 26 and Rule 45 of the Federal Rules of Civil Procedure, hereby move this Court for an Order quashing, or alternatively for a protective order for subpoenas issued by Defendants, Judicial Watch, Inc., Thomas J. Fitton, Paul J. Orfanedes, and Christopher J. Farrell on October 24, 2007 to American Target Advertising, Inc., Chester Mailing List Consultants, Inc, and Response Unlimited, and on October 29, 2007 to Diener Consultants, Inc. (the "Subpoenas"). As grounds for this Motion, Plaintiff hereby incorporates the attached Memorandum of Points and Authorities in Support of Motion.

WHEREFORE, for all the foregoing reasons, Plaintiff, Larry Klayman respectfully requests that the Court GRANT the Motion and quash the Subpoenas. In the alternative, Plaintiff respectfully requests that the Court enter an appropriate Protective Order. The motion should be granted for the reasons set forth in the attached memorandum.

400688-1

                          Respectfully submitted,

                          **SPECTOR GADON & ROSEN, P.C.**

                          By: _____//s// *Daniel J. Dugan*_____
                               Daniel J. Dugan, Esquire
                               1635 Market Street, 7th Floor
                               Philadelphia, PA  19103
                               215.241.8872 - 215.241.8844(*fax*)
                               ddugan@lawsgr.com
                               *Attorneys for Plaintiff, Larry Klayman*

Dated: November 5, 2007

## **GOOD FAITH CERTIFICATE**

    I HEREBY CERTIFY that undersigned counsel made good faith efforts to resolve or dispose of the issue presented by this Motion.  Such efforts include undersigned counsel's letter dated October 29, 2007 outlining the issues raised and requesting withdrawal or modification of the Subpoenas.  On November 1, 2007 Defendants' counsel declined to withdraw or limit the information requested.  Accordingly, further consultation regarding the issues raised by the Subpoenas is futile.

                                        By: ____//s//_____
                                              Daniel J. Dugan

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of November 2007, a copy of the foregoing Motion to Quash Subpoena and Memorandum of Points and Authorities in support was served by electronic means to:

> Richard Driscoll
> Driscoll & Seltzer, PLLC
> 600 Cameron Street
> Alexandria, Virginia 22314

> s// *Daniel J. Dugan*_____
> Daniel J. Dugan, Esquire