IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *ET AL*.  | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670 |
| | Honorable Colleen Kollar-Kotelly |
| JUDICIAL WATCH, INC., *ET AL*. | |
| Defendants. | |

**JOINT MOTION TO MODIFY
"AMENDED" SCHEDULING AND PROCEDURE ORDER**

All parties jointly move this Court for an Order modifying the December 7, 2007 deadline for completion of all fact discovery as set forth in the Court's "Amended" Scheduling and Procedures Order. As grounds for this Motion, the parties state as follows:

1. On May 9, 2007, this Court set the close of fact discovery for December 7, 2007.

2. Due to the nature of this case, there are concerns by all parties regarding the protection of proprietary and confidential information. To that end, on October 29, 2007, Defendants filed a Motion for Protective Order. Similarly, on November 5, 2007, Plaintiff filed a Motion to Quash Subpoenas, or in the Alternative for Protective Order.

3. The parties are unable to proceed with discovery until these issues are resolved and await guidance from the Court.

4. The parties seek an extension of fact discovery to January 31, 2008. This extension would provide the Court with an opportunity to rule on the outstanding motions and for the parties to then proceed with discovery accordingly.

5. The extension of the fact discovery deadline would have no effect on the discovery deadline of May 15, 2008, or any other deadline set forth in the "Amended"

Scheduling and Procedures Order."

6.   The parties emphasize that this Motion does not delay the proceedings. The proposed extension merely provides the parties with an opportunity to more fully comply with the discovery process.

WHEREFORE, the parties respectfully request that the Court GRANT this Motion and extend the deadline for completion of fact discovery to January 31, 2008.

Respectfully submitted,

//s//
_____
Richard W. Driscoll (436471)
Juli Haller Simonyi (466921)
DRISCOLL & SELTZER, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Telephone
703.997.4892 Facsimile
rdriscoll@driscollseltzer.com
jhaller@driscollseltzer.com

*Counsel for Defendants*
*Judicial Watch, Inc., Thomas J. Fitton,*
*Paul J. Orfanedes and Christopher J. Farrell*

//s//
_____
Daniel J. Dugan
SPECTOR, GADON & ROSEN, PC
1635 Market Street
Seventh Floor
Philadelphia, PA 19103
215.241.888 Telephone
215.241.8844 Facsimile
ddugan@lawsgr.com

*Counsel for Plaintiff Larry Klayman*

Dated: November 27, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of November 2007, a copy of the foregoing Motion and Proposed Order were served by electronic filing upon counsel listed on the Notice of Electronic Filing.

//s//

_____

Richard W. Driscoll