UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *et al.*,<br><br>　Plaintiffs,<br><br>　　v.<br><br>JUDICIAL WATCH, INC., *et al.*,<br><br>　Defendants. | Civil Action No. 06-670 (CKK) |

**ORDER**
(December 3, 2007)

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 3rd day of December, 2007, hereby

**ORDERED** [62] Judicial Watch's Motion for Leave to Amend Counterclaim is GRANTED; it is further

**ORDERED** that [65] Plaintiff's Cross-Motion for Sanctions is DENIED.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　*/s/*
　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　United States District Judge