UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LARRY KLAYMAN, *et al.*,

   Plaintiffs,

      v.

JUDICIAL WATCH, INC., *et al.*,

   Defendants.

Civil Action No. 06-670 (CKK)

**ORDER**
(December 3, 2007)

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 3rd day of December, 2007, hereby

**ORDERED** [73] Defendants' Motion for Protective Order is GRANTED-IN-PART and DENIED-IN-PART; it is further

**ORDERED** that the use of any information obtained during discovery in this matter is limited to the strict context of this litigation.  This Order shall continue in effect through the duration of this litigation; it is further

**ORDERED** that any party seeking to use information obtained during discovery in this matter for purposes other than the instant litigation must apply for and obtain permission from the Court *before doing so*; it is further

**ORDERED** that violations of this Order shall lead to severe penalties, including but not limited to a finding of contempt of court; it is further

**ORDERED** that in the event that either party believes that certain discovery information

should be produced for attorneys' eyes only, that party shall consult with opposing counsel in an effort to resolve the dispute. If the parties are unable to do so, the party seeking a protective order may make a specific application to Magistrate Judge Alan Kay, precisely identifying the information it seeks to protect as well as the legal basis for the protection sought.

    **SO ORDERED**.

                                                                            /s/
                                                COLLEEN KOLLAR-KOTELLY
                                                United States District Judge