UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN,<br><br>    Plaintiff,<br><br>     v.<br><br>JUDICIAL WATCH, INC., *et al.*,<br><br>    Defendants. | Civil Action No. 06-670 (CKK) |

**ORDER**
(December 3, 2007)

The above-captioned case has been referred to Magistrate Judge Alan Kay for the disposition of all pending and future discovery-related motions pursuant to LCvR 72.2(a).  In particular, [76] Plaintiff's Motion to Quash Subpoenas, or Alternatively for Protective Order, is referred to Magistrate Judge Kay.

Accordingly, it is this 3rd day of December, 2007.

**SO ORDERED**.

                                                                   /s/
                                                    COLLEEN KOLLAR-KOTELLY
                                                    United States District Judge

*\* The Clerk's Office is hereby instructed to issue a Form 299 referring this case to Magistrate Judge Kay for disposition of all pending and future discovery-related motions.*

Copy to:

Magistrate Judge Kay