Advertisement

# ...Saving Judicial Watch Victory!

## Tom Fitton and Company Go Down to Defeat

## Dear Friend and Supporter:

As you know, I have sued Tom Fitton, the current president of Judicial Watch, for unethical practices that threaten the existence of this once great organization, and have harmed me and my family. I took this course of action only after trying for two years to resolve matters with Fitton; but he refused and has hijacked Judicial Watch, turning it into a hapless toothless tiger that is off on joy rides having little to nothing to do with the reasons I founded it; to clean up corruption in the governmental and legal systems. He has also misused donor monies and squandered Judicial Watch's considerable resources to the point that if we do not step in now, the organization will likely cease to exist in a few years.

Just a few days ago, the court in our case against Tom Fitton ruled in our favor! Fitton and his band of ethically compromised directors had tried to have our case dismissed. But the court said no and has ordered that it go forward with full steam ahead. Most, importantly, the court ruled that if we win – and you and I know that this is only a matter of hard work and time — I will be able to reassume control of Judicial Watch as its Chairman and General Counsel. The court ruled in a 48 page opinion that shoots down Fitton's protest that the case go forward! **To read the court decision against Tom Fitton visit www.SavingJudicialWatch.com!**

During my tenure as founder and Chairman and General Counsel of Judicial Watch I was the only attorney able to have Bill Clinton found liable for a crime; the crime he committed against one of the many women he harassed – Kathleen Willey – by illegally releasing her government files to smear her. Now, as Hillary Clinton has decided to run for President, and as her "lovely" husband Bill seeks to become the "First Man", a forceful Judicial Watch, run by adults with law degrees, is necessary to take the Clintons and other corrupt politicians, lawyers and judges on again. As you know, one of the allegations of our complaint hinges on the hard fact that Fitton is not a lawyer and thus should not be running Judicial Watch, In fact, shortly before I left Judicial Watch to run for the U.S. Senate in Florida, I learned that Fitton, contrary to the false representations he made to me when I hired him, had not even graduated from college.

But this is not my only complaint; under Fitton Judicial Watch has been run into the ground through his unethical fundraising practices and his lack of desire to file hardhitting cases against corrupt politicians, judges and lawyers. In the three years after I left Judicial Watch has become little more than a website which boasts frequently of the many appeals it has to file thanks to having lost the cases which I left for it to pursue.

And Justice for All,

*Larry Klayman*

P.S. In short, I need your continued support. With the return of the Clintons in particular, the nation and the world need a Judicial Watch run by me, its founder. Major corrruption has returned to Washington, D.C., in the years since I left to run for the U.S. Senate and its time for Judicial Watch to be restored to greatness. Won't you help? Now that the court has shot down Fitton's attempt to have our case thrown out, we have him and his partners on the run. Lets make sure that we win and win big by having the financial resources to now go for the "knock out punch." Thank for your urgent help as we now want to proceed with discovery in a big way and push for a quick decision, before the Clintons are able to regain power.



---

✂

**☐ Please send your gift to Larry Klayman dba Saving Judicial Watch!!!**

☐ $25   ☐ $50   ☐ $100
☐ $500  ☐ $1,000 ☐ $2,000
☐ $5,000 ☐ $_____ Other

*Gifts are not tax-deductible.*

Name:_____
Address:_____
City, State, ZIP:_____
☐ Check enclosed
☐ VISA  ☐ MasterCard  ☐ American Express  ☐ Discover/NOVUS

Credit Card #:_____
Signature:_____ Exp. Date:___/___

Please send your gift to:
**Larry Klayman dba
Saving Judicial Watch
Dept Code HE129
1201 Pennsylvania Ave, Ste 300
Washington DC 20004**