

mario_calabrese@hotmail.com                              Printed: Tuesday, January 30, 2007 11:19 PM

| | |
|---|---|
| From : | Larry Klayman <listupdate@ru-lists.com> |
| Reply-To : | listupdate@ru-lists.com |
| Sent : | Tuesday, January 30, 2007 9:05 PM |
| To : | Mario_Calabrese@hotmail.com |
| Subject : | Victory! Tom Fitton and company go down to defeat thanks to your support... |

# Larry Klayman

1/30/07

Dear Mario :

    As you know, with your help I sued Tom Fitton, the current president of Judicial Watch, for unethical practices that threaten the existence of this once great organization, and have harmed me and my family.

    I took this course of action only after trying for two years to resolve matters with Mr. Fitton.

    But he refused and has hijacked Judicial Watch.

    Mario, it really grieves me he's turning Judicial Watch into a hapless, toothless tiger off on joy rides having little to nothing to do with the reasons I founded it -- to clear up corruption in the governmental and legal systems.

    And he's also misused donor monies and squandered Judicial Watch's considerable resources to the point that if we do not step

in now, the organization will likely cease to exist in a few years.

Just a few days ago, the court ruled against Tom Fitton in our favor!

You see, Fitton and his band of ethically compromised directors tried to have our case dismissed.

But the court said no and ordered the suit go forward full steam ahead.

Most importantly, the court ruled that if we win -- and you, &First NameMario, know that this is only a matter of hard work and time -- I will be able to reassume control of Judicial Watch as its Chairman and General Counsel.

Quite frankly, the court's 48 page opinion favored us and shot down every one of Tom Fitton's protests -- allowing the case to go forward! You can see it at www.SavingJudicialWatch.org.

I'm so grateful you responded generously to my previous letter about this case -- and you've given me your support.

Your support has been crucial to restoring Judicial Watch as the premier ethics watchdog in the nation.

During my tenure as founder and Chairman and General Counsel of Judicial Watch I was the only attorney able to get the courts to find Bill Clinton liable for a crime; the crime he committed against one of the many women he harassed -- Kathleen Willey -- by illegally releasing her government files to smear her.

This obviously not only confused supporters like you, but hurt my U.S. Senate campaign.

Then, Fitton gave the false impression that unless Judicial Watch raised a lot of money real fast, it'd have to lay off many people all the while sitting on $16 million dollars in assets, with millions more in the pipeline.

In particular, Fitton and company did not buy the building for which I raised $1.2 million, instead keeping the money for some other purpose.

However, throughout this period Fitton gave supporters and donors the impression in monthly newsletters that a building had been purchased, publishing a photo of a plaque listing the contributors to the building fund.

What's more, Fitton disparaged me and hurt my reputation. When supporters called Judicial Watch and asked how to reach me, they were told no one knew where I was.

When people asked why I had left, frequently they were told the reasons were confidential. That created the false impression I left for some reason other than to run for the U.S. Senate, thus casting a negative light on me.

In addition, Fitton told the networks not to have me on TV shows to discuss anything Judicial Watch was doing. He even had his lawyer threaten me, without any legal basis, not to say I was its founder, falsely claiming this would infringe the Judicial Watch trademark.

And if you look back at the publicity which Fitton has generated since I left, he removed nearly all references to me and gave me no credit for founding and successfully running the organization for about 10 years. It became so ludicrous that many

supporters would call me and complain.

In short, victory is going to be on our side. The courts are giving me every indication of this.

With the return of the Clintons in particular, the nation and the world need a Judicial Watch run by me, who knows how to sink its teeth into the Clintons or any other corrupt government official.

Major corruption has returned to Washington in the years since I left to run for the U.S. Senate

It's time for Judicial Watch to be restored to greatness.

But frankly, I need your continued support.

I really hate to have to ask you for help again, Mario, but I see no choice.

The judge gave us a green light to proceed, and now I need your help once again for us to move forward to restoring Judicial Watch to its greatness.

We need it in place sinking its teeth into the Clintons once again. Won't you help, Mario?

Now that the court has shot down Fitton's attempt to have our case thrown out, we have him and his partners on the run.

            Let's make sure we win and win big by having the financial resources to now go for the "knock out punch."

            I need your urgent help again now as we now want to proceed with discovery in a big way and push for a quick decision, before the Clintons are able to regain power.

            Thank you and God Bless,

            Larry Klayman

            Founder of Judicial Watch and

            Former Chairman and General Counsel

## Saving Judicial Watch

P.O. Box 131567, Houston, TX  77219-1567

www.SavingJudicialWatch.org

**If you no longer wish to receive these emails, please respond to this email with Remove in the subject line.**