ADVERTISEMENT

# NEWS FLASH! Court Rules Klayman Can Retake Control of Judicial Watch

## Watchdog Group Critical to Fight Clinton Corruption

In 1994, Larry Klayman created Judicial Watch to be the "People's Independent Counsel." Its vision was to be a watchdog agency that would not hesitate to identify wrongdoing by the political and legal "establishment," and take action if the facts warranted. While Mr. Klayman was chairman and general counsel, the action taken by Judicial Watch against former president Bill Clinton was the ONLY legal finding that he had committed a crime; when he violated the privacy of Kathleen Willey – a woman he harassed in the Oval Office!

Yet today, this once successful watchdog has lost its teeth and those who are corrupt no longer fear it.

Unfortunately in 2006, rather than holding government officials accountable for their activities and acting as a true public interest "watchdog," the only thing Judicial Watch is looking out for is its own interest. When Attorney Larry Klayman left his position as chairman and general counsel of Judicial Watch in 2003 to pursue a Senate seat from his native Florida, he relinquished control of the successful and respected Judicial Watch to Tom Fitton. Hardly in need of money, Judicial Watch coffers held over $16 million in assets, with more in the pipeline when Klayman left for his Senate run.

Sadly, Tom Fitton is running Judicial Watch into the ground. Under his management, Judicial Watch has lost nearly EVERY case it has been involved with since Klayman's departure. Further, they have lost key clientele, and allowed finances and the organization to deteriorate, so much so that it has been estimated that in the three years since Larry Klayman's departure, the original $16 million has been cut approximately in half!

To that end, having exhausted all avenues of amicable resolution, and only after a substantial soul searching and consideration, it was determined the only responsible thing to do was to file a lawsuit against Fitton and Judicial Watch with one goal: return Judicial Watch to its former respectability by getting it out of the hands of Tom Fitton who, immediately filed a motion to dismiss.

Recently, Klayman obtained a favorable decision by the U.S. District Court for the District of Columbia, denying Fitton's motion to dismiss. In the 48-page decision, the court finds that if Mr. Klayman is successful in his suit, he can regain control of Judicial Watch.

But success has a cost. To complete the litigation, we estimate it will cost approximately $1 million dollars. And time is crucial. We need to save



Judicial Watch before all of the assets are gone forever. Furthermore, who knows what this new Congress will bring. With corruption engulfing Washington, we need Judicial Watch now more than ever. Please consider your generous gift to help assure that the most important public interest group ever conceived is restored to prominence as America's "True Independent Counsel." Your children, your grandchildren and your country deserve nothing less.

**See www.SavingJudicialWatch.com for more details.**

---

☐ **Please send your gift to Larry Klayman dba Saving Judicial Watch!!!**

☐ $25   ☐ $50   ☐ $100
☐ $500   ☐ $1,000   ☐ $2,000
☐ $5,000   ☐ $_____ Other

*Gifts are not tax-deductible.*

Name:_____
Address:_____
City, State, ZIP:_____
☐ Check enclosed
☐ VISA   ☐ MasterCard   ☐ _____   ☐ Discover
Credit Card #:_____
Signature:_____ Exp. Date:___/___

Please send your gift to:
**Larry Klayman dba
Saving Judicial Watch
Dept Code WT305
1201 Pennsylvania Ave, Ste 300
Washington DC 20004**