ADVERTISEMENT

# Washington Post reports Judicial Watch Ineffective without Klayman!

> "Judicial Watch earned its reputation in the 1990s for lawsuits that ... allowed the group to depose several Clinton officials. But it's largely been out of the news since Klayman left Judicial Watch — and filed a lawsuit against it."
>
> Washington Post
> April 6, 2007

## Klayman will restore Judicial Watch to greatness!

JUDICIAL WATCH, under the leadership of Tom Fitton, has become a mere shell of the once proud organization which stood as the "True Independent Counsel" for the American people. In fact it has become a laughingstock. Rather than continue the successes on which JUDICIAL WATCH was built, Mr. Fitton and his team squandered the resources and prestige which had been established – resources provided by the generous donations of Americans just like you – to guarantee crucial oversight of those in government who would abuse their power and authority.

Former president Bill Clinton knows well the Judicial Watch led by Larry Klayman. Judicial Watch, under Mr. Klayman's leadership, won the only ruling **EVER** that **Bill Clinton had committed a crime** when he released government files of Kathleen Willey.

Today, Judicial Watch has been reduced to little more than a web site and a few pictures. Every indication is that today, the activities of the former watch dog organization are little more than meaningless schemes which have little to do fighting government corruption. Riding the past successes achieved under Mr. Klayman, today's Judicial Watch appears to be primarily interested in fundraising and little else.

### RETURNING JUDICIAL WATCH TO ITS FORMER STATURE IS SO CLOSE! BUT YOUR HELP IS NEEDED TO MAKE IT HAPPEN!

America needs a hard hitting, watchdog to stop the likes of the Clinton smear machine and the other politicians who act as if they are above the law. With Hillary Clinton running hard to return to the White House, the Clinton smear machine has stayed in high gear. America NEEDS the Judicial Watch of old back, and Larry Klayman is focused on doing just that!

SAVING JUDICIAL WATCH was formed by a concerned group of citizens led by Larry Klayman, to support a legal suit brought against Tom Fitton and his collaborators who have all but destroyed Judicial Watch. With recent court rulings in favor of Klayman's positions, the salvation of JUDICIAL WATCH IS IN REACH! But this kind of legal action necessary for success takes lots of money. And without your help, JUDICIAL WATCH will continue to die a slow death.

Please consider how you can be a part of recreating the REAL citizen's watchdog – Support SAVING JUDICIAL WATCH today!

---

**Larry Klayman**
Attorney at Law

Dear Friend and Supporter,

When I left Judicial Watch in 2004, I had no idea that the incompetence of Tom Fitton and his minions would destroy years of hard work, and the justice that came from effective legal action against those who would abuse their power. Bill and Hillary Clinton are sparing nothing to get back into the White House, with Hillary as President, and their smear machine is geared up to destroy anyone that would get in their way. I know from past experience that with a strong Judicial Watch, their sidestepping of the law can be exposed to the light of day. They CAN be successfully challenged in court – I've proven it in the case of Kathleen Wiley!

Please help me restore the "teeth" in the watchdog that once was Judicial Watch. With your support for SAVING JUDICIAL WATCH, we CAN wrest control away from the current "do nothing" leadership. This organization MUST get back to the business of advocating for the American People and holding accountable those who would destroy citizens for personal and political gain.

Recently, I filed suit on behalf of Jared Paul Stern, a journalist who has been smeared by the Clinton machine in an effort to ruin both his personal reputation and to destroy the New York Post for which he wrote. The defendants in the suit are Clinton billionaire supporter and employer Ron Burkle, along with Bill and Hillary themselves. Why? Because the exposure of the Clintons' and Burkle's activities by the Post and Mr. Stern could derail Hillary's 2008 Presidential ambitions. (Visit www.klaymanlaw.com for information.)

This is litigation that SHOULD have been brought by Judicial Watch! By supporting the efforts of SAVING JUDICIAL WATCH, you can help make sure that suits like Stern's can be most effectively brought to bear on the crowd that still wonders what "is" is...

As our second president John Adams said, just days before signing the Declaration of Independence: "Without ethics, morality, and religion there will be no lasting liberty." Amen. Please help me in the fight for lasting liberty by sending your most generous donation to SAVE JUDICIAL WATCH today. Thank you.

Sincerely,

*Larry Klayman*
Larry Klayman
Founder and former Chairman, Judicial Watch

P.S. Please don't delay. Every day with Tom Fitton in control of Judicial Watch is another day that emboldens those who are convinced they are above the law.

---

**Please send your gift to Larry Klayman dba Saving Judicial Watch!!!**

- ☐ $25  ☐ $50  ☐ $100
- ☐ $500  ☐ $1,000  ☐ $2,000
- ☐ $5,000  ☐ $_____ Other

*Gifts are not tax-deductible.*

Name:_____
Address:_____
City, State, ZIP:_____
☐ Check enclosed
☐ VISA  ☐ MasterCard  ☐ [card]  ☐ Discover

Credit Card #:_____
Signature:_____ Exp. Date:___/___

Please send your gift to:
**Larry Klayman dba
Saving Judicial Watch
Dept Code WT423
1201 Pennsylvania Ave., Ste 300
Washington DC 20004**