IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670 |
| | Magistrate Judge Kay |
| JUDICIAL WATCH, INC., *et al.*, | |
| Defendants. | |

### DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO QUASH SUBPOENAS, OR ALTERNATIVELY FOR PROTECTIVE ORDER

Defendants Judicial Watch, Inc., Thomas J. Fitton, Paul J. Orfanedes, and Christopher J. Farrell ("Defendants"), by undersigned counsel, respectfully move for leave to file a Sur-Reply Memorandum to Plaintiff's Reply Memorandum in Support of his Motion to Quash Subpoenas, or Alternatively for Protective Order ("Reply"), and state as follows:

1.  On December 3, 2007, the Honorable Colleen Kollar-Kotelly referred the disposition of all pending and future discovery-related motions, including Plaintiff's Motion to Quash Subpoenas, or Alternatively for Protective Order ("Motion to Quash"), to Magistrate Judge Alan Kay. On that same date, Judge Kollar-Kotelly also granted Defendants leave to amend their counterclaims against Plaintiff. (*See* Court Orders 12/03/07).

2.  On November 5, 2007, Plaintiff filed his Motion to Quash to try to prevent Defendants from obtaining relevant and probative documentary evidence they had subpoenaed from four non-parties in October 2007. (*See* Pl.'s Mot. to Quash).

3.  Defendants filed their opposition to Plaintiff's Motion to Quash on November 19, 2007. (*See* Defs.'s Opp'n to Mot. to Quash).

4. Plaintiff filed a Reply Memorandum on November 27, 2007 and attached three new exhibits. (*See* Pl.'s Reply Mem., Ex. A, Ex. B. and Ex. C)

5. Defendants now seek leave to file a Sur-Reply Memorandum for an opportunity to respond to Plaintiff's three newly submitted exhibits and arguments related to those exhibits. Defendants also seek leave to file a Sur-Reply Memorandum to demonstrate their substantial need for the discovery at issue in light of their newly permitted counterclaims.

6. These exhibits include initial and supplemental objections asserted by one of the subpoenaed entities, American Target Advertising. (*See Id.*). Defendants seek to respond to these new exhibits and the arguments raised by Plaintiff relating to them.

7. Additionally, on December 3, 2007, the Court granted Defendants leave to file amended counterclaims, which now include some eleven (11) separate counterclaims against Plaintiff, including newly-amended counts and entirely new counts for breach of the parties' September 19, 2007 Severance Agreement, Trademark Infringement, Unfair Competition in violation of 15 U.S.C. 1125(a), and Cybersquatting in violation of 15 U.S.C. 1125(d). (*See* Court Order of 12/03/07; *see also*, Defs.' Am. Countercl., filed on December 3, 2007 and entered on December 4, 2007).

8. While the discovery at issue was relevant to Defendants' original counterclaims, which, among other matters, concern Plaintiff's fundraising efforts from the date he left Defendant Judicial Watch, Inc.'s employment up to and including May 2006, the discovery sought by Defendants also is directly relevant to the amended counterclaims, which largely concern Plaintiff's fundraising efforts from May 2006 to the present. Thus, Defendants should have the opportunity to demonstrate the relevance of this discovery to their amended counterclaims.

9. Fact Discovery closes on January 31, 2007. (*See* Court Order of 12/03/07.)

10. A copy of Defendants' proposed Sur-Reply Memorandum is attached hereto.

11. The Undersigned attempted to confer with Plaintiff's Counsel for consent on this Motion. On December 4, 2007, the Undersigned communicated with Plaintiff's Counsel regarding the nature of the Motion and request for consent but was unable to obtain consent.

WHEREFORE, Defendants respectfully request that they be granted leave to file the accompanying Sur-Reply Memorandum.

Respectfully submitted,

\_\_\_\_//s//_____
Richard W. Driscoll (436471)
Juli Haller Simonyi (466921)
DRISCOLL & SELTZER, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Telephone
703.997.4892 Facsimile
rdriscoll@driscollseltzer.com
jhaller@driscollseltzer.com
*Counsel for Defendants Judicial Watch, Inc., Thomas J. Fitton, Paul J. Orfanedes and Christopher J. Farrell*

Dated: December 4, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this <u>4th</u> day of <u>December</u> 2007, a true copy of the foregoing Motion for Leave to File a Sur-Reply to Plaintiff's Reply in Support of Motion to Quash Subpoenas or, Alternatively for Protective Order was sent via e-mail, to:

> Daniel J. Dugan, Esquire,
> Spector, Gadon & Rosen, P.C.
> Seven Penn Center
> 1635 Market Street, 7th Floor
> Philadelphia, PA 19103
> dugan@lawsgr.com

/s/
_____
Juli Z. Haller Simonyi