IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670 (CCK) (AK) |
| JUDICIAL WATCH, INC., *et al.*, | |
| Defendants. | |

## DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S ANSWERS TO DEFENDANT'S INTERROGATORIES

Defendants Judicial Watch, Inc., Thomas J. Fitton, Paul J. Orfanedes, and Christopher J. Farrell ("Defendants"), by undersigned counsel, pursuant to Fed. R. Civ. P. 37(a) hereby respectfully move to compel Plaintiff's ("Klayman") Answers to Judicial Watch's Interrogatories served pursuant to Fed. R. Civ. P. Rule 33. Defendants seek an Order compelling Plaintiff to provide fully responsive Answers to Interrogatories. Further, Defendants, pursuant to Fed. R. Civ. P. 37(a)(4), seek costs for filing said motion. As grounds for this Motion, Defendants hereby incorporate the attached Memorandum of Points and Authorities and attached Exhibits in Support of Motion to Compel Plaintiff's Interrogatories.

WHEREFORE, for all of the forgoing reasons, Defendants Thomas J. Fitton, Paul J. Orfanedes, Esq. and Christopher J. Farrell respectfully request that the Court GRANT their Motion and enter an Order compelling Plaintiff to provide fully responsive Interrogatory Answers to Defendant Judicial Watch's Interrogatories.

        Respectfully submitted,

/s/ *Richard W. Driscoll*

Richard W. Driscoll (436471)
Juli Haller Simonyi (466921)
DRISCOLL & SELTZER, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Telephone
703.997.4892 Facsimile
rdriscoll@driscollseltzer.com
jhaller@driscollseltzer.com
*Counsel for Defendants Judicial Watch, Inc., Thomas J. Fitton, Paul J. Orfanedes and Christopher J. Farrell*

Dated: December 12, 2007

## GOOD FAITH CERTIFICATION

I HEREBY CERTIFY that undersigned counsel made good faith efforts to resolve or dispose of the issue presented by this Motion. Such efforts include two letters to the opposing party seeking responsive Answers to Interrogatories and a resolution of this discovery issue in lieu of a Motion to Compel. However, counsel for the Plaintiff responded to the first letter, dated October 30, 2007, and provided a deficient response. (See Ex. 5). The Undersigned sent another correspondence on November 13, 2007, setting forth the basis of deficiency. However, to date Plaintiff has failed to respond to November 13, 2007 correspondence in which the Undersigned again sought a resolution. (*See* Ex. 6). A discovery end date of January 31, 2007 approaches and Plaintiff has failed to respond. Accordingly, further discussion regarding these issues is futile.

        //s//
        Juli Z. Haller Simonyi

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of December, 2007, a copy of the foregoing Motion with Certification, Memorandum of Points and Authorities were sent via the Court's electronic means to:

>Daniel J. Dugan, Esq.
>SPECTOR GADON & ROSEN, P.C.
>1635 Market Street, Seventh Floor
>Philadelphia, PA 19103
>215.241.8844 Facsimile

/s/
_____
Juli Z. Haller Simonyi