IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN,<br><br>    Plaintiff,<br><br>v.<br><br>JUDICIAL WATCH, INC., *et al.*,<br><br>    Defendants. | Civil Action No. 1:06-CV-00670<br>(CCK) (AK) |

## **ORDER**

Upon consideration of Defendants' Motion to compel Plaintiff's Answers to Judicial Watch's Interrogatories pursuant to Fed. R. Civ. P. Rule 37(a), any opposition thereto, and the entire record herein, it is this ___ day of _____ 2007,

ORDERED that the motion is hereby GRANTED, and it is further

ORDERED that the Plaintiff shall pay Defendants' Attorneys' Fees for preparing and filing this Motion to Compel pursuant to Fed. R. Civ. P. Rule 37(a)(4).

_____
Honorable Alan Kay
Magistrate Judge, United States District Court

cc:    Copies to all counsel