IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670 (CCK) (AK) |
| JUDICIAL WATCH, INC., *et al.*, | |
| Defendants. | |

**DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS**

Defendants Judicial Watch, Inc., Thomas J. Fitton, Paul J. Orfanedes, and Christopher J. Farrell ("Defendants"), by undersigned counsel, pursuant to Fed. R. Civ. P. 37(a) hereby respectfully move to compel Plaintiff's ("Klayman") Responses to Defendants' Request for Production of Documents served pursuant to Fed. R. Civ. P. Rule 34. Defendants seek an Order compelling Plaintiff to provide fully responsive Responses to Defendants' Request for Production of Documents. Further, Defendants, pursuant to Fed. R. Civ. P. 37(a)(4), seek costs for filing said motion. As grounds for this Motion, Defendants hereby incorporate the attached Memorandum of Points and Authorities and attached Exhibits in Support of Motion to Compel Plaintiff's Responses to Defendants' Production of Document Request.

WHEREFORE, for all of the forgoing reasons, Defendants Thomas J. Fitton, Paul J. Orfanedes, Esq. and Christopher J. Farrell respectfully request that the Court GRANT their Motion and enter an Order compelling Plaintiff to provide fully responsive Document Responses to Defendant Judicial Watch's Requests for Production of

Documents.

        Respectfully submitted,

        /s/ *Richard W. Driscoll*
        _____
        Richard W. Driscoll (436471)
        Juli Haller Simonyi (466921)
        DRISCOLL & SELTZER, PLLC
        600 Cameron Street
        Alexandria, Virginia 22314
        703.340.1625 Telephone
        703.997.4892 Facsimile
        rdriscoll@driscollseltzer.com
        jhaller@driscollseltzer.com
        *Counsel for Defendants Judicial Watch,*
        *Inc., Thomas J. Fitton, Paul J. Orfanedes*
        *and Christopher J. Farrell*

Dated: December 12, 2007

**GOOD FAITH CERTIFICATION**

I HEREBY CERTIFY that undersigned counsel made good faith efforts to resolve or dispose of the issue presented by this Motion. Such efforts include two letters to the opposing party seeking responsive Answers to Interrogatories and a resolution of this discovery issue in lieu of a Motion to Compel. However, counsel for the Plaintiff responded to the first letter, dated October 30, 2007, and provided a deficient response. (See Ex. 4 and Ex. 5). The Undersigned sent another correspondence on November 13, 2007, setting forth the basis of deficiency. However, to date Plaintiff has failed to respond to November 13, 2007 correspondence in which the Undersigned again sought a resolution. (*See* Ex. 6). A discovery end date of January 31, 2007 approaches and

Plaintiff has failed to respond. Accordingly, further discussion regarding these issues is futile.

                                                      //s//
                                       Juli Z. Haller Simonyi

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of December, 2007, a copy of the foregoing Motion with Certification, Memorandum of Points and Authorities were sent via the Court's electronic means to:

> Daniel J. Dugan, Esq.
> SPECTOR GADON & ROSEN, P.C.
> 1635 Market Street, Seventh Floor
> Philadelphia, PA 19103
> 215.241.8844 Facsimile

/s/

Juli Z. Haller Simonyi