**From:** Jeffrey Schervone [mailto:jschervone@lawsgr.com]
**Sent:** Friday, November 09, 2007 4:44 PM
**To:** Juli Haller Simonyi
**Cc:** Daniel Dugan
**Subject:** Klayman v. JW et als - Supplemental Interrogatory Answers

Dear Ms. Simonyi:

Attached are Plaintiff's Supplemental Interrogatory Answers. I hope to be in position to produce responsive documents next week.

Thank you,

Jeffrey H. Schervone
**Spector Gadon & Rosen, P.C.**
1000 Lenola Road
Moorestown, NJ 08057
(856) 778-8100 Main
(856) 722-5344 Fax
jschervone@lawsgr.com
www.lawsgr.com

The information contained in this email message is attorney privileged and confidential information, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message from your computer.

<<Plaintiff's Supplemental Interrogatory Answers.pdf>>

11/12/2007