Verdict June 2007 p 11

# JUDICIAL WATCH FINISHES 2006 ON UPSWING

Thanks to the support of our many members, Judicial Watch had an outstanding year in 2006, carrying out our mission of fighting government corruption. Judicial Watch members donated nearly $10 million to fund our mission in 2006, providing the fuel to fight our legal battles, initiate and carry out investigations, and educate the public about our anti-corruption work.

This increase in philanthropic support was due to growth in the number of Judicial Watch members and growth in donations from our members, as well as from foundation grants. Judicial Watch also benefited from the thoughtfulness of several Judicial Watch members, from whom we received significant bequests. We also were able to reduce our fund-raising costs by over 12% from 2005, which means Judicial Watch can use more of each dollar raised on programs.

"We are grateful to our members for all of their philanthropic support as we work to fight government corruption which, unfortunately, continues to grow," said Judicial Watch President Tom Fitton. "This support enabled us to take on the ACLU, investigate Hillary Clinton, fight legal battles against illegal immigration and for the rule of law," he added.

In 2006, Judicial Watch launched a new Charitable Gift Annuity program aimed at members who wish to make a gift while receiving an income for life. "We wanted Judicial Watch members to be able to benefit from this unique charitable giving opportunity," said Steven C. Andersen, Judicial Watch Director of Development. "Through our John Adams Society, Judicial Watch members have access to a full range of estate planning tools. What a wonderful way to ensure Judicial Watch will have all the resources it needs to continue to fight for transparency and ethics in government and the rule of law."

In addition to the growth in revenue in 2006, Judicial Watch net assets grew by $1,596,162 from 2005 as management implemented policies aimed at maximizing Judicial Watch's assets. Net assets include over $1.4 million in funds raised previously for purchasing a building for the organization. These building funds remain set aside for a building purchase, which Judicial Watch continues to pursue.

Over the past several years, Judicial Watch has reduced its liabilities from over $2.8 million to a manageable $860,391, representing

continued on next page.

## Charitable Giving

As Judicial Watch is a 501(c)(3) charitable organization, you might consider taking advantage of the following charitable giving options:

**Donating Appreciated Securities:** Donors of appreciated securities can receive a charitable deduction and avoid a capital gains tax liability.

**Become an "Automatic" Amicus Donor to Judicial Watch:** If you developed a plan for donating a certain amount to charity in 2007, consider joining the Judicial Watch Amicus Society and have your donation amount spread out over the year by having us automatically charge your credit card or debit your bank account.

**If You are 55 or Older, Consider Establishing a Charitable Gift Annuity:** With a CGA, you not only receive a charitable deduction for your gift, but you also receive a guaranteed income for the rest of your life.

For more information, please contact Steve Andersen, Director of Development at 1-888-593-8442 x 337.



Judicial Watch Contributions (2004, 2005, 2006)