**From:** Richard Driscoll [mailto:rdriscoll@DriscollSeltzer.com]
**Sent:** Friday, December 21, 2007 3:18 PM
**To:** Daniel Dugan
**Subject:** RE: Klayman

Spoke to John. Will have documents placed in building entry (inside) by 4:00 p.m. Am told by Juli that total amount is more like 2 bankers boxes.

Rich

**From:** Daniel Dugan [mailto:dugan@lawsgr.com]
**Sent:** Friday, December 21, 2007 2:20 PM
**To:** Richard Driscoll
**Cc:** leklayman@bellsouth.net
**Subject:** RE: Klayman

Reliable will be picking them up. They said as soon as they can. I gave John Kirk 202.347.6644 your number.

Regards,
Dan

*Daniel J. Dugan*
*Spector Gadon & Rosen, P.C.*
*1635 Market Street, 7th Floor*
*Philadelphia, PA 19103*
*215.241.8872*
*215.531.9120 (Direct Fax)*

12/22/2007

**From:** Richard Driscoll [mailto:rdriscoll@DriscollSeltzer.com]
**Sent:** Friday, December 21, 2007 1:08 PM
**To:** Daniel Dugan
**Subject:** RE: Klayman

Dan:

Will you give us notice regarding when the documents will be picked up? We closed today at 12:00 noon and will not be open again until next Wednesday. However, if they are to be picked up in the meantime, we can make arrangements to have someone available to release the documents.

Rich

**From:** Daniel Dugan [mailto:dugan@lawsgr.com]
**Sent:** Friday, December 21, 2007 12:36 PM
**To:** Richard Driscoll
**Cc:** leklayman@bellsouth.net; Jeffrey Schervone
**Subject:** RE: Klayman

Rich:
Thanks. I will make arrangements for the documents to be picked up and copied.
Merry Christmas

Regards,
Dan

*Daniel J. Dugan*
*Spector Gadon & Rosen, P.C.*
*1635 Market Street, 7th Floor*
*Philadelphia, PA 19103*
*215.241.8872*
*215.531.9120 (Direct Fax)*


**From:** Richard Driscoll [mailto:rdriscoll@DriscollSeltzer.com]
**Sent:** Friday, December 21, 2007 12:16 PM
**To:** Daniel Dugan
**Subject:** RE: Klayman

Dan:

The documents are available for your review and copying. They comprise approximately 4 bankers boxes. If you would like to review them, please let us know when you propose to do so. Otherwise, you may make arrangements to have them copied at your expense.

Merry Christmas,

Richard W. Driscoll, Esquire
Driscoll & Seltzer, PLLC
600 Cameron Street

12/22/2007

Alexandria, Virginia 22314
703.340.1625 Office
703.997.4892 Facsimile
rdriscoll@driscollseltzer.com
www.driscollseltzer.com

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

**From:** Daniel Dugan [mailto:dugan@lawsgr.com]
**Sent:** Friday, December 21, 2007 10:52 AM
**To:** Richard Driscoll
**Cc:** Jeffrey Schervone
**Subject:** Klayman

Dear Rich:
Following up on my earlier letter. We are sending documents out to you today. Are you going to send me yours today? We will need them to review in advance of the depositions. If I do not hear affirmatively from you, we will file a motion to compel on Monday. If I do not get them sufficiently in advance of the depositions to adequately prepare, I may have to delay some of them and/or seek an extension of the discovery deadline.

Regards,
Dan

*Daniel J. Dugan*
*Spector Gadon & Rosen, P.C.*
*1635 Market Street, 7th Floor*
*Philadelphia, PA 19103*
*215.241.8872*
*215.531.9120 (Direct Fax)*

12/22/2007