IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Larry Klayman, | : | |
| *Plaintiff,* | : | Civil Action No. 1:06-CV-00670 |
| | : | |
| v. | : | Honorable Colleen Kollar-Kotelly |
| | : | |
| Judicial Watch, Inc., *et al.* | : | |
| *Defendants.* | : | **Jury Trial Demanded.** |

## NOTICE OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance as co-counsel and *pro se* on behalf of Plaintiff/Counter Defendant, Larry Klayman, in the above captioned matter.

                                                Respectfully submitted,

                                By:    //s// Larry Klayman
                                            Larry Klayman, DC Bar No. 334581
                                            **The Klayman Law Firm**
                                            Courvoiser Centre
                                            540 Brickell Key Drive, Unit 732
                                            Miami, Florida 33131
                                            Ph (305) 579-3455
                                            Fax (305) 579-3454
                                            leklayman@bellsouth.net

Dated: December 31, 2007

415714-1

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 31st day of December 2007, a copy of the foregoing Entry of Appearance was sent via electronic service to:

>Richard Driscoll
>Driscoll & Seltzer, PLLC
>600 Cameron Street
>Alexandria, Virginia 22314
>*Fax*: (703) 997-4892

                                   _____//s//   *Daniel J. Dugan*_____
                                            Daniel J. Dugan

415714-1