**From:** Daniel Dugan [mailto:dugan@lawsgr.com]
**Sent:** Wednesday, January 02, 2008 6:09 PM
**To:** Richard Driscoll
**Cc:** leklayman@bellsouth.net; Jeffrey Schervone
**Subject:** RE: Conference Call with Magistrate Kay

Rich:

I received the ECS notice of the conference before I left the office and before I received your email. I will be available. Larry will probably also participate, although I am not sure of that. Jeff will also participate.

The dates listed in your email are the ones we discussed. Since Larry will likely take some of them, I have passed the dates on to him to make sure of his availability.

In listing the people you want to depose, you have exceeded the limit of 10 imposed by the rules.

We do have some concerns about your proposed depositions of Larry's former wife and mother-in-law and request a proffer on them. With respect to our production of additional documents I misspoke earlier today. While I have not seen additional documents (which is what I told you), I was not aware that Jeff has received and is reviewing additional documents. I expect we will be producing those within the next couple of days.

As per my notes we were to discuss only the following matters with the Magistrate Judge:

- Our pending motions to quash
- the order of the depositions--whether you get to depose Larry first. You confirmed that you were willing to put Tom up for deposition on the day after you depose Larry
- The dates for the depositions
- an extension of the discovery deadline to accommodate the depositions

I will not be prepared to discuss additional topics, if there are to be any, since we did not discuss them and I have been out of town all afternoon.

Finally, you agreed to provide a copy of Judicial Watch's insurance policy that I requested and to send me a copy of Judicial Watch's latest form 990 upon receipt of a written request. I asked Jeff to send you such a request, which you should have received by now.

Regards,

Daniel J. Dugan
Spector Gadon & Rosen, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA 19103
215.241.8872
215.531.9120 (Direct Fax)