ADVERTISEMENT



# The "Dream Team" Is Back! To Bring Justice To The Clintons As We Retake Judicial Watch

"*Judicial Watch earned its reputation in the 1990s for lawsuits that ... allowed the group to depose several Clinton officials. But it's largely been out of the news since Klayman left Judicial Watch — and filed a lawsuit against it.*"
— Washington Post, April 6, 2007



Larry Klayman
Chairman and General Counsel

## After ten years of success...

in fighting government and legal corruption at Judicial Watch, which I conceived of and founded, I left the public interest watchdog in 2003 to run for the United States Senate. The person who later assumed control of Judicial Watch — the current president Tom Fitton — has misused the organization for his own ends, improperly dissipating and squandering donor monies and turning the group into a very bad joke, which mostly boasts of the appeals it is forced to take following a string of defeats since I left.

As a result of this damage, in order to save Judicial Watch, I have sued Fitton. See **www.SavingJudicialWatch.com**. In a landmark victory, the court in my case ruled that, if successful, I can retake control of this once great organization. Given the corruption of Hillary and Bill Clinton, and their plan to retake control of the White House in 2008, a renewed and powerful Judicial Watch — the People's Justice Department — can come none too soon.

Many supporters have given generously to this noble goal of "liberating" Judicial Watch from the clutches of Tom Fitton and his ethically challenged "yes men" on his Board of Directors. While my case progresses, we must take immediate action against corrupt politicians and others such as Hillary and Bill Clinton.

Now, poised to win our case against Fitton and retake Judicial Watch, I have created a legally separate "twin" public interest group, using the trademark Freedom Watch, to rekindle my corruption fighting efforts without wasting any time. I, and those who I have brought into Freedom Watch to assist me, will not wait until Judicial Watch is liberated. We will begin the task of holding the Clintons and others of their ilk accountable under our rule of law, now! Once we retake the organization, we will then combine the two for an even stronger public interest mission — to fight government and legal corruption domestically (through Judicial Watch) and spread freedom throughout the world (through Freedom Watch).

As you may know from reading my complaint, when I left Judicial Watch, Fitton gutted the organization, shutting down virtually every regional office, even closing the organization's radio and television shows. The real talent of Judicial Watch, the regional directors I had hired and who were loyal to me and you, were fired — so no one could challenge Fitton and his minions of "yes men." Now I have reassembled this "Dream Team" along with talented and dedicated professionals who are committed to me, you and the "American way."

One of our first tasks is to finally bring justice to the Clintons. To do this Freedom Watch and I have acquired a new client, former New York Post freelance journalist and reporter, Jarred Stern, whose livelihood was ruined at the hands of Bill and Hillary. This case represents the biggest legal threat to the Clintons, since the time I successfully sued them as Judicial Watch president, over a decade ago. *Read about the case at www.FreedomWatchUSA.com*

So, my friends and fellow supporters, the "Dream Team" is back, and it is in business once again to hold Hillary and Bill Clinton and other corrupt politicians, lawyers and judges accountable under the rule of law.

Won't you become part of it now, before our country drowns in Clinton and other government corruption?

Freedom Watch, the "Dream Team" and its clients need your help to save our country — for our children and grandchildren — from the ruinous corruption of Bill and Hillary Clinton and their friends that would otherwise destroy liberty and democracy. Please contribute to our just cause. Your contribution is tax deductible. Freedom Watch is a 501(c)(3) non-profit corporation.

Thank you for your generous support and God Bless you, your family and the United States of America!

Sincerely yours,

Larry Klayman
Freedom Watch, Founder and Chairman

## Donate NOW at www.FreedomWatchUSA.com

---

**Please send your most generous tax deductible contribution to Freedom Watch.**

☐ $25  ☐ $50  ☐ $100  ☐ $500
☐ $1,000  ☐ $2,000  ☐ $5,000
☐ $_____ Other
*Gifts are tax-deductible to the extent allowable by law.*

Name: _____
Address: _____
City, State, Zip: _____
☐ Check  ☐ VISA  ☐ ▢  ☐ ▢  ☐ ▢
Credit Card #: _____
Signature: _____ Exp. Date: ___/___
Phone: (   ) _____
Email: _____

Please send your gift to:



**Freedom Watch**
P. O. Box 131973
Dept Code WT716
Houston, TX 77219-1973
www.FreedomWatchUSA.com

*Freedom Watch is a non-profit 501(c)(3) organization. All contributions are tax deductible to the extent allowable by law.*

THE WASHINGTON TIMES                    NATIONAL WEEKLY EDITION  JULY 16, 2007  21