IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY KLAYMAN, et al.,**<br><br>  Plaintiffs,<br><br>  v.<br><br>**JUDICIAL WATCH, INC., et al.,**<br><br>  Defandants. | Civil Action No.  06-0670 (CKK) (AK) |

## MOTION FOR EXTENSION OF TIME

Plaintiff, Larry Klayman, moves this honorable court for an extention of 20 days to respond to Defendants' voluminous requests for admissions and would show

1. In the last weeks, Plaintiff has been diverted of late by the impending death of his mother, who passed away yesterday in late afternoon. She had been in a coma and her impending death, and other related family matters, has been taking up much of Plaintiff's time. He must now plan for burial, the funeral and deal with estate and other related issues on an immediate basis.

2. In light of his mother's death, Plaintiff has requested through Defendants' counsel, Mr. Richard Driscoll, a 20 day extension but he has only agreed to 6 days.  This is not enough time given all that has been going on in Plaintiff's family concerning his mother and related issues.

WHEREFORE, Plaintiff respectfully requests a 20 day extension to time to respond or otherwise object to Defendants requests for admissions, which number about 120 such requests, or until and including February 14, 2008.

        Respectfully submitted,
        s/Larry Klayman_____
        Larry Klayman, Esq.
        D.C. Bar No.: 334581
        The Klayman Law Firm, P.A.
        3415 SW 24th Street
        Miami, FL 33145
        Tel: 305-447-1091
        Fax: 305-447-1548

        Daniel J. Dugan, Esquire
        Spector Gadon & Rosen, P.C.
        1635 Market Street 7th Floor
        Philadelphia, PA 19103
        Tel: 215-241-8872
        Fax: 215.241.8844

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of January 2008, a true copy of the foregoing Motion for Extension of Time was served via electronic means to:

    Richard W. Driscoll, Esquire
    Driscoll & Seltzer, PLLC
    600 Cameron Street
    Alexandria, VA 22314

        By: s/Larry Klayman_____
        Larry Klayman, Esq.
        D.C. Bar No.: 334581
        The Klayman Law Firm, P.A.
        3415 SW 24th Street
        Miami, FL 33145
        Tel: 305-447-1091
        Fax: 305-447-1548