## Juli Haller Simonyi

| | |
|---|---|
| **From:** | Richard Driscoll |
| **Sent:** | Friday, January 25, 2008 1:05 PM |
| **To:** | Larry Klayman; Daniel Dugan |
| **Cc:** | 'Jeffrey Schervone'; Juli Haller Simonyi |
| **Subject:** | RE: Klayman v. Fitton et. al |

Gentleman:

We understand that today is not a good day for the Klaymans and sympathize with their loss.

The Defendants are not willing to agree to a 20 day extension of time to respond to the Requests for Admission. However, they will agree to extend the deadline for six (6) days until and including Thursday, January 31, 2008, which is the current deadline to complete fact discovery. While Mr. Klayman may be hampered in his ability to address these issues, his counsel are exceedingly competent and, as members of a firm having more than 60 lawyers with offices located in Pennsylvania, New Jersey and Florida, they are likely to have no difficulty in responding to the Requests. Considering that the Requests have been outstanding for 29 days, I am confident that Dan and Jeff have nearly completed the Responses by now. More importantly, Defendants do not believe that they are able to extend the deadline for a response for 20 days because to do so would substantially disrupt the deposition of Mr. Klayman and extend beyond the current deadline to complete fact discovery.

When the parties originally spoke with Magistrate Kay on January 3, 2008, it was our understanding that Mr. Klayman would appear for his deposition on the 17th of January. This date was then moved to the 8th of February. During the discussion on January 16, Plaintiff signaled that objections to the Court's Orders would likely be filed. Indeed, Plaintiff has now objected to Magistrate Kay's January 8, 2008 Order and is likely to object to the January 16, 2008, Order as well. These efforts effectively limit Defendants' ability to proceed on February 8, 2008 (a date that has yet to be approved by the Court).

We are now being asked for a proposed deposition schedule. However, we find ourselves unable to propose one as the ability to depose third-party witnesses is currently in question due to the Objections filed this week. In addition, we are not able to contact Louise Benson because Mr. Klayman declines to provide us with contact information that would allow us to do so. Indeed, he stated that Defense counsel is not permitted to speak with her. Essentially, each avenue of discovery that Defendants seek is being delayed or frustrated by Plaintiff's tactics. The cost of such tactics has been significant and the delay has been substantial.

Defendants would like to put all issues before the Court on Monday and have set a conference call for 10 a.m., when the Court was available. In light of the impending discovery deadline, we strongly request that Plaintiff's counsel participate so that this case can move forward to trial. Absent participation, we will have no choice but to seek formal relief.

Richard W. Driscoll, Esquire
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Office
703.997.4892 Facsimile
rdriscoll@driscollseltzer.com
www.driscollseltzer.com

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

**From:** Larry Klayman [mailto:leklayman@bellsouth.net]
**Sent:** Friday, January 25, 2008 11:46 AM
**To:** Richard Driscoll
**Cc:** 'Jeffrey Schervone'
**Subject:** Klayman v. Fitton et. al

Richard:

Today is not a good day to go over document requests on both sides. I am taken up with my mother's death and family matters.
I would thus propose that you send us your proposed deposition schedule and that we talk at 11 am on Monday. This will give me time to sort thru the immediate personal issues, like my mother's funeral plans, today.

Also, as a courtesy I request at 20 day extension on our response to your clients' requests for admissions, which are due today. Please email me right away on this, as I need to leave the office and we have to file a hoped for agreed motion for extension.

On Monday, we can go thru each of our respective doc requests in detail and discuss other issues which need to be addressed at this time, like the discovery deadlines.

As you know, I am now playing a more direct role in this litigation and you will be dealing with me as a lead counsel as well. You may speak with me directly and Mr. Dugan's or Mr. Schervone's presence is not necessary if they are not available. We are co-equal "co counsel".

Thank you in advance for your understanding.

Larry Klayman

1/28/2008