IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *ET AL*. | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670 |
| | Honorable Magistrate Judge Alan Kay |
| JUDICIAL WATCH, INC., *ET AL*. | |
| Defendants. | |

## **PRAECIPE**

Defendants, Judicial Watch, Inc., Thomas J. Fitton, Paul J. Orfanedes, and Christopher J. Farrell ("Defendants"), by undersigned counsel, respectfully submit the following status update regarding service of a new subpoena on Philip Sheldon, a fact witness in the above referenced matter, pursuant to the Court's Order of January 30, 2008:

1. On January 30, 2008, the Undersigned provided new subpoenas for Philip Sheldon and additional copies of the prior subpoenas to Counsel for Plaintiff, with receipt of said documents confirmed by Mr. Dugan.

2. At approximately 10:15 a.m. on January 31, 2008, the Court Reporter hired by defendants to transcribe the scheduled deposition contacted the Undersigned and conveyed that no one was present at the deposition and that she had been at the present location since approximately 9:40 a.m. At that time she advised that a man appearing to be a process server was also waiting with her.

3. At also approximately 10:15 a.m., the Witness, Mr. Sheldon, contacted the Undersigned to inquire about the status of the deposition. He stated that he appeared at 10:00 a.m. but that no one was present. He further advised the Undersigned that, "Larry's [Klayman's]

lawyer, Jeff Schervone, had advised him earlier that morning that the deposition was off." The Undersigned advised him that he was to return to the subject deposition location, (the deposition location is located across the street from the witness' office) and that Mr. Daniel Dugan, who was in fact Mr. Klayman's lawyer, would have someone from his office there.

4. At approximately 10:30 a.m. the Reporter contacted the Undersigned and confirmed that she witnessed the process server successfully serve the witness with the new subpoena.

5. At approximately 10:45, Mr. Dugan also advised the Undersigned that successful service of the Witness was obtained.

6. The date for the Witness' new appearance is March 31, 2008 at 10:00 a.m.

7. At approximately 10:50 a.m., the Witness, Philip Sheldon, contacted the Undersigned again and expressed anger concerning the deposition. Further, Mr. Sheldon stated that while he possessed documents responsive to the initial subpoena, he would not produce them to the Undersigned pursuant to written instructions from Larry Klayman. The Undersigned requested a copy of said written instructions but the Witness claimed that he could not provide them pursuant to Larry Klayman's instructions.

8. Mr. Dugan also represented that Mr. Schervone spoke with the Witness this morning but that his understanding of the conversation was that Mr. Schervone told the Witness that the deposition was on.

9. During an email exchange with Plaintiff this morning, Defendants requested a copy of any correspondence between Mr. Klayman and the Witness regarding compliance with the subpoena. At this time, Mr. Klayman has not responded or agreed to provide this correspondence to Defendants.

                                        Respectfully submitted,

                                        _____//s//_____

                                        Richard W. Driscoll (436471)
                                        Juli Haller Simonyi (466921)
                                        DRISCOLL & SELTZER, PLLC
                                        600 Cameron Street
                                        Alexandria, Virginia 22314
                                        703.340.1625 Telephone
                                        703.997.4892 Facsimile
                                        Email: rdriscoll@driscollseltzer.com
                                        Email: jhaller@driscollseltzer.com
                                        *Counsel for Defendants Judicial Watch, Inc. and*
                                        *Thomas J. Fitton, Paul Orfanedes and Chris Farrell*

Dated: January 31, 2008

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 31st day of January 2007, a copy of the foregoing Praecipe was filed via electronic means with the Clerk of the Court, which sends copies to:

                      Daniel J. Dugan, Esq.
                      SPECTOR GADON & ROSEN, P.C.
                      1635 Market Street, Seventh Floor
                      Philadelphia, PA 19103
                      215.241.8844 Facsimile

                      Larry Klayman, Esquire
                      The Klayman Law Firm
                      Courvoiser Centre
                      6701 Brickell Key Drive, Suite 404
                      Miami, Florida  33131
                      leklayman@bellsouth.net

                      _____//s//_____
                      Juli Haller Simonyi