IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, | |
| Plaintiff, | |
| v. | Civil Action No. 1:06-CV-00670 |
| | Magistrate Judge Alan Kay |
| JUDICIAL WATCH, INC., *et al.*, | |
| Defendants. | |

**DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S RESPONSES TO DEFENDANTS' SUPPLEMENTAL REQUESTS FOR PRODUCTION**

Defendants Judicial Watch, Inc., Thomas J. Fitton, Paul J. Orfanedes, and Christopher J. Farrell ("Defendants"), by undersigned counsel, pursuant to Fed. R. Civ. P. 37(a) hereby respectfully move to compel Plaintiff's ("Klayman") Responses to Defendants' Supplemental Request for Production of Documents served pursuant to Fed. R. Civ. P. Rule 34. Defendants seek an Order compelling Plaintiff to provide fully responsive Responses to Defendants' Request for Production of Documents. Further, Defendants, pursuant to Fed. R. Civ. P. 37(a)(4), seek costs for filing said motion. As grounds for this Motion, Defendants hereby incorporate the attached Memorandum of Points and Authorities and attached Exhibits in Support of Motion to Compel Plaintiff's Responses to Defendants' Supplemental Request for Production of Documents.

WHEREFORE, for all of the forgoing reasons, Defendants Thomas J. Fitton, Paul J. Orfanedes, Esq. and Christopher J. Farrell respectfully request that the Court GRANT their Motion and enter an Order compelling Plaintiff to provide fully responsive Document Responses to Defendant Judicial Watch's Requests for Production of

Documents and to award Defendants' sanctions.

        Respectfully submitted,

/s/ _____
Richard W. Driscoll (436471)
Juli Haller Simonyi (466921)
DRISCOLL & SELTZER, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Telephone
703.997.4892 Facsimile
rdriscoll@driscollseltzer.com
jhaller@driscollseltzer.com
*Counsel for Defendants Judicial Watch,
Inc., Thomas J. Fitton, Paul J. Orfanedes
and Christopher J. Farrell*

Dated: February 6, 2008

## GOOD FAITH CERTIFICATION

I HEREBY CERTIFY that undersigned counsel made good faith efforts to resolve or dispose of the issue presented by this Motion.  Such efforts include four letters to the opposing party and three telephone conferences and a Court Telephone Conference in which Defendants set forth their demands regarding Supplemental Document Requests for Production of Documents to Plaintiff and a resolution of this discovery issue in lieu of a Motion to Compel.  *See* attached Mem. in Supp. of Defs.' Mot. to Compel and attached Exs. 1-13.  Specifically, on February 1, 2008 Defendants again set forth specific deficiencies and the parties had another telephone conference on with further correspondence that followed but no documents have been made available.  (*See* Id.).  Accordingly, further discussion regarding these issues is futile.

        _____//s//_____
        Juli Z. Haller Simonyi

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of February, 2008, a copy of the foregoing Motion with Certification, Memorandum of Points and Authorities and Exhibits were sent via the Court's electronic means to:

>Daniel J. Dugan, Esquire,
>Spector, Gadon & Rosen, P.C.
>Seven Penn Center
>1635 Market Street, 7th Floor
>Philadelphia, PA 19103
>dugan@lawsgr.com

>and

>Larry Klayman, Esquire
>The Klayman Law Firm, P.A.
>3415 S.W. 24th Street
>Miami, FL 33145
>leklayman@bellsouth.net

/s/
_____

Juli Z. Haller Simonyi