**From:** Richard Driscoll
**Sent:** Monday, December 03, 2007 10:25 AM
**To:** 'Jeffrey Schervone'
**Subject:** RE: Klayman v JW - Supplemental Document Requests

Jeff:

I spoke to the client and they request that we not extend the deadline. Please provide the responses as soon as possible.

Richard W. Driscoll, Esquire
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Office

703.997.4892 Facsimile
rdriscoll@driscollseltzer.com
www.driscollseltzer.com

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

**From:** Jeffrey Schervone [mailto:jschervone@lawsgr.com]
**Sent:** Thursday, November 29, 2007 6:00 PM
**To:** Richard Driscoll
**Subject:** Klayman v JW - Supplemental Document Requests

Dear Mr Driscoll:

I am writing to seek consent to a brief 2 week extension of time to respond to the Supplemental Document Requests served in this matter which I believe is due 12/3.

Please let me know if this ok.

Thank you,

Jeffrey Schervone