Juli Z. Haller Simonyi*
Writers email: jhaller@driscollseltzer.com
*Admitted in DC, NY and NJ
Not Admitted IN VA

December 17, 2007

VIA EMAIL, FACSIMILE AND REGULAR MAIL

Daniel J. Dugan, Esquire
Spector, Gadon & Rosen, P.C.
Seven Penn Center
1635 Market Street, 7th Floor
Philadelphia, PA 19103

                            Re:    *KLAYMAN V. JUDICIAL WATCH, ET AL.*
                                    *06-cv-670*

Dear Mr. Dugan:

As you know, we served via facsimile and first class mail (i) Defendants' Supplemental Requests for Production of Documents on November 2, 2007.

As you also know, Plaintiff's Responses were due on December 3, 2007. We received a request for an Extension on November 29, 2007, which we denied on December 3, 2007. To date, we have not heard from you. As you know, discovery ends on January 31, 2008 with the holiday season upon us. Please note that untimely objections are deemed waived.[1]

If we do not get your documents by Wednesday, December 19, 2007, we will file a motion to compel. This letter will serve as our attempt to confer with you as to deficient discovery responses.

We look for forward to your anticipated cooperation and the avoidance of any unnecessary motion practice.

---

[1] *See Peskoff v. Faber*, 244 F.R.D. 54, 64 (D.D.C. 2007) (finding that failure to object to document production in a timely manner, like the failure to object to an interrogatory, constitutes an automatic waiver of any objections) (*citing Myrdal v. District of Columbia*, 2007 U.S. Dist. LEXIS 41220, 2007 WL 1655875 (D.D.C. June 7, 2007); *Fonville v. District of Columbia*, 230 F.R.D. 38, 42 (D.D.C. 2005).

Letter to Mr. Dugan
December 17, 2007
Page 2

                Sincerely,

                DRISCOLL & SELTZER, PLLC


                By:____//s//_____
                    Juli Z. Haller Simonyi


cc:    Paul Orfanedes, Esq.