Juli Z. Haller Simonyi*
Writers email: jhaller@driscollseltzer.com
*Admitted in DC, NY and NJ
Not Admitted IN VA

January 9, 2008

VIA EMAIL, FACSIMILE AND REGULAR MAIL

Jeffrey Schervone, Esquire
Spector, Gadon & Rosen, P.C.
1000 Lenola Road
Moorestown, NJ 08057
(856) 722-5344

Daniel Dugan, Esquire
Spector, Gadon & Rosen, P.C.
Seven Penn Center
1635 Market Street, 7th Floor
Philadelphia, PA 19103
(215) 241-8844

        Re: *KLAYMAN V. JUDICIAL WATCH, ET AL.*
           *06-cv-670*

Dear Mr. Dugan, Mr. Schervone:

As you know, we served via facsimile and first class mail (i) Defendants' Supplemental Requests for Production of Documents on November 2, 2007. As you also know, Plaintiff's Responses were due on December 3, 2007.

We received a request for an Extension on November 29, 2007, which we felt compelled to deny on December 3, 2007 due to the impending discovery close date and your client's failure to respond to our repeated requests for a deposition date. We received no follow up whatsoever and proceeded to write you on December 17, 2007 in an effort to confer and requested said documents. The following day, on December 18, 2007, you sent us Plaintiff's Objections to Defendants' Supplemental Requests for Production of Documents but made no documents available. Please note that untimely objections are deemed waived.[1] We further note that the

---

[1] *See Peskoff v. Faber*, 244 F.R.D. 54, 64 (D.D.C. 2007) (finding that failure to object to document production in a timely manner, like the failure to object to an interrogatory, constitutes an automatic waiver of any objections) (*citing Myrdal v. District of Columbia*, 2007 U.S. Dist. LEXIS 41220, 2007 WL 1655875 (D.D.C. June 7, 2007); *Fonville v. District of Columbia*, 230 F.R.D. 38, 42 (D.D.C. 2005).

Letter to Mr. Dugan and Mr. Schervone
January 9, 2008
Page 2

first ten objections of Plaintiff's Responses were effectively overruled by the Court's Memorandum Opinion denying Plaintiff's Motion to Quash Defendants' Subpoenas.

To date, however, we still have not received your documents to the supplemental requests. Pursuant to our conversation of yesterday, January 8, 2008 with Mr. Schervone, we understand that Mr. Schervone is attempting to compile Responsive Documents to our Supplemental Requests. We further confirmed that the documents produced to date do not respond to Defendants' Supplemental Requests for Production of Documents.

As you know, discovery ends on January 31, 2008 and we seek to depose Mr. Klayman on or about January 22, 2008 (a tentative date provided in yesterday's conversation), but in any event before the end of the discovery period.

If we do not get responsive documents by Monday, January 14, 2008, we will file a motion to compel. Further please be advised that we will file a motion seeking *responsive* documents before the date of Mr. Klayman's deposition assuming non-responsive documents are again produced. This letter will serve as our attempt to confer with you as to deficient Supplemental document responses.

We look for forward to your anticipated cooperation, and as always, the avoidance of any unnecessary motion practice.

        Sincerely,

        DRISCOLL & SELTZER, PLLC


        By: //s//_____
           Juli Z. Haller Simonyi


cc:    Paul Orfanedes, Esq.