**From:** Daniel Dugan [mailto:dugan@lawsgr.com]
**Sent:** Thursday, January 24, 2008 6:14 PM
**To:** Richard Driscoll; Jeffrey Schervone; Larry Klayman
**Subject:** RE: Klayman v. JW et.al

Since I am unavailable all day tomorrow, I have asked Jeff to "listen in" on the conference in my stead.


Regards,
Dan

*Daniel J. Dugan*
*Spector Gadon & Rosen, P.C.*
*1635 Market Street, 7th Floor*
*Philadelphia, PA 19103*
*215.241.8872*
*215.531.9120 (Direct Fax)*



**From:** Richard Driscoll [mailto:rdriscoll@DriscollSeltzer.com]
**Sent:** Thursday, January 24, 2008 5:49 PM
**To:** Daniel Dugan; Jeffrey Schervone; Larry Klayman
**Subject:** RE: Klayman v. JW et.al

I would prefer the call to be in the early afternoon so I can attend to a personal matter. Could we discuss these matters before 2:00 p.m.?

Rich

Richard W. Driscoll, Esquire
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Office
703.997.4892 Facsimile
rdriscoll@driscollseltzer.com
www.driscollseltzer.com


CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and

destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

---

**From:** Daniel Dugan [mailto:dugan@lawsgr.com]
**Sent:** Thursday, January 24, 2008 5:15 PM
**To:** Richard Driscoll; Jeffrey Schervone
**Subject:** RE: Klayman v. JW et.al

Rich:
I am not going to be around tomorrow at all.  I will see if Jeff will be around.


Regards,
Dan

*Daniel J. Dugan*
*Spector Gadon & Rosen, P.C.*
*1635 Market Street, 7th Floor*
*Philadelphia, PA 19103*
*215.241.8872*
*215.531.9120 (Direct Fax)*

---

**From:** Richard Driscoll [mailto:rdriscoll@DriscollSeltzer.com]
**Sent:** Thursday, January 24, 2008 4:10 PM
**To:** Daniel Dugan; Jeffrey Schervone
**Subject:** FW: Klayman v. JW et.al

FYI – Just so there is no objection to my communication.  Also, Mr. Klayman is seeking to mediate discovery disputes by phone.  We would be much more comfortable if one of you were on the phone with us.  Are you available tomorrow afternoon.

Richard W. Driscoll, Esquire
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Office
703.997.4892 Facsimile
rdriscoll@driscollseltzer.com
www.driscollseltzer.com


CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

---

**From:** Richard Driscoll
**Sent:** Thursday, January 24, 2008 3:55 PM
**To:** 'Larry Klayman'

**Subject:** RE: Klayman v. JW et.al

Dear Mr. Klayman:

My condolences to you and your family.

Richard W. Driscoll, Esquire
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Office
703.997.4892 Facsimile
rdriscoll@driscollseltzer.com
www.driscollseltzer.com

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

---

**From:** Larry Klayman [mailto:leklayman@bellsouth.net]
**Sent:** Thursday, January 24, 2008 3:45 PM
**To:** Richard Driscoll
**Subject:** Klayman v. JW et.al

I just left a message on your voicemail. My mother just passed away a few moments ago.

Larry Klayman

2/6/2008