### Juli Haller Simonyi

| | |
|---|---|
| **From:** | Juli Haller Simonyi |
| **Sent:** | Wednesday, January 16, 2008 2:52 PM |
| **To:** | 'Daniel Dugan' |
| **Cc:** | leklayman@bellsouth.net; Richard Driscoll |
| **Subject:** | RE: JW ats Klayman |
| **Attachments:** | AZ Release Credit.pdf |

Dan,

Attached please find a copy of a Credit History Authorization form, as referenced in the Supplemental Requests for Production, No 33.

Regards,

Juli

Juli Z. Haller Simonyi
Driscoll & Seltzer, PLLC
600 Cameron St.
Alexandria, VA  22314
Tele 703.340.1628
Fax 703.997.4892
jhaller@driscollseltzer.com
www.driscollseltzer.com
(admitted in DC, NY, NJ; not admitted in VA)

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

---

**From:** Daniel Dugan [mailto:dugan@lawsgr.com]
**Sent:** Wednesday, January 16, 2008 2:26 PM
**To:** Richard Driscoll; Jeffrey Schervone
**Cc:** Juli Haller Simonyi; leklayman@bellsouth.net
**Subject:** RE: JW ats Klayman

Rich:
I have not heard from Larry as to his availability.  In any event, might I suggest a conference with all of us before speaking with the Magistrate.  While I have not been directly involved in the discussions on these points, I don't see why we shouldn't be able to resolve the issues without involving the Magistrate.

Regards,
Dan

*Daniel J. Dugan*
*Spector Gadon & Rosen, P.C.*
*1635 Market Street, 7th Floor*
*Philadelphia, PA 19103*
*215.241.8872*
*215.531.9120 (Direct Fax)*

---

**From:** Richard Driscoll [mailto:rdriscoll@DriscollSeltzer.com]
**Sent:** Wednesday, January 16, 2008 2:30 PM
**To:** Daniel Dugan; Jeffrey Schervone
**Cc:** Juli Haller Simonyi; leklayman@bellsouth.net
**Subject:** RE: JW ats Klayman

Dan:

I will follow up with the Court and see if we can schedule this for tomorrow after 1:00 p.m.

Rich

---

**From:** Daniel Dugan [mailto:dugan@lawsgr.com]
**Sent:** Wednesday, January 16, 2008 1:03 PM
**To:** Richard Driscoll; Jeffrey Schervone
**Cc:** Juli Haller Simonyi; leklayman@bellsouth.net
**Subject:** RE: JW ats Klayman

Rich:
I can't do it this afternoon, but I can be available tomorrow after one pm. However, Larry will need to participate, so I am forwarding this to him as well to check when he is available. In the future, please cc him on your communications as well.


Regards,
Dan

*Daniel J. Dugan*
*Spector Gadon & Rosen, P.C.*
*1635 Market Street, 7th Floor*
*Philadelphia, PA 19103*
*215.241.8872*
*215.531.9120 (Direct Fax)*

---

**From:** Richard Driscoll [mailto:rdriscoll@DriscollSeltzer.com]
**Sent:** Wednesday, January 16, 2008 1:05 PM
**To:** Daniel Dugan; Jeffrey Schervone
**Cc:** Juli Haller Simonyi
**Subject:** JW ats Klayman

Dan:

Would you provide me with availability this afternoon or tomorrow for a conference call with Magistrate Kay. We need to resolve several discovery issues, including the deposition schedule, identification of the "anonymous" witness and the deposition of Ms. Benson, among others.

Richard W. Driscoll, Esquire

Driscoll & Seltzer, PLLC

600 Cameron Street

Alexandria, Virginia 22314

703.340.1625 Office

703.997.4892 Facsimile

rdriscoll@driscollseltzer.com

www.driscollseltzer.com

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.