# RAYMOND A. REISER & ASSOCIATES
A Professional Association
ATTORNEYS AT LAW

PAL-MED BUILDING, SUITE 410
7150 W. 20TH AVENUE
HIALEAH, FLORIDA 33016

TELEPHONE (305) 379-5316
TELECOPIER (305) 379-6917
FLORIDA TOLL FREE (800) 737-0349

rreiser@reiserlaw.com

July 26, 2006

Sandy Cobas
9241 S.W. 11 Street
Miami, Florida 33174

Re: Sandra Maria Cobas vs. Irene Garcia, et al.
Our File No. 601-002

Dear Ms. Cobas:

We were in front of Judge Gordon this morning on the Defendants motion to dismiss. The judge without hearing argument said that the case was silly and vindictive. Again without argument he dismissed your case with prejudice. Please understand that you have thirty days within which to appeal this decision.

Sincerely,

Raymond A. Reiser

601\Cobas.ltr
cc: Larry Klayman

RECEIVED
AUG 0 1 2006
By_____