**From:** Richard Driscoll
**Sent:** Thursday, July 19, 2007 12:50 PM
**To:** 'Daniel Dugan'
**Subject:** RE: Klayman v. JW--discovery

Dan:

The Defendants decline to extend the deadline for responding to discovery requests. Please serve your discovery responses immediately.


Richard W. Driscoll, Esquire
DRISCOLL & SELTZER, PLLC
703.340.1625 Office
703.997.4892 Facsimile
rdriscoll@driscollseltzer.com

---

**From:** Daniel Dugan [mailto:DDugan@lawsgr.com]
**Sent:** Wednesday, July 18, 2007 4:30 PM
**To:** Richard Driscoll
**Subject:** Klayman v. JW--discovery


Rich:
Jeff Schervone was supposed to have contacted you last week before he left on vacation about requesting a 3 week extension to respond to your discovery responses. I was on vacation the week before, Jeff has been in charge of getting the responses together and he is away until next week, and Larry has been traveling too. Let me know if the requested extension presents any problems. Thank you for your anticipated courtesy.


Regards,
Dan

*Daniel J. Dugan*
*Spector Gadon & Rosen, P.C.*
*1635 Market Street, 7th Floor*
*Philadelphia, PA 19103*
*215.241.8872*
*215.241.8844 (Fax)*