IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY KLAYMAN, et al.,**<br><br>  Plaintiffs,<br><br>  v.<br><br>**JUDICIAL WATCH, INC., et al.,**<br><br>  Defandants. | Civil Action No.1:06-CV-00670<br>(CKK) (AK) |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO COMPEL SUPPLEMENTAL DOCUMENT REQUESTS OF DEFENDANTS**

Plaintiff, Larry Klayman, hereby moves this honorable court for an extention of time of five business days, or until and including March 3, 2008, to respond to the motion to compel filed by Defendants concerning their supplemental document requests and as grounds therefore would show:

1. Plaintiff, a sole practitioner, and lead counsel in this case, has been without an assistant for the last week and had numerous other pleadings to file in this and other cases, such as an opposition to a motion for summary judgment in a trademark and unfair competition case which must be filed today. In addition, Plaintiff has also had to deal with issues arising with the recent death of his mother.

2. The fact discovery deadline in this case has been extended to May 15, 2008, and there is more than sufficient time to complete discovery for all parties. No prejudice will thus result to any party.

3. Plaintiff has asked Defendants for their consent, but they have refused to consent.

4. Attached is a sworn affidavit from Plaintiff's assistant attesting to her emergency surgical procedure, convalescence and illness over the last week.

WHEREFORE, Plaintiff respectfully requests a short extension to respond to Defendants' motion to compel for until and including Monday, March 3, 2008.

Respectfully submitted,

s/Larry Klayman
Larry Klayman, Esq.
D.C. Bar No.: 334581

Daniel J. Dugan, Esquire
Spector Gadon & Rosen, P.C.
1635 Market Street 7th Floor
Philadelphia, PA 19103
Tel: 215.241.8872
Fax: 215.241.8844

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of February 2008, a true copy of the foregoing Motion for Extension of Time was served via electronic means to:

Richard W. Driscoll, Esquire
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, VA 22314

By: s/Larry Klayman
Larry Klayman, Esq.
D.C. Bar No.: 334581