IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY KLAYMAN, et al.,**<br><br>　Plaintiffs,<br><br>　v.<br><br>**JUDICIAL WATCH, INC., et al.,**<br><br>　Defandants. | Civil Action No. 06-0670 (CKK) (AK) |

AFFIDAVIT OF KRISTEN PONS

I, Kristen Pons, being duly sworn deposes and says"

1. I am over eighteen years of age and competent to prepare and execute this affidavit.

2. For the last week, until today, I have been out of the office due to an emergency surgical procedure, convalescence and then the flu. Today, we have to file prepare and file a large opposition in a trademark and unfair competition case in Miami federal court. Over the last week, the work of the office has been curtailed due to my absence, as I am Mr. Klayman's only employee and assistant. I fell ill again today.

　Further affiant sayeth not.

Date: February 25, 2008            /s/ Kristen Pons_____

　　　　　　　　　　　　　　　　　　Kristen Pons

Sworn to under penalty of perjury.

Case 1:06-cv-00670-CKK-AK   Document 112-2   Filed 02/25/2008   Page 2 of 2