# EXHIBIT 2

**CONFIDENTIAL**

**David E. Johnson**

From: "David E. Johnson" <djohnson@strategicvision.biz>
To: "Larry Klayman" <lklayman@klaymansenate.com>
Sent: Tuesday, April 27, 2004 4:20 PM
Subject: Fw: Larry Klayman

----- Original Message -----
From: BURDICK, LESLIE
To: 'David E. Johnson'
Sent: Tuesday, April 27, 2004 10:07 AM
Subject: RE: Larry Klayman

David,
  Tom Fitton of Judicial Watch is going to be on C-SPAN for 45 minutes talking about the case. He asked that we don't schedule Larry on anything related to the case. So we won't need to talk with Larry Klayman on Washington Journal, too. But thank you for getting in touch and keep in touch

Leslie Burdick
C-SPAN

4/28/2004

DEF 0000253
Protective Order