# EXHIBIT 3

## Of Note:

"Rep. Conyers should not be allowed to slip through the cracks by the Justice Department. The evidence against him seems strong. He and all other politicians must be held accountable for their misdeeds and, as the House Committee on Standards of Official Conduct appears to have failed to do its duty, it is up to the Justice Department to follow through."

— JW President Tom Fitton in a statement to the press concerning the Conyers allegations.

*July 2007*

---

*Conyers continued from previous page.*

new details concerning misconduct on the part of Conyers. The evidence is compelling. Unfortunately, Conyers' influence as Chairman of the House Judiciary Committee may be preventing a full investigation.

As the new Chairman of the House Judiciary Committee, Conyers has oversight over Justice Department and FBI matters (and budgets). Moreover, Conyers has been sharply critical of the Attorney General's office for its dismissal of several U.S. Attorneys.

"We are...aware of the pressure and scrutiny you have been subjected to recently concerning the removal of certain U.S. Attorneys," Fitton wrote Attorney General Gonzales. "None of this should be any impediment to the department's conducting a full investigation of Rep. Conyers' activities... Serious claims of criminal conduct remain unresolved... Frankly, the 'ball is in your court.'"

---

## Comments Regarding Judicial Watch and Mr. Larry Klayman

It is unfortunate that we have to write about the matter of Mr. Klayman and the allegations he has made against Judicial Watch along with his personal attacks aimed at Judicial Watch employees. Judicial Watch denies each and every allegation made by Mr. Klayman and, together with its attorneys, is preparing to demonstrate that such allegations are simply not true. Under normal circumstances, matters of difference are handled quietly between parties. However, as Mr. Klayman has sent mail and email to many Judicial Watch members and purchased advertising promoting his allegations, we felt we had no choice but to address the matter. Please note that we must be careful to address this issue in a way that prevents further baseless litigation.

In our opinion, the litigation filed by Mr. Klayman against Judicial Watch and its directors is baseless — in fact, before the discovery phase even commenced, a federal court dismissed core elements of his claims. (Another related lawsuit pursued by Mr. Klayman against Judicial Watch was dismissed completely — with prejudice — a few months ago.) Of course, any issues raised in litigation against Judicial Watch are taken seriously. Along with our attorneys, we filed claims of our own against Mr. Klayman to protect Judicial Watch from his allegations and other misconduct.

It is sad that Mr. Klayman has gone to such lengths to attack Judicial Watch and its hard-working employees. The time, money and energy spent by him attacking us could be put to better use. Mr. Klayman is a former employee of Judicial Watch and has been gone for nearly four years. Mr. Klayman is no longer affiliated with Judicial Watch in any capacity.

Regardless, you can be sure his actions have not slowed our work as we continue to carry out our corruption-fighting mission. Of course, if you have any questions, please write, email or call our offices at:

Judicial Watch
501 School Street, S.W., Suite 500
Washington, D.C. 20024
1-888-593-8442
info@judicialwatch.org

We appreciate your understanding and your continued support.

[*]