IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *ET AL*. | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670 |
| | Honorable Colleen Kollar-Kotelly |
| JUDICIAL WATCH, INC., *ET AL*. | |
| Defendants. | |

## DEFENDANTS' STATUS REPORT

Defendants Judicial Watch, Inc., Thomas J. Fitton, Paul J. Orfanedes and Christopher J. Farrell, by undersigned counsel, and pursuant to this Court's January 30, 2008, Minute Order, hereby notify the Court that the deposition of Plaintiff has been scheduled for March 14, 2008. Pursuant to the Court's Order, this is the final day on which Plaintiff's deposition is permitted. Defendants were not provided with any other proposed dates. Instead, on March 3, 2008, Plaintiff Klayman notified Defendants' counsel as follows: "With full reservation of all rights, I am currently available to be deposed on March 14". Although Defendants' counsel inquired regarding the meaning of a "full reservation of all rights," no explanation was provided by Plaintiff Klayman or his counsel. Pursuant to Plaintiff Klayman's email, Defendants issued an Amended Notice of Deposition.

At this time, Plaintiff Klayman has not proposed any deposition dates for the fact witness, Louise Benson.

Respectfully submitted,

/s/

_____
Richard W. Driscoll (436471)
Juli Haller Simonyi (466921)
DRISCOLL & SELTZER, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Telephone
703.997.4892 Facsimile
Email: rdriscoll@driscollseltzer.com
Email: jhaller@driscollseltzer.com
*Counsel for Defendants Judicial Watch, Inc.,
Thomas J. Fitton, Paul J. Orfanedes and
Christopher J. Farrell*

Dated: March 4, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of March 2008, a copy of the foregoing Status Report was sent to all counsel were served by electronic filing upon counsel listed on the Notice of Electronic Filing.

/s/

_____
Richard W. Driscoll

2