UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LARRY KLAYMAN, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No.:   1:06-CV-00670 |
| | * | (CKK and AK) |
| JUDICIAL WATCH, INC., *et al.*, | * | |
| | * | |
| Defendants. | * | |

**OBJECTION TO SUBPOENA**

David P. Durbin, by counsel, hereby objects to the Subpoena served on him in the above-captioned matter by Defendants. Mr. Durbin understands that a motion to quash this Subpoena will be filed by Larry Klayman to assert attorney-client and work product privileges. In addition, Mr. Durbin is on medical leave from work and is currently unable to respond to the Subpoena.

Respectfully submitted,

JORDAN COYNE & SAVITS, L.L.P.

By:   / s / John Tremain May
  John Tremain May
  Bar #294199
  1100 Connecticut Avenue, NW
  Suite 600
  Washington, DC  20036
  (202) 496-2805
  Fax:  (202) 496-2800
  E-mail:  jmay@jocs-law.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Objection To Subpoena was electronically served and mailed, first class and postage prepaid, this 10th day of March, 2008 to:

>Richard W. Driscoll, Esquire
>Juli Haller Simonyi, Esquire
>DRISCOLL & SELTZER, PLLC
>600 Cameron Street
>Alexandria, VA  22314
>
>Daniel J. Dugan, Esquire
>SPECTOR, GADON & ROSEN, P.C.
>Seven Penn Center - 7th Floor
>1635 Market Street
>Philadelphia, PA  19103
>
>Larry Klayman, Esquire
>THE KLAYMAN LAW FIRM, P.A.
>3415 SW 24th Street
>Miami, FL  33145

>    / s / John Tremain May
>       John Tremain May