UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LARRY KLAYMAN**, *et al.*, | * | |
| Plaintiffs, | * | |
| | * | Case No.:   1:06-CV-00670 |
| v. | * | (CKK and AK) |
| **JUDICIAL WATCH, INC.**, *et al.*, | * | |
| Defendants. | * | |

### NOTICE OF APPEARANCE

TO:  THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

The undersigned counsel hereby enter their appearance in the above-entitled case as attorneys for Herbert Beller and Sutherland Asbill & Brennan LLP.

Dated: March 11, 2008.

Respectfully submitted,

/s/ Hamilton P. Fox, III
Hamilton P. Fox, III, D.C. Bar No. 113050

SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 383-0100
Telefax: 202-637-3593

Attorneys for Herbert Beller and
Sutherland Asbill & Brennan LLP

7848885.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Notice of Appearance was electronically served and mailed, first class and postage prepaid, this 11th day of March, 2008 to:

>Juli Haller Simonyi, Esquire
>DRISCOLL & SELTZER, PLLC
>600 Cameron Street
>Alexandria, VA 22314
>
>Daniel J. Dugan, Esquire
>SPECTOR, GADON & ROSEN, P.C.
>Seven Penn Center – 7th Floor
>1635 Market Street
>Philadelphia, PA 19103
>
>Larry Klayman, Esquire
>THE KLAYMAN LAW FIRM, P.A.
>3415 SW 24th Street
>Miami, FL 33145


>/s/ Hamilton P. Fox, III
>Hamilton P. Fox, III, D.C. Bar No. 113050