IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY KLAYMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**JUDICIAL WATCH, INC., et al.,**<br><br>Defendants. | Civil Action No.  06-670 (CKK)(AK) |

## MOTION FOR BRIEF CONTINUANCE
## OF DEPOSITION DATE OF LARRY KLAYMAN

Plaintiff, Larry Klayman, moves this court for a brief continuance of the deposition date of Larry Klayman and as grounds therefore would show:

1. This court previously issued a minute order providing that Larry Klayman submit to deposition by March 15 in light of the recent death of Plaintiff's mother and other matters.

2. Plaintiff complied with this order by suggesting March 14, 2008; however after the date was provided subsequent events occurred. First, a court in Miami scheduled a case dispositive motion in federal court concerning a large trademark and unfair trade practice case for the same day.

3. In addition, Plaintiff's outside counsel, Mr. Dan Dugan, was not available to defend Mr. Klayman at the deposition on that day. This unavailability was compounded by the fact that Defendants have provided false information to Plaintiff about the Directors and Officers Insurance Policy that covers the claims raised against Plaintiff in Defendants' counterclaims. Exhibit 3.  Plaintiff was

1

    told, as is required by the Severance Agreement and the initial disclosure, that the carrier was Hartford Insurance Company but when the company denied coverage claiming that it was simply a general liability policy and not the one at issue – which Defendants admit in a document produced in discovery would cover Plaintiff – Plaintiff investigated and learned that AIG is indeed the carrier. This false representation identifying the relevant carrier has delayed significantly Plaintiff getting equivalent coverage to the coverage which Defendants have been using to pay their legal fees and costs in this case and thus has harmed Plaintiff financially, slowed representation, and damaged Plaintiff in other ways, particularly since Plaintiff is a sole practitioner.

4. Plaintiff had hoped that he would have been able to receive coverage by now, but Defendants intentional conduct providing false information on the carrier has delayed this. See Exhibit 1 - - Communications with Carries and Agents On information and belief, Defendants have also tortiously interfered with the carriers processing Plaintiff's claims and requests for coverage and legal representation. See Exhibit 2 - - Letter to Defense Counsel.

5. Plaintiff has not been able to find other suitable counsel given the unavailability of Mr. Dugan to appear at Mr. Klayman's deposition in any event. <u>Id.</u>

6. Defendants have not complied with their agreement to provide Mr. Fitton for deposition on the day after Mr. Klayman is deposed. <u>Id.</u>

WHEREFORE, for these reasons Plaintiff has asked Defendants to reset his deposition for ten days hence to allow him to find counsel to represent him at the deposition and to procure insurance coverage before this deposition is taken, as would be required by the

2

carrier. Attached is correspondence verifying Plaintiff's efforts to obtain the coverage to which he is entitled. Exhibit 1. As discovery in this case still has nearly nine weeks reaming on the current schedule, until and including May 15, 2008, no prejudice will result from this brief continuance. Defendants oppose this motion.

          Respectfully submitted,

          s/Larry Klayman_____
          Larry Klayman, Esq.
          D.C. Bar No.: 334581
          3415 SW 24th Street
          Miami, FL 33145
          Tel: 305-447-1091
          Fax: 305-447-1548

          Daniel J. Dugan, Esquire
          Spector Gadon & Rosen, P.C.
          1635 Market Street 7th Floor
          Philadelphia, PA 19103
          Tel: 215-241-8872
          Fax: 215.241.8844

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of March 2008, a true copy of the foregoing Reply to Defendants' Response was served via electronic means to:

    Richard W. Driscoll, Esquire
    Driscoll & Seltzer, PLLC
    600 Cameron Street
    Alexandria, VA 22314

          By: s/Larry Klayman
          Larry Klayman, Esq.
          D.C. Bar No.: 334581
          3415 SW 24th Street
          Miami, FL 33145
          Tel: 305-447-1091
          Fax: 305-447-1548