# Exhibit 1

# Larry Klayman

| | |
|---|---|
| **From:** | Larry Klayman [leklayman@bellsouth.net] |
| **Sent:** | Friday, February 29, 2008 5:24 PM |
| **To:** | 'dsacchetti@cimaworld.com' |
| **Cc:** | 'Daniel Dugan'; 'Larry Klayman' |
| **Subject:** | Klayman v. Judicial Watch - D&O Coverage |

Dear Mr.Sacchetti:

As you know, I am the founder and former Chairman of Judicial Watch and am engaged in litigation with my former group and its current directors and officers.

In the course of this litigation, Judicial Watch and its former directors and officers have alleged, falsely, that I misappropriated monies when I was a director and officer, as well as committed other actions which account for errors and omissions during the time period of my time at Judicial Watch.

Under my severance agreement, Judicial Watch was to provide me with the name and other information of the carrier which covers the acts and omissions of directors and officers and, instead, they provided to me policy information concerning The Hartford. It turns out that this information concerning The Hartfod relates not to the group's D&O policy, but its general liability policy. I have learned independently that the D&O carrier at issue is AIG and that you wrote and/or your colleagues wrote this policy for Judicial Watch. I have obtained documentary corroboration that I am covered under this policy.

It is apparent that Judicial Watch and its current directors and officers and those acting in concert with them intentionally provided false information about the carrier at issue to prevent or at a minimum slow my obtaining coverage and harm my litigation and other interests.

Thank you for contacting me as soon as possible so I can expeditiously obtain the coverage to which I am entitled.

I left a message to call me at 786-683-0269.

Thank you for your immediate cooperation.

Sincerely,

Larry Klayman

Cc: Dan Dugan, Esq.
    Specter, Gadon and Rosen

1

# Larry Klayman

| | |
|---|---|
| **From:** | Larry Klayman [leklayman@bellsouth.net] |
| **Sent:** | Saturday, March 01, 2008 1:29 PM |
| **To:** | 'skahn@cimaworld.com' |
| **Cc:** | 'Daniel Dugan'; 'Larry Klayman' |
| **Subject:** | FW: Klayman v. Judicial Watch - D&O Coverage |

Susan:

Please have this expedited. The previous failure to provide this information to me is actionable, among other issues. I have been seriously damaged by the delay.

Thank you for resolving this asap. I am entitled to coverage under JW's D&O policy, which you wrote at my direction when I was Chairman! I have documentary evidence proving that I am covered.

Thank you,

Larry Klayman

Cc: Dan Dugan, Esq.
    Specter, Gadon and Rosen

---

**From:** Larry Klayman [mailto:leklayman@bellsouth.net]
**Sent:** Friday, February 29, 2008 5:24 PM
**To:** 'dsacchetti@cimaworld.com'
**Cc:** 'Daniel Dugan'; 'Larry Klayman'
**Subject:** Klayman v. Judicial Watch - D&O Coverage

Dear Mr.Sacchetti:

As you know, I am the founder and former Chairman of Judicial Watch and am engaged in litigation with my former group and its current directors and officers.

In the course of this litigation, Judicial Watch and its former directors and officers have alleged, falsely, that I misappropriated monies when I was a director and officer, as well as committed other actions which account for errors and omissions during the time period of my time at Judicial Watch.

Under my severance agreement, Judicial Watch was to provide me with the name and other information of the carrier which covers the acts and omissions of directors and officers and, instead, they provided to me policy information concerning The Hartford. It turns out that this information concerning The Hartfod relates not to the group's D&O policy, but its general liability policy. I have learned independently that the D&O carrier at issue is AIG and that you wrote and/or your colleagues wrote this policy for Judicial Watch. I have obtained documentary corroboration that I am covered under this policy.

It is apparent that Judicial Watch and its current directors and officers and those acting in concert with them intentionally provided false information about the carrier at issue to prevent or at a minimum slow my obtaining coverage and harm my litigation and other interests.

Thank you for contacting me as soon as possible so I can expeditiously obtain the coverage to which I am entitled.

I left a message to call me at 786-683-0269.

Thank you for your immediate cooperation.

Sincerely,

Larry Klayman

Cc: Dan Dugan, Esq.
    Specter, Gadon and Rosen