# Exhibit 3

*Redacted*

# MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC

Reston | Boston | New York | Washington | New Haven

## MEMORANDUM

**THIS IS A CONFIDENTIAL PROPOSAL OF SETTLEMENT AND COMPROMISE WHICH IS NOT ADMISSIBLE IN EVIDENCE AND MAY NOT BE USED IN ANY PROCEEDING FOR ANY PURPOSE.**

VIA EMAIL

Client/Matter/Submatter No.:   21073.001

| | | | |
|---|---|---|---|
| TO: | Herb Beller, Esq.<br>David Durbin, Esq. | CLIENT: | Judicial Watch, Inc. |
| cc: | Thomas Fitton<br>Paul Orfanedes, Esq.<br>Alan Dye, Esq. | | |
| FROM: | David Barmak, Esq. | MATTER: | General |
| DATE: | June 30, 2003 | SUBMATTER: | Employment Separation |
| RE: | Separation Terms | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*

six months. Judicial Watch will take appropriate steps to ascertain whether Larry can be covered through its Professional Liability Errors and Omissions policy for his work as an Of Counsel on Judicial Watch cases, and, assuming he can be covered, it will obtain such coverage. We assume Larry will need separate coverage for his non-Judicial Watch legal work, and that would be obtained by him and his cost. Since Larry will no longer be a Director or Officer of Judicial Watch, there is no need for continuing D&O coverage, except that we will confirm that there is continuing coverage for any alleged actions while he was a Director and Officer.

\*\*\*\*\*\*\*\*\*\*\*\*\*