**From:** Larry Klayman [leklayman@bellsouth.net]
**Sent:** Monday, March 03, 2008 12:08 PM
**To:** Richard Driscoll
**Cc:** 'Daniel Dugan'
**Subject:** Klayman v. Judicial Watch (D.D.C.)

**Follow Up Flag:** Follow up
**Flag Status:** Red

With full reservation of all rights, I am currently available to be deposed on March14 and I want Fitton the following Monday, March 17.  I will check with Louise Benson today on her availability, but it will not be possible this week, given my schedule.


Larry Klayman