UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 07-22433-CIV-HUCK/SIMONTON

LARRY KLAYMAN,

  Plaintiff,

vs.

FREEDOM'S WATCH, INC., BRADLEY
BLAKEMAN, ARI FLEISCHER, MEL
SEMBLER, WILLIAM P. WEIDNER,
MATTHEW BROOKS, ANTHONY
GIOIA, KEVIN MOLEY, HOWARD
LEACH, ED SNIDER, SHELDON
ADELSON and RICHARD FOX,

  Defendants.
_____/

### NOTICE OF HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

  PLEASE TAKE NOTICE that a hearing on Defendants' Motion for Summary Judgment will be held on **Friday, March 14 at 10:00 a.m.** before the Honorable Paul C. Huck, United States District Judge, 99 N.E. Fourth Street, 10th Floor, Courtroom 6, Miami, Florida. <u>Counsel may appear by telephone. If any counsel choose to do so, they should place and arrange the call through a commercial carrier (e.g. AT&T or MCI operator) to Chambers at (305) 523-5520, with all other counsel already on the line, at the above-noted time. They should notify the Court of their intention to do so by **Wednesday, March 12 at Noon.**</u>

  DONE in Chambers, Miami, Florida, March 5, 2008.

                /s/ Evelyn Williams
                Deputy Clerk
                United States District Court

**Copies furnished to:**
All Counsel of Record