| | |
|---|---|
| **From:** | Richard Driscoll |
| **Sent:** | Monday, March 10, 2008 12:34 PM |
| **To:** | 'Larry Klayman'; 'Daniel Dugan'; 'Jeffrey Schervone' |
| **Subject:** | JW ats Klayman |

Mr. Klayman:

In preparation for your deposition on Friday, do you object to appearing in our offices, which are located in Olde Town Alexandria. If so, please let me know so we can rent an office in the District of Columbia.

Also, I noticed that you have a MSJ hearing in your trademark litigation on Friday. Will this affect the starting time? If so, would you like to move your deposition to Thursday, March 13, 2008?

Richard W. Driscoll, Esquire
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Office
703.997.4892 Facsimile
rdriscoll@driscollseltzer.com
www.driscollseltzer.com


CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.