IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *ET AL.* | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670<br>Honorable Colleen Kollar-Kotelly |
| JUDICIAL WATCH, INC., *ET AL.* | |
| Defendants. | |

### AMENDED NOTICE OF VIDEOTAPE DEPOSITION

PLEASE TAKE NOTICE that Defendants Judicial Watch, Inc., Thomas J. Fitton, Paul J. Orfanedes and Christopher J. Farrell, by undersigned counsel, and pursuant to Rule 26, *et seq.*, of the Federal Rules of Civil Procedure, will take the deposition upon oral examination and by videotape for the purpose of discovery and/or evidence of the following named party at the time and place indicated below, to be continued from time to time until completed:

**NAME:** Larry Klayman

**DATE AND TIME:** March 14, 2008 at 10:00 a.m.

**PLACE:** Law Offices of Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, VA 22314

Respectfully submitted,

*[signature: Richard Driscoll]*

Richard W. Driscoll (436471)
Juli Haller Simonyi (466921)
DRISCOLL & SELTZER, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Telephone
703.997.4892 Facsimile
Email: rdriscoll@driscollseltzer.com
Email: jhaller@driscollseltzer.com
*Counsel for Defendants Judicial Watch, Inc.,
Thomas J. Fitton, Paul J. Orfanedes and
Christopher J. Farrell*

Dated: March 12, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of March 2008, a copy of the foregoing Amended Notice of Deposition was sent via email and first class mail, postage prepaid, to:

Daniel J. Dugan, Esq.
SPECTOR GADON & ROSEN, P.C.
1635 Market Street, Seventh Floor
Philadelphia, PA 19103

Larry E. Klayman, Esq.
The Klayman Law Firm
3415 SW 24th Street
Miami, FL 33145

*[signature]*
Richard W. Driscoll

2