# Richard Driscoll

| | |
|---|---|
| From: | leklayman@bellsouth.net |
| Sent: | Friday, March 14, 2008 11:59 AM |
| To: | Richard Driscoll; Daniel Dugan; Jeffrey Schervone |
| Cc: | Juli Haller Simonyi |
| Subject: | Re: JW ats Klayman |

Your proposed motion is itself sanctionable and is just another example of your vexatious litigaton techniques.

I am not available for deposition until march 24 earliest and i would ask you to honor your agreement to depose fitton the next day. That why I asked for 10 days.

Larry Klayman
Sent via BlackBerry by AT&T

-----Original Message-----
From: "Richard Driscoll" <rdriscoll@DriscollSeltzer.com>

Date: Fri, 14 Mar 2008 10:46:42
To:"Daniel Dugan" <dugan@lawsgr.com>,"Larry Klayman" <leklayman@bellsouth.net>,"Jeffrey Schervone" <jschervone@lawsgr.com> Cc:"Juli Haller Simonyi" <jhaller@DriscollSeltzer.com>
Subject: JW ats Klayman


Gentlemen:
Pursuant to the Court's requirement that parties attempt in good faith to resolve their disputes prior to filing a Motion, this email is intended to request your consent for the Court to reconsider the March 13, 2008, Minute Order granting a brief continuance, find Plaintiff in violation of the January 30, 2008, Minute Order and impose sanctions for failing to comply with the Order. Specifically, Defendants intend to seek the sanction of barring Mr. Klayman's testimony from trial.
In addition, due to Defendants' pre-existing schedules, they and their counsel have limited availability between today and March 24, 2008 to complete the deposition and require the Court's aid and assistance in meeting the deadline, should the motion for reconsideration be denied. Specifically, Defendants' counsel is only available on March 18 and 20, 2008 to complete the deposition. Defendants intend to request that the Court set the deposition date.
We assume that Plaintiff does not agree to the relief requested, but are compelled to seek consent to comply with the Rules. However, if this assumption is incorrect, please notify us immediately as we intend to file the motion today due to time constraints.
Richard W. Driscoll, Esquire
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Office
703.997.4892 Facsimile
rdriscoll@driscollseltzer.com
www.driscollseltzer.com

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

1