# EXHIBIT 4

# OFFICE OF BAR COUNSEL

January 31, 2008

**CONFIDENTIAL**

Larry E. Klayman, Esquire
The Klayman Law Firm
601 Brickell Key Drive
Suite 404
Miami, FL 33131

*Serving the District
of Columbia Court
of Appeals and its Board
on Professional
Responsibility*

Wallace E. Shipp, Jr.
Bar Counsel

*Deputy Bar Counsel*
Elizabeth A. Herman

*Senior Assistant Bar Counsel*
Julia L. Porter
Judith Hetherton

*Assistant Bar Counsel*
Joseph N. Bowman
Ross T. Dicker
Gayle Marie Brown Driver
Catherine L. Kello
Becky Neal
William Ross
H. Clay Smith, III
Traci M. Tait

*Staff Attorney*
Lawrence K. Bloom
Dolores Dorsainvil

Re:   Klayman/Fitton
      Bar Docket No. 2008-D048
      ***Your response is due: 02/14/08***

Dear Mr. Klayman:

The enclosed material contains allegations about your conduct which require Bar Counsel to obtain information pursuant to D.C. Bar Rule XI, § 8.

This inquiry is routine under the policy of the Board on Professional Responsibility and follows the disciplinary standards recommended by the American Bar Association. It may be based on a complaint which is neither signed nor corroborated, a media or other report, or information that has otherwise come to the attention of Bar Counsel.

Bar Counsel's decision to investigate this complaint is based upon D.C. Bar Rule XI, § 6(a)(2), which provides:

> Bar Counsel shall have the power and duty . . . [t]o investigate all matters involving alleged misconduct by an attorney subject to the disciplinary jurisdiction of this Court which may come to the attention of Bar Counsel or the Board from any source whatsoever, where the apparent facts, if true, may warrant discipline. Except in matters requiring dismissal because the complaint is clearly unfounded on its face or falls outside the disciplinary jurisdiction of the Court, no dispositions shall be recommended or undertaken by Bar Counsel until the accused attorney shall have been afforded an opportunity to respond to the allegations.

At this stage, Bar Counsel has not taken any position regarding the validity of the allegations.

Larry E. Klayman, Esquire
Bar Docket No. 2008-D048
Page 2

Please provide a substantive, written response, **in duplicate,** to each allegation of misconduct by *February 14, 2008*, so that we can make an appropriate disposition as soon as possible. If you have a question, please contact the undersigned at (202) 638-1501. Please use the above docket number in all correspondence with this office.

This matter is confidential at this stage except for necessary disclosures in the course of our investigation. A necessary disclosure includes sending a copy of your response to the complainant for comment. You, however, have the right to make the information public. *See* D.C. Bar Rule XI, § 17.

Please be aware that the District of Columbia Court of Appeals has approved discipline based in part on a violation of Rule 8.4(d) of the D.C. Rules of Professional Conduct (conduct that seriously interferes with the administration of justice) where the attorney failed to comply with Bar Counsel's request for information. Moreover, your cooperation will contribute to the resolution of this matter in a manner which safeguards the rights of the public and protects attorneys from unfounded complaints.

We have enclosed information regarding the District of Columbia Bar's Office of Regulation Counsel, which endeavors to assist attorneys with practice and personal-related issues. If you believe that you could benefit from the Bar's programs, they are available to you, separate and apart from this office's investigation.

Sincerely,

Elizabeth A. Herman
Deputy Bar Counsel


Enclosures:   Complaint dated January 23, 2008
              Regulation Counsel Information


EAH/jnb

# OFFICE OF BAR COUNSEL
## THE BOARD ON PROFESSIONAL RESPONSIBILITY
### DISTRICT OF COLUMBIA COURT OF APPEALS

515 5th Street, NW
Building A, Room 117
Washington, D.C. 20001
(202)638-1501    Fax (202)638-0862

OFFICE OF BAR COUNSEL

JAN 2 8 2008

RECEIVED

(Please print or type.)

Date: 01/23/08

A. Your Name: (Dr.) (Mr.) (Ms.) (Mrs.) Thomas J. Fitton
(First) (Initial) (Last)

Address: Judicial Watch, Inc., 501 School Street, S.W., Suite 500
(Street)    (Apt. #)
Washington, DC  20024
(City) (State) (Zip)

Business Telephone: (202) 646-5172    Home Telephone: _____    Cell: _____

(NOTE: It is very important that we have your telephone number(s) and that you inform our office if you have a change of address.)

B. Attorney Complained Of:

Name: Larry E. Klayman
(First) (Initial) (Last)

Address: 540 Brickell Key Drive, #732
(Street)    (Apt. #)
Miami, FL  33131
(City) (State) (Zip)

Telephone No.: (305) 579-3455    Attorney's Bar No., if known: 334851

C. Have you filed a complaint about this matter anywhere else? If yes, please give details.

No.

D. Do you have a written retainer agreement with the attorney? If yes, please attach a copy.

No. See attachment.

E. Where applicable, state the name of the court where the underlying case was filed, and the case name and number.

See attachment.

F. Do you have other documents that are relevant? If yes, please give details and provide copies.
See attachment.

SEE REVERSE SIDE FOR REQUIRED DETAILS & SIGNATURE

G. DETAILS OF COMPLAINT: _____

See attachment.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The Undersigned hereby certifies to the Office of Bar Counsel
that the statements in the foregoing Complaint are
true and correct to the best of my knowledge.

_____
SIGNATURE