# EXHIBIT 5

## Larry Klayman

| | |
|---|---|
| From: | Larry Klayman [leklayman@bellsouth.net] |
| Sent: | Monday, March 03, 2008 12:15 PM |
| To: | 'Dick Sacchetti' |
| Cc: | 'Daniel Dugan'; 'Susan Prytherch'; 'Larry Klayman' |
| Subject: | RE: Klayman v. Judicial Watch - D&O Coverage |

Please provide immediately the name, address, email address, fax and phone number of the contact person and claims rep, and policy number of the policy of AIG, so we don't lose time and I am damaged further, particularly since Judicial Watch, its current directors and officers, Ms. Prytherich and its counsel among others, have already tortiously interfered with my rights to coverage. I have documents confirming that I am covered by the D&O policy, which I had written at Judicial Watch through your agency. I did not keep the policy information when I left so that is why my counsel and I inquired many weeks ago and asked for this information, which was required to be produced timely.


Thank you for your belated cooperation,


Larry


From: Dick Sacchetti [mailto:dsacchetti@cimaworld.com]
Sent: Monday, March 03, 2008 9:05 AM
To: Larry Klayman
Cc: Daniel Dugan; Susan Prytherch
Subject: RE: Klayman v. Judicial Watch - D&O Coverage


Mr. Klayman:


I will send a copy of this message, taking it as a request for coverage under the AIG insurance policy, to the claim handler at AIG with a request that she respond to you or Mr. Dugan directly, copying me in on her reply. She will review the policy to determine whether it is appropriate, under the terms of that insurance policy, to provide coverage for your claim.


Richard Sacchetti

---

From: Larry Klayman [mailto:leklayman@bellsouth.net]

1