# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *et al.*, | Civil Action No. 1:06-CV-00670 |
| *Plaintiffs*, | |
| | Honorable Colleen Kollar-Kotelly |
| v. | |
| JUDICIAL WATCH, INC., *et al.*, | |
| | **Jury Trial Demanded** |
| *Defendants*. | |

## PLAINTIFFS' MOTION TO QUASH SUBPOENAS OF PHILLIP SHELDON AND DIENER CONSULTANTS, OR ALTERNATIVELY FOR PROTECTIVE ORDER

Plaintiff, Larry Klayman, by undersigned counsel and pursuant to Rule 26 and Rule 45 of the Federal Rules of Civil Procedure, hereby move this Court for an Order quashing, or alternatively for a protective order for subpoenas issued by Defendants, Judicial Watch, Inc., Thomas J. Fitton, Paul J. Orfanedes, and Christopher J. Farrell returnable on March 31, 2008, to Philip Sheldon and Diener Consultants, Inc. (the "Subpoenas"). As grounds for this Motion, Plaintiff hereby incorporates the attached Memorandum of Points and Authorities in Support of Motion.

WHEREFORE, for all the foregoing reasons, Plaintiff, Larry Klayman respectfully requests that the Court GRANT the Motion and quash the Subpoenas. In the alternative, Plaintiff respectfully requests that the Court enter an appropriate Protective Order. The motion should be granted for the reasons set forth in the attached memorandum.

Respectfully submitted,

400688-1

By: /s/ Larry Klayman_____
Larry Klayman, Esq.
D.C. Bar No.: 334581
3415 SW 24th Street
Miami, FL 33145
Tel: 305-447-1091
Fax: 305-447-1548

## GOOD FAITH CERTIFICATE

I HEREBY CERTIFY that undersigned counsel made good faith efforts to resolve or dispose of the issue presented by this Motion. Defendants' counsel declined to withdraw or limit the information requested. Accordingly, further consultation regarding the issues raised by the Subpoenas is futile.

By: /s/ Larry Klayman
Larry Klayman, Esq.
D.C. Bar No.: 334581
3415 SW 24th Street
Miami, FL 33145
Tel: 305-447-1091
Fax: 305-447-1548

400688-1