**Juli Haller Simonyi**

**From:**     Daniel Dugan [dugan@lawsgr.com]

**Sent:**     Wednesday, January 30, 2008 3:16 PM

**To:**     Juli Haller Simonyi

**Subject:** RE: Klayman v. Judicial Watch, Subpoenas per 1-30-08 Order

Got it. All arrangements have been made to serve Sheldon tomorrow morning at the Eden Resort location in Lancaster set forth on the subpoena between 9 and 10 am tomorrow.


Regards,
Dan

*Daniel J. Dugan*
*Spector Gadon & Rosen, P.C.*
*1635 Market Street, 7th Floor*
*Philadelphia, PA 19103*
*215.241.8872*
*215.531.9120 (Direct Fax)*


**From:** Juli Haller Simonyi [mailto:jhaller@DriscollSeltzer.com]
**Sent:** Wednesday, January 30, 2008 2:23 PM
**To:** Daniel Dugan
**Subject:** RE: Klayman v. Judicial Watch, Subpoenas per 1-30-08 Order

Dan,

I'm resending the attached subpoena pdf, which came back too big from everyone. I believe this should work.

Thanks,

Juli

**From:** Juli Haller Simonyi
**Sent:** Wednesday, January 30, 2008 1:56 PM
**To:** 'ddugan@lawsgr.com'; Jeffrey Schervone; leklayman@bellsouth.net
**Cc:** Richard Driscoll
**Subject:** Klayman v. Judicial Watch, Subpoenas per 1-30-08 Order

Counsel,

Attached please find correspondence and copies of the subpoenas, both the prior subpoenas served on Philip Sheldon for tomorrow's deposition and the new subpoenas for service on Philip Sheldon.

Regards,

Juli Haller

Juli Z. Haller Simonyi
Driscoll & Seltzer, PLLC
600 Cameron St.
Alexandria, VA  22314
Tele 703.340.1628
Fax 703.997.4892
jhaller@driscollseltzer.com
www.driscollseltzer.com
(admitted in DC, NY, NJ; not admitted in VA)

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

3/28/2008