# The Washington Times
### NATIONAL WEEKLY EDITION
3600 New York Avenue, NE • Washington, DC • 20002

**Package Invoice**

DATE: 2/27/2008

## INVOICE TO

DIENER CONSULTANTS
Media Payables
1725 OREGON PIKE, SUITE 106
LANCASTER, PA 17601

## ADVERTISER

**RIGHT MARCH**

1 - Tear Sheets Enclosed.
REPS: Jon Spokes

TERMS: Net 30

| COV DTE | PUB | SIZE | COLOR | PAGE | HEADLINE OF AD |
|---|---|---|---|---|---|
| Jun 10 2007 | National Weekly Edition | 5 x 12.50 Colum | Full Process | 21 | "Top Ten Reasons Fitton Should..." |

| | |
|---|---|
| Package Total $ | 1,100.00 |
| Advertiser Discounts $ | 0.00 |
| Agency Discount $ | 0.00 |
| Net Package Total $ | 1,100.00 |
| Credits and Payments Received $ | 1,100.00 |
| **Balance Due:** | **$0.00** |