IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, | |
| Plaintiff, | |
| v. | Civil Action No. 1:06-CV-00670 (CCK) (AK) |
| JUDICIAL WATCH, INC., et al., | |
| Defendants. | |

**DEFENDANTS' SUMMARY OF EXPENSES ASSOCIATED WITH MOTION TO COMPEL SUPPLEMENTAL REQUEST FOR PRODUCTION OF DOCUMENTS[1]**

Defendants Judicial Watch, Inc. ("Judicial Watch"), Thomas J. Fitton ("Fitton"), Paul J. Orfanedes, Esq. ("Orfanedes") and Christopher J. Farrell ("Farrell") by undersigned counsel and pursuant to this Court's March 12, 2008, Memorandum Order, hereby submit the following summary of reasonable costs[2] associated with bringing the Motion to Compel:

January 3, 2008 Telephone Conference with Court

| Time | Activity | Cost |
|---|---|---|
| 0.7 | Telephone Conference Participation – RWD | $ 129.50 |
| 0.7 | Telephone Conference Participation – JHS | 129.50 |
| 1.4 | Preparation for Telephone Conference – JHS | 259.00 |

---

1   Defendants recognize that Plaintiff has already appealed this Memorandum Order to The Honorable Colleen Kollar-Kotelly. Accordingly, this summary of costs is submitted to preserve the Defendants' right to recover costs and fees following the appeal. In addition, Defendants submit that they are entitled to costs and fees associated with the appeal.

2   The Court will note that pursuant to Driscoll & Seltzer's retention agreement with Judicial Watch's Carrier, Defendants bill at a substantially reduced rate. Counsel is passing this rate on to Plaintiff Klayman and notes that the rate is substantially less than counsels' normal billing rates.

January 9, 2008 Meet and Confer Correspondence

| Time | Activity | Cost |
|---|---|---|
| 0.5 | Draft letter to Opposing Counsel re: meet and confer obligation | $ 92.50 |

January 17, 2008 Telephone Conference with Court

| Time | Activity | Cost |
|---|---|---|
| 1.6 | Preparation for Telephone Conference – JHS | $ 296.00 |
| 0.7 | Telephone Conference Participation – RWD | 129.50 |
| 0.7 | Telephone Conference Participation – JHS | 129.50 |
| 0.3 | Preparation for Telephone Conference – RWD | 55.50 |

February 1, 2008 Meet and Confer Correspondence

| Time | Activity | Cost |
|---|---|---|
| 3.1 | Draft deficiency letter to opposing counsel re: SRPD | $ 573.50 |

February 1, 2008 Meet and Confer Conference with Plaintiff

| Time | Activity | Cost |
|---|---|---|
| 2.4 | Preparation for Telephone Conference – JHS | $ 444.00 |
| 0.8 | Telephone Conference Participation – RWD | 148.00 |
| 0.7 | Telephone Conference Participation – JHS | 148.00 |
| 0.7 | Preparation for Telephone Conference – RWD | 129.50 |

Motion to Compel Supplement Request for Production of Documents

| Time | Activity | Cost |
|---|---|---|
| 2.6 | Review correspondence and documents related to Motion to Compel – JHS | $ 481.00 |
| 10.9 | Draft/Revise Motion to Compel – JHS | 2,016.50 |
| 0.5 | Select/Prepare exhibits – JHS | 92.50 |
| 1.4 | Communications with client re: Motion to Compel – JHS | 259.00 |
| 2.8 | Review/analyze Plaintiff's Opposition Memorandum – JHS | 518.00 |
| 8.5 | Draft Reply Memorandum – JHS | 1,572.50 |
| 1.8 | Draft Reply Memorandum – RWD | 333.00 |
| 0.3 | Research re: relevance standard – JHS | 55.50 |
| 0.4 | Research re: sanctions standard – JHS | 74.00 |

As the foregoing summary indicates, Defendants' counsel has devoted at least 43.5 hours toward the effort to compel Plaintiff to respond to the Supplemental Request for Production of Documents and produce responsive documents. To date, this unnecessary effort has cost the Defendants at least $8,047.50. Moreover, this cost will continue to climb as Defendants respond to the appeal and attempt to proceed with trial preparation without the documents.

Respectfully submitted,

/s/

_____
Richard W. Driscoll (436471)
Juli Haller Simonyi (466921)
DRISCOLL & SELTZER, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Telephone
703.997.4892 Facsimile
rdriscoll@driscollseltzer.com
jhaller@driscollseltzer.com

*Counsel for Defendants Judicial Watch, Inc.,
Thomas J. Fitton, Paul J. Orfanedes, and
Christopher J. Farrell*

Dated: March 31, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of March 2008, a copy of the foregoing Summary of Expenses was served by electronic filing upon counsel listed on the Notice of Electronic Filing.

/s/

_____
Richard W. Driscoll