IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, | |
| Plaintiff, | |
| v. | Civil Action No. 1:06-CV-00670 (AK) |
| JUDICIAL WATCH, INC., *et al.*, | |
| Defendants. | |

## **ORDER**

Upon consideration of Plaintiff's Motion to Quash Subpoenas Duces Tecum to Lawyers for Larry Klayman who Assisted in Negotiation of the Severance Agreement and Motion for Reconsideration, Defendants' Opposition and any Reply Memorandum, and the entire record herein, it is this ___ day of _____ 2008,

IT IS HEREBY ORDERED that Plaintiff's Motion is DENIED, and it is further

IT IS HEREBY FURTHER ORDERED that, pursuant to Fed. R. Civ. P. Rule 37(a)(4),

the Plaintiff shall pay Defendants' Attorneys' Fees for preparing and filing this Opposition.

_____
Honorable Alan Kay
Magistrate Judge, United States District Court

cc:   Copies to all counsel