IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, | |
| Plaintiff, | |
| v. | Civil Action No. 1:06-CV-00670 (AK) |
| JUDICIAL WATCH, INC., *et al.*, | |
| Defendants. | |

## DEFENDANTS' MOTION FOR LEAVE TO FILE OPPOSITION OUT OF TIME TO PLAINTIFF'S MOTION TO QUASH SUBPOENAS DUCES TECUM TO LAWYERS FOR LARRY KLAYMAN AND MOTION FOR RECONSIDERATION

Defendants Judicial Watch, Inc., Thomas J. Fitton, Paul J. Orfanedes, and Christopher J. Farrell ("Defendants"), by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(2), respectfully move for leave to file an Opposition Memorandum Out of Time to Plaintiff's Motion to Quash *Subpoenas Duces Tecum* to Lawyers for Larry Klayman who assisted in Negotiation of the Severance Agreement Motion for Reconsideration and state as follows:

1. On February 26, 2008, Defendants served Subpoenas to Klayman's two former attorneys, Herbert Beller, Esquire and David Durbin, Esquire ("Plaintiff's former counsel"). *See,* copies of Subpoenas, attached as Ex. 1 to Pl.'s Mot. to Quash.

2. Said subpoenas to Herbert Beller, Esquire and David Durbin, Esquire ("Plaintiff's former counsel") were returnable March 12, 2008 and March 26, 2008, respectively. *See Id.*

3. On March 12, 2008 Plaintiff filed his Motion to Quash said Subpoenas. (*See* Pl.'s Mot. to Quash).

4.     Defendants filed their Opposition to Plaintiff's Motion to Quash said Subpoenas on March 31, 2007.  (*See* Defs.'s Opp'n to Mot. to Quash).

5.     The Undersigned inadvertently miscalculated the due date for their Opposition as March 31, 2007, (mistakenly counting 10 days for an opposition thereby excluding weekends and holidays), whereas LCvR 7(b) allows for 11 days (which includes weekends and holidays), making the correct due date, March 26, 2008.

6.     Defendants submit that Plaintiff shall not be prejudiced by Defendants' delayed filing in any substantive manner.

7.     The discovery at issue in Plaintiff's Motion to Quash is highly relevant to Defendants' potential defenses to Plaintiff's Counterclaims as described in Defendants' Opposition.  Defendants should have the opportunity to demonstrate the relevance of this discovery to their defenses.

9.     Discovery closes May 15, 2008.

10.    Plaintiff consented to the filing of this Motion upon Defendants' Request, which took place during a Telephonic Appearance with the Court on April 1, 2008.

11.  A proposed form of Order is attached.

     WHEREFORE, Defendants respectfully request that they be granted leave to file the Opposition Memorandum to Plaintiff's Motion to Quash *Subpoenas Duces Tecum* to Lawyers for Larry Klayman who assisted in Negotiation of the Severance Agreement Motion for Reconsideration.

Respectfully submitted,

\_\_\_\_//s//_____
Richard W. Driscoll (436471)
Juli Haller Simonyi (466921)
DRISCOLL & SELTZER, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Telephone
703.997.4892 Facsimile
rdriscoll@driscollseltzer.com
jhaller@driscollseltzer.com
*Counsel for Defendants Judicial Watch, Inc., Thomas J. Fitton, Paul J. Orfanedes and Christopher J. Farrell*

Dated: April 1, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of April, 2008, a true copy of the foregoing Motion for Leave to File Opposition Out of Time was sent via e-mail to Plaintiff, in addition to being filed with the Court's Electronic Filing System, which serves all Counsel of Record.

\_\_\_\_//s//_____
Juli Z. Haller Simonyi