IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, | |
| Plaintiff, | |
| v. | Civil Action No. 1:06-CV-00670 (AK) |
| JUDICIAL WATCH, INC., *et al.*, | |
| Defendants. | |

## **ORDER**

Upon consideration of Defendants' Motion for Leave to File Opposition Out of Time to Plaintiff's to Quash Subpoenas Duces Tecum to Lawyers for Larry Klayman who Assisted in Negotiation of the Severance Agreement and Motion for Reconsideration, and with Plaintiff's Consent, and the entire record herein, it is this ___ day of _____ 2008,

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED, and it is further

_____
Honorable Alan Kay
Magistrate Judge, United States District Court

cc:   Copies to all counsel