**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LARRY KLAYMAN,** | |
| Plaintiff, | |
| v. | Civil Action No. 06-670 (CKK)(AK) |
| **JUDICIAL WATCH, INC., et al.,** | |
| Defendants. | |

**Motion For Extension of Time to Comply With And If Necessary Certify Magistrate Judge's Orders of January 16, 2008 and January 8, 2008, Respectively**

Plaintiff, Larry Klayman, moves his honorable court for an order briefly extending the time to comply with the Magistrate Judge's order of January 16, 2008, and if necessary certify for interlocutory appeal with regard to the Magistrate Judge's prior order of January 8, 2008, which this court affirmed on April 2, 2008. As grounds therefore, Plaintiff would show:

1. Once Plainitff's objections to making supplemental responses to Defendants' interrogatories and document requests were affirmed, the Magistrate Judge's order of January 16, 2008, provides for the supplemental responses on or before 10 days.

2. In the interim, Plaintiff Larry Klayman traveled to Washington, D.C., at his expense and was deposed for a full day on April 8, 2008. During the deposition,

1

        Plaintiff provided most of the information which was requested in the interrogatories.

3. Since that time, Plaintiff has largely been on travel and attending to matters relating to his two young children in a matter he initiated where they reside and had hoped to be able to supplement the interrogatories and document requests. During this time, Plaintiff's assistant was also largely out of the office due to the poor health of a close relative, and when she returned Plaintiff was out of town on the childrens' matters, so preparation of the supplemental responses have been delayed a bit. Plaintiff is a sole practitioner.

4. Plaintiff respectfully requests an additional five days to supplement the requests. With regard to the part of the court's order affirming the third party subpoenas, a hearing on an identical matter is scheduled for tomorrow before the Magistrate Judge. To the extent that the Magistrate Judge does not modify his previous rulings with regard to the disclosure of donor names, donor lists, and other Constitutional issues concerning freedom of speech and rights of association, and the other related matters involved in his prior order of January 8, 2008, which was affirmed by the court, Plaintiff respectfully requests that the court certify these issues for interlocutory appeal as controlling issues of law and fact.

WHEREFORE, Plaintiff respectfully requests that this motion be granted.

                                              Respectfully submitted,

                                              s/Larry Klayman_____  
                                              Larry Klayman, Esq.

D.C. Bar No.:  334581
3415 SW 24th Street
Miami, FL 33145
Tel: 305-447-1091
Fax: 305-447-1548

Daniel J. Dugan, Esquire
Spector Gadon & Rosen, P.C.
1635 Market Street 7th Floor
Philadelphia, PA 19103
Tel: 215-241-8872
Fax: 215.241.8844

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of APRIL 2008, a true copy of the foregoing copy of the foregoing  motion with regard  to the Magistrate Judge's Orders of January 16, 2008 and January 8, 2008 was served via electronic means to:

Richard W. Driscoll, Esquire
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, VA 22314

By:  s/Larry Klayman
Larry Klayman, Esq.
D.C. Bar No.:  334581
3415 SW 24th Street
Miami, FL 33145
Tel: 305-447-1091
Fax: 305-447-1548