UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY KLAYMAN,**<br><br>  Plaintiff,<br><br>  v.<br><br>**JUDICIAL WATCH, INC.,** *et al.*,<br><br>  Defendants. | Civil Action No. 06-670 (CKK)(AK) |

## ORDER REGARDING SANCTIONS HEARING

On March 13, 2008, Larry Klayman moved to continue his deposition, which was scheduled for the following day. (Mot. For Brief Continuance of Deposition Date of Larry Klayman [121] ¶ 2.) In support of his request, Klayman stated that after the March 14 date was set, "a court in Miami scheduled a case dispositive motion in federal court concerning a large trademark and unfair practice case for the same day." (*Id*. ¶ 2.) Klayman further stated that his attorney, Dan Dugan, would not be available on March 14 to defend Klayman at the deposition due to issues with Klayman's insurance coverage. (*Id*. ¶ 3.) The Court, over Defendants objection, granted Klayman's Motion and reset the deadline for his deposition for March 24, 2008. (Minute Order dated 3/13/08.) The Court further ordered that Klayman provide certain information about the case in Miami within five days of its Minute Order. (*Id*.)

Defendants moved for reconsideration of the Court's Minute Order and called into question the foundation for Klayman's March 13 Motion. (*See* Mot. for Reconsideration [122].) Defendants further asked the Court to sanction Klayman for his failure to comply with the

1

Court's January 30, 2008 Minute Order, which set March 15, 2008 as the deadline for Klayman's deposition. (*Id.* ¶ 13.) During a telephone conference on March 19, 2008, the Court set April 8, 2008 as a date certain for Klayman's deposition, thereby rendering Defendants' request for reconsideration moot. However, the issue of sanctions for Klayman's conduct remains. During the telephone conference, the Court indicated that it would defer ruling on Defendants' request for sanctions to allow Klayman to file an opposition to their motion that addressed the issue of sanctions. Klayman never provided the information requested by the Court in its March 13 Minute Order and never filed an opposition to Defendants' Motion for Reconsideration.

In light of these facts, it is this  21st  day of April, 2008, hereby

**ORDERED** that the parties shall appear before this Court for a hearing to determine whether Klayman should be sanctioned for his failure to comply with the Court's March 13 Minute Order and/or for his conduct and statements in connection with his Motion for Brief Continuance [121]. The parties shall jointly contact Chambers at (202) 354-3030 to set a hearing date that is mutually agreeable to the parties and the Court. This hearing shall be combined with the hearing on sanctions that this Court ordered in its Memorandum Opinion on Plaintiff's Motions to Quash.

/s/
ALAN KAY
UNITED STATES MAGISTRATE JUDGE