IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY KLAYMAN,**<br><br>   Plaintiff,<br><br>   v.<br><br>**JUDICIAL WATCH, INC., et al.,**<br><br>   Defendants. | Civil Action No.  06-670 (CKK)(AK) |

## OBJECTIONS TO SUPOENAS DUCES TECUM TO MAUREEN OTIS AND AMERICAN CAGING

Plaintiff, Larry Klayman, hereby objects to the above styled deposition subpoenas duces tecum allegedly served on Maureen Otis and American Caging on the following grounds: attorney client privilege, work product, overbreath as the information and documents called for are irrelevant, trade secrets, privacy and other grounds Plaintiff will also be filing a motion to quash.

                                                            Respectfully submitted,

                                                            s/Larry Klayman
                                                            Larry Klayman, Esq.
                                                            D.C. Bar No.:  334581
                                                            3415 SW 24th Street
                                                            Miami, FL 33145
                                                            Tel: 305-447-1091
                                                            Fax: 305-447-1548

                                                            Daniel J. Dugan, Esquire

1

        Spector Gadon & Rosen, P.C.
        1635 Market Street 7th Floor
        Philadelphia, PA 19103
        Tel: 215-241-8872
        Fax: 215.241.8844

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of APRIL 2008, a true copy of the foregoing Objection To Subpoenas Deces Tecum To Maureen Otis and American Caging was served via electronic means to:

    Richard W. Driscoll, Esquire
    Driscoll & Seltzer, PLLC
    600 Cameron Street
    Alexandria, VA 22314

        By: s/Larry Klayman
        Larry Klayman, Esq.
        D.C. Bar No.: 334581
        3415 SW 24th Street
        Miami, FL 33145
        Tel: 305-447-1091
        Fax: 305-447-1548