REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: M

| CAUSE OF ACTION: | 28:1332 Diversity-Other Contract | | | |
|---|---|---|---|---|
| CASE NO:<br>06cv670 | DATE REFERRED:<br>April 23, 2008<br><br>DISPOSITION DATE: | PURPOSE:<br>Settlement | JUDGE:<br>Colleen Kollar-Kotelly | MAG. JUDGE<br>Alan Kay |

| PLAINTIFF(S): <br>LARRY KLAYMAN, ET AL | DEFENDANT(S): <br>JUDICIAL WATCH, INC., ET AL |
|---|---|

ENTRIES: