IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY KLAYMAN, et al.,**<br><br>  Plaintiffs,<br><br>  v.<br><br>**JUDICIAL WATCH, INC., et al.,**<br><br>  Defandants. | Civil Action No.  06-670 (CKK)(AK) |

## MOTION TO QUASH

Plaintiff, Larry Klayman, moves to quash the subpoenas duces tecum of Maureen Otis and American Caging, Inc. on the grounds set forth in his previously filed objections. Of most particular concern is that Ms. Otis was legal counsel to Mr. Klayman and his clients and other subject persons and entities and thus the production of records and oral testimony would violate the attorney client privilege.

Defendants have today refused to honor these objections and have said that they intend to proceed with these depositions and document production regardless.

        Respectfully submitted,

        s/Larry Klayman_____
        Larry Klayman, Esq.
        D.C. Bar No.:  334581
        3415 SW 24th Street

        Miami, FL 33145
        Tel: 305-447-1091
        Fax: 305-447-1548

        Daniel J. Dugan, Esquire
        Spector Gadon & Rosen, P.C.
        1635 Market Street 7th Floor
        Philadelphia, PA 19103
        Tel: 215-241-8872
        Fax: 215.241.8844

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of APRIL 2008, a true copy of the foregoing

Motion to Quash was served via electronic means to:

        Richard W. Driscoll, Esquire
        Driscoll & Seltzer, PLLC
        600 Cameron Street
        Alexandria, VA 22314

        By: s/Larry Klayman
        Larry Klayman, Esq.
        D.C. Bar No.: 334581
        3415 SW 24th Street
        Miami, FL 33145
        Tel: 305-447-1091
        Fax: 305-447-1548