IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Larry Klayman, *et al.* <br>    *Plaintiffs*, <br><br> v. <br><br> Judicial Watch, Inc., *et al.* <br>    *Defendants*. | Civil Action No. 1:06-CV-00670 <br><br> Honorable Colleen Kollar-Kotelly <br><br><br> **Jury Trial Demanded.** |

### *PRAECIPE TO WITHDRAW APPEARANCE*

Through no fault of Mr. Klayman's, please withdraw my appearance on behalf of Plaintiff in the above-captioned matter.

                Respectfully submitted,

                **SPECTOR GADON & ROSEN, P.C.**

                By: _//s// Daniel J. Dugan_____(DD 1339)
                  Daniel J. Dugan, Esquire
                  1635 Market Street, Seventh Floor
                  Philadelphia, PA 19103
                  215.241.8872/215.241.8844(Fax)
                  ddugan@lawsgr.com

Dated: April 29, 2008         *Attorneys for Plaintiffs, Larry Klayman*

459828-1

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2008, a true and correct copy of the foregoing Praecipe to Withdraw Appearance was served via electronic filing on the following:

> Richard W. Driscoll, Esquire
> Driscoll & Seltzer, PLLC
> 600 Cameron Street
> Alexandria, Virginia 22314
>
> Counsel for Defendants

By: ___//s// *Daniel J. Dugan*___
      Daniel J. Dugan

459828-1