IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LARRY KLAYMAN, *ET AL.*

        Plaintiffs,

v.

JUDICIAL WATCH, INC., *ET AL.*

        Defendants.

Civil Action No. 1:06-CV-00670
Honorable Colleen Kollar-Kotelly

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Defendants Judicial Watch, Inc., Thomas J. Fitton, Paul J. Orfanedes and Christopher J. Farrell, by undersigned counsel, and pursuant to Rule 26, *et seq.*, of the Federal Rules of Civil Procedure, will take the deposition upon oral examination and by videotape for the purpose of discovery and/or evidence of the following named party at the time and place indicated below, to be continued from time to time until completed:

        **NAME:**              Maureen E. Otis, Esq.

        **DATE AND TIME:**    May 5, 2008 at 11:00 a.m.

        **PLACE:**             Homewood Suites by Hilton
                                 4520 Techniplex Drive
                                 Stafford, TX 77477

Respectfully submitted,

Richard W. Driscoll (436471)
Juli Haller Simonyi (466921)
DRISCOLL & SELTZER, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Telephone
703.997.4892 Facsimile
Email: rdriscoll@driscollseltzer.com
Email: jhaller@driscollseltzer.com
*Counsel for Defendants Judicial Watch, Inc.,*
*Thomas J. Fitton, Paul J. Orfanedes and*
*Christopher J. Farrell*

Dated: April 22, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of April 2008, a copy of the foregoing Notice of Deposition was sent via e-mail, facsimile and first class mail, postage prepaid, to:

Larry E. Klayman, Esq.
The Klayman Law Firm
3415 SW 24th Street
Miami, FL 33145

And by regular mail to          Daniel J. Dugan, Esq.
SPECTOR GADON & ROSEN, P.C.
1635 Market Street, Seventh Floor
Philadelphia, PA 19103

Juli Haller Simonyi

2