1

1   IN THE UNITED STATES DISTRICT COURT

2   FOR THE DISTRICT OF COLUMBIA

3   * CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER *

4

5

6   LARRY KLAYMAN, et al.,            Civil Action No.

7           Plaintiff(s),             1:06CV00670

8   v.

9   JUDICIAL WATCH, INC., et al.,

10          Defendant(s).

**CONFIDENTIAL ORIGINAL**

11

12                    VOLUME I

13   VIDEOTAPED DEPOSITION OF LARRY KLAYMAN

14                 Washington, DC

15            Tuesday, April 8, 2008

16                  10:00 a.m.

17

18   Job No. 1-126440

19   Pages 1-255

20   Reported by: Linda S. Kinkade, CSR, RMR, CRR

21   Videographer: Scott Forman, L.A.D. Reporting

22



1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425

CONFIDENTIAL VIDEOTAPED DEPOSITION OF LARRY KLAYMAN - VOLUME I
CONDUCTED ON TUESDAY, APRIL 8, 2008

248

| | | | |
|---|---|---|---|
| 1 | A | Yeah. | 16:53:05 |
| 2 | Q | Okay. It's not your personal account, is | 16:53:05 |
| 3 | | it? | 16:53:08 |
| 4 | A | Generally speaking, no. | 16:53:08 |
| 5 | Q | Okay. What does that mean, "generally | 16:53:10 |
| 6 | | speaking"? | 16:53:12 |
| 7 | A | There is a Saving Judicial Watch bank | 16:53:14 |
| 8 | | account. | 16:53:17 |
| 9 | Q | Okay. Oh, who is the caging agent for | 16:53:17 |
| 10 | | Saving Judicial Watch? | 16:53:26 |
| 11 | A | There were two, one was Maureen Otis. | 16:53:27 |
| 12 | Q | N-O-T-I-C-E? | 16:53:36 |
| 13 | A | Yeah, and now Yolanda Avila. | 16:53:41 |
| 14 | Q | And are they independent contractors? | 16:53:44 |
| 15 | A | They were. They are, yeah. | 16:53:45 |
| 16 | Q | Okay. Yolanda, what's the last name? | 16:53:47 |
| 17 | A | Avila. | 16:53:51 |
| 18 | Q | How do you spell that? | 16:53:52 |
| 19 | A | A-V-I-L-A. | 16:53:53 |
| 20 | Q | And where is Yolanda Avila located? | 16:53:55 |
| 21 | A | Miami. | 16:54:00 |
| 22 | Q | Miami? And what's the name of her company? | 16:54:00 |