BellSouth - Web E-mail

Page 1 of 1

# @BELLSOUTH

## WEB E-MAIL

🏠 Home  ✉ E-mail  📇 E-Greetings  ❓ Help & Technical Support

En Español ▶

Search   The Web   [                    ]  Go  More    Powered by Google

You are currently signed in - Logout

[Compose New Message] [Reply] [Reply All] [Forward] Move To: (Choose Folder) [Go]    [Delete] [Next] [Back] [Print]

[X Close]

**Folders**

📥 Inbox
📤 Sent Mail
📝 Drafts
🗑 Trash

Create/Edit Folders

**Options**

Address Book
POP Mail
Manage SPAM
Preferences
E-Mail Help

See Your Credit Score: $0

Comparison shop with BellSouth & save money

Try BellSouth Webtunes today

Get a FREE Multi-Room DIRECTV® System

From: "Maureen Otis" <Maureen@motislaw.com> Add to Address Book
Date: 2007/07/30 Mon PM 06:39:02 EDT
To: <leklayman@bellsouth.net>, <dianaklayman@bellsouth.net>, "Philip Zodhiates" <philipz@responseunlimited.com>
Subject: revised caging contract

st1\:*{behavior:url(#default#ieooui) }

Let me know if there are any questions.

Maureen

Maureen E. Otis, Esq.

Law Offices of Maureen E. Otis, P.C.

President

American Caging, Inc.

4850 Wright Road, Ste. 168

Stafford, TX  77477

281/242-9800 law office

281/277-0079 American Caging



[Handwritten note: "Fax to Maureen & RU / Attn: Phil / Zodhiate" and "Contact info"]

Download Attachment: Freedom Watch Caging agreement meo revisions.doc

[Reply] [Reply All] [Forward] Move To: (Choose Folder) [Go]    [Delete] [Next] [Back] [Print]

Need help with your e-mail? View solutions to common issues.

BellSouth | Advertising | Help | Service Agreement | Legal Notices | Privacy Policy | Contact Us
Copyright 2004 BellSouth Corp. All Rights Reserved

http://owebmail.bellsouth.net/cgi-bin/gx.cgi/AppLogic+mobmain?

RU Production
000045
Protective Order

7/31/2007

## Caging & Escrow Agreement

American Caging, Inc.
Freedom Watch
Response Unlimited

This agreement is made and entered on this the __ day of August 2007, by American Caging, Inc. (hereinafter referred to as "ACI"), FREEDOM WATCH (hereinafter referred to as "CLIENT") and Response Unlimited (hereinafter referred to as "RU").

**1. Services** – ACI will provide the following services:

A. **Caging** – Contributor mail will be mailed directly to a P.O. Box in Houston or will be reshipped to Stafford, Texas from a P.O. Box located outside the state of Texas. Once the mail is collected, envelopes will be opened and the contents sorted and counted. Checks and currency will be deposited into a bank account in the name of CLIENT. All mail will be processed within 48 hours of receipt.

Bank account - Pre-encoded checks and currency will be deposited in a bank account for CLIENT. The bank account will be a commercial checking account and will earn an earnings credit for the purpose of off-setting bank fees. The earnings credit earned on the funds deposited and collected in the account will be credited to the account of CLIENT. All bank fees and charges (if any) for processing and maintaining the bank account shall be borne by the CLIENT escrow account.

Reporting – ACI will provide CLIENT daily/weekly reports of the mail processing activity. This information will include total envelopes collected, donors, non-donors and donations received (checks, cash, credit cards). The donor information will also be reported by mail code. With regard to RU invoices for production and postage expenses, CLIENT will have immediate access to source, backup documents, including but not limited to the copies of checks and credit card receipts and original invoices of the suppliers of goods and services on a weekly basis and when expressly requested by it. In this regard, when ACI or RU submit their invoices to CLIENT, they will append the underlying invoices of their suppliers and any service providers. For RU, the requirement of documentation relates to invoices for production and postage only. *+ any other expense which is or may be billed to CLIENT.* ✓

RU Production
000046
Protective Order

Agreement

2

B. **Escrow & Accounting** - ACI is authorized to open a bank account for CLIENT at the bank primarily used by ACI. This bank account will be referred to as the "*Established Account.*" The first distribution of proceeds will be to promptly pay ACI invoices and then the cost of the mailing lists; or for any other reimbursable expenses RU incurs on behalf of CLIENT and to facilitate the prompt and immediate disbursement of the remaining proceeds to CLIENT. All reimbursable expenses to ACI and Response Unlimited (RU) must be preapproved, in writing, by CLIENT, before payment can be made, and after a prompt review by CLIENT of the underlying source and backup documents, as set forth in the preceding paragraph. The prompt payment of the proceeds to any party to this agreement will not be tied to any non-Freedom Watch account which is being or may be administered by ACI. Thus no monies may be withdrawn, paid or loaned from this account unless with the express written authorization of CLIENT and/or RU. The underlying purpose of this clause is to provide full transparency and immediate accountability to the parties.

The Established Account will be used solely for the purpose of depositing and receiving contributions and distributing the proceeds in accordance with the terms of the agreement with RU. Each and every donation received from the direct mailings to lists supplied by RU, and all subsequent donations from those newly acquired individuals from subsequent mailings to those newly acquired customers, shall be deposited in the Established Account. The Established Account shall not be used for any other purpose but to pay for the costs of the mailing, including mailing lists, any other reimbursable expenses, and/or any vendor expenses associated with mailing to the rented or exchanged mailing lists. The remaining net proceeds shall be paid to CLIENT as directed by CLIENT to ACI.

ACI will be the signatory to the bank account and will be responsible for disbursing funds via check, wire and ACH debit. By execution of this agreement, CLIENT hereby authorizes any and all disbursements from the Established Account for payment of expenses associated with the direct mail campaign, including but not limited to caging, list rental, postage, printing, mail shop, etc.; however these expenses must be preapproved by the CLIENT after it has promptly been provided applicable source documentation, as set forth above.

The funds remaining from a specific direct mailing or other specific activity, or net contributions after all invoiced charges have been paid, shall be promptly paid over to CLIENT unless CLIENT agrees in writing to invest those funds into postage and prepayments for additional mailings.

RU Production
000047
Protective Order

Agreement

Page 3

Any dispute between CLIENT and RU resulting in a disagreement relating to funds in the escrow account will not affect the disbursement of funds unless ACI receives written notice from CLIENT or RU and a copy of the written notice is also sent to the other party to the agreement.

The monthly copies of the CLIENT bank transaction report along with the original balanced monthly bank statement will be sent to CLIENT. ACI will retain a copy of each bank statement and transaction report for its files.

B. **Data Entry** – Donor information from contributor pledge statements will be keyed and entered by ACI. This information includes donor names, addresses, and contribution.

2. **Compensation to ACI:**

**Caging:**
Donors                    $.16
Non-Donors                $.08
Debit/credit card         $.30
Encoding                  $.03

**Data Entry:**
Full record keying        $.16
History / Finder #        $.12
Bar Code Scanning         $.06
Programming               $50.00 per hour

**Other:**
Escrow & Accounting       $25.00 per hour
Clerical time             $14.00 per hour
Postage & shipping        at cost
Copies                    $.08 per page
Imaging                   $.25 per page

*[handwritten margin note: "CK amts. Is this what other acct's have been paying?"]*

ACI hereby certifies that these charges, as set forth above, are at or below market rates. If above market rates, these charges may be subject to modification with the express written consent of the parties.

3. **Payment of ACI invoices:**
ACI will invoice CLIENT every week. Copies of the ACI invoice will be sent via email to RU and a representative of CLIENT. Invoices are due upon receipt. CLIENT authorizes ACI to cut checks from the CLIENT escrow account in payment of approved ACI invoices, but only after the amounts are preapproved, in writing, by CLIENT. ACI invoices receive priority over all other invoices to be

RU Production
000048
Protective Order

paid, subject to the terms of this agreement, but no payment can be made without CLIENT'S advance knowledge and consent.

CLIENT acknowledges its responsibility for payment of caging fees regardless of the success of the fund raising campaign. If sufficient funds are not generated to pay ACI invoices from the escrow account, CLIENT will be responsible for paying these invoices until paid in full, unless the expenses billed are not correct or their has been negligence, bad faith or other misconduct. If the parties cannot agree on how to resolve any such issues, then the issues may be submitted for prompt mediation before an agreed neutral independent mediator and if this does not resolve the matter to Christian arbitration as set forth in CLIENT'S separate written agreement with RU. The party or parties who are found to have engaged in any improper conduct will be subject to appropriate penalties, damages, and attorneys fees and costs.

**4. Term of Agreement:**
This agreement shall commence on the day of execution and remain in effect for one (1) year. Notice of intent to terminate the agreement shall be in writing, 30 days prior to the intended day of termination. This agreement may be immediately terminable for cause. This agreement will be automatically renewed for one (1) year terms unless ACI or CLIENT provide notice of intent to terminate.

Providing this contract is not terminated prior to the expiration date; CLIENT understands that at the final conclusion of any mailing to prospective donors, contributions will continue to be sent for many months. The cage can remain open for an additional period of time after completion of the last mailing, which might result in mail being sent to Houston after this contract, expires. CLIENT can inform ACI to keep the cage open by written notification.

**5. Confidentiality**
ACI agrees to keep confidential all information, records, data and files of any nature provided to ACI under the terms of this agreement, and furthermore agrees not to disclose any such information, records, data or files to any third party without the prior written consent of CLIENT and RU.

ACI further agrees not to use any information, records, data, and files of any nature pertaining to CLIENT for its own use or any other purpose. ACI agrees not to retain, copy, film or duplicate the donor data base of CLIENT nor will ACI create a data base from the information, records, data and files received by ACI during the normal course of conducting business on this account.

RU Production
000049
Protective Order

Agreement

ACI agrees to keep the terms of this agreement confidential and will not divulge any aspect of this agreement to any third party without the written consent of CLIENT and RU. CLIENT agrees to keep the terms of this agreement confidential and will not divulge any aspect of this agreement to any third party without the written consent of ACI. Specifically, CLIENT agrees to keep confidential the compensation terms of this agreement to protect the negotiation efforts of ACI with potential clients.

**6. Audit**
CLIENT has the right to audit the caging, accounting and funds disbursement procedures of ACI and the billing of expenses and costs by RU with respect to the services provided to CLIENT. There will be no requirement to notify ACI or RU of an intention to audit. ACI and RU agree to make available any and all records, files and other data required by the audit personnel on behalf of CLIENT. Any audit will be sole expense of CLIENT, unless ACI and/or RU is found to have engaged in bad faith, negligence and/or misconduct or there is reason to believe that they have done so, in which case the cost of the audit will paid by the offending party or parties in whole or in part as determined by a mediator or through Christian arbitration.

The terms of this agreement are incorporated into the related agreement between RU and CLIENT, AND THE TERMS OF THIS AGREEMENT WILL GOVERN IF THERE IS ANY CONFLICT WITH THE AGREEMENT BETWEEN RU AND CLIENT.

**Accepted and Approved:**

American Caging, Inc.                          FREEDOM WATCH

By: _____                    By: _____
      Maureen E. Otis                                Larry Klayman
Title: President                               Title: _____

Date: _____                   Date: _____

**Response Unlimited**

By: _____
      Philip Zodhiates
Title: President

Date: _____