

# The "Dream Team" Is Back! To Bring Justice To The Clintons As We Retake Judicial Watch

> "Judicial Watch earned its reputation in the 1990s for lawsuits that ... allowed the group to depose several Clinton officials. But it's largely been out of the news since Klayman left Judicial Watch — and filed a lawsuit against it."
>
> Washington Post, April 6, 2007



Larry Klayman
Chairman and General Counsel

## After ten years of success...

in fighting government and legal corruption at Judicial Watch, which I conceived of and founded, I left the public interest watchdog in 2003 to run for the United States Senate. The person who later assumed control of Judicial Watch - the current president Tom Fitton - has misused the organization for his own ends, improperly dissipating and squandering donor monies and turning the group into a very bad joke, which mostly boasts of the appeals it is forced to take following a string of defeats since I left.

As a result of this damage, in order to save Judicial Watch, I have sued Fitton. See www.SavingJudicialWatch.com. In a landmark victory, the court in my case ruled that, if successful, I can retake control of this once great organization. Given the corruption of Hillary and Bill Clinton, and their plan to retake control of the White House in 2008, a renewed and powerful Judicial Watch - the People's Justice Department - can come none too soon.

Many supporters have given generously to this noble goal of "liberating" Judicial Watch from the clutches of Tom Fitton and his ethically challenged "yes men" on his Board of Directors. While my case progresses, we must take immediate action against corrupt politicians and others such as Hillary and Bill Clinton.

Now, poised to win our case against Fitton and retake Judicial Watch, I have created a legally separate "twin" public interest group, using the trademark Freedom Watch, to rekindle my corruption fighting efforts without wasting any time. I, and those who I have brought into Freedom Watch to assist me, will not wait until Judicial Watch is liberated. We will begin the task of holding the Clintons and others of their ilk accountable under our rule of law, now! Once we retake the organization, we will then combine the two for an even stronger public interest mission - to fight government and legal corruption domestically (through Judicial Watch) and spread freedom throughout the world (through Freedom Watch).

As you may know from reading my complaint, when I left Judicial Watch, Fitton gutted the organization, shutting down virtually every regional office, even closing the organization's radio and television shows. The real talent of Judicial Watch, the regional directors I had hired and who were loyal to me and you, were fired - so no one could challenge Fitton and his minions of "yes men." Now I have reassembled this "Dream Team" along with talented and dedicated professionals who are committed to me, you and the "American way."

One of our first tasks is to finally bring justice to the Clintons. To do this Freedom Watch and I have acquired a new client, former New York Post freelance journalist and reporter, Jarred Stern, whose livelihood was ruined at the hands of Bill and Hillary. This case represents the biggest legal threat to the Clintons, since the time I successfully sued them as Judicial Watch president, over a decade ago.

So, my friends and fellow supporters, the "Dream Team" is back, and it is in business once again to hold Hillary and Bill Clinton and other corrupt politicians, lawyers and judges accountable under the rule of law.

Won't you become part of it now, before our country drowns in Clinton and other government corruption?

Freedom Watch, the "Dream Team" and its clients need your help to save our country - for our children and grandchildren - from the ruinous corruption of Bill and Hillary Clinton and their friends that would otherwise destroy liberty and democracy. Please contribute to our just cause. Your contribution is tax deductible. Freedom Watch is a 501(c)(3) non-profit corporation.

Thank you for your generous support and God Bless you, your family and the United States of America!

Sincerely yours,

Larry Klayman
FreedomWatch, Founder and Chairman

Dear Larry:

I agree 100 percent... Bill and Hillary Clinton must be legally stopped before they destroy any more innocent people. Jared's lawsuit against them and their billionaire buddy is our best chance to stop the Clinton Machine. I want to help you win this landmark legal case, so I have enclosed my very best contribution:

❏ $10,000  ❏ $7,500  ❏ $5,000  ❏ $3,000  ❏ $2,000  ❏ $1,000
❏ $500  ❏ $300  ❏ $100  ❏ $75  ❏ $50  ❏ other $_____

❏ My check is enclosed. Freedom Watch is a 501(c)(3) organization. Contributions are tax deductible to the extent allowed by law.
❏ I prefer to give by ❏ VISA  ❏ MasterCard  ❏ AMEX  ❏ Card# _____ Expires: __/__

My email _____ Signature _____

\* Your contribution may be used to fight the Clintons and other FW matters.





# Freedom Watch
1201 Pennsylvania Ave., Ste 300
Washington, DC 20004

Freedom Watch, Inc was incorporated on January 9, 1995 in Washington D.C. The principal place of business is 1201 Pennsylvania Ave., NW #300, Washington DC 20004 and the phone number is 786-683-0269. We have a 501(c)(3) classification from the Internal Revenue Service. Our purpose is to promote and preserve economic, social and political freedom.

Residents of the following states may request financial statements and other information from the offices indicated (the toll free numbers are for use only within the respective states): Arizona: Financial information filed with the Secretary of State is available for public inspection or by calling toll free 1-800-458-5842. California: A copy of the Official Financial Statement may be obtained from the Attorney General's Registry of Charitable Trusts, Department of Justice, P.O. Box 903447, Sacramento, CA 94203-4470 or by calling (916)445-2021. Florida: A COPY OF THE OFFICIAL REGISTRATION AND FINANCIAL INFORMATION MAY BE OBTAINED FROM THE DIVISION OF CONSUMER SERVICES BY CALLING 1-800-435-7352, TOLL FREE, WITHIN THE STATE. REGISTRATION DOES NOT IMPLY ENDORSEMENT, APPROVAL OR RECOMMENDATION BY THE STATE. 100% of contributions are retained by non-profit organization. Illinois: Contract and reports regarding the solicitation activities of non-profit organization are on file with the Illinois Attorney General. Kansas: The Kansas registration number is 374-145-1. The annual financial report for the preceding fiscal year is on file with the Secretary of State. Maryland: Copies of documents and information submitted by Freedom Watch, Inc. are available from the Office of the Secretary of State, Statehouse, Annapolis, MD 21401, 1-800-825-4510. Mississippi: The official registration and financial information of Freedom Watch, Inc. may be obtained from the Mississippi Secretary of State's office by calling 1/888-236-6167. Registration by the Secretary of State does not imply endorsement by the Secretary of State. New Jersey: INFORMATION FILED WITH THE ATTORNEY GENERAL CONCERNING THIS CHARITABLE SOLICITATION MAY BE OBTAINED FROM THE ATTORNEY GENERAL OF THE STATE OF NEW JERSEY BY CALLING 973/504-6215. REGISTRATION WITH THE ATTORNEY GENERAL DOES NOT IMPLY ENDORSEMENT. New York: New York residents may obtain a copy of our annual report by writing to the Office of Attorney General, Charities Bureau, 120 Broadway, New York, NY 10271. North Carolina: Financial information about this organization and a copy of its license are available from the State Solicitation Licensing Branch at 888-830-4989. The license is not an endorsement by the state. Pennsylvania: A copy of the official registration and financial information of Freedom Watch, Inc. may be obtained from the Pennsylvania Department of State by calling toll free, within Pennsylvania, 1-800-732-0999. Registration does not imply endorsement. Washington: Financial disclosure information is currently on file with the Office of the Secretary of State and may be obtained by calling 1-800-332-4483. West Virginia: Secretary of State, State Capitol, Charleston, WV 25305. Registration does not imply endorsement. For copies of current financial statements you may send a written request to the address listed above or call Freedom Watch, Inc. directly at the telephone number listed above.



Freedom Watch
1201 Pennsylvania Avenue Ste 300
Washington, DC 20004

BRE Envelope addressed to ○○



144558213 RC02

(The direct mail Envelope)