IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**LARRY KLAYMAN, et al.,**

    Plaintiffs,

    v.

**JUDICIAL WATCH, INC., et al.,**

    Defendants.

Civil Action No.  06-670 (CKK)(AK)

## MOTION TO PERMIT INSPECTION OF RECORDS BEFORE PRODUCTION

Plaintiff, Larry Klayman, pursuant to the telephonic conference before Magistrate Judge Kaye on April 30, 2008, moves this honorable court for an order confirming that Plaintiff can review any documents ultimately produced by American Target Advertising, Chester List Consultants, Response Unlimited, or Diener Consultants for claim of privilege before they are turned over to Defendants counsel. This is based on the arguments made in prior pleadings and in hearings concerning the proprietary nature of these documents. During a telephonic conference on April 30, 2008, the Magistrate Judge suggested that this motion be filed if Plaintiff sought to preserve this claimed right.

  WHEREFORE, Plaintiff respectfully requests that this motion be granted.

                                                                     Respectfully submitted,

                s/Larry Klayman_____
                Larry Klayman, Esq.
                D.C. Bar No.: 334581
                3415 SW 24th Street
                Miami, FL 33145
                Tel: 305-447-1091
                Fax: 305-447-1548

                Daniel J. Dugan, Esquire
                Spector Gadon & Rosen, P.C.
                1635 Market Street 7th Floor
                Philadelphia, PA 19103
                Tel: 215-241-8872
                Fax: 215.241.8844

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of MAY 2008, a true copy of the foregoing Motion to Permit Inspection of Records Before Production, was served via electronic means to:

        Richard W. Driscoll, Esquire
        Driscoll & Seltzer, PLLC
        600 Cameron Street
        Alexandria, VA 22314

                By: s/Larry Klayman
                Larry Klayman, Esq.
                D.C. Bar No.: 334581
                3415 SW 24th Street
                Miami, FL 33145
                Tel: 305-447-1091
                Fax: 305-447-1548