IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**LARRY KLAYMAN,**

   Plaintiff,

   v.

**JUDICIAL WATCH, INC., et al.,**

   Defendants.

Civil Action No.  06-670 (CKK)(AK)

## ERRATA

In Plaintiff's motion filed earlier today he inadvertently stated that a document from his childrens' custody proceedings was attached by Defendants to a recent pleading. However, it is clear that Defendants are working and have been in contact with his former wife and their counsel. Attached as an exhibit hereto is a recent deposition notice for the deposition of Stephanie DeLuca, Mr. Klayman's former wife, in the near future. And, as set forth in the motion Defendants have published information from sealed divorce pleadings concerning Mr. Klayman and his former wife in Legal Times.

Their strategy in this case is to try to destroy Plaintiff by any means to prevent his return to Judicial Watch and to thwart any competition from him even if he does not return.

    Respectfully submitted,

    s/Larry Klayman_____
    Larry Klayman, Esq.
    D.C. Bar No.:  334581
    3415 SW 24th Street
    Miami, FL 33145
    Tel: 305-447-1091

        Fax: 305-447-1548

        Daniel J. Dugan, Esquire
        Spector Gadon & Rosen, P.C.
        1635 Market Street 7th Floor
        Philadelphia, PA 19103
        Tel: 215-241-8872
        Fax: 215.241.8844

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of APRIL 2008, a true copy of the foregoing copy of the Errata was served via electronic means to:

        Richard W. Driscoll, Esquire
        Driscoll & Seltzer, PLLC
        600 Cameron Street
        Alexandria, VA 22314

        By: s/Larry Klayman
        Larry Klayman, Esq.
        D.C. Bar No.: 334581
        3415 SW 24th Street
        Miami, FL 33145
        Tel: 305-447-1091
        Fax: 305-447-1548