IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY KLAYMAN,**<br><br>        Plaintiff,<br><br>        v.<br><br>**JUDICIAL WATCH, INC., et al.,**<br><br>        Defendants. | Civil Action No.  06-670 (CKK)(AK) |

**SUPPLEMENT TO EXPEDITED MOTION TO FOR SHORT STAY OF PROCEEDINGS PENDING EXPEDITED MEDIATION OR IN THE ALTERNATIVE MOTION FOR SHORT EXTENSION OF DISCOVERY DEADLINE TO ALLOW MEDIATION TO PROCEED AND FOR PLAINTIFF TO OBTAIN INSURANCE DEFENSE CO-COUNSEL**

Plaintiff, Larry Klayman, hereby supplements the above styled motion.

Magistrate Judge Facciola has set a settlement/conference for May 21, 2008, and Plaintiff will attend in person. In the interim, Plaintiff has requested a brief 30 day extension of the discovery schedule to allow for the parties to see if this settlement/mediation will bear fruit, save judicial and the parties resources and to allow Plaintiff to obtain new co-counsel under the applicable Directors and Officers policy of Judicial Watch, as Plaintiff is a sole practitioner and co-counsel will facilitate not only the defense of the counterclaims, but allow this case to move more quickly toward a conclusion, either through settlement or otherwise.

WHEREFORE, Plaintiff respectfully requests that his motion be granted.

                    Respectfully submitted,

                    s/Larry Klayman_____
                    Larry Klayman, Esq.
                    D.C. Bar No.: 334581
                    3415 SW 24th Street
                    Miami, FL 33145
                    Tel: 305-447-1091
                    Fax: 305-447-1548

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of MAY 2008, a true copy of the foregoing copy of the foregoing motion was served via electronic means to:

        Richard W. Driscoll, Esquire
        Driscoll & Seltzer, PLLC
        600 Cameron Street
        Alexandria, VA 22314

                    By: s/Larry Klayman
                    Larry Klayman, Esq.
                    D.C. Bar No.: 334581
                    3415 SW 24th Street
                    Miami, FL 33145
                    Tel: 305-447-1091
                    Fax: 305-447-1548