# EXHIBIT 2

Case 1:06-cv-00670-CKK-AK    Document 155-4    Filed 05/05/2008    Page 1 of 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LARRY KLAYMAN, et al.,

    Plaintiffs,

v.

JUDICIAL WATCH, INC., et al.,

    Defendants.

Civil Action No. 06-670 (CKK)(AK)

## SECOND REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS

Please produce the following documents and things within 30 days of the below date of service.

1. Any and all documents and things, including but not limited to email, by and between Paul Orfanedes and Tom Fitton, which refer or relate to their personal relationship and any matter not related to work at Judicial Watch.

2. A.) Any and all telephone bills from telephone companies (land line and cellular) and B.) Any and all telephone logs of calls to and from any of the offices of Judicial Watch in Washington, D.C., or elsewhere, as well as telephone call sheets and other recordations of calls from March 1, 2003 to the present.

3. Any and all checks and other forms of payment received by Judicial Watch or anyone on behalf of Judicial Watch concerning Larry Klayman, Saving Judicial

1

        Watch, Klayman for Senate or Friends of Larry Klayman and/or Freedom Watch and any correspondence or other documents and things related to same.

4. Any and all documents and things which refer or relate in any way to investments or other ventures by Tom Fitton in the country of Belize.

5. Any and all documents and things which refer or relate to the employment of Jill Farrell.

6. Any and all communications with persons inside Judicial Watch or outside Judicial Watch concerning Larry Klayman.

7. Any and all personal income tax returns of Tom Fitton, Christopher Farrell, Paul Orfanedes from the years 2003 to the present.

8. Any and all banking or other financial records, including but not limited to checks and check ledgers, balance sheets, income statements, bank statements, check stubs, credit card statements, filings with the Internal Revenue Service and other financial records and things of Tom Fitton, Paul Orfanedes and Christopher Farrell.

9. Any and all documents and things which refer or relate in any way to attempts, interviews or other efforts to fill the chairmanship of Judicial Watch from 2003 to present.

10. Any and all documents and things which refer or relate to Judicial Watch's and its current directors and officers views, thoughts and policies concerning so called family values which will include but not be limited to the following issues: 1. Policy on hiring, retaining and/or terminating directors, officers, employees and others who are or it is learned are homosexuals or bisexuals; 2. Policy on hiring, retaining and/or terminating directors, officers, employees and others who fail to reimburse Judicial Watch for personal or non-professional expenses; 3. policy and employment practices in allowing directors, officers, employees and others visit home when out of town on matters that do not concern Judicial Watch business or which do concern Judicial Watch business which was cancelled, but where the director, officer, employee or other person traveled to the destination anyway.

11. Any and all documents which refer or relate to expenses incurred and/or claimed by Tom Fitton, Paul Orfanedes and Christopher Farrell with all backup receipts from January 2003 to the present.

12. Any and all ethical and other complaints filed against Tom Fitton, Paul Orfanedes and Chris Farrell with the bar associations of any state or any official or unofficial authority, governmental or otherwise.

13. All credit reports of Tom Fitton, Paul Orfanedes and Chris Farrell from 2003 to the present.

14. All credit card statements of Judicial Watch and Tom Fitton, Paul Orfanedes and Christopher Farrell from 2003 to the present, including but not limited to Visa, Mastercard, American Express, and others.

15. All bank statements, checks, check registers and other financial documents of any kind of Judicial Watch, Tom Fitton, Paul Orfanedes and Christopher Farrell from September 1, 2003 to the present.

Respectfully submitted,

By: /s/ Larry Klayman/KMP
Larry Klayman, Esq.
D.C. Bar No.: 334581
Tel: 786-683-0269
Fax: 305-447-1548

Daniel J. Dugan, Esquire
Spector Gadon & Rosen, P.C.
1635 Market Street 7th Floor
Philadelphia, PA 19103
Tel: 215-241-8872
Fax: 215.241.8844

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of APRIL 2008, a true copy of the foregoing Request for Production of Documents was served by the U.S. Postal Service means to:

Richard W. Driscoll, Esquire
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, VA 22314

By: /s/ Larry Klayman/KMP
Larry Klayman, Esq.
D.C. Bar No.: 334581

4

Tel: 786-683-0269
Fax: 305-447-1548

5