IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, | |
| Plaintiff, | |
| v. | Civil Action No. 1:06-CV-00670 (CCK) (AK) |
| JUDICIAL WATCH, INC., *et al.*, | |
| Defendants. | |

## **ORDER**

Upon consideration of Plaintiff Klayman's Expedited Motion for Short Stay of Proceedings or, in the alternative Motion for Short Extension of Discovery Deadline, the Opposition filed by Defendants, and the entire record herein, it is this ___ day of _____ 2008,

ORDERED that the motion is hereby DENIED, and it is further

ORDERED that the Parties shall jointly contact Magistrate Kay within two (2) days of this Order to set a concrete schedule of remaining discovery for this case.

_____
Honorable Colleen Kollar Kotelly
Judge, United States District Court

cc:   Copies to all counsel