## Juli Haller Simonyi

**From:** leklayman@bellsouth.net
**Sent:** Tuesday, May 06, 2008 1:16 PM
**To:** Susan L. Davis
**Cc:** Juli Haller Simonyi; Richard Driscoll
**Subject:** Re: Klayman vs. Judicial Watch, et al.

Mr. Driscoll:

You were advised that we would be moving to quash Ms. Otis' deposition and objections were indeed filed yesterday before the court. You agreed that you would not proceed with the deposition until this is decided.

If May 12 was a date that was fixed for Otis, the why did you subpoena Stephanie DeLuca for the same date?

Everything was fluid during our conversation, as I also advised you that we would be moving for a one month extension of the discovery deadline and to stay.

We are committed to finishing discovery. The issue is only timing and our being permitted to raise legitimate objections on legitimate issues.

When I first mentioned May 12 I forgot at the moment that it was my anniversary. There is much on my mind these days as there probably is on yours.

Larry Klayman

--------------- Original message from "Susan L. Davis" <sdavis@DriscollSeltzer.com>: --------------

Please see attached letter. Multiple facsimile transmission attempts have not gone through; perhaps there may be a mechanical problem at your end.

Susan L. Davis
Legal Assistant
DRISCOLL & SELTZER, PLLC
600 Cameron Street
Alexandria, VA 22314
703.340.1626 Office
703.997.4892 Fax
sdavis@driscollseltzer.com

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.