## Juli Haller Simonyi

**From:** leklayman@bellsouth.net
**Sent:** Tuesday, May 06, 2008 1:28 PM
**To:** Susan L. Davis
**Cc:** Juli Haller Simonyi; Richard Driscoll
**Subject:** Re: Klayman vs. Judicial Watch, et al.

Mr. Driscoll:

Further to my email of just a few minutes ago, if you review docs which I should have the right to claims privilege or orther rights, this will constitute a violation of the rules of ethics and legal practice. Apparently, you and Ms. Simonyi, who has little regard for either, has already done so.

Also, we have provided you with copies of documents and we expect the same courtesy from you.

That is why I believe the Magistrate proposed that I file a motion, which I did.

Larry Klayman

> ---F----------- Original message from "Susan L. Davis" <sdavis@DriscollSeltzer.com>: -----------
> ---
>
> Please see attached letter.  Multiple facsimile transmission attempts have not gone through; perhaps there may be a mechanical problem at your end.
>
> Susan L. Davis
> Legal Assistant
> DRISCOLL & SELTZER, PLLC
> 600 Cameron Street
> Alexandria, VA 22314
> 703.340.1626 Office
> 703.997.4892 Fax
> sdavis@driscollseltzer.com
>
> CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.