

600 CAMERON STREET
ALEXANDRIA, VIRGINIA 22314
phone 703.340.1625
fax 703.997.4892
www.driscollseltzer.com

Juli Haller Simonyi*
Writers email: jhaller@driscollseltzer.com
*Admitted in DC, NY and NJ

April 30, 2008

**BY EMAIL, FACSIMILE AND FIRST CLASS MAIL**

Larry Klayman, Esquire
The Klayman Law Firm, P.A.
3415 S.W. 24th Street
Miami, FL 33145

              Re:   *Klayman, et al. v. Judicial Watch, Inc., et al.*, Civil No. 1:06-CV-00670 (D.D.C.)

Dear Larry:

Please note that in our March 12, 2008 correspondence (sent via email to all counsel of record and via regular mail), which I attach again for you, we notified you of our receipt of documents from Response Unlimited and we attached copies of documents from the Washington Times. The Washington Times supplemented their production after March 12, 2008, which we are also available for your review. As we also advised you, via telephone today, we recently, (on or about Wednesday April 23, 2008), received documents, from American Target Advertising per our subpoena. They are available for your review and/or copy request.

                                    Sincerely,

                                    DRISCOLL & SELTZER, PLLC

                                    By: _____
                                    Juli Haller Simonyi

cc:   Paul J. Orfanedes, Esq.

*a professional limited liability company*

Law Offices
# Driscoll & Seltzer, PLLC

600 Cameron Street
Alexandria, Virginia 22314

Office (703) 340-1625
EFax (703) 997-4892

# FACSIMILE TRANSMITTAL

| TO | FACSIMILE NUMBER |
|---|---|
| LARRY E. KLAYMAN, ESQUIRE | 305.447.1548 |

DATE:             April 30, 2008

SENDER:        Juli Z. Haller Simonyi

TOTAL PAGES INCLUDING THIS PAGE:   __

Please contact 703.340.1625 for any questions or problems related to transmission of this facsimile.

Case Name and Number:    Klayman v. Judicial Watch, et al., our file no. 60009

| MESSAGE: |
|---|
| PLEASE SEE ATTACHED CORRESPONDENCE OF TODAY WITH ATTACHMENTS. |

*This message and the accompanying documents are intended only for the use of the addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (collect) to arrange for return of the materials.*

```
              TRANSMISSION VERIFICATION REPORT

                                          TIME    : 04/30/2008 13:57
                                          NAME    : DRISCOLLSELTZER
                                          FAX     : 7039974892
                                          TEL     :
                                          SER.#   : 000J5J562832


    DATE,TIME                   04/30 13:56
    FAX NO./NAME                13054471548
    DURATION                    00:00:35
    PAGE(S)                     04
    RESULT                      OK
    MODE                        STANDARD
                                ECM
```