IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, | |
| Plaintiff, | |
| v. | Civil Action No. 1:06-CV-00670 (AK) |
| JUDICIAL WATCH, INC., *et al.*, | |
| Defendants. | |

## ORDER

Upon consideration of Plaintiff's Motion to Permit Inspection Before Production, and Defendants' Opposition and any Reply thereto, the entire record herein, it is this ___ day of _____ 2008,

IT IS HEREBY ORDERED that Plaintiff's Motion is DENEID, and it is further ORDERED that the Deposition of May 2, 2008, pursuant to Defendants' Subpoena is to go forward.

_____
Honorable Alan Kay
Magistrate Judge, United States District Court

cc:   Copies to all counsel