**From:** Kristen Pons (kristen.klaymanlawfirm@yahoo.com)
**To:** kristen.Klaymanlawfirm@yahoo.com
**Date:** Wednesday, May 7, 2008 12:18:54 PM
**Subject:** RE: Re: klayman v. JW

Forwarded Message: --------------
From: "Richard Driscoll" <rdriscoll@DriscollSeltzer.com>
To: <leklayman@bellsouth.net>
Subject: RE: Re: klayman v. JW
Date: Wed, 7 May 2008 15:43:26 +0000

> Mr. Klayman:
>
> The Defendants do not agree to consent to the relief requested in your draft Motion.
>
> Best regards,
>
> Rich
>
> Richard W. Driscoll, Esquire
> Driscoll & Seltzer, PLLC
> 600 Cameron Street
> Alexandria, Virginia 22314
> 703.340.1625 Office
> 703.997.4892 Facsimile
> rdriscoll@driscollseltzer.com
> www.driscollseltzer.com
>
> CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.
>
> _____
>
> **From:** leklayman@bellsouth.net [mailto:leklayman@bellsouth.net]
> **Sent:** Wednesday, May 07, 2008 9:46 AM
> **To:** Richard Driscoll
> **Cc:** leklayman@belllsouth.netl
> **Subject:** FW: Re: klayman v. JW
>
> Rich:
>
> Before I consider filing today, please let me know by noon today your position on this draft pleading.
>
> I am giving you an opportunity to try to work things out in a spirit of cooperation. It would be good, I am sure you will agree, to turn a "new" page.
>
> Larry Klayman
>
> > -------------- Forwarded Message: --------------
> > From: Kristen Pons <kristen.klaymanlawfirm@yahoo.com>

To: leklayman@bellsouth.net
Subject: Re: klayman v. JW
Date: Wed, 7 May 2008 13:24:22 +0000


Kristen M. Pons
Assistant
The Klayman Law Firm
3415 SW 24th Street
Miami , FL 33145
305.447.1091 - Tel.
305.447.1548 - Fax


----- Original Message ----
From: "leklayman@bellsouth.net" <leklayman@bellsouth.net>
To: kristen.klaymanlawfirm@yahoo.com
Sent: Wednesday, May 7, 2008 8:20:17 AM
Subject: klayman v. JW

Pl format and send back rt away. Thx L

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.