

600 CAMERON STREET
ALEXANDRIA, VIRGINIA 22314
phone 703.340.1625
fax 703.997.4892
www.driscollseltzer.com

Juli Haller Simonyi*
Writers email: jhaller@driscollseltzer.com
*Admitted in DC, NY and NJ
Not admitted in VA

May 6, 2008

**BY EMAIL, FACSIMILE AND FIRST CLASS MAIL**

Larry Klayman, Esquire
The Klayman Law Firm, P.A.
3415 S.W. 24th Street
Miami, FL 33145

                            Re:    *Klayman, et al. v. Judicial Watch, Inc., et al.*, Civil No. 1:06-CV-00670 (D.D.C.)

Dear Larry:

As you know, we obtained and reviewed records from American Target Advertising, Inc. "ATA" and Response Unlimited in accordance with Defendants' subpoenas. We further made said records available for your review and/or copy request.

We understand, however, that on May 5, 2008 via telephone, you represented that the subpoenaed deposition of Mark Fitzgibbons, Esquire of ATA for May 8, 2008 would not proceed due to your pending Motion to Permit Inspection of Records before Production. We are unaware of any Rule or legal support for this assertion; therefore, we intend to proceed with the subpoenaed deposition.

As you know, you may attend by telephone or even choose to not attend the deposition, although you had previously, on April 30, 2008, in our telephone conference, prior to our Court telephone conference, represented that you would be "tentatively available in Washington, D.C. on the 6th, 7th and 8th." As you are further aware, the ATA deposition is scheduled to be held in Manassas, VA on May 8, 2008.

On April 30, 2008 you represented that you would be "tentatively available on May 12, 2008" for Ms. Otis' deposition in lieu of Ms. Stephanie Klayman's deposition, otherwise to be held that day. Therefore, pursuant to the Court's Order of May 5, 2008, we intend to proceed with Ms. Otis' deposition on May 12, 2008 in accordance with your represented availability.

*a professional limited liability company*

Letter to Larry Klayman, Esq.
May 6, 2008
Page 2

Sincerely,

DRISCOLL & SELTZER, PLLC

By: *[signature]*
Juli Haller Simonyi

cc:   Paul J. Orfanedes, Esq.