CONFIDENTIAL VIDEOTAPED DEPOSITION OF LARRY KLAYMAN - VOLUME I
CONDUCTED ON TUESDAY, APRIL 8, 2008

Page 1

1  IN THE UNITED STATES DISTRICT COURT

2  FOR THE DISTRICT OF COLUMBIA

3  * CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER *

4

5

6  LARRY KLAYMAN, et al.,            Civil Action No.

7        Plaintiff(s),               1:06CV00670

8  v.

9  JUDICIAL WATCH, INC., et al.,

10       Defendant(s).

11

12                VOLUME I

13  VIDEOTAPED DEPOSITION OF LARRY KLAYMAN

14              Washington, DC

15           Tuesday, April 8, 2008

16                10:00 a.m.

17

18  Job No. 1-126440

19  Pages 1-255

20  Reported by: Linda S. Kinkade, CSR, RMR, CRR

21  Videographer:  Scott Forman, L.A.D. Reporting

22

CONFIDENTIAL VIDEOTAPED DEPOSITION OF LARRY KLAYMAN - VOLUME I
CONDUCTED ON TUESDAY, APRIL 8, 2008

Page 2

1
2      Videotaped Deposition of LARRY KLAYMAN, held at:
3
4
5      United States District Court
6      The Honorable Alan Kay, Magistrate
7      333 Constitution Avenue, N.W.
8      Washington, DC 20001
9
10
11
12
13     Pursuant to applicable Rules of Civil
14 Procedure, before Linda S. Kinkade, CSR, RMR, CRR, a
15 Notary Public, in and for the District of Columbia.
16
17
18
19
20
21
22

CONFIDENTIAL VIDEOTAPED DEPOSITION OF LARRY KLAYMAN - VOLUME I
CONDUCTED ON TUESDAY, APRIL 8, 2008

Page 3

1   APPEARANCES:

2       On Behalf of Plaintiff:

3           LARRY KLAYMAN, ESQ.

4           Counsel Pro Se

5           THE KLAYMAN LAW FIRM

6           Courvoiser Centre

7           6701 Brickell Key Drive, Suite 404

8           Miami, Florida 33131

9           Telephone: (305) 579-3455

10

11      On Behalf of Defendants:

12          RICHARD W. DRISCOLL, ESQ.

13          JULI HALLER SIMONYI, ESQ.

14          Driscoll & Seltzer

15          600 Cameron Street

16          Alexandria, Virginia 22314

17          Telephone: (703) 340-1625

18

19      Also present:

20          Paul J. Orfanedes

21          Christopher Farrell.

22

Page 74

1     A    Correct.

2     Q    Okay.  Could you expand on those

3 differences and tell me what you mean by that?

4     A    Well, she was, in effect, for a while,

5 before she got pregnant, acting as the office manager.

6 And she was instructed by me politely to make sure

7 that she went around and got everybody's personal

8 expenses billed off.  And she would go in to Tom

9 Fitton and he didn't have receipts and he didn't

10 designate, you know, what things were for.  So it

11 was -- she told me it was like pulling teeth.  She had

12 to go through it with him and get him to designate

13 that.  Sometimes he didn't have it.

14     Q    Okay.  Let's talk about your personal

15 expenses.  You earlier testified that Judicial Watch

16 had at least five folders of your personal expenses.

17 When did you provide those five folders to Judicial

18 Watch?

19     A    After this, can we take a break so I can go

20 to the bathroom?

21     Q    Sure.

22     A    Answer your line of questioning.

CONFIDENTIAL VIDEOTAPED DEPOSITION OF LARRY KLAYMAN - VOLUME I
CONDUCTED ON TUESDAY, APRIL 8, 2008

Page 75

1    These were personal -- I take money out of my
2    pocket, you know, for things.  And if I would take Tom
3    and Paul to lunch, sometimes I wouldn't have the
4    Judicial Watch credit card, I'd have my credit card,
5    or, you know, I would go buy something, you know, for
6    the organization.  So I would give those expenses, you
7    know, to the accounting department, and they were put
8    into five folders.  And I wasn't, you know, destitute
9    at the time.  And they were put in the folders and
10   ultimately I wanted to be reimbursed.
11        Q    And when did you provide those to Judicial
12   Watch?
13        A    Ongoing basis.
14        Q    On an ongoing basis.
15        A    Yes.
16        Q    Okay.  And who did you provide those to?
17        A    People in and around the accounting
18   department.  I forget some of their names.  There was
19   a Tim, I think.  Stephanie, my former wife, you know,
20   was involved in that.  And --
21        Q    What about Steve Wilson?
22        A    Perhaps Steve Wilson.  Steve Wilson was --