IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LARRY KLAYMAN, | |
| Plaintiff, | |
| v. | Civil Action No. 1:06-CV-00670 (CCK) (AK) |
| JUDICIAL WATCH, INC., *et al.*, | |
| Defendants. | |

## **ORDER**

Upon consideration of Plaintiff Klayman's Objections and Motion to Quash Deposition of Stephanie Deluca, the Opposition filed by Defendants, and the entire record herein, it is this \_\_\_ day of _____ 2008,

ORDERED that the motion is hereby DENIED, and it is further

ORDERED that the deposition of Stephanie Deluca shall proceed in Cleveland, Ohio on May \_\_\_, 2008.

_____
Honorable Alan Kay
Magistrate Judge, United States District Court

cc:   Copies to all counsel