IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

——————————————————————
|
LARRY KLAYMAN, *ET AL.*                    |
|
Plaintiffs,                    |
|
v.                                                      |          Civil Action No. 1:06-CV-00670
|          (CKK/AK)
JUDICIAL WATCH, INC., *ET AL.*          |
|
Defendants.                  |
——————————————————————|

**DEFENDANTS' SUMMARY OF EXPENSES ASSOCIATED WITH
POSTPONEMENT OF PLAINTIFF'S MARCH 14, 2008, DEPOSITION**

Defendants Judicial Watch, Inc. ("Judicial Watch"), Thomas J. Fitton ("Fitton"),
Paul J. Orfanedes, Esq. ("Orfanedes") and Christopher J. Farrell ("Farrell") by
undersigned counsel, hereby submit the following additional costs associated with
opposing Plaintiff Larry Klayman's Objections to this Court's March 12, 2008,
Memorandum Order concerning the Motion to Compel Supplemental Request for
Production of Documents:

Pre March 8, 2008, Deposition Preparation:

| TIME | ACTIVITY | COST |
|------|----------|------|
| 4.1 | Review/Analyze documents relating to Plaintiff's deposition | $ 758.50 |
| 3.2 | Review/Analyze Pleadings/Discovery in preparation for Plaintiff's Deposition | 592.00 |

Plaintiff's Request to Reschedule Deposition:

| TIME | ACTIVITY | COST |
|---|---|---|
| 1.2 | Review/Analyze request to reschedule and affect on discovery path | $ 222.00 |
| 0.8 | External Communications re: request to reschedule | 111.00 |
| 0.9 | Review/Analysis of Minute Order granting request to reschedule and options for responding | 166.50 |
| 7.3 | Draft/Revise Motion to Reconsider | 1,350.50 |
| 0.5 | Prepare for hearing on Motion to Reconsider | 92.50 |
| 0.5 | Participate in hearing on Motion to Reconsider | 92.50 |
| 0.2 | Review/Analyze Minute Order re: Motion to Reconsider | 37.00 |

As set forth above, Defendants' counsel expended a total of 18.7 hours in connection with the rescheduling of Plaintiff Klayman's March 14, 2008, deposition. The cost for this effort currently totals $3,459.50. The efforts of Defendants' counsel are not recoverable and required duplication to prepare for the rescheduled date.

Respectfully submitted,

/s/
_____
Richard W. Driscoll (436471)
Juli Haller Simonyi (466921)
DRISCOLL & SELTZER, PLLC
600 Cameron Street
Alexandria, Viginia 22314
703.340.1625 Telephone
703.997.4892 Facsimile
rdriscoll@driscollseltzer.com
jhaller@driscollseltzer.com

*Counsel for Defendants Judicial Watch,
Inc., Thomas J. Fitton, Paul J. Orfanedes
and Christopher J. Farrell*

Dated: May 14, 2008

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 14TH day of May 2008, a copy of the foregoing Summary of Expenses was served by electronic filing upon counsel listed on the Notice of Electronic Filing.

/s/
_____
Richard W. Driscoll