IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *ET AL.* | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670 (CKK/AK) |
| JUDICIAL WATCH, INC., *ET AL.* | |
| Defendants. | |

**DEFENDANTS' ADDITIONAL EXPENSES
ASSOCIATED WITH MOTION TO COMPEL
<u>SUPPLEMENTAL REQUEST FOR PRODUCTION OF DOCUMENTS</u>**

Defendants Judicial Watch, Inc. ("Judicial Watch"), Thomas J. Fitton ("Fitton"), Paul J. Orfanedes, Esq. ("Orfanedes") and Christopher J. Farrell ("Farrell") by undersigned counsel, hereby submit the following additional costs associated with opposing Plaintiff Larry Klayman's Objections to this Court's March 12, 2008, Memorandum Order concerning the Motion to Compel Supplemental Request for Production of Documents:

<u>Prepare Opposition Memorandum to Objections</u>:

| <u>Time</u> | <u>Activity</u> | <u>Cost</u> |
|---|---|---|
| 3.3 | Review/Analyze Objections | $ 544.50 |
| 2.4 | Review/Analyze Documents to Prepare Opposition Memorandum | 396.00 |
| 5.3 | Draft/Revise Opposition Memorandum | 874.50 |

As set forth above, Defendants' counsel expended a total of 11 hours in responding to Plaintiff Klayman's Objections to this Court's March 12, 2008, Memorandum Order. Combined with the expenses associated with the Motion to

Compel, Defendants' effort to compel the Supplemental Request for Production amounts to $9,862.50 to date.

          Respectfully submitted,

          /s/

          _____
          Richard W. Driscoll (436471)
          Juli Haller Simonyi (466921)
          DRISCOLL & SELTZER, PLLC
          600 Cameron Street
          Alexandria, Virginia 22314
          703.340.1625 Telephone
          703.997.4892 Facsimile
          rdriscoll@driscollseltzer.com
          jhaller@driscollseltzer.com

          *Counsel for Defendants Judicial Watch, Inc., Thomas J. Fitton, Paul J. Orfanedes and Christopher J. Farrell*

Dated: May 14, 2008

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 14TH day of May 2008, a copy of the foregoing Additional Expenses was served by electronic filing upon counsel listed on the Notice of Electronic Filing.

          /s/

          _____
          Richard W. Driscoll