IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *ET AL.* | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670 (CKK/AK) |
| JUDICIAL WATCH, INC., *ET AL.* | |
| Defendants. | |

**DEFENDANTS' SUMMARY OF EXPENSES ASSOCIATED WITH PLAINTIFF'S MOTION TO QUASH SUBPOENAS *DUCES TECUM* TO PHILIP SHELDON AND DIENER CONSULTANT'S**

Defendants Judicial Watch, Inc. ("Judicial Watch"), Thomas J. Fitton ("Fitton"), Paul J. Orfanedes, Esq. ("Orfanedes") and Christopher J. Farrell ("Farrell") by undersigned counsel and pursuant to this Court's April 21, 2008, Memorandum Order, hereby submit the following summary of reasonable costs associated with Plaintiff's Motion to Quash the subpoenas to Philip Sheldon and Diener Consultants:

Prepare Opposition Memorandum to Motion to Quash:

| Time | Activity | Cost |
|---|---|---|
| 1.2 | Review/Analyze Pl.'s Motion to Quash | $ 198.00 |
| 0.3 | External Communications | 49.50 |
| 1.5 | Review/Analyze correspondence | 247.50 |
| 2.2 | Research; Review/Analyze Federal Rules | 363.00 |
| 3.4 | Draft/Revise Opposition Memorandum | 561.00 |

<u>March 31, 2008 – Preliminary Response to Motions to Quash file in Eastern District of Pennsylvania)</u>:

| | | |
|---|---|---|
| 1.6 | External Communications re: preparation for Hearings in PA and DC | $ 264.00 |
| 3.3 | Prepare argument for Court Hearings in PA and DC | 544.50 |
| 4.5 | Review/Analyze Objections/Motion to Quash | 742.50 |

<u>April 1, 2008 (Participation in Telephone Hearings with Eastern District of Pennsylvania and District of Columbia Courts)</u>:

| | | |
|---|---|---|
| 0.3 | Appear/Attend E.D. Pa. Hearing – RWD | $  52.50 |
| 0.4 | Appear/Attend DC Hearing – RWD | 70.00 |
| 0.5 | External Communications re: Court proceedings | 87.50 |
| 0.9 | Prepare for E.D. Pa. Hearing – JHS | 139.50 |
| 0.3 | Appear/Attend E.D. Pa. Hearing – JHS | 46.50 |
| 1.6 | Prepare for D.C. Hearing – JHS | 248.00 |
| 0.4 | Appear/Attend DC Hearing – JHS | 62.00 |

<u>Opposition to Objections (yet to be determined)</u>.

Pursuant to the foregoing Summary, Defendants' counsel have expended a total of 22.4 hours in responding to Plaintiff Klayman's efforts to obstruct the depositions of Philip Sheldon and Diener Consultants. To date, this effort has cost the Defendants at least $3,676.00, not including the costs that will be incurred in responding to objections filed pursuant to LCvR 72.2.

Respectfully submitted,

/s/

_____
Richard W. Driscoll (436471)
Juli Haller Simonyi (466921)
DRISCOLL & SELTZER, PLLC
600 Cameron Street
Alexandria, Viginia 22314
703.340.1625 Telephone
703.997.4892 Facsimile
rdriscoll@driscollseltzer.com
jhaller@driscollseltzer.com

*Counsel for Defendants Judicial Watch,
Inc., Thomas J. Fitton, Paul J. Orfanedes
and Christopher J. Farrell*

Dated: May 14, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14TH day of May 2008, a copy of the foregoing Summary of Expenses was served by electronic filing upon counsel listed on the Notice of Electronic Filing.

/s/

_____
Richard W. Driscoll