IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY KLAYMAN,**<br><br>   Plaintiff,<br><br>   v.<br><br>**JUDICIAL WATCH, INC., et al.,**<br><br>   Defendants. | Civil Action No.  06-670 (CKK)(AK) |

### PRACIPE CONCERNING HEARING OF MAY 13, 2008

As discussed at the hearing of May 13, 2008, Plaintiff, Larry Klayman, is attaching documentation showing that there was a hearing set and held on March 14, 2008, in another case which precluded Mr. Klayman's deposition in Washington, D.C., that day and correspondence from Defendants' counsel and Plaintiff's counsel showing that Defendants' counsel was aware of the scheduling conflict.

                                                  Respectfully submitted,

                                                  s/Larry Klayman
                                                  Larry Klayman, Esq.
                                                  D.C. Bar No.:  334581
                                                  3415 SW 24th Street
                                                  Miami, FL 33145
                                                  Tel: 305-447-1091
                                                  Fax: 305-447-1548

### CERTIFICATE OF SERVICE

1

I HEREBY CERTIFY that on this 14th day of May 2008, a true copy of the foregoing

Pracipce concerning Hearing of May 13, 2008, was served via electronic means to:

>Richard W. Driscoll, Esquire
>Driscoll & Seltzer, PLLC
>600 Cameron Street
>Alexandria, VA 22314

>By: s/Larry Klayman
>Larry Klayman, Esq.
>D.C. Bar No.: 334581
>3415 SW 24th Street
>Miami, FL 33145
>Tel: 305-447-1091
>Fax: 305-447-1548