UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 07-22433-CIV-HUCK/SIMONTON

LARRY KLAYMAN,

    Plaintiff,

vs.

FREEDOM'S WATCH, INC., BRADLEY
BLAKEMAN, ARI FLEISCHER, MEL
SEMBLER, WILLIAM P. WEIDNER,
MATTHEW BROOKS, ANTHONY
GIOIA, KEVIN MOLEY, HOWARD
LEACH, ED SNIDER, SHELDON
ADELSON and RICHARD FOX,

    Defendants.
_____/

### NOTICE OF HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

    PLEASE TAKE NOTICE that a hearing on Defendants' Motion for Summary Judgment will be held on **Friday, March 14 at 10:00 a.m.** before the Honorable Paul C. Huck, United States District Judge, 99 N.E. Fourth Street, 10th Floor, Courtroom 6, Miami, Florida. Counsel may appear by telephone. If any counsel choose to do so, they should place and arrange the call through a commercial carrier (e.g. AT&T or MCI operator) to Chambers at (305) 523-5520, with all other counsel already on the line, at the above-noted time. They should notify the Court of their intention to do so by **Wednesday, March 12 at Noon**.

    DONE in Chambers, Miami, Florida, March 5, 2008.

                                            /s/ Evelyn Williams
                                            Deputy Clerk
                                            United States District Court

**Copies furnished to:**
All Counsel of Record



## Larry Klayman

**From:** Richard Driscoll [rdriscoll@DriscollSeltzer.com]
**Sent:** Monday, March 10, 2008 12:34 PM
**To:** Larry Klayman; Daniel Dugan; Jeffrey Schervone
**Subject:** JW ats Klayman

Mr. Klayman:

In preparation for your deposition on Friday, do you object to appearing in our offices, which are located in Olde Town Alexandria. If so, please let me know so we can rent an office in the District of Columbia.

Also, I noticed that you have a MSJ hearing in your trademark litigation on Friday. Will this affect the starting time? If so, would you like to move your deposition to Thursday, March 13, 2008?

Richard W. Driscoll, Esquire

Driscoll & Seltzer, PLLC

600 Cameron Street

Alexandria, Virginia 22314

703.340.1625 Office

703.997.4892 Facsimile

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

Larry Klayman, Attorney at Law
The Klayman Law Firm, P.A.
3415 SW 24th Street Miami, FL 33145
Telephone: 305-447-1091 – Facsimile: 305-447-1548
klayman@bellsouth.net

Via Email and Mail

March 13, 2008

Richard Driscoll, Esq.
Driscoll & Seltzer
600 Cameron Street
Alexandria, Virginia 22314

Re:   **Klayman v. Judicial Watch, Inc., Fitton, et al. (Civil Action No. 1:06-CV-00670 D.D.C.).**

Dear Mr. Driscoll:

I am writing to seek your consent to postpone my deposition and the deposition of Tom Fitton to the week of March 23, 2008, for the following reasons.

First, after the March 14 date was chosen, as you know the federal court here in Miami set a hearing on a case dispositive motion for tomorrow, March 14, 2008 and I had two other court hearings on March 12th and 13th in Florida. It would be counterproductive to have to attend this March 14th hearing and then fly up to Washington for an hour or so of deposition that day.

Second, I have not been able to procure counsel thus far to represent me at the deposition, as Mr. Dugan was unavailable. Further, because you and your clients provided false information to Mr. Dugan and me about the insurance coverage, delaying our claim to the correct company, AIG – not Hartford as you falsely put forth – our ability to arrange for coverage, which your clients admit exists in documents produced in discovery, has been significantly delayed. This has caused great prejudice

Mr. Driscoll
March 13, 2008

Page 2

to my obtaining the same or comparable level of financial support and legal representation as your clients. You and your clients were required to provide the correct information about insurance coverage and the carrier in the initial disclosure and then when we were forced to ask again for correct information under the terms of the subject Severance Agreement, after the Defendants counterclaim was orderd to go forward, you again provided false information. Based on this and your other conduct in this case, it is clear that false information was provided intentionally to harm my interests. Had the insurance coverage been in place by now, the carrier could have provided representation at my deposition. In addition, it would not be proper or prudent to proceed with my deposition while the correct carrier, AIG, is assessing my claims and then providing coverage. Once we uncovered this deception, we moved with haste to rectify the situation with AIG. However, we also understand and have learned that you and your clients have intervened with insurance carriers to try to dissuade them from providing coverage. This constitutes tortious interference with our contractual rights and other causes of action.

Third, contrary to your agreement, you have not agreed to produce Mr. Fitton for deposition immediately following my deposition and your latest deposition notice for my deposition was just sent yesterday, noting for the first time that you intended to video it.

I anticipate given our strong efforts to obtain confirmation of coverage that we will be able to proceed with my deposition and Mr. Fitton's during the week of March 23, 2008, in Washington, D.C. My coming to Washington at my expense is a further accommodation to you and your clients. I want to have counsel present on my behalf, understandably, at my deposition. I am not available next week, but even starting March 23, 2008, this will leave about eight weeks to complete fact discovery prior to the current deadline of May 15, 2008. Thus, no party will be prejudiced. And, we still, despite many requests, have not received proposed dates for the third party depositions you would like to take. Instead, you unilaterally noticed the depositions of my counsel, Herb Beller and David Durbin, who represented me in the Severance Agreement negotiations and then your collegue, Juli Simonyi, proceeded to browbeat Mr. Durbin, who is under emergency treatment for a malignant brain tumor at John Hopkins University, to adhere to your and your clients unilaterally set date. This is even worse

Mr. Driscoll
March 13, 2008
Page 3

than when you set a hearing with the Magistrate Judge just hours after my mother died on January 24, 2008.

I would like to put things on a proper and respectful footing and ask for your consent to move the deposition dates as suggested. I also ask and demand that you and your clients not interfere further with my efforts to obtain coverage and representation under the AIG and other applicable insurance policies.

If I do not get your consent, I will file a motion for brief continuance with the court later today, as I cannot be at the deposition tomorrow under these continuing circumstances, particularly give my hearing in federal court tomorrow in Miami, my lack of legal representation at my proposed deposition, and current lack of confirmation of my insurance coverage concerning defendants' counterclaims.

Thank you for your anticipated courtesy and cooperation.

Sincerely,


Larry Klayman


cc: Dan Dugan, Esq.