**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**LARRY KLAYMAN,**

    Plaintiff,

    v.                                   Civil Action No.  06-670 (CKK)(AK)

**JUDICIAL WATCH, INC., et al.,**

    Defendants.

## OBJECTIONS OF MAGISRATE JUDGE'S MINUTE ORDER OF MAY 9, 2008, CONCERNING DEPOSITION OF STEPHANIE DELUCA (FORMERLY KLAYMAN)

Plaintiff, Larry Klayman, objects to the Magistrate Judge's (Minute) Order of May 9, 2008, ordering the deposition of Mrs. Stephanie DeLuca to proceed, as the order contains no factual or legal reasoning and thus is in error. Plaintiff attaches his motion which contains the factual and legal bases for his motion to quash.

WHEREFORE, Plaintiff objects to the Magistrate Judge's order as it fails to set forth any legal or other bases for the deposition to proceed. In addition, there is a dispute among the parties as to whether the protective order requires that confidential information be sealed if used in public pleadings and the parties have stated their intention to try to resolve this. Yesterday, Plaintiff has a family emergency involving his wife, but is this matter cannot be resolved today; a motion will be filed today on this issue.

The deposition of Mrs. DeLuca is designed primarily to harass Plaintiff and his family and for use in public pleadings to harm his reputation. Mr. Klayman is adverse to Mrs. DeLuca in a number of proceedings involving custody of his children, ages 8 and 10 –

1

Lance and Isabelle Klayman – whom he and his wife have not been able have visitation with for almost a year, in violation of court orders. Previously, Defendants had confidential information about Plaintiff's family published in Legal Times and then spread all over the internet, for tactical and vindictive purposes, causing harm to Plaintiff and his children. A Virginia Court order provides that any proceedings involving the parties, in any jurisdiction, are to be under seal.

Respectfully submitted,

s/Larry Klayman_____
Larry Klayman, Esq.
D.C. Bar No.:  334581
3415 SW 24th Street
Miami, FL 33145
Tel: 305-447-1091
Fax: 305-447-1548

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of May 2008, a true copy of the foregoing Objections of Magistrate Judge's Minute Order of May 9, 2008, Concerning Deposition of Stephanie DeLuca (Formally Klayman) was served via electronic means to:

Richard W. Driscoll, Esquire
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, VA 22314

By:  s/Larry Klayman
Larry Klayman, Esq.
D.C. Bar No.:  334581
3415 SW 24th Street
Miami, FL 33145
Tel: 305-447-1091
Fax: 305-447-1548

2