**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LARRY KLAYMAN,**<br><br>    Plaintiff,<br><br>    v.<br><br>**JUDICIAL WATCH, INC., et al.,**<br><br>    Defendants. | Civil Action No.  06-670 (CKK)(AK) |

**OBJECTIONS TO MEMORANDUM ORDER DENYING PLAINTIFF'S
MOTION TO PERMIT INSPECTION OF RECORDS (DOCKET 165) AND
MOTION TO SUPPRESS DEPOSITION OF RESPONSE UNLIMITED AND
SEAL**

Plaintiff, Larry Klayman, hereby objects to the Magistrate Judge's Order Denying Plaintiff's Motion to Permit Inspection of Records, and as grounds therefore would show:

1. As set forth in previous motions and objections filed today, Defendants have surreptitiously obtained documents from third parties while motions to quash were pending, such as occurred with Response Unlimited (RU), and then failed to provide copies of the subpoenaed documents to Plaintiff, or offered them up at such a late date at such unreasonable cost as to make obtaining them prohibitive. By contrast, Plaintiff has always provided discovery documents to Defendants free of cost.

2. Documents produced by third parties, such as Response Unlimited, American Target Advertising, and others are frequently covered by attorney client, work product and other privileges and there are proprietary and trade rights. Plaintiff no

longer has a business relationship with these entities and they have not cooperated in allowing for prior review to claim privileges, etc. The privileges belong to Plaintiff.

3. Plaintiff's requests for prior review is not unreasonable and can be tailored to protect the integrity of document production.

4. A deposition of ATA may be scheduled for Tuesday, May 20, 2008, and Plaintiff still has not had access to the produced documents to claim any rights and privileges (see attached) and prepare for the deposition. A deposition was taken of RU the other day, and because of improper notice and communication problems, Plaintiff was not present. His wife was also ill and he was out of the office. Id.

5. Before the deposition of ATA goes forward, and subject to Plaintiff's new request for a short stay pending mediation, also being filed today, Plaintiff respectfully asks for the opportunity to review the produced documents prior to the deposition and that the ATA deposition be put off. No prejudice will result to any party.

6. Plaintiff is moving to suppress the deposition of RU in a separate pleading, and include it under seal provisions of the protective order, assuming it needs to be modified to protect sensitive donor and other information. By contrast, Defendants have redacted the names of donors and others in their document production, despite specific provisions of the protective order allowing them to do so. Thus, it is clear that the protective order, as drafted by Defendants, does not protect sensitive donor and other information as was envisioned by the Court and Magistrate Judge. Defendants apparently do not consent to this relief based on the attached correspondence to and from Julie Simonyi, Esq.

WHEREFORE, Plaintiff respectfully requests oral argument on these objections and this motion.

                Respectfully submitted,

                s/Larry Klayman_____
                Larry Klayman, Esq.
                D.C. Bar No.: 334581
                3415 SW 24th Street
                Miami, FL 33145
                Tel: 305-447-1091
                Fax: 305-447-1548

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of May 2008, a true copy of the foregoing Objections to Memorandum Order Denying Plaintiff's Motion to Permit Inspection of Records (Docket 165) and Motion to Surpress Deposition of Response Unlimited and Seal was served via electronic means to:

        Richard W. Driscoll, Esquire
        Driscoll & Seltzer, PLLC
        600 Cameron Street
        Alexandria, VA 22314

              By: s/Larry Klayman
              Larry Klayman, Esq.
              D.C. Bar No.: 334581
              3415 SW 24th Street
              Miami, FL 33145
              Tel: 305-447-1091
              Fax: 305-447-1548