IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY KLAYMAN,** | |
| Plaintiff, | |
| v. | Civil Action No.  06-670 (CKK)(AK) |
| **JUDICIAL WATCH, INC., et al.,** | |
| Defendants. | |

## OBJECTIONS OF MAGISTRATE JUDGE'S MINUTE ORDER OF MAY 9, 2008, CONCERNING ATA

Plaintiff, Larry Klayman, objects to the Magistrate Judge's Order of May 9, 2008, concerning the deposition of Mark Fitzgibbons of ATA on the grounds that Plaintiff has pending objections and motions concerning prior review of prematurely produced documents, the failure to provide copies in advance, and clarification of a protective order and a motion for stay which in part concerns the medical condition of his wife, which needs immediate attention. Once these objections and motions are decided, Plaintiff is prepared to proceed with the deposition of Mr.  Fitzgibbons at a mutually convenient date. Plaintiff was never even notified, as was required after the conference that lead to the minute order at issue, of Mr. Fitzgibbons availability on May 20, 2008 since the date was chosen in a vacuum and Plaintiff still has not been permitted to timely have copies of produced documents, which Defendants have represented are voluminous.

Defendants forcing this deposition in effect, while these objections and motions are pending, is reminiscent of when they by ex parte communication scheduled a telephone conference with the Magistrate Judge the morning after Plaintiff's mother died.

Professional courtesy should respectfully prevail, as well as the merits of these outstanding objections and motions.

                Respectfully submitted,

                s/Larry Klayman_____
                Larry Klayman, Esq.
                D.C. Bar No.: 334581
                3415 SW 24th Street
                Miami, FL 33145
                Tel: 305-447-1091
                Fax: 305-447-1548

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of May 2008, a true copy of the foregoing Objections to Magistrate Judge's Order of May 9, 2008 Concerning ATA was served via electronic means to:

        Richard W. Driscoll, Esquire
        Driscoll & Seltzer, PLLC
        600 Cameron Street
        Alexandria, VA 22314

                By: s/Larry Klayman
                Larry Klayman, Esq.

D.C. Bar No.:  334581
3415 SW 24th Street
Miami, FL 33145
Tel: 305-447-1091
Fax: 305-447-1548