IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY KLAYMAN,**<br><br>    Plaintiff,<br><br>    v.<br><br>**JUDICIAL WATCH, INC., et al.,**<br><br>    Defendants. | Civil Action No. 06-670 (CKK)(AK) |

### SUPPLEMENT TO MOTION TO STAY

I Larry Klayman, am enclosing a copy of the correspondence from Dr. Jeffery Rosen, which is self explanatory.

                                         Respectfully submitted,

                                          s/Larry Klayman_____
                                          Larry Klayman, Esq.
                                          D.C. Bar No.: 334581
                                          3415 SW 24th Street
                                          Miami, FL 33145
                                          Tel: 305-447-1091
                                          Fax: 305-447-1548

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of May 2008, a true copy of the foregoing copy of the Supplement to Motion to Stay was served via electronic means to:

                        Richard W. Driscoll, Esquire
                        Driscoll & Seltzer, PLLC

600 Cameron Street
Alexandria, VA 22314

By: <u>s/Larry Klayman</u>
Larry Klayman, Esq.
D.C. Bar No.: 334581
3415 SW 24th Street
Miami, FL 33145
Tel: 305-447-1091
Fax: 305-447-1548