IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY KLAYMAN,**<br><br>    Plaintiff,<br><br>    v.<br><br>**JUDICIAL WATCH, INC., et al.,**<br><br>    Defendants. | Civil Action No. 06-670 (CKK)(AK) |

**PRAECIPE CONCERNING DEFENDANTS' OBJECTIONS AND RESPONSE TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMNETS**

Plaintiff, Larry Klayman will exercise his right to file a timely reply to Defendants'

Objections and Response to Plaintiff's Second Request for Production of Documents.

        Respectfully submitted,

        s/Larry Klayman_____
        Larry Klayman, Esq.
        D.C. Bar No.: 334581
        3415 SW 24th Street
        Miami, FL 33145
        Tel: 305-447-1091
        Fax: 305-447-1548

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of May 2008, a true copy of the foregoing

Praecipe Concerning Defendants' Objections and Response to Plaintiff's Second Request

for Production of Documents, was served via electronic means to:

Richard W. Driscoll, Esquire
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, VA 22314

By: s/Larry Klayman
Larry Klayman, Esq.
D.C. Bar No.: 334581
3415 SW 24th Street
Miami, FL 33145
Tel: 305-447-1091
Fax: 305-447-1548