IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————————————————
|
LARRY KLAYMAN,                              |
|
Plaintiff,                        |
|
v.                                                       |        Civil Action No. 1:06-CV-00670
|         (CKK)
JUDICIAL WATCH, INC., *et al.*,       |
|
Defendants.                    |
———————————————————|

## **ORDER**

      Upon consideration of Plaintiff's Objections, [Document 162], to Magistrate Judge's Order of May 5, 2008, [Document 153], Denying Motion to Quash Deposition of Maureen Otis et al and Related Issues, Defendants' Opposition and any Reply thereto, the entire record herein, it is this ___ day of _____ 2008,

      IT IS HEREBY ORDERED that Plaintiff's Objections are Overruled and Magistrate Judge Alan Kay's Order of May 5, 2008, [Document 153] is Affirmed, and it is further ORDERED that the Matter is Remanded to Magistrate Kay to set a new Date for the outstanding Subpoenas to Maureen Otis of American Caging Inc. and to the Custodian of Records for American Caging, Inc.


_____
The Honorable Kollar-Kotelly
United States District Judge


cc:    Copies to all counsel