IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, | |
| Plaintiff, | |
| v. | Civil Action No. 1:06-CV-00670 (CKK) (AK) |
| JUDICIAL WATCH, INC., *et al.*, | |
| Defendants. | |

## ORDER

Upon consideration of Plaintiff Klayman's Objections to Magistrate Kay's May 9, 2008, Minute Order denying the Motion to Quash Deposition of Stephanie Deluca, Defendants' Opposition, and the entire record herein, it is this ___ day of _____ 2008,

ORDERED that the Objections are hereby OVERRULED, and it is further

ORDERED that the deposition of Stephanie Deluca shall proceed in Cleveland, Ohio on a mutually convenient day within ___ days.

 

_____
Honorable Colleen Kollar-Kotelly
Magistrate Judge, United States District Court

cc:   Copies to all counsel