IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY KLAYMAN,** | |
| Plaintiff, | |
| v. | Civil Action No.  06-670 (CKK) (JF) |
| **JUDICIAL WATCH, INC., et al.,** | |
| Defendants. | |

**PRAECIPE CONCERNING MEDIATION / SETTLEMENT CONFERENCE**

Because of the illness of Plaintiff's wife, which resulted in her hospitalization, Plaintiff must remain in Miami, at least for the next two weeks.  Accordingly, if the court will so entertain, Plaintiff respectfully requests that the initial mediation / settlement conference be conducted with all parties present by telephone.  Plaintiff is available at a mutually convenient date and time next week, or as soon thereafter as is convenient for Magistrate – Judge Facciola.

Respectfully submitted,

By: s/Larry Klayman
Larry Klayman, Esq.
D.C. Bar No.:  334581
3415 SW 24th Street
Miami, FL 33145
Tel: 305-447-1091
Fax: 305-447-1548

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of May 2008, a true copy of the foregoing copy of the Praecipe Concerning Mediation / Settlement Conference was served via electronic means to:

        Richard W. Driscoll, Esquire
        Driscoll & Seltzer, PLLC
        600 Cameron Street
        Alexandria, VA 22314

        By: s/Larry Klayman
        Larry Klayman, Esq.
        D.C. Bar No.: 334581
        3415 SW 24th Street
        Miami, FL 33145
        Tel: 305-447-1091
        Fax: 305-447-1548