IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *ET AL.* | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670 (CKK/JF) |
| JUDICIAL WATCH, INC., *ET AL*. | |
| Defendants. | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S PRAECIPE
CONCERNING MEDIATION/SETTLEMENT CONFERENCE**

Defendants, Judicial Watch, Inc., Thomas J. Fitton, Paul J. Orfanedes and Christopher J. Farrell, will not be available for Mediation during the period of June 2, 2008 through June 13, 2008 due to Defendant's previously scheduled work obligations and their counsel's unavailability. Defendants suggest that a convenient date for mediation may be during the week of June 16 – 20, 2008, as the parties have a previously scheduled Status Conference on June 18, 2008.

Respectfully submitted,

/s/

_____
Richard W. Driscoll (436471)
Juli Haller Simonyi (466921)
DRISCOLL & SELTZER, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Telephone
703.997.4892 Facsimile
Email: rdriscoll@driscollseltzer.com
Email: jhaller@driscollseltzer.com
*Counsel for Defendants Judicial Watch, Inc.,
Thomas J. Fitton, Paul J. Orfanedes and
Christopher J. Farrell*

Dated: June 2, 2008

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of June 2008, a copy of the foregoing Response was sent by electronic filing upon counsel listed on the Notice of Electronic Filing.

/s/

_____
Richard W. Driscoll