UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>JUDICIAL WATCH, INC., *et al.*,<br><br>    Defendants. | Civil Action No. 06-670 (CKK) |

**ORDER**
(June 10, 2008)

The Court has resolved all of Plaintiff's pending appeals of Magistrate Judge Kay's discovery-related orders in this case. Further, a Status Conference shall be held in this case, as scheduled, at 9:30 a.m. on Friday, June 13, 2008.

Accordingly, it is this 10th day of June, 2008, hereby

**ORDERED** that on or before 12:00 p.m. (noon) on Thursday, June 12, 2008, the parties shall file a Joint Status Report with the Court. That Joint Status Report shall include, at a minimum, a list of any and all discovery that remains outstanding in this matter, a proposed schedule for the completion of that discovery, and an indication of whether each party is interested in pursuing mediation before Magistrate Judge John M. Facciola prior to the filing of dispositive motions in this case.

**SO ORDERED.**

                                            */s/*
                                            COLLEEN KOLLAR-KOTELLY
                                            United States District Judge