IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *ET AL*. | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670 (CKK/AK) |
| JUDICIAL WATCH, INC., *ET AL*. | |
| Defendants. | |

## CONSENT MOTION TO RESET DATE FOR STATUS CONFERENCE

Defendants Judicial Watch, Inc. ("Judicial Watch"), Thomas J. Fitton ("Fitton"), Paul J. Orfanedes, Esq. ("Orfanedes") and Christopher J. Farrell ("Farrell") by undersigned counsel and with the consent of the Plaintiff, Larry E. Klayman, hereby move to reschedule the Status Conference to June 18, 2008 at 9:30 a.m. As grounds for this Motion, Defendants state as follows:

1. On June 10, 2008, this Court entered an Order [Docket 190] setting a Status Conference for June 13, 2008 at 9:30 a.m. This date was originally set at the Status Conference in this Court's April 25, 2008, Scheduling and Procedures Order [Docket 58].

2. On May 9, 2007, this Court issued an Amended Scheduling and Procedures Order [Docket 60] that reset the Status Conference to June 18, 2008 at 9:30 a.m. On that same day, an entry was made on the CM/ECF system setting the Status Conference for June 18, 2008. Until today, this date did not change. In fact, the CM/ECF system continues to indicate that the Status Conference is to take place on June 18, 2008.

3. Relying on the June 18, 2008 date for a Status Conference, undersigned counsel scheduled a vacation and will not return to the DC area until June 14, 2008.

4. In light of the short notice for rescheduling the Status Conference, Defendants' counsel requests that the Status Conference date be retuned to June 18, 2008 and that the Joint Status Report be due on June 17, 2008.

5. Undersigned counsel contacted the opposing party on June 10, 2008. On June 11, 2008, Mr. Klayman consented to the relief requested in this Motion.

WHEREFORE, for all of the foregoing reasons, Defendants respectfully request, with the Plaintiff's consent, that the Court GRANT this Motion and set the Status Conference for June 18, 2008 and the deadline to submit a Joint Status Report for June 17, 2008.

Respectfully submitted,

/s/

_____
Richard W. Driscoll (436471)
Juli Haller Simonyi (466921)
DRISCOLL & SELTZER, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Telephone
703.997.4892 Facsimile
rdriscoll@driscollseltzer.com
jhaller@driscollseltzer.com
*Counsel for Defendants Judicial Watch, Inc., Thomas J. Fitton, Paul J. Orfanedes and Christopher J. Farrell*

Dated: June 11, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of June 2008, a copy of the foregoing Motion and proposed Order were served by electronic filing upon counsel listed on the Notice of Electronic Filing.

/s/

_____
Richard W. Driscoll