IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *ET AL*. | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670 (CKK/AK) |
| JUDICIAL WATCH, INC., *ET AL*. | |
| Defendants. | |

## **ORDER**

Having considered the Consent Motion to Reset Status Conference and the entire record in this case, it is this _____ day of June 2008, hereby

ORDERED that the Status Conference be reset to June 18, 2008 at 9:30 a.m., and it is further

ORDERED that the parties file a Joint Status Report before 12:00 noon on June 17, 2008.

SO ORDERED.

_____
Honorable Colleen Kollar-Kotelly
Judge, United States District Court