**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**LARRY KLAYMAN,**

     Plaintiff,

     v.

**JUDICIAL WATCH, INC., et al.,**

     Defendants.

Civil Action No.  06-670 (CKK)(AK)

**PLAINTIFFS SCHEDULING REPORT**

It is Plaintiff's understanding, based on this Court's prior orders, that discovery is closed. However, Plaintiff will be moving to compel its supplemental document requests to Defendants and reserves the right to request at the Status Conference to take depositions duces tecum which were noticed before the court declined to extend discovery, should the court so allow at the status conference.

Plaintiff's wife has been seriously ill and he has been pulled out of the office for this crisis and other matters, as previously set forth. A list of the depositions that had been noticed and the documents requested prior to discovery is being prepared and will, with the court's indulgence, be presented tomorrow morning to the court.

Plaintiff will also be filing, tomorrow a petition for writ of mandamus before the appellate court, and a copy will be served on the court. Plaintiff sincerely respects this

court and its jurists, but feels that there are constitutional and other issues that need to be addressed by the appellate court.

In addition, a case that had been filed in Miami federal court, the Southern District of Florida, <u>Klayman v. Barmak et. al,</u> Civil Action No. 07-23135, has recently been transferred by the Honorable Alan S. Gold to this court, the judge having ruled that the issues were subsumed in this litigation. Mr.Barmak and his firm, Mintz, Levin represent Judicial Watch and its directors and officers and were the firm that negotiated the severance agreement. A copy of the complaint that is being transferred to this court is attached. It was Mr. Barmak and Mintz Levin that moved for the transfer and presumably the consolidation with this case. A copy of Judge Gold's ruling, which is largely oral, is being ordered from the court stenographer. Attached is the short order which Judge Gold issued.

Finally, a settlement conference is being held of 3:30 P.M. tomorrow before the Honorable John Facciola.

Plaintiff contacted defense counsel this morning and suggested filing a joint status report. Defense counsel stated that they had intended to file one unilaterally, so Plaintiff's counsel acceded to this request, subject to the court's approval.

Respectfully submitted,

<u>s/Larry Klayman_____</u>
Larry Klayman, Esq.
D.C. Bar No.:  334581

3415 SW 24th Street
Miami, FL 33145
Tel: 305-447-1091
Fax: 305-447-1548

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of June 2008, a true copy of the foregoing

copy of the Plaintiffs Scheduling Report was served via electronic means to:

Richard W. Driscoll, Esquire
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, VA 22314

By:  s/Larry Klayman
Larry Klayman, Esq.
D.C. Bar No.:  334581
3415 SW 24th Street
Miami, FL 33145
Tel: 305-447-1091
Fax: 305-447-1548