**PrimeCare**
**OF CORAL GABLES, P.A.**

299 Alhambra Circle • Coral Gables, FL 33134 • Tel: 305-443-3001 • Fax: 305-441-9427

JEFFREY B. ROSEN, M.D.
FAMILY MEDICINE

HAROLD M. SILBERMAN, M.D.
FAMILY MEDICINE

IVAN CARRASQUILLA, M.D.
FAMILY MEDICINE

KEILA HOOVER, M.D.
FAMILY MEDICINE

DAVID SCHOLL, D.O.
FAMILY MEDICINE

May 19, 2008

Re:      Diana Klayman
Spouse:  Larry Klayman

To Whom It May Concern

The above mentioned individuals are patients of mine. This is to advise you that Mrs. Diana Klayman is being hospitalized for a period of time. It is necessary that her spouse accompany her throughout this time and be by her bedside. Thank you for your understanding.

If you have any questions please do not hesitate to contact me at (305)443-3001.

Sincerely,

Jeffrey Rosen, M.D.