UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-23135-CIV-GOLD/MCALILEY

LARRY KLAYMAN,

    Plaintiff,

v.

DAVID BARMAK, et al.,

    Defendants.
_____/

## ORDER GRANTING MOTION; TRANSFERRING CASE TO THE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA; CLOSING CASE

THIS CAUSE comes before the Court on Defendants' Motion to Dismiss [DE 20] filed on February 19, 2008. In Defendants' Motion, they request in the alternative that this action be transferred to the District Court for the District of Columbia. Plaintiff filed his Response [DE 30] on April 1, 2008, and Defendants filed their Reply [DE 35] on April 22, 2008. Oral argument was heard on the Motion and related pleadings on May 30, 3008. After having considered the Motion and related pleadings, as well as the arguments made at oral argument, I grant the Motion and transfer this action for the reasons stated on the record at the hearing. Accordingly, it is hereby

ORDERED AND ADJUDGED that

1.    The Motion [DE 20] is GRANTED as stated on the record.
2.    This case shall be TRANSFERRED forthwith to the United States District Court for the District of Columbia.
3.    This case is CLOSED.
4.    All pending motions are DENIED as moot.

DONE AND ORDERED in Chambers in Miami, Florida this 3d day of May, 2008.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
All counsel of record