

# driscoll & seltzer

600 CAMERON STREET
ALEXANDRIA, VIRGINIA 22314
phone 703.340.1625
fax 703.997.4892
www.driscollseltzer.com

Richard W. Driscoll*
Writers email: rdriscoll@driscollseltzer.com
*Admitted in DC, VA and MD

June 4, 2008

**BY EMAIL, FACSIMILE AND FIRST CLASS MAIL**

Larry Klayman, Esquire
The Klayman Law Firm, P.A.
3415 S.W. 24th Street
Miami, FL 33145

            Re:   *Klayman, et al. v. Judicial Watch, Inc., et al.*, Civil No. 1:06-CV-00670 (D.D.C.)

Dear Larry:

As you know, the Court affirmed the denial of Plaintiff's Motion to Quash the Subpoenas to Philip Sheldon and to Diener Consultants, Inc. on May 28, 2008 in Document 183. We now seek to schedule Mr. Sheldon's deposition pursuant to the subpoenas. He will be unavailable for any depositions after June 30, 2008. Accordingly, we must schedule the deposition in the month of June. We remind you that he is a witness and that this is a discovery deposition. Therefore, you may choose to attend by telephone or even choose not to attend the deposition.

If you do not affirmatively provide us with available dates for the month of June by Friday June 6, 2008, we will unilaterally set the deposition date for Friday, June 20, 2008. Please advise us with your availability by Friday June 6, 2008 and we will amend our Notice of Deposition accordingly.

                        Sincerely,

                        DRISCOLL & SELTZER, PLLC

                        By: _____
                        Richard W. Driscoll

cc:   Mr. Philip Sheldon
       Paul J. Orfanedes, Esq.

# driscoll & seltzer

600 CAMERON STREET
ALEXANDRIA, VIRGINIA 22314
phone 703.340.1625
fax 703.997.4892
www.driscollseltzer.com

Richard W. Driscoll*
Writers email: rdriscoll@driscollseltzer.com
*Admitted in DC, VA and MD

June 4, 2008

**BY EMAIL, FACSIMILE AND FIRST CLASS MAIL**

Larry Klayman, Esquire
The Klayman Law Firm, P.A.
3415 S.W. 24th Street
Miami, FL 33145

      Re: *Klayman, et al. v. Judicial Watch, Inc., et al.*, Civil No. 1:06-CV-00670 (D.D.C.)

Dear Mr. Klayman:

As you know, the Court affirmed the denial of Plaintiff's Motion to Quash the Subpoena to Stephanie DeLuca on May 28, 2008 in Document 185. Therefore, Defendants' Subpoena to Ms. DeLuca is valid and current. We now seek to re-schedule her deposition. We will remind you that Ms. DeLuca is a witness and this is a discovery deposition, therefore, you may attend by telephone.

If we do not affirmatively hear from you that you are available on a certain date in June by Friday June 6, 2008, we will unilaterally set the date for her deposition with her counsel. Please provide us with 3 dates that you are available in the month of June by Friday and we will work with her counsel accordingly.

      Sincerely,

      DRISCOLL & SELTZER, PLLC

      By: /s/ R.W. Driscoll
      Richard W. Driscoll

cc: Paul J. Orfanedes, Esq.

*a professional limited liability company*

OC 06 04 08 -re Deluca (3)



600 CAMERON STREET
ALEXANDRIA, VIRGINIA 22314
phone 703.340.1625
fax 703.997.4892
www.driscollseltzer.com

Juli Z. Haller Simonyi*
Writers email: jhaller@driscollseltzer.com
*Admitted in DC, NY and NJ
Not admitted in VA

June 11, 2008

**BY EMAIL, FACSIMILE AND FIRST CLASS MAIL**

Larry Klayman, Esquire
The Klayman Law Firm, P.A.
3415 S.W. 24th Street
Miami, FL 33145

      Re: *Klayman, et al. v. Judicial Watch, Inc., et al.*, Civil No. 1:06-CV-00670 (D.D.C.)

Dear Larry:

As you know, the Court affirmed the denial of Plaintiff's outstanding motions with regard to the Subpoenas to Mark Fitzgibbons of American Target Advertising on June 10, 2008. We now seek to re-schedule Mr. Fitzgibbons' deposition pursuant to Defendants' subpoena. Accordingly, we seek to schedule the deposition in the month of June. We remind you that he is a witness and that this is a discovery deposition. Therefore, you may choose to attend by telephone or even choose not to attend the deposition. Further, the deposition, as before, will occur near Washington D.C. in Manassas Virginia, which you may want to consider in your schedule.

Please provide us with your available dates for the month of June by the close of business on **June 12, 2008** or we will unilaterally set the deposition date with Mr. Fitzgibbons.

      Sincerely,

      DRISCOLL & SELTZER, PLLC

      By: _____
        Juli Z. Haller Simonyi

Letter to Larry Klayman, Esq.
June 11, 2008
Page 2


cc:   Mark Fitzgibbons (via email and facsimile)
      Paul J. Orfanedes, Esq.



# driscoll & seltzer

600 CAMERON STREET
ALEXANDRIA, VIRGINIA 22314
phone 703.340.1625
fax 703.997.4892
www.driscollseltzer.com

Juli Z. Haller Simonyi*
Writers email: jhaller@driscollseltzer.com
*Admitted in DC, NY and NJ
Not admitted in VA

June 10, 2008

**BY EMAIL, FACSIMILE AND FIRST CLASS MAIL**

Larry Klayman, Esquire
The Klayman Law Firm, P.A.
3415 S.W. 24th Street
Miami, FL 33145

                          Re:   *Klayman, et al. v. Judicial Watch, Inc., et al.*, Civil No. 1:06-CV-00670 (D.D.C.)

Dear Larry:

As you know, the Court affirmed the denial of Plaintiff's Motion to Quash the Subpoenas to American Caging, Inc. and to its President, Maureen Otis on May 28, 2008 in Document 184. We now seek to schedule Ms. Otis' deposition pursuant to Defendants' subpoenas. Accordingly, we seek to schedule the deposition in the month of June. We remind you that she is a witness and that this is a discovery deposition. Therefore, you may choose to attend by telephone or even choose not to attend the deposition. Further, the deposition may take place in Washington D.C., which may work with your schedule better.

Please provide us with your available dates for the month of June by the close of business on June 11, 2008 or we will unilaterally set the deposition date with Ms. Otis.

                                    Sincerely,

                                      DRISCOLL & SELTZER, PLLC

                                      By: _____
                                          Juli Z. Haller Simonyi

cc:   Paul J. Orfanedes, Esq.