| 10509 JUDICIAL DRIVE<br>SUITE 200<br>FAIRFAX, VIRGINIA 22030<br>(703) 246-0900<br>FAX (703) 591-3673<br><br>111 S. CALVERT STREET<br>SUITE 2700<br>BALTIMORE, MARYLAND 21202<br>(410) 625-5080 | LAW OFFICES<br>**JORDAN COYNE & SAVITS, L.L.P.**<br>1100 CONNECTICUT AVENUE, N.W.<br>SUITE 600<br>WASHINGTON, D.C. 20036<br><br>(202) 296-4747<br>Fax: (202) 496-2800<br>www.jocs-law.com | 305 HARRISON STREET, SE<br>LEESBURG, VIRGINIA 20175<br>(703) 443-2550<br><br>33 WOOD LANE<br>ROCKVILLE, MARYLAND 20850<br>(301) 424-4161<br><br>1 FLAG RUN<br>HC 70, BOX 358<br>DAVIS, WEST VIRGINIA 26260<br>(304) 636-9037 |

June 9, 2008

## FACSIMILE TRANSMITTAL

| TO | FAX NUMBER |
|---|---|
| Juli Z. Haller Simonyi, Esquire<br>DRISCOLL & SELTZER, PLLC | 703-997-4892 |
| | |
| | |

PAGES (Including This Page):  ____3____

SENDER:  __John Tremain May, Esquire__

SENDER'S TELEPHONE NUMBER:  __202-496-2805__

OUR CASE NUMBER:  __Klayman v. Judicial Watch__

MESSAGE:

CONFIDENTIALITY NOTICE: The documents accompanying this facsimile transmission contain confidential information belonging to the sender which may also be legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone to arrange for return of the original documents to us.

| | LAW OFFICES | 305 HARRISON STREET, SE |
|---|---|---|
| 10509 JUDICIAL DRIVE SUITE 200 FAIRFAX, VIRGINIA 22030-5117 (703) 246-0900 FAX (703) 591-3673 | **JORDAN COYNE & SAVITS, L.L.P.**<br>1100 CONNECTICUT AVENUE, N.W.<br>SUITE 600<br>WASHINGTON, D.C. 20036-4117<br>(202) 296-4747<br>Fax: (202) 496-2800<br>www.jocs-law.com | LEESBURG, VIRGINIA 20175 (703) 443-2550<br><br>33 WOOD LANE ROCKVILLE, MARYLAND 20850 (301) 424-4161<br><br>1 FLAG RUN HC 70, BOX 358 DAVIS, WEST VIRGINIA 26260 (304) 636-9037 |
| 111 S. CALVERT STREET SUITE 2700 BALTIMORE, MARYLAND 21202 (410) 625-5080 | | |

JOHN TREMAIN MAY
DC & MD BARS
DIRECT DIAL (202) 496-2805
E-MAIL: jmay@jocs-law.com

June 9, 2008

Juli Z. Haller Simonyi, Esquire　　　　　　　　　　　　Via Fax #703-997-4892
DRISCOLL & SELTZER, PLLC　　　　　　　　　　　　<u>and First Class Mail</u>
600 Cameron Street
Alexandria, VA 22314

　　　　RE:　　Klayman v. Judicial Watch, et al.
　　　　　　　　<u>Case No.:　　06-cv-670　　</u>

Dear Juli:

　　　　I have received your letter of June 6, 2008. Unfortunately, the situation is not as simple as you believe it to be. Last week, Mr. Durbin came into the office for the first time since his surgery in December of 2007. His first order of business was to review the documents that you have requested in an attempt to determine which documents constituted non-privileged documents responsive to the Subpoena. Mr. Durbin has selected those documents. Nevertheless, the determination of whether or not a privilege exists ultimately rests in the hands of the client, not the attorney. It is unfair to require Mr. Durbin or this firm to put itself at risk in determining whether or not it is turning over privileged documents without affording the client an opportunity to review those documents. We would like to work out a procedure whereby these documents can either be turned over to Mr. Klayman for his review and approval, or produced to the Court for *in camera* review.

　　　　While we understand that a significant period of time has passed since the issues in the Subpoena, the circumstances presented here are extraordinary.

　　　　Please call me once you have had a chance to review this letter so that we can attempt to work out a reasonable solution to this problem.

JORDAN COYNE & SAVITS, L.L.P.

Juli Z. Haller Simonyi
Re: Klayman v. Judicial Watch
June 9, 2008
Page: 2

Thank you for your kind attention to this matter.

Sincerely,

John Tremain May

JTM:cll