## Juli Haller Simonyi

**From:** Fox, Phil [Phil.Fox@sutherland.com]
**Sent:** Thursday, June 12, 2008 6:40 PM
**To:** Juli Haller Simonyi
**Cc:** Beller, Herbert N.
**Subject:** Production

It is Thursday and I have had no instructions from our former client.  Nor has he reviewed the documents.  I will be away tomorrow, and if I am in on Monday, it will not be until late afternoon.  What I intend to do, and what I have told Klayman, is make a production to you on Tuesday,  As I told you before, there are about 1100 pages.  I am not producing research materials--copies of regulations, cases, and the like--which are not called for as you and I have agreed.  I am withholding about 30 pages of handwritten notes by lawyers in this firm that reflect conversations with Klayman or other lawyers representing him.  I am withholding one document that are Bellar's typewritten notes of an early conversation with Klayman, an internal e-mail that describes things that Klayman said, and a fax of a draft that contains Klayman's handwritten comments.  These all seem to me to be clearly privileged, and your subpoena does not call for privileged materials.  I think under the terms of the subpoena I do not have to produce a log of things that are withheld because they are not called for, but I think this description ought to suffice in any event.  There are two or three other communications from Klalyman that he marked as privileged but that I am not so sure of.  Unless he instructs me to produce them, I shall withhold them and give you a log that describes them.  Sorry to be such a roadblock, but it is a difficult situation to be in because of the ethical obligation to preserve the former client's privilege.

Hamilton P. Fox, III
Partner
**SUTHERLAND**
1275 Pennsylvania Avenue, NW
Washington, DC  20005-2415
202.383.0666 direct
202.637.3593 facsimile
Please update your records with my new e-mail address:  phil.fox@sutherland.com

Please note our new Web address is www.sutherland.com.  Accordingly, all e-mail addresses should be adjusted to replace  @*sablaw.com* with  @*sutherland.com*.

**CIRCULAR 230 DISCLOSURE:** To comply with Treasury Department regulations, we inform you that, unless otherwise expressly indicated, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or any other applicable tax law, or (ii) promoting, marketing or recommending to another party any transaction, arrangement, or other matter.

The information contained in this message from **SUTHERLAND** and any attachments are confidential and intended only for the named recipient(s). If you have received this message in error, you are prohibited from copying, distributing or using the information. Please contact the sender immediately by return email and delete the original message.