## Juli Haller Simonyi

**From:** leklayman@bellsouth.net
**Sent:** Thursday, June 12, 2008 2:47 PM
**To:** Phil Sheldon; Juli Haller Simonyi
**Subject:** RE: Klayman v. Judicial Watch

Ms. Simonyi:

No one is trying to disobey a court order.

Indeed, your firm still has documents related to David Barmak and Mintz Levin, Judicial Watch's and my personal law firm at the time, which you reviewed in advance to produce a privilege log. So your statements are both misleading, unethical and false.

I have a right to see the documents; no one is trying to delay the process; and you are simply wrong.

Your threats and other tactics will be addressed in the appropriate fora.

Larry Klayman

> -------------- Original message from "Phil Sheldon" <phil@dienerconsultants.com>: --------------
>
>
> I thought there was a different new subpoena. You keep saying there was a
> second one. Are they identical?
>
> Phil
>
> -----Original Message-----
> From: Juli Haller Simonyi [mailto:jhaller@DriscollSeltzer.com]
> Sent: Thursday, June 12, 2008 12:05 PM
> To: Phil Sheldon
> Subject: RE: Klayman v. Judicial Watch
>
> Phil,
>
> Per your request, I attach another copy of the Subpoenas that you received on
> 1-31. I also attach for your information a copy of two other Orders from the
> Court regarding requests Klayman made for prior review.
>
> Please pay particular attention to the language in the May 9, 2008 Order
> (document 165) on the 2nd page where the Judge wrote, "the abovementioned
> entities are required to produce documents to Defendants in accordance with the
> subpoenas, and if they fail to comply they are subjecting themselves to an order
> to show cause why they should not be held in contempt."
>
> I reiterate that you are mistaken in your "understanding that Mr. Klayman has a
> right of prior review" before you make documents available to us, after he gives

> you approval, is wrong.
>
> Regards,
>
>
> Juli
>
> Juli Z. Haller Simonyi
> Driscoll & Seltzer, PLLC
> 600 Cameron St.
> Alexandria, VA 22314
> Tele 703.340.1628
> Fax 703.997.4892
> jhaller@driscollseltzer.com
> www.driscollseltzer.com
> (admitted in DC, NY, NJ; not admitted in VA)
>
> CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or
> entity to which it is addressed and may contain confidential and/or privileged
> material. Any unauthorized review, use, disclosure or distribution is
> prohibited. If you are not the intended recipient, please contact the sender by
> reply e-mail and destroy all copies of the original message. If you are the
> intended recipient but do not wish to receive communications through this
> medium, please so advise the sender immediately.
>
> -----Original Message-----
> From: "Phil Sheldon"
>
> Date: Sat, 7 Jun 2008 10:56:18
> To:,"Richard Driscoll"
> Subject: RE: Motion to Lift Seal
>
>
> Gentlemen,
>
> To be clear, I expect to be in Lancaster most all of the week of the 24th.  I do
> not see how you can call my availability limited for that week.
>
> Phil Sheldon >
>
>
> ----------------
>
> **From: leklayman@bellsouth.net [mailto:leklayman@bellsouth.net]**
> **Sent: Friday, June 06, 2008 5:20 PM**
> **To: Richard Driscoll**
> **Subject: RE: Motion to Lift Seal**
>
>
> **Pl read my email. I will get back to you on the weekend or early Monday after**
> **the doctors assess my wife's condition. Larry Klayman**

6/16/2008

> --------------- Original message from "Richard Driscoll"
> : --------------
>
>
>
> We intend to reschedule Mr. Sheldon for the week of the 24th. Please provide
> your availability today for that week. Otherwise, we will need to unilaterally
> schedule the deposition for the 25th due to the witness's limited availability.
>
>
> -----Original Message-----
> From: leklayman@bellsouth.net [mailto:leklayman@bellsouth.net
& gt; ]
> Sent: Fri 6/6/2008 3:28 PM
> To: Richard Driscoll
> Subject: Re: Motion to Lift Seal
>
> I am assessing my wife's condition over the weekend, so please do not set
> depositions today, as my time in DC may be limited. Also, Julie told Phil
> Sheldon she was going to set his dep for June 20. This is the date for the
> hearing in Fairfax, so pl. don't set Sheldon's dep then.
>
> I will get back to you over the weekend by email.
>
>
> Thank you for your cooperation.
>
> Larry Klayman
> --------------- Original message from "Richard Driscoll" > scoll@DriscollSeltzer.com>: --------------
>
>
> This morning we appeared to reschedule the Motion. It is now set for June 20,
> 2008 at 11:30 am before Judge Alden.
> Richard W. Driscoll, Esquire
> DRISCOLL & SEL TZER, PLLC
> 600 Cameron Street
> Alexandria, VA 22314
> 703.340.1625 Office
> 703.997.4892 Facsimile
> rdriscoll@driscollseltzer.com
> www.driscollseltzer.com
> CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or
> entity to which it is addressed and may contain confidential and/or privileged
> material. Any unauthorized review, use, disclosure or distribution is
> prohibited. If you are not the intended recipient, please contact the sender by
> reply e-mail and destroy all copies of the original message. If you are the
> intended recipient but do not wish to receive communications through this
> medium, please so advise the sender immediately.