IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**LARRY KLAYMAN,**

    Plaintiff,

    v.

**JUDICIAL WATCH, INC., et al.,**

    Defendants.

Civil Action No. 06-670 (CKK)(AK)

## MOTION TO RESET STATUS CONFERENCE TO JUNE 19 OR 20

Plaintiff moves this honorable court for an order resetting the status conference to any convenient time for the Court on June 19, 2008, or the afternoon of June 20, 2008,

The status conference is currently scheduled for 9:30 am on June 18, 2008. However, last week when the Defendants moved to have the date of the status conference reset from June 13 to June 18, Plaintiff advised that he could have a conflict with a hearing set for that morning in Miami. Plaintiff has attempted in good faith to move the date of this hearing, but the opposing counsel and his client will not consent.

Consequently, Plaintiff called Defendants' counsel, Mr. Richard Driscoll, and asked whether he might be available if the court had the time open on June 19, 2008 or the afternoon of June 20, 2008 and whether his clients, as a matter of courtesy, would consent. Mr. Driscoll called back and stated that while he was available at those dates and times that his clients, Defendants, would not consent.

Plaintiff has made a good faith effort to reset the Miami hearing and called counsel last week, but he did not respond, despite additional calls, until just a half hour ago.

WHEREFORE, Plaintiff respectfully requests that the status conference be set for any time on June 19 or the afternoon of June 20, as Defendants counsel is available at that time. Plaintiff checked with the Court's assistant Ms. Sandy Middleton and the courtroom deputy, Mrs. Dorothy Patterson and understands that times are available on those dates, particularly June 19.

Respectfully submitted,

s/Larry Klayman_____
Larry Klayman, Esq.
D.C. Bar No.:  334581
3415 SW 24th Street
Miami, FL 33145
Tel: 305-447-1091
Fax: 305-447-1548

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of June 2008, a true copy of the foregoing copy of the Motion to Reset Status Conference to June 19 or 20, 2008 was served via electronic means to:

Richard W. Driscoll, Esquire
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, VA 22314

By: s/Larry Klayman
Larry Klayman, Esq.

2

        D.C. Bar No.:  334581
        3415 SW 24th Street
        Miami, FL 33145
        Tel: 305-447-1091
        Fax: 305-447-1548