IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY KLAYMAN,** | |
| Plaintiff, | |
| v. | Civil Action No.  06-670 (CKK)(AK) |
| **JUDICIAL WATCH, INC., et al.,** | |
| Defendants. | |

### PLAINTIFF'S SUPPLEMENTAL STATUS REPORT

Plaintiff hereby supplements his earlier status report for the status conference scheduled for tomorrow, at 9:30 am.

Yesterday, Plaintiff was in the District courthouse and attended a settlement conference with Defendants and their counsel, under the auspices of the Honorable John Facciola. Magistrate Judge Facciola advised at the end of the conference that he would inform the Court of what had transpired, so Plaintiff will not elaborate herein. Plaintiff flew back to Miami that evening for a hearing in state court the next morning at 9 am and is flying back to the District this evening on a 9:25 pm flight in order that he can be present in person at the status conference.

As previously promised, Plaintiff is attaching a listing of depositions duces tecum which had been scheduled but have not been taken. The Court previously declined to extend the discovery period, which Plaintiff requested due to events which has taken up much of his

time, such as the death of his mother, administration of her estate, a custody case concerning his children, coupled with the serious illness which later befell his wife.

Plaintiff looks forward to meeting with the Court to discuss all appropriate issues tomorrow.

>Respectfully submitted,
>
>s/Larry Klayman
>Larry Klayman, Esq.
>D.C. Bar No.: 334581
>3415 SW 24th Street
>Miami, FL 33145
>Tel: 305-447-1091
>Fax: 305-447-1548

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of June 2008, a true copy of the foregoing copy of the Noticed Depositions of Plaintiff was served via electronic means to:

>Richard W. Driscoll, Esquire
>Driscoll & Seltzer, PLLC
>600 Cameron Street
>Alexandria, VA 22314

>By: s/Larry Klayman
>Larry Klayman, Esq.
>D.C. Bar No.: 334581
>3415 SW 24th Street
>Miami, FL 33145
>Tel: 305-447-1091
>Fax: 305-447-1548