# Noticed Depositions of Plaintiff

Thomas J. Fitton: January 3, 2008 at 10:30 a.m. at the offices of Comey & Rigby, P.C., 1101 30th St., NW, Washington, D.C. 20007

Designated Corporate Representative: January 4, 2008 at 10:30 a.m. at the offices of Comey & Rigby, P.C., 1101 30th St., NW, Washington, D.C. 20007

Paul Orfanedes: January 7, 2008 at 10:30 a.m. at the offices of Comey & Rigby, P.C., 1101 30th St., NW, Washington, D.C. 20007

Christopher Farrell: January 8, 2008 at 10:30 a.m. at the offices of Comey & Rigby, P.C., 1101 30th St., NW, Washington, D.C. 20007

Susan Prytherch: January 9, 2008 at 10:30 a.m. at the offices of Comey & Rigby, P.C., 1101 30th St., NW, Washington, D.C. 20007

Jeffery Lyons: January 11, 2008 at 10:30 a.m. at the offices of Comey & Rigby, P.C., 1101 30th St., NW, Washington, D.C. 20007

Kathy Raffa: January 14, 2008 at 10:30 a.m. at the offices of Comey & Rigby, P.C., 1101 30th St., NW, Washington, D.C. 20007

Janice Rorup: January 15, 2008 at 10:30 a.m. at the offices of Comey & Rigby, P.C., 1101 30th St., NW, Washington, D.C. 20007

David Barmak, Esq.: January 16, 2008 at 10:30 a.m. at the offices of Comey & Rigby, P.C., 1101 30th St., NW, Washington, D.C. 20007