UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY KLAYMAN,**<br><br>     Plaintiff,<br><br>     v.<br><br>**JUDICIAL WATCH, INC.,** *et al.*,<br><br>     Defendants. | Civil Action No. 06-670 (CKK)(AK) |

**ORDER**

If furtherance to the telephone conference held on this date, it is this 24th day of June, 2008, hereby

**ORDERED** that the deposition of Phillip Sheldon, which is currently set for June 25, 2008, shall go forward as scheduled; and it is further

**ORDERED** that, with respect to the subpoena *duces tecum* issued to Mr. Sheldon by Defendants, Mr. Sheldon shall produce documents on a rolling basis. This rolling production shall commence immediately and terminate on or before August 15, 2008; and it is further

**ORDERED** that Mr. Sheldon shall search all electronic files on his computer and on all computers in the possession of Diener Consultants for responsive documents. In conducting this search, Mr. Sheldon shall utilize the following search terms and concepts: Larry Klayman, Judicial Watch, Friends of Larry Klayman, Saving Judicial Watch, Freedom Watch, Viguerie Master File, and Larry Klayman's 2004 Senate Campaign. Mr. Sheldon shall also search for responsive documents in the physical file that he has identified as relating to Mr. Klayman; and it is further

**ORDERED** that, on or before August 15, 2008, Mr. Sheldon shall serve on counsel and the Court a privilege log that details all responsive documents that he did not produce to Defendants.  Mr. Sheldon shall simultaneously provide the Court with copies of these documents for *in camera* inspection; and it is further

**ORDERED** that Defendants may, if they so choose, re-depose Mr. Sheldon after receiving documents in response to the subpoena.  Any such re-deposition must occur no later than August 29, 2008; and it is further

**ORDERED** that counsel for Defendants shall provide a copy of this Order to Mr. Sheldon.

/s/
ALAN KAY
UNITED STATES MAGISTRATE JUDGE