**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**LARRY KLAYMAN,**

     Plaintiff,

     v.

**JUDICIAL WATCH, INC., et al.,**

     Defendants.

Civil Action No.  06-670 (CKK)(AK)

## PRAECIPE ON COMMUNICATIONS WITH COUNSEL OVER DEPOSITION AND RELATED DATES

Plaintiff, Larry Klayman, attaches correspondence from counsel showing that he was attempting to schedule depositions with opposing counsel – for all depositions – but never got a comprehensive response from Defendants. Instead, they proceeded to set their own depositions for the most part, without agreeing comprehensively to dates for most deponents and attendant document production under the subpoenas duces tecus plaintiff served. Attached are these subpoenas duces tecum and same exemplary attendant correspondence.  In the interim, Plaintiff experienced three family tragedies and other matters.

In addition, Plaintiff contacted Mr. Driscoll, Defendants' counsel, on two occasions, during the week before the Status Conference, of June 19, 2008 Mr. Driscoll stated he was unavailable, due to his vacation, to discuss a comprehensive schedule for depositions.

Plaintiff thus respectfully requests that both sides be allowed to complete their

depositions.

                                        Respectfully submitted,

                                        s/Larry Klayman_____
                                        Larry Klayman, Esq.
                                        D.C. Bar No.:  334581
                                        3415 SW 24th Street
                                        Miami, FL 33145
                                        Tel: 305-447-1091
                                        Fax: 305-447-1548


                        **CERTIFICATE OF SERVICE**


I HEREBY CERTIFY that on this 24th day of June 2008, a true copy of the foregoing
copy of the *Praecipe on Communications with Counsel over Deposition and Related
Dates* was served via electronic means to:

            Richard W. Driscoll, Esquire
            Driscoll & Seltzer, PLLC
            600 Cameron Street
            Alexandria, VA 22314



                                        By:  s/Larry Klayman
                                        Larry Klayman, Esq.
                                        D.C. Bar No.:  334581
                                        3415 SW 24th Street
                                        Miami, FL 33145
                                        Tel: 305-447-1091
                                        Fax: 305-447-1548