rdriscoll@driscollseltzer.com

www.driscollseltzer.com

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

-----Inline Message Follows-----

Dear Mr. Driscoll:
Plaintiff proposes the following deposition schedule:
2/8 - Larry Klayman
2/11 - Thomas Fitton
2/12 - Paul Orfanedes
2/13 - Chrisopher Farrell
2/14 - Judicial Watch 30(b)(6)
2/14 - Susan Pyretheric
3/4 - date reserved by the parties
3/5 - date reserved by the parties
3/7 - Robert Stuber
3/10 - Janice Rorup
3/10 - Geoff Lyons
3/11 - date reserved by the parties
3/12 - date reserved by the parties
3/13 - date reserved by the parties
3/14 - date reserved by the parties
3/14 - date reserved by the parties

Later dates in March and April will likely be needed to accommodate the depositions of David Barmak and Raffa & Associates, as well as the other depositions Defendants seek.

Thank you,

Jeffrey H. Schervone
**Spector Gadon & Rosen, P.C.**
1000 Lenola Road
Moorestown, NJ 08057
(856) 778-8100 Main
(856) 722-5344 Fax
jschervone@lawsgr.com
www.lawsgr.com

The information contained in this email message is attorney privileged and confidential information, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message from your computer.

Dear Mr. Driscoll:
Plaintiff proposes the following deposition schedule:
2/8 - Larry Klayman
2/11 - Thomas Fitton
2/12 - Paul Orfanedes
2/13 - Chrisopher Farrell
2/14 - Judicial Watch 30(b)(6)
2/14 - Susan Pyretheric
3/4 - date reserved by the parties
3/5 - date reserved by the parties
3/7 - Robert Stuber
3/10 - Janice Rorup
3/10 - Geoff Lyons
3/11 - date reserved by the parties
3/12 - date reserved by the parties
3/13 - date reserved by the parties
3/14 - date reserved by the parties
3/14 - date reserved by the parties

Later dates in March and April will likely be needed to accommodate the depositions of David Barmak and Raffa & Associates, as well as the other depositions Defendants seek.

Thank you,

Jeffrey H. Schervone
**Spector Gadon & Rosen, P.C.**
1000 Lenola Road
Moorestown, NJ 08057
(856) 778-8100 Main
(856) 722-5344 Fax
jschervone@lawsgr.com
www.lawsgr.com

The information contained in this email message is attorney privileged and confidential information, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message from your computer.

-----Inline Message Follows-----

Dear Juli and Rich:

Please see the attached correspondence regarding this matter.

Regards,

Jeffrey H. Schervone
**Spector Gadon & Rosen, P.C.**
1000 Lenola Road
Moorestown, NJ 08057

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Larry Klayman, | : | |
| *Plaintiff,* | : | Civil Action No. 1:06-CV-00670 |
| | : | |
| v. | : | Honorable Colleen Kollar-Kotelly |
| | : | |
| Judicial Watch, Inc., *et al.* | : | |
| *Defendants.* | : | **Jury Trial Demanded.** |

### *NOTICE OF DEPOSITION*

To:    Richard Driscoll
       Driscoll & Seltzer, PLLC
       600 Cameron Street
       Alexandria, Virginia 22314

**PLEASE TAKE NOTICE** that pursuant to the Federal Rules of Civil Procedure,

counsel for Plaintiff, Larry Klayman, will take the deposition, upon oral examination, of Thomas

J. Fitton, on January 3, 2008, commencing at 10:30 a.m. at the offices of Comey & Rigby, P.C.,

1101 30th Street, North West, Washington, D.C. 20007, before a Notary Public or other person

authorized by law to administer oaths.

The oral examination will continue from day to day until completed or for such period of

time as may be permitted by local rules of civil procedure and by Orders of this Court and shall

be recorded via stenographic means.

**SPECTOR GADON & ROSEN, P.C.**

By:    //s//
       Daniel J. Dugan, Esquire
       1635 Market Street, 7th floor
       Philadelphia, PA 19103
       215.241.8872 --215.241.8844 *fax*
       *ddugan@lawsgr.com*
       *Attorneys for Plaintiff*

December 19, 2007

414490-1

## CERTIFICATE OF SERVICE

I hereby certify that on this 19 day of December, 2007, a true and correct copy of Plaintiff's Notice of Deposition was served via Facsimile and First Class U.S. mail on the following:

> Richard Driscoll
> Driscoll & Seltzer, PLLC
> 600 Cameron Street
> Alexandria, Virginia 22314

_//s//_
Daniel J. Dugan, Esquire

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Larry Klayman, | : | Civil Action No. 1:06-CV-00670 |
| *Plaintiff,* | : | |
| | : | Honorable Colleen Kollar-Kotelly |
| v. | : | |
| | : | |
| Judicial Watch, Inc., *et al.* | : | |
| *Defendants.* | : | **Jury Trial Demanded.** |

### *NOTICE OF DEPOSITION*

To:    Richard Driscoll
       Driscoll & Seltzer, PLLC
       600 Cameron Street
       Alexandria, Virginia 22314

**PLEASE TAKE NOTICE** that pursuant to Rule 30(b)(6) of the Federal Rules of Civil

Procedure, counsel for Plaintiff, Larry Klayman, will take the deposition, upon oral examination,

of a designated corporate representative on January 4, 2008, commencing at 10:30 a.m. at the

offices of Comey & Rigby, P.C., 1101 30th Street, North West, Washington, D.C. 20007, before

a Notary Public or other person authorized by law to administer oaths.

**The witness is commanded to bring to the deposition the documents requested in the**

**document requests attached hereto as Attachment "A."**

You are hereby notified that under the Federal Rules of Civil Procedure, Judicial Watch

has a duty to produce one or more designated officers, directors, managing agents, or other

persons who are authorized, the most knowledgeable, and whom consent to testify on its behalf

with regard to all matters known or reasonably available to the organization with regard to the

following subjects:

1.  Any and all telephone records, including without limitation phone logs that refer or relate to Plaintiff, Larry Klayman, for the period from September 2003 to the present.

2.  Any and all documents that refer or relate any telephone records, including without limitation notes, memoranda, reports summaries or other documents that refer or relate to Klayman, during the period from September 2003 to the present.

3.  Any and all diaries of telephone calls to Judicial Watch that refer or relate to Klayman for the period from September 2003 to the present.

4.  Any and all instructions given by Judicial Watch to employees in connection with Klayman's separation from Judicial Watch in September 2003.

5.  Any and all emails that refer or relate to Klayman for the period from September 2003 to the present that reside or resided on any electronic storage media within the possession, custody and control of Judicial Watch, Fitton, Orfanedes and Farrell, including without limitations servers, workstations or other computers.

The oral examination will continue from day to day until completed or for such period of time as may be permitted by local rules of civil procedure and by Orders of this Court and shall be recorded via stenographic means.

**SPECTOR GADON & ROSEN, P.C.**

By:    //s//
       Daniel J. Dugan, Esquire
       1635 Market Street, 7th floor
       Philadelphia, PA 19103
       215.241.8872 --215.241.8844 *fax*
       *ddugan@lawsgr.com*
       *Attorneys for Plaintiff*

December 28, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of December, 2007, a true and correct copy of Plaintiff's Notice of Deposition was served via Facsimile and First Class U.S. mail on the following:

> Richard Driscoll
> Driscoll & Seltzer, PLLC
> 600 Cameron Street
> Alexandria, Virginia 22314

> _//s//_
> Daniel J. Dugan, Esquire

**ATTACHMENT A**

The witness is commanded to produce documents pursuant to the following document

requests at the deposition. Plaintiff incorporates by reference the Instructions and Definitions in

Plaintiff First Request for Production of Documents as if set forth herein at length.

**DOCUMENT REQUESTS**

1.  Any and all telephone records, including without limitation phone logs that refer or relate to Plaintiff, Larry Klayman, or any entity associated with Klayman for the period from September 2003 to the present.

2.  Any and all documents that refer or relate any telephone records, including without limitation notes, memoranda, reports summaries or other documents that refer or relate to Klayman or any entity associated with Klayman, during the period from September 2003 to the present.

3.  Any and all diaries of telephone calls to Judicial Watch that refer or relate to Klayman or any entity associated with Klayman, for the period from September 2003 to the present.

4.  Any and all documents that refer or relate to instructions given by Judicial Watch to employees in connection with Klayman's separation from Judicial Watch in September 2003.

5.  Any and all emails that refer or relate to Klayman or any entity associated with Klayman, for the period from September 2003 to the present that reside or resided on any electronic storage media within the possession, custody and control of Judicial Watch, Fitton, Orfanedes and/or Farrell, including without limitations servers or workstations or other computers.

6.  Any and all documents that refer or relate to Klayman or any entity associated with Klayman, for the period from September 2003 to the present that reside or resided on any electronic storage media within the possession, custody and control of Judicial Watch, Fitton, Orfanedes and/or Farrell, including without limitations servers or workstations or other computers.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Larry Klayman,<br>      *Plaintiff,*<br><br>      v.<br><br>Judicial Watch, Inc., *et al.*<br>      *Defendants.* | Civil Action No. 1:06-CV-00670<br><br>Honorable Colleen Kollar-Kotelly<br><br>**Jury Trial Demanded.** |

### *NOTICE OF DEPOSITION*

To:    Richard Driscoll
        Driscoll & Seltzer, PLLC
        600 Cameron Street
        Alexandria, Virginia 22314

**PLEASE TAKE NOTICE** that pursuant to the Federal Rules of Civil Procedure,

counsel for Plaintiff, Larry Klayman, will take the deposition, upon oral examination, of Paul

Orfanedes, on January 7, 2008, commencing at 10:30 a.m. at the offices of Comey & Rigby,

P.C., 1101 30th Street, North West, Washington, D.C. 20007, before a Notary Public or other

person authorized by law to administer oaths.

    The oral examination will continue from day to day until completed or for such period of

time as may be permitted by local rules of civil procedure and by Orders of this Court and shall

be recorded via stenographic means.

                                                **SPECTOR GADON & ROSEN, P.C.**

                              By:    *//s//*_____
                                        Daniel J. Dugan, Esquire
                                        1635 Market Street, 7th floor
                                        Philadelphia, PA  19103
                                        215.241.8872 --215.241.8844 *fax*
                                        *ddugan@lawsgr.com*
                                        *Attorneys for Plaintiff*

December 19, 2007

414493-1

## CERTIFICATE OF SERVICE

I hereby certify that on this 19 day of December, 2007, a true and correct copy of Plaintiff's Notice of Deposition was served via Facsimile and First Class U.S. mail on the following:

> Richard Driscoll
> Driscoll & Seltzer, PLLC
> 600 Cameron Street
> Alexandria, Virginia 22314

> _//s//_
> Daniel J. Dugan, Esquire

414493-1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Larry Klayman, | : | Civil Action No. 1:06-CV-00670 |
| *Plaintiff,* | : | |
| | : | Honorable Colleen Kollar-Kotelly |
| v. | : | |
| | : | |
| Judicial Watch, Inc., *et al.* | : | |
| *Defendants.* | : | **Jury Trial Demanded.** |

### *NOTICE OF DEPOSITION*

To:    Richard Driscoll
       Driscoll & Seltzer, PLLC
       600 Cameron Street
       Alexandria, Virginia 22314

**PLEASE TAKE NOTICE** that pursuant to the Federal Rules of Civil Procedure,

counsel for Plaintiff, Larry Klayman, will take the deposition, upon oral examination, of

Christopher Farrell, on January 8, 2008, commencing at 10:30 a.m. at the offices of Comey &

Rigby, P.C., 1101 30th Street, North West, Washington, D.C. 20007, before a Notary Public or

other person authorized by law to administer oaths.

The oral examination will continue from day to day until completed or for such period of

time as may be permitted by local rules of civil procedure and by Orders of this Court and shall

be recorded via stenographic means.

**SPECTOR GADON & ROSEN, P.C.**

By:    //s//_____
       Daniel J. Dugan, Esquire
       1635 Market Street, 7th floor
       Philadelphia, PA  19103
       215.241.8872 --215.241.8844 *fax*
       *ddugan@lawsgr.com*
       *Attorneys for Plaintiff*

December 19, 2007

414491-1

## CERTIFICATE OF SERVICE

I hereby certify that on this 19 day of December, 2007, a true and correct copy of

Plaintiff's Notice of Deposition was served via Facsimile and First Class U.S. mail on the

following:

> Richard Driscoll
> Driscoll & Seltzer, PLLC
> 600 Cameron Street
> Alexandria, Virginia 22314

_//s//_
Daniel J. Dugan, Esquire

414491-1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Larry Klayman, | : | |
|       *Plaintiff,* | : | Civil Action No. 1:06-CV-00670 |
| | : | |
| | : | Honorable Colleen Kollar-Kotelly |
|     v. | : | |
| | : | |
| Judicial Watch, Inc., *et al.* | : | |
|       *Defendants.* | : | **Jury Trial Demanded.** |

### *NOTICE OF DEPOSITION*

To:    Richard Driscoll
         Driscoll & Seltzer, PLLC
         600 Cameron Street
         Alexandria, Virginia 22314

    **PLEASE TAKE NOTICE** that pursuant to the Federal Rules of Civil Procedure, counsel for Plaintiff, Larry Klayman, will take the deposition, upon oral examination, of Susan Prytherch, on January 9, 2008, commencing at 10:30 a.m. at the offices of Comey & Rigby, P.C., 1101 30th Street, North West, Washington, D.C. 20007, before a Notary Public or other person authorized by law to administer oaths.

    The oral examination will continue from day to day until completed or for such period of time as may be permitted by local rules of civil procedure and by Orders of this Court and shall be recorded via stenographic means.

                                     **SPECTOR GADON & ROSEN, P.C.**

                             By:    *//s//*
                                     Daniel J. Dugan, Esquire
                                     1635 Market Street, 7th floor
                                     Philadelphia, PA  19103
                                     215.241.8872 --215.241.8844 *fax*
                                     *ddugan@lawsgr.com*
                                     *Attorneys for Plaintiff*

December 19, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 19 day of December, 2007, a true and correct copy of Plaintiff's Notice of Deposition was served via Facsimile and First Class U.S. mail on the following:

Richard Driscoll
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, Virginia 22314


_//s//_
Daniel J. Dugan, Esquire


2

414478-1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Larry Klayman, | : | |
| *Plaintiff,* | : | Civil Action No. 1:06-CV-00670 |
| | : | |
| v. | : | Honorable Colleen Kollar-Kotelly |
| | : | |
| Judicial Watch, Inc., *et al.* | : | |
| *Defendants.* | : | **Jury Trial Demanded.** |

### *NOTICE OF DEPOSITION*

To:    Richard Driscoll
       Driscoll & Seltzer, PLLC
       600 Cameron Street
       Alexandria, Virginia 22314

**PLEASE TAKE NOTICE** that pursuant to the Federal Rules of Civil Procedure,

counsel for Plaintiff, Larry Klayman, will take the deposition, upon oral examination, of Jeffrey

Lyons, on January 11, 2008, commencing at 10:30 a.m. at the offices of Comey & Rigby, P.C.,

1101 30th Street, North West, Washington, D.C. 20007, before a Notary Public or other person

authorized by law to administer oaths.

**The witness is commanded to bring to the deposition the documents requested in the**

**document requests attached hereto as Attachment "A."**

The oral examination will continue from day to day until completed or for such period of time as may be permitted by local rules of civil procedure and by Orders of this Court and shall be recorded via stenographic means.

**SPECTOR GADON & ROSEN, P.C.**

By:    *//s//*_____
       Daniel J. Dugan, Esquire
       1635 Market Street, 7th floor
       Philadelphia, PA 19103
       215.241.8872 --215.241.8844 *fax*
       *ddugan@lawsgr.com*
       *Attorneys for Plaintiff*

December 28, 2007

415926-3

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of December, 2007, a true and correct copy of Plaintiff's Notice of Deposition was served via Facsimile and First Class U.S. mail on the following:

Richard Driscoll
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, Virginia 22314


       //s//
Daniel J. Dugan, Esquire

## ATTACHMENT A

The witness is commanded to produce documents pursuant to the following document requests at the deposition. Plaintiff incorporates by reference the Instructions and Definitions in Plaintiff First Request for Production of Documents as if set forth herein at length.

## DOCUMENT REQUEST

1.  Any and all telephone records, including without limitation phone logs that refer or relate to Plaintiff, Larry Klayman, or any entity associated with Klayman for the period from September 2003 to the present maintained by the witness.

2.  Any and all documents that refer or relate any telephone records, including without limitation notes, memoranda, reports summaries or other documents that refer or relate to Klayman or any entity associated with Klayman, during the period from September 2003 to the present maintained by the witness.

3.  Any and all diaries of telephone calls to Judicial Watch that refer or relate to Klayman or any entity associated with Klayman, for the period from September 2003 to the present maintained by the witness.

4.  Any and all documents that refer or relate to instructions given by Judicial Watch to employees in connection with Klayman's separation from Judicial Watch in September 2003 maintained by the witness.

5.  Any and all emails that refer or relate to Klayman or any entity associated with Klayman, for the period from September 2003 to the present that reside or resided on any electronic storage media within the possession, custody and control of Judicial Watch, and maintained by the witness

6.  Any other files, communications, notes, memoranda or other documents maintained by the witness, as maintained by the witness in any form and/or media, that refer or relate to Plaintiff, Larry Klayman, for the period from September 2003 to the present.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Larry Klayman, | : | |
| *Plaintiff,* | : | Civil Action No. 1:06-CV-00670 |
| | : | |
| v. | : | Honorable Colleen Kollar-Kotelly |
| | : | |
| Judicial Watch, Inc., *et al.* | : | |
| *Defendants.* | : | **Jury Trial Demanded.** |

### *NOTICE OF DEPOSITION*

To:    Richard Driscoll
       Driscoll & Seltzer, PLLC
       600 Cameron Street
       Alexandria, Virginia 22314

**PLEASE TAKE NOTICE** that pursuant to the Federal Rules of Civil Procedure, counsel for Plaintiff, Larry Klayman, will take the deposition, upon oral examination, of Kathy Raffa, on January 14, 2008, commencing at 10:30 a.m. at the offices of Comey & Rigby, P.C., 1101 30th Street, North West, Washington, D.C. 20007, before a Notary Public or other person authorized by law to administer oaths.

The oral examination will continue from day to day until completed or for such period of time as may be permitted by local rules of civil procedure and by Orders of this Court and shall be recorded via stenographic means.

**SPECTOR GADON & ROSEN, P.C.**

By:    //s//
       Daniel J. Dugan, Esquire
       1635 Market Street, 7th floor
       Philadelphia, PA  19103
       215.241.8872 --215.241.8844 *fax*
       *ddugan@lawsgr.com*
       *Attorneys for Plaintiff*

December 19, 2007

414496-1

## CERTIFICATE OF SERVICE

I hereby certify that on this 19 day of December, 2007, a true and correct copy of Plaintiff's Notice of Deposition was served via Facsimile and First Class U.S. mail on the following:

Richard Driscoll
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, Virginia 22314

_//s//_
Daniel J. Dugan, Esquire

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Larry Klayman,<br>　　　　　*Plaintiff,*<br><br>　　　　v.<br><br>Judicial Watch, Inc., *et al.*<br>　　　　　*Defendants.* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 1:06-CV-00670<br><br>Honorable Colleen Kollar-Kotelly<br><br><br>**Jury Trial Demanded.** |

### *NOTICE OF DEPOSITION*

To:　　Richard Driscoll
　　　　Driscoll & Seltzer, PLLC
　　　　600 Cameron Street
　　　　Alexandria, Virginia 22314

**PLEASE TAKE NOTICE** that pursuant to the Federal Rules of Civil Procedure,

counsel for Plaintiff, Larry Klayman, will take the deposition, upon oral examination, of Janice

Rorup, on January 15, 2008, commencing at 10:30 a.m. at the offices of Comey & Rigby, P.C.,

1101 30th Street, North West, Washington, D.C. 20007, before a Notary Public or other person

authorized by law to administer oaths.

The oral examination will continue from day to day until completed or for such period of

time as may be permitted by local rules of civil procedure and by Orders of this Court and shall

be recorded via stenographic means.

　　　　　　　　　　　　　　**SPECTOR GADON & ROSEN, P.C.**

　　　　　　　　　　　By:　　*//s//*
　　　　　　　　　　　　　　Daniel J. Dugan, Esquire
　　　　　　　　　　　　　　1635 Market Street, 7th floor
　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　215.241.8872 --215.241.8844 *fax*
　　　　　　　　　　　　　　*ddugan@lawsgr.com*
　　　　　　　　　　　　　　*Attorneys for Plaintiff*

December 28, 2007

415926-3

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of December, 2007, a true and correct copy of Plaintiff's Notice of Deposition was served via Facsimile and First Class U.S. mail on the following:

> Richard Driscoll
> Driscoll & Seltzer, PLLC
> 600 Cameron Street
> Alexandria, Virginia 22314

> __//s//_____
> Daniel J. Dugan, Esquire

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Larry Klayman, | : | Civil Action No. 1:06-CV-00670 |
| *Plaintiff,* | : | |
| | : | Honorable Colleen Kollar-Kotelly |
| v. | : | |
| | : | |
| Judicial Watch, Inc., *et al.* | : | |
| *Defendants.* | : | **Jury Trial Demanded.** |

### *NOTICE OF DEPOSITION*

To:     Richard Driscoll
        Driscoll & Seltzer, PLLC
        600 Cameron Street
        Alexandria, Virginia 22314

**PLEASE TAKE NOTICE** that pursuant to the Federal Rules of Civil Procedure,

counsel for Plaintiff, Larry Klayman, will take the deposition, upon oral examination, of David

Barmak, Esquire, on January 16, 2008, commencing at 10:30 a.m. at the offices of Comey &

Rigby, P.C., 1101 30th Street, North West, Washington, D.C. 20007, before a Notary Public or

other person authorized by law to administer oaths.

The oral examination will continue from day to day until completed or for such period of

time as may be permitted by local rules of civil procedure and by Orders of this Court and shall

be recorded via stenographic means.

**SPECTOR GADON & ROSEN, P.C.**

By:     //s//_____
        Daniel J. Dugan, Esquire
        1635 Market Street, 7th floor
        Philadelphia, PA  19103
        215.241.8872 --215.241.8844 *fax*
        *ddugan@lawsgr.com*
        *Attorneys for Plaintiff*

December 28, 2007

415926-3

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of December, 2007, a true and correct copy of Plaintiff's Notice of Deposition was served via Facsimile and First Class U.S. mail on the following:

> Richard Driscoll
> Driscoll & Seltzer, PLLC
> 600 Cameron Street
> Alexandria, Virginia 22314

> __//s//_____
> Daniel J. Dugan, Esquire

(856) 778-8100 Main
(856) 722-5344 Fax
jschervone@lawsgr.com
www.lawsgr.com

The information contained in this email message is attorney privileged and confidential information, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message from your computer.

Dear Juli and Rich:

Please see the attached correspondence regarding this matter.

Regards,

Jeffrey H. Schervone
**Spector Gadon & Rosen, P.C.**
1000 Lenola Road
Moorestown, NJ 08057
(856) 778-8100 Main
(856) 722-5344 Fax
jschervone@lawsgr.com
www.lawsgr.com

The information contained in this email message is attorney privileged and confidential information, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message from your computer.

-----Inline Message Follows-----

Dear Mr. Schervone:

Some time prior to the issuance of your notices of deposition and subpoenas, I informed your partner Mr. Dugan that I was not available until after January 17, 2008, due to a deposition schedule already in place for a matter pending in the Circuit Court of Fairfax County, VA. The only open date I have for that time is January 10, 2008 because he cancelled Mr. Klayman's deposition for that time and did not provide any alternate dates. When I provided Mr. Dugan with notice of my schedule, I also provided him with available dates for JW witnesses. Notwithstanding this information, each of the subpoenas and deposition notices you sent is set for a date and time when I am not available. Please inform me whether this is intentional or a mistake.

In addition, I would appreciate alternate dates for Mr. Klayman ASAP.

I expect to hear from you early on January 2, 2008. Absent an effort to work this out amicably, I suggest that we schedule an immediate conference call with Magistrate Kay to resolve these issues.

Richard W. Driscoll, Esquire

Driscoll & Seltzer, PLLC
703.340.1625 Office
703.997.4892 Facsimile
rdriscoll@driscollseltzer.com

---

**From:** Jeffrey Schervone [mailto:jschervone@lawsgr.com]
**Sent:** Fri 12/28/2007 10:17 PM
**To:** Richard Driscoll
**Cc:** Daniel Dugan
**Subject:** Klayman v. JW

Dear Mr. Driscoll:

Attached are Deposition Notices and copies of 2 subpoenas.

Thank you,

Jeffrey H. Schervone
**Spector Gadon & Rosen, P.C.**
1000 Lenola Road
Moorestown, NJ 08057
(856) 778-8100 Main
(856) 914-4905 Voice
(856) 722-5344 Fax
jschervone@lawsgr.com
www.lawsgr.com

The information contained in this email message is attorney privileged and confidential information, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message from your computer.

Dear Mr. Schervone:

Some time prior to the issuance of your notices of deposition and subpoenas, I informed your partner Mr. Dugan that I was not available until after January 17, 2008, due to a deposition schedule already in place for a matter pending in the Circuit Court of Fairfax County, VA. The only open date I have for that time is January 10, 2008 because he cancelled Mr. Klayman's deposition for that time and did not provide any alternate dates. When I provided Mr. Dugan with notice of my schedule, I also provided him with available dates for JW witnesses. Notwithstanding this information, each of the subpoenas and deposition notices you sent is set for a date and time when I am not available. Please inform me whether this is intentional or a mistake.

In addition, I would appreciate alternate dates for Mr. Klayman ASAP.

I expect to hear from you early on January 2, 2008. Absent an effort to work this out amicably, I suggest that we schedule an immediate conference call with Magistrate Kay to resolve these issues.

Richard W. Driscoll, Esquire
Driscoll & Seltzer, PLLC
703.340.1625 Office
703.997.4892 Facsimile
rdriscoll@driscollseltzer.com

---

**From:** Jeffrey Schervone [mailto:jschervone@lawsgr.com]
**Sent:** Fri 12/28/2007 10:17 PM
**To:** Richard Driscoll
**Cc:** Daniel Dugan
**Subject:** Klayman v. JW

Dear Mr. Driscoll:

Attached are Deposition Notices and copies of 2 subpoenas.

Thank you,

Jeffrey H. Schervone
**Spector Gadon & Rosen, P.C.**
1000 Lenola Road
Moorestown, NJ 08057
(856) 778-8100 Main
(856) 914-4905 Voice
(856) 722-5344 Fax
jschervone@lawsgr.com
www.lawsgr.com

The information contained in this email message is attorney privileged and confidential information, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message from your computer.

-----Inline Message Follows-----

Please take notice that Judicial Watch will not be permitting depositions to be taken in its office for this case. Kindly make other arrangements for the deposition location.

Richard W. Driscoll, Esquire
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Office
703.997.4892 Facsimile
rdriscoll@driscollseltzer.com
www.driscollseltzer.com

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

**From:** Larry Klayman [mailto:leklayman@bellsouth.net]
**Sent:** Tuesday, April 01, 2008 5:17 PM
**To:** Richard Driscoll

**Cc:** tfitton@judicialwatch.org; 'Daniel Dugan'; 'Jeffrey Schervone'
**Subject:** Klayman v. JW (DDC).

Fitton deposition notice
Please take notice that Judicial Watch will not be permitting depositions to be taken in its office for this case.
Kindly make other arrangements for the deposition location.

Richard W. Driscoll, Esquire
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Office
703.997.4892 Facsimile
rdriscoll@driscollseltzer.com
www.driscollseltzer.com

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is
addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or
distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and
destroy all copies of the original message. If you are the intended recipient but do not wish to receive
communications through this medium, please so advise the sender immediately.

---

**From:** Larry Klayman [mailto:leklayman@bellsouth.net]
**Sent:** Tuesday, April 01, 2008 5:17 PM
**To:** Richard Driscoll
**Cc:** tfitton@judicialwatch.org; 'Daniel Dugan'; 'Jeffrey Schervone'
**Subject:** Klayman v. JW (DDC).

Fitton deposition notice


-----Inline Message Follows-----

Please advise whether you have contacted the Magistrate Judge's chambers to arrange for the conf
call on Monday with him, rather than responding to my email.

Larry Klayman

Please advise whether you have contacted the Magistrate Judge's chambers to arrange for the conf
call on Monday with him, rather than responding to my email.

Larry Klayman

# SPECTOR GADON & ROSEN, P.C.

ATTORNEYS AT LAW

PENNSYLVANIA OFFICE:
1635 MARKET STREET
7TH FLOOR
PHILADELPHIA, PA 19103
[215] 241-8888
FAX: [215] 241-8844

1000 LENOLA ROAD
P.O. B OX 1001
MOORESTOWN, NEW JERSEY 08057
[856] 778-8100
FAX [856] 722-5344
WWW.LAWSGR.COM

FLORIDA OFFICE:
360 CENTRAL AVENUE
SUITE 1550
ST. PETERSBURG, FL 33701
[727] 896-4600
FAX: [727] 896-4604

*JEFFREY H. SCHERVONE*
jschervone@lawsgr.com

January 11, 2008

**VIA EMAIL AND U.S. MAIL**
Juli Simonyi, Esquire
Richard Driscoll, Esquire
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, Virginia 22314

Re: *Klayman v. Judicial Watch, Inc. et als.*

Dear Ms. Simonyi, Mr. Driscoll:

We are in receipt of your letter dated January 9, 2008 in connection with the above-captioned matter. As you know, on November 27, 2007, the parties conferred and filed a Consent Motion requesting that fact discovery be extended until January 31, 2008. At that time, we suggested, but Defendants declined to consent to, a later fact discovery deadline. On November 29, 2007, we requested an extension of time to respond to Defendants' sixty (60) Supplemental Requests for Production of Documents. On December 3, 2007, we were advised that the deadline would not be extended and to "please respond to the requests as soon as possible." Responses were provided on December 18, 2007. Under these circumstances, Plaintiff takes exception to the suggestion that objections were waived.

Regarding the first ten objections of Plaintiff's Responses, Plaintiff notes that objections to the Requests were not before the Court. Since the Court's Memorandum Opinion denying Plaintiff's Motion to Quash or Alternatively for Protective Order was in connection with the Subpoenas, Plaintiff's disagrees that the objections to the first ten requests are effectively, or otherwise, overruled.

In addition, it is Plaintiff's position that some of the documents produced do in fact overlap as to Defendants' Requests and Supplemental Requests. *See e.g.* KLAYMAN 8-105, 116-118, 140-392 and much of 554-985 in connection with Request Nos. 2,4,7-9, 13-15 and Supplemental Request Nos. 13, 48, 56 and 57. Indeed, some requests themselves seem to overlap and/or are duplicative. *See e.g.* Request No. 2 and Supplemental Request No. 32; Request No. 7 and Supplemental Request No.14; Request No. 12 and Supplemental Request No. 37.

**SPECTOR GADON & ROSEN, P.C.**
ATTORNEYS AT LAW

January 11, 2008
Page -2-

The overall discovery deadline in this case is May 15, 2008. As discussed during the telephone conference before Judge Kay and our telephone conference, the parties effectively agreed to extend fact discovery to accommodate scheduling of the twenty-one depositions identified thus far. Further, Mr. Klayman agreed to your request to be deposed first in exchange for flexibility regarding scheduling. Mr. Klayman is not available until after January 31, 2008 and has a trial presently scheduled for February 19, 2008 in the Southern District of Florida. A proposed schedule will be forwarded for comment shortly under separate cover.

Subject to the stated objections and responses, Plaintiff is compiling documents and will make available documents that exist within his possession, custody and control in response to the Requests and Supplemental Requests as soon as practicable and prior to Mr. Klayman's deposition.

We look forward to your anticipated cooperation in connection with this matter.

Very truly yours,

JEFFREY H. SCHERVONE

JHS/mt

418780-2

## SPECTOR GADON & ROSEN, P.C.

ATTORNEYS AT LAW

PENNSYLVANIA OFFICE:
1635 MARKET STREET
7TH FLOOR
PHILADELPHIA, PA 19103
[215] 241-8888
FAX: [215] 241-8844

1000 LENOLA ROAD
P.O. B OX 1001
MOORESTOWN, NEW JERSEY 08057
[856] 778-8100
FAX [856] 722-5344
WWW.LAWSGR.COM

FLORIDA OFFICE:
360 CENTRAL AVENUE
SUITE 1550
ST. PETERSBURG, FL 33701
[727] 896-4600
FAX: [727] 896-4604

*JEFFREY H. SCHERVONE*
jschervone@lawsgr.com

January 9, 2008

***Via Facsimile (202)822-0669 and U.S. Mail***
Raffa & Associates, Inc.
1899 L Street NW, Suite 600
Washington, D.C. 20036
Attn: Kathy Raffa/Custodian of Records

> *Re: Subpoena In Klayman v. Judicial Watch* U.S.D.C. CA 1:06-cv-00670(CKK)

Dear Ms. Raffa:

As you know, this office represents the Plaintiff, Larry Klayman, in the above-captioned matter. This is to advise that further to the Subpoena previously served in this matter, we are adjourning the deposition scheduled for January 14, 2008, and will contact you to reschedule at a later date.

If you have any questions regarding the above, please do not hesitate to contact me.

Very truly yours,


JEFFREY H. SCHERVONE

JHS/mt
cc.     Richard W. Driscoll, Esquire (*via facsimile 703-997-4892*)
        Julie Haller Simonyi, Esquire (*via facsimile 703-997-4892*)

418291-1

**SPECTOR GADON & ROSEN, P.C.**
ATTORNEYS AT LAW

June 24, 2008
Page -2-

bcc.    Daniel J. Dugan, Esquire
        Larry Klayman, Esquire

# SPECTOR GADON & ROSEN, P.C.

ATTORNEYS AT LAW

PENNSYLVANIA OFFICE:
1635 MARKET STREET
7TH FLOOR
PHILADELPHIA, PA 19103
[215] 241-8888
FAX: [215] 241-8844

1000 LENOLA ROAD
P.O. BOX 1001
MOORESTOWN, NEW JERSEY 08057
[856] 778-8100
FAX [856] 722-5344
WWW.LAWSGR.COM

FLORIDA OFFICE:
360 CENTRAL AVENUE
SUITE 1550
ST. PETERSBURG, FL 33701
[727] 896-4600
FAX: [727] 896-4604

*JEFFREY H. SCHERVONE*
jschervone@lawsgr.com

December 28, 2007

**VIA EMAIL AND U.S. MAIL**
Richard W. Driscoll, Esquire
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, Virginia 22314

> *Re: Klayman v. Judicial Watch, Inc. et als.*

Dear Mr. Driscoll:

I am enclosing four Deposition Notices and copies of two subpoenas in the above-captioned matter.

Very truly yours,

JEFFREY H. SCHERVONE

JHS/mt
Encl.

413871-1

**SPECTOR GADON & ROSEN, P.C.**
ATTORNEYS AT LAW

June 24, 2008
Page -2-

bcc.    Daniel J. Dugan, Esquire (w/enclosures)
        Larry Klayman, Esquire (w/enclosures)

Gentleman:

We understand that today is not a good day for the Klaymans and sympathize with their loss.

The Defendants are not willing to agree to a 20 day extension of time to respond to the Requests for Admission. However, they will agree to extend the deadline for six (6) days until and including Thursday, January 31, 2008, which is the current deadline to complete fact discovery. While Mr. Klayman may be hampered in his ability to address these issues, his counsel are exceedingly competent and, as members of a firm having more than 60 lawyers with offices located in Pennsylvania, New Jersey and Florida, they are likely to have no difficulty in responding to the Requests. Considering that the Requests have been outstanding for 29 days, I am confident that Dan and Jeff have nearly completed the Responses by now. More importantly, Defendants do not believe that they are able to extend the deadline for a response for 20 days because to do so would substantially disrupt the deposition of Mr. Klayman and extend beyond the current deadline to complete fact discovery.

When the parties originally spoke with Magistrate Kay on January 3, 2008, it was our understanding that Mr. Klayman would appear for his deposition on the 17th of January. This date was then moved to the 8th of February. During the discussion on January 16, Plaintiff signaled that objections to the Court's Orders would likely be filed. Indeed, Plaintiff has now objected to Magistrate Kay's January 8, 2008 Order and is likely to object to the January 16, 2008, Order as well. These efforts effectively limit Defendants' ability to proceed on February 8, 2008 (a date that has yet to be approved by the Court).

We are now being asked for a proposed deposition schedule. However, we find ourselves unable to propose one as the ability to depose third-party witnesses is currently in question due to the Objections filed this week. In addition, we are not able to contact Louise Benson because Mr. Klayman declines to provide us with contact information that would allow us to do so. Indeed, he stated that Defense counsel is not permitted to speak with her. Essentially, each avenue of discovery that Defendants seek is being delayed or frustrated by Plaintiff's tactics. The cost of such tactics has been significant and the delay has been substantial.

Defendants would like to put all issues before the Court on Monday and have set a conference call for 10 a.m., when the Court was available. In light of the impending discovery deadline, we strongly request that Plaintiff's counsel participate so that this case can move forward to trial. Absent participation, we will have no choice but to seek formal relief.

Richard W. Driscoll, Esquire
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Office
703.997.4892 Facsimile
rdriscoll@driscollseltzer.com
www.driscollseltzer.com

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

**From:** Larry Klayman [mailto:leklayman@bellsouth.net]
**Sent:** Friday, January 25, 2008 11:46 AM
**To:** Richard Driscoll
**Cc:** 'Jeffrey Schervone'
**Subject:** Klayman v. Fitton et. al

Richard:

Today is not  a good day to go over document requests on both sides. I am taken up with my mother's death and family matters.
I would thus propose that you send us your proposed deposition schedule and that we talk at 11 am on Monday. This will give me time to sort thru the immediate personal issues, like my mother's funeral plans, today.

Also, as a courtesy I request at 20 day extension on our response to your clients' requests for admissions, which are due today. Please email me right away on this, as I need to leave the office and we have to file a hoped for agreed motion for extension.

On Monday, we can go thru each of our respective doc requests in detail and discuss other issues which need to be addressed at this time, like the discovery deadlines.

As you know, I am now playing a more direct role in this litigation and you will be dealing with me as a lead counsel as well. You may speak with me directly and Mr. Dugan's or Mr. Schervone's presence is not necessary if they are not available. We are co-equal  "co counsel".

Thank you in advance for your understanding.

Larry Klayman
Gentleman:

We understand that today is not a good day for the Klaymans and sympathize with their loss.

The Defendants are not willing to agree to a 20 day extension of time to respond to the Requests for Admission. However, they will agree to extend the deadline for six (6) days until and including Thursday, January 31, 2008, which is the current deadline to complete fact discovery.  While Mr. Klayman may be hampered in his ability to address these issues, his counsel are exceedingly competent and, as members of a firm having more than 60 lawyers with offices located in Pennsylvania, New Jersey and Florida, they are likely to have no difficulty in responding to the Requests.  Considering that the Requests have been outstanding for 29 days, I am confident that Dan and Jeff have nearly completed the Responses by now.  More importantly, Defendants do not believe that they are able to extend the deadline for a response for 20 days because to do so would substantially disrupt the deposition of Mr. Klayman and extend beyond the current deadline to complete fact discovery.

When the parties originally spoke with Magistrate Kay on January 3, 2008, it was our understanding that Mr. Klayman would appear for his deposition on the 17th of January.  This date was then moved to the 8th of February.  During the discussion on January 16, Plaintiff signaled that objections to the Court's Orders would likely be filed.  Indeed, Plaintiff has now objected to Magistrate Kay's January 8, 2008 Order and is likely to object to the January 16, 2008, Order as well.  These efforts effectively limit Defendants' ability to proceed on February 8, 2008 (a date that has yet to be approved by the Court).

We are now being asked for a proposed deposition schedule.  However, we find ourselves unable to propose one as the ability to depose third-party witnesses is currently in question due to the Objections filed this week.  In addition, we are not able to contact Louise Benson because Mr. Klayman declines to provide us with contact information that would allow us to do so.  Indeed, he stated that Defense counsel is not permitted to speak with her.  Essentially, each avenue of discovery that Defendants seek is being delayed or frustrated by Plaintiff's tactics.  The cost of such tactics has been significant and the delay has been substantial.

Defendants would like to put all issues before the Court on Monday and have set a conference call for 10 a.m., when the Court was available.  In light of the impending discovery deadline, we strongly request that Plaintiff's counsel participate so that this case can move forward to trial.  Absent participation, we will have no choice but to seek formal relief.

Richard W. Driscoll, Esquire
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Office
703.997.4892 Facsimile

rdriscoll@driscollseltzer.com
www.driscollseltzer.com

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is
addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or
distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and
destroy all copies of the original message. If you are the intended recipient but do not wish to receive
communications through this medium, please so advise the sender immediately.

---

**From:** Larry Klayman [mailto:leklayman@bellsouth.net]
**Sent:** Friday, January 25, 2008 11:46 AM
**To:** Richard Driscoll
**Cc:** 'Jeffrey Schervone'
**Subject:** Klayman v. Fitton et. al

Richard:

Today is not a good day to go over document requests on both sides. I am taken up with my mother's
death and family matters.
I would thus propose that you send us your proposed deposition schedule and that we talk at 11 am on
Monday. This will give me time to sort thru the immediate personal issues, like my mother's funeral
plans, today.

Also, as a courtesy I request at 20 day extension on our response to your clients' requests for
admissions, which are due today. Please email me right away on this, as I need to leave the office and
we have to file a hoped for agreed motion for extension.

On Monday, we can go thru each of our respective doc requests in detail and discuss other issues
which need to be addressed at this time, like the discovery deadlines.

As you know, I am now playing a more direct role in this litigation and you will be dealing with me as a
lead counsel as well. You may speak with me directly and Mr. Dugan's or Mr. Schervone's presence is
not necessary if they are not available. We are co-equal "co counsel".

Thank you in advance for your understanding.

Larry Klayman


-----Inline Message Follows-----

Dan:

I will follow up with the Court and see if we can schedule this for tomorrow after 1:00 p.m.

Rich

---

**From:** Daniel Dugan [mailto:dugan@lawsgr.com]
**Sent:** Wednesday, January 16, 2008 1:03 PM
**To:** Richard Driscoll; Jeffrey Schervone
**Cc:** Juli Haller Simonyi; leklayman@bellsouth.net
**Subject:** RE: JW ats Klayman

Rich:
I can't do it this afternoon, but I can be available tomorrow after one pm. However, Larry will need to participate, so I am forwarding this to him as well to check when he is available. In the future, please cc him on your communications as well.


Regards,
Dan

Daniel J. Dugan
Spector Gadon & Rosen, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA 19103
215.241.8872
215.531.9120 (Direct Fax)

---

**From:** Richard Driscoll [mailto:rdriscoll@DriscollSeltzer.com]
**Sent:** Wednesday, January 16, 2008 1:05 PM
**To:** Daniel Dugan; Jeffrey Schervone
**Cc:** Juli Haller Simonyi
**Subject:** JW ats Klayman

Dan:

Would you provide me with availability this afternoon or tomorrow for a conference call with Magistrate Kay. We need to resolve several discovery issues, including the deposition schedule, identification of the "anonymous" witness and the deposition of Ms. Benson, among others.

Richard W. Driscoll, Esquire

Driscoll & Seltzer, PLLC

600 Cameron Street

Alexandria, Virginia 22314

703.340.1625 Office

703.997.4892 Facsimile

rdriscoll@driscollseltzer.com

www.driscollseltzer.com


CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

Dan:

I will follow up with the Court and see if we can schedule this for tomorrow after 1:00 p.m.

Rich

---

**From:** Daniel Dugan [mailto:dugan@lawsgr.com]
**Sent:** Wednesday, January 16, 2008 1:03 PM
**To:** Richard Driscoll; Jeffrey Schervone
**Cc:** Juli Haller Simonyi; leklayman@bellsouth.net
**Subject:** RE: JW ats Klayman

Rich:
I can't do it this afternoon, but I can be available tomorrow after one pm.  However, Larry will need to participate, so I am forwarding this to him as well to check when he is available.  In the future, please cc him on your communications as well.


Regards,
Dan

Daniel J. Dugan
Spector Gadon & Rosen, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA 19103
215.241.8872
215.531.9120 (Direct Fax)

---

**From:** Richard Driscoll [mailto:rdriscoll@DriscollSeltzer.com]
**Sent:** Wednesday, January 16, 2008 1:05 PM
**To:** Daniel Dugan; Jeffrey Schervone
**Cc:** Juli Haller Simonyi
**Subject:** JW ats Klayman

Dan:

Would you provide me with availability this afternoon or tomorrow for a conference call with Magistrate Kay.  We need to resolve several discovery issues, including the deposition schedule, identification of the "anonymous" witness and the deposition of Ms. Benson, among others.

Richard W. Driscoll, Esquire

Driscoll & Seltzer, PLLC

600 Cameron Street

Alexandria, Virginia 22314

703.340.1625 Office

703.997.4892 Facsimile