# EXHIBIT 1

**VIRGINIA:**

**IN THE CIRCUIT COURT FOR FAIRFAX COUNTY**

| | |
|---|---|
| LARRY ELLIOT KLAYMAN, | |
| Plaintiff, | |
| v. | Case No. CH-2003-183946 |
| STEPHANIE LUCK KLAYMAN, | |
| Defendant. | |

## ORDER

This matter came before the Court on Movants, Judicial Watch, Inc., Thomas J. Fitton, Paul J. Orfanedes and Christopher J. Farrell's Motion to Lift Seal. Having reviewed the papers filed by the parties and considered the arguments advanced, it is hereby

ORDERED that the Motion to Lift Seal is GRANTED; and it is further

ORDERED that Movants and their counsel shall be permitted to review this file and make any copies deemed necessary for the action styled as Klayman v. Judicial Watch, et al., Case No. 1:06-CV-670 (D.D.C., filed April 12, 2006).

SO ORDERED this 27th day of June 2008.

_____
Judge, Circuit Court for Fairfax County

WE ASK FOR THIS:

_____
Richard W. Driscoll (VSB 43469)
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, VA 22304
703.340.1625 Office
703.997.4892 Fax
rdriscoll@driscollseltzer.com

Counsel for Movants


SEEN AND _____:


_____ETA_____
Larry E. Klayman, *Pro Se*
The Klayman Law Firm
3415 SW 24th Street
Miami, FL 33145


SEEN AND _____:


_____
Dorothy M. Isaacs (VSB 28518)
Surovell, Markle, Isaacs & Levy, PLC
4101 University Drive, Second Floor
Fairfax, VA 22030

Counsel for Stephanie Deluca (formerly Klayman)

2

**VIRGINIA:**

## IN THE CIRCUIT COURT FOR FAIRFAX COUNTY

| | |
|---|---|
| LARRY ELLIOT KLAYMAN, | |
| Plaintiff, | |
| v. | Case No. CL 2006-1898 |
| STEPHANIE LUCK KLAYMAN, | |
| Defendant. | |

### ORDER

This matter came before the Court on Movants, Judicial Watch, Inc., Thomas J. Fitton, Paul J. Orfanedes and Christopher J. Farrell's Motion to Lift Seal. Having reviewed the papers filed by the parties and considered the arguments advanced, it is hereby

ORDERED that the Motion to Lift Seal is GRANTED; and it is further

ORDERED that Movants and their counsel shall be permitted to review this file and make any copies deemed necessary for the action styled as Klayman v. Judicial Watch, et al., Case No. 1:06-CV-670 (D.D.C., filed April 12, 2006).

SO ORDERED this 27th day of June 2008.

_____
Judge, Circuit Court for Fairfax County

WE ASK FOR THIS:

_____
Richard W. Driscoll (VSB 43469)
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, VA 22304
703.340.1625 Office
703.997.4892 Fax
rdriscoll@driscollseltzer.com

Counsel for Movants


SEEN AND _____:


_____ETA_____
Larry E. Klayman, *Pro Se*
The Klayman Law Firm
3415 SW 24th Street
Miami, FL 33145


SEEN AND _____:


_____
Dorothy M. Isaacs (VSB _____)
Surovell, Markle, Isaacs & Levy, PLC
4101 University Drive, Second Floor
Fairfax, VA 22030

Counsel for Stephanie Deluca (formerly Klayman)

2