IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *ET AL.* | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670 |
| | Magistrate Judge Alan Kay |
| JUDICIAL WATCH, INC., *ET AL.* | |
| Defendants. | |

**MOTION TO SHORTEN TIME OF THE BRIEFING SCHEDULE FOR DEFENDANTS'
MOTION TO REMOVE LIMITATIONS IMPOSED BY THE
MAY 9, 2008, MINUTE ORDER ON THE DEPOSITION OF STEPHANIE DELUCA**

Defendants Judicial Watch, Inc. and Thomas J. Fitton, by undersigned counsel and pursuant to Fed. R. Civ. P. 7 and LCvR 7, hereby move to shorten the deadline by which Plaintiff shall oppose or otherwise respond to the Defendants' Motion to remove limitations imposed by the May 9, 2008 Minute Order on the Deposition of Stephanie Deluca and to the motion herein. As grounds for this Motion, Defendants state as follows:

1. Pursuant to this Court's July 7, 2008, Order, the deposition of Stephanie Deluca is scheduled to occur on July 23, 2008.

2. Ms. Deluca and her counsel have confirmed availability for a deposition on that date.

3. A shortening of the time to respond is appropriate in this case for several reasons. Plaintiff is familiar with this well versed with the arguments in dispute on this issue and shall not be substantively prejudiced by a shortened schedule.

4. Moreover, in light of Plaintiff's vacation schedule and the other depositions scheduled in this case, another delay in ruling on this Motion will work a hardship on Defendants by again delaying Ms. DeLuca's deposition or requiring two depositions, both of which

cost defendants additional time, money and the lack of a final resolution. Defendants merely seek to successfully obtain outstanding discovery. A longer resolution of this issue shall either result in defendants taking two depositions or choosing to post-pone the deposition, which then likely fall beyond the discovery period due to the current schedule and plaintiff's vacation schedule. A prompt resolution, however, benefits everyone and substantively does not prejudice plaintiff.

5. Defendants' right to seek this discovery is fundamental to their case to both defend plaintiff's claims and to prove Defendants' counterclaims.

6. Defendants obtained the Virginia Order lifting the seal after Plaintiff received two extensions of scheduled motion hearing dates.

7. Defendants have attempted to confer with Plaintiff and obtain consent to file this Motion for a Shortened Briefing Schedule on the Subject Motion, but Plaintiff refused to give his consent.

8. Defendants respectfully request that the Court Order that Plaintiff file his Opposition this motion to shorten time by Tuesday, July 15, 2008 and to the Defendants' Motion to remove limitations imposed by the May 9, 2008 Minute Order on the Deposition of Stephanie Deluca by the close of business, Thursday July 17, 2008 giving him 3 business days and 5 full days to file an Opposition to Defendants' Motion. Defendants shall file a short Reply Memorandum by noon Friday July 18, 2008 hoping that the Court then has time to address the Motions before July 23, 2008.

9. WHEREFORE, Defendants respectfully request that the Court GRANT this Motion and shorten the response time for Plaintiff to oppose this Motion to Shorten Time by Tuesday July 15, 2008 and to Defendants' Motion to remove limitations imposed by

the May 9, 2008 Minute Order on the Deposition of Stephanie Deluca by Thursday July 17, 2008.

                                    Respectfully submitted,

                                    //s//

                                    _____
                                    Richard W. Driscoll (436471)
                                    Juli Haller Simonyi (4669
                                    DRISCOLL & SELTZER, PLLC
                                    600 Cameron Street
                                    Alexandria, Virginia 22314
                                    703.340.1625 Telephone
                                    703.997.4892 Facsimile
                                    Email: rdriscoll@driscollseltzer.com

                                    *Counsel for Defendants Judicial Watch, Inc. and Thomas J. Fitton*

Dated: July 11, 2008

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 11 day of July 2006, a copy of the foregoing Motion and proposed Order were served by electronic filing upon counsel listed on the Notice of Electronic Filing.


                                    //s//
                                    _____
                                    Juli Haller Simonyi