IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *ET AL*. | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670 |
| | Honorable Magistrate Alan Kay |
| JUDICIAL WATCH, INC., *ET AL*. | |
| Defendants. | |

# **ORDER**

Upon consideration of Defendants' Motion to Shorten Time of the Briefing Schedule for Defendants' Motion to Remove Limitations imposed by the May 9, 2008 Minute Order on the Deposition of Stephanie Deluca,

It is this ___ day of _____ ORDERED

1. ORDERED that the motion is hereby GRANTED, and it is further Ordered that,

2. Plaintiff shall file Plaintiff's Opposition, if any, to this Motion to Shorten Time of the Briefing Schedule for Defendants' Motion to Remove Limitations Imposed by the May 9, 2008 Minute Order on the Deposition of Stephanie Deluca by Tuesday July 15, 2008;

3. AND Plaintiff shall file Plaintiff's Opposition, if any, to Defendants' Motion to Remove Limitations Imposed by the May 9, 2008 Minute Order on the Deposition of Stephanie Deluca by close of business on Thursday July 17, 2008 and;

4. Defendants shall file their Reply Memorandum, if any, by noon on Friday July 18, 2008.

 

_____
Honorable Alan Kay
Magistrate Judge, United States District Court

cc:     Copies to all counsel