VIRGINIA:

IN THE CIRCUIT COURT FOR FAIRFAX COUNTY

| | |
|---|---|
| **LARRY ELLIOT KLAYMAN,**<br>Plaintiff,<br>v.<br>**STEPHANIE LUCK KLAYMAN**<br>Defendant. | Case No.: CL 2006-1898<br>The Honorable Leslie Aldon |

**EMERGENCY MOTION FOR CONTINUANCE OF HEARING OF JUNE 6, 2008**

Plaintiff, pro se, Larry Klayman hereby moves this honorable court for a continuance of the movant's, Judicial Watch's, above-styled motion to unseal the record, on an emergency basis, and as grounds therefore would show:

1. Movant's motion was filed on May 15, 2008. Since that time the non-moving party, Larry Klayman, has had his wife fall very ill and was hospitalized. Attached is a letter from Plaintiff's wife's doctor, Jeffrey Rosen M.D., which states that Mr. Klayman must remain in Miami with his wife at bedside during this difficult period. Plaintiff had hoped since the hospitalization that the situation would improve so he could be present in person at the hearing, but his regrettably has not occurred.

2. Plaintiff has asked the movant's lawyers to postpone the hearing as a result, particularly since he is scheduled to be in the Virginia area around June 18, 2008, for a hearing in the case which the moving party references. Thus the motion can be reset to allow Plaintiff to be present. Movant refused.

3. The moving party's has previously conducted itself similarly when Plaintiff's mother recently died, and scheduled a hearing in another case for the next day. That court obviously did not proceed under the circumstances.

4. Ironically, the moving party's motion is not accurate in terms of the need to unseal the record in this divorce case in any event. Attached is an order of Judge Colleen Kolar Kotelly, **issued after movant's motion was filed,** in which she specifically bars counsel from inquiring into the sealed divorce record. She rules at page 6, **"...the matter is definitively resolved: Defendants may depose Ms. DeLuca [Plaintiff's former wife] but, in so doing, may not inquire into the sealed documents from Plaintiff's divorce."** Accordingly, the moving party, Judicial Watch's request, to unseal the record is baseless and lacks merit, as Judge Kotelly has already shut the door to this request and the use of these documents. Regrettably one can only conclude that the moving party's motion, and the moving party's refusal to postpone the hearing, even though Plaintiff lives Miami and would have to leave his very ill wife at a critical time, is intended to harass Plaintiff and his wife.

5. Further, the severance agreement at issue provides that Mr. Klayman left Judicial Watch **voluntarily** to pursue other endeavors, such as running for the U.S. Senate in Florida, his home state, and thus the documents which the moving party seeks to unseal are irrelevant in any event. Moreover, the protective order in Judge Kotelly's case does not provide presently that documents obtained are to be filed under seal. Thus, confidential personal and private documents involving Plaintiff's divorce, which involved childrens' issues (Mr. Klayman has two young

children), could be published in public court pleadings, which would result in harm to them. This has already occurred with regard to other confidential documents and Plaintiff has motions pending before Judge Kotelly in this regard.

WHEREFORE, Plaintiff moves on an emergency basis to have the court postpone the hearing. While not convenient, given the serious illness of his wife, Plaintiff alternatively allows permission to appear by telephone through court call, if the court decides to proceed.

Respectfully submitted,

Larry Klayman, Esq.
3415 SW 24th Street
Miami, FL 33145
Tel: 305.447.1091
Fax: 305.447.1548

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of June 2008, a true copy of the foregoing copy of the Emergency Motion for Continuance of Hearing of June 6, 2008 was sent by facsimile and mail to:

Richard W. Driscoll
Terence J. Everitt
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, VA 22314

Stephanie Luck Klayman DeLuca
2598 Kerwick Rd.
University Heights, OH 44118-4525

By:
Larry Klayman, Esq.



OF CORAL GABLES, P.A.

299 Alhambra Circle • Coral Gables, FL 33134 • Tel: 305-443-3001 • Fax: 305-441-9427

JEFFREY B. ROSEN, M.D.
FAMILY MEDICINE

HAROLD M. SILBERMAN, M.D.
FAMILY MEDICINE

IVAN CARRASQUILLA, M.D.
FAMILY MEDICINE

KEILA HOOVER, M.D.
FAMILY MEDICINE

DAVID SCHOLL, D.O.
FAMILY MEDICINE

May 19, 2008

Re: Diana Klayman
Spouse: Larry Klayman

To Whom It May Concern

The above mentioned individuals are patients of mine. This is to advise you that Mrs. Diana Klayman is being hospitalized for a period of time. It is necessary that her spouse accompany her throughout this time and be by her bedside. Thank you for your understanding.

If you have any questions please do not hesitate to contact me at (305)443-3001.

Sincerely,

Jeffrey Rosen, M.D.

# IN THE COURT OF COMMON PLEAS

SUBPOENA CIVIL RULE 45

FILED IN OFFICE
APR 0 7 2008
Jefferson County Circuit Court Domestic Relations Division Anne-Marie Adams, Clerk

THE STATE OF OHIO
ss.
Cuyahoga County

Larry Klayman, Plaintiff

No. DR-07-316840

vs.

Stephanie A. Luck (aka DeLuca), Defendant

Judge Anthony J. Russo
Magistrate David M. Mills

To Colonial Bank (Attn) Keeper of the Records)
c/o Carrie McCollum, Registered Agent
100 Colonial Bank Boulevard, Suite 101B
Montgomery, Alabama 36117

☐ YOU ARE COMMANDED to appear in the Court of Common Pleas to testify as witness on behalf of the (PLAINTIFF/DEFENDANT) in the above entitled case and not depart the Court without leave. Fail not under penalty of the law. Your appearance is required on the ______ of ______ ______ at ______ o'clock ______ .M. in Courtroom No. ______ of the:

☐ Justice Center-Courts Tower, 1200 Ontario Street, Cleveland, Ohio 44113

☐ Cuyahoga County Courthouse, One Lakeside Avenue, Cleveland, Ohio 44113

☒ YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of deposition in the above case.

Offices of Maynard Cooper & Gale P.C.
1901 Sixth Avenue North, Birmingham, Alabama 35203 — April 11, 2008 — 10:00 a.m.
PLACE OF DEPOSITION — DATE — TIME

☒ YOU ARE COMMANDED to produce and permit inspection, copying, testing or sampling of the following documents or objects at the place, date, and time specified below (list documents or objects):

See attached Exhibit "A"

Offices of Maynard Cooper & Gale P.C.
1901 Sixth Avenue North, Birmingham, Alabama 35203 — April 11, 2008 — 10:00 a.m.
PLACE — DATE — TIME

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

PREMISES — DATE — TIME

To insure taxation of their fees, witnesses must report each attendance to the Clerk of Court of Common Pleas on the first floor of the Justice Center-Courts Tower.

Section 2335.06 of the Ohio Revised Code provides that witnesses are entitled to receive $12.00 for each full day's attendance and $6.00 for each half day's attendance, plus ten cents per mile traveled to and from his place of residence outside of the City of Cleveland proper. Such fees are taxed as costs and mailed to the witness upon payment of the costs.

James H. Rollinson (0020442) — 3200 National City Center, Cleveland, Ohio 44114
ATTORNEY NAME — ADDRESS

[signature] — Stephanie A. DeLuca — 4/4/08
SIGNATURE — REPRESENTING — DATE

[signature] by [signature]

GERALD E. FUERST, Clerk of Courts

EXHIBIT A