**VIRGINIA:**

### IN THE CIRCUIT COURT FOR FAIRFAX COUNTY

**LARRY ELLIOT KLAYMAN,**

      Plaintiff,

v.

**STEPHANIE LUCK KLAYMAN**

      Defendant.

Case No.: CL 2006-1898
The Honorable Leslie Aldon

### EMERGENCY MOTION FOR CONTINUANCE OF HEARING OF JUNE 6, 2008

Plaintiff, pro se, Larry Klayman hereby moves this honorable court for a continuance of the movant's, Judicial Watch's, above-styled motion to unseal the record, on an emergency basis, and as grounds therefore would show:

1.    Movant's motion was filed on May 15, 2008. Since that time the non-moving party, Larry Klayman, has had his wife fall very ill and was hospitalized. Attached is a letter from Plaintiff's wife's doctor, Jeffrey Rosen M.D., which states that Mr. Klayman must remain in Miami with his wife at bedside during this difficult period. Plaintiff had hoped since the hospitalization that the situation would improve so he could be present in person at the hearing, but his regrettably has not occurred.

2.    Plaintiff has asked the movant's lawyers to postpone the hearing as a result, particularly since he is scheduled to be in the Virginia area around June 18, 2008, for a hearing in the case which the moving party references. Thus the motion can be reset to allow Plaintiff to be present. Movant refused.

3.    The moving party's has previously conducted itself similarly when Plaintiff's mother recently died, and scheduled a hearing in another case for the next day. That court obviously did not proceed under the circumstances.

4.    Ironically, the moving party's motion is not accurate in terms of the need to unseal the record in this divorce case in any event. Attached is an order of Judge Colleen Kolar Kotelly, **issued after movant's motion was filed,** in which she specifically bars counsel from inquiring into the sealed divorce record. She rules at page 6, **"…the matter is definitively resolved: Defendants may depose Ms. DeLuca [Plaintiff's former wife] but, in so doing, may not inquire into the sealed documents from Plaintiff's divorce."** Accordingly, the moving party, Judicial Watch's request, to unseal the record is baseless and lacks merit, as Judge Kotelly has already shut the door to this request and the use of these documents. Regrettably one can only conclude that the moving party's motion, and the moving party's refusal to postpone the hearing, even though Plaintiff lives Miami and would have to leave his very ill wife at a critical time, is intended to harass Plaintiff and his wife.

5.    Further, the severance agreement at issue provides that Mr. Klayman left Judicial Watch **voluntarily** to pursue other endeavors, such as running for the U.S. Senate in Florida, his home state, and thus the documents which the moving party seeks to unseal are irrelevant in any event. Moreover, the protective order in Judge Kotelly's case does not provide presently that documents obtained are to be filed under seal. Thus, confidential personal and private documents involving Plaintiff's divorce, which involved childrens' issues (Mr. Klayman has two young

children), could be published in public court pleadings, which would result in

harm to them. This has already occurred with regard to other confidential

documents and Plaintiff has motions pending before Judge Kotelly in this regard.

WHEREFORE, Plaintiff moves on an emergency basis to have the court postpone the

hearing. While not convenient, given the serious illness of his wife, Plaintiff

alternatively allows permission to appear by telephone through court call, if the court

decides to proceed.


Respectfully submitted,

Larry Klayman, Esq.
3415 SW 24th Street
Miami, FL 33145
Tel: 305.447.1091
Fax: 305.447.1548


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of June 2008, a true copy of the foregoing copy of the Emergency Motion for Continuance of Hearing of June 6, 2008 was sent by facsimile and mail to:

Richard W. Driscoll
Terence J. Everitt
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, VA 22314

Stephanie Luck Klayman DeLuca
2598 Kerwick Rd.
University Heights, OH 44118-4525


By: 
Larry Klayman, Esq.

3



**PrimeCare**
OF CORAL GABLES, P.A.          299 Alhambra Circle • Coral Gables, FL 33134 • Tel: 305-443-3001 • Fax: 305-441-9427

JEFFREY B. ROSEN, M.D.
FAMILY MEDICINE

HAROLD M. SILBERMAN, M.D.
FAMILY MEDICINE

IVAN CARRASQUILLA, M.D.
FAMILY MEDICINE

KEILA HOOVER, M.D.
FAMILY MEDICINE

DAVID SCHOLL, D.O.
FAMILY MEDICINE

May 19, 2008

Re:        Diana Klayman
Spouse:    Larry Klayman

To Whom It May Concern

The above mentioned individuals are patients of mine. This is to advise you that Mrs. Diana Klayman is being hospitalized for a period of time. It is necessary that her spouse accompany her throughout this time and be by her bedside. Thank you for your understanding.

If you have any questions please do not hesitate to contact me at (305)443-3001.

Sincerely,

Jeffrey Rosen, M.D.