IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY KLAYMAN,**<br><br>    Plaintiff,<br><br>    v.<br><br>**JUDICIAL WATCH, INC., et al.,**<br><br>    Defendants. | Civil Action No.  06-670 (CKK)(AK) |

## PLAINTIFF'S RENEWED REQUEST AND/OR MOTION FOR INCLUSION OF SEAL PROVISION IN PROTECTIVE ORDER

Plaintiff, Larry Klayman, hereby renews his request, and so moves, for a provision to be inserted into the outstanding protective order which requires that confidential information, such as financial and fundraising information, donor names and matters concerning Plaintiff's family matters, be subject to filing under seal. As grounds therefore, Plaintiff would show:

1. Plaintiff, in prior pleadings concerning Defendants' motion for protective order, in which they argued for a seal provision, agreed that such a provision would be appropriate for certain types of information and documentation, such as financial, fundraising and donor information.

2. Plaintiff has made similar arguments in a myriad of other pleadings, when it became apparent that neither the Defendants nor this Court interpreted the

existing protective order to require that this type of information and documentation be filed under seal. Instead, Defendants and their counsel included this information and documentation in public pleadings, placed on Pacer, which is available to the public. In this regard, misleading information about Plaintiff's family was already published on Pacer, or given directly to Legal Times, resulting in a defamatory article.

3. Hypocritically, Defendants have produced documents concerning their donors where they took it upon themselves to redact donor names, without any authority from this court to do so. What is good for the goose is apparently not good for the gander, when Defendants' interests are implicated. Defendants have also – as in the case of Response Unlimited, a fundraiser – obtained documentation implicating Plaintiff's proprietary rights while Plaintiff's motion to quash was still pending. Plaintiff does not to this day know exactly what confidential information Defendants improperly obtained.

4. The Magistrate Judge and the court has overruled Plaintiffs' objection to the breadth and relevancy of many of Defendants' discovery requests on the grounds that a protective order was in place to protect the confidentiality of this information. The record is replete with these rulings by the Magistrate Judge and the Court.

5. As pointed out by Plaintiff in pleadings and in hearings and conferences on a number of occasions, the protective order does not protect the confidentiality of these documents and information and for this reason a seal provision is necessary given the Magistrate Judge's rulings and the court's rulings that the current protective order does not provide for this.

6. Financial, fundraising, donor and private family law information is the most confidential of information and is widely protected through seal provisions. The case cited by the Court applies to this type of information, particularly under these circumstances where the parties are obviously hostile to each other; at least from the standpoint of Defendants' hostility toward Plaintiff. As appended to earlier pleadings, Defendants, shortly after Mr. Klayman left Judicial Watch to run for the U.S. Senate in Florida, threatened him with trademark infringement if he even represented his background as being the founder of Judicial Watch, much less Chairman and General Counsel.

WHEREFORE, Plaintiff respectfully request that this motion be granted.

Respectfully submitted,

s/Larry Klayman
Larry Klayman, Esq.
D.C. Bar No.: 334581
3415 SW 24th Street
Miami, FL 33145
Tel: 305-447-1091
Fax: 305-447-1548

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of July 2008, a true copy of the foregoing copy of the Plaintiff's Renewed Request and/or Motion for Inclusion of Seal Provision in Protective Order was served via electronic means to:

>Richard W. Driscoll, Esquire
>Driscoll & Seltzer, PLLC
>600 Cameron Street
>Alexandria, VA 22314

>By: s/Larry Klayman
>Larry Klayman, Esq.
>D.C. Bar No.: 334581
>3415 SW 24th Street
>Miami, FL 33145
>Tel: 305-447-1091
>Fax: 305-447-1548