

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| LARRY KLAYMAN, | |
| Petitioner, | D.C. Appeals Civil Action No.: **08-5218** |
| v. | |
| JUDICIAL WATCH, INC. a Florida non-profit organization and THOMAS J. FITTON, an individual, PAUL J. ORFANEDES an individual, CHRISTOPHER J. FARRELL, an individual Respondents. | Lower Civil Action No. 06-670 (CKK)(AK) |

**ORIGINAL**

## PETITION FOR WRIT OF MANDAMUS

1.  Pursuant to 28 U.S.C. §1651 and Rule 21 of Federal Rules of Appellate Procedure, Petitioner, Larry Klayman (hereinafter referred to as "Klayman") hereby petitions this Court for extraordinary relief in the nature of a Writ of Mandamus directed to Respondents, Judicial Watch, Inc. (hereinafter referred to as "Judicial Watch"), Thomas J. Fitton (hereinafter referred to as "Fitton") Paul J. Orfanedes, (hereinafter referred to as "Orfanedes") and Christopher J. Farrell (hereinafter referred to as "Farrell") (Judicial Watch, Fitton, Orfanedes and Farrell collectively hereinafter referred to as "Respondents). This action seeks to compel the preservation and prevention of the production of certain documents and depositions requested by the Respondents and ordered to be produced and deposed by Judge Colleen Kollar-Kotelly.

I.
PARTIES