IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY KLAYMAN,**<br><br>  Plaintiff,<br><br>  v.<br><br>**JUDICIAL WATCH, INC., et al.,**<br><br>  Defendants. | Civil Action No.  06-670 (CKK)(AK) |

### PLAINTIFF, LARRY KLAYMAN'S, MOTION TO STAY CERTAIN DISCOVERY PENDING FINAL ADJUDICATION OF PETITION FOR WRIT OF MANDAMUS

Plaintiff, Larry Klayman, moves this honorable court to stay certain discovery pending adjudication of his Petition for Writ of Mandamus, previously filed on July 24, 2008, with the U.S. Court of Appeals for the District of Columbia Circuit. As grounds therefore, Plaintiff would show:

1. Plaintiff previous put this court and the parties on notice of his intention to file the Petition and the court agreed that doing so was his right and would not take offense if he did so.

2. Given his heavy litigation schedule in this and other cases (indeed, the scheduled depositions have moved forward as ordered in the recent scheduling conference), and the need to tend to the illness of his wife which has kept him in Miami and required depositions by phone, as well as the need to prepare and finalize the

Petition, staying discovery on the issues raised in the Petition – which deal with how to protect donor, proprietary, attorney client, work product, financial and other widely recognized confidential information - - will not prejudice any party. A copy of the Petition, excepting the exhibits, which run hundreds of pages, is attached.

3. Plaintiff had asked the D.C. Circuit in his Petition to stay the relevant discovery as well. At 4:30 P.M. today, Petitioner was notified by phone that his Petition was denied. Petitioner will now seek timely en banc review, and petition the Supreme Court, if necessary, as important constitutional issues are implicated.

4. In addition, Petitioner pending has a renewed motion to amend the protective order with this court to allow for filing under seal confidential information, such as donor and financial information, consistent with his having previously so moved orally at two recent status conferences.

WHEREFORE, Plaintiff respectfully requests a stay of certain discovery until the appellate courts have ruled on the merits and the appellate process runs it course.

Respectfully submitted,

s/Larry Klayman_____
Larry Klayman, Esq.
D.C. Bar No.: 334581
3415 SW 24th Street
Miami, FL 33145
Tel: 305-447-1091

2

Fax: 305-447-1548

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of July 2008, a true copy of the foregoing copy of the Plaintiff, Larry Klayman's, Motion To Stay Certain Discovery Pending Adjunction of Petition For Writ of Mandamus was served via electronic means to:

    Richard W. Driscoll, Esquire
    Driscoll & Seltzer, PLLC
    600 Cameron Street
    Alexandria, VA 22314

By: s/Larry Klayman
Larry Klayman, Esq.
D.C. Bar No.: 334581
3415 SW 24th Street
Miami, FL 33145
Tel: 305-447-1091
Fax: 305-447-1548