IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY KLAYMAN,**<br><br>   Plaintiff,<br><br>   v.<br><br>**JUDICIAL WATCH, INC., et al.,**<br><br>   Defendants. | Civil Action No. 06-670 (CKK) (JF) |

## OBJECTIONS TO MAGISTRATE JUDGE'S ORDER OF AUGUST 4, 2008

Plaintiff, Larry Klayman, hereby objects to the Magistrate Judge's order of August 4, 2008, requiring additional work on Plaintiff's privilege log, as the decision is arbitrary and capricious. Attached is the privilege log, which contains all of the required information. It was prepared in tandem with the law firm of Jordan Coyne.

Indeed, Defendants' privilege log (attached) is no different. And, the Magistrate Judge has required, unlike is the case with Defendants, that Plaintiff's privileged documents be produced in camera. Thus, there is no need to create additional work.

WHEREFORE, for these reasons, Plaintiff's objection should be sustained.

                                                                 Respectfully submitted,

                                                                 By: s/Larry Klayman
                                                                 Larry Klayman, Esq.

D.C. Bar No.: 334581
3415 SW 24th Street
Miami, FL 33145
Tel: 305-447-1091
Fax: 305-447-1548

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of August 2008, a true copy of the foregoing copy of Objections to Magistrates Judges Order of August 4, 2008 was served via electronic means to:

> Richard W. Driscoll, Esquire
> Driscoll & Seltzer, PLLC
> 600 Cameron Street
> Alexandria, VA 22314

By: s/Larry Klayman
Larry Klayman, Esq.
D.C. Bar No.: 334581
3415 SW 24th Street
Miami, FL 33145
Tel: 305-447-1091
Fax: 305-447-1548

2