IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**LARRY KLAYMAN,**

   Plaintiff,

   v.

**JUDICIAL WATCH, INC., et al.,**

   Defendants.

Civil Action No. 06-670 (CKK) (JF)

## ERRATA

In Plaintiff's Appeal of Magistrate Judge Decision of August 4, 2008 that was filed yesterday, August 6, 2008, he inadvertently left out the attachment of Plaintiffs Privilege Log. Attached hereto is the Plaintiffs Privilege Log.

   Respectfully submitted,

   By: s/Larry Klayman
   Larry Klayman, Esq.
   D.C. Bar No.: 334581
   3415 SW 24th Street
   Miami, FL 33145
   Tel: 305-447-1091
   Fax: 305-447-1548

## CERTIFICATE OF SERVICE

2

I HEREBY CERTIFY that on this 7th day of August 2008, a true copy of the foregoing copy of Plaintiffs Errata was served via electronic means to:

>Richard W. Driscoll, Esquire
>Driscoll & Seltzer, PLLC
>600 Cameron Street
>Alexandria, VA 22314

>By: s/Larry Klayman
>Larry Klayman, Esq.
>D.C. Bar No.: 334581
>3415 SW 24th Street
>Miami, FL 33145
>Tel: 305-447-1091
>Fax: 305-447-1548