PRIVILEGE LOG -
Klayman v. Judicial Watch, Inc.

| Bates Number | Type of Document | Description of Document | Privilege Invoked |
|---|---|---|---|
| DPD000034 | Attorney Notes | Handwritten notes by John May dated 4/17/08 re. Motion to Quash | Attorney-Client/Work Product |
| DPD000036 | Attorney Notes | Handwritten notes by David Durbin dated 6/28/07 re. IRS letter and investigation | Attorney-Client/Work Product |
| DPD000037 | Attorney Notes, Telephone Message | Telephone message from Klayman and handwritten notes by David Durbin dated 12/16/05 re. tough time, finances | Attorney-Client/Work Product |
| DPD000038 | Attorney Notes | Handwritten notes by David Durbin dated 7/05 re. Klayman joined Walter and Haverfield, LLP | Attorney-Client/Work Product |
| DPD000039 | Attorney Notes | Handwritten notes by David Durbin dated 1/12/05 re. VA service of process questions | Attorney-Client/Work Product |
| DPD000040 | Attorney Notes | Handwritten notes by David Durbin dated 5/13/04 and 10/7/04 re. telephone calls with Klayman | Attorney-Client/Work Product |
| DPD000041 | Attorney Notes | Handwritten notes by David Durbin dated 3/23/04 re. finances and financial situation | Attorney-Client/Work Product |
| DPD000042 | Attorney Notes | Handwritten notes by David Durbin dated 1/23/04 re. discussion with Klayman, Alan Dye review of documents | Attorney-Client/Work Product |
| DPD000050-51 | Facsimile Transmittal Page and Attorney Notes | Facsimile Transmittal Page, Confirmation Page with Attorney correspondence by David Durbin to Larry Klayman dated 1/23/04 re. contact | Attorney-Client/Work Product |
| DPD000052 | Attorney Notes | Handwritten notes by David Durbin dated 1/13/04 re. reply to IRS request | Attorney-Client/Work Product |
| DPD000053 | Attorney Notes | Handwritten notes by David Durbin dated 1/12/04 re. scope of representation | Attorney-Client/Work Product |
| DPD000054 | Attorney Notes | Handwritten notes by David Durbin dated 1/9/04 re. contact numbers and billing | Attorney-Client/Work Product |
| DPD000055 | Attorney Notes | Handwritten notes by David Durbin dated 1/6/04 re. discussion between Larry Klayman and John ------- | Attorney-Client/Work Product |
| DPD000057-61 | Attorney Correspondence | Correspondence from David Durbin to Larry Klayman dated 8/30/05 re. statement of services with attachments of detailed entries in invoices and prior correspondence dated 10/7/04 | Attorney-Client/Work Product |

PRIVILEGE LOG -
Klayman v. Judicial Watch, Inc.

| | | | |
|---|---|---|---|
| DPD000062-64 | Attorney Correspondence | Correspondence from David Durbin to Larry Klayman dated 2/28/04 re. statement of services with attached invoice | Attorney-Client/Work Product |
| DPD000065-67 | Attorney Correspondence | Correspondence from David Durbin to Larry Klayman dated 1/14/04 re. statement of services with attachment of invoice | Attorney-Client/Work Product |
| DPD000068, DPD000070 | Facsimile Transmittal Page and Attorney Correspondence | Facsimile Transmittal Page, Confirmation Page with Attorney Correspondence from David Durbin to Larry Klayman dated 2/24/04 re. email re. COBRA | Attorney-Client/Work Product |
| DPD000083, DPD000085 | Facsimile Transmittal Page and Attorney Correspondence | Facsimile Transmittal Page, Confirmation Page with Attorney Correspondence from David Durbin to Larry Klayman dated 1/12/04 re. email from Judicial Watch | Attorney-Client/Work Product |
| DPD000086, DPD000087 | Facsimile Transmittal Page and Attorney Correspondence | Facsimile Transmittal Page, Confirmation Page with Attorney Correspondence from David Durbin to Larry Klayman dated 1/9/04 re. telephone numbers | Attorney-Client/Work Product |
| DPD000088 | E-mail and Attorney Notes | E-mail from Paul Orfanedes to David Durbin and Attorney Notes by David Durbin dated 1/8/04 re. Blanca Isabelle Ramirez | Attorney-Client/Work Product |
| DPD000100 | Email and Attorney Notes | Email from Susan Prytherch to David Durbin dated 12/17/03 re. Isabelle Ramirez - per my voice mail message and handwritten notes by David Durbin | Attorney-Client/Work Product |
| DPD000101 | Attorney Notes | Handwritten notes by David Durbin dated 12/16/03 res. Susan P. | Attorney-Client/Work Product |
| DPD000112 | Facsimile Transmittal Page and Attorney Notes | Facsimile Transmittal Page from Joanne Jarquin to David Durbin and Herbert Beller dated 12/4/03 with handwritten notes by David Durbin re. calls to LK and JJ | Attorney-Client/Work Product |
| DPD000266 | Attorney Notes | Handwritten notes by David Durbin dated 12/8/03 and 12/18/03 re. conversations with Larry Klayman | Attorney-Client/Work Product |
| DPD000267 | Attorney Notes | Handwritten notes by David Durbin dated 12/8/03 re. Barmak, quite a few issues | Attorney-Client/Work Product |

PRIVILEGE LOG -
Klayman v. Judicial Watch, Inc.

| | | | |
|---|---|---|---|
| DPD000268 | Attorney Notes | Handwritten notes by David Durbin dated 11/26/03 re. security deposit, lease | Attorney-Client/Work Product |
| DPD000269 | Attorney Notes | Handwritten notes by David Durbin dated 11/14/03 re. Bertron hearing 11/25/03 | Attorney-Client/Work Product |
| DPD000270 | Telephone Message | Telephone message from Klayman and handwritten notes by David Durbin dated 11/4/03 re. sending letter to DB | Attorney-Client/Work Product |
| DPD000272-274 | Attorney Correspondence | Correspondence from David Durbin to Larry Klayman dated 12/11/03 re. statement for services with attached invoice | Attorney-Client/Work Product |
| DPD000275-279 | Attorney Correspondence | Correspondence from David Durbin to Larry Klayman dated 11/19/03 re. statement for services with attached invoice | Attorney-Client/Work Product |
| DPD000446 | Email and Attorney Notes | Email from Susan Prytherch to David Durbin dated 10/21/03 re. LEK Cobra and handwritten notes by David Durbin | Attorney-Client/Work Product |
| DPD000462 | Email and Attorney Notes | Email from David Barmak to David Durbin, Herb Beller, Tom Fitton, Paul Orfanedes, Kathy Raffa, Joanne Jarquin dated 10/9/03 re. confidential - notice re. IRS submission and handwritten notes by David Durbin | Attorney-Client/Work Product |
| DPD000525 | Email and Attorney Notes | Email from David Durbin to David Barmak re. Confidential Memorandum: Confidential Internal Review and handwritten notes by David Durbin | Attorney-Client/Work Product |
| DPD000526 | Email and Attorney Notes | Email from David Durbin to David Barmak re. Judicial Watch/ Youngblood settlement and handwritten notes by David Durbin | Attorney-Client/Work Product |
| DPD000541 | Law Firm file folder divider | Jordan Coyne & Savits, LLP file folder divider "Internal Correspondence" | Attorney-Client/Work Product |
| DPD000542-546 | Law Firm Form | New Business Request Form of Jordan Coyne & Savits, LLP with attached correspondence from David Durbin to Larry Klayman (Draft) re. representation | Attorney-Client/Work Product |
| DPD000547-548 | Law Firm Form and Attorney Notes | Jordan Coyne & Savits, LLP Conflict of Interest Search Results and handwritten note by David Durbin dated 5/13/03 re. conflicts check | Attorney-Client/Work Product |

3

PRIVILEGE LOG -
Klayman v. Judicial Watch, Inc.

| | | | |
|---|---|---|---|
| DPD000729 | Law Firm file folder divider | Jordan Coyne & Savits, LLP file folder divider "Firm Bills and Expenses" | Attorney-Client/Work Product |
| DPD000730-733 | Attorney Correspondence | Correspondence from David Durbin to Larry Klayman dated 10/16/03 re. statement for services with attached invoice | Attorney-Client/Work Product |
| DPD000734-737 | Funds Transfer Form and Attorney Correspondence | Funds Transfer Form dated 10/3/03 with attached correspondence from David Durbin and David Stratton to SunTrust Bank re. wire transfer with attached Jordan Coyne & Savits, LLP billing forms and internal memoranda. | Attorney-Client/Work Product |
| DPD000738-739 | Attorney Memoranda | Memorandum from Rick Hauser, Jordan Coyne & Savits, LLP to David Durbin dated 10/3/03 re. funds distribution with attached law firm form | Attorney-Client/Work Product |
| DPD000740-743 | Bank Documents | Wire Transfer document from SunTrust Bank to Jordan Coyne & Savits, LLP dated 9/23/03 | Attorney-Client/Work Product |
| DPD000744-748 | Law Firm Forms and Billing Documents | Cash Receipt Forms from Jordan Coyne & Savits, LLP dated 6/4/03, 7/11/03, 8/18/03 with attached check from Klayman | Attorney-Client/Work Product |
| DPD000749 | Check and Attorney Notes | Check from Larry Klayman to Jordan Coyne & Savits, LLP dated 8/18/093 and handwritten notes by David Durbin dated 8/18/03 re. check | Attorney-Client/Work Product |
| DPD000750-752 | Attorney Correspondence | Correspondence from David Durbin to Larry Klayman dated 8/18/03 re. statement for services with attached invoice | Attorney-Client/Work Product |
| DPD000753-756 | Attorney Correspondence | Correspondence from David Durbin to Larry Klayman dated 7/11/03 re. statement for services with attached invoice | Attorney-Client/Work Product |
| DPD000757-759 | Invoice and Law Firm Check Receipt | Invoice from ABA dated 5/19/03, check receipt of Jordan Coyne & Savits, LLP and handwritten note by David Durbin dated 5/22 re. charge and firm email re. billing | Attorney-Client/Work Product |
| DPD000760-763 | Attorney Correspondence | Correspondence from David Durbin to Larry Klayman dated 6/4/03 re. statement for services with attached invoice | Attorney-Client/Work Product |

PRIVILEGE LOG -
Klayman v. Judicial Watch, Inc.

| | | | |
|---|---|---|---|
| DPD000764-765 | Email and Attorney Notes | E-mail between staff at Jordan Coyne & Savits, LLP dated 6/2/03 re. Klayman bill and attached handwritten notes by David Durbin dated 6/2/03 re. Klayman bill | Attorney-Client/Work Product |
| DPD000766-767 | Law Firm Receipt and Check | Jordan Coyne & Savits, LLP receipt dated 6/4/03 with attached check from Jordan Coyne & Savits, LLP to SunTrust Bank dated 6/4/03 | Attorney-Client/Work Product |
| DPD000768-770 | Law Firm Form and Check | Jordan Coyne & Savits, LLP accounting form dated 5/28/03 with attached bill and check from Klayman dated 5/20/03 | Attorney-Client/Work Product |
| DPD000771-774 | Law Firm Form and Attorney Correspondence | Jordan Coyne & Savits, LLP New Business Request Form dated 5/13-14/03 with attached correspondence from David Durbin to Larry Klayman dated 5/13/03 (Draft) re. representation | Attorney-Client/Work Product |
| DPD000775-776, DPD000778 | Attorney Correspondence | Correspondence from David Durbin to Larry Klayman dated 10/31/03 re. Judicial Watch's concern, with attached correspondence from David Durbin to Larry Klayman dated 10/28/03 and 10/31/03 re. Judicial Watch (re. COBRA issues) | Attorney-Client/Work Product |
| DPD000779-780 | Attorney Correspondence | Correspondence from David Durbin to Larry Klayman dated 10/27/03 re. Judicial Watch, email from Paul Orfanedes with attached email dated 10/25/03 | Attorney-Client/Work Product |
| DPD000781 | Attorney Correspondence | Correspondence from David Durbin to Larry Klayman dated 10/15/03 re. Judicial Watch, correspondence from Joanne Jarquin | Attorney-Client/Work Product |
| DPD000784 | Atorney Correspondence | Correspondence from David Durbin to Larry Klayman dated 10/10/03 re. Judicial Watch, correspondence from Ms. Jarquin | Attorney-Client/Work Product |
| DPD000786-789 | Attorney Correspondence | Correspondence from David Durbin to Larry Klayman dated 10/6/03 re. Judicial Watch, copy of SunTrust Funds Transfer Authorization form dated 10/3/03 and email from David Barmak (with both attached) dated 10/3/03 | Attorney-Client/Work Product |

PRIVILEGE LOG -
Klayman v. Judicial Watch, Inc.

| | | | |
|---|---|---|---|
| DPD000790 | Attorney Correspondence | Correspondence from David Durbin to Larry Klayman and Herbert Beller dated 10/6/03 re. Judicial Watch, letter from Joanne Jarquin | Attorney-Client/Work Product |
| DPD000794 | Attorney Correspondence | Correspondence from David Durbin to Larry Klayman re. Judicial Watch, emails from David Barmak | Attorney-Client/Work Product |
| DPD000803 | Attorney Correspondence | Correspondence from David Durbin to Larry Klayman re. Judicial Watch, email from David Barmak | Attorney-Client/Work Product |
| DPD000806-810 | Attorney Correspondence | Correspondence from David Durbin to Larry Klayman re. draft response to court with attached correspondence from David Durbin to U.S. District Court for the District of Columbia dated 10/1/03 (Draft) | Attorney-Client/Work Product |
| DPD000811 | Attorney Correspondence | Correspondence from David Durbin to Larry Klayman dated 9/11/03 re. Judicial Watch, email from Barmak and enclosures | Attorney-Client/Work Product |
| DPD000825-826 | Attorney Correspondence | Correspondence from David Durbin to Larry Klayman dated 5/14/03 re. representation agreement with Jordan Coyne & Savits, LLP | Attorney-Client/Work Product |
| DPD000827-830 | Attorney Correspondence | Correspondence from David Durbin to David Barmak dated 5/14/03 re. Judicial Watch (Draft) with facsimile transmission confirmation page | Attorney-Client/Work Product |
| DPD000831-846 | Attorney Correspondence | Correspondence from David Durbin to David Barmak dated 5/15/03 re. Judicial Watch (Draft) with handwritten notes of David Durbin on correspondence, clean draft version of correspondence, handwritten notes by David Durbin dated 5/14/03. | Attorney-Client/Work Product |
| DPD000847-848 | Attorney Correspondence | Correspondence from David Durbin to Larry Klayman dated 5/14/03 re. representation agreement with Jordan Coyne & Savits, LLP | Attorney-Client/Work Product |
| DPD000927 | Legal Research | Legal Research - Am Jur 2d with handwritten notes by David Durbin | Attorney-Client/Work Product |
| DPD000936 | Handwritten Notes | Handwritten notes by David Durbin re. DC Law | Attorney-Client/Work Product |
| DPD000937-945 | Legal Research | Case Law with handwritten notes by David Durbin | Attorney-Client/Work Product |

6

PRIVILEGE LOG -
Klayman v. Judicial Watch, Inc.

| | | | |
|---|---|---|---|
| DPD000946-949 | Legal Research | Case Law with handwritten notation by David Durbin | Attorney-Client/Work Product |
| DPD000952-953 | Order Form | Order Form for Law & Tax book with handwritten notes by David Durbin | Attorney-Client/Work Product |
| DPD000954 | Attorney Correspondence | Correspondence from David Durbin to Larry Klayman dated 10/22/03 re. Judicial Watch, call to Joanne Jarquin etc. | Attorney-Client/Work Product |
| DPD000955-956 | Attorney Correspondence | Correspondence from David Durbin to Joanne Jarquin dated 10/20/03 re. return of laptop by Larry Klayman with facsimile confirmation sheet | Attorney-Client/Work Product |
| DPD000957 | Attorney Correspondence | Correspondence from David Durbin to Larry Klayman dated 10/20/03 re. Judicial Watch, correspondence from Joanne Jarquin | Attorney-Client/Work Product |
| DPD000974 | Attorney Correspondence | Correspondence from David Durbin to Larry Klayman and Herb Beller dated 10/17/03 re. Judicial Watch, letter from Ms. Raffa to Mr. Rose and handwritten note by David Durbin re. Beller call | Attorney-Client/Work Product |
| DPD000985 | Email | Email from David Durbin to Susan Prytherch dated 10/15/03 re. 2000 IRS Transmittal letter and 10/16 handwritten note by David Durbin fro conversation with Paul Orfanedes | Attorney-Client/Work Product |
| DPD000986-992 | Attorney Correspondence | Correspondence from Kathy Raffa to Daniel Rose, IRS dated 10/17/03 re: Confidential Taxpayer Information re. Judicial Watch (Draft) with handwritten notes by David Durbin and facsimile transmission confirmation sheet | Attorney-Client/Work Product |
| DPD000993-995 | Handwritten Notes | Handwritten notes by David Durbin dated 10/15/03 re. Paul O and Susan - Reviewed Docs at JW | Attorney-Client/Work Product |
| DPD000996-998 | Handwritten Notes | Handwritten notes by David Durbin dated 10/14/03 - 10/15/03 re. security report, documents, Herb Beller, Chris Farrell | Attorney-Client/Work Product |

PRIVILEGE LOG -
Klayman v. Judicial Watch, Inc.

| | | | |
|---|---|---|---|
| DPD000999-1004 | Atttorney Correspondence | Correspondence from Kathy Raffa to Daniel Rose, IRS 10/17/03 re: Confidential Taxpayer Information re. Judicial Watch (Draft) with handwritten notes by David Durbin with facsimile confirmation sheet | Attorney-Client/Work Product |
| DPD001005 | Attorney Correspondence | Facsimile Cover Page from Herbert Beller to David Durbin dated 10/14/03 | Attorney-Client/Work Product |
| DPD001464-1475 | Legal Agreement | Severance Agreement (Draft) between Judicial Watch and Larry Klayman with handwritten notes by David Durbin | Attorney-Client/Work Product |
| DPD001477-1490 | Legal Agreement | Severance Agreement (Draft) between Judicial Watch and Larry Klayman. This appears to be a redline draft. | Attorney-Client/Work Product |
| DPD001495-1498 | Email and Attorney Notes | Email from Herbert Beller to David Barmak dated 9/18/03 re. Draft Agreement with handwritten notes by David Durbin and attached handwritten notes by David Durbin | Attorney-Client/Work Product |
| DPD001499-1512 | Legal Agreement | Severance Agreement between Judicial Watch and Larry Klayman with handwritten notes by David Durbin | Attorney-Client/Work Product |
| DPD001514-1516 | Legal Agreement | Agreement in Principle Revised Draft 9/11/03 between Larry Klayman and Judicial Watch with handwritten notations by David Durbin | Attorney-Client/Work Product |
| DPD001517-1536 | Legal Agreement and Handwritten Notes | Severance Agreement between Judicial Watch and Larry Klayman with handwritten notes by David Durbin and attached handwritten notes by David Durbin dated 9/18/03 | Attorney-Client/Work Product |
| DPD001537 | Handwritten Notes | Handwritten notes by David Durbin dated 9/19/03 re. checks, written confirmation | Attorney-Client/Work Product |
| DPD001540-1542 | Handwritten Notes | Handwritten notes by David Durbin dated 9/18/03 re. call to DB | Attorney-Client/Work Product |
| DPD001543-1544 | Handwritten Notes | Handwritten notes by David Durbin dated 9/18/03 re. call to DB | Attorney-Client/Work Product |
| DPD001545-1547 | Handwritten Notes | Handwritten notes by David Durbin dated 9/18/03 re. deal points | Attorney-Client/Work Product |
| DPD001548-1550 | Handwritten Notes | Handwritten notes by David Durbin dated 9/18/03 re. deal points | Attorney-Client/Work Product |

PRIVILEGE LOG -
Klayman v. Judicial Watch, Inc.

| | | | |
|---|---|---|---|
| DPD001551 | Handwritten Notes | Handwritten notes by David Durbin dated 9/18 re. D. Barmak, draft last evening | Attorney-Client/Work Product |
| DPD001552 | Handwritten Notes | Handwritten notes by David Durbin dated 9/18/03 re. LK | Attorney-Client/Work Product |
| DPD001553 | Handwritten Notes | Handwritten notes by David Durbin dated 9/17/03 re. 17a "others", Barmak | Attorney-Client/Work Product |
| DPD001554 | Handwritten Notes | Handwritten notes by David Durbin dated 9/16/03 re. DPD call to DB | Attorney-Client/Work Product |
| DPD001555-1558A | Handwritten Notes | Handwritten notes by David Durbin dated 9/16/03 re. LK, Herb and Barmak | Attorney-Client/Work Product |
| DPD001573 | Email and Attorney Notes | Email from David Barmak to David Durbin and Herb Beller dated 9/18/03 re. negotiations and related issues and handwritten notes by David Durbin | Attorney-Client/Work Product |
| DPD001574-1594 | Legal Agreement | Severance Agreement between Judicial Watch and Larry Klayman with handwritten notes by David Durbin 9/15/03: Klayman Revision | Attorney-Client/Work Product |