## Juli Haller Simonyi

| | |
|---|---|
| **From:** | Larry Klayman [leklayman@bellsouth.net] |
| **Sent:** | Friday, August 01, 2008 9:28 AM |
| **To:** | Richard Driscoll; Juli Haller Simonyi |
| **Cc:** | 'Larry Klayman' |
| **Subject:** | FW: Klayman v. Judicial Watch, Inc. |
| **Attachments:** | OC 07 31 08.pdf |

Dear Ladies and Gentleman:

As previously advised in court pleadings, we have a motion pending to  stay certain discovery until our motion for rehearing en banc is decided by the D.C. Circuit and, in addition, a just denied motion, without prejudice, to "modify the protective order" with regard to the documents at issue. The supplemental documents are implicated in these proceedings which have not run their  course.

Your motion for contempt would thus be inappropriate and sanctionable in and of itself.

Please govern yourself accordingly.

Larry Klayman

---

**From:** Susan L. Davis [mailto:sdavis@DriscollSeltzer.com]
**Sent:** Thursday, July 31, 2008 2:37 PM
**To:** leklayman@bellsouth.net
**Cc:** Juli Haller Simonyi
**Subject:** Klayman v. Judicial Watch, Inc.

Please see attached correspondence from Ms. Haller Simonyi.

Susan L. Davis
Legal Assistant
DRISCOLL & SELTZER, PLLC
600 Cameron Street
Alexandria, VA  22314
703.340.1626 Office
703.997.4892 Fax
sdavis@driscollseltzer.com

CONFIDENTIALITY NOTICE:  This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original lmessage.  If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.