### Juli Haller Simonyi

**From:** Juli Haller Simonyi
**Sent:** Monday, August 11, 2008 4:04 PM
**To:** Juli Haller Simonyi
**Subject:** FW: Klayman v. Judicial Watch, Inc. et al. Civil Action No. 1:06-cv-00670
**Attachments:** Not Dep - LEK 08 11 08 - 2.pdf

**From:** Richard Driscoll
**Sent:** Monday, August 11, 2008 12:51 PM
**To:** 'leklayman@bellsouth.net'
**Subject:** RE: Klayman v. Judicial Watch, Inc. et al. Civil Action No. 1:06-cv-00670

You are correct, the date on the Notice was mistaken. Attached is an Amended Notice with the correct date of August 15, 2008, which was set by the Court on July 9, 2008 and agreed to by you. Defendants do not agree to reschedule the depositions.

Richard W. Driscoll, Esquire
DRISCOLL & SELTZER, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Phone
703.997.4892 Efax
rdriscoll@driscollseltzer.com

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

**From:** leklayman@bellsouth.net [mailto:leklayman@bellsouth.net]
**Sent:** Monday, August 11, 2008 12:16 PM
**To:** Susan L. Davis
**Cc:** Richard Driscoll
**Subject:** Re: Klayman v. Judicial Watch, Inc. et al. Civil Action No. 1:06-cv-00670

This notice is incorrect as to the date.

In addition, I had to leave the country on a client emergency and would like to reschedule the deps for this week for a later date, particularly in light of pending motions, objections and my motion for rehearing en banc before the DC Circuit.

8/11/2008

I am willing to push off the deps of JW this week a bit.

I will propose new dates by the end of the day. I am currently in Central Asia east and will need to stay longer than expected, so if we can't agree I will have to move for a slight rescheduling, still within the discovery cut off date.

Larry Klayman

Larry Klayman

> -------------- Original message from "Susan L. Davis" <sdavis@DriscollSeltzer.com>: -------------
>
> Please see attached correspondence from Mr. Driscoll.
>
> Susan L. Davis
> Legal Assistant
> DRISCOLL & SELTZER, PLLC
> 600 Cameron Street
> Alexandria, VA  22314
> 703.340.1626 Office
> 703.997.4892 Fax
> sdavis@driscollseltzer.com
>
> CONFIDENTIALITY NOTICE:  This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original lmessage.  If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

8/11/2008