

# driscoll seltzer

600 CAMERON STREET
ALEXANDRIA, VIRGINIA 22314
phone 703.340.1625
fax 703.997.4892
www.driscollseltzer.com

Juli Haller Simonyi*
Writers email: jhaller@driscollseltzer.com
*Admitted in DC, NY and NJ

July 31, 2008

**BY EMAIL, FACSIMILE AND FIRST CLASS MAIL**

Larry Klayman, Esquire
The Klayman Law Firm, P.A.
3415 S.W. 24th Street
Miami, FL 33145

                Re:   *Klayman, et al. v. Judicial Watch, Inc., et al.*, Civil No. 1:06-CV-00670 (D.D.C.)

Dear Larry:

We are writing to advise you that your production to defendants' supplemental request for production of documents are once again late. As you know, pursuant to Court's 07/09/2008 Order (Document 200), they were due last Friday, July 25, 2008.

We intend to file a Motion for Contempt by the end of business tomorrow, August 1, 2008 unless we receive documents by overnight mail tomorrow.

This letter constitutes our effort to confer with regard to said motion.

                Best regards,

                DRISCOLL & SELTZER, PLLC

                By: _/s/ Juli Haller Simonyi_
                Juli Haller Simonyi