IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, | |
| Plaintiff, | |
| v. | Civil Action No. 1:06-CV-00670 (CCK) (AK) |
| JUDICIAL WATCH, INC., *et al.*, | |
| Defendants. | |

## ORDER

Upon consideration of Defendants' Motion for relief pursuant to Fed. R. Civ. P. 37 (b), any Opposition filed thereto by Plaintiff, any Reply Memorandum in further support by Defendants, and the entire record herein, it is this ___ day of _____ 2008,

ORDERED that the motion is hereby GRANTED, and it is further

ORDERED that Klayman is barred from testifying or admitting any evidence he claims supports any of his alleged damage claims or in support of his alleged defenses to Defendants' counterclaims.

_____

cc:   Copies to all counsel