IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**LARRY KLAYMAN,**

    Plaintiff,

    v.

**JUDICIAL WATCH, INC.**

    Defendants.

Civil Action No. 06-670 (CKK) (JF)

## PLAINTIFF'S MOTION TO RESET DEPOSITION OF LARRY KLAYMAN AND SUSAN PRYTHERICH AND KATHY RAFFA

Plaintiff, Larry Klayman, moves this honorable court to reset the depositions scheduled for this week and as grounds therefore would show the following:

1. Late last week Larry Klayman, Plaintiff, had to unexpectedly leave the country for India on an urgent client matter and is now in India, 23 hours away from Washington, D.C.

2. Plaintiff had hoped to return to the United States on Wednesday, August 13, 2008, but has been delayed due to pressing legal matters in India.

3. Plaintiff's wife is now convalescing in Colombia, where her family is.

4. Discovery is not set to close August 29, 2008 and there are several open dates left to fill in these depositions.

5. Plaintiff is seeking en banc review of its writ of mandamus, which will be filed August 13, 2008, from India via his office in Miami and is moving again to modify the protective order, which is important for his continued deposition.

6. Despite no prejudice resulting to Defendants to this rescheduling, yesterday, August 11, 2008, they have again refused professional courtesy and to work with Plaintiff, who is a sole practitioner with limited manpower and resources. It is apparent that Defendants want to put as much pressure on Plaintiff as possible under these circumstances, reminiscent of other circumstances when they refused to reschedule even when Plaintiff's mother died.

7. This is the first time since the status conference in early July, where depositions were scheduled by the Magistrate Judge, that Plaintiff has requested a rescheduling. All other depositions have been proceeding on schedule, including depositions of Phil Sheldon, Diener Consultants, Plaintiff's former wife, Maureen Otis of American Caging and Mark Fitzgibbons of ATA. Thus, this motion is not intended to delay.

WHEREFORE, Plaintiff moves to reschedule the continued deposition of himself (he has already been deposed for about 8 hours) and the depositions of Judicial Watch employees

Susan Prytherich and Kathy Raffa for this week. As Plaintiff is in India, an expedited ruling is requested. A rescheduling conference can be held on Monday, August 18, 2008, when Plaintiff will be back in the country. His cell phone currently does not work in India and there is a 9 ½ hour time difference from Washington, D.C.

        Respectfully submitted,

        By: s/Larry Klayman
        Larry Klayman, Esq.
        D.C. Bar No.: 334581
        3415 SW 24th Street
        Miami, FL 33145
        Tel: 305-447-1091
        Fax: 305-447-1548

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of August 2008, a true copy of the foregoing copy of Plaintiff's Motion to Reset Depositions of Larry Klayman and Susan Prytherich and Kathy Raffa was served via electronic means to:

    Richard W. Driscoll, Esquire
    Driscoll & Seltzer, PLLC
    600 Cameron Street
    Alexandria, VA 22314

        By: s/Larry Klayman
        Larry Klayman, Esq.
        D.C. Bar No.: 334581
        3415 SW 24th Street
        Miami, FL 33145
        Tel: 305-447-1091
        Fax: 305-447-1548