IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DR. K.A. PAUL, GLOBAL PEACE
INITIATIVE, INC.

    Plaintiffs,

      v.

PRESIDENT GEORGE W. BUSH,
CONDOLEEZA RICE, U.S.
SECRETARY OF STATE,
JENDAYI FRAZIER, ASSISTANT
SECRETARY OF STATE, U.S.
DEPARTMENT OF STATE,
ALBERTO GONZALEZ,
ATTORNEY GENERAL OF THE
UNITED STATES, U.S.
DEPARTMENT OF JUSTICE,
MICHAEL CHERTOFF,
SECRETARY OF HOMELAND
SECURITY, U.S. DEPARTMENT
OF HOMELAND SECURITY, KIP
HAWLEY, DIRECTOR OF
TRANSPORTATION SAFETY
ADMINISTRATION, U.S.
TRANSPORATION SAFETY
ADMINISTRATION,
LIEUTENANT GENERAL
MICHAEL HAYDEN, DIRECTOR
OF THE NATIONAL SECURITY
AGENCY, JOAN BAUERLEIN,
DIRECTOR OF THE FEDERAL
AVIATION ADMINISTRATION,
SONIA GANDHI, PRESIDENT OF
INDIAN NATIONAL CONGRESS,
NATWAR SINGH, FORMER
FOREIGN MINISTER OF INDIA,
MANMOHAN SINGH, PRIME
MINISTER OF INDIA, PRANAB
MUKHARJEE, FOREIGN
MINISTER OF INDIA

    Defendants.

Civil Action No.

## VERIFIED COMPLAINT

1.   This is an action to redress violations of the First, Fourth, Fifth and
     Fourteenth Amendments of the United States Constitution and the
     fundamental right of privacy and an action for declaratory judgment and
     injunctive relief brought pursuant to the provisions of 28 U.S.C. 2201 and
     2202 for the purpose of obtaining a declaration of rights, status or other
     legal relations under federal law.

2.   An actual controversy exists between the parties as to whether:

     a.   Defendants unlawfully wire tapped Plaintiffs and hacked their
          computers in violation of his free speech rights, rights of privacy
          and to be free of unreasonable searches and seizures;

     b.   Defendants have improperly placed Plaintiffs on a  watch list for
          purposes of conducting unlawful detentions, imprisonments, and
          other restrictions on his freedom of speech, and to be free from
          unreasonable searches and seizures and to travel freely;

     c.   Defendants have unlawfully interfered with Plaintiffs' donors and
          seized their property without due process and equal protection

under the law, and on violation of their rights of free speech and privacy;

d.    Defendants have entrapped Plaintiffs' by trying to accuse and indict him for false allegations concerning his stay at the Beverly Hills Hotel on business, where he was arrested for allegedly assaulting a female in an elevator, in violation of his rights to due process and equal protection under the law, and his rights to be free of unreasonable searches and seizures;

e.    Defendants have discriminated against Plaintiff, Dr. Paul on the basis of race, ethnicity and national origin.

f.    Defendants have committed common law torts of false light and tortious interference with business relations;

## PARTIES, JURISDICTION AND VENUE

3.    Plaintiff, Dr. K.A. Paul is a permanent resident and resides in Houston, Texas. Dr. Paul was born in India and is an evangelical clergyman who founded and is President of Plaintiff, Global Peach Initiative, Inc. (GPI), a public interest non-governmental organization (NGO) based in Houston, Texas and India, to protect and help children, orphans and widows in the United States and around the world. The mission of Plaintiffs is to bring

peace to troubled areas of the world where children, orphans and widows are harmed if not maimed and killed by the effects of turmoil and war. To do this, Plaintiffs are and have become private diplomats of peace and have established a reputation second to none in achieving their goals under the divine word and teachings of God and his son, Jesus Christ. As just one example, Plaintiffs brokered peace in Liberia when they convinced the former ruler Charles Taylor to peacefully step down as President and leave the country, thereby defusing a deadly civil war that harmed and would have continued to harm children and widows. Plaintiffs have also attempted to bring peace to Nigeria, which is run by a deadly and ruthless dictator, President Olusegun Obasanjo, and contribute to peacemaking in other regions of Africa and the Middle East. There are many other examples of this peacemaking, as set forth below and otherwise. Plaintiff, Dr. K.A. Paul, is widely credited with being the most inspirational and widely supported evangelical clergyman in the world by prominent Christian, Jewish, Hindu and Muslim leaders. He has written an autobiography about his work entitled "Al-Queda Winning – America Losing: Three Things We All Must Do To Reverse Course and Win the War On Terror". A copy of this book is attached as Exhibit 1 and its contents are incorporated herein by reference. While initially supporting President George W. Bush and being personally instrumental in his election to President, Dr. K.A. Paul has been critical of the President's war in Iraq and other foreign policy initiatives in Africa and the Middle East.

In particular. Dr. K.A. Paul is a strong supporter of Israel and believes that the President's policies are not only harming innocent children, orphans and widows, but the Jewish state and its aspirations to live in peace.

4.    Defendant George W. Bush is the President of the United States at all material times.  He is being sued in his personal and official capacities, while acting under color of federal authority, but exceeding this authority in violation of constitutional rights. His address is The White House, 1600 Pennsylvania Avenue, N.W., Washington, D.C. 20500.

5.    Defendant, Condoleezza Rice is the U.S. Secretary of State at all material times. She is the titular head of the U.S. Department of State at all material times. She is being sued in her personal and official capacities, while acting under color of federal authority, but exceeding her authority in violation of constitutional rights.

6.    Defendant, Jendayi Frazier, is the Assistant Secretary of State at all material times. She is being sued in her personal and official capacities, while acting under color of federal authority, but exceeding her authority in violation of constitutional rights.

7.    Defendant, the U.S. Department of State, is a department of the executive branch of the U.S. government and its headquarters is located at, 2201 C Street NW, Washington, DC 20520.

8.    Defendant Alberto Gonzalez was at all material times the Attorney General of the United States. He is being sued in his official and personal capacities, while acting under color of federal authority, but exceeding his authority in violation of constitutional rights. His address at all material times was U.S. Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530.

9.    Defendant U.S. Department of Justice is located at 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530, and encompasses the Federal Bureau of Investigation (FBI).

10.    Defendant Michael Chertoff is the Secretary of Homeland Security. He is being sued in his official and personal capacity, while acting under color of federal authority, but exceeding his authority in violation of constitutional rights. His address is U.S. Department of Homeland Security, Washington, D.C. 20528.

11.    Defendant U.S. Department of Homeland Security is located in Washington, D.C. 20528.

12.    Defendant Kip Hawley is at all material times the Director of the Transportation Safety Administration (TSA). He is being sued in his personal and official capacities, while acting under color of federal authority, but exceeding his authority in violation of constitutional rights. His address is U.S. Transportation Safety Administration, 601 South 12th Street, Arlington, Virginia 22202-4220.

13.    Defendant U.S. Transportation Safety Administration is located at 601 12th Street, Arlington, Virginia 22202-4220.

14.    Defendant Lieutenant General Michael Hayden is the Director of the National Security Agency (NSA) at all material times. He is being sued in his personal and official capacities, while acting under color of federal authority, but exceeding his authority in violation of constitutional rights. His address is NSA, 9800 Savage Road, Ft. Meade, MD 20755-6637.

15.    Defendant NSA is located at 9800 Savage Road, Ft. Meade, Maryland 20755-6637.

16.    Defendant Joan Bauerlein is at all material times the Director of the Federal Aviation Administration (FAA) is located at 800 Independence Avenue, SW, Washington, D.C. 20591 and is being sued in his/her

personal and official capacities, while acting under color of federal authority but exceeding her authority in violation of constitutional rights and leader of Congress Party.

17.  Defendant FAA is located at 800 Independence Avenue, SW, Washington, DC, 20591.

18.  Defendant Sonia Gandhi is at all material times the President of Indian National Congress. India is a country where Plaintiff Dr. K.A. Paul is a citizen and a spiritual and political leader, in addition to the United States and other regions of the world.

19.  Defendant Natwar Singh was at all material times the Foreign Minister of India, until he was fired for improper conduct.

20.  Defendant Manmohan Singh is at all materials times the Prime Minister of India.

21.  Defendant Pranab Mukharjee is at all materials times the Foreign Minister of India.

22.  Defendants, each and every one of them, are joint tortfeasors in this case and are jointly and severally liable for Plaintiffs' causes of action. They

have conspired to harm Plaintiffs and their missions to save and help children, orphans and widows from the detrimental effects of war and other strife. However, if Plaintiffs' mission comes into seeming conflict with Defendants' own goals of the exertion of raw power and economic control of commodities such as oil, by Republican, American and Indian ruling political party interests and their lobbyist corporate "friends", then the Defendants' set out to silence, harm, damage and destroy Plaintiffs as alleged herein.

23.     Jurisdiction and venue are proper because pursuant to 28 U.S.C. 1331 "the district courts shall have jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

24.     Jurisdiction and venue are also proper pursuant to 28 U.S.C. 1343, which states that "the district courts shall have original jurisdiction of any civil action authorized by law to be commenced by any person…To redress the deprivation, under color of State law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the Constitution of the United States or by any Act of Congress providing for equal rights of citizens and all persons within the jurisdiction of the United States."

## THE FACTS

25.     Plaintiffs incorporate by reference the detailed facts set forth in Exhibit 1.

26.     After risking his life to bring peace to Liberia, where Dr. K.A. Paul persuaded President Charles Taylor, by bringing him to Christ, to step down to bring peace to the country, the United States and Nigeria jointly concocted, and implemented through the acts of Defendants, a plan to silence Dr. Paul and claim credit for the intervention. After presiding over President Taylor's internationally broadcast stepping down ceremony in Nigeria where he had fled, Dr. Paul was suddenly detained by Nigerian President Olusagun Obasajo's security guards Within minutes of his detention, the United States and Nigeria jointly claimed credit for the ending the standoff. The most crucial irony of all: just four weeks prior to Dr. Paul's success, Condoleezza Rice, President Bush, and President Obasanjo had explicitly rejected the very process that Dr. Paul successfully pursued that resulted in peace for Liberia. Tragically, the United States, the most powerful country in the world, had not seen it necessary to intervene while hundreds of thousands of Liberians, including children and women, were being slaughtered.

27.     After Dr. Paul's successful peacemaking efforts in Burundi / Rwanda in 2000, which led to the official end of the war between the Hutus and Tutsis; and in Nigeria in 2001, threatening to plunge Nigeria into a religious civil war; and in India and Pakistan in 2002, where he intervened

to bring Pakistan and India back from the brink of nuclear war, two wealthy donors bought and refurbished a Boeing 747-SP for Dr. Paul and GPI to use in its peacemaking and humanitarian efforts. Part of the Administration's efforts to undermine Dr. Paul included targeting the donors who bought the plane for Dr. Paul and who had donated almost $20 million to his work. They were subjected to a public investigation by the SEC, a time during which his company lost billion of dollars, only to have everything dismissed after they lost the heart and means to continue donating. As a result, Plaintiffs lost these persons as donors. Other donors and donations worth billions of dollars were also scared away, through the intimidation of Defendants, from donating to Plaintiffs. The losses and damages run in the tens of billions of dollars.

28.   After successfully intervening in Haiti in 2004 at the request of the Congressional Black Caucus (CBC), their subsequent invitation to Dr. Paul to tell them how he persuaded rebel leader Guy Philippe to lay down his arms and end the threat of civil war was rescinded at the insistence of the U.S. State Department. The embarrassed CBC leaders apologized profusely and promised Dr. Paul that he would be invited at a later date. Dr. Paul has not yet received an explanation regarding the State Department's unusual intervention into Congressional affairs over his efforts to halt a civil war in Haiti.

29.    After Syrian President al-Allad personally invited Dr. Paul in late June,
2005 to hold peace rally in Damascus, Syria, the administration initiated
covert and overt attempts to stop the subsequent peace mission that Dr.
Paul had organized where he, joined by India's preeminent politicians,
was to meet the heads of state in Syria, Iran and Libya in an attempt to
keep from happening precisely what is transpiring in the Middle East
today. The Gospel of Jesus Christ, the Prince of Peace, is the core subject
of every peace rally by Plaintiffs and President al-Assad's invitation was
the first time in centuries that a Christian leader had been invited to a
predominantly Muslim country to present the gospel of Jesus on such a
massive scale. The administration's intervention precluded what was very
likely to have been a second invitation from Iran in July 2005. The U.S.
intervened by quickly inviting India's then Foreign Minister Natwar
Singh, Secretary of State Condoleezza Rice's counterpart in India, to
Washington to inform him of a rushed State Dinner for India Prime
Minister Mannohan Singh-a thinly veiled effort to counter the State
Dinner that (Republican) Governor Mike Huckabee of Arkansas was
hosting for the widows, orphans and peacemakers of India – only he
would intervene to stop the peace mission. The administration hijacked
and used the nonaligned status of India to assert control over what was
transpiring in Syria, Libya, and Iran, nations over which it had no
influence. Mr. Singh's first order of business upon his return to India was
to officially request that each country where visits with the heads of state

12

had been confirmed not meet with Dr. Paul, India's former Prime Minister Deve Gowda and the 25 sitting Senators from India's Parliament, an historic delegation of peace leaders that represented all seventeen political parties in India. The U.S. seduction of India's Foreign Minister Natwar Singh included a private meeting with President Bush -- the first time in history a U.S. President had met in private with an Indian Foreign Minister. The meeting was even more unusual considering that Mr. Singh is 1) a close personal friend of both the late Saddam Hussein and Fidel Castro; 2) India's most vocal opponent to the Iraq war; and 3) a proponent of a reconstituted Soviet Union to counterbalance U.S. power. He was a glaring anomaly of the typical George Bush invitee. After Dr. Paul informed India's political leaders of exactly what had transpired to stop India's peacemakers, Mr. Singh lost his cabinet position. Considering all that has transpired since the administration's intervention to stop the peace mission designed to impact Israel's enemies, it is quite likely that their actions have endangered Israel more than all of the terrorist threats against them combined.

30. They improperly refused visas to India's former Prime Minister Deve Gowda, other prominent peacemakers, and widows who were receiving GPI support as "Little Teresas", even though they were invited by Arkansas (Republican) Governor Mike Huckabee, then Chair of the National Governor's Association, Cincinnati Reds Owner Carl Linder, and

WBA World Boxing Champion Evander Holyfield. The office that had granted visas to the 9/11 terrorists refused to grant visas to widows who had been invited by Governor Huckabee to be honored at a State Dinner in honor of the widows and orphans of India.

31.    In part of the world where child sex trade is rampant, in the U.S. State Department endangered the lives of ten orphaned girls, ages 9 to 11, by granting them visas while adamantly refusing to grant to any caretakers to accompany them. These children could have easily been sold into child prostitution. The caretakers, who had been granted visas by all the other countries to be visited, had to deplane before the entourage left for the United States. The children were allowed to visit the United States only after some of the Senators from India's Parliament who were also on the trip volunteered to become the children's caretakers. (To understand the nature of the U.S. State Department's deliberate and improper actions, it would be similar to Ted Kennedy and Elizabeth Dole volunteering to become temporary guardians for orphans on an international trip where the children were to be honored in behalf of all of the orphans of the United States after the nation in which they were to be honored refused to allow their caretakers to come.) In an effort to build a preemptive strike against criticism for the arbitrary nature of the U.S. State Department's decision, Laura Bush's top priority during the Administration's India visit in March, 2006 was visiting children who had been rescued from child sex rings.

Her efforts belied the fact that the U.S. State Department had refused to grant a visa to Mangama, one of the orphans' caretakers who for the past ten years has been one of India's premiere leaders in the work to rescue children from sexual slavery after she herself had been from the network.

32.  On July 14, 2005 the FAA wrote a letter with the intent to ground Plaintiff GPI's plane after five business days so it could no longer be used for peace missions.  The strategically waited until the day after Dr. Paul's meeting with Bush's close friends and top donors, the Carl Lindner family, before sending the letter, and then grounded it on July 18, 2005 – disregarding the promised "5 business day" response time  - before he had even received the letter.

33.  A health crisis eventually forced the U.S. State Department to at least partially recant its arbitrary and capricious and inhumane decision to grant visas to children but not to accompanying adults after 11 years old Shymala Pettibitla became extremely ill and was hospitalized at National Children's Hospital in Washington, D.C. Diagnosed for the first time with juvenile diabetes, the hospital refused to release her until her parent or guardian could be trained how to give the necessary daily insulin injections and taught how to restructure her diet to avoid dangers of an insulin coma.  Continued U.S. State Department intransigence was broken only after  World  Boxing  Champion  Evander  Holyfield,  who  has

volunteered his time and efforts for GPI for the past ten years and visited GPI's children's home in India many times, caused an explosion of media coverage around the world by joining India's orphans in front of the U.S. Department of State in Washington, D.C. in a demonstration demanding a visa for Shymala's caretaker. Meanwhile in India, widows and orphans began gathering in front of India Leader Sonia Gandhi's residence in New Delhi demanding help for Shymala. Dr. Paul and his team rushed to India to try to assure passage to the United States for Shymala's caretaker as well as the other orphans' caretakers who had likewise been rejected earlier. The U.S. State Department dug in its heels and continued refusing visas for other caretakers. While in India, Dr. Paul met Madam Gandhi, who called Foreign Minister Natwar Singh back to New Delhi to face their charges that had yielded control of India's foreign policy to Condoleezza Rice. Dr. Paul's coordinators confronted Natwar Singh for his complicity with the U.S. State Department in halting the Middle East Peace Mission. The half-hour confrontation ultimately ended with Natwar Singh refusing to show his phone logs for July 4-5, 2005, the days he made the calls to stop the mission. Shortly after the confrontation with the Foreign Minister, an individual Plaintiffs had never met or ever talked with filed a child custody lawsuit attempting to wrest guardianship for Shymala from Charity City. Plaintiffs were forced to rush back to the United States without the caretakers for the other orphans in order to retain lawyers to defend the attempt to take India's child. When the case came before the

judge, it took him only minutes to angrily dismiss the spurious case "without prejudice" demanding that the party never bring such case before him again. But the obvious manipulation of the American judicial system meant to be nothing more than harassment temporarily halted the story of Condoleezza Rice's hijacking of India's foreign policy from exploding across India, even though many of India's top leaders had by this time learned what she and President Bush had done to use India's nonaligned status to manipulate nations.

34.    Not coincidentally, the first nation to need Global Peace One's 747 airplane, the world's largest tool to help during times of humanitarian disasters, was the very nation that grounded it. Just weeks after the administration grounded the plane in Defendants' successful efforts to stop Dr. Paul's peacemaking efforts, Hurricane Katrina hit with such force that it quickly became the worst natural calamity in U.S. history. More than a million Americans were left homeless, tens of thousand literally died in the streets awaiting help that never came. Even in such a dire situation, the administration rejected the appeal of its own former Secretary of Education Rod Paige, to release Global Peace One to evacuate people from New Orleans. Numerous personal conversations between Secretary of Transportation Norm Mineta and Dr. Paul failed to budge the administration from its stance. More than 1,500 people per day could have been evacuated just with that one tool. As the administration

poured money as if it were only water into the faith based initiatives they support - - all with little or no accountability - - it adamantly refused to use our aircraft even though it had returned from an around the world trip just six weeks earlier after passing the FAA's required massive diagnostic "C-check" on June 18, 2005. Defendants concerted efforts to damage Plaintiffs resulted in thousands of Americans dying in the streets of New Orleans.

35.   In October, 2005 the Chief of Staff for Assistant Secretary of State Karen Hughes, who had been hired to "polish the declining image" of the United States around the world, hung up on Doug Dodson of GPI as he appealed with her office to please reconsider what they were doing to Dr. Paul. He patiently explained that by continuing the campaign against Dr. Paul would alienate the few friends the administration had left in that part of the world. Five days later, the U.S. and India jointly suppressed news of an astonishing religious convocation at Charity City, the world's largest children's home founded by Dr. Paul near Hyderabad India, when the leader of the world's one billion Hindus broke 2,500 years of tradition by personally traveling to meet with other major religious leaders in support of Dr. Paul. Defendants had Dr. Paul and India's most prominent Muslim and Buddhist leaders were held inside an airplane for seven hours until there were no more flights to New Delhi, thereby forcing them to miss a

press conference that had been scheduled for them to issue a joint statement in support of Dr. Paul's efforts.

36.     The next day Dr. Paul invited the religious leaders to join him in meeting Pakistan's President Musharraf after an appeal for help from the Pakistani Prime Minister's Office following the catastrophic earthquake. After working through a maze of mysteriously canceled charters and other obvious efforts to keep Dr. Paul from the historic meeting (the first time an Indian had been asked to meet with and hosted by the Pakistani President), Dr, Paul's 80 minute private meeting with the President to assess how he could help the destitute Pakistanis – suffering terribly as the world looked  the other way – finally sparked Karen Hughes' office to act. Within  twelve hours of Dr. Paul's meeting with the President Musharraf, President Bush announced that he was sending a delegation to Islamabad, led by Karen Hughes, Dr. Paul and the religious delegation were able to enter Pakistan only after he stopped using his wiretapped phones to discuss his plans.

37.     Three times FBI agents have boarded commercial airliners and detained Dr. Paul – usually in an attempt to keep him from appearing in a nationwide news program.  He has never been given a reason why they wanted to detain him.  They held him for several hours and then released him without explanation.

38.   In August, 2006, Dr. Paul and Doug Dodson were hemmed in on a freeway near Austin, Texas. With a sneering wave, the driver of the black SUV with dark widows suddenly sped off as the Texas Highway Patrol pulled up behind us and stopped us, frisked them, and held them long enough to miss their flight. No charges were ever filed or discussed.

39.   Dr. Paul is routinely detained and harassed by INS/Department of Homeland Security agents and held until he misses his connecting flight or his important appointment, the most recent being at the Tijuana/San Diego border crossing July 24, 2006, where he was held for seven hours. Even though he has been detained numerous times, and held for hundreds of hours, he has never been charged with a single violation of INS rules. The world's most popular evangelist is usually locked in a cell where he sits with drug dealers and convicted criminals while they confiscate and copy everything in his briefcase and then he is released.

40.   After intercepting news of Plaintiffs' plans to deliver his book (Exhibit 1) to key members of Congress by August 1, 2006, in Plaintiffs' attempt to do everything in their power to expose what is happening and change the direction of our country, in late July, 2006, the FAA subpoenaed Dr. Paul to appear before its special court in New York with tens of thousands of technical aviation records concerning the Boeing 747SP – or potentially

face imprisonment. Since he was out of the country when the subpoena was delivered, he ultimately had only a five-day notice to comply. Subsequent to the grounding of Global Peace One, all of the aviation team was laid off and there was no one with the technical knowledge of what the FAA was even demanding available to deliver it to them. Aviation attorneys, shocked beyond belief, volunteered to help Dr. Paul. After seeing the FAA's unreasonable demands, they appealed to the agency to extend the deadline to four to six months – a reasonable time considering that staff has to be hired and trained to extract the records from four different locations around the country. The FAA granted the extension – but for only 20 days instead of months. Without question, this was very obviously an effort to silence him by whatever means necessary – including incarceration. Theoretically, the FAA is an independent federal agency without political ties so that it can vigorously enforce safety rules. However, under this administration, it came under fire after disgraced Republican Majority Leader Tom DeLay, now under indictment and recently resigned from Congress, used the "independent, nonpolitical" agency to track down his political enemies. Using the agency for political purposes is an ace in the hole for the administration, because it is accountable to no one.

41. The FAA has gone far beyond its parameters of ensuring aircraft safety by demanding that even Plaintiffs' donor records be turned over to them. The

FAA even refused to document for Plaintiffs whether it ever issued a similar subpoena in the past. All attorneys who have seen the subpoena say they never witnessed such a demand from the FAA and believe that donor records are completely outside FAA jurisdiction.

42.     Dr. Paul was set up and entrapped by Defendants, jointly and severally, with regard to false accusations and a false arrest by the Beverly Hills Police Department in 2007, acting under the direction and coercion of Defendants, with regard to a concocted incident in an elevator of the Beverly Hills Hotel, where he was alleged to have assaulted a woman by kissing her. Dr. Paul was subsequently cleared of these false allegations, but not until they were published in the United States, India, and around the world, which acts were and are part of the continuing course of conduct by Defendants to damage Dr. Paul and GPI and prevent them from engaging in private diplomacy for the benefit of peace to prevent harm and death to children, orphans and widows in war torn regions around the world.

## COUNT I

## CONSTITUTIONAL TORTS – FIRST AMENDMENT VIOLATIONS

43.     Plaintiffs reallege the allegations of paragraphs 1 through 40 of this Complaint as if fully set forth herein.

44.    As a permanent resident Plaintiff, Dr. Paul, is entitled to the protections of the United States Constitution, including but not limited to rights of freedom of speech, expression and association, as well as their freedom of religion, under the First Amendment.

45.    As set forth above, Defendants, in both their personal and official capacities, conspired and acted in concert to deprive, outside of the scope of their legitimate government authority, Dr. Paul and GPI of their First Amendment rights, thereby severely damaging their reputations, causing emotional and physical distress and damaging their professional activities and the fundraising necessary to carry on these activities, designed to bring peace to war torn regions where orphans and widows need assistance.

WHEREFORE, Plaintiffs pray for compensatory and actual damages, including punitive damages against Defendants, jointly and severally, and attorneys fees and costs, in an amount exceeding Ten Billion U.S. Dollars, plus injunctive and such other relief as this court may deem just and necessary.

## COUNT II

## CONSTITUTIONAL TORTS – FOURTH AMENDMENT VIOLATIONS

46.    Plaintiffs reallege the allegations of paragraphs 1 through 40 of this Complaint as if fully set forth herein.

47.    As a permanent resident Plaintiff, Dr. Paul, is entitled to the protections of the United States Constitution, including his rights to be free of unreasonable searches and seizures and illegal detentions, under the Fourth Amendment.

48.    Defendants, each and every one of them, conspired and acted in concert to deprive Plaintiffs of their rights to be free of unreasonable searches and seizures and illegal detentions of their person, their aircraft and to use the telephone and wires without being surveilled illegally. Defendants, acting jointly and severally, and outside of the scope of their government authority and otherwise, severely damaged Plaintiffs in violation of their Fourth Amendment rights, by harming their reputations, causing emotional and physical distress, disrupting their professional activities and the necessary fundraising to carry on these activities and to travel freely, in order to bring peace to war torn regions and to protect orphans and widows from the ravages of war.

WHEREFORE, Plaintiffs pray for compensatory and actual damages, and punitive damages against Defendants, jointly and severally, in an amount in excess of Ten Billion U.S. Dollars, plus attorneys fees and costs, and injunctive relief, and such other relief as this court may deem just an proper.

## COUNT III

**CONSTITUTIONAL TORT – RIGHT TO PRIVACY VIOLATIONS**

49.    Plaintiffs reallege the allegations of paragraphs 1 through 40 of this Complaint as if fully set forth herein.

50.    As a permanent resident Plaintiff, Dr. Paul, is entitled to the protections of the United States Constitution, including his fundamental right of privacy, which derive from several amendments to the U.S. Constitution.

51.    Defendants, each and every one of them, conspired and acted in concert in both their personal and private capacities, outside of the scope of their government authority,  to deprive Plaintiff of privacy, by illegally wiretapping them, searching and detaining them illegally, setting him up on false charges of assault, and other tortious acts as alleged herein, causing severe damage to their reputations, causing emotional and physical distress, and  damaging their professional activities and the fundraising necessary to carry on these activities,  in order to bring peace to worn torn regions and to protect orphans and widows from the ravages of war.

WHEREFORE, Plaintiffs pray for actual and compensatory and punitive damages against Defendants, jointly and severally, in an amount in excess of Ten Billion

U.S. Dollars, plus attorney's fees and costs, and injunctive relief, and such other relief as this court may deem just and proper.

## COUNT IV

### CONSTITUTIONAL TORT – RACIAL AND NATIONAL ORIGIN DISCRIMINATION.

52.    Plaintiff, Dr. Paul, realleges the allegations of paragraphs 1 through 40 of this Complaint as if fully set forth herein.

53.    As a permanent resident of the United States, Dr. Paul is entitled to the protections of the United States Constitution, including to be free from discrimination for race and national origin, as protected by the Fourteenth and Fifth Amendments.

54.    Defendants, each and every one of them, conspired and acted in concert, in their personal and government capacities, outside of the scope of their government authority, to discriminate against Dr. Paul based on the color of his skin and his national origin, having been born in India. This unlawful conduct severely damaged Plaintiff, Dr. Paul, by harming his reputation, causing emotional and physical distress, damaging his professional activities, including the fundraising necessary to carry on these activities, and prevented him from carrying on his mission to save innocent orphans and widows from the ravages of war.

WHEREFORE, Plaintiff, Dr. Paul, prays for actual and compensatory and punitive damages in excess of Ten Billion U.S. Dollars plus attorneys fees and costs against the Defendants, jointly and severally, plus injunctive relief, and such other relief as this court may deem just and proper.

## COUNT V

### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

55.  Plaintiff, Dr. Paul, realleges the allegations of paragraphs 1 through 40 of the Complaint as if fully alleged herein.

56.  Defendants, each and every one of them, conspired and acted in concert to intentionally inflict severe emotional distress on Plaintiff, in order to prevent him from carrying on his personal and professional activities to save orphans and widows in worn torn regions, which Defendants viewed as a threat to their own self aggrandizement and perceived exclusive authority. As a result, Defendants harassed, wiretapped, illegally detained and searched, disparaged, defamed, tortuously interfered with, falsely set up with false criminal charges, seized his plane, restricted his right to travel and worship freely, discriminated against, and severely damaged Plaintiff, Dr. Paul, causing loss of sleep, back pain, extreme anxiety, heart pains, migraine headaches, and other emotional and physical ailments, as he feared for his physical safety including his life.

WHEREFORE, Plaintiff, Dr. Paul, prays for actual and compensatory and punitive damages, plus attorneys fees and costs, in excess of Ten Billion U.S. Dollars, against Defendants, jointly and severally, plus injunctive relief and such other relief as this court may deem just and proper.

## COUNT VI

### TORTIOUS INTERFERENCE WITH BUSINESS RELATIONS.

57.    Plaintiffs, Dr. Paul and GPI, reallege paragraphs 1 through 40 of the Complaint as if fully alleged herein.

58.    Defendants, each and every one of them, conspired and acted in concert to tortuously interfere in the business relations of the Plaintiffs by wiretapping them, intentionally interfering with donors and scaring them away, improperly grounding their plane, conducting illegal searches, seizures and detentions, preventing their rights to travel, privacy, free speech, privacy and equal protection and due process, right to worship freely and spread the word of Jesus Christ, bring peace to worn torn regions and save innocent orphans and widows, fundraise to carry on these activities and other illegal and discriminatory acts as set forth herein as will be discovered, causing severe economic and noneconomic damages and emotional and physical distress.

WHEREFORE, Plaintiffs pray for actual and compensatory damages and punitive damages and attorneys fees and costs in an amount in excess of Ten Billion U.S. Dollars, against the Defendants, jointly and severally, injunctive relief, plus such other relief as this court may deem just and proper.

## COUNT VII
### FALSE LIGHT

59.  Plaintiff, Dr. Paul, realleges and reavers the allegations of paragraphs 1 through 40 of the Complaint as if fully alleged herein.

60.  Defendants, each and every one of them, conspired and acted in concert to hold Plaintiff in a false light, by holding him up to humiliation and ridicule in his community by wiretapping him, disparaging him, having him set up and arrested on false criminal charges, claiming that GPI's airplane was not air worthy and did not meet safety standards, having his donors falsely investigated and intimidated, falsely claiming that they not Dr. Paul were responsible for the peaceful resolution of important world events, such as the brokered peace in Liberia and elsewhere, and other illegal and improper acts.

WHEREFORE, Plaintiff, Dr. Paul, prays for actual and compensatory and punitive damages plus attorneys fees and costs in excess of Ten Billion U.S. Dollars, against Defendants, jointly and severally, injunctive relief, plus such other relief as this court may deem just and proper.

Plaintiffs demand trial by jury.

Respectfully submitted,

Larry Klayman
D.C. Bar No.: 334581
THE KLAYMAN LAW FIRM, P.A.
3415 SW 24th Street
Miami, FL 33145
Tel: 305-447-1091
Fax: 305-447-1548

## VERIFICATION

I, Dr. K.A. Paul, on behalf of myself and GPI, hereby swear that the foregoing facts, as set forth in this Complaint, are true and correct to the best of my knowledge and belief.

Dr. K.A. Paul

Date:

Sworn to Under Penalty of Perjury.