Reuters

Thomson Reuters



# Live from Beijing

Get the latest Olympics news, event schedules and more

Olympics Coverage

Tue 12 Aug 2008 | 17:12 EDT
You are here: **Home** > **News** > Article

Home
Business & Finance
News
U.S.
Politics
International
Technology
Entertainment
Sports
Lifestyle
Oddly Enough
Environment
Health
Science
Special Coverage
Video
Pictures
You Witness
Blogs
Reader Feedback



Do More With Reuters  
RSS RSS Feed  
Mobile  
Podcasts  
Newsletters  
You Witness News  
Partner Services  
CareerBuilder  
Affiliate Network  
Professional Products  
Support (Customer Zone)  
Reuters Media  
Financial Products  
Find a financial adviser  
About Reuters  

# World's Most Popular Evangelist Sues Bush, Rice, Prime Minister of India, Sonia Gandhi...

Wed Jul 30, 2008 3:00pm EDT

Email | Print |
Share
| Reprints | Single Page
[-] Text [+]

```
World's Most Popular Evangelist Sues Bush, Rice, Prime Minister of India,
Sonia Gandhi and Others

Dr. K. A. Paul of Global Peace Initiative Brokers Peace to Save Orphans and
Widows in War Torn Regions and has negotiated to stop Iraq War, Brokered Peace
in Liberia but Bush Administration 'Stole Credit' and Silenced Dr. Paul and
GPI

WASHINGTON, July 30 /PRNewswire-USNewswire/ -- The following was released
today by the Global Peace Initiative:
```

```
Press Conference

Date: July 31, 2008

Place: National Press Club (Holeman Lounge)

Time: 12:00 Noon


On Thursday morning, July 31, 2008, Dr. K.A. Paul, an American resident born
in India and the world's most popular Christian evangelist, will file a
complaint in U.S. District Court in Washington, D.C., against President George
W. Bush, Secretary of State Condoleezza Rice, the President of the Congress
Party, and the Prime Minister and a  host of U.S. government agencies,
including the Department of Homeland Security and the Federal Aviation
Administration, and their heads, for civil rights and other illegal conduct
designed to silence him and destroy his non-profit organization, Global Peace
Initiative, Inc. ("GPI").

Dr. Paul and GPI, whose mission is to broker peace in war torn regions of the
world, such as Iraq, where innocent women and children are being harmed and
killed, and who rescues orphans and widows around the world, is widely known
to have brokered the peace in Liberia, when a few years ago he brought then
President Charles Taylor to Christ and convinced him to resign and leave the
country. At the time, Dr. Paul and GPI were coordinating their efforts with
President Bush, Condoleezza Rice and others in the Bush Administration, whom
Dr. Paul had personally supported and helped elect in 2000. However, after his
successful efforts to remove Taylor, Secretary Rice, and President Bush's
assistant Jendayi Frazier, and others in the Administration, double crossed
Dr. Paul and GPI, by having Taylor extradited from Nigeria, where he had fled,
to Sierra Leone, and then arrested. As importantly, Bush, Rice and others in
the Administration claimed credit for removing Taylor, a historic event in
which they played little to no constructive role.


As alleged in the complaint, after Dr. Paul spoke out concerning the
dishonesty of the Bush Administration, it has made a concerted effort, with
others, such as the Prime Minister of India, to silence and destroy him and
GPI. The complaint, a copy of which can be found at
www.globalpeacenow.com/ and which will be distributed at the press
conference, alleges that Dr. Paul was then harassed, wiretapped, illegally
detained at airports and elsewhere, had GPI's plane effectively grounded by
the FAA, donors scared away, and otherwise severely damaged by the Defendants
through a series of illegal and unconstitutional acts.

Now, Dr. Paul and GPI, like many Americans, are fighting back. Having had the
Bush Administration and its accomplices try to ruin him and GPI's mission to
save orphans and widows, all because Plaintiffs' oppose his foreign policies,
```

```
such as the Iraq war, Dr. Paul and GPI are fighting back in court.

Dr. Paul and other supporters will be present at the press conference to
explain why, as a former supporter of President Bush, he has now been forced
to sue for 10 Billion dollars in damages and ask for injunctive relief.

Dr. Paul and GPI are being represented by Larry Klayman and The Klayman Law
Firm. Mr. Klayman is widely known for taking on the powerful in government as
the founder of Judicial Watch and now Freedom Watch.

For more information about the press conference, call 305-447-1091, Attn:
Kristen.



SOURCE   Global Peace Initiative

Global Peace Initiative, +1-305-447-1091
```

© Thomson Reuters 2008 All rights reserved

**Share:**

[Del.icio.us](#)
[Digg](#)
[Mixx](#)
[My Web](#)
[Facebook](#)
[Newsvine](#)

**Also On Reuters**



[Welcome to the smoke-free Olympics. Got a light?](#)


Study shows it's possible to be both fit and fat


**Full Coverage:** Conflict between Georgia and Russia

### Featured Broker sponsored link



#1 FX Broker - Shares Mag 2007

### Editor's Choice

- Pictures
- Video
- Articles


A selection of our best photos from the past 24 hours.  View Slideshow


Jimmy Justice


Olympics



Georgia and oil

Top News: Most corporations pay no income taxes

Entertainment: Bloom to act in film on Sarajevo

Health: Looking for heart disease? The eyes have it

## Most Popular on Reuters

- Articles
- Video
- Recommended

1. **U.S. ship heads for Arctic to define territory**

2. Russia orders halt to war, Georgia skeptical  |  Video
3. Phelps stakes claim to be greatest Olympian  |  Video
4. Soccer team causes surprise by coming home
5. Russia orders halt to war, Georgia sceptical
6. Want to live a long life? Run
7. Phelps wins 200 meters freestyle for ninth gold
8. Batman won't catch "Titanic"  |  Video
9. Mystery torch guard becomes Chinese sex symbol
10. RPT-ANALYSIS-US has few options in Russia-Georgia conflict

Most Popular Articles RSS Feed

 Play Video

1. Video — **Russia takes fight into Georgia**

2. Video — Georgia: Opportunity for McCain?
3. Video — Hilton drops politics for handbags!
4. Video — Bush calls on Russia to end violence
5. Video — Russia moves to end Georgia fighting

6. Video  Deaths before Russian ceasefire
7. Video  Under fire in Gori, Georgia
8. Video  Armed forces attacked in Pakistan
9. Video  McCain urges UN: Act on Russia
10. Video  Waiting for Zimbabwe breakthrough

Most Popular Videos RSS Feed

**Are you going to the conventions?**



Reuters is looking for participants in a new mobile journalism project to capture the Republican and Democratic conventions from the ground up.

Learn More

**Reuters.com:**   Help and Contact Us   |   Advertise With Us   |   Mobile   |   Newsletters   |   RSS RSS Feed   |   Interactive TV   |   Labs   |   Reuters in Second Life   |   Archive   |   Site Index   |   Video Index

**Thomson Reuters Corporate:**   Copyright   |   Disclaimer   |   Privacy   |   Professional Products   |   Professional Products Support   |   About Thomson Reuters   |   Careers

**International Editions:**   Africa   |   Arabic   |   Argentina   |   Brazil   |   Canada   |   China   |   France   |   Germany   |   India   |   Italy   |   Japan   |   Latin America   |   Mexico   |   Russia   |   Spain   |   United Kingdom   |   United States

Thomson Reuters is the world's largest international multimedia news agency, providing investing news, world news, business news, technology news, headline news, small business news, news alerts, personal finance, stock market, and mutual funds information available on Reuters.com, video, mobile, and interactive television platforms. Thomson Reuters journalists are subject to an Editorial Handbook which requires fair presentation and disclosure of relevant interests.

NYSE and AMEX quotes delayed by at least 20 minutes. Nasdaq delayed by at least 15 minutes. For a complete list of exchanges and delays, please click here.