IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY KLAYMAN,**<br><br>       Plaintiff,<br><br>       v.<br><br>**JUDICIAL WATCH, INC.**<br><br>       Defendants. | Civil Action No.  06-670 (CKK) (JF) |

### PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR CONTINUANCE

Plaintiff, Larry Klayman, hereby replies to Defendants' opposition to his motion for a continuance of two deposition dates this week as follows:

1. It is not true, as Defendants state, that the Magistrate Judge entered a minute order with the understanding that all dates, no matter what intervening event, could not be modified. Indeed, Plaintiff had hoped to adhere to the dates and was scheduled to return to the United States yesterday evening Indian time, but because of the need to serve the Prime Minister of India, which was done today, with a complaint on behalf of his client, and the need to amend the complaint and have another summons issued to the Chief Minister of a federal state of India, which amended complaint will be served tomorrow, August 14, 2008, as well as other legal actions requiring Plaintiff to be in India, Plaintiff was required to extend his stay in India. Upon his return, Plaintiff will submit the original air ticket to India

and the original return showing his intentions to be in Washington, D.C. on August 14 and 15.

2. Further, Plaintiff has filed a motion for rehearing with the D.C. Circuit, which disposition will affect how the conclusion of his deposition proceeds. He has already been deposed for a full day and to date none of Defendants witnesses have been deposed, so there is no prejudice to them in any event.

3. Defendants seem to suggest that Plaintiff should not do work to try to earn a living and that any other case which may have arisen in the last month is an affront to this court. They also imply that the continued illness of Plaintiff's wife, which has taken up much of Plaintiff's time, is unimportant.

4. Plaintiff respects the timetables of this court and the need to put this case in a posture for trial. After all, Plaintiff is the plaintiff. But at every step of the way, Defendants have failed to willingly try to work with Plaintiff, and instead try to force issues that take up the court's time. When it was obvious that this week's depositions would have to be postponed, Plaintiff contacted defense counsel on Monday of this week, asking to work out an accommodation. Characteristically, Mr. Driscoll refused, as was true when Plaintiff's mother died. This lack of mutual cooperation is unfortunate, but obviously tactical in nature.

5. Plaintiff is merely seeking to continue two deposition dates and to exhaust his remedies with the appellate court; no more no less.

WHEREFORE, for all of these reasons, Plaintiff's motion should be granted.

Respectfully submitted,

By: s/Larry Klayman
Larry Klayman, Esq.
D.C. Bar No.: 334581
3415 SW 24th Street
Miami, FL 33145
Tel: 305-447-1091
Fax: 305-447-1548

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of August 2008, a true copy of the foregoing copy of Plaintiff's Reply to Defendants' Opposition to Motion for Continuance was served via electronic means to:

Richard W. Driscoll, Esquire
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, VA 22314

By: s/Larry Klayman
Larry Klayman, Esq.
D.C. Bar No.: 334581
3415 SW 24th Street
Miami, FL 33145
Tel: 305-447-1091
Fax: 305-447-1548

3