IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *ET AL*. | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670 |
| | Honorable Magistrate Judge Alan Kay |
| JUDICIAL WATCH, INC., *ET AL*. | |
| Defendants. | |

**ERRATA FOR
DEFENDANTS' MEMORANDUM IN OPPOSITION TO
PLAINTIFF'S MOTION TO RESET DEPOSITIONS OF
<u>LARRY KLAYMAN, SUSAN PRYTHERCH AND KATHY RAFFA</u>**

The Memorandum in Opposition to Plaintiff's Motion to Reset Depositions of Larry Klayman, Susan Prytherch and Kathy Raffa submitted by Defendants Judicial Watch, Inc., Thomas J. Fitton, Paul J. Orfanedes, Esq. and Christopher J. Farrell, contains an error that should be clarified.

The sentence that reads:

> Discovery can be completed by August 29, 2008, unless the current schedule is followed.

should be corrected to read:

> Discovery can <u>not</u> be completed by August 29, 2008, unless the current schedule is followed.

Respectfully submitted,

/s/

_____
Richard W. Driscoll (436471)
Juli Haller Simonyi (466921)
DRISCOLL & SELTZER, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Telephone
703.997.4892 Facsimile
rdriscoll@driscollseltzer.com
jhaller@driscollseltzer.com
*Counsel for Defendants Judicial Watch, Inc.,*
*Thomas J. Fitton, Paul J. Orfanedes and*
*Christopher J. Farrell*

Dated: August 13, 2008

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of August 2008, a copy of the foregoing was served on all counsel listed on the Notice of Electronic Filing.

/s/

_____
Richard W. Driscoll

2