IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

LARRY KLAYMAN, *ET AL*.

    Plaintiffs,

v.                                     Civil Action No. 1:06-CV-00670
                                            Magistrate Judge Alan Kay

JUDICIAL WATCH, INC., *ET AL*.

    Defendants.

---

**DEFENDANTS' EMERGENT MOTION TO MODIFY**
**COURT'S MINUTE AUGUST 13, 2008 MINUTE ORDER**

    Defendants, Judicial Watch, Inc. ("Judicial Watch"), Thomas J. Fitton ("Fitton"), Paul J. Orfanedes, Esq. ("Orfanedes") and Christopher J. Farrell ("Farrell"), move this Court for an Order modifying the August 13, 2008 Minute Order that requires the parties to jointly contact Chambers on August 19, 2008 at 3:00 p.m. to reschedule depositions previously Ordered by the Court on June 9, 2008. *See* 08 13 08 Minute Order; *see also* Document 200. As grounds for this Motion, the Defendants state as follows:

    1.    On July 7, 2008 this Court addressed a fact discovery schedule to be completed by August 29, 2008 leading to a written Order dated July 9, 2008. (*See* Court Order July 9, 2008, Document 200).

    2.    Pursuant to that Order, and over Defendants' objection, the Court Ordered the parties are to appear at the Courthouse on Monday August 18, 2008 for the deposition of Defendant Thomas Fitton in Magistrate Judge Kay's Courtroom. (*See Id.*, p. 1-2)

    3.    Since all parties are to appear on Monday, August 18, 2008 for said deposition at the Courthouse, pursuant to the Court's Order, Defendants' respectfully request that the Court address the outstanding depositions prior to said deposition on Monday morning.

4. The rescheduling from August 19, 2008 to August 18, 2008 will not detrimentally affect the discovery deadline of August 29, 2008, or prejudice any of the parties.

6. The proposed change of date merely provides the parties with an opportunity to more fully comply with the discovery process.

7. Counsel for Defendants attempted to confer, in good faith, with Plaintiff regarding the relief sought in this motion, but Plaintiff did not respond.

WHEREFORE, the parties respectfully request that the Court GRANT this Motion to Modify the Court's Minute Order of August 13, 2008 to require the parties appear in Chambers on the morning of August 18, 2008 prior to Defendant Thomas Fitton's deposition.

Respectfully submitted,

/s/
_____
Richard W. Driscoll (436471)
Juli Haller Simonyi (466921)
DRISCOLL & SELTZER, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Telephone
703.997.4892 Facsimile
rdriscoll@driscollseltzer.com
jhaller@driscollseltzer.com

*Counsel for Defendants Judicial Watch, Inc., Thomas J. Fitton, Paul J. Orfanedes and Christopher J. Farrell*

Dated: August 13, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of August 2008, a copy of the foregoing Motion and Proposed Order were served by electronic filing upon counsel listed on the Notice of Electronic Filing.

//s//
_____
Juli Haller Simonyi