IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *ET AL.* | |
| Plaintiffs, | |
| v. | Civil Action No. 1:06-CV-00670 |
| | Honorable Colleen Kollar-Kotelly |
| JUDICIAL WATCH, INC., *ET AL.* | |
| Defendants. | |

## **ORDER**

Upon consideration of the Defendants' Emergent Motion to Modify the Court's August 13, 2008 Minute Order, any opposition thereto, and the entire record herein, it is this ___ day of _____ 2008,

ORDERED that the motion is hereby GRANTED, and it is further

ORDERED that the Court modifies its Order of August 13, 2008, and it is further

ORDERED that the parties are to appear in Chambers on Monday, August 18, 2008 at 9:30 a.m. to address the depositions Plaintiff sought to be rescheduled.

_____
Honorable Alan Kay
Magistrate Judge, United States District Court

cc:   Copies to all counsel