UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| LARRY KLAYMAN, | |
| Petitioner, | D.C. Appeals Civil Action No.: 08-5218 |
| v. | |
| JUDICIAL WATCH, INC. a Florida non-profit organization and THOMAS J. FITTON, an individual, PAUL J. ORFANEDES an individual, CHRISTOPHER J. FARRELL, an individual | Lower Civil Action No. 06-670 (CKK)(AK) |
| Respondents. | |

## PETITIONER'S MOTION FOR REHEARING EN BANC OF ORDER DENYING PETITION FOR WRIT OF MANDAMUS OF JULY 25, 2008

Petitioner, Larry Klayman, moves this honorable court for rehearing en banc, pursuant to Rule 35 of the Rules of Appellate Procedure, and as grounds therefore would show:

1. This proceeding involves issues of exceptional importance, under subsection (b)(1)(B) of Rule 35.

2. Specifically, while the order denying the Petition states that "The extraordinary writ of mandamus is not appropriate where, as here, Petitioner has adequate remedies still available in district court," the voluminous orders attached to the Petition show otherwise.

3. For instance, the orders of the district court, as set forth in the Petition, allow for the unconstitutional public disclosure of non-profit donor names in violation of the First Amendment right to free speech, association and privacy, allow for the unbridled disclosure of trade secrets, allow for discovery beyond the scope of the plain language of a written agreement in violation of the parole evidence rule, and in general create precedent that will, if allowed to stand, harm the rights and ability to function of non-profit and similar enterprises, particularly in this Circuit.

4. The Petition that was filed, with voluminous supporting exhibits, was denied in less than 24 hours. It is possible that the panel thought that this was simply an ordinary discovery dispute.

5. To the contrary, the issues involved here are primarily constitutional in nature and will widely affect the rights of a huge number of litigants in future cases.

WHEREFORE, Petitioner respectfully requests that the court undertake a thorough review of the Petition and rehear it en banc.

Oral argument is respectfully requested.

Respectfully submitted,

By: /s/ Larry Klayman / kmp
Larry Klayman, Esq.
D.C. Bar No.: 334581
3415 SW 24th Street
Miami, FL 33145

Tel: 305-447-1091
Fax: 305-447-1548

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of August 2008, a true copy of the foregoing Petitioner's Motion for Rehearing en banc of Order Denying Petition for Writ of Mandamus of July 25, 2008 was served via U.S. mail to: Richard W. Driscoll, Esquire Driscoll & Seltzer, PLLC, 600 Cameron Street, Alexandria, VA 22314 and via FedEx to: Judge Colleen Kollar-Kotelly and Magistrate Judge Alan Kay, U.S. District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, D.C. 20001

By /s/ Larry Klayman /knp
Larry Klayman, Esq.
D.C. Bar No.: 334581
3415 SW 24th Street
Miami, FL 33145
Tel: 305-447-1091
Fax: 305-447-1548

3