IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY KLAYMAN,** | |
| Plaintiff, | |
| v. | Civil Action No. 06-670 (CKK) (JF) |
| **JUDICIAL WATCH, INC., et al.,** | |
| Defendants. | |

## **PRAECIPE**

Plaintiff, Larry Klayman, hereby puts the Court on notice, based upon correspondence which he had reviewed by and between Defendants' counsel and Phillip Sheldon of Diener Consultants, that Defendants have refused to agree to pay for the costs of gathering documents under Rule 45 of the Federal Rules of Civil Procedure and as a result Philip Sheldon has ceased gathering the documents as a result. This praecipe is being filed in light of the misleading representations made by Defendants' counsel in court on Monday, August 18, 2008, and are intended to correct the record. Mr. Sheldon also requested a conference call with the Magistrate Judge to resolve the issues, but this was not conveyed to the court by the Defendants' counsel either. Instead, they sought to disparage him for tactical gain.

                                                    Respectfully submitted,

                                                    By: s/Larry Klayman
                                                    Larry Klayman, Esq.

        D.C. Bar No.: 334581
        3415 SW 24th Street
        Miami, FL 33145
        Tel: 305-447-1091
        Fax: 305-447-1548

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of August 2008, a true copy of the foregoing copy of the Praecipe was served via electronic means to:

    Richard W. Driscoll, Esquire
    Driscoll & Seltzer, PLLC
    600 Cameron Street
    Alexandria, VA 22314

        By: s/Larry Klayman
        Larry Klayman, Esq.
        D.C. Bar No.: 334581
        3415 SW 24th Street
        Miami, FL 33145
        Tel: 305-447-1091
        Fax: 305-447-1548