IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY KLAYMAN,** | |
| Plaintiff, | |
| v. | Civil Action No. 06-670 (CKK) (JF) |
| **JUDICIAL WATCH, INC., et al.,** | |
| Defendants. | |

## MOTION TO RULE TERMINATED DEPOSITION OF LARRY KLAYMAN BASED ON LOCAL RULES AND EQUITY

Plaintiff, Larry Klayman, moves this honorable court for an order deeming terminated his deposition, originally taken for over seven hours in the courthouse under the supervision of Magistrate-Judge Alan Kay. As grounds therefore, Plaintiff would show:

1. Plaintiff was previously deposed for one day in an amount of time in excess of seven hours, the maximum amount of time provided under Local Rule 26.2 (c). Plaintiff flew and obtained lodging in Washington, D.C. at his expense.

2. Likewise, Plaintiff took the deposition of Mr. Tom Fitton, the principal Defendant, for one day on August 18, 2008, in the courthouse and at the end of the day walked out of deposition, with the blessings of his legal counsel, claiming that the seven hour maximum deposition period had expired. Plaintiff asked for his return the following morning, but Mr. Fitton refused.

3. Plaintiff has asked Defendants for any proof that he was not deposed for the requisite seven hour maximum, but they have refused and failed to provide it.

4. Defendants want to depose Plaintiff, Mr. Klayman, again, for an amount of time in excess of the mandatory seven hour maximum, but refuse to produce Mr. Fitton, after he walked out of his deposition, which had not been completed.

WHEREFORE, for reasons of the law and equity, Mr. Klayman should be treated to the same law and equity as Mr. Fitton and his deposition should be deemed ended under the local rules. He, like Mr. Fitton, Mr. Klayman should be under no requirement to exceed the limit of seven hours/one day.

Respectfully submitted,

By: s/Larry Klayman
Larry Klayman, Esq.
D.C. Bar No.: 334581
3415 SW 24th Street
Miami, FL 33145
Tel: 305-447-1091
Fax: 305-447-1548

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of August 2008, a true copy of the foregoing copy of the Motion to Rule Terminated Deposition of Larry Klayman Based on Local Rules and Equity was served via electronic means to:

Richard W. Driscoll, Esquire
Driscoll & Seltzer, PLLC

600 Cameron Street
Alexandria, VA 22314

                        By:  s/Larry Klayman
                        Larry Klayman, Esq.
                        D.C. Bar No.:  334581
                        3415 SW 24th Street
                        Miami, FL 33145
                        Tel: 305-447-1091
                        Fax: 305-447-1548