```
                                                              1
 1           IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3       * CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER *

 4

 5

 6   LARRY KLAYMAN, et al.,        Civil Action No.

 7           Plaintiff(s),          1:06CV00670

 8   v.                            CONFIDENTIAL

 9   JUDICIAL WATCH, INC., et al.,

10           Defendant(s).          ORIGINAL

11

12                      VOLUME I

13       VIDEOTAPED DEPOSITION OF LARRY KLAYMAN

14                   Washington, DC

15              Tuesday, April 8, 2008

16                     10:00 a.m.

17

18   Job No. 1-126440

19   Pages 1-255

20   Reported by: Linda S. Kinkade, CSR, RMR, CRR

21   Videographer:  Scott Forman, L.A.D. Reporting

22
```



1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com

12

1  territory, but I'll take care of it when it comes up,    10:25:08

2  counsel.  Judge Kollar-Kotelly may be here, so you may   10:25:11

3  be able to have an immediate appeal.  I don't know      10:25:19

4  what her calendar looks like.                            10:25:22

5       At any rate, get this underway and hopefully it    10:25:24

6  can be resolved, the whole deposition, can be resolved  10:25:26

7  and let you go off at 5:00.  However, if it's not       10:25:28

8  concluded, clearly, it will have to be reconvened at a  10:25:33

9  hopefully mutually convenient date.  Otherwise we'll    10:25:37

10 set the date, I will set the date and bring you back    10:25:41

11 here and we will determine at that point, depending on  10:25:44

12 what occurs between now and 5:00, as to whether or not  10:25:48

13 there should be a re-assessment and where costs go for  10:25:52

14 the deposition.                                          10:25:56

15      Counsel, you know where I'm located.               10:25:58

16      MR. DRISCOLL:  Thank you, Your Honor.              10:26:01

17      MS. HALLER SIMONYI:  Thank you, Your Honor.        10:26:03

18      VIDEOGRAPHER:  Here begins tape number one         10:26:49

19 in the deposition of Larry Klayman in the matter of     10:26:51

20 Larry Klayman, et al. v. Judicial Watch, Inc. et al.,   10:26:55

21 pending in the U.S. District Court for the District of  10:26:59

22 Columbia, case number 1:06-CV-670.  Today's date is     10:27:02

13

1   April 8th, 2008.  The time is 10:27 a.m.   10:27:08

2       The video operator is Scott Forman of L.A.D.   10:27:12

3   Reporting.  This deposition is taking place at the   10:27:17

4   United States District Court, 333 Constitution Avenue,   10:27:19

5   Northwest, Washington, DC.   10:27:23

6       Would counsel identify themselves and state   10:27:25

7   whom they represent.   10:27:27

8           MR. DRISCOLL:  Rich Driscoll on behalf of   10:27:28

9   all defendants.   10:27:30

10          MS. HALLER SIMONYI:  Juli Haller Simonyi for   10:27:31

11  defendants.   10:27:34

12          MR. KLAYMAN:  Larry Klayman, plaintiff and   10:27:34

13  counsel pro se.   10:27:38

14          VIDEOGRAPHER:  Thank you very much.  The   10:27:41

15  court reporter today is Linda Kinkade of L.A.D.   10:27:42

16  Reporting.   10:27:45

17                  LARRY KLAYMAN,

18      Being first duly sworn, testified as follows:

19                   EXAMINATION

20  BY MR. DRISCOLL:

21      Q   Would you state your name for the record,   10:27:57

22  please?   10:27:57

CONFIDENTIAL VIDEOTAPED DEPOSITION OF LARRY KLAYMAN - VOLUME I
CONDUCTED ON TUESDAY, APRIL 8, 2008

77

1  building on the steps of School Street.  If I had    11:53:11
2  stayed, I would have fired him.    11:53:16
3      Q   For smoking?    11:53:18
4      A   No, for not doing his job.    11:53:19
5      Q   Okay.    11:53:23
6      A   He was one of Fitton's friends.  He was    11:53:25
7  Fitton's roommate.    11:53:28
8      Q   At that time?    11:53:29
9      A   Yeah.  And to show you how I trusted    11:53:30
10 Fitton, I would -- a lot of his friends came in to    11:53:33
11 Judicial Watch on his recommendation.    11:53:37
12     Can we take a break now?    11:53:43
13         MR. DRISCOLL:  Yes.    11:53:45
14     (Discussion was had off the record.)    11:53:46
15         VIDEOGRAPHER:  This marks the end of tape    11:53:47
16 one in the deposition of Larry Klayman.  We're going    11:53:48
17 off the record.  The time is 11:53 a.m.    11:53:51
18     (Brief recess.)    11:53:54
19         VIDEOGRAPHER:  This marks the beginning of    12:11:36
20 tape two in the deposition of Larry Klayman.  We are    12:11:40
21 back on the record.  The time is 12:11 p.m.    12:11:43
22 BY MR. DRISCOLL:    12:11:52

CONFIDENTIAL VIDEOTAPED DEPOSITION OF LARRY KLAYMAN - VOLUME I
CONDUCTED ON TUESDAY, APRIL 8, 2008

100

1   Q   Did Mr. Fitton and Mr. Orfanedes and    12:43:22
2   Mr. Farrell, did they contribute anything to the    12:43:27
3   building of the organization or did it not really    12:43:29
4   matter whether they were there or not?    12:43:32
5       A   Oh, I think they contributed.  I'm not    12:43:36
6   going to sit here and say they didn't do anything.    12:43:38
7   They did it under my direction.  I thought at the    12:43:45
8   time, until, you know, this attempt to seize power    12:43:53
9   occurred, that they were honest and loyal people.    12:43:58
10  I've learned otherwise.    12:44:03
11      And they did things that certainly helped    12:44:07
12  advance our cause, but, you know, if you took a poll    12:44:12
13  in Washington as to who Judicial Watch is, it's me and    12:44:16
14  still is me.    12:44:19
15      Q   Okay.    12:44:23
16          MR. DRISCOLL:  I think we're going to take a    12:44:24
17  lunch break now, if that's all right.    12:44:26
18          MR. KLAYMAN:  That's fine.    12:44:29
19          MR. DRISCOLL:  Say, like, 40 minutes, 45    12:44:30
20  minutes?    12:44:32
21          VIDEOGRAPHER:  We're going off the record.    12:44:33
22  The time is 12:44 p.m.    12:44:34

101

1   (Lunch recess.)  12:44:37

2   VIDEOGRAPHER: We are back on the record.  13:43:42
3   The time is 1:43 p.m.  13:43:46
4   BY MR. DRISCOLL:  13:43:59
5   Q   Mr. Klayman, before we took a break, you  13:44:02
6   were talking about all the material breaches that had  13:44:05
7   occurred to the severance agreement following its  13:44:08
8   execution. Among them you had talked about a threat  13:44:12
9   by David Barmack to you that you not refer to your  13:44:17
10  association with Judicial Watch. Could you tell me  13:44:23
11  exactly what you understood Mr. Barmack was asking you  13:44:30
12  not to do?  13:44:34
13  A   He was threatening me with a frivolous  13:44:34
14  lawsuit over trademark and unfair competition if I  13:44:38
15  used the words "Judicial Watch" in the context of my  13:44:45
16  background, among other things.  13:44:47
17  Q   Okay. Was it anything other than a  13:44:50
18  reference in connection with your background as the  13:44:52
19  founder and general counsel, former general counsel,  13:44:55
20  of Judicial Watch?  13:44:59
21  A   I'll let the letter speak for itself. If  13:45:00
22  you want to pull it out, I'll go through it with you.  13:45:03

CONFIDENTIAL VIDEOTAPED DEPOSITION OF LARRY KLAYMAN - VOLUME I
CONDUCTED ON TUESDAY, APRIL 8, 2008

166

| | | |
|---|---|---|
| 1 | A   Sure.  Sure. | 15:01:10 |
| 2 | Q   The letter that you're referring to, is | 15:01:10 |
| 3 | that the first fund-raising letter you issued for | 15:01:12 |
| 4 | Saving Judicial Watch? | 15:01:15 |
| 5 | A   I don't know that it's the first.  I don't | 15:01:16 |
| 6 | know. | 15:01:18 |
| 7 | VIDEOGRAPHER:  This marks the end of tape | 15:01:31 |
| 8 | two in the deposition of Larry Klayman.  We're going | 15:01:35 |
| 9 | off the record.  The time is 3:01 p.m. | 15:01:38 |
| 10 | (Brief recess.) | 15:01:40 |
| 11 | VIDEOGRAPHER:  This marks the beginning of | 15:09:43 |
| 12 | tape three in the deposition of Larry Klayman.  We're | 15:09:49 |
| 13 | back on the record.  The time is 3:09 p.m. | 15:09:52 |
| 14 | BY MR. DRISCOLL: | 15:09:55 |
| 15 | Q   Mr. Klayman, I went over my notes and I | 15:09:55 |
| 16 | have a follow-up question about the discussion we had | 15:09:59 |
| 17 | earlier about Terri Schiavo.  You said that you had | 15:10:01 |
| 18 | gone to the Capitol to lobby the governor, then | 15:10:04 |
| 19 | Governor Jeb Bush, concerning right-to-life issues. | 15:10:08 |
| 20 | A   Not right-to-life issues, although I am a | 15:10:11 |
| 21 | believer in right to life. | 15:10:15 |
| 22 | Q   Okay.  Was it -- were you retained by | 15:10:17 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF LARRY KLAYMAN - VOLUME I
CONDUCTED ON TUESDAY, APRIL 8, 2008

194

1   Q   In other words, you were recognized as
2   Judicial Watch and no one else.
3   A   I was Judicial Watch.  Okay.
4   Q   Okay.
5   A   And when I would go around to functions in
6   Florida, they would -- everybody would ask me about
7   Judicial Watch and how your colleagues are doing.  And
8   I try to be diplomatic and not disparage them and say
9   nice things.
10          MS. HALLER SIMONYI:  Excuse me.  Could we go
11  off for one minute?
12          VIDEOGRAPHER:  We're going off the record.
13  The time is 3:40 p.m.
14      (Brief interruption.)
15          VIDEOGRAPHER:  We're back on the record.
16  The time is 3:42 p.m.
17  BY MR. DRISCOLL:
18  Q   Mr. Klayman, I'd like to talk a little bit
19  about your damages at the moment.  If we could, I'd
20  like to discuss your damages arising from the
21  inability to remove you as personal guarantor of the
22  lease.

CONFIDENTIAL VIDEOTAPED DEPOSITION OF LARRY KLAYMAN - VOLUME I
CONDUCTED ON TUESDAY, APRIL 8, 2008

250

| | | |
|---|---|---|
| 1 | Q   Okay.  Does this appear to be a list of | 16:55:12 |
| 2 | items from your office in the District of Columbia? | 16:55:23 |
| 3 | A   I don't know that it's complete, but there | 16:55:29 |
| 4 | are some items on here that I remember were in my | 16:55:31 |
| 5 | office. | 16:55:33 |
| 6 | Q   Uh-huh.  And you retrieved all the | 16:55:33 |
| 7 | photographs from your office, right, personal | 16:55:38 |
| 8 | photographs? | 16:55:45 |
| 9 | A   I think I did, but I'm not sure.  For | 16:55:46 |
| 10 | instance, you know, when I looked through your | 16:55:49 |
| 11 | document production several weeks ago, when you | 16:55:51 |
| 12 | provided it to us on Christmas Eve, I found documents | 16:55:56 |
| 13 | in there going all the way back to Law Office of Larry | 16:56:01 |
| 14 | Klayman.  And I thought, and it's in the severance | 16:56:05 |
| 15 | agreement, that I was to be provided all my personal | 16:56:08 |
| 16 | documents, but apparently the directors and officers | 16:56:11 |
| 17 | of Judicial Watch held on to those documents for | 16:56:15 |
| 18 | whatever reason and you guys still have them -- or not | 16:56:19 |
| 19 | you guys, but they still have them, which is a | 16:56:23 |
| 20 | violation of the severance agreement. | 16:56:26 |
| 21 | MR. DRISCOLL:  At this point we're going to | 16:56:31 |
| 22 | have to hold the deposition open because it is 5:00 | 16:56:33 |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY - (800) 292-4789
CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL VIDEOTAPED DEPOSITION OF LARRY KLAYMAN - VOLUME I
CONDUCTED ON TUESDAY, APRIL 8, 2008

251

| # | | |
|---|---|---|
| 1 | and I know you have to get to the airport.  There is | 16:56:38 |
| 2 | only a few issues that we need to take up with the | 16:56:41 |
| 3 | magistrate judge, which we can do between now and your | 16:56:45 |
| 4 | next appearance.  And then we can probably have some | 16:56:48 |
| 5 | more time here that needs to be used to cover. | 16:56:51 |
| 6 | MR. KLAYMAN:  Okay.  Well, I would ask for | 16:56:55 |
| 7 | similar flexibility with Mr. Fitton. | 16:56:57 |
| 8 | MR. DRISCOLL:  And in that regard, we should | 16:56:59 |
| 9 | communicate on when you would like to take that when | 16:57:02 |
| 10 | you have a chance. | 16:57:06 |
| 11 | MR. KLAYMAN:  We will. | 16:57:08 |
| 12 | MR. DRISCOLL:  Okay. | 16:57:09 |
| 13 | MR. KLAYMAN:  We will. | 16:57:09 |
| 14 | MR. DRISCOLL:  All right. | 16:57:10 |
| 15 | MR. KLAYMAN:  While we're together -- | 16:57:10 |
| 16 | MR. DRISCOLL:  Let's go off the record. | 16:57:13 |
| 17 | (Discussion was had off the record.) | 16:57:16 |
| 18 | VIDEOGRAPHER:  This marks the end of Volume | 16:57:17 |
| 19 | I of the deposition of Larry Klayman.  The number of | 16:57:24 |
| 20 | tapes used was three.  We're going off the record. | 16:57:27 |
| 21 | The time is 4:57 p.m. | 16:57:29 |
| 22 | (Signature having not been waived, the | |