IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY KLAYMAN,** | |
| Plaintiff, | Civil Action No. 06-670 (CKK) (JF) |
| v. | |
| **JUDICIAL WATCH, INC., et al.,** | |
| Defendants. | |

**PLAINTIFF'S REPLY TO DEFENDANT'S MEMORANDUM IN OPPOSITION TO THE MOTION TO RULE TERMINATED DEPOSITION OF LARRY KLAYMAN**

Plaintiff, Larry Klayman, files this reply and states as follows:

1. Mr. Klayman should be held to the same standard as Defendant, Tom Fitton, who before the conclusion of his deposition walked out and refused to return the next morning, even though the deposition notice requires testimony from day to day until completed. Fitton did not testify for 7 hours and Plaintiff was constantly interrupted with tactical, lengthy and suggestive speaking objections contrary to the local rules. A transcript will be submitted with a future motion.

2. Defendants' reply for the first time provides documentation that Plaintiff was deposed for a full day, with about 5 ½ hours of questioning. If the day rule is not applicable, then only about one and one half hours remains.

3. Plaintiff is prepared to take the depositions of other witnesses by telephone to save resources, as he is a sole practitioner and telephone depositions thus far have proven to be no different in result than in person. This would work an economy with the parties time and resources, as trips to Washington D.C., run thousands of dollars in airfare, cabs, hotel accommodations and meals.

4. Plaintiff would therefore propose – particularly since he has been out of town for the better part of three weeks and has numerous commitments to file briefs in the next few days -- that his deposition be concluded by phone.

5. Similarly, Plaintiff will take the deposition of Susan Prytherich following his deposition by phone. Ms. Prytherich is the comptroller of Judicial Watch.

6. Since another deponent has advised Plaintiff that she is not available this week, Kathy Raffa, Judicial Watch past outside accountant, Plaintiff proposes that his deposition be moved to the middle of next week, September 4, and that Ms. Prytherich's occur thereafter along with Kathy Raffa, with all depositions concluding on the 5th of September. Ms. Benson's deposition could be reset for this Tuesday in Los Angeles, September 2, 2008, or at worst it could remain for this Friday August 29, 2008.

7. This rescheduling would also provide time for the D.C. Circuit to potentially rule on Plaintiff's Petition for Mandamus (Rehearing En Banc).

8. This case is very close to the close of discovery and this slight rescheduling will not prejudice any party and but assist with the efficiencies and cost savings that all should be agreeable to.

WHEREFORE, Plaintiff alternatively request this slight rescheduling which is normal in cases of this nature.

Respectfully submitted,

By: s/Larry Klayman
Larry Klayman, Esq.
D.C. Bar No.: 334581
3415 SW 24th Street
Miami, FL 33145
Tel: 305-447-1091
Fax: 305-447-1548

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of August 2008, a true copy of the foregoing copy of the Plaintiff's Reply to Defendant's Memorandum in Opposition to the Motion to Rule Terminated Deposition of Larry Klayman was served via electronic means to:

Richard W. Driscoll, Esquire
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, VA 22314

By: s/Larry Klayman
Larry Klayman, Esq.
D.C. Bar No.: 334581
3415 SW 24th Street
Miami, FL 33145
Tel: 305-447-1091
Fax: 305-447-1548