IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**LARRY KLAYMAN,**

   Plaintiff,

   v.

**JUDICIAL WATCH, INC., et al.,**

   Defendants.

Civil Action No. 06-670 (CKK) (JF)

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S SURREPLY TO THE MOTION TO RULE TERMINATED DEPOSITION OF LARRY KLAYMAN

Plaintiff opposes this surreply, which Defendants did not seek leave to file, on the following grounds:

1. Plaintiff should not be forced, as great expense to travel to DC, for one and one half hours of deposition, particularly in light of Mr. Fitton's conduct in unilaterally terminating his deposition.

2. Mr. Klayman is not, unlike Mr. Fitton, seeking to flout the rules of the court.

3. Mr. Klayman has not become "belligerent," to the contrary Defendants have. A telephone deposition might eliminate some of this face to face hostility.

4. Video is not necessary as Mr. Klayman will be a live witness at trial and the video is being used only as an intimidation tactic. Plaintiff did not video Judicial Watch directors.

5. Plaintiff's request is reasonable. Defendants have opposed every reasonable request in this case, without exception.

WHEREFORE, as a matter of law and equity, Plaintiff's motion should be granted in whole or substantial part.

Respectfully submitted,

By: s/Larry Klayman
Larry Klayman, Esq.
D.C. Bar No.: 334581
3415 SW 24th Street
Miami, FL 33145
Tel: 305-447-1091
Fax: 305-447-1548

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of August 2008, a true copy of the foregoing copy of the Plaintiff's Opposition to Defendant's Surreply to the Motion to Rule Terminated Deposition of Larry Klayman was served via electronic means to:

Richard W. Driscoll, Esquire
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, VA 22314

                    By: s/Larry Klayman
Larry Klayman, Esq.
D.C. Bar No.:  334581
3415 SW 24th Street
Miami, FL 33145
Tel: 305-447-1091
Fax: 305-447-1548