IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY KLAYMAN,**<br><br>    Plaintiff,<br><br>    v.<br><br>**JUDICIAL WATCH, INC., et al.,**<br><br>    Defendants. | Civil Action No. 06-670 (CKK) (JF) |

## MOTION FOR EXTENSION OF TIME

Plaintiff, Larry Klayman, moves this honorable court for an extension of time to supplement his Privilege Log and as grounds therefore would show:

1. Plaintiff is a sole practitioner and has had a very busy litigation schedule and spent the last days in D.C., where is traveled at great expense. He is currently on travel for medical reasons and to defend a deposition in this case in Los Angeles.

2. No prejudice will result to any party if this extension is granted.

WHEREFORE, Plaintiff respectfully requests 10 business days or until and including September 12, 2008, to supplement his Privilege Log.

                                                          Respectfully submitted,

By: s/Larry Klayman
Larry Klayman, Esq.
D.C. Bar No.: 334581
3415 SW 24th Street
Miami, FL 33145
Tel: 305-447-1091
Fax: 305-447-1548

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of August 2008, a true copy of the foregoing copy of Plaintiff's Extension of Time to supplement his Privilege Log was served via electronic means to:

Richard W. Driscoll, Esquire
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, VA 22314

By: s/Larry Klayman
Larry Klayman, Esq.
D.C. Bar No.: 334581
3415 SW 24th Street
Miami, FL 33145
Tel: 305-447-1091
Fax: 305-447-1548