IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, | &#124; |
| Plaintiff, | &#124; |
| v. | &#124;  Civil Action No. 1:06-CV-00670 |
| | &#124;  (CCK) (AK) |
| JUDICIAL WATCH, INC., *et al.*, | &#124; |
| Defendants. | &#124; |

## ORDER

Upon consideration of Plaintiff's Motion for an Extension of time and Defendant's

Opposition, pursuant to Fed. R. Civ. P. 37 (b), and the entire record herein, it is this ___ day of

_____ 2008,

ORDERED that Plaintiff's motion is hereby DENIED, and it is further

ORDERED that Plaintiff shall be sanctioned for failing to comply with this Court's

outstanding order requiring his Supplemental Privilege Log, which was due to the Court by no

later than August 26, 2008.

_____
Magistrate Judge Alan Kay

cc:    Copies to all counsel