IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, | |
| Plaintiff, | |
| v. | Civil Action No. 1:06-CV-00670 (CKK/AK) |
| JUDICIAL WATCH, INC., *et al.*, | |
| Defendants. | |

**DEFENDANTS' MEMORANDUM IN OPPOSITION TO
PLAINTIFF'S MOTION FOR EXTENSION OF TIME [278]**

Defendants Judicial Watch, Inc., Thomas J. Fitton, Paul J. Orfanedes and Christopher J. Farrell, ("Judicial Watch"), by undersigned counsel, hereby oppose the Plaintiff Larry E. Klayman's ("Klayman") Motion for Extension of Time. As grounds for this Opposition, Defendants state as follows:

1. The primary reason for Klayman's request appears to be a minor traffic accident on November 6, 2008.[1] (*See* Klayman's Motion, Exhibit 1) In addition, Klayman asserts that his staff has been ill. Despite these putative problems, Klayman has maintained a robust litigation practice while in California. For example, Klayman was able to file his Motion for Partial Summary Judgment on November 25, 2008, and then again on December 3, 2008.

2. Defendants note that since Klayman's accident, he has been engaged in a substantial amount of legal work. Klayman is counsel of record for Plaintiff in the matter

---

[1] Klayman's Hospital Bill indicates that only diagnostic services were provided on November 6, 2008. There is no evidence of broken bones or follow up medical care nor does Klayman represent that any such care occurred. While Defendants are sympathetic, it appears more than enough time has passed for recovery without a more specific explanation of injuries and evidence of ongoing treatment.

styled as *Freedom Watch, Inc. v. Organization of Petroleum Exporting Countries*, Case No. 1:08-cv-21630-ASG (S.D. Fla.). Since November 6, 2008, Klayman has made the following filings on behalf of Freedom Watch:

- 11/17/08: Application for Default by Defendant [D 6];
- 11/20/08: Motion for Entry of Default by Clerk [D 12];
- 11/20/08: Motion for Judgment [D 13];
- 11/20/08: Motion for Default Judgment [D 14];
- 11/20/08: Motion for Entry of Default by Clerk [D 15];
- 12/15/08: Response/Reply to Order to Show Cause regarding personal service [D 17]; and
- 12/17/08: Supplement to Response/Reply by Freedom Watch, Inc. [D 18].

2. Klayman is also counsel of record for Plaintiff in the matter styled as *Dr. K.A. Paul and Global Peace Initiative, Inc. v. Bush, et al.*, Case No. 08-cv-1317-ESH (D. D.C.) in which Klayman made the following filing:

- 12/11/08: Response to Court's Minute Order About Service [D 4].

3. Defendants further note that Klayman is a *pro se* Plaintiff in the matter styled as *Klayman v. Brickell Key II Condo Association*, Case No. 2008-72774-CA-01 (Miami Dade Cir. Ct.) in which he filed a Complaint and demand for jury trial on November 24, 2008. In addition, Klayman is a *pro se* Plaintiff in the matter styled as *Klayman v. Salim Yazbeck*, Case No. 2008-74005-CA-01 (Miami Dade Cir. Ct.) in which he filed a Complaint and demand for jury trial on December 2, 2008.

4. Finally, Defendants note from November 6, 2008 until now, Klayman has made the following filings in this case:

- 11/20/08: Motion for Extension of Time [D 264];

2

- 11/25/08: Motion for Partial Summary Judgment [D 271];
- 12/03/08: Motion for Partial Summary Judgment [D 275, 276]; and
- 12/05/08: Notice Praecipe by Larry Klayman [D 277].

5. As set forth above, during his period of convalescence, Klayman made no less than 14 filings, including the initiation of two new cases in which he is the party plaintiff. Given this level of activity, Defendants submit that Klayman has been actively engaged in the practice of law.

6. Klayman appears to argue that he is entitled to an extension because the Defendants requested two extensions of the deadline to file dispositive motions. Defendants note that the extension of time to file summary judgment motions was of equal benefit to Klayman as to Defendants. Indeed, Klayman did not file his motion until 10:30 p.m. on the deadline day. [D 271] Moreover, Klayman's Statement of Material Facts did not comply with Local Rule 7(h) resulting in the Motion being stricken by the Court, which then extended the deadline for filing until December 3, 2008. Therefore, Klayman essentially obtained a *de facto* eight day extension by failing to heed the Court's earlier warning to comply with LCvR 7(h).

7. Klayman also contends that a five day extension does not prejudice to any party. Defendants disagree as the extension essentially frustrates the Christmas holiday weekend. Moreover, as a result of prior extensions, Klayman has already benefited from extensions of the deadline to oppose dispositive motions.

WHEREFORE, for all of the foregoing reasons, Judicial Watch, Inc., Thomas J. Fitton, Paul J. Orfanedes and Christopher Farrell respectfully request that this Court DENY Plaintiff's Motion for Extension of Time.

                Respectfully submitted,

                /s/

                Richard W. Driscoll (436471)
                DRISCOLL & SELTZER, PLLC
                600 Cameron Street
                Alexandria, Virginia 22314
                703.340.1625 Telephone
                703.997.4892 Facsimile
                rdriscoll@driscollseltzer.com
                *Counsel for Defendants Judicial Watch,*
                *Inc., Thomas J. Fitton, Paul J. Orfanedes*
                *and Christopher J. Farrell*

Dated: December 18, 2008