

Los Angeles City Fire Department
Emergency Medical Services Billing Unit
200 N. Main Street, Room 1620
Los Angeles, CA 90012-4177
Federal ID No. 95-6000735W

 08346002870

121608  002880
LARRY KLAYMAN
5779  ROLLING RD
WOODLAND HILLS CA 91367-4532

# INVOICE

INVOICE NO.: 08346002870
INVOICE DATE: 12/16/2008
DATE OF SERVICE: 11/06/2008

TRANSPORTED FROM: 6000 N TOPANGA CANYON BL X W O

TRANSPORTED TO: KAISER HOSP, WOODLAND HILLS

THIS INVOICE IS FOR EMERGENCY MEDICAL SERVICES PROVIDED. IT IS DUE AND PAYABLE NOW AND BECOMES DELINQUENT ON 01/16/2009. IF YOU HAVE ANY QUESTIONS, PLEASE CALL (213) 482-7200. SI TIENE ALGUNA PREGUNTA, FAVOR DE LLAMAR AL TELEFONO (213) 482-7200. TDD: (213) 482-7299.

ver 1.1

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| BASIC LIFE SUPPORT TREATMENT WITH TRANSPORT | 622.00 |
| MILEAGE OF 02 MILE(S) | 29.00 |
| Amount Due: | $651.00 |

IF YOU HAVE MEDI-CAL, MEDICARE, PRIVATE INSURANCE OR WORKERS' COMPENSATION INSURANCE COVERAGE TO REPORT, PLEASE COMPLETE AND RETURN PAGE TWO. SI TIENE MEDI-CAL, MEDICARE, ASEGURANZA PRIVADA O WORKERS' COMPENSATION, POR FAVOR SIGA LAS INSTRUCCIONES EN LA SEGUNDA PAGINA.

— Please detach at perforation and return the lower portion with your payment. —
DO NOT USE THIS COUPON TO REPORT INSURANCE INFORMATION.
TO REPORT INSURANCE INFORMATION PLEASE USE THE FORM ON PAGE TWO.

To use your Credit Card to pay the Amount Due, please enter in the spaces provided below, the Credit Card Number, Expiration Date and Verification Code, which is the last 3 numbers printed in the Signature Panel on the back of the card.

CHECK ONE: ☐ MasterCard  ☐ VISA  ☐ DISCOVER  ☐ American Express

CREDIT CARD #: [_____]  EXP. DATE: [__]/[__]  VERIFICATION CODE: [___]

CARD HOLDER'S NAME: _____

CARD BILLING ADDRESS: _____

ZIP CODE: _____ TELEPHONE NO.: _____

SIGNATURE: _____

**PATIENT NAME:** LARRY KLAYMAN
**INVOICE NO.:** 08346002870
**AMOUNT DUE:** $651.00
**AMOUNT ENCLOSED:** [_____]

Los Angeles City Fire Department
File 54647
Los Angeles, CA 90074-4647

MAKE CHECK PAYABLE TO: **CITY OF LOS ANGELES** WRITE THE INVOICE NUMBER ON YOUR CHECK.