UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN et al., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JUDICIAL WATCH, INC. et al, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-CV-00670 (CKK) |
| ELHAM SATAKI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BROADCASTING BOARD OF )<br>GOVERNORS, *et al.* )<br>)<br>Defendants. )<br>) | Civil Action No. 10-0534 (CKK) |
| ELHAM SATAKI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MEHDI FALAHATI, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 10-CV-00466 (CKK) |

**PRAECIPE**

1

      This is to advise the court that new information and analysis has come to light and that Plaintiffs and their counsel in the above styled cases will be fling motions to disqualify the presiding judge, Colleen Kollar-Kotelly, on or before Tuesday, July 20, 2010, under 28 U.S.C. 144.

                                              Respectfully submitted,

                                          **Larry Klayman///**
                                          Larry Klayman, Esquire
                                          D.C. Bar No. 334581
                                          The Klayman Law Firm
                                          Attorneys for Plaintiff
                                          2000 Pennsylvania Avenue, N.W.
                                          Suite 345
                                          Washington, DC 20006
                                          310-595-0800