UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN et al., | ) |
| | ) Civil Action No. 06-CV-00670 (CKK) |
| Plaintiff, | ) |
| v. | ) |
| JUDICIAL WATCH, INC. et al, | ) |
| Defendants. | ) |

| | |
|---|---|
| ELHAM SATAKI, | ) |
| | ) Civil Action No. 10-0534 (CKK) |
| Plaintiff, | ) |
| v. | ) |
| BROADCASTING BOARD OF GOVERNORS, *et al.* | ) |
| Defendants. | ) |

| | |
|---|---|
| ELHAM SATAKI, | ) |
| | ) Civil Action No. 10-CV-00466 (CKK) |
| Plaintiff, | ) |
| v. | ) |
| MEHDI FALAHATI, et al., | ) |
| Defendants. | ) |

## PLAINTIFFS' 28 U.S.C. 144 MOTION TO DISQUALIFY AND MEMORANDUM IN SUPPORT THEREOF AND CERTIFICATE OF GOOD FAITH OF COUNSEL

Plaintiffs and their counsel move to disqualify District Judge Colleen Kollar-Kotelly in the above styled cases on the bases set forth in the accompanying affidavit of Larry Klayman, which is filed on his behalf, and on behalf of his clients. As required by 28 U.S.C. 144, the undersigned hereby certifies that this motion is being filed in good faith.

The motion is timely as recent events in the above styled cases have confirmed the extra-judicial bias and prejudice against Plaintiffs' counsel, which is imputed to his clients. These events are set forth in the attached affidavit, which is incorporated herein by reference.

The undersigned respectfully requests that all proceedings in the above styled cases be stayed and otherwise held in abeyance until this motion is fully briefed and an evidentiary hearing held on the issues which it addresses.

Respectfully submitted,

**Larry Klayman///**
Larry Klayman, Esquire
D.C. Bar No. 334581
The Klayman Law Firm
Attorneys for Plaintiff
2000 Pennsylvania Avenue, N.W.
Suite 345
Washington, DC 20006
310-595-0800