**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LARRY KLAYMAN,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**JUDICIAL WATCH**<br><br>　　　　　　　　　　Defendant. | **Civil Action No: 1:06-cv-00670** |

## PRAECIPE

Plaintiff hereby provides notice of his intent to file a Petition for Writ of Mandamus within the U.S. Court of Appeals for the D.C. Circuit in which he will request that the Honorable Colleen Kollar-Kotelly recuse herself from the above styled action as lawfully required under 28 USC § 144 among other relief including but not limited to an order vacating all prior Kotelly orders.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 /s/ *Larry Klayman*
　　　　　　　　　　　　　　　　　　　　Larry Klayman, Esq.
　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 334581
　　　　　　　　　　　　　　　　　　　　Klayman Law Firm
　　　　　　　　　　　　　　　　　　　　2020 Pennsylvania Ave. NW, Suite 345
　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　Tel: (310) 595-0800
　　　　　　　　　　　　　　　　　　　　Email: leklayman@gmail.com