**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LARRY KLAYMAN,** | |
| Plaintiff, | |
| v. | **Civil Action No. 1:06-CV-00670** |
| **JUDICIAL WATCH, INC.,** | **(CKK) (AK)** |
| Defendant. | |

**SUPPLEMENT TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO REMOVE STAY AND PROCEED WITH TRIAL**

On March 20, 2015, Defendant Judicial Watch filed its Motion to Remove Stay and Proceed with Trial (Docket No. 376). On April 6, 2015, Plaintiff Larry Klayman filed an opposition to Defendant's motion.  Exhibit A. Plaintiff hereby presents this supplement to his opposition.

Plaintiff was regrettably forced to file a Complaint of Judicial Misconduct ("Judicial Complaint") with the Judicial Council of the District of Columbia Circuit.  This Judicial Complaint is currently pending and has been given the reference number of DC-15-90010 by the Judicial Council. Attached as Exhibit B is a copy of the Judicial Complaint which the Juridical Council advised today could be filed with this Court.

Dated:  April 14, 2015

1

Respectfully Submitted,


 /s/ *Larry Klayman*
Larry Klayman, Esq.
D.C. Bar No. 334581
2020 Pennsylvania Ave. NW, Suite 800
Washington, DC 20006
Tel: (310) 595-0800
Email: leklayman@gmail.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of April, 2015 a true and correct copy of the foregoing (Civil Action No. 1:15-cv-00214) was filed electronically using CM/ECF to the U.S. District Court for the District of Columbia and served upon the following:

Via CM/ECF:

Richard W. Driscoll, Esq. (436471)
300 N. Washington Street, Suite 610
Alexandria, VA 22314
Telephone: 703-822-5001
Facsimile: 703-997-4892
Email: rdriscoll@driscollseltzer.com

*Counsel for Defendant Judicial Watch*




 /s/ *Larry Klayman*
Larry Klayman, Esq.
D.C. Bar No. 334581
2020 Pennsylvania Ave. NW, Suite 800
Washington, DC 20006
Tel: (310) 595-0800
Email: leklayman@gmail.com