IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN,<br><br>　　　　　　　Plaintiff,<br>　v.<br>JUDICIAL WATCH, INC.,<br><br>　　　　　　　Defendant. | Civil Action No. 1:06-cv-00670 (CKK) |

### PLAINTIFF'S NOTICE FOR JURY INSTRUCTION REGARDING NOMINAL DAMAGES

　　At this point in the case, Plaintiff Larry Klayman seeks nominal damages from Defendant Judicial Watch for breach of the Severance Agreement, which was a contract between the parties. That Defendant Judicial Watch seeks more than nominal damages should not influence you, the jury, one way or the other, in determining which party, if any, breached the Severance Agreement. You should not view Plaintiff Larry Klayman's request for nominal damages as influential in determining Defendants' liability.

**Dated**:  February 21, 2018

　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　　　　 /s/ *Larry Klayman*　　　　　　
　　　　　　　　　　　　　　　　　　　　　　Larry Klayman, Esq.
　　　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 334581
　　　　　　　　　　　　　　　　　　　　　　2020 Pennsylvania Ave. NW, Suite 800
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　　　Tel: (310) 595-0800
　　　　　　　　　　　　　　　　　　　　　　Email: leklayman@gmail.com

　　　　　　　　　　　　　　　　　　　　　　*Plaintiff Pro Se*

2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 21st day of February 2018, a true and correct copy of the foregoing was filed and served by electronic means pursuant to this Court's ECF system.

       /s/ *Larry Klayman*
      Larry Klayman, Esq.