UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN,<br><br>   Counterdefendant,<br><br>v.<br><br>JUDICIAL WATCH, INC., *et al.*,<br><br>   Counterplaintiffs. | Civil Action No. 06-670 (CKK) |

## JUDGMENT ON THE VERDICT FOR
## COUNTERPLAINTIFF JUDICIAL WATCH, INC.
(March 15, 2018)

This cause having been tried by the Court and a Jury, before the Honorable Colleen Kollar-Kotelly, Judge presiding, and the issues having been duly tried and the Jury having rendered its verdict; now therefore, pursuant to the verdict,

IT IS ORDERED, ADJUDGED AND DECREED that Counterplaintiff Judicial Watch, Inc. recover as a judgment $2,300,000.00 from Counterdefendant Larry Klayman and that Counterplaintiff Judicial Watch, Inc. have and recover costs from Counterdefendant Larry Klayman.

**SO ORDERED.**

Dated: March 15, 2018

                  _____
                  COLLEEN KOLLAR-KOTELLY
                  United States District Judge