UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN,<br><br>   Counterdefendant,<br><br>v.<br><br>JUDICIAL WATCH, INC., *et al.*,<br><br>   Counterplaintiffs. | Civil Action No. 06-670 (CKK) |

**JUDGMENT ON THE VERDICT FOR
COUNTERPLAINTIFF THOMAS J. FITTON**
(March 15, 2018)

  This cause having been tried by the Court and a Jury, before the Honorable Colleen Kollar-Kotelly, Judge presiding, and the issues having been duly tried and the Jury having rendered its verdict; now therefore, pursuant to the verdict,

  IT IS ORDERED, ADJUDGED AND DECREED that Counterplaintiff Thomas J. Fitton recover as a judgment $500,000.00 from Counterdefendant Larry Klayman and that Counterplaintiff Thomas J. Fitton have and recover costs from Counterdefendant Larry Klayman.

  **SO ORDERED.**

Dated: March 15, 2018

                       */s/ Colleen Kollar-Kotelly*
                       COLLEEN KOLLAR-KOTELLY
                       United States District Judge