Civil Judgment (Rev. DC 03/10)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LARRY KLAYMAN

    Plaintiff(s)

v.

JUDICIAL WATCH, INC., ET AL

    Defendant(s)

Civil Action No. 06-0670 (CKK)

## JUDGMENT ON THE VERDICT
### FOR DEFENDANT

This cause having been tried by the Court and a Jury, before the Honorable Colleen Kollar-Kotelly, Judge presiding, and the issues having been duly tried and the Jury having rendered its verdict; now therefore, pursuant to the verdict,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff(s):

LARRY KLAYMAN

take nothing on the complaint against the defendant(s):

JUDICIAL WATCH, INC., et al

and that the said defendant(s) have and recover costs from the said plaintiff(s).

ANGELA D. CAESAR, Clerk

Dated: March 14, 2018

By: _A. Jones Patterson_
    Deputy Clerk