**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

LARRY KLAYMAN,

      Plaintiff,

      v.

JUDICIAL WATCH, INC., *et al.*,

      Defendants.

Civil Action No. 06-670 (CKK)

**JUDGMENT ON THE VERDICT FOR
COUNTER-PLAINTIFF JUDICIAL WATCH, INC.**
(March 18, 2019)

      This cause having been tried by the Court and a Jury, before the Honorable Colleen Kollar-Kotelly, Judge presiding, and the issues having been duly tried and the Jury having rendered its verdict; now therefore, pursuant to the verdict,

      IT IS ORDERED, ADJUDGED AND DECREED that Counter-Plaintiff Judicial Watch, Inc. recover as a judgment $2,300,000.00 from Counter-Defendant Larry Klayman and that Counter-Plaintiff Judicial Watch, Inc. have and recover costs from Counter-Defendant Larry Klayman.

      **SO ORDERED.**

Dated: March 18, 2019

                             /s/
                         COLLEEN KOLLAR-KOTELLY
                         United States District Judge