**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LARRY KLAYMAN,<br><br>   Plaintiff,<br><br>  v.<br><br>JUDICIAL WATCH, INC., *et al.*,<br><br>   Defendants. | Civil Action No. 06-670 (CKK) |

**JUDGMENT ON THE VERDICT FOR**
**COUNTER-PLAINTIFF THOMAS J. FITTON**
(March 18, 2019)

  This cause having been tried by the Court and a Jury, before the Honorable Colleen Kollar-Kotelly, Judge presiding, and the issues having been duly tried and the Jury having rendered its verdict; now therefore, pursuant to the verdict,

  IT IS ORDERED, ADJUDGED AND DECREED that Counter-Plaintiff Thomas J. Fitton recover as a judgment $500,000.00 from Counter-Defendant Larry Klayman and that Counter-Plaintiff Thomas J. Fitton have and recover costs from Counter-Defendant Larry Klayman.

  **SO ORDERED.**

Dated: March 18, 2019

                    /s/
                   COLLEEN KOLLAR-KOTELLY
                   United States District Judge