# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN,<br>    Plaintiff,<br>v.<br>JUDICIAL WATCH, INC., *et al.*,<br>    Defendants. | Civil Action No. 06-670 (CKK) |

## FINAL JUDGMENT
(March 18, 2019)

This case was resolved in part by the Court and in part by jury verdict. In the interest of consolidating the respective determinations in a final appealable Order, it is hereby

**ORDERED** that, pursuant to the verdict and prior decisions of this Court, Plaintiff Larry Klayman not recover for any of his claims against Defendant Judicial Watch, Inc., or any defendants previously part of this action; and it is further

**ORDERED** that, pursuant to the verdict, Counter-Plaintiff Judicial Watch, Inc. recover as a judgment $2,300,000.00 from Counter-Defendant Larry Klayman, inclusive of prejudgment interest as to Count II of the Amended Counterclaim; that, pursuant to summary judgment as to Count I, Counter-Plaintiff Judicial Watch, Inc. recover damages of $69,358.48 and, as of March 18, 2019, prejudgment interest of $63,611.68, for a total recovery under Count I of $132,970.16 from Counter-Defendant Larry Klayman; and that Counter-Plaintiff Judicial Watch, Inc. have and recover costs from Counter-Defendant Larry Klayman.

**ORDERED** that, pursuant to the verdict, Counter-Plaintiff Thomas J. Fitton recover as a judgment $500,000.00 from Counter-Defendant Larry Klayman and that Counter-Plaintiff Thomas J. Fitton have and recover costs from Counter-Defendant Larry Klayman.

**SO ORDERED.**

**This is a final appealable Order.**

Dated: March 18, 2019

                                                  /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge