# EXHIBIT B

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:06–cv–00670–CKK

KLAYMAN et al v. JUDICIAL WATCH, INC. et al

Assigned to: Judge Colleen Kollar–Kotelly

Case in other court: 09–07068

Cause: 28:1332 Diversity–Other Contract

Date Filed: 04/12/2006
Date Terminated: 03/15/2018
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**LARRY KLAYMAN**
    represented by  **Daniel J. Dugan**
SPECTOR GADON & ROSEN, P.C.
1635 Market Street
7th Floor
Philadelphia, PA 19103–3650
(215) 241–8872
Fax: (215)531–9120
Email: ddugan@lawsgr.com
*TERMINATED: 04/29/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Larry E. Klayman**
KLAYMAN LAW GROUP, P.A.
2020 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
(310) 595–0800
Fax: (202) 379–9289
Email: leklayman@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LOUISE BENSON**
*TERMINATED: 01/17/2007*
    represented by  **Daniel J. Dugan**
(See above for address)
*TERMINATED: 04/29/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JUDICIAL WATCH, INC.**
    represented by  **Richard Wayne Driscoll**
DRISCOLL & SELTZER, PLLC
300 N. Washington St.
Suite 610
Alexandria, VA 22314
(703) 822–5001
Fax: (703) 997–4892
Email: rdriscoll@driscollseltzer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Juli Z. Haller**
Bailey & Ehrenberg, PLLC
1015 18th Street, NW
204
Washington, DC 20036

(202) 331–1331
Fax: (202) 318–7071
Email: jzh@becounsel.com
*TERMINATED: 12/19/2008*
*ATTORNEY TO BE NOTICED*

**Defendant**

**THOMAS J. FITTON**                    represented by    **Richard Wayne Driscoll**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Juli Z. Haller**
                                                          (See above for address)
                                                          *TERMINATED: 12/19/2008*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**CHRISTOPHER FARRELL**                 represented by    **Richard Wayne Driscoll**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Juli Z. Haller**
                                                          (See above for address)
                                                          *TERMINATED: 12/19/2008*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**PAUL ORFANEDES**                      represented by    **Richard Wayne Driscoll**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Juli Z. Haller**
                                                          (See above for address)
                                                          *TERMINATED: 12/19/2008*
                                                          *ATTORNEY TO BE NOTICED*

V.

**Interested Party**

**DAVID P. DURBIN**                     represented by    **John Tremain May**
                                                          JORDAN COYNE LLP
                                                          10509 Judicial Drive
                                                          Suite 200
                                                          Fairfax, VA 22030
                                                          (703) 246–0905
                                                          Fax: (703) 591–3673
                                                          Email: jmay@jocs–law.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Interested Party**

**HERBERT BELLER**                      represented by    **Hamilton Phillips Fox , III**
                                                          OFFICE OF BAR COUNSEL
                                                          515 5th Street NW
                                                          Room 117 Bldg. A
                                                          Washington, DC 20001
                                                          (202) 638–1501
                                                          Fax: 202–638–0862

Email: phil.fox@sablaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**SUTHERLAND ASBILL &
BRENNAN LLP**

represented by **Hamilton Phillips Fox , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**RAFFA & ASSOCIATES, INC.**

represented by **Jeffrey Martin Schwaber**
STEIN SPERLING BENNETT DE JONG
DRISCOLL PC
25 West Middle Lane
Rockville, MD 20850
(301) 838–3210
Fax: (301) 354–8110
Email: JSchwaber@steinsperling.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Craine Lombardo**
STEIN SPERLING BENNETT DE JONG
DRISCOLL PC
25 West Middle Lane
Rockville, MD 20850
(301) 838–3226
Fax: (301) 354–8126
Email: mlombardo@steinsperling.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**JUDICIAL WATCH, INC.**

represented by **Richard Wayne Driscoll**
(See above for address)
*LEAD ATTORNEY*

**Juli Z. Haller**
(See above for address)
*TERMINATED: 12/19/2008*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**THOMAS J. FITTON**

represented by **Richard Wayne Driscoll**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Juli Z. Haller**
(See above for address)
*TERMINATED: 12/19/2008*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**LARRY KLAYMAN**

represented by **Daniel J. Dugan**
(See above for address)
*TERMINATED: 04/29/2008*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Larry E. Klayman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**JUDICIAL WATCH, INC.**          represented by   **Richard Wayne Driscoll**
(See above for address)
*LEAD ATTORNEY*

**Juli Z. Haller**
(See above for address)
*TERMINATED: 12/19/2008*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**THOMAS J. FITTON**          represented by   **Richard Wayne Driscoll**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Juli Z. Haller**
(See above for address)
*TERMINATED: 12/19/2008*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**LARRY KLAYMAN**          represented by   **Daniel J. Dugan**
(See above for address)
*TERMINATED: 04/29/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Larry E. Klayman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/12/2006 | 1 | COMPLAINT against JUDICIAL WATCH, INC., THOMAS J. FITTON (Filing fee $ 350) filed by LARRY KLAYMAN, LOUISE BENSON. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(jf, ) (Entered: 04/13/2006) |
| 04/12/2006 | | Summons (2) Issued as to JUDICIAL WATCH, INC., THOMAS J. FITTON. (jf, ) (Entered: 04/13/2006) |
| 04/24/2006 | 2 | ORDER Establishing Procedures for Electronic Filing for Cases Assigned to Judge Colleen Kollar–Kotelly signed on April 24, 2006. (SM) (Entered: 04/24/2006) |
| 05/01/2006 | 3 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. JUDICIAL WATCH, INC. served on 4/13/2006, answer due 5/3/2006 (Dugan, Daniel) (Entered: 05/01/2006) |
| 05/01/2006 | 4 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. THOMAS J. FITTON served on 4/13/2006, answer due 5/3/2006 (Dugan, Daniel) (Entered: 05/01/2006) |

| 05/01/2006 | 5 | ENTERED IN ERROR.....FIRST AMENDED COMPLAINT against JUDICIAL WATCH, INC., THOMAS J. FITTON filed by LARRY KLAYMAN, LOUISE BENSON.(nmw, ) Modified on 5/2/2006 (nmw, ). (Entered: 05/01/2006) |
|---|---|---|
| 05/01/2006 | 6 | FIRST AMENDED COMPLAINT against JUDICIAL WATCH, INC., THOMAS J. FITTON filed by LARRY KLAYMAN, LOUISE BENSON. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(nmw, ) (Entered: 05/02/2006) |
| 05/02/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. 5 Amended Complaint was entered in error and will be refiled with exhibits. (nmw, ) (Entered: 05/02/2006) |
| 05/03/2006 | 7 | NOTICE of Certificate of Service by LARRY KLAYMAN, LOUISE BENSON re 6 Amended Complaint (nmw, ) (Entered: 05/04/2006) |
| 05/19/2006 | 8 | NOTICE of Appearance by Richard Wayne Driscoll on behalf of all defendants (Driscoll, Richard) (Entered: 05/19/2006) |
| 05/19/2006 | 9 | STIPULATION *Extending Deadline to Answer or Otherwise Respond to Amended Complaint* by JUDICIAL WATCH, INC., THOMAS J. FITTON. (Driscoll, Richard) (Entered: 05/19/2006) |
| 05/22/2006 | | MINUTE ENTRY ORDER [PAPERLESS]: The Court hereby Denies without prejudice the 9 Stipulation extending deadlines to answer or otherwise respond to the amended complaint. The parties have not provided the Court with a basis to extend the deadline. In addition, requests for extensions must be made by proper motion. Signed by Judge Colleen Kollar–Kotelly on May 22, 2006. (SM) (Entered: 05/22/2006) |
| 05/23/2006 | 10 | Consent MOTION for Extension of Time to File Answer *or Otherwise Respond to Amended Complaint* by JUDICIAL WATCH, INC., THOMAS J. FITTON. (Attachments: # 1)(Driscoll, Richard) (Entered: 05/23/2006) |
| 05/23/2006 | | MINUTE ENTRY ORDER [PAPERLESS] granting 10 Consent Motion to Extend Time to Respond to Amended Complaint. Accordingly, Defendants shall have until and including May 31, 2006, to answer or otherwise respond to the Amended Complaint. Signed by Judge Colleen Kollar–Kotelly on May 23, 2006. (SM) (Entered: 05/23/2006) |
| 05/30/2006 | 11 | Joint MOTION for Leave to File *Second Amemded Complaint, Suspend Deadline for Response to Amended Complaint and Establish New Schedule* by JUDICIAL WATCH, INC., THOMAS J. FITTON. (Attachments: # 1 Text of Proposed Order)(Driscoll, Richard) (Entered: 05/30/2006) |
| 06/01/2006 | | MINUTE ENTRY ORDER (PAPERLESS) granting 11 Joint Motion for Leave to File Second Amended Complaint. Accordingly, the Court adopts the proposed schedule: Plaintifs' Amended Complaint to be filed by June 14, 2006, and Defendants' Answer/Response to be filed by June 28, 2006. Signed by Judge Colleen Kollar–Kotelly on June 1, 2006. (SM) (Entered: 06/01/2006) |
| 06/14/2006 | 12 | SECOND AMENDED COMPLAINT against CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON filed by LARRY KLAYMAN, LOUISE BENSON. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(nmw, ) (Entered: 06/15/2006) |
| 06/28/2006 | 13 | MOTION to Dismiss *Second Amended Complaint* by JUDICIAL WATCH, INC., THOMAS J. FITTON. (Attachments: # 1 Text of Proposed Order # 2 MEMORANDUM IN SUPPORT OF MOTION TO DISMISS# 3 Exhibit EXHIBIT 1)(Driscoll, Richard) (Entered: 06/28/2006) |
| 06/28/2006 | 14 | *DEFENDANTS JUDICIAL WATCH, INC. AND THOMAS J. FITTON'S* ANSWER to Amended Complaint with Jury Demand, COUNTERCLAIM against LARRY KLAYMAN by JUDICIAL WATCH, INC., THOMAS J. FITTON. Related document: 12 Amended Complaint filed by LARRY KLAYMAN,, LOUISE BENSON,. (Attachments: # 1 Exhibit EXHIBIT 1# 2 Exhibit EXHIBIT 2)(Driscoll, Richard) (Entered: 06/28/2006) |

| 06/28/2006 | 15 | MOTION to Strike 12 Amended Complaint by JUDICIAL WATCH, INC., THOMAS J. FITTON. (Attachments: # 1 Text of Proposed Order PROPOSED ORDER# 2 MEMORANDUM IN SUPPORT OF MOTION TO STRIKE# 3 Exhibit EXHIBIT 1# 4 Exhibit EXHIBIT 2# 5 Exhibit EXHIBIT 3)(Driscoll, Richard) (Entered: 06/28/2006) |
|---|---|---|
| 06/28/2006 | 16 | MOTION to Sever by JUDICIAL WATCH, INC., THOMAS J. FITTON. (Attachments: # 1 Text of Proposed Order # 2 MEMORANDUM IN SUPPORT OF MOTION TO SEVER)(Driscoll, Richard) (Entered: 06/28/2006) |
| 07/06/2006 | 17 | Joint MOTION for Extension of Time to File Response/Reply *to Defendants' Motion to Dismiss* by LARRY KLAYMAN. (Dugan, Daniel) Additional attachment(s) added on 7/7/2006 (nmw, ). (Entered: 07/06/2006) |
| 07/06/2006 |  | MINUTE ENTRY ORDER (Paperless) granting 17 Joint Motion to Suspend Deadline to File Response to Defendants' Motion to Dismiss. Accordingly, Plaintiffs shall have until and including July 31, 2006, to file their Oppositions and Responses, and Defendants shall have until and including August 15, 2006, to file its Reply. Signed by Judge Colleen Kollar–Kotelly on July 6, 2006. (SM) (Entered: 07/06/2006) |
| 07/10/2006 | 18 | MOTION to Dismiss *Second Amended Complaint* by CHRISTOPHER FARRELL, PAUL ORFANEDES. (Attachments: # 1 Text of Proposed Order # 2 Defendants' Memorandum in Support of Motion to Dismiss# 3 Exhibit 1 to the Defendants' Memorandum in Support# 4 Exhibit 2 to the Defendants' Memorandum in Support# 5 Exhibit 3 to the Defendants' Memorandum in Support)(Driscoll, Richard) (Entered: 07/10/2006) |
| 07/24/2006 | 19 | Joint MOTION Consolidate Deadlines to File Response to Defendants' Motion to Dismiss with Existing Scheduling Order by LARRY KLAYMAN. (Attachments: # 1 Text of Proposed Order Proposed Order)(Dugan, Daniel) (Entered: 07/24/2006) |
| 07/27/2006 | 20 | Consent MOTION for Extension of Time to *File Documents* by LARRY KLAYMAN. (Attachments: # 1 Text of Proposed Order)(Dugan, Daniel) (Entered: 07/27/2006) |
| 07/28/2006 |  | MINUTE ENTRY ORDER (Paperless) granting 20 Consent Motion for Extension of All Deadlines. Accordingly, Plaintiffs shall have until and including August 7, 2006, to answer or otherwise respond to Defendants' Motions & Counterclaims; Defendants shall have until and including September 1, 2006, to reply to Plaintiffs' responses unless a Motion to Dismiss the Counterclaims is filed, in which case Defendants shall have until and including September 7, 2006, to respond to Plaintiffs' Motion to Dismiss the Counterclaims. NO FURTHER EXTENSIONS. Signed by Judge Colleen Kollar–Kotelly on July 28, 2006. (SM) (Entered: 07/28/2006) |
| 08/07/2006 | 21 | Memorandum in opposition to re 15 MOTION to Strike 12 Amended Complaint filed by LARRY KLAYMAN. (Attachments: # 1 Text of Proposed Order Order Denying Motion to Strike)(Dugan, Daniel) (Entered: 08/07/2006) |
| 08/07/2006 | 22 | Memorandum in opposition to re 16 MOTION to Sever *and Louise Benson* filed by LARRY KLAYMAN. (Attachments: # 1 Text of Proposed Order Order Denying Motion to Sever Claims)(Dugan, Daniel) (Entered: 08/07/2006) |
| 08/07/2006 | 23 | Memorandum in opposition to re 18 MOTION to Dismiss *Second Amended Complaint* filed by LARRY KLAYMAN. (Attachments: # 1 Text of Proposed Order Order Denying 12(b) Motion of Orfanedes and Farrell)(Dugan, Daniel) (Entered: 08/07/2006) |
| 08/07/2006 | 24 | *Plaintiff Larry Klayman's Affirmative Defenses and* ANSWER to 14 Counterclaim *of Fitton and Judicial Watch* by LARRY KLAYMAN.(Dugan, Daniel) Modified on 8/8/2006 (nmw, ). (Entered: 08/07/2006) |
| 08/08/2006 | 25 | Memorandum in opposition to re 13 MOTION to Dismiss *Second Amended Complaint* filed by LARRY KLAYMAN. (Attachments: # 1 Text of Proposed Order Order Denying 12(b) Motion of Fitton)(Dugan, Daniel) (Entered: 08/08/2006) |
| 09/01/2006 | 26 | REPLY to opposition to motion re 13 MOTION to Dismiss *Second Amended Complaint* filed by JUDICIAL WATCH, INC., THOMAS J. FITTON. (Driscoll, Richard) (Entered: 09/01/2006) |

| 09/01/2006 | 27 | REPLY to opposition to motion re 18 MOTION to Dismiss *Second Amended Complaint* filed by CHRISTOPHER FARRELL, PAUL ORFANEDES. (Driscoll, Richard) (Entered: 09/01/2006) |
|---|---|---|
| 09/01/2006 | 28 | REPLY to opposition to motion re 16 MOTION to Sever filed by JUDICIAL WATCH, INC., THOMAS J. FITTON. (Driscoll, Richard) (Entered: 09/01/2006) |
| 09/01/2006 | 29 | REPLY to opposition to motion re 15 MOTION to Strike 12 Amended Complaint filed by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Driscoll, Richard) (Entered: 09/01/2006) |
| 09/14/2006 | 30 | MOTION for Leave to File *Surreply* by LARRY KLAYMAN, LOUISE BENSON. (Attachments: # 1 Text of Proposed Order # 2 Exhibit Proposed surreply)(Dugan, Daniel) (Entered: 09/14/2006) |
| 09/22/2006 | 31 | Memorandum in opposition to re 30 MOTION for Leave to File *Surreply* filed by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Driscoll, Richard) (Entered: 09/22/2006) |
| 12/26/2006 | 32 | ENTERED IN ERROR.....MOTION for Partial Summary Judgment by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Driscoll, Richard) Modified on 12/27/2006 (lc, ). (Entered: 12/26/2006) |
| 12/26/2006 | 33 | MOTION for Partial Summary Judgment *(Corrected)* by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Attachments: # 1 Statement of Facts Not in Genuine Dispute# 2 Declaration of Thomas J. Fitton – I# 3 Declaration of Thomas J. Fitton – II# 4 Declaration of Paul J. Orfanedes – I# 5 Declaration of Paul J. Orfanedes – II# 6 Declaration of Paul J. Orfanedes – III# 7 Declaration of Susan Prytherch – I# 8 Declaration of Susan E. Prytherch – II# 9 Declaration of Susan E. Prytherch – III# 10 Declaration of Susan E. Prytherch – IV# 11 Declaration of Irene Garcia# 12 Text of Proposed Order)(Driscoll, Richard) (Entered: 12/26/2006) |
| 12/27/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: re 32 MOTION for Partial Summary Judgment was entered in error and counsel refiled document correctly in docket entry #33. (lc, ) (Entered: 12/27/2006) |
| 01/04/2007 | 34 | Joint MOTION for Extension of Time to File Response/Reply *to Defendants' Motion for Partial Summary Judgment* by LARRY KLAYMAN. (Attachments: # 1 Text of Proposed Order)(Dugan, Daniel) (Entered: 01/04/2007) |
| 01/11/2007 | | MINUTE ENTRY ORDER (Paperless) granting 34 Consent Motion to Extend Deadline to File Opposition to Defendants' Motion for Partial Summary Judgment and Extend Deadline to Reply to Plaintiffs' Opposition. Accordingly, the Deadline for Plaintiffs to file their Opposition to Defendants' Motion for Partial Summary Judgment is extended to January 30, 2007; and the Deadline for Defendants to Reply is extended to February 15, 2007. Signed by Judge Colleen Kollar–Kotelly on January 11, 2007. (SM) (Entered: 01/11/2007) |
| 01/11/2007 | | Set/Reset Deadlines: Response to Motion for Partial Summary Judgment due by 1/30/2007. Reply to Motion for Partial Summary Judgment due by 2/15/2007. (dot, ) (Entered: 01/22/2007) |
| 01/17/2007 | 35 | ORDER. DISMISSING Counts One, Two, and Three of Plaintiffs' Second Amended Complaint for lack of subject matter jurisdiction; DENYING 13 the motion to dismiss the Second Amended Complaint brought by Defendants Judicial Watch and Fitton as to Counts Four, Five, and Six. To the extent that Defendants Orfanedes and Farrell joined in the substance of the motion to dismiss as to Counts Four and Five, that motion is also denied as to Orfanedes and Farrell; as to Count Nine of Plaintiffs' Second Amended Complaint, GRANTING–IN–PART 13 the motion to dismiss brought by Defendants Judicial Watch and Fitton insofar as it relates to allegedly defamatory statements made in Judicial Watch Form 990 tax returns and allegedly doctored press quotations posted on the Judicial Watch website; and DENYING–IN–PART insofar as it is based on allegedly false statements to Judicial Watch employees and the media. As Defendants Orfanedes and Farrell joined in the motion to dismiss as to the substance of Count Nine, the Court's conclusions apply equally to them; DENYING 30 Plaintiffs' motion for leave to file a sur–reply; |

| | | |
|---|---|---|
| | | DENYING 18 the motion to dismiss Plaintiffs' Second Amended Complaint brought by Defendants Orfanedes and Farrell to the extent that it raises an argument not addressed in the motion to dismiss brought by Defendants Fitton and Judical Watch; DENYING 15 the motion to strike brought by Defendants Fitton and Judicial Watch; DENYING AS MOOT 16 the motion to sever brought by Defendants Judicial Watch and Fitton. Signed by Judge Colleen Kollar–Kotelly on January 17, 2007. (lcckk2) (Entered: 01/17/2007) |
| 01/17/2007 | 36 | MEMORANDUM OPINION. Signed by Judge Colleen Kollar–Kotelly on January 17, 2007. (lcckk2) (Entered: 01/17/2007) |
| 01/18/2007 | | MINUTE ENTRY ORDER (paperless). In light of the Court's January 17, 2007 Memorandum Opinion and Order, 19 the Motion to Consolidate Deadlines filed on July 24, 2006 is hereby denied as moot. Signed by Judge Colleen Kollar–Kotelly on January 18, 2007. (lcckk2) (Entered: 01/18/2007) |
| 01/30/2007 | 37 | Memorandum in opposition to re 33 MOTION for Partial Summary Judgment *(Corrected)* filed by LARRY KLAYMAN. (Attachments: # 1 Statement of Genuine Issues# 2 Affidavit of Daniel J. Dugan pursuant to Rule 56(f)# 3 Declaration of Larry Klayman# 4 Text of Proposed Order)(Dugan, Daniel) (Entered: 01/30/2007) |
| 01/30/2007 | 38 | MOTION for Reconsideration re 36 Memorandum & Opinion, 35 Order on Motion for Leave to File,,,,,, Order on Motion to Dismiss,,,,,, Order on Motion to Strike,,,,,, Order on Motion to Sever,,,,,,,,,,, by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Attachments: # 1 Memorandum in Support of Motion for Reconsideration# 2 Text of Proposed Order # 3 Exhibit A to the Memorandum in Support)(Driscoll, Richard) (Entered: 01/30/2007) |
| 02/02/2007 | 39 | ORDER. The Court has recently reviewed 37 Plaintiff Klayman's Opposition to 33 Defendants' Motion for Partial Summary Judgment and, in so doing, has determined that Plaintiff Klayman's Statement of Genuine Issues in Opposition to Defendants' Motion for Partial Summary Judgment, submitted along with his Opposition, fails to comply with Local Civil Rules 7(h) and 56.1, and thus with this Court's April 24, 2006 Order, which specifically advises the parties that "[t]he Court strictly adheres to the dictates of Local Civil Rules 7(h) and 56.1 and may strike pleadings not in conformity with these rules." The Court has attempted to parse Plaintiff Klayman's Statement of Genuine Issues in Opposition to Defendants' Motion for Partial Summary Judgment in order to determine which factual issues remain in dispute in this matter, but is unable to do so. As a result, the Court shall STRIKE 37 Plaintiff Klayman's Opposition to Defendants' Motion for Partial Summary Judgment, along with the accompanying Statement of Genuine Issues in Opposition to Defendants' Motion for Partial Summary Judgment. On or before February 16, 2007, Plaintiff Klayman shall file a revised Opposition to Defendants' Motion for Partial Summary Judgment, including a properly prepared response to Defendants' Statement of Material Facts Not In Dispute. The Court has set an expedited schedule and will not grant Plaintiff any extensions. In addition, if Plaintiff Klayman's revised response to Defendants' Statement of Material Facts Not in Dispute fails to strictly comply with this Order, the Court shall take all facts alleged by Defendants as conceded. Finally, Defendants shall file their Reply to Plaintiff Klayman's Opposition on or before March 1, 2007. Signed by Judge Colleen Kollar–Kotelly on February 2, 2007. (lcckk2) (Entered: 02/02/2007) |
| 02/06/2007 | 40 | ANSWER to Amended Complaint with Jury Demand by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. Related document: 12 Amended Complaint filed by LARRY KLAYMAN,, LOUISE BENSON,, 14 Answer to Amended Complaint,, Counterclaim, filed by JUDICIAL WATCH, INC.,, THOMAS J. FITTON,.(Driscoll, Richard) (Entered: 02/06/2007) |
| 02/12/2007 | 41 | Memorandum in opposition to re 38 MOTION for Reconsideration re 36 Memorandum & Opinion, 35 Order on Motion for Leave to File,,,,,, Order on Motion to Dismiss,,,,,, Order on Motion to Strike,,,,,, Order on Motion to Sever,,,,,,,,,,, filed by LARRY KLAYMAN. (Dugan, Daniel) (Entered: 02/12/2007) |
| 02/16/2007 | 42 | ENTERED IN ERROR.....Memorandum in opposition to re 33 MOTION for Partial Summary Judgment *(Corrected)* filed by LARRY KLAYMAN. (Attachments: # 1 Revised Statement of Genuine Issues# 2 Affidavit of Daniel Dugan pursuant to Rule 56(f)# 3 Declaration of Larry Klayman)(Dugan, Daniel) Modified on 2/22/2007 (nmw, ). (Entered: 02/16/2007) |

| 02/20/2007 | 43 | REPLY to opposition to motion re 38 MOTION for Reconsideration re 36 Memorandum & Opinion, 35 Order on Motion for Leave to File,,,,,, Order on Motion to Dismiss,,,,,, Order on Motion to Strike,,,,,, Order on Motion to Sever,,,,,,,,,, filed by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Attachments: # 1 Exhibit A)(Driscoll, Richard) (Entered: 02/20/2007) |
| 02/22/2007 | 44 | Memorandum in opposition to re 33 MOTION for Partial Summary Judgment *(Corrected)* filed by LARRY KLAYMAN. (Attachments: # 1 Statement of Genuine Issues# 2 Declaration of Larry Klayman# 3 Affidavit of Daniel Dugan pursuant to Rule 56(f))(Dugan, Daniel) (Entered: 02/22/2007) |
| 02/22/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. 42 Memorandum in Opposition was entered in error and has been refiled as Document No. 44 . (nmw, ) (Entered: 02/22/2007) |
| 03/01/2007 | 45 | REPLY to opposition to motion re 33 MOTION for Partial Summary Judgment *(Corrected)* filed by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Driscoll, Richard) (Entered: 03/01/2007) |
| 03/20/2007 | 46 | ENTERED IN ERROR.....STATUS REPORT *Report To The Court Pursuant To LcvR 16.3* by LARRY KLAYMAN. (Dugan, Daniel) Modified on 3/21/2007 (nmw, ). (Entered: 03/20/2007) |
| 03/20/2007 | 47 | ENTERED IN ERROR.....STATUS REPORT *Attachment to Report To The Court Pursuant to LCvR 16.3* by LARRY KLAYMAN. (Dugan, Daniel) Modified on 3/21/2007 (nmw, ). (Entered: 03/20/2007) |
| 03/20/2007 | 48 | MEET AND CONFER STATEMENT. (Attachments: # 1 Text of Proposed Order)(nmw, ) (Entered: 03/21/2007) |
| 03/21/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: Document Nos. 46 and 47 were entered in error as two separate Status Reports and will be refiled as one Meet and Confer Statement. (nmw, ) (Entered: 03/21/2007) |
| 04/03/2007 | 49 | ORDER. For the reasons set forth in the accompanying Memorandum Opinion, Defendants' 38 Motion for Reconsideration of that portion of the Court's January 17, 2007 Memorandum Opinion and Order that denied Defendants' motion to dismiss Count Five of the Second Amended Complaint is GRANTED; the portion of the Court's January 17, 2007 Memorandum Opinion and Order that denied Defendants' motion to dismiss Count Five of the Second Amended Complaint is VACATED; and Count Five of the Second Amended Complaint is DISMISSED as time–barred. Signed by Judge Colleen Kollar–Kotelly on April 3, 2007. (lcckk2) (Entered: 04/03/2007) |
| 04/03/2007 | 50 | MEMORANDUM OPINION as to Defendants' Motion for Reconsideration. Signed by Judge Colleen Kollar–Kotelly on April 3, 2007. (lcckk2) (Entered: 04/03/2007) |
| 04/03/2007 | 51 | ORDER. For the reasons set forth in the accompanying Memorandum Opinion, 33 Defendants' Motion for Partial Summary Judgment on Plaintiff Klayman's Breach of Contract Claims (Counts Six, Seven, and Eight of the Second Amended Complaint) is GRANTED–IN–PART and DENIED–IN–PART. Specifically, Defendants' Motion for Partial Summary Judgment is GRANTED only as to the allegations contained in Count Six that Judicial Watch fraudulently induced Klayman to enter the Severance Agreement and the allegations contained in Counts Seven and Eight that Judicial Watch failed to pay Klayman for the period between September 15 and September 19, 2003. The Court shall DENY WITHOUT PREJUDICE the remainder of Defendants' Motion for Partial Summary Judgment pursuant to Federal Rule of Civil Procedure 56(f), as discovery has not yet been conducted in this action and it appears that genuine questions of material fact may exist. Signed by Judge Colleen Kollar–Kotelly on April 3, 2007. (lcckk2) (Entered: 04/03/2007) |
| 04/03/2007 | 52 | MEMORANDUM OPINION as to Defendants' Motion for Partial Summary Judgment. Signed by Judge Colleen Kollar–Kotelly on April 3, 2007. (lcckk2) (Entered: 04/03/2007) |
| 04/03/2007 | 53 | SCHEDULING ORDER: Initial Scheduling Conference set for 4/25/2007 11:30 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. Signed by Judge Colleen |

| | | |
|---|---|---|
| | | Kollar–Kotelly on 3/3/2007. (dot, ) (Entered: 04/03/2007) |
| 04/20/2007 | 54 | ENTERED IN ERROR.....ADDITIONAL ATTACHMENT *Brief Statement of the Case and statutory basis, pursuant to Order for Initial Scheduling Conference dated April 3, 2007* by LARRY KLAYMAN 48 Meet and Confer Statement. (Dugan, Daniel) Modified on 4/23/2007 (nmw, ). (Entered: 04/20/2007) |
| 04/20/2007 | 55 | ENTERED IN ERROR.....ADDITIONAL ATTACHMENT *to Meet and Confer Statement* by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Driscoll, Richard) Modified on 4/23/2007 (nmw, ). (Entered: 04/20/2007) |
| 04/20/2007 | 56 | RULE 26a1 STATEMENT. (Driscoll, Richard) (Entered: 04/20/2007) |
| 04/23/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: Document Nos. 54 and 55 were entered in error as Additional Attachments and counsel was instructed to refile said pleadings as Civil Statements. (nmw, ) (Entered: 04/23/2007) |
| 04/24/2007 | 57 | Civil Statement *of the Case* from Defendants Judicial Watch, Inc., Thomas J. Fitton, Paul J. Orfanedes and Christopher J. Farrell. (Driscoll, Richard) (Entered: 04/24/2007) |
| 04/25/2007 | 58 | SCHEDULING AND PROCEDURES ORDER: Amended Pleadings due by 5/25/2007; with oppositions due 10 days later; and replies due 5 days later. Discovery due by 5/15/2007. Discovery Plan due within 10 days of this Order. Mediation before Magistrate Judge Alan Kay to commence 5/9/2008 and conclude by 6/6/2008. Status Conference set for 6/13/2008 09:00 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. Signed by Judge Colleen Kollar–Kotelly on 4/25/07. (dot, ) (Entered: 04/25/2007) |
| 04/25/2007 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly : Initial Scheduling Conference held on 4/25/2007. Amended pleading due 5/25/2007. Discovery due 5/15/2007. Mediation to commence 5/9/2008 and to conclude by 6/6/2008. Status hearing set for 6/13/08 at 9:00 a.m. (Court Reporter Edward Hawkins.) (dot, ) Modified on 5/3/2007 (dot, ). (Entered: 05/01/2007) |
| 04/25/2007 | | CASE REFERRED to Magistrate Judge Alan Kay for mediation. (jeb, ) (Entered: 05/02/2007) |
| 05/08/2007 | 59 | STATUS REPORT *AS TO DISCOVERY PLAN* by LARRY KLAYMAN. (Dugan, Daniel) (Entered: 05/08/2007) |
| 05/09/2007 | 60 | AMENDED SCHEDULING ORDER. This Order serves to amend pages 6 and 7 of the Scheduling and Procedures Order dated April 25, 2007; all other portions of the April 25, 2007 Order shall remain the same. Signed by Judge Colleen Kollar–Kotelly on May 9, 2007. (SM) (Entered: 05/09/2007) |
| 05/09/2007 | | Set/Reset Hearings: Status Conference re–set for 6/18/2008 09:30 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. (dot, ) (Entered: 05/16/2007) |
| 05/14/2007 | 61 | SCHEDULING ORDER: Settlement Conference set for 5/13/2008, at 10:30 AM in Chambers before Magistrate Judge Alan Kay. Signed by Magistrate Judge Alan Kay on 05/14/07. (DM) (Entered: 05/14/2007) |
| 05/25/2007 | 62 | MOTION to Amend/Correct 14 Answer to Amended Complaint,, Counterclaim, 12 Amended Complaint by JUDICIAL WATCH, INC., THOMAS J. FITTON (Attachments: # 1 Exhibit 1# 2 Exhibit 1A# 3 Exhibit 1B# 4 Exhibit 1C# 5 Exhibit 1D# 6 Exhibit 1E# 7 Exhibit 1F# 8 Exhibit 1G# 9 Exhibit 1H# 10 Exhibit 1I# 11 Exhibit 1J# 12 Exhibit 1K# 13 Exhibit 1L# 14 Exhibit 1M# 15 Exhibit 1N# 16 Exhibit 1O# 17 Exhibit 1P# 18 Exhibit 1Q# 19 Text of Proposed Order Granting Motion for Leave)(Driscoll, Richard) (Entered: 05/25/2007) |
| 06/01/2007 | 63 | NOTICE *of Praecipe of Intent to Oppose Motion For Leave To Amend Counterclaim and To Seek Discovery and Sanctions* by LARRY KLAYMAN (Dugan, Daniel) (Entered: 06/01/2007) |
| 06/11/2007 | 64 | Memorandum in opposition to re 62 MOTION to Amend/Correct 14 Answer to Amended Complaint,, Counterclaim, 12 Amended Complaint MOTION to Amend/Correct 14 Answer to Amended Complaint,, Counterclaim, 12 Amended Complaint MOTION to Amend/Correct 14 Answer to Amended Complaint,, |

| | | |
|---|---|---|
| | | Counterclaim, 12 Amended Complaint *and Cross Motion for Sanctions* filed by LARRY KLAYMAN. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3)(Dugan, Daniel) (Entered: 06/11/2007) |
| 06/11/2007 | 68 | Cross MOTION for Sanctions by LARRY KLAYMAN. (See Docket Entry 64 to view document). (nmw, ) (Entered: 06/22/2007) |
| 06/13/2007 | 65 | INTERROGATORIES Propounded to Plaintiff Klayman by JUDICIAL WATCH, INC..(Driscoll, Richard) (Entered: 06/13/2007) |
| 06/13/2007 | 66 | REQUEST for Production of Documents by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON.(Driscoll, Richard) (Entered: 06/13/2007) |
| 06/21/2007 | 67 | REPLY to opposition to motion re 62 MOTION to Amend/Correct 14 Answer to Amended Complaint,, Counterclaim, 12 Amended Complaint MOTION to Amend/Correct 14 Answer to Amended Complaint,, Counterclaim, 12 Amended Complaint MOTION to Amend/Correct 14 Answer to Amended Complaint,, Counterclaim, 12 Amended Complaint filed by JUDICIAL WATCH, INC., THOMAS J. FITTON. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(Driscoll, Richard) (Entered: 06/21/2007) |
| 06/21/2007 | 69 | Memorandum in opposition to re 68 MOTION for Sanctions filed by JUDICIAL WATCH, INC., THOMAS J. FITTON. (See Docket Entry 67 to view document). (nmw, ) (Entered: 06/22/2007) |
| 07/02/2007 | 70 | MOTION for Leave to File *Reply Memorandum* by LARRY KLAYMAN (Attachments: # 1 Text of Proposed Order # 2 Memorandum to be filed with leave# 3 Exhibit 1# 4 Exhibit 2# 5 Exhibit 3# 6 Affidavit of service)(Dugan, Daniel) (Entered: 07/02/2007) |
| 07/03/2007 | | MINUTE ORDER denying without prejudice 70 Motion for Leave to File Reply Memorandum, as it appears that Plaintiff's counsel has not complied with Local Civil Rule 7(m). Signed by Judge Colleen Kollar–Kotelly on July 3, 2007. (lcckk2) (Entered: 07/03/2007) |
| 07/05/2007 | 71 | Second MOTION for Leave to File *Reply in Support of Sanctions Motion* by LARRY KLAYMAN (Attachments: # 1 Text of Proposed Order # 2 Exhibit Proposed Reply Memorandum# 3 Exhibit Exhibit 1# 4 Exhibit Exhibit 2# 5 Exhibit Exhibit 3# 6 Affidavit Affidavit of Service)(Dugan, Daniel) (Entered: 07/05/2007) |
| 10/01/2007 | | MINUTE ORDER. On July 5, 2007, Plaintiff filed a 71 Second Motion for Leave to File a Reply Memorandum in Support of his Cross–Motion for Sanctions. Plaintiff indicates that Defendants do not oppose Plaintiff's Motion, on the condition that Defendants are granted leave to file an additional response or sur–reply "to address any new documents or issues presented in the Reply." Accordingly, 71 Plaintiff's Second Motion for Leave to File is GRANTED. Only in the event that Plaintiff's Reply raises new documents or issues, Defendants may file an additional response to that Reply on or before October 8, 2007. Signed by Judge Colleen Kollar–Kotelly on October 1, 2007. (lcckk2) (Entered: 10/01/2007) |
| 10/09/2007 | 72 | SURREPLY to re 68 MOTION for Sanctions *by plaintiff* filed by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Haller Simonyi, Juli) (Entered: 10/09/2007) |
| 10/16/2007 | 73 | MOTION for Protective Order by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON (Attachments: # 1 Memorandum of Points and Authorities# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 6# 8 Exhibit 7# 9 Exhibit 8# 10 Exhibit 9# 11 Exhibit 10# 12 Exhibit 11# 13 Exhibit 12# 14 Exhibit 13# 15 Exhibit 14# 16 Exhibit 15# 17 Exhibit 16# 18 Exhibit 17# 19 Exhibit 18# 20 Text of Proposed Order)(Driscoll, Richard) (Entered: 10/16/2007) |
| 10/29/2007 | 74 | Memorandum in opposition to re 73 MOTION for Protective Order filed by LARRY KLAYMAN. (Attachments: # 1 Text of Proposed Order)(Dugan, Daniel) (Entered: 10/29/2007) |

| 11/05/2007 | 75 | REPLY to opposition to motion re 73 MOTION for Protective Order filed by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Driscoll, Richard) (Entered: 11/05/2007) |
|---|---|---|
| 11/05/2007 | 76 | MOTION to Quash *Subpoenas, or in the Alternative for Protective Order* by LARRY KLAYMAN (Attachments: # 1 Memorandum of Points and Authorities# 2 Exhibit A – ATA Subpoena# 3 Exhibit B – Chester Subpoena# 4 Exhibit C – Response Subpoena# 5 Exhibit D – Diener Subpoena)(Dugan, Daniel) (Entered: 11/05/2007) |
| 11/05/2007 | 77 | MOTION (in the alternative) for Protective Order by LARRY KLAYMAN. (See Docket Entry 76 to view document). (nmw, ) (Entered: 11/06/2007) |
| 11/19/2007 | 78 | Memorandum in opposition to re 76 MOTION to Quash *Subpoenas, or in the Alternative for Protective Order*, 77 MOTION for Protective Order filed by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3, copy of Nation article)(Haller Simonyi, Juli) (Entered: 11/19/2007) |
| 11/27/2007 | 79 | Joint MOTION for Extension of Time to Complete Discovery by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON (Attachments: # 1 Text of Proposed Order)(Driscoll, Richard) (Entered: 11/27/2007) |
| 11/27/2007 | 80 | REPLY to opposition to motion re 76 MOTION to Quash *Subpoenas, or in the Alternative for Protective Order*, 77 MOTION for Protective Order filed by LARRY KLAYMAN. (Attachments: # 1 Exhibit A – Newsletter# 2 Exhibit B – Objections to Subpoena# 3 Exhibit C – Second Objections to Subpoena)(Dugan, Daniel) (Entered: 11/27/2007) |
| 12/03/2007 | 81 | ORDER GRANTING 62 Judicial Watch's Motion for Leave to Amend Counterclaim; and DENYING 65 Plaintiff's Cross–Motion for Sanctions. Signed by Judge Colleen Kollar–Kotelly on December 3, 2007. (lcckk2) (Entered: 12/03/2007) |
| 12/03/2007 | 82 | MEMORANDUM OPINION. Signed by Judge Colleen Kollar–Kotelly on December 3, 2007. (lcckk2) (Entered: 12/03/2007) |
| 12/03/2007 | 83 | ORDER. For the reasons set forth in the accompanying Memorandum Opinion, 73 Defendants' Motion for Protective Order is GRANTED–IN–PART and DENIED–IN–PART and the use of any information obtained during discovery in this matter is limited to the strict context of this litigation. Signed by Judge Colleen Kollar–Kotelly on December 3, 2007. (lcckk2) (Entered: 12/03/2007) |
| 12/03/2007 | 84 | MEMORANDUM OPINION. Signed by Judge Colleen Kollar–Kotelly on December 3, 2007. (lcckk2) (Entered: 12/03/2007) |
| 12/03/2007 | 85 | ORDER. This case has been referred to Magistrate Judge Alan Kay for the disposition of all pending and future discovery–related motions pursuant to LCvR 72.2(a). In particular, 76 Plaintiff's Motion to Quash Subpoenas, or in the Alternatively for Protective Order, is referred to Magistrate Judge Kay. Signed by Judge Colleen Kollar–Kotelly on December 3, 2007. (lcckk2) (Entered: 12/03/2007) |
| 12/03/2007 | | MINUTE ORDER granting 79 Joint Motion to Modify "Amended" Scheduling and Procedure Order. The deadline for fact discovery in the instant case is hereby extended through and including January 31, 2008. Signed by Judge Colleen Kollar–Kotelly on December 3, 2007. (lcckk2) (Entered: 12/03/2007) |
| 12/03/2007 | 86 | AMENDED COUNTERCLAIM against LARRY KLAYMAN filed by JUDICIAL WATCH, INC., THOMAS J. FITTON. (Attachments: # 1 Exhibit 1A# 2 Exhibit 1B# 3 Exhibit 1C# 4 Exhibit 1D# 5 Exhibit 1E# 6 Exhibit 1F# 7 Exhibit 1G# 8 Exhibit 1H# 9 Exhibit 1I# 10 Exhibit 1J# 11 Exhibit 1K# 12 Exhibit 1L# 13 Exhibit 1M# 14 Exhibit 1N# 15 Exhibit 1O# 16 Exhibit 1P# 17 Exhibit 1Q)(lc, ) (Entered: 12/04/2007) |
| 12/03/2007 | | CASE REFERRED to Magistrate Judge Alan Kay for disposition of all pending and future discovery–related motions, particularly motion 76 . (jeb) (Entered: 12/13/2007) |
| 12/04/2007 | 87 | MOTION for Leave to File *Surreply* by JUDICIAL WATCH, INC., THOMAS J. FITTON, CHRISTOPHER FARRELL, PAUL ORFANEDES (Attachments: # 1 Supplement Surreply)(Haller Simonyi, Juli) (Entered: 12/04/2007) |

| 12/05/2007 | | Set/Reset Deadlines: Fact Discovery due by 1/31/2007. (dot, ) (Entered: 12/05/2007) |
|---|---|---|
| 12/12/2007 | 88 | MOTION to Compel *Plaintiff's Answers to Interrogatories* by JUDICIAL WATCH, INC., THOMAS J. FITTON, CHRISTOPHER FARRELL, PAUL ORFANEDES (Attachments: # 1 Supplement Memorandum of Law# 2 Text of Proposed Order Proposed Order# 3 Exhibit One# 4 Exhibit Two# 5 Exhibit Three# 6 Exhibit Four# 7 Exhibit Five# 8 Exhibit Six# 9 Exhibit Seven)(Haller Simonyi, Juli) (Entered: 12/12/2007) |
| 12/12/2007 | 89 | MOTION to Compel *Plaintiff's Responses to Defendants' Request for Production of Documents* by JUDICIAL WATCH, INC., THOMAS J. FITTON, CHRISTOPHER FARRELL, PAUL ORFANEDES (Attachments: # 1 Supplement Memorandum of Law# 2 Text of Proposed Order Proposed Order# 3 Exhibit One# 4 Exhibit Two# 5 Exhibit Three# 6 Exhibit Four# 7 Exhibit Five# 8 Exhibit Six)(Haller Simonyi, Juli) (Entered: 12/12/2007) |
| 12/17/2007 | | MINUTE ORDER granting 87 Defendants' Motion for Leave to File Surreply. Signed by Magistrate Judge Alan Kay on 12/17/07. (lcak1) (Entered: 12/17/2007) |
| 12/17/2007 | 90 | SURREPLY to re 76 MOTION to Quash *Subpoenas, or in the Alternative for Protective Order,* 77 MOTION for Protective Order filed by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (nmw, ) (Entered: 12/18/2007) |
| 12/24/2007 | 91 | *Plaintiff Larry Klayman's Affirmative Defenses and* ANSWER to Counterclaim *of Fitton and Judicial Watch* by LARRY KLAYMAN. Related document: 86 Counterclaim, filed by THOMAS J. FITTON, JUDICIAL WATCH, INC..(Dugan, Daniel) (Entered: 12/24/2007) |
| 12/24/2007 | 92 | Memorandum in opposition to re 89 MOTION to Compel *Plaintiff's Responses to Defendants' Request for Production of Documents* filed by LARRY KLAYMAN. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Dugan, Daniel) (Entered: 12/24/2007) |
| 12/24/2007 | 93 | Memorandum in opposition to re 88 MOTION to Compel *Plaintiff's Answers to Interrogatories* filed by LARRY KLAYMAN. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Dugan, Daniel) (Entered: 12/24/2007) |
| 12/31/2007 | 94 | NOTICE *of Appearance by Larry Klayman on behalf of plaintiff/counter defendant* by LARRY KLAYMAN (Dugan, Daniel) (Entered: 12/31/2007) |
| 01/02/2008 | | MINUTE ORDER setting a telephonic status conference for 1/3/08 at 1:30 pm. The parties shall jointly contact chambers at (202) 354–3030. Signed by Magistrate Judge Alan Kay on 1/2/08. (lcak1) (Entered: 01/02/2008) |
| 01/03/2008 | | Set/Reset Hearings : Telephone Status Conference set for 1/3/08 at 1:30 PM in Chambers before Magistrate Judge Alan Kay. (kk) (Entered: 01/03/2008) |
| 01/03/2008 | | Minute Entry. Proceedings held before Magistrate Judge Alan Kay: Telephone Conference held on 1/3/2008. (lcak1) (Entered: 01/03/2008) |
| 01/07/2008 | 95 | REPLY to opposition to motion re 89 MOTION to Compel *Plaintiff's Responses to Defendants' Request for Production of Documents* filed by JUDICIAL WATCH, INC., THOMAS J. FITTON, CHRISTOPHER FARRELL, PAUL ORFANEDES. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Haller Simonyi, Juli) (Entered: 01/07/2008) |
| 01/07/2008 | 96 | REPLY to opposition to motion re 88 MOTION to Compel *Plaintiff's Answers to Interrogatories* filed by JUDICIAL WATCH, INC., THOMAS J. FITTON, CHRISTOPHER FARRELL, PAUL ORFANEDES. (Haller Simonyi, Juli) (Entered: 01/07/2008) |
| 01/08/2008 | 97 | MEMORANDUM ORDER denying 76 Plaintiffs' Motion to Quash; denying 77 Plaintiffs' Motion for Protective Order. Signed by Magistrate Judge Alan Kay on 1/8/08. (lcak1) (Entered: 01/08/2008) |
| 01/16/2008 | 98 | MEMORANDUM ORDER granting 88 Judicial Watch's Motion to Compel Interrogatories; granting 89 Judicial Watch's Motion to Compel Documents. Signed by Magistrate Judge Alan Kay on 1/15/08. (lcak1) (Entered: 01/16/2008) |

| 01/23/2008 | 99 | Appeal of Magistrate Judge Decision to District Court by LARRY KLAYMAN (Klayman, Larry) (Entered: 01/23/2008) |
|---|---|---|
| 01/25/2008 | | MINUTE ORDER setting a telephone conference for 1/28/08 at 10:00 am to discuss discovery disputes. Counsel shall jointly contact chambers at (202) 354–3030. Signed by Magistrate Judge Alan Kay on 1/25/08. (lcak1) (Entered: 01/25/2008) |
| 01/25/2008 | | MINUTE ORDER postponing the telephone conference until Wednesday, January 30, 2008, at 10:00 a.m. Counsel should jointly contact chambers to discuss discovery matters. Signed by Magistrate Judge Alan Kay on 01/25/08. (DM) (Entered: 01/25/2008) |
| 01/25/2008 | 100 | MOTION for Extension of Time to by LARRY KLAYMAN (Klayman, Larry) (Entered: 01/25/2008) |
| 01/28/2008 | | Set/Reset Hearings : Telephone Conference reset for 1/30/08 at 10:00 AM in Chambers before Magistrate Judge Alan Kay. (kk) (Entered: 01/28/2008) |
| 01/29/2008 | 101 | Memorandum in opposition to re 100 MOTION for Extension of Time to *file Admissions Responses* filed by JUDICIAL WATCH, INC., THOMAS J. FITTON, CHRISTOPHER FARRELL, PAUL ORFANEDES. (Attachments: # 1 Exhibit 1, 01 25 08 correspondence, # 2 Exhibit 2, 01 18 08 correspondence)(Haller Simonyi, Juli) (Entered: 01/29/2008) |
| 01/29/2008 | 102 | REPLY to opposition to motion re 100 MOTION for Extension of Time to *Plaitiff's Motion for Extension of Time* filed by LARRY KLAYMAN. (Klayman, Larry) (Entered: 01/29/2008) |
| 01/30/2008 | | MINUTE ORDER granting 100 Plaintiff's Motion for Extension of Time. Plaintiff's responses to Defendants' Requests for Admissions are due on 2/14/08. In light of the conversations during today's telephone conference, the following additional deadlines are set: Plaintiff's responses to Defendants' initial interrogatories and document requests are due 2/20/08. The parties will meet and confer on 2/1/08 and, if necessary, Defendants will file a Motion to Compel Plaintiff's supplemental discovery responses by 2/6/08. Plaintiff's deposition must be conducted by 3/14/08 and the deposition of Louise Benson must be conducted by 4/11/08. The parties shall notify Chambers whether Phillip Shelton was successfully served with a subpoena as well as the deposition date on that subpoena. Finally, the parties shall notify Chambers of the dates on which Plaintiff's and Ms. Benson's depositions will be taken. Signed by Magistrate Judge Alan Kay on 1/30/08. (lcak1) (Entered: 01/30/2008) |
| 01/30/2008 | | MINUTE ORDER. Based on conversations with Magistrate Judge Alan Kay, who has spoken with the parties, the Court understands that there will be no expert discovery in this matter. Accordingly, the deadline for fact discovery is extended until the overall discovery deadline of May 15, 2008. Signed by Judge Colleen Kollar–Kotelly on January 30, 2008. (lcckk2) (Entered: 01/30/2008) |
| 01/30/2008 | | Minute Entry: Proceedings held before Magistrate Judge Alan Kay: Telephone Conference held on 1/30/2008. (lcak1) (Entered: 01/30/2008) |
| 01/31/2008 | | Set Deadlines/Hearings : Plaintiffs' Responses to Defendants' Requests for Admissions due by 2/14/08; Plaintiffs' Responses to Defendants' Initial Interrogatories and Document Requests due by 2/20/08; Parties to meet and confer on 2/1/08; if filed, Defendants' Motion to Compel Plaintiffs' Supplemental Discovery Responses due by 2/6/08. (kk) (Entered: 01/31/2008) |
| 01/31/2008 | 103 | Appeal of Magistrate Judge Decision to District Court by LARRY KLAYMAN (Klayman, Larry) (Entered: 01/31/2008) |
| 01/31/2008 | 104 | NOTICE *Praecipe per Order of 01 30 08* by JUDICIAL WATCH, INC., THOMAS J. FITTON, CHRISTOPHER FARRELL, PAUL ORFANEDES (Haller Simonyi, Juli) (Entered: 01/31/2008) |
| 02/04/2008 | 105 | RESPONSE re 99 Appeal of Magistrate Judge Decision to District Court filed by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Driscoll, Richard) (Entered: 02/04/2008) |

| | | |
|---|---|---|
| 02/06/2008 | 106 | MOTION to Compel *Defendants' Supplemental Requests for Production* by JUDICIAL WATCH, INC., THOMAS J. FITTON, CHRISTOPHER FARRELL, PAUL ORFANEDES (Attachments: # 1 Supplement Memorandum of Law, # 2 Exhibit Two, # 3 Exhibit Three, # 4 Exhibit Five, # 5 Exhibit Six, # 6 Exhibit Seven, # 7 Exhibit Eight, # 8 Exhibit Nine, # 9 Exhibit Eleven, # 10 Exhibit Thirteen, # 11 Exhibit Twelve, # 12 Exhibit Four A, # 13 Exhibit Four B, # 14 Exhibit Ten−A, # 15 Exhibit Ten−B, # 16 Exhibit Ten−C, # 17 Exhibit One)(Haller Simonyi, Juli) (Entered: 02/06/2008) |
| 02/11/2008 | 107 | ENTERED IN ERROR.....Memorandum in opposition to re 106 MOTION to Compel *Defendants' Supplemental Requests for Production* filed by LARRY KLAYMAN. (Klayman, Larry) Modified on 2/12/2008 (jf, ). (Entered: 02/11/2008) |
| 02/11/2008 | 108 | RESPONSE re 103 Appeal of Magistrate Judge Decision to District Court *Order of January 16, 2008* filed by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Attachments: # 1 Exhibit 1)(Driscoll, Richard) (Entered: 02/11/2008) |
| 02/12/2008 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 107 Memorandum in Opposition was entered in error at the direction of counsel. (jf, ) (Entered: 02/12/2008) |
| 02/12/2008 | 109 | REPLY re 103 *To Defendants' Response to Magistrate Judge's Memorandum Order Of January 8, 2008 Concerning Third Party Subpoenas* filed by LARRY KLAYMAN. (Klayman, Larry) Modified on 2/13/2008 (nmw, ). (Entered: 02/12/2008) |
| 02/14/2008 | 110 | REQUEST for Admissions by LARRY KLAYMAN.(Klayman, Larry) (Entered: 02/14/2008) |
| 02/22/2008 | 111 | REPLY re: 103 Appeal of Magistrate Judge Decision to District Court by LARRY KLAYMAN (Klayman, Larry) Modified on 2/25/2008 (nmw, ). (Entered: 02/22/2008) |
| 02/25/2008 | 112 | MOTION for Extension of Time to *Respond to motion to compel supplemental document requests of defendants* by LARRY KLAYMAN (Attachments: # 1 Affidavit(Klayman, Larry) (Entered: 02/25/2008) |
| 02/26/2008 | | MINUTE ORDER granting 112 Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion to Compel. Plaintiff's opposition is now due on or before 3/3/08. Signed by Magistrate Judge Alan Kay on 2/26/08. (lcak1) (Entered: 02/26/2008) |
| 03/03/2008 | 113 | Memorandum in opposition to re 106 MOTION to Compel *Defendants' Supplemental Requests for Production Plaintiff's Opposition to Defendants' Motion to Compel Plaintiff's Responses to Defendants' Supplemental Requests for Production of Documents and Cross Motion for Protective ORder and Reconsideration* filed by LARRY KLAYMAN. (Attachments: # 1 Exhibit exhibit 1, # 2 Exhibit exhibit 2, # 3 Exhibit exhibit 3, # 4 Exhibit exhibit 4, # 5 Exhibit exhibit 5, # 6 Exhibit exhibit 6)(Klayman, Larry) (Entered: 03/03/2008) |
| 03/04/2008 | 114 | STATUS REPORT *PURSUANT TO 01/30/08 MINUTE ORDER* by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Driscoll, Richard) (Entered: 03/04/2008) |
| 03/10/2008 | 115 | NOTICE *of Objection To Subpoena* by DAVID P. DURBIN. (May, John) Modified filer on 3/11/2008 (nmw, ). (Entered: 03/10/2008) |
| 03/10/2008 | 116 | REPLY to opposition to motion re 106 MOTION to Compel *Defendants' Supplemental Requests for Production* filed by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Attachments: # 1 Exhibit No. 1)(Driscoll, Richard) (Entered: 03/10/2008) |
| 03/11/2008 | 118 | NOTICE of Appearance by Hamilton Phillips Fox, III on behalf of HERBERT BELLER, SUTHERLAND ASBILL & BRENNAN LLP (nmw, ) (Entered: 03/12/2008) |
| 03/11/2008 | 119 | NOTICE of Objection to Subpoena by HERBERT BELLER, SUTHERLAND ASBILL & BRENNAN LLP (nmw, ) (Entered: 03/12/2008) |

| | | |
|---|---|---|
| 03/12/2008 | 117 | MEMORANDUM ORDER granting in part and denying in part 106 Defendants' Motion to Compel and granting Defendants' request for sanctions. Signed by Magistrate Judge Alan Kay on 3/12/08. (lcak1) (Entered: 03/12/2008) |
| 03/12/2008 | 120 | MOTION to Quash *SUBPOENAS DUCES TECUM TO LAWYERS FOR LARRY KLAYMAN WHO ASSISTED IN NEGOTIATION OF THE SEVERANCE AGREEMENT AND MOTION FOR RECONSIDERATION* by LARRY KLAYMAN (Attachments: # 1 Exhibit exhibit 1 – subpoenas)(Klayman, Larry) (Entered: 03/12/2008) |
| 03/13/2008 | 121 | MOTION to Continue *OF DEPOSITION DATE OF LARRY KLAYMAN* by LARRY KLAYMAN (Attachments: # 1 Exhibit exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3)(Klayman, Larry) (Entered: 03/13/2008) |
| 03/13/2008 | | MINUTE ORDER granting – over Defendants' objection – 121 Plaintiff's Motion for Brief Continuance of Deposition Date of Larry Klayman. The deadline for Larry Klayman's deposition is exended until March 24, 2008. Additionally, within five days of this Minute Order Plaintiff shall provide this Court with the following information: (1) the name of the case in Miami that conflicted with the deposition date of March 14, (2) the name of the judge assigned to that case, and (3) the date on which the judge in Miami scheduled the motions hearing for March 14. Signed by Magistrate Judge Alan Kay on 3/13/08. (lcak1) (Entered: 03/13/2008) |
| 03/14/2008 | 122 | MOTION for Reconsideration re Order on Motion to Continue,, by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Driscoll, Richard) (Entered: 03/14/2008) |
| 03/18/2008 | | MINUTE ORDER setting a telephone conference for 3/19/08 at 4:00 pm to discuss the scheduling of Mr. Klayman's deposition. Signed by Magistrate Judge Alan Kay on 3/18/08. (lcak1) (Entered: 03/18/2008) |
| 03/19/2008 | | Minute Entry for proceedings held before Magistrate Judge Alan Kay: Telephone Conference held on 3/19/2008. Plaintiff's deposition is set for 4/8/08 beginning at 10:00 am in the Courthouse. The parties shall report to Chambers (Room 2333) upon their arrival. Plaintiff may file a response to 122 Defendants' Motion for Reconsideration within the time allowed by the Rules. (lcak1) (Entered: 03/19/2008) |
| 03/20/2008 | | Set/Reset Deadlines : Deadline for taking Larry Klayman's deposition extended to 3/24/08. (kk) (Entered: 03/20/2008) |
| 03/26/2008 | 123 | Appeal of Magistrate Judge Decision to District Court by LARRY KLAYMAN (Attachments: # 1 attachment, # 2 attachment Nat'l Journal Article)(Klayman, Larry) (Entered: 03/26/2008) |
| 03/26/2008 | 124 | Appeal of Magistrate Judge Decision to District Court by JUDICIAL WATCH, INC., THOMAS J. FITTON, CHRISTOPHER FARRELL, PAUL ORFANEDES re 117 Order on Motion to Compel (Haller Simonyi, Juli) (Entered: 03/26/2008) |
| 03/27/2008 | 125 | Appeal of Magistrate Judge Decision to District Court by LARRY KLAYMAN (Attachments: # 1 attachement 1 – Plaintiff's Opposition To Defendants' Supplemental Request fpr Production of Documnets and Cross Motion for Protective Order and Reconsideration, # 2 Exhibit Exhibit 1–Nat'l Journal, # 3 Exhibit Exhibit 2–e–mail, # 4 Exhibit Exhibit 3–Article, # 5 Exhibit Exhibit 4–DC Bar Counsel Letter, # 6 Exhibit Exhibit 5–e–mail, # 7 Exhibit Exhibit 6–letter)(Klayman, Larry) (Entered: 03/27/2008) |
| 03/27/2008 | 126 | MOTION to Quash *Subpoenas of Phillip Sheldon and Diener Consultants, or Alternatively for Protective Order* by LARRY KLAYMAN (Klayman, Larry) (Additional attachment(s) added on 3/28/2008: # 1 Memorandum in Support, # 2 subpoena, # 3 subpoena) (nmw, ). (Entered: 03/27/2008) |
| 03/27/2008 | 127 | ENTERED IN ERROR..... MOTION for Discovery *For Plaintiff's Memorandum of Points and Authorities in support of motion to Quash subpoeans of Phillip Sheldon and Diener Consultants or, Alternatively for Protective Order* by LARRY KLAYMAN (Attachments: # 1 subpoena, # 2 subpoena)(Klayman, Larry) Modified on 3/28/2008 (nmw, ). (Entered: 03/27/2008) |

| 03/27/2008 | 128 | MOTION (alternatively) for Protective Order by LARRY KLAYMAN. (See Docket Entry 126 to view document). (nmw, ) (Entered: 03/28/2008) |
| 03/28/2008 | | NOTICE OF CORRECTED DOCKET ENTRY: Docket Entry 127 MOTION for Discovery *For Plaintiff's Memorandum of Points and Authorities in support of motion to Quash subpoeans of Phillip Sheldon and Diener Consultants or, Alternatively for Protective Order* was entered in error as a separate motion and the attached documents have been added to Docket Entry 126 MOTION to Quash. (nmw, ) (Entered: 03/28/2008) |
| 03/28/2008 | 129 | Memorandum in opposition to re 126 MOTION to Quash *Subpoenas of Phillip Sheldon and Diener Consultants, or Alternatively for Protective Order*, 127 MOTION for Discovery *For Plaintiff's Memorandum of Points and Authorities in support of motion to Quash subpoeans of Phillip Sheldon and Diener Consultants or, Alternatively for Protective Order*, 128 MOTION for Protective Order filed by JUDICIAL WATCH, INC., THOMAS J. FITTON, CHRISTOPHER FARRELL, PAUL ORFANEDES. (Attachments: # 1 Exhibit One, # 2 Exhibit Two)(Haller Simonyi, Juli) (Entered: 03/28/2008) |
| 03/28/2008 | 130 | Memorandum in opposition to re 126 MOTION to Quash *Subpoenas of Phillip Sheldon and Diener Consultants, or Alternatively for Protective Order*, 127 MOTION for Discovery *For Plaintiff's Memorandum of Points and Authorities in support of motion to Quash subpoeans of Phillip Sheldon and Diener Consultants or, Alternatively for Protective Order*, 128 MOTION for Protective Order *CORRECTED* filed by JUDICIAL WATCH, INC., THOMAS J. FITTON, CHRISTOPHER FARRELL, PAUL ORFANEDES. (Attachments: # 1 Exhibit One, # 2 Exhibit Two, # 3 Exhibit Three, # 4 Exhibit Four)(Haller Simonyi, Juli) (Entered: 03/28/2008) |
| 03/31/2008 | | MINUTE ORDER directing the parties to jointly contact Chambers at 202–354–3030 on April 1, 2008 at 3:00 pm to schedule a discovery status conference. Signed by Magistrate Judge Alan Kay on 3/31/08. (lcak1) (Entered: 03/31/2008) |
| 03/31/2008 | 131 | BILL OF COSTS *PURSUANT TO 03/12/08 MEMORANDUM ORDER* by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Driscoll, Richard) (Entered: 03/31/2008) |
| 03/31/2008 | 132 | Memorandum in opposition to re 120 MOTION to Quash *SUBPOENAS DUCES TECUM TO LAWYERS FOR LARRY KLAYMAN WHO ASSISTED IN NEGOTIATION OF THE SEVERANCE AGREEMENT AND MOTION FOR RECONSIDERATION* filed by JUDICIAL WATCH, INC., THOMAS J. FITTON, CHRISTOPHER FARRELL, PAUL ORFANEDES. (Attachments: # 1 Exhibit Two, # 2 Exhibit One, # 3 Text of Proposed Order)(Haller Simonyi, Juli) (Entered: 03/31/2008) |
| 04/01/2008 | | Minute Entry for proceedings held before Magistrate Judge Alan Kay: Telephone Conference held on 4/1/2008. (lcak1) (Entered: 04/01/2008) |
| 04/01/2008 | | MINUTE SCHEDULING ORDER: Hearing on Plaintiff's Motions to Quash 120 and 126 set for 4/17/2008 at 2:00 PM in Courtroom 7 before Magistrate Judge Alan Kay. Signed by Magistrate Judge Alan Kay on 4/1/08. (lcak1) (Entered: 04/01/2008) |
| 04/01/2008 | 133 | Consent MOTION for Extension of Time to File Response/Reply as to 120 MOTION to Quash *SUBPOENAS DUCES TECUM TO LAWYERS FOR LARRY KLAYMAN WHO ASSISTED IN NEGOTIATION OF THE SEVERANCE AGREEMENT AND MOTION FOR RECONSIDERATION* by JUDICIAL WATCH, INC., THOMAS J. FITTON, CHRISTOPHER FARRELL, PAUL ORFANEDES (Attachments: # 1 Text of Proposed Order)(Haller Simonyi, Juli) (Entered: 04/01/2008) |
| 04/01/2008 | | MINUTE ORDER granting 133 Defendants' Consent Motion for Extension of Time to File Response/Reply as to 120 Plaintiff's Motion to Quash. Signed by Magistrate Judge Alan Kay on 4/1/08 nunc pro tunc to 3/26/08. (lcak1) (Entered: 04/01/2008) |
| 04/02/2008 | 134 | ORDER. Plaintiff's 99 Objections to Magistrate Judge Alan Kay's January 8, 2008 Memorandum Order concerning third party subpoenas, and Plaintiff's 103 Objections to Magistrate Judge Kay's January 16, 2008 Memorandum Order regarding Defendants' motions to compel Plaintiff's answers to interrogatories and responses to requests for production of documents are OVERRULED, and Magistrate Judge Kay's 97 January 8, 2008 and 98 January 16, 2008 Memorandum Orders are AFFIRMED in their entirety. Signed by Judge Colleen Kollar–Kotelly on April 2, 2008. (lcckk2) |

| | | |
|---|---|---|
| | | (Entered: 04/02/2008) |
| 04/10/2008 | 135 | RESPONSE re 123 Appeal of Magistrate Judge Decision to District Court, 125 Appeal of Magistrate Judge Decision to District Court, filed by JUDICIAL WATCH, INC., THOMAS J. FITTON, CHRISTOPHER FARRELL, PAUL ORFANEDES. (Haller Simonyi, Juli) (Entered: 04/10/2008) |
| 04/16/2008 | 136 | MOTION for Extension of Time to *Comply With And If Neccessary Certify Magistrate Judge's Orders Of January 16, 2008 and January 8, 2008* by LARRY KLAYMAN (Klayman, Larry) (Entered: 04/16/2008) |
| 04/16/2008 | | MINUTE ORDER. Plaintiff's 136 Motion for Extension of Time to Comply with Magistrate Judge Kay's January 8 and January 16, 2008 Orders is referred to Magistrate Judge Kay as part of the general referral of discovery matters. Magistrate Judge Kay will address what, if any, extension Plaintiff will be granted during the April 17, 2008 hearing before him in this action. In addition, Plaintiff's request that the Court certify the issues addressed in Magistrate Judge Kay's January 8 and January 16, 2008 Orders for interlocutory appeal is DENIED. Signed by Judge Colleen Kollar–Kotelly on April 16, 2008. (lcckk2) (Entered: 04/16/2008) |
| 04/17/2008 | | Minute Entry for proceedings held before Magistrate Judge Alan Kay: Motion Hearing held on 4/17/2008 granting Motion 136 for Extension of Time to *Comply With And If Neccessary Certify Magistrate Judge's Orders Of January 16, 2008 and January 8, 2008* filed by LARRY KLAYMAN. Taken under advisement Motion 126 to Quash *Subpoenas of Phillip Sheldon and Diener Consultants, or Alternatively for Protective Order* filed by LARRY KLAYMA. Taken under advisement Motion 120 to Quash *SUBPOENAS DUCES TECUM TO LAWYERS FOR LARRY KLAYMAN WHO ASSISTED IN NEGOTIATION OF THE SEVERANCE AGREEMENT AND MOTION FOR RECONSIDERATION* filed by LARRY KLAYMAN. Plaintiff's Supplemental Responses due by close of business on 4/23/2008. Additional Discovery due within 10 days. (Court Reporter Pro Typist.) (ldc, ) (Entered: 04/17/2008) |
| 04/18/2008 | | MINUTE ORDER granting 136 Plaintiff's Motion for Extension of Time. Plaintiff has until close of business on 4/23/08 to provide supplemental responses to Defendants' interrogatories and document requests. If Plaintiff does not file his supplemental responses by this deadline, a monetary fine will be imposed. Signed by Magistrate Judge Alan Kay on 4/18/08. (lcak1) (Entered: 04/18/2008) |
| 04/21/2008 | 137 | ORDER denying 120 Plaintiff's Motion to Quash; denying 126 Plaintiff's Motion to Quash; denying 128 Plaintiff's Motion for Protective Order. Signed by Magistrate Judge Alan Kay on 4/21/08. (lcak1) (Entered: 04/21/2008) |
| 04/21/2008 | 138 | ORDER REGARDING SANCTIONS HEARING. Signed by Magistrate Judge Alan Kay on 4/21/08. (lcak1) (Entered: 04/21/2008) |
| 04/21/2008 | | MINUTE ORDER. The referral of this case to Magistrate Judge Alan Kay for mediation, see Order, April 25, 2007, Docket No. 58 , is hereby TERMINATED. By separate Minute Order, this case will be referred to Magistrate Judge John M. Facciola for mediation. Magistrate Judge Alan Kay will continue to handle all discovery matters in this case. Signed by Judge Colleen Kollar–Kotelly on April 21, 2008. (lcckk2) (Entered: 04/21/2008) |
| 04/21/2008 | | MINUTE ORDER. This case is hereby referred to Magistrate Judge John M. Facciola for mediation. The Clerk's Office is instructed to issue a Form 299 referring this case to Magistrate Judge Facciola for mediation. Signed by Judge Colleen Kollar–Kotelly on April 21, 2008. (lcckk2) (Entered: 04/21/2008) |
| 04/22/2008 | | MINUTE ORDER. Mediation set for May 13, 2008 is cancelled. Case no longer referred to Magistrate Judge Alan Kay for settlement. Signed by Magistrate Judge Alan Kay on 04/22/08. (DM) (Entered: 04/22/2008) |
| 04/23/2008 | 141 | CASE REFERRED to Magistrate Judge John M. Facciola for mediation; previous referral to Magistrate Judge Kay vacated. (jeb, ) (Entered: 04/28/2008) |
| 04/25/2008 | 139 | RESPONSE *OBJECTIONS TO SUPOENAS DUCES TECUM TO MAUREEN* filed by LARRY KLAYMAN. (Klayman, Larry) (Entered: 04/25/2008) |

| 04/28/2008 | 140 | CASE RE–REFERRED to Magistrate Judge Alan Kay for mediation. (mmh, ) (Entered: 04/28/2008) |
|---|---|---|
| 04/28/2008 | | NOTICE OF CORRECTED DOCKET ENTRY: Referral for mediation for Magistrate Kay vacated; Magistrate Kay will continue to handle discovery matters. (jeb, ) (Entered: 04/28/2008) |
| 04/28/2008 | 142 | MOTION to Quash by LARRY KLAYMAN (Klayman, Larry) (Entered: 04/28/2008) |
| 04/29/2008 | 143 | NOTICE OF WITHDRAWAL OF APPEARANCE as to LARRY KLAYMAN, LOUISE BENSON. Attorney Daniel J. Dugan terminated. (Dugan, Daniel) (Entered: 04/29/2008) |
| 04/29/2008 | 144 | Memorandum in opposition to re 142 MOTION to Quash filed by JUDICIAL WATCH, INC., THOMAS J. FITTON, CHRISTOPHER FARRELL, PAUL ORFANEDES. (Attachments: # 1 Exhibit One, # 2 Exhibit Two, # 3 Exhibit Three, # 4 Exhibit Four, # 5 Exhibit Five, # 6 Exhibit Six, # 7 Exhibit Seven)(Haller Simonyi, Juli) (Entered: 04/29/2008) |
| 04/30/2008 | 145 | ORDER re referral to Judge Facciola for settlement. Signed by Magistrate Judge John M. Facciola on 4/30/08. (SP, ) (Entered: 04/30/2008) |
| 04/30/2008 | | Minute Entry for proceedings held before Magistrate Judge Alan Kay: Telephone Conference held on 4/30/2008. (lcak1) (Entered: 04/30/2008) |
| 04/30/2008 | | MINUTE ORDER setting a sanctions hearing for May 13, 2008 at 10:00 am in Courtroom 7. Signed by Magistrate Judge Alan Kay on 4/30/08. (lcak1) (Entered: 04/30/2008) |
| 04/30/2008 | | MINUTE ORDER. Because the parties could not reach an agreement regarding the ordering of depositions, the Court will set the order as follows: The continuation of Mr. Klayman's deposition will take place first, to be followed by the depositions of Mr. Fitton and Ms. Rorup. Signed by Magistrate Judge Alan Kay on 4/30/08. (lcak1) (Entered: 04/30/2008) |
| 05/01/2008 | 146 | MOTION to Permit *Inspection of Records Before Production* by LARRY KLAYMAN (Klayman, Larry) (Entered: 05/01/2008) |
| 05/02/2008 | 147 | ENTERED IN ERROR..... MOTION to Stay *Of Proceedings Pending Expedited Mediation or in the Alternative Motion for Short Extension of Discovery Deadline To Allow Mediation To Proceed and For Plaintiff to Obtain Insurance Defense Counsel* by LARRY KLAYMAN (Klayman, Larry) Modified on 5/5/2008 (nmw, ). (Entered: 05/02/2008) |
| 05/02/2008 | 148 | MOTION to Stay *(EXPEDITED) of Proceedings Pending Expedited Mediation or in the Alternative Motion for Short Extension of Discovery Deadline to Allow Mediation to Proceed and for Plaintiff to Obtain Insurance Defense Counsel* by LARRY KLAYMAN (Klayman, Larry) (Entered: 05/02/2008) |
| 05/02/2008 | 149 | ERRATA by LARRY KLAYMAN 148 MOTION to Stay *(EXPEDITED) of Proceedings Pending Expedited Mediation or in the Alternative Motion for Short Extension of Discovery Deadline to Allow Mediation to Proceed and for Plaintiff to Obtain Insurance Defense Counsel* MOTION to Stay *(EXPEDITED) of Proceedings Pending Expedited Mediation or in the Alternative Motion for Short Extension of Discovery Deadline to Allow Mediation to Proceed and for Plaintiff to Obtain Insurance Defense Counsel* filed by LARRY KLAYMAN. (Attachments: # 1 Exhibit Notice of Deposition)(Klayman, Larry) (Entered: 05/02/2008) |
| 05/02/2008 | | Set/Reset Hearings: Settlement Conference set for 5/21/2008 at 10:00 AM in Chambers before Magistrate Judge John M. Facciola. (SP, ) (Entered: 05/02/2008) |
| 05/02/2008 | 150 | REPLY to Opposition re 142 MOTION to Quash *Plaintiff's Reply Memorandum to Defendants' Opposition to Plaintiff's Motion to Quash* filed by LARRY KLAYMAN. (Klayman, Larry) Modified on 5/5/2008 (nmw, ). (Entered: 05/02/2008) |
| 05/02/2008 | 152 | MOTION (in the alternative) for Extension of Time to Complete Discovery by LARRY KLAYMAN. (See Docket Entry 148 to view document). (nmw, ) (Entered: 05/05/2008) |

| 05/05/2008 | 151 | SUPPLEMENTAL MEMORANDUM to *Expedited Motion to for Stay of Proceedings Pending Expedited Mediation or in the Alternative Motion for Short Extension of Discovery Deadline to Allow Mediation to Proceed & for Plaintiff to Obtain Insurance Defense Co−Counsel* filed by LARRY KLAYMAN. (Klayman, Larry) (Entered: 05/05/2008) |
| --- | --- | --- |
| 05/05/2008 | | NOTICE OF CORRECTED DOCKET ENTRY: Docket Entry 147 MOTION to Stay was entered in error and as a duplicate of Docket Entry 148 . (nmw, ) (Entered: 05/05/2008) |
| 05/05/2008 | 153 | MEMORANDUM ORDER denying 142 Plaintiff's Motion to Quash. Signed by Magistrate Judge Alan Kay on 5/5/08. (lcak1) (Entered: 05/05/2008) |
| 05/05/2008 | 154 | Appeal of Magistrate Judge Decision to District Court by LARRY KLAYMAN re 137 Order on Motion to Quash,, Order on Motion for Protective Order (Attachments: # 1 Exhibit Exhibit 1–Motion to Quash, # 2 Exhibit Exhibit 2 – Motion to Quash, # 3 Exhibit Exhibit 3–Subpoena)(Klayman, Larry) (Entered: 05/05/2008) |
| 05/05/2008 | 155 | Memorandum in opposition to re 152 MOTION for Extension of Time to Complete Discovery, 148 MOTION to Stay *(EXPEDITED) of Proceedings Pending Expedited Mediation or in the Alternative Motion for Short Extension of Discovery Deadline to Allow Mediation to Proceed and for Plaintiff to Obtain Insurance Defense Counsel* MOTION to Stay *(EXPEDITED) of Proceedings Pending Expedited Mediation or in the Alternative Motion for Short Extension of Discovery Deadline to Allow Mediation to Proceed and for Plaintiff to Obtain Insurance Defense Counsel* filed by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Attachments: # 1 Exhibit 1a, # 2 Exhibit 1b, # 3 Exhibit 2, # 4 Text of Proposed Order)(Driscoll, Richard) (Entered: 05/05/2008) |
| 05/06/2008 | 156 | MOTION to Quash *and Objections to Deposition of Stephanie DeLuca (Formerly Klayman)* by LARRY KLAYMAN (Attachments: # 1 Exhibit Exhibit 1 Notice of Deposition)(Klayman, Larry) (Entered: 05/06/2008) |
| 05/06/2008 | | MINUTE ORDER. Plaintiff has moved to quash a subpoena issued to Stephanie Ann DeLuca. Ms. DeLuca's deposition is scheduled for May 12, 2008. In an attempt to resolve this issue prior to May 12, Defendants are hereby ordered to file any Opposition to Plaintiff's Motion by close of business on May 8. The parties shall jointly contact Chambers on May 9 at 4:00 pm for a telephone conference on Plaintiff's Motion. Signed by Magistrate Judge Alan Kay on 5/6/08. (lcak1) (Entered: 05/06/2008) |
| 05/06/2008 | 157 | REPLY to opposition to motion re 152 MOTION for Extension of Time to Complete Discovery, 148 MOTION to Stay *(EXPEDITED) of Proceedings Pending Expedited Mediation or in the Alternative Motion for Short Extension of Discovery Deadline to Allow Mediation to Proceed and for Plaintiff to Obtain Insurance Defense Counsel* MOTION to Stay *(EXPEDITED) of Proceedings Pending Expedited Mediation or in the Alternative Motion for Short Extension of Discovery Deadline to Allow Mediation to Proceed and for Plaintiff to Obtain Insurance Defense Counsel For Short Stay of Proceedings or, in the Alternative, Motion for Short Extension of Discovery Deadline* filed by LARRY KLAYMAN. (Attachments: # 1 Exhibit Exhibit 1)(Klayman, Larry) (Entered: 05/06/2008) |
| 05/07/2008 | 158 | Memorandum in opposition to re 146 MOTION to Permit *Inspection of Records Before Production* by JUDICIAL WATCH, INC., THOMAS J. FITTON, CHRISTOPHER FARRELL, PAUL ORFANEDES. (Attachments: # 1 Exhibit One, # 2 Exhibit Two, # 3 Exhibit Three, # 4 Exhibit Four, # 5 Exhibit Five, # 6 Text of Proposed Order)(Haller Simonyi, Juli) (Entered: 05/07/2008) |
| 05/07/2008 | 159 | MOTION for Sanctions *to Reset Deposition of ATA and Mark Fitzgibbons and For Sanctions for Premature Obtaining of Financial Information and Release into Public Record Despite Protective Order* by LARRY KLAYMAN (Attachments: # 1 Exhibit Exhibit 1 correspondence)(Klayman, Larry) (Entered: 05/07/2008) |
| 05/07/2008 | 160 | Memorandum in opposition to re 159 MOTION for Sanctions *to Reset Deposition of ATA and Mark Fitzgibbons and For Sanctions for Premature Obtaining of Financial Information and Release into Public Record Despite Protective Order* filed by JUDICIAL WATCH, INC., THOMAS J. FITTON, CHRISTOPHER FARRELL, PAUL ORFANEDES. (Attachments: # 1 Exhibit One, # 2 Exhibit Two, # 3 Text of |

| | | |
|---|---|---|
| | | Proposed Order)(Haller Simonyi, Juli) (Entered: 05/07/2008) |
| 05/07/2008 | | MINUTE ORDER granting in part, denying in part, and deferring ruling in part 159 Plaintiff's Motion to Reset Depositions of ATA and Mark Fitzgibbons and for Sanctions. Because Defendants are unavailable on the alternative date suggested by Plaintiff (May 9) and because Defendants have not demonstrated that they will be prejudiced by rescheduling this deposition, Plaintiff's request to reschedule is granted. During the telephone conference scheduled for May 9 with this Court, the parties will discuss mutually convenient dates for resetting this deposition. The Court will defer ruling on Plaintiff's request for sanctions until after the May 13 sanctions hearing. Signed by Magistrate Judge Alan Kay on 5/7/08. (lcak1) (Entered: 05/07/2008) |
| 05/07/2008 | 161 | Memorandum in opposition to re 156 MOTION to Quash *and Objections to Deposition of Stephanie DeLuca (Formerly Klayman)* filed by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Text of Proposed Order)(Driscoll, Richard) (Entered: 05/07/2008) |
| 05/07/2008 | 163 | MOTION to Reset Deposition by LARRY KLAYMAN. (See Docket Entry 159 to view document). (nmw, ) (Entered: 05/08/2008) |
| 05/08/2008 | 162 | Appeal of Magistrate Judge Decision to District Court by LARRY KLAYMAN re 153 Order on Motion to Quash (Attachments: # 1 Exhibit Exhibit 1 Notice of Deposition)(Klayman, Larry) (Entered: 05/08/2008) |
| 05/09/2008 | 164 | REPLY to opposition to motion re 146 MOTION to Permit *Inspection of Records Before Production Plaintiff's Consolidated Replies to Defendants' Oppositions Concerning Plaintiff's Motion to Permit Inspection of Records Prior to Production, Depositions of Stephanie DeLuca and Mark Fitzgibbons of ATA* filed by LARRY KLAYMAN. (Klayman, Larry) (Entered: 05/09/2008) |
| 05/09/2008 | | Minute Entry for proceedings held before Magistrate Judge Alan Kay: Telephone Conference held on 5/9/2008. (lcak1) (Entered: 05/09/2008) |
| 05/09/2008 | 165 | MEMORANDUM ORDER denying 146 Plaintiff's Motion to Permit Inspection of Records Before Production. Signed by Magistrate Judge Alan Kay on 5/9/08. (lcak1) (Entered: 05/09/2008) |
| 05/09/2008 | | MINUTE ORDER denying 156 Motion to Quash Deposition of Stephanie DeLuca. Ms. DeLuca's deposition shall take place on May 19, 2008. Defendants may not inquire about documents that are the subject of this Court's March 12 order denying–in–part Defendants' Motion to Compel, which is currently on appeal before Judge Kollar–Kotelly. Should Judge Kollar–Kotelly reverse this Court's ruling on this matter, Defendants may move to re–open Ms. DeLuca's deposition to inquire about the divorce documents.. Signed by Magistrate Judge Alan Kay on 5/9/08. (lcak1) (Entered: 05/09/2008) |
| 05/09/2008 | | MINUTE ORDER. The depositions of Mark Fitzgibbons and ATA, previously set for May 8, 2008, shall take place on May 20, 2008. Signed by Magistrate Judge Alan Kay on 5/9/08. (lcak1) (Entered: 05/09/2008) |
| 05/09/2008 | | MINUTE ORDER granting 163 Motion to Continue. See the above–entered Minute Order for the new date of Ms. Fitzgibbons' deposition. Signed by Magistrate Judge Alan Kay on 5/9/08. (lcak1) (Entered: 05/09/2008) |
| 05/12/2008 | 166 | ORDER denying Plaintiff Klayman's 148 Motion for Short Stay of Proceedings, and denying 152 Plaintiff Klayman's alternative Motion for Short Extension of Discovery Deadline. Signed by Judge Colleen Kollar–Kotelly on May 12, 2008. (lcckk2) (Entered: 05/12/2008) |
| 05/12/2008 | 167 | ORDER. Plaintiff's 125 Objections to Magistrate Judge Alan Kay's March 12, 2008 Memorandum Order and Defendants' 124 Objections to that same Memorandum Order are OVERRULED. Magistrate Judge Kay's 117 March 12, 2008 Memorandum Order is AFFIRMED in its entirety. Signed by Judge Colleen Kollar–Kotelly on May 12, 2008. (lcckk2) (Entered: 05/12/2008) |
| 05/13/2008 | | Minute Entry for Motions Hearing and Sanctions Hearing held before Magistrate Judge Alan Kay on 5/13/08 : Defendants' Motion for Reconsideration 122 and |

| | | Plaintiff's Motion for Sanctions 159 , heard and taken under advisement. (Court Reporter : Pro–Typists, Inc.; Ctrm. 7) (kk) (Entered: 06/09/2008) |
|---|---|---|
| 05/14/2008 | 168 | BILL OF COSTS *ASSOCIATED WITH POSTPONEMENT OF PLAINTIFF'S MARCH 14, 2008, DEPOSITION* by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Driscoll, Richard) (Entered: 05/14/2008) |
| 05/14/2008 | 169 | BILL OF COSTS *(ADDITIONAL) ASSOCIATED WITH MOTION TO COMPEL SUPPLEMENTAL REQUEST FOR PRODUCTION OF DOCUMENTS* by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Driscoll, Richard) (Entered: 05/14/2008) |
| 05/14/2008 | 170 | BILL OF COSTS *ASSOCIATED WITH PLAINTIFF'S MOTION TO QUASH SUBPOENAS DUCES TECUM TO PHILIP SHELDON AND DIENER CONSULTANTS* by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Driscoll, Richard) (Entered: 05/14/2008) |
| 05/14/2008 | 171 | NOTICE *Pracipe Concerning Hearing of May 13, 2008* by LARRY KLAYMAN (Attachments: # 1 Exhibit exhibit 1)(Klayman, Larry) (Entered: 05/14/2008) |
| 05/16/2008 | 172 | Appeal of Magistrate Judge Decision to District Court by LARRY KLAYMAN re Order on Motion to Quash,, (Attachments: # 1 Exhibit exhibit 1 – Motion to Quash Depositon of Stephanie DeLuca)(Klayman, Larry) (Entered: 05/16/2008) |
| 05/19/2008 | 173 | Appeal of Magistrate Judge Decision to District Court by LARRY KLAYMAN re Order on Motion to Quash,, (Klayman, Larry) (Entered: 05/19/2008) |
| 05/19/2008 | 174 | Emergency MOTION for Protective Order *Clarification of Protective Order, Objections to Magistrate's Order Denying Right to Review Third Party Production, and Motion for Reconsideration of Order Denying Stay Proceedings* by LARRY KLAYMAN (Attachments: # 1 Attachment)(Klayman, Larry) (Entered: 05/19/2008) |
| 05/19/2008 | 175 | Appeal of Magistrate Judge Decision to District Court by LARRY KLAYMAN re 165 Order on Motion to Permit (Attachments: # 1 Attachment)(Klayman, Larry) (Entered: 05/19/2008) |
| 05/19/2008 | 176 | Appeal of Magistrate Judge Decision to District Court by LARRY KLAYMAN re Order (Klayman, Larry) (Entered: 05/19/2008) |
| 05/19/2008 | 177 | Supplemental MOTION to Stay by LARRY KLAYMAN (Attachments: # 1 Attachment)(Klayman, Larry) (Entered: 05/19/2008) |
| 05/19/2008 | 178 | ORDER denying–in–part and holding–in–abeyance–in–part 174 Plaintiff's Emergency Motion for Clarification of Protective Order, Objections to Magistrate [Judge]'s Order Denying Right to Review Third Party Production, and Motion for Reconsideration of Order Denying Stay of Proceedings, and DENYING 177 Plaintiff's Supplement to Motion to Stay. Specifically, Plaintiff's Emergency Motion is DENIED insofar as it seeks reconsideration of this Court's May 12, 2008 Order denying Plaintiff's Motion to Stay, and insofar as it seeks clarification or modification of the December 3, 2007 Protective Order in this case. Plaintiff's Emergency Motion is held in abeyance insofar as it purports to contain Objections to Magistrate Judge Alan Kay's 165 May 9, 2008 Order Denying Plaintiff's Motion to Permit Inspection of Records Before Production. Signed by Judge Colleen Kollar–Kotelly on May 19, 2008. (lcckk2) (Entered: 05/19/2008) |
| 05/19/2008 | 179 | RESPONSE re 154 Appeal of Magistrate Judge Decision to District Court, *Opposition* filed by JUDICIAL WATCH, INC., THOMAS J. FITTON, CHRISTOPHER FARRELL, PAUL ORFANEDES. (Haller Simonyi, Juli) (Entered: 05/19/2008) |
| 05/20/2008 | 180 | NOTICE *Praecipe Concerning Defendants' Objections and Response to Plaintiff's Second Request for Production of Documents* by LARRY KLAYMAN (Klayman, Larry) (Entered: 05/20/2008) |
| 05/22/2008 | 181 | RESPONSE re 162 Appeal of Magistrate Judge Decision to District Court *Opposition* filed by JUDICIAL WATCH, INC., THOMAS J. FITTON, CHRISTOPHER FARRELL, PAUL ORFANEDES. (Attachments: # 1 Text of Proposed Order)(Haller Simonyi, Juli) (Entered: 05/22/2008) |

| 05/27/2008 | 182 | RESPONSE re 173 Appeal of Magistrate Judge Decision to District Court, 172 Appeal of Magistrate Judge Decision to District Court filed by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Text of Proposed Order)(Driscoll, Richard) (Entered: 05/27/2008) |
| 05/28/2008 | 183 | ORDER. Plaintiff's 154 Objections to Magistrate Judge Alan Kay's April 21, 2008 Memorandum Order are OVERRULED and Magistrate Judge Kay's 137 April 21, 2008 Memorandum Order is AFFIRMED in its entirety. Signed by Judge Colleen Kollar–Kotelly on May 28, 2008. (lcckk2) (Entered: 05/28/2008) |
| 05/28/2008 | 184 | ORDER. Plaintiff's 162 Objections to Magistrate Judge Alan Kay's May 5, 2008 Memorandum Order are OVERRULED, and Magistrate Judge Kay's 153 May 5, 2008 Memorandum Order is AFFIRMED in its entirety. Signed by Judge Colleen Kollar–Kotelly on May 28, 2008. (lcckk2) (Entered: 05/28/2008) |
| 05/28/2008 | 185 | ORDER. Plaintiff's 182 Objections to Magistrate Judge Alan Kay's May 9, 2008 Minute Order are OVERRULED and Magistrate Judge Kay's May 9, 2008, 2008 Minute Order is AFFIRMED in its entirety. Signed by Judge Colleen Kollar–Kotelly on May 28, 2008. (lcckk2) (Entered: 05/28/2008) |
| 05/29/2008 | 186 | NOTICE *Praecipe Concerning Mediation / Settlement Conference* by LARRY KLAYMAN (Klayman, Larry) (Entered: 05/29/2008) |
| 06/02/2008 | 187 | REPLY re 186 Notice (Other) *CONCERNING MEDIATION/SETTLEMENT CONFERENCE* filed by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Driscoll, Richard) (Entered: 06/02/2008) |
| 06/02/2008 | 188 | RESPONSE re 175 Appeal of Magistrate Judge Decision to District Court, 176 Appeal of Magistrate Judge Decision to District Court *and 174 (to remaining issue)* filed by JUDICIAL WATCH, INC., THOMAS J. FITTON, CHRISTOPHER FARRELL, PAUL ORFANEDES. (Attachments: # 1 Exhibit One)(Haller Simonyi, Juli) (Entered: 06/02/2008) |
| 06/10/2008 | 189 | ORDER. Plaintiff's 174 and 175 Objections to Magistrate Judge Alan Kay's May 9, 2008 Memorandum Order are OVERRULED; Plaintiff's 176 Objections to Magistrate Judge Kay's May 9, 2008 Minute Order regarding the deposition of Mark Fitzgibbons are OVERRULED; and Magistrate Judge Kay's 165 May 9, 2008 Memorandum Order and Minute Order of the same date are AFFIRMED in their entireties. Signed by Judge Colleen Kollar–Kotelly on June 10, 2008. (lcckk2) (Entered: 06/10/2008) |
| 06/10/2008 | 190 | ORDER. The Court has resolved all of Plaintiff's pending appeals of Magistrate Judge Kay's discovery–related orders in this case, and a Status Conference shall be held in this case, as scheduled, at 9:30 a.m. on Friday, June 13, 2008. Accordingly, on or before 12:00 p.m. (noon) on Thursday, June 12, 2008, the parties shall file a Joint Status Report with the Court. That Joint Status Report shall include, at a minimum, a list of any and all discovery that remains outstanding in this matter, a proposed schedule for the completion of that discovery, and an indication of whether each party is interested in pursuing mediation before Magistrate Judge John M. Facciola prior to the filing of dispositive motions in this case. Signed by Judge Colleen Kollar–Kotelly on June 10, 2008. (lcckk2) (Entered: 06/10/2008) |
| 06/11/2008 | | Set/Reset Hearings: Settlement Conference set for 6/17/2008 at 03:30 PM in Chambers before Magistrate Judge John M. Facciola. (SP, ) (Entered: 06/11/2008) |
| 06/11/2008 | 191 | Consent MOTION RESCHEDULE STATUS CONFERENCE re 190 Order,,, by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON (Attachments: # 1 Text of Proposed Order)(Driscoll, Richard) (Entered: 06/11/2008) |
| 06/11/2008 | | ORDER granting in part and denying in part the parties' 191 Consent Motion to Reset Date for Status Conference. It appears that an error was made when the upcoming Status Conference was entered on the Court's calendar. In accordance with the ECF docket in this case and the Court's May 9, 2007 Scheduling and Procedures Order, the Status Conference shall be held at 9:30 a.m. on Wednesday, June 18, 2008. The Joint Status Report described in the Court's June 10, 2008 Order 190 shall be filed by 12:00 p.m. (noon) on MONDAY, JUNE 16, 2008, in order to allow the Court sufficient time |

| | | |
|---|---|---|
| | | to review it in advance of the Status Conference. Signed by Judge Colleen Kollar–Kotelly on June 11, 2008. (lcckk2) (Entered: 06/11/2008) |
| 06/16/2008 | 192 | NOTICE *Plaintiffs Scheduling Report* by LARRY KLAYMAN (Attachments: # 1 letter from Doctor, # 2 Order Granting Motion – Klayman V. Barmak, # 3 Klayman V. Barmak Amended Complaint)(Klayman, Larry) (Entered: 06/16/2008) |
| 06/16/2008 | 193 | STATUS REPORT by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Driscoll, Richard) (Entered: 06/16/2008) |
| 06/16/2008 | 194 | MOTION to Continue *To Reset Status Conference to June 19 or 20, 2008* by LARRY KLAYMAN (Klayman, Larry) (Entered: 06/16/2008) |
| 06/16/2008 | | MINUTE ORDER (paperless) granting Plaintiff's 194 Motion to Reset Status Conference. Plaintiff, Larry Klayman, has moved to reset the Status Conference scheduled in this matter for 9:30 a.m. on Wednesday, June 18, 2008, purportedly because of a conflict with a hearing set in a pending case in Florida. The Court is highly skeptical of Plaintiff's assertion. While Plaintiff states that Defendants "moved to have the date of the status conference reset from June 13 to June 18," the docket in this case reflects that Defendants only made such a motion in order to correct an error on the Court's part. The Status Conference in this case was moved from June 13, 2008 to June 18, 2008 more than one year ago (on May 9, 2007), and the Court's reference to the June 13, 2008 date in its June 10, 2008 Order was a simple error, corrected in its June 11, 2008 Minute Order after Defendants brought the issue to the Court's attention. Nevertheless, it appears that defense counsel is available on June 19, 2008, as is Magistrate Judge Alan Kay, who will be attending the Status Conference. Accordingly, the Court shall CONTINUE the Status Conference until 9:30 a.m. on Thursday, June 19, 2008. The Court warns Plaintiff Klayman, however, that it will go forward with the Status Conference that morning with or without him, and will not reschedule the Status Conference in any event. Signed by Judge Colleen Kollar–Kotelly on June 16, 2008. (lcckk2) (Entered: 06/16/2008) |
| 06/16/2008 | | Set/Reset Hearings: Status Conference re–set for 6/19/2008 09:30 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. (dot, ) (Entered: 06/16/2008) |
| 06/18/2008 | 195 | STATUS REPORT *Plaintiff's Supplemental Status Report* by LARRY KLAYMAN. (Attachments: # 1 Attachment – Noticed Deposition)(Klayman, Larry) (Entered: 06/18/2008) |
| 06/19/2008 | | MINUTE ORDER (paperless). The Court held a Status Conference on the record with Plaintiff and Defendants' counsel in attendance at 9:30 a.m. on Thursday, June 19, 2008. As set forth during that Status Conference: (1) between now and July 11, 2008, the parties shall work with Magistrate Judge Alan Kay to determine the scope of the remaining discovery in this matter (including document productions and depositions) and to set a schedule for the completion of that discovery; (2) on or before June 23, 2008, Plaintiff shall submit any materials regarding his claim that he noticed and pursued scheduling of depositions he sought to take; (3) Defendants shall file any response to Plaintiff's submission on or before June 25, 2008; (4) Magistrate Judge Kay shall resolve the issue of whether Plaintiff waived the right to conduct depositions in this matter; (5) the June 25, 2008 deposition of Phillip Sheldon of Diener Consultants, Inc., shall go forward as scheduled; (6) Magistrate Judge Kay shall resolve the issues of the scheduled July 2, 2008 deposition of Maureen Otis of American Caging, Inc., the July 9, 2008 deposition of Stephanie DeLuca, and the production of documents by Plaintiffs former attorney, David Durbin, Esq.; (7) all discovery in this matter shall be completed by August 29, 2008; and (8) a Status Conference shall be held in this matter at 2 p.m. on Tuesday, September 16, 2008. Signed by Judge Colleen Kollar–Kotelly on June 19, 2008. (lcckk2) (Entered: 06/19/2008) |
| 06/19/2008 | | MINUTE ORDER directing the parties to jointly contact Chambers at (202) 354–3030 by close of business tomorrow to schedule a status conference before Judge Kay. The purpose of this conference will be to set a schedule for the remainder of discovery and to discuss other issues that were raised during today's status conference before Judge Kollar–Kotelly. The conference will occur in court and on the record and counsel for both parties must appear in person. Signed by Magistrate Judge Alan Kay on 6/19/08. |

| | | |
|---|---|---|
| | | (lcak1) (Entered: 06/19/2008) |
| 06/19/2008 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Status Conference held on 6/19/2008. Discovery due by 8/29/2008. Defendants Responses to Plaintiff's submission due by 6/25/2008. Status Conference set for 9/16/2008 02:00 PM in Courtroom 28A before Judge Colleen Kollar–Kotelly. (Court Reporter Lisa Hand.) (dot, ) (Entered: 06/19/2008) |
| 06/23/2008 | | MINUTE ORDER setting a telephone conference for June 24, 2008 at 12:30 pm to discuss the subpoena duces tecum served on Mr. Sheldon. The parties shall jointly contact Chambers at (202) 354–3030. Signed by Magistrate Judge Alan Kay on 6/23/08. (lcak1) (Entered: 06/23/2008) |
| 06/24/2008 | | Minute Entry for proceedings held before Magistrate Judge Alan Kay: Telephone Conference held on 6/24/2008. (lcak1) (Entered: 06/24/2008) |
| 06/24/2008 | | Set/Reset Hearings : Telephone Conference set for 6/24/08 at 12:30 PM in Chambers before Magistrate Judge Alan Kay. (kk) (Entered: 06/24/2008) |
| 06/24/2008 | 196 | ORDER regarding production of documents by Phillip Sheldon. Signed by Magistrate Judge Alan Kay on 6/24/08. (lcak1) (Entered: 06/24/2008) |
| 06/24/2008 | 197 | NOTICE *Praecipe on Communications with Counsel over Deposition and Related Dates* by LARRY KLAYMAN (Attachments: # 1 Attachment)(Klayman, Larry) (Entered: 06/24/2008) |
| 06/25/2008 | | Set/Reset Deadlines : Production of documents by Mr. Phillip Sheldon on a rolling basis to terminate by 8/15/08; service by Mr. Sheldon on counsel and the Court of a privilege log that details all responsive documents that he did not produce to defendants, and simultaneous provision of copies of these documents to the Court for in camera inspection, due by 8/15/08. (kk) (Entered: 06/25/2008) |
| 06/25/2008 | 198 | REPLY re 197 Notice (Other) *PRAECIPE ON COMMUNICATIONS WITH COUNSEL OVER DEPOSITIONS AND RELATED DATES* filed by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Attachments: # 1 Exhibit 1)(Driscoll, Richard) (Entered: 06/25/2008) |
| 06/27/2008 | | MINUTE ORDER setting a hearing for July 2, 2008 at 9:00 am in Courtroom 7 before Magistrate Judge Kay. The parties shall be prepared to discuss all outstanding discovery issues and to set dates for the remaining depositions. Signed by Magistrate Judge Alan Kay on 6/27/08. (lcak1) (Entered: 06/27/2008) |
| 06/27/2008 | | MINUTE ORDER vacating the status conference that was previously set for July 2, 2008. The status conference will now take place on July 7, 2008 at 2:00 pm in Courtroom 7. Signed by Magistrate Judge Alan Kay on 6/27/08. (lcak1) (Entered: 06/27/2008) |
| 06/30/2008 | | Set/Reset Hearings : Status Conference reset for 7/7/08 at 2:00 PM in Courtroom 7 before Magistrate Judge Alan Kay. (kk) (Entered: 06/30/2008) |
| 07/01/2008 | 199 | MEMORANDUM ORDER on parties' cross–requests for sanctions. Signed by Magistrate Judge Alan Kay on 7/1/08. (lcak1) (Entered: 07/01/2008) |
| 07/07/2008 | | MINUTE ORDER re–setting today's status conference for 3:00 pm at the request of Plaintiff. Signed by Magistrate Judge Alan Kay on 7/7/08. (lcak1) (Entered: 07/07/2008) |
| 07/07/2008 | | Minute Entry for proceedings held before Magistrate Judge Alan Kay: Status Conference held on 7/7/2008. Minute order to be issued by The Court. (Court Reporter Pro Typist.) (ldc, ) (Entered: 07/07/2008) |
| 07/09/2008 | 200 | ORDER setting deposition schedule and addressing outstanding discovery issues. Signed by Magistrate Judge Alan Kay on 7/9/08. (lcak1) (Entered: 07/09/2008) |
| 07/11/2008 | 201 | MOTION REMOVE LIMITATIONS IMPOSED BY MAY 9, 2008, MINUTE ORDER ON THE DEPOSITION OF STEPHANIE DELUCA re Order on Motion to Quash,, by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON (Attachments: # 1 Exhibit 1)(Driscoll, Richard) (Entered: 07/11/2008) |

| 07/11/2008 | 202 | Emergency MOTION for Leave to File *Motion on Shortened Briefing Schedule* by JUDICIAL WATCH, INC., THOMAS J. FITTON, CHRISTOPHER FARRELL, PAUL ORFANEDES (Attachments: # 1 Text of Proposed Order)(Haller Simonyi, Juli) (Entered: 07/11/2008) |
|---|---|---|
| 07/11/2008 | | MINUTE ORDER granting, over Plaintiff's objection, 202 Defendants' Motion to Shorten Time of the Briefing Schedule for Defendants' Motion to Remove Limitations Imposed by the May 9, 2008 Minute Order on the Deposition of Stephanie Deluca. Prompot resolution of this issue is necessary to ensure that Ms. Deluca's deposition goes forward as scheduled on July 23, 2008 and to prevent the possibility that Defendants' will have to depose her twice. Accordingly, Plaintiff shall have until July 17, 2008 to file his Opposition to 201 Defendants' Motion to Remove Limitations Imposed by the May 9, 2008 Minute Order on the Deposition of Stephanie Deluca. Defendants shall have until noon on July 18, 2008 to file a brief reply memorandum. Signed by Magistrate Judge Alan Kay on 7/11/08. (lcak1) (Entered: 07/11/2008) |
| 07/11/2008 | | Set/Reset Deadlines: Plaintiff Response due by 7/17/2008. (dot, ) (Entered: 07/17/2008) |
| 07/16/2008 | 203 | Appeal of Magistrate Judge Decision to District Court by LARRY KLAYMAN re 199 Order on Motion for Reconsideration (Klayman, Larry) (Entered: 07/16/2008) |
| 07/17/2008 | 204 | REPLY to opposition to motion re 201 MOTION REMOVE LIMITATIONS IMPOSED BY MAY 9, 2008, MINUTE ORDER ON THE DEPOSITION OF STEPHANIE DELUCA re Order on Motion to Quash,, *Plaintiffs Opposition to Defendants Motion to Remove Limitations Imposed by the May 9, 2008, Minute Order on the Deposition of Stephanie DeLuca and Cross Motion for Sanctions* filed by LARRY KLAYMAN. (Attachments: # 1 attachment)(Klayman, Larry) (Entered: 07/17/2008) |
| 07/18/2008 | | NOTICE re 204 Reply to opposition to Motion; emailed to leklayman@bellsouth.net, cc'd 4 associated attorneys –– The PDF file you docketed contained errors: 1. Document title does not match docketed event, 2. Please refile document, 3. Refile as a Memorandum in Opposition; also file as a Motion for Sanctions (two entries) (nmw, ) (Entered: 07/18/2008) |
| 07/18/2008 | 205 | ENTERED IN ERROR.....REPLY to opposition to motion re 201 MOTION REMOVE LIMITATIONS IMPOSED BY MAY 9, 2008, MINUTE ORDER ON THE DEPOSITION OF STEPHANIE DELUCA re Order on Motion to Quash,, filed by JUDICIAL WATCH, INC., THOMAS J. FITTON, CHRISTOPHER FARRELL, PAUL ORFANEDES. (Haller Simonyi, Juli) Modified on 7/18/2008 (nmw, ). (Entered: 07/18/2008) |
| 07/18/2008 | | ORDER granting 201 Defendants' Motion to Remove Limitations Imposed by the May 9, 2008 Minute Order on the Deposition of Stephanie Deluca. Signed by Magistrate Judge Alan Kay on 7/18/08. (lcak1) (Entered: 07/18/2008) |
| 07/18/2008 | 206 | MEMORANDUM ORDER granting Defendants' Motion to Remove Limitations Imposed by the May 9, 2008 Minute Order on the Deposition of Stephanie Deluca. Signed by Magistrate Judge Alan Kay on 7/18/08. (lcak1) (Entered: 07/18/2008) |
| 07/18/2008 | 207 | Memorandum in opposition to re 201 MOTION REMOVE LIMITATIONS IMPOSED BY MAY 9, 2008, MINUTE ORDER ON THE DEPOSITION OF STEPHANIE DELUCA re Order on Motion to Quash,, *Plaintiffs Opposition to Defendants Motion to Remove Limitations Imposed by the May 9, 2008, Minute Order on the Deposition of Stephanie DeLuca and Cross Motion for Sanctions* filed by LARRY KLAYMAN. (Attachments: # 1 Attachment)(Klayman, Larry) (Entered: 07/18/2008) |
| 07/18/2008 | 208 | MOTION for Sanctions *Plaintiffs Opposition to Defendants Motion to Remove Limitations Imposed by the May 9, 2008, Minute Order on the Deposition of Stephanie DeLuca and Cross Motion for Sanctions* by LARRY KLAYMAN (Attachments: # 1 attachment)(Klayman, Larry) (Entered: 07/18/2008) |
| 07/22/2008 | 209 | MOTION for Protective Order *Plaintiff's Renewed Request and/or Motion for Inclusion of Seal Provision in Protective Order* by LARRY KLAYMAN (Klayman, Larry) (Entered: 07/22/2008) |

| 07/24/2008 | 210 | NOTICE *Praecipe* by LARRY KLAYMAN (Attachments: # 1 Attachment)(Klayman, Larry) (Entered: 07/24/2008) |
|---|---|---|
| 07/25/2008 | 211 | MOTION to Stay *Certain Discovery Pending Final Adjudication of Petition for Writ of Mandamus* by LARRY KLAYMAN (Attachments: # 1 Attachment)(Klayman, Larry) (Entered: 07/25/2008) |
| 07/30/2008 | | MINUTE ORDER directing Plaintiff to supplement his privilege log to comply with this Court's July 9, 2008 Order. In that Order, the Court directed Plaintiff to prepare a privilege log regarding documents that were responsive to Defendants' subpoena duces tecum to David Durbin. The Court stated: "The privilege log shall identify the documents by Bates number and shall set forth a description of the document and a brief statement about why it is protected." (Order at 4.) In his privilege log, Plaintiff identifies and describes each document but fails to state why each document is protected by the attorney–client privilege and/or work product doctrine. Accordingly, Plaintiff shall provide a supplemental privilege log to the Court on or before August 6, 2008. Signed by Magistrate Judge Alan Kay on 7/30/08. (lcak1) (Entered: 07/30/2008) |
| 07/30/2008 | 212 | RESPONSE re 203 Appeal of Magistrate Judge Decision to District Court *[JULY 1, 2008, ORDER]* filed by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Driscoll, Richard) (Entered: 07/30/2008) |
| 07/30/2008 | 213 | Memorandum in opposition to re 211 MOTION to Stay *Certain Discovery Pending Final Adjudication of Petition for Writ of Mandamus* filed by JUDICIAL WATCH, INC., THOMAS J. FITTON, CHRISTOPHER FARRELL, PAUL ORFANEDES. (Haller Simonyi, Juli) (Entered: 07/30/2008) |
| 07/31/2008 | | MINUTE ORDER (paperless) denying without prejudice Plaintiff's 209 Motion to Include Seal Provision in Protective Order. As this Court has previously reminded Plaintiff, the standard for sealing documents in this Circuit is quite rigorous, and Plaintiff's Motion fails to address the relevant factors specified in United States v. Hubbard, 650 F.2d 293 (D.C. Cir. 1980). In particular, Plaintiff has not explained why documents recently unsealed by another court should be placed under seal by this Court. Accordingly, the Court cannot grant Plaintiff's Motion at this time, but shall grant Plaintiff leave to refile his Motion, provided that he meets the rigorous standard for sealing documents set forth in Hubbard. Signed by Judge Colleen Kollar–Kotelly on July 31, 2008. (lcckk2) (Entered: 07/31/2008) |
| 07/31/2008 | 214 | Memorandum in opposition to re 208 MOTION for Sanctions *Plaintiffs Opposition to Defendants Motion to Remove Limitations Imposed by the May 9, 2008, Minute Order on the Deposition of Stephanie DeLuca and Cross Motion for Sanctions* filed by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Driscoll, Richard) (Entered: 07/31/2008) |
| 08/04/2008 | | Set/Reset Deadlines : Plaintiff's supplemental privilege log to be submitted to the Court by 8/6/08. (kk) (Entered: 08/04/2008) |
| 08/06/2008 | 215 | Appeal of Magistrate Judge Decision to District Court by LARRY KLAYMAN (Attachments: # 1 privilege log)(Klayman, Larry) (Entered: 08/06/2008) |
| 08/07/2008 | | MINUTE ORDER (paperless) DENYING Plaintiff's 211 Motion to Stay Certain Discovery Pending Final Adjudication of Petition for Writ of Mandamus. On July 24, 2008, Plaintiff filed a Petition for a Writ of Mandamus with the D.C. Circuit seeking to prevent the production of certain documents and depositions that this Court has ordered occur in discovery in this matter. The D.C. Circuit denied Plaintiff's request for a Writ of Mandamus on July 25, 2008. Nevertheless, Plaintiff moves to stay certain discovery in this action so that he can seek en banc review of his Petition for Writ of Mandamus as well as review by the Supreme Court. Plaintiff has made no effort whatsoever to address the rigorous four–part standard for seeking a stay pending appeal, see Cuomo v. U.S. Nuclear Regulatory Commn, 772 F.2d 972, 974 (D.C. Cir. 1985), and has offered the Court no basis on which to conclude that such an extraordinary remedy is warranted. Most significantly, Plaintiff has demonstrated no likelihood that he will succeed on the merits of his appeal, in light of the fact that a panel of the D.C. Circuit has already denied his Petition for Writ of Mandamus. Accordingly, Plaintiff's 211 Motion to Stay Certain Discovery is DENIED. Signed by Judge Colleen Kollar–Kotelly on August 7, 2008. (lcckk2) (Entered: 08/07/2008) |

| 08/07/2008 | | MINUTE ORDER (paperless) OVERRULING Plaintiff's 215 Objections to Magistrate Judge Alan Kays Minute Order of August 4, 2008, which in fact appears to challenge Magistrate Judge Kays Minute Order of July 30, 2008. On July 9, 2008, Magistrate Judge Kay issued an Order 200 , inter alia, setting a schedule for the completion of discovery in this matter and providing Plaintiff with specific instructions as to the production of a privilege log for documents responsive to the subpoena ducus tecum issued to David Durbin in this matter. On July 30, 2008, Magistrate Judge Kay issued a Minute Order determining that Plaintiff's privilege log does not comply with the July 9, 2008 Order because it does not explain why Plaintiff believes each document is protected by the attorney–client privilege and/or work product doctrine. The Court agrees with Magistrate Judge Kay's Order that Plaintiff is required to produce information sufficient to allow the Court to determine whether the documents at issue are, in fact, privileged. Defendants' privilege log is not at issue in Magistrate Judge Kay's July 9 or July 30, 2008 Orders. Accordingly, Plaintiff's 215 Objections are OVERRULED and Magistrate Judge Kay's July 30 and August 4, 2008 Minute Orders are AFFIRMED in their entireties. Signed by Judge Colleen Kollar–Kotelly on August 7, 2008. (lcckk2) (Entered: 08/07/2008) |
| 08/07/2008 | | MINUTE ORDER. Earlier today, Judge Kollar–Kotelly overruled Plaintiff's objection with respect to this Court's July 30, 2008 order that he produce a supplemental privilege log by August 6, 2008. In light of her ruling, the Court now sets August 11, 2008 as the deadline by which Plaintiff must produce his supplemental privilege log. Signed by Magistrate Judge Alan Kay on 8/7/08. (lcak1) (Entered: 08/07/2008) |
| 08/07/2008 | 216 | ERRATA by LARRY KLAYMAN. (Attachments: # 1 Plaintiff Privilege Log)(Klayman, Larry) (Entered: 08/07/2008) |
| 08/11/2008 | 217 | MOTION to Reassign Case *To Magistrate Judge Facciola On Discovery and Related Issues* by LARRY KLAYMAN (Klayman, Larry) (Entered: 08/11/2008) |
| 08/12/2008 | 218 | MOTION relief for violation of Court's Discovery Order by JUDICIAL WATCH, INC., THOMAS J. FITTON, CHRISTOPHER FARRELL, PAUL ORFANEDES (Attachments: # 1 Exhibit One, # 2 Exhibit Two, # 3 Exhibit Three, # 4 Exhibit Four, # 5 Text of Proposed Order)(Haller Simonyi, Juli) (Entered: 08/12/2008) |
| 08/12/2008 | 219 | MOTION to Continue *Deposition of Larry Klayman, Susan Prytherich and Kathy Raffa* by LARRY KLAYMAN (Klayman, Larry) (Entered: 08/12/2008) |
| 08/12/2008 | 220 | Memorandum in opposition to re 219 MOTION to Continue *Deposition of Larry Klayman, Susan Prytherich and Kathy Raffa* filed by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Driscoll, Richard) (Entered: 08/12/2008) |
| 08/13/2008 | 221 | REPLY to opposition to motion re 219 MOTION to Continue *Deposition of Larry Klayman, Susan Prytherich and Kathy Raffa Plaintiff's Reply to Defendants' Opposition to Motion for Continuance* filed by LARRY KLAYMAN. (Klayman, Larry) (Entered: 08/13/2008) |
| 08/13/2008 | 222 | ERRATA by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON 220 Memorandum in Opposition, filed by PAUL ORFANEDES, THOMAS J. FITTON, JUDICIAL WATCH, INC., CHRISTOPHER FARRELL. (Driscoll, Richard) (Entered: 08/13/2008) |
| 08/13/2008 | | MINUTE ORDER granting 219 Plaintiff's Motion to Reset Deposition of Larry Klayman and Susan Prytherich and Kathy Raffa. Due to Plaintiff's absence from the country, the Court has no choice but to allow these depositions to be rescheduled. However, the Court will hold Plaintiff to his representation that these depositions can be completed before the close of discovery on August 29, 2008. The parties shall jointly contact Chambers on August 19, 2008 at 3:00 pm to reschedule these depositions. Signed by Magistrate Judge Alan Kay on 8/13/08. (lcak1) (Entered: 08/13/2008) |
| 08/13/2008 | 223 | Emergency MOTION for Order *to Modify Minute Order* by JUDICIAL WATCH, INC., THOMAS J. FITTON, CHRISTOPHER FARRELL, PAUL ORFANEDES (Attachments: # 1 Text of Proposed Order)(Haller Simonyi, Juli) (Entered: 08/13/2008) |

| 08/14/2008 | | MINUTE ORDER granting <u>223</u> Defendants' Emergent Motion to Modify Court's Minute August 13, 2008 Minute Order. Because the parties will be in the courthouse on Monday morning for the deposition of Thomas Fitton, the Court will meet with the parties at 9:00 am in Courtroom 7 to reschedule the depositions of Ms. Prytherch, Ms. Raffa, and Mr. Klayman. Signed by Magistrate Judge Alan Kay on 8/14/08. (lcak1) (Entered: 08/14/2008) |
|---|---|---|
| 08/18/2008 | | MINUTE ORDER resetting the depositions of Mr. Klayman and Ms. Prytherch for August 27, 2008. Plaintiff is directed to produce his supplemental privilege log no later than August 26, 2008. Signed by Magistrate Judge Alan Kay on 08/18/2008. (lcak1) (Entered: 08/18/2008) |
| 08/18/2008 | | MINUTE ORDER setting the deposition of Louise Benson for August 29, 2008. Signed by Magistrate Judge Alan Kay on 08/18/08. (lcak1) (Entered: 08/18/2008) |
| 08/18/2008 | | Minute Entry for Scheduling Conference regarding the taking of depositions held before Magistrate Judge Alan Kay on 8/18/08 : Plaintiff's request to move his deposition to 8/27/08, heard and granted. The Benson deposition is to go forward on 8/29/08. (Court Reporter: Pro−Typists, Inc.; Ctrm. 7) (kk) (Entered: 08/20/2008) |
| 08/25/2008 | <u>224</u> | MOTION for Reconsideration *to Stay Discovery Pending Exhaustion of Appeals Concerning Petition for Writ of Mandamus Before U.S. Court of Appeals for the District of Columbia Circuit and Supreme Court if Necessary* by LARRY KLAYMAN (Attachments: # <u>1</u> Attachment 1, # <u>2</u> Attachment 2)(Klayman, Larry) (Entered: 08/25/2008) |
| 08/25/2008 | <u>225</u> | NOTICE *Praecipe* by LARRY KLAYMAN (Klayman, Larry) (Entered: 08/25/2008) |
| 08/25/2008 | <u>226</u> | MOTION for Order *to Rule Terminated Deposition of Larry Klayman Based on Local Rules and Equity* by LARRY KLAYMAN (Klayman, Larry) (Entered: 08/25/2008) |
| 08/25/2008 | <u>227</u> | ORDER denying <u>217</u> Plaintiff's Motion to Reassign Case to Magistrate Judge John M. Facciola on Discovery and Related Issues. This case remains referred to Magistrate Judge Alan Kay for disposition of all pending and future discovery−related motions. Signed by Judge Colleen Kollar−Kotelly on August 25, 2008. (lcckk2) (Entered: 08/25/2008) |
| 08/26/2008 | | MINUTE ORDER (paperless). DENYING Plaintiff's <u>224</u> Motion for Reconsideration to Stay Discovery Pending Exhaustion of Appeals Concerning Petition Writ of Mandamus. As this Court noted in its August 7, 2008 Minute Order, on July 24, 2008, Plaintiff filed a Petition for a Writ of Mandamus with the D.C. Circuit, which the D.C. Circuit denied the next day. Thereafter, Plaintiff moved to stay certain discovery in this action so that he could seek en banc review of his Petition for Writ of Mandamus as well as review by the Supreme Court, and the Court denied his Motion by Minute Order dated August 7, 2008. Plaintiff has now moved for reconsideration of that Minute Order, suggesting that a recent discovery ruling by Magistrate Judge Alan Kay somehow strengthens his case for a stay pending appeal. Plaintiff, however, has addressed neither the rigorous standard for a motion for reconsideration under Rule 60(b), see Ackerman v. United States, 340 U.S. 193, 199 (1950), nor the stringent four−part standard in this Circuit for seeking a stay pending appeal, see Cuomo v. U.S. Nuclear Regulatory Comm'n, 772 F.2d 972, 974 (D.C. Cir. 1985). Plaintiff's dissatisfaction with Magistrate Judge Kay's ruling does not constitute the "extraordinary circumstances" warranting reconsideration, and Plaintiff again has demonstrated no likelihood that he will succeed on the merits of his appeal. Accordingly, Plaintiff's <u>224</u> Motion for Reconsideration is DENIED. Signed by Judge Colleen Kollar−Kotelly on August 26, 2008. (lcckk2) (Entered: 08/26/2008) |
| 08/26/2008 | <u>228</u> | Memorandum in opposition to re <u>226</u> MOTION for Order *to Rule Terminated Deposition of Larry Klayman Based on Local Rules and Equity* filed by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Attachments: # <u>1</u> Exhibit 1)(Driscoll, Richard) (Entered: 08/26/2008) |
| 08/26/2008 | <u>229</u> | REPLY to opposition to motion re <u>226</u> MOTION for Order *to Rule Terminated Deposition of Larry Klayman Based on Local Rules and Equity* filed by LARRY KLAYMAN. (Klayman, Larry) (Entered: 08/26/2008) |

| 08/26/2008 | 230 | SURREPLY to re 229 Reply to opposition to Motion *TO RULE TERMINATED THE DEPOSITION OF LARRY KLAYMAN* filed by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Driscoll, Richard) (Entered: 08/26/2008) |
|---|---|---|
| 08/26/2008 | 231 | ORDER OVERRULING Plaintiff's 203 Objections to Magistrate Judge Alan Kay's July 1, 2008 Memorandum Order and AFFIRMING Magistrate Judge Kay's 199 July 1, 2008 Memorandum Order in its entirety. Signed by Judge Colleen Kollar–Kotelly on August 26, 2008. (lcckk2) (Entered: 08/26/2008) |
| 08/26/2008 | 232 | RESPONSE re 230 *Plaintiff's Opposition to Defendant's Surreply to the Motion to Rule Terminated Depositition of Larry Klayman* filed by LARRY KLAYMAN. (Klayman, Larry) Modified link on 8/27/2008 (nmw, ). (Entered: 08/26/2008) |
| 08/26/2008 | 233 | ORDER denying 226 Plaintiff's Motion to Rule Terminated Deposition of Larry Klayman Based on Local Rules and Equity. Signed by Magistrate Judge Alan Kay on 08/26/2008. (lcak1) (Entered: 08/26/2008) |
| 08/28/2008 | 234 | MOTION for Extension of Time to *Supplement his Privilege Log* by LARRY KLAYMAN (Klayman, Larry) (Entered: 08/28/2008) |
| 08/29/2008 | 235 | Memorandum in opposition to re 234 MOTION for Extension of Time to *Supplement his Privilege Log* filed by JUDICIAL WATCH, INC., THOMAS J. FITTON, CHRISTOPHER FARRELL, PAUL ORFANEDES. (Attachments: # 1 Text of Proposed Order)(Haller Simonyi, Juli) (Entered: 08/29/2008) |
| 09/09/2008 | | MINUTE ORDER granting 234 Plaintiff's Motion for Extension of Time to file his Supplemental Privilege Log. Plaintiff's Privilege Log is now due September 12, 2008. No further extensions with respect to the privilege log will be granted. Defendants' Requests for Sanctions will be considered upon the completion of discovery. Signed by Magistrate Judge Alan Kay on 09/09/2008, nunc pro tunc, to 08/26/08. (lcak1) (Entered: 09/09/2008) |
| 09/09/2008 | | MINUTE ORDER denying 208 Plaintiff's Motion for Sanctions. Plaintiff has failed to make any factual or legal showing that warrants an award of sanctions. Signed by Magistrate Judge Alan Kay on 09/09/2008. (lcak1) (Entered: 09/09/2008) |
| 09/10/2008 | | Set/Reset Deadlines : Plaintiff's Supplemental Privilege Log due by 9/12/08. (kk) (Entered: 09/10/2008) |
| 09/15/2008 | 236 | MOTION for Leave to Appear By Telephone by LARRY KLAYMAN (Attachments: # 1 Attachment)(Klayman, Larry) (Entered: 09/15/2008) |
| 09/15/2008 | | MINUTE ORDER (paperless) denying Plaintiff's 236 Motion to Appear by Telephone. The Court has discretion over Plaintiff's request. The discovery period in this case has ended, although a few matters remain outstanding that require the Plaintiff's participation. At the September 16, 2008 Status Conference, the Court will be discussing how the litigation will be proceeding, including setting various dates. A telephone conference call does not lend itself easily to such a discussion, as the issues that need to be addressed require the participation of all counsel and parties. Further, the Court notes that it set the September 16, 2008 status date at the June 19, 2008 Status Conference in this matter (i.e., approximately three months ago). Plaintiff waited until one business day before the scheduled conference to move for leave to appear telephonically and, other than noting that his assistant had been absent for the preceding week, has provided no justification for allowing the relief he seeks. Accordingly, Plaintiff must appear in person at the Status Conference in this matter to be held at 2:00 p.m. on Tuesday, September 16, 2008. Signed by Judge Colleen Kollar–Kotelly on September 15, 2008. (lcckk2) (Entered: 09/15/2008) |
| 09/15/2008 | 237 | MOTION for Extension of Time to *File Privilege Log* by LARRY KLAYMAN (Klayman, Larry) (Entered: 09/15/2008) |
| 09/15/2008 | 238 | MOTION to Quash *NOTICE OF DEPOSITION TO KATHY RAFFA AND SUBPOENA DUCES TECUM TO RAFFA & ASSOCIATES, INC.* by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G)(Driscoll, Richard) (Entered: 09/15/2008) |

| 09/16/2008 | | MINUTE ORDER (paperless). The Court held a Status Conference in this case at 2:00 p.m. on Tuesday, September 16, 2008, at which the following was set forth: (1) no later than 10:00 a.m. on September 17, 2008, Plaintiff shall file his Opposition to Defendant's Motion to Quash the subpoena duces tecum issued to Raffa & Associates and notice of deposition of Kathy Raffa; (2) no later than 5:00 p.m. on September 18, 2008, Defendant shall file its Reply in support of its Motion to Quash; (3) Plaintiff shall file his motion regarding his intent to depose Susan Prytherch on September 16, 2008; (4) Defendant shall file its Opposition to Plaintiff's motion regarding Ms. Prytherch's deposition no later than 5:00 p.m. on September 18, 2008. No extensions of these deadlines will be granted. Magistrate Judge Kay shall be addressing both of these motions. Signed by Judge Colleen Kollar–Kotelly on September 16, 2008. (lcckk2) (Entered: 09/16/2008) |
|---|---|---|
| 09/16/2008 | 239 | SCHEDULING AND PROCEDURES ORDER. As set forth during the Status Conference on Tuesday, September 16, 2008, the parties shall adhere to the following schedule for dispositive motions: (1) Cross–dispositive motions shall be filed no later than October 31, 2008; (2) Oppositions shall be filed no later than December 5, 2008; and (3) Replies shall be filed no later than December 22, 2008. Further, the parties are reminded that they must fully comply with Local Civil Rule 7(h). Signed by Judge Colleen Kollar–Kotelly on September 16, 2008. (lcckk2) (Entered: 09/16/2008) |
| 09/16/2008 | | MINUTE ORDER granting 237 Plaintiff's Motion for Extension of Time to File Privilege Log. Plaintiff must file his Supplemental Privilege Log by 5:00pm on Thursday, September 18, 2008. Should Plaintiff fail to timely file a Supplemental Privilege Log he will have waived all privilege claims and the Court will turn over copies of all documents under review to Defendants. No late filing is permitted. No extensions will be considered. Signed by Magistrate Judge Alan Kay on 09/16/08. (lcak1) (Entered: 09/16/2008) |
| 09/16/2008 | | Set/Reset Deadlines: defendant's response to the Motion with the intent to depose Susan Prytherch due by 9/18/2008. Plaintiff's Motion with the intent to depose Susan Prytherch due by 9/16/2008. Plaintiff Response to Motion to Quash due by 9/17/2008; defendant's Reply to the Motion to Quash due by 9/18/2008. (clv, ) (Entered: 09/16/2008) |
| 09/16/2008 | | Set/Reset Deadlines: Cross dispositive Motions due by 10/31/2008. Response to Cross Motions due by 12/5/2008. Reply to Cross Motions due by 12/22/2008. (clv, ) (Entered: 09/16/2008) |
| 09/16/2008 | 240 | Memorandum in opposition to re 219 MOTION to Continue *Deposition of Larry Klayman, Susan Prytherich and Kathy Raffa to Quash Deposition Notice of Continuing Deposition of Susan Prytherch of Judicial Watch* filed by LARRY KLAYMAN. (Attachments: # 1 Attachment)(Klayman, Larry) (Entered: 09/16/2008) |
| 09/16/2008 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Status Conference held on 9/16/2008. Response to Motion to Quash due 9/16/08. Reply due 9/17/08. Raffa response due 9/17/08; reply due 9/18/08. (Court Reporter Lisa Hand) (gdf (Entered: 09/22/2008) |
| 09/17/2008 | 241 | MOTION to Compel by LARRY KLAYMAN (Attachments: # 1 Attachment 1, # 2 Attachment 2)(Klayman, Larry) . (Entered: 09/17/2008) |
| 09/17/2008 | 242 | Memorandum in opposition to re 238 MOTION to Quash *NOTICE OF DEPOSITION TO KATHY RAFFA AND SUBPOENA DUCES TECUM TO RAFFA & ASSOCIATES, INC.* filed by LARRY KLAYMAN. (Attachments: # 1 Attachment 1, # 2 Attachment 2)(Klayman, Larry) (Entered: 09/17/2008) |
| 09/18/2008 | 243 | REPLY to opposition to 238 Motion to Quash filed by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Attachments: # 1 Exhibit H)(Driscoll, Richard) . (Entered: 09/18/2008) |
| 09/18/2008 | 244 | Memorandum in opposition to re 241 MOTION to Compel filed by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Driscoll, Richard) Modified on 9/19/2008 (jf, ). (Entered: 09/18/2008) |
| 09/18/2008 | 245 | RESPONSE re 240 Memorandum in Opposition, *to Plaintiff's Filing re: Prytherch* filed by JUDICIAL WATCH, INC., THOMAS J. FITTON, CHRISTOPHER FARRELL, PAUL ORFANEDES. (Attachments: # 1 Exhibit 1a, # 2 Exhibit 1b, # 3 |

| | | |
|---|---|---|
| | | Exhibit 2)(Haller Simonyi, Juli) (Entered: 09/18/2008) |
| 09/19/2008 | 246 | MOTION for Leave to File *Surreply Concernig Previously Noticed Depositions of Susan Prytherch of Judicial Watch and Kathy Raffa of Raffa and Associates and Requests to Complete same and Reply to Cross Motion to Depose these Persons* by LARRY KLAYMAN (Attachments: # 1 e-mail)(Klayman, Larry) (Entered: 09/19/2008) |
| 09/19/2008 | 247 | Memorandum in opposition to 241 MOTION to Compel < filed by RAFFA & ASSOCIATES, INC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(tg, ) (Entered: 09/19/2008) |
| 09/19/2008 | 248 | REPLY to opposition to motion re 241 MOTION to Compel *and Opposition to Defendant's Motion to Quash* filed by LARRY KLAYMAN. (Klayman, Larry) (Entered: 09/19/2008) |
| 09/19/2008 | | MINUTE ORDER denying 246 Plaintiff's Motion for Leave to File Surreply. The Court has been adequately briefed on the pending motions regarding the Raffa and Prytherch Depositions. Signed by Magistrate Judge Alan Kay on 09/19/2008. (lcak1) (Entered: 09/19/2008) |
| 09/23/2008 | 249 | ORDER granting 238 Defendants' Motion to Quash and denying 241 Plaintiff's Motion to Compel. Signed by Magistrate Judge Alan Kay on 09/23/2008. (lcak1) (Entered: 09/23/2008) |
| 09/23/2008 | 250 | ORDER denying 240 Plaintiff's Motion to Compel, initially styled by Plaintiff as a Memorandum in Opposition. Signed by Magistrate Judge Alan Kay on 09/23/08. (lcak1) (Entered: 09/23/2008) |
| 09/26/2008 | 251 | WITHDRAWN PURSUANT TO NOTICE FILED 10/7/2008..... MOTION for Protective Order *MODIFICATION* by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Driscoll, Richard) Modified on 10/8/2008 (nmw, ). (Entered: 09/26/2008) |
| 09/30/2008 | 252 | ORDER on Plaintiff's privilege claims regarding documents responsive to the subpoena duces tecum of David Durbin. Signed by Magistrate Judge Alan Kay on 09/30/2008. (lcak1) (Entered: 09/30/2008) |
| 10/07/2008 | 253 | NOTICE *WITHDRAWING MOTION TO MODIFY PROTECTIVE ORDER* by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON re 251 MOTION for Protective Order *MODIFICATION* (Attachments: # 1 Exhibit A)(Driscoll, Richard) (Entered: 10/07/2008) |
| 10/08/2008 | 254 | Appeal of Magistrate Judge Decision to District Court by LARRY KLAYMAN re 249 Order on Motion to Quash (Attachments: # 1 Attachment)(Klayman, Larry) (Entered: 10/08/2008) |
| 10/08/2008 | 255 | Appeal of Magistrate Judge Decision to District Court by LARRY KLAYMAN re 250 Order (Klayman, Larry) (Entered: 10/08/2008) |
| 10/10/2008 | 256 | RESPONSE re 254 255 *to Plaintiff's Objections to Magistrate's Memorandum Orders* filed by RAFFA & ASSOCIATES, INC.. (Lombardo, Mary) Modified on 10/14/2008 (nmw, ). (Entered: 10/10/2008) |
| 10/21/2008 | 257 | Joint MOTION for Extension of Time to *FILE DISPOSITIVE MOTIONS* by LARRY KLAYMAN, CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON (Attachments: # 1 Text of Proposed Order)(Driscoll, Richard) (Entered: 10/21/2008) |
| 10/21/2008 | 258 | RESPONSE re 254 Appeal of Magistrate Judge Decision to District Court *(SEPTEMBER 23, 2008, ORDER)* filed by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Driscoll, Richard) (Entered: 10/21/2008) |
| 10/21/2008 | 259 | REPLY re 254 Appeal of Magistrate Judge Decision to District Court *(SEPTEMBER 23, 2008, ORDER) [CORRECTED]* filed by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Driscoll, Richard) (Entered: 10/21/2008) |

| 10/22/2008 | | MINUTE ORDER granting 257 Joint Motion to Reset Dispositive Motions Deadlines. Accordingly, the schedule of deadlines for dispositive motions shall be as follows: Cross–Dispositive Motions due November 21, 2008; Opposition Memoranda due December 22, 2008; reply Memoranda due January 12, 2009. NO FURTHER EXTENSIONS. Signed by Judge Colleen Kollar–Kotelly on October 22, 2008. (SM) (Entered: 10/22/2008) |
| 10/22/2008 | 260 | RESPONSE re 255 Appeal of Magistrate Judge Decision to District Court filed by JUDICIAL WATCH, INC., THOMAS J. FITTON, CHRISTOPHER FARRELL, PAUL ORFANEDES. (Haller Simonyi, Juli) (Entered: 10/22/2008) |
| 10/23/2008 | | Set/Reset Deadlines: Cross–Dispositive Motions due by 11/21/2008. Response to Dispositive Motions due by 12/22/2008. Reply to Dispositive Motions due by 1/12/2009. (gdf) (Entered: 10/23/2008) |
| 11/06/2008 | 261 | ORDER. Plaintiff's 254 Objections to Magistrate Judge Alan Kay's September 23, 2008 Memorandum Order are OVERRULED. Magistrate Judge Kay's 249 September 23, 2008 Memorandum Order is AFFIRMED in its entirety. Signed by Judge Colleen Kollar–Kotelly on November 6, 2008. (lcckk2) (Entered: 11/06/2008) |
| 11/06/2008 | 262 | ORDER. Plaintiff's 255 Objections to Magistrate Judge Alan Kay's September 23, 2008 Memorandum Order are OVERRULED. Magistrate Judge Kay's 250 September 23, 2008 Memorandum Order is AFFIRMED in its entirety. Signed by Judge Colleen Kollar–Kotelly on November 6, 2008. (lcckk2) (Entered: 11/06/2008) |
| 11/19/2008 | 263 | Second MOTION for Extension of Time to *FILE DISPOSITIVE MOTIONS* by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON (Driscoll, Richard) (Entered: 11/19/2008) |
| 11/19/2008 | | MINUTE ORDER (paperless) granting–in–part and denying–in–part Defendants' Second Motion 263 for Extension of Time to File Dispositive Motions. The Court notes that Defendants' Motion was filed on November 19, 2008, only two business days before the November 21, 2008 deadline it is seeking to extend. Defendants' Motion therefore fails to comply with this Court's Schedules and Procedures Order 58 , which requires that "Motions for extension of time shall be filed at least four business days prior to the deadline the motion is seeking to extend." See Docket No. 58 at 2. The Motion indicates that the request for additional time is due to Defense counsel's workload concerns, problems which Defendants should have been aware of well before today. Furthermore, Defendants' Motion ignores the Court's previous admonishment, explicitly set forth in the Minute Order granting Defendants' first Motion 257 for Extension of Time to File Dispositive Motions, that "NO FURTHER EXTENSIONS" would be granted. Min. Order 10/22/08. The Court therefore grants Defendants additional time in which to file their dispositive motion, but only up to and including November 25, 2008. Accordingly, Plaintiff's Opposition is due on or before December 24, 2008, and Defendants' Reply is due on or before January 14, 2009. The Court advises the parties that this schedule is firm. Signed by Judge Colleen Kollar–Kotelly on November 19, 2008. (lcckk2) (Entered: 11/19/2008) |
| 11/20/2008 | 264 | MOTION for Extension of Time to *File Dispositive Motions* by LARRY KLAYMAN (Klayman, Larry) (Entered: 11/20/2008) |
| 11/20/2008 | | AMENDED MINUTE ORDER (paperless) clarifying that the Court's 11/19/08 Minute Order resets the dispositive motions schedule for both parties. Accordingly, both parties' dispositive motions are due on or before November 25, 2008, with oppositions due on or before December 24, 2008, and replies due on or before January 14, 2009. In light of this clarification, the Court shall deny as moot Plaintiff's Motion 264 for an Extension of Time. Signed by Judge Colleen Kollar–Kotelly on November 20, 2008. (lcckk2) (Entered: 11/20/2008) |
| 11/20/2008 | | Set/Reset Deadlines: Both parties' Dispositive Motions due by 11/25/2008. Responses to Dispositive Motions due by 12/24/2008. Replies to Dispositive Motions due by 1/14/2009. (dot, ) (Entered: 11/21/2008) |
| 11/25/2008 | 265 | LARGE ADDITIONAL ATTACHMENT(S) *JOINT STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE* by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON Order on Motion for Extension of Time to,,. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 – Declaration of Susan Prytherch, # 3 Exhibit A to the Prytherch Declaration, # 4 Exhibit B to the |

| | | |
|---|---|---|
| | | Prytherch Declaration, # <u>5</u> Exhibit C to the Prytherch Declaration, # <u>6</u> Exhibit D to the Prytherch Declaration, # <u>7</u> Exhibit E to the Prytherch Declaration, # <u>8</u> Exhibit F–1 to the Prytherch Declaration, # <u>9</u> Exhibit F–2 to the Prytherch Declaration, # <u>10</u> Exhibit F–3 to the Prytherch Declaration, # <u>11</u> Exhibit G to the Prytherch Declaration, # <u>12</u> Exhibit 3 2d Declaration of Susan Prytherch, # <u>13</u> Exhibit Nos. 1 – 11 to the 2d Prytherch Declaration, # <u>14</u> Exhibit 12 to the 2d Prytherch Declaration, # <u>15</u> Exhibit 13–i to the 2d Prytherch Declaration, # <u>16</u> Exhibit 13–ii to the 2d Prytherch Declaration, # <u>17</u> Exhibit 13–iii to the 2d Prytherch Declaration, # <u>18</u> Exhibit 13–iv to the 2d Prytherch Declaration, # <u>19</u> Exhibit 13–v to the 2d Prytherch Declaration, # <u>20</u> Exhibit 13–vi to the 2d Prytherch Declaration, # <u>21</u> Exhibit 13–vii to the 2d Prytherch Declaration, # <u>22</u> Exhibit 13–viii to the 2d Prytherch Declaration, # <u>23</u> Exhibit Nos. 15–16 to the 2d Prytherch Declaration, # <u>24</u> Exhibit Nos 17–19 to the 2d Prytherch Declaration, # <u>25</u> Exhibit 4 – Declaration of Thomas J. Fitton, # <u>26</u> Exhibit 1 to the Fitton Declaration, # <u>27</u> Exhibit 2 to the Fitton Declaration, # <u>28</u> Exhibit 3 to the Fitton Declaration, # <u>29</u> Exhibit 4 to the Fitton Declaration, # <u>30</u> Exhibit 5 to the Fitton Declaration, # <u>31</u> Exhibit 6 to the Fitton Declaration, # <u>32</u> Exhibit 7 to the Fitton Declaration, # <u>33</u> Exhibit 8 to the Fitton Declaration, # <u>34</u> Exhibit 9 to the Fitton Declaration, # <u>35</u> Exhibit 10 to the Fitton Declaration, # <u>36</u> Exhibit 5 – Declaration of Paul J. Orfanedes, # <u>37</u> Exhibit 1 to the Orfanedes Declaration, # <u>38</u> Exhibit 2 to the Orfanedes Declaration, # <u>39</u> Exhibit 3 to the Orfanedes Declaration, # <u>40</u> Exhibit 4 to the Orfanedes Declaration, # <u>41</u> Exhibit 5 to the Orfanedes Declaration, # <u>42</u> Exhibit 6–1 to the Orfanedes Declaration, # <u>43</u> Exhibit 6–2 to the Orfanedes Declaration, # <u>44</u> Exhibit 7 to the Orfanedes Declaration, # <u>45</u> Exhibit 6 – Declaration of Christopher J. Farrell, # <u>46</u> Exhibit 1 to the Farrell Declaration, # <u>47</u> Exhibit 2 to the Farrell Declaration, # <u>48</u> Exhibit 3 to the Farrell Declaration, # <u>49</u> Exhibit 4 to the Farrell Declaration, # <u>50</u> Exhibit 5 to the Farrell Declaration, # <u>51</u> Exhibit 7a – i Plaintiffs Answers to Interrogatories, # <u>52</u> Exhibit 7b – Plaintiffs Supplemental Answers to Interrogatories, # <u>53</u> Exhibit 7c – i Plaintiffs Second Supplemental Answers to Interrogatories, # <u>54</u> Exhibit 7c – ii Plaintiffs Second Supplemental Answers to Interrogatories, # <u>55</u> Exhibit 8 – Declaration of Irene Garcia, # <u>56</u> Exhibit 9 – Memorandum of Understanding, # <u>57</u> Exhibit 10 – Excerpts from Deposition of Larry E. Klayman, # <u>58</u> Exhibit 11 – Excerpts from Deposition of Mark Fitzgibbons, # <u>59</u> Exhibit 12– Agreement among American Target Advertising and Friends of Larry Klayman)(Driscoll, Richard) (Entered: 11/25/2008) |
| 11/25/2008 | <u>266</u> | MOTION for Summary Judgment *[incorporate Document 265, Statement of Material Facts ]* by CHRISTOPHER FARRELL (Haller Simonyi, Juli) (Entered: 11/25/2008) |
| 11/25/2008 | <u>267</u> | MOTION for Summary Judgment by THOMAS J. FITTON (Driscoll, Richard) (Entered: 11/25/2008) |
| 11/25/2008 | <u>268</u> | MOTION for Summary Judgment by PAUL ORFANEDES (Driscoll, Richard) (Entered: 11/25/2008) |
| 11/25/2008 | <u>269</u> | MOTION for Summary Judgment by JUDICIAL WATCH, INC. (Driscoll, Richard) (Entered: 11/25/2008) |
| 11/25/2008 | <u>270</u> | MOTION for Summary Judgment *Incorporating Document 265, Statement of Material Facts,* by JUDICIAL WATCH, INC. (Haller Simonyi, Juli) (Entered: 11/25/2008) |
| 11/25/2008 | <u>271</u> | STRICKEN PURSUANT TO MINUTE ORDER FILED 12/1/2008..... MOTION for Partial Summary Judgment by LARRY KLAYMAN (Attachments: # <u>1</u> Exhibit EXHIBIT 1, # <u>2</u> Exhibit EXHIBIT 2, # <u>3</u> Exhibit EXHIBIT 3, # <u>4</u> Exhibit EXHIBIT 4)(Klayman, Larry) Modified on 12/2/2008 (nmw, ). (Entered: 11/25/2008) |
| 11/25/2008 | <u>272</u> | STRICKEN PURSUANT TO MINUTE ORDER FILED 12/1/2008.....Civil Statement *OF MATERIAL FACTS NOT AT ISSUE IN SUPPORT OF <u>271</u> MOTION FOR PARTIAL SUMMARY JUDGMENT* from LARRY KLAYMAN. (Klayman, Larry) Modified on 11/26/2008 (jf, ). Modified on 12/2/2008 (nmw, ). (Entered: 11/25/2008) |
| 12/01/2008 | | MINUTE ORDER (paperless). On November 25, 2008, Plaintiff filed his Motion <u>271</u> for Partial Summary Judgment and Statement <u>272</u> of Material Facts Not at Issue In Support of His Motion for Partial Summary Judgment. Plaintiff's Statement of Material Facts, however, fails to include references to the parts of the record relied on to support the statement, as required by both Local Civil Rule 7(h) and the Court's September 16, 2008 Scheduling and Procedures Order. As the Court specifically advised the Parties, motions for summary judgment must "comply fully with Local |

| | | |
|---|---|---|
| | | Civil Rule 7(h)," and the Court "may strike pleadings not in conformity with these rules." 09/16/08 Order, Docket No. 239 . Accordingly, the Court STRIKES Plaintiff's Motion 271 for Partial Summary Judgment and the related Statement 272 of Material Facts. The Court further requires that Plaintiff shall re–file his Motion for Partial Summary Judgment, with an appropriate revised Statement of Material Facts Not at Issue, by no later than 5 p.m. on Wednesday, December 3, 2008. The revised Statement must include precise citations to the portions of the record upon which Plaintiff relies for each factual statement. Signed by Judge Colleen Kollar–Kotelly on December 1, 2008. (lcckk2) (Entered: 12/01/2008) |
| 12/01/2008 | 273 | ERRATA *REGARDING DECLARATION OF CHRISTOPHER J. FARRELL* by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON 265 Large Additional Attachment(s), Large Additional Attachment(s), Large Additional Attachment(s), Large Additional Attachment(s), Large Additional Attachment(s), Large Additional Attachment(s), Large Additional Attachment(s), Large Additional Attachment(s), Large Additional Attachment(s), Large Additional Attachment(s), Large Additional Attachment(s), Large Additional Attachment(s), Large Additional Attachment(s) filed by PAUL ORFANEDES, THOMAS J. FITTON, JUDICIAL WATCH, INC., CHRISTOPHER FARRELL. (Attachments: # 1 Declaration of Christopher J. Farrell)(Driscoll, Richard) (Entered: 12/01/2008) |
| 12/01/2008 | 274 | ORDER. On November 25, 2008, Defendants Judicial Watch, Inc., Thomas J. Fitton, Christopher Farrell, and Paul Ofanedes filed their respective Motions for Summary Judgment in this case. Plaintiff is representing himself, pro se. Accordingly, the Court advises Plaintiff that he must respond to Defendants' Motions by December 24, 2008. If Plaintiff does not respond, the Court shall consider the Motions for Summary Judgment conceded. The Clerk of the Court shall mail a copy of this Order to Plaintiff at the address reflected on the docket. Signed by Judge Colleen Kollar–Kotelly on December 1, 2008. (lcckk2) (Entered: 12/01/2008) |
| 12/03/2008 | 275 | MOTION for Partial Summary Judgment *and supporting memorandum of points and authorities* by LARRY KLAYMAN (Attachments: # 1 Exhibit exhibit 1, # 2 Exhibit exhibit 2, # 3 Exhibit exhibit 3, # 4 Exhibit Exhibit 4)(Klayman, Larry) (Entered: 12/03/2008) |
| 12/03/2008 | 276 | Civil Statement re 275 *Plaintiff's Statement of Material Facts Not at Issue in Support of Partial Summary Judgment* from plaintiff, larry klayman. (Klayman, Larry) Modified link on 12/4/2008 (nmw, ). (Entered: 12/03/2008) |
| 12/05/2008 | 277 | NOTICE *Praecipe* by LARRY KLAYMAN (Klayman, Larry) (Entered: 12/05/2008) |
| 12/05/2008 | | MINUTE ORDER (paperless). The Court received Plaintiff's 277 Notice, filed on December 5, 2008. Upon review of the docket in this matter, the Court is at a loss to understand why Plaintiff believes the Court's November 19, 2008 Minute Order "admonished him to file his response to Defendant's Motion for Summary Judgment on or before December 24, 2008, but did not so warn Defendants." The November 19, 2008 Minute Order concerns Defendants' motion for an extension of time, and is not directed toward Plaintiff in anyway. See 11/19/08 Min. Order. Although the Minute Order did not explicitly extend the due dates for Plaintiff's dispositive motions, this was merely a clerical oversight that the Court remedied the next day in its November 20, 2008 Amended Minute Order by clarifying that the dispositive motions schedule was reset for both parties. See 11/20/08 Am. Min. Order. If Plaintiff, in his Notice, instead intended to reference the Court's December 1, 2008 274 Order, in which the Court advised Plaintiff that he must respond to Defendants' Motions for Summary Judgment by December 24, 2008, Plaintiff's Notice is even more puzzling. That order was sent pursuant to the D.C. Circuit's cases, Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988) and Neal v. Kelly, 963 F.2d 453 (D.C. Cir. 1992), which require lower courts to notify ALL PLAINTIFFS representing themselves of the consequences of failing to respond to an opposing party's dispositive motion. As Plaintiff is representing himself pro se, the Court was merely carrying out its responsibilities of advising him of Defendants' motions for summary judgment and informing him of the consequences of a failure to respond. Signed by Judge Colleen Kollar–Kotelly on December 5, 2008. (lcckk2) (Entered: 12/05/2008) |

| 12/16/2008 | 278 | MOTION for Extension of Time to File Response/Reply as to 269 MOTION for Summary Judgment by LARRY KLAYMAN (Attachments: # 1 Attachment)(Klayman, Larry) (Entered: 12/16/2008) |
|---|---|---|
| 12/18/2008 | 279 | NOTICE *Praecipe* by LARRY KLAYMAN (Attachments: # 1 Attachment)(Klayman, Larry) (Entered: 12/18/2008) |
| 12/18/2008 | 280 | Memorandum in opposition to re 278 MOTION for Extension of Time to File Response/Reply as to 269 MOTION for Summary Judgment filed by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Driscoll, Richard) (Entered: 12/18/2008) |
| 12/18/2008 | 281 | REPLY to opposition to motion re 278 MOTION for Extension of Time to File Response/Reply as to 269 MOTION for Summary Judgment *Plaintiff's Reply to Defendant's Memorandum in Opposition to Plaintiff's Motion for Extension of Time (278)* filed by LARRY KLAYMAN. (Klayman, Larry) (Entered: 12/18/2008) |
| 12/18/2008 | | MINUTE ORDER (paperless). Upon consideration of Plaintiff's 278 Motion for an Extension of Time, Defendants' 280 Opposition, and Plaintiff's Reply 281 , the Court shall, in its discretion, DENY Plaintiff's request. As Plaintiff in this case, Plaintiff must give priority to prosecuting his own lawsuit. Plaintiff has not shown sufficient reason for the extension of time requested, and this Court has repeatedly counseled the parties that no further extensions to the dispositive motions schedule would be granted without good cause. Signed by Judge Colleen Kollar–Kotelly on December 18, 2008. (lcckk2) (Entered: 12/18/2008) |
| 12/19/2008 | 282 | NOTICE OF WITHDRAWAL OF APPEARANCE as to JUDICIAL WATCH, INC., THOMAS J. FITTON, CHRISTOPHER FARRELL, PAUL ORFANEDES. Attorney Juli Z. Haller Simonyi terminated. (Haller Simonyi, Juli) (Entered: 12/19/2008) |
| 12/22/2008 | 283 | MOTION for Extension of Time to File Response/Reply as to 269 MOTION for Summary Judgment, 267 MOTION for Summary Judgment, 266 MOTION for Summary Judgment *[incorporate Document 265, Statement of Material Facts ]*, 268 MOTION for Summary Judgment *Motion Filed by or on Behalf of Judicial Watch and its Three Directors* by LARRY KLAYMAN (Attachments: # 1 Letter from Doctor)(Klayman, Larry) (Entered: 12/22/2008) |
| 12/23/2008 | | MINUTE ORDER (paperless). On December 16, 2008, Plaintiff filed an opposed Motion 278 for Extension of Time to File his opposition to Defendants' Motions for Summary Judgment, which the Court subsequently denied on December 18, 2008. See 12/18/08 Min. Order. The Court is now in receipt of Plaintiff's most recent filing, Docket No. 283 , which is characterized as a Renewed Motion for an Extension of Time. However, as the Court denied Plaintiff's original request for an extension of time WITH PREJUDICE, the Court shall treat Plaintiff's motion as a motion for reconsideration of an interlocutory order pursuant to Rule 54(b). A Court may, in its discretion, reconsider such an order "as justice requires," but should not do so "without good reason," such as "an error not of reasoning but of apprehension, or where a controlling or significant change in the law or facts [has occurred] since the submission of the issue to the Court.'" Singh v. George Washington Univ., 383 F. Supp. 2d 99, 101 (D.D.C. 2005). Here, Plaintiff has failed to demonstrate sufficient "good reason" for the Court to reconsider its December 18, 2008 Minute Order. Although Plaintiff now submits a doctor's note to the Court, Plaintiff has not demonstrated that he is unable to work. As Defendants demonstrated in their original opposition, Plaintiff has–since the date of his November 6, 2008 accident–continued to perform legal work in several civil actions. Indeed, Plaintiff has filed no less than four separate submissions with this Court regarding his current request for an extension of time, time which could have been devoted to preparing the substantive opposition for which he now seeks an extension. The Court is therefore not persuaded that Plaintiff has shown good reason for reconsideration of its previous minute order denying his request for an extension of time, particularly given that the dispositive motions schedule for both parties has been twice reset and that the Court has repeatedly advised the parties that no further extensions shall be granted. Accordingly, Plaintiff's 283 Motion is DENIED. Signed by Judge Colleen Kollar–Kotelly on December 23, 2008. (lcckk2) (Entered: 12/23/2008) |
| 12/23/2008 | 284 | Memorandum in opposition to re 269 MOTION for Summary Judgment, 267 MOTION for Summary Judgment, 266 MOTION for Summary Judgment |

| | | |
|---|---|---|
| | | *[incorporate Document 265, Statement of Material Facts ]*, 268 MOTION for Summary Judgment *exhibit 1* filed by LARRY KLAYMAN. (Attachments: # 1 Exhibit Exhibit 1–Deposition of Thomas Fitton)(Klayman, Larry) (Entered: 12/23/2008) |
| 12/24/2008 | 285 | REPLY to opposition to motion re 269 MOTION for Summary Judgment, 267 MOTION for Summary Judgment, 270 MOTION for Summary Judgment *Incorporating Document 265, Statement of Material Facts,*, 266 MOTION for Summary Judgment *[incorporate Document 265, Statement of Material Facts ]*, 268 MOTION for Summary Judgment *OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (EXHIBIT "A")* filed by LARRY KLAYMAN. (Attachments: # 1 Exhibit EXHIBIT "A" DEPOSITION OF THOMAS J. FITTON, # 2 Exhibit EXHIBITS 1–5, # 3 Exhibit EXHIBITS 6–12, # 4 Exhibit EXHIBITS 13–20)(Klayman, Larry) (Entered: 12/24/2008) |
| 12/24/2008 | 286 | Memorandum in opposition to re 269 MOTION for Summary Judgment, 267 MOTION for Summary Judgment, 270 MOTION for Summary Judgment *Incorporating Document 265, Statement of Material Facts,*, 266 MOTION for Summary Judgment *[incorporate Document 265, Statement of Material Facts ]*, 268 MOTION for Summary Judgment *PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT* filed by LARRY KLAYMAN. (Attachments: # 1 Exhibit EXHIBIT "A" DEPOSITION OF THOMAS J. FITTON, # 2 Exhibit EXHIBITS 1–5, # 3 Exhibit EXHIBITS 6–12, # 4 Exhibit EXHIBITS 13–20)(Klayman, Larry) (Entered: 12/24/2008) |
| 12/24/2008 | 287 | MOTION for Extension of Time to *FILE MEMORANDUM AND MATERIAL STATEMENT OF FACTS IN DISPOUTE OUT OF TIME HAVING FILED AFFIDAVITS, DEPOSITIONS; AND OTHER CONTROVERTED PROOF TO DEFENDANTS' FIVE SUMMARY JUDGMENT MOTIONS TIMELY ON CHRISTMAS EVE* by LARRY KLAYMAN (Attachments: # 1 Exhibit LAFD INVOICE)(Klayman, Larry) (Entered: 12/24/2008) |
| 12/24/2008 | 288 | AFFIDAVIT *(EXHIBIT "B") SECOND AFFIDAVIT OF LARRY KLAYMAN* by LARRY KLAYMAN. (Attachments: # 1 Exhibit EXHIBIT C, # 2 Exhibit EXHIBIT C, # 3 Exhibit EXHIBIT C, # 4 Exhibit EXHIBIT C, # 5 Exhibit EXHIBIT C, # 6 Exhibit EXHIBIT C, # 7 Exhibit EXHIBIT C)(Klayman, Larry) (Entered: 12/24/2008) |
| 12/24/2008 | 289 | Memorandum in opposition to re 275 MOTION for Partial Summary Judgment *and supporting memorandum of points and authorities* filed by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Driscoll, Richard) (Entered: 12/24/2008) |
| 12/24/2008 | 290 | Civil Statement from DEFENDANTS JUDICIAL WATCH, INC., THOMAS J. FITTON, PAUL J. ORFANEDES AND CHRISTOPHER J. FARRELL IN RESPONSE TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS NOT AT ISSUE AND DEFENDANTS' CONCISE STATEMENT OF GENUINE ISSUES. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Driscoll, Richard) (Entered: 12/24/2008) |
| 12/29/2008 | 291 | STRICKEN PURSUANT TO ORDER FILED 12/30/08.....Memorandum in opposition to re 269 MOTION for Summary Judgment, 267 MOTION for Summary Judgment, 270 MOTION for Summary Judgment *Incorporating Document 265, Statement of Material Facts,*, 266 MOTION for Summary Judgment *[incorporate Document 265, Statement of Material Facts ]*, 268 MOTION for Summary Judgment *PLAINTIFF'S CONSOLIDATED OPPOSITIONS TO DEFENDANTS' FIVE MOTIONS FOR SUMMARY JUDGMENT* filed by LARRY KLAYMAN. (Klayman, Larry) Modified on 12/31/2008 (td, ). (Entered: 12/29/2008) |
| 12/30/2008 | 292 | STRICKEN PURSUANT TO ORDER FILED 12/30/08.....Memorandum in opposition to re 269 MOTION for Summary Judgment, 267 MOTION for Summary Judgment, 270 MOTION for Summary Judgment *Incorporating Document 265, Statement of Material Facts,*, 266 MOTION for Summary Judgment *[incorporate Document 265, Statement of Material Facts ]*, 268 MOTION for Summary Judgment *PLAINTIFF'S RESPONSE TO DEFENDANTS', JW;TJF; PO & CF; STATEMENT OF MATERIAL FACTS TO MOTIONS (5) FOR SUMMARY JUDGMENT* filed by LARRY KLAYMAN. (Attachments: # 1 Statement of Facts Case Law – Meyer v. Holley)(Klayman, Larry) Modified on 12/31/2008 (td, ). (Entered: 12/30/2008) |

| 12/30/2008 | 293 | ORDER. For the reasons set forth in this Order dated December 30, 2008, it is hereby ordered that Plaintiff's 287 motion for an extension of time is DENIED; and it is further ordered that Plaintiff's 291 Opposition and 292 Response to Defendants' Statement of Material Facts are hereby STRICKEN. Signed by Judge Colleen Kollar–Kotelly on December 30, 2008. (lcckk2) (Entered: 12/30/2008) |
|---|---|---|
| 01/05/2009 | 294 | MOTION for Reconsideration re 292 Memorandum in Opposition,, by LARRY KLAYMAN (Attachments: # 1 Dr. Lerner Letter, # 2 e–mail from Counsel for Defendant)(Klayman, Larry) (Entered: 01/05/2009) |
| 01/07/2009 | | MINUTE ORDER (paperless). For the reasons set out in the Court's December 18, 2008 Minute Order, December 23, 2008 Minute Order, and December 30, 2008 293 Order, the Court hereby DENIES 294 Plaintiff's FOURTH request for an extension of time in which to file his oppositions to Defendants' motions for summary judgment. Signed by Judge Colleen Kollar–Kotelly on January 7, 2009.(lcckk2) (Entered: 01/07/2009) |
| 01/14/2009 | 295 | NOTICE *Praecipe* by LARRY KLAYMAN (Klayman, Larry) (Entered: 01/14/2009) |
| 01/14/2009 | 296 | REPLY to opposition to motion re 275 MOTION for Partial Summary Judgment *and supporting memorandum of points and authorities in Opposition to Plaintiff's Motion for Partial Summary Judgment* filed by LARRY KLAYMAN. (Attachments: # 1 Affidavit of Larry Klayman, # 2 Klaymans 2nd Affidavit, # 3 Sandra Cobas Affidavit, # 4 Michael Pendleton Affidavit)(Klayman, Larry) (Entered: 01/14/2009) |
| 01/14/2009 | 297 | REPLY to opposition to motion re 269 MOTION for Summary Judgment, 267 MOTION for Summary Judgment, 270 MOTION for Summary Judgment *Incorporating Document 265, Statement of Material Facts,*, 266 MOTION for Summary Judgment *[incorporate Document 265, Statement of Material Facts ]*, 268 MOTION for Summary Judgment filed by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Driscoll, Richard) (Entered: 01/14/2009) |
| 02/20/2009 | 298 | MOTION for Recusal *and/or Disqualification* by LARRY KLAYMAN (Klayman, Larry) (Entered: 02/20/2009) |
| 03/03/2009 | 299 | Memorandum in opposition to re 298 MOTION for Recusal *and/or Disqualification* filed by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Driscoll, Richard) (Entered: 03/03/2009) |
| 03/11/2009 | 300 | REPLY to opposition to motion re 298 MOTION for Recusal *and/or Disqualification* filed by LARRY KLAYMAN. (Klayman, Larry) (Entered: 03/11/2009) |
| 03/24/2009 | 301 | MEMORANDUM AND OPINION on Defendants' Motion for Sanctions for Plaintiff's Failure to Comply with Court Order. Signed by Magistrate Judge Alan Kay on 3/24/09. (lcak1) (Entered: 03/24/2009) |
| 03/24/2009 | 302 | ORDER granting 218 Defendants' Motion for Sanctions for Plaintiff's Failure to Comply with Court Order. Signed by Magistrate Judge Alan Kay on 3/24/09. (lcak1) (Entered: 03/24/2009) |
| 04/07/2009 | 303 | ENTERED IN ERROR.....Appeal of Magistrate Judge Decision to District Court by LARRY KLAYMAN re 301 Memorandum & Opinion, 302 Order on Motion for Miscellaneous Relief (Attachments: # 1 Exhibit)(Klayman, Larry) Modified on 4/8/2009 (nmw, ). (Entered: 04/07/2009) |
| 04/07/2009 | 304 | OBJECTIONS to 301 Memorandum Opinion and 302 Order by LARRY KLAYMAN. (Attachments: # 1 Exhibit)(nmw, ) Modified on 4/8/2009 (nmw, ). (Entered: 04/08/2009) |
| 04/08/2009 | | NOTICE OF CORRECTED DOCKET ENTRY: Docket Entry 303 Appeal of Magistrate Judge Decision to District Court was entered in error and has been refiled as Docket Entry 304 . (nmw, ) (Entered: 04/08/2009) |
| 04/16/2009 | 305 | RESPONSE re 303 Appeal of Magistrate Judge Decision to District Court , *RESPONSE RE: 304 OBJECTIONS TO MEMORANDUM OPINION AND ORDER OF MAGISTRATE JUDGE AND OPPOSITION TO MOTION FOR RECUSAL AND/OR DISQUALIFICATION* filed by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Driscoll, Richard) |

| | | (Entered: 04/16/2009) |
|---|---|---|
| 04/23/2009 | 306 | MOTION for Extension of Time to File Response/Reply as to 298 MOTION for Recusal *and/or Disqualification* by LARRY KLAYMAN (Klayman, Larry) (Entered: 04/23/2009) |
| 04/27/2009 | 307 | RESPONSE re 306 MOTION for Extension of Time to File Response/Reply as to 298 MOTION for Recusal *and/or Disqualification* filed by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Attachments: # 1 Exhibit A)(Driscoll, Richard) (Entered: 04/27/2009) |
| 04/27/2009 | | MINUTE ORDER (paperless) GRANTING Plaintiff's 306 Motion for an Extension of Time in which to file a reply in support of his Objections to Magistrate Judge Alan Kay's March 24, 2009 Order and accompanying Memorandum Opinion. Accordingly, Plaintiff shall have until and including April 30, 2009 in which to file his Reply. The Court, however, advises that NO FURTHER EXTENSIONS shall be permitted. Counsel are expected to prioritize and manage their responsibilities to ensure that they meet their obligations to this Court. Signed by Judge Colleen Kollar–Kotelly on April 27, 2009. (lcckk2 ) (Entered: 04/27/2009) |
| 04/28/2009 | 308 | REPLY to opposition to motion re 306 MOTION for Extension of Time to File Response/Reply as to 298 MOTION for Recusal *and/or Disqualification Plaintiff's Reply to Defendants' Response to Plaintiff's Motion for Extension of Time* filed by LARRY KLAYMAN. (Klayman, Larry) (Entered: 04/28/2009) |
| 04/30/2009 | 309 | REPLY to opposition to motion re 298 MOTION for Recusal *and/or Disqualification* filed by LARRY KLAYMAN. (Klayman, Larry) (Entered: 04/30/2009) |
| 05/26/2009 | 310 | MOTION for Order *FINDING PLAINTIFF LARRY E. KLAYMAN IN CONTEMPT OF THE DECEMBER 3, 2007, PROTECTIVE ORDER* by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON (Attachments: # 1 Exhibit A)(Driscoll, Richard) (Entered: 05/26/2009) |
| 06/09/2009 | 311 | First MOTION to Stay re 310 MOTION for Order *FINDING PLAINTIFF LARRY E. KLAYMAN IN CONTEMPT OF THE DECEMBER 3, 2007, PROTECTIVE ORDER* by LARRY KLAYMAN (Attachments: # 1 Exhibit 1)(Klayman, Larry) (Entered: 06/09/2009) |
| 06/09/2009 | 312 | Memorandum in opposition to re 310 MOTION for Order *FINDING PLAINTIFF LARRY E. KLAYMAN IN CONTEMPT OF THE DECEMBER 3, 2007, PROTECTIVE ORDER* filed by LARRY KLAYMAN. (See Docket Entry 311 to view document). (nmw, ) (Entered: 06/10/2009) |
| 06/17/2009 | 313 | REPLY to opposition to motion re 311 First MOTION to Stay re 310 MOTION for Order *FINDING PLAINTIFF LARRY E. KLAYMAN IN CONTEMPT OF THE DECEMBER 3, 2007, PROTECTIVE ORDER* filed by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON. (Driscoll, Richard) (Entered: 06/17/2009) |
| 06/25/2009 | 314 | ORDER. Based on the reasoning set forth in an accompanying memorandum opinion, Plaintiff's 298 Motion for Recusal and/or Disqualification is DENIED. Signed by Judge Colleen Kollar–Kotelly on June 25, 2009. (lcckk2 ) (Entered: 06/25/2009) |
| 06/25/2009 | 315 | MEMORANDUM OPINION. Signed by Judge Colleen Kollar–Kotelly on June 25, 2009. (lcckk2 ) (Entered: 06/25/2009) |
| 06/25/2009 | 316 | ORDER. Based on the reasoning set forth in an accompanying memorandum opinion, Plaintiff's 304 Objections to Magistrate Judge Alan Kay's March 24, 2009 Memorandum Opinion and Order are OVERRULED and Magistrate Judge Kay's March 24, 2009 301 Memorandum Opinion and 302 Order are AFFIRMED in their entirety. In addition, Plaintiff's request to disqualify Magistrate Judge Kay pursuant to 28 U.S.C. § 455(a) is DENIED. Signed by Judge Colleen Kollar–Kotelly on June 25, 2009. (lcckk2 ) (Entered: 06/25/2009) |
| 06/25/2009 | 317 | MEMORANDUM OPINION. Signed by Judge Colleen Kollar–Kotelly on June 25, 2009. (lcckk2 ) (Entered: 06/25/2009) |

| 06/25/2009 | 318 | ORDER. Based on the reasoning set forth in an accompanying memorandum opinion, it is, this 25th day of June, 2009, hereby ordered that (1) Plaintiff's 275 Motion for Partial Summary Judgment as to Count Six of the Second Amended Complaint is DENIED; (2) Defendant Farrell's 266 Motion for Summary Judgment as to Counts Four, Seven, and Nine of the Second Amended Complaint is GRANTED; (3) Defendant Fitton's 267 Motion for Summary Judgment as to Counts Four, Seven, and Nine of the Second Amended Complaint is GRANTED; (4) Defendant Orfanedes' 268 Motion for Summary Judgment as to Counts Four, Seven, and Nine of the Second Amended Complaint is GRANTED; (5) Defendant Judicial Watch's 269 Motion for Partial Summary Judgment as to Counts Four, Six, Seven, Eight, and Nine of the Second Amended Complaint is GRANTED IN PART and DENIED IN PART; and (6) Defendant/Counterclaimant Judicial Watch's 270 Motion for Partial Summary Judgment as to Counts One, Two, Three and Ten of the Amended Counterclaim is GRANTED IN PART, HELD IN ABEYANCE IN PART, and DENIED IN PART. It is further ordered that Defendant/Counterclaimant Judical Watch shall submit to the Court, on or before July 17, 2009, a detailed accounting, with supporting documentation, of the amount of unpaid expenses owed by Klayman so that the Court can determine the appropriate amount of actual damages to award. Finally, the Court shall hold a status hearing in this matter on Wednesday, September 16, 2009 at 9:00 A.M. in Courtroom 28A, at which time the Court shall discuss the manner in which to proceed with resolution of this case. The Court encourages the parties to engage in settlement discussions prior to the status hearing and before a pre–trial schedule is set. To that end, the parties may contact the Court to request a referral to the Alternative Dispute Resolution Program. Signed by Judge Colleen Kollar–Kotelly on June 25, 2009. (lcckk2 ) (Entered: 06/25/2009) |
| 06/25/2009 | 319 | MEMORANDUM OPINION. Signed by Judge Colleen Kollar–Kotelly on June 25, 2009. (lcckk2 ) (Entered: 06/25/2009) |
| 06/25/2009 | 320 | NOTICE OF INTERLOCUTORY APPEAL as to 314 Order on Motion for Recusal by LARRY KLAYMAN. Fee Status: No Fee Paid. Parties have been notified. (Attachments: # 1 Attachment)(Klayman, Larry) Modified event title on 6/26/2009 (nmw, ). (Entered: 06/25/2009) |
| 06/26/2009 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 320 Notice of Appeal (jf, ) (Entered: 06/26/2009) |
| 07/02/2009 | | USCA Case Number 09–7068 for 320 Notice of Appeal filed by LARRY KLAYMAN. (jf, ) (Entered: 07/06/2009) |
| 07/17/2009 | 321 | MEMORANDUM re 319 Memorandum & Opinion by JUDICIAL WATCH, INC.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 13i to Exhibit 1, # 3 Exhibit 13ii to Exhibit 1, # 4 Exhibit 13iii to Exhibit 1, # 5 Exhibit 13iv to Exhibit 1, # 6 Exhibit 13v to Exhibit 1, # 7 Exhibit 13vi to Exhibit 1, # 8 Exhibit 13vii to Exhibit 1, # 9 Exhibit 13viii to Exhibit 1, # 10 Exhibit 2)(Driscoll, Richard) (Entered: 07/17/2009) |
| 08/21/2009 | 322 | NOTICE by LARRY KLAYMAN (Klayman, Larry) (Entered: 08/21/2009) |
| 08/31/2009 | | MINUTE ORDER (paperless). By order dated June 25, 2009, the Court, inter alia, granted summary judgment to Defendant Judicial Watch ("JW") on Count One of its Amended Counterclaim, insofar as it relates to Plaintiff's liability for breach of contract based on unpaid expenses, but held in abeyance JW's request for damages on this claim. See 6/25/09 Mem. Op., Docket No. 319 at 71–77. The Court required JW to submit a detailed accounting of the amount of unpaid expenses owed by Plaintiff to permit the Court to determine the appropriate amount of actual damages to award, and deferred consideration of JW's request for prejudgment interest until all liability issues had been resolved. JW timely filed the supplemental documentation, as required. See Docket No. 321 . In doing so, however, JW also re–raised its request for prejudgment interest, providing the Court with additional substantive argument on this point. See id. at 4–9. In light of these substantive arguments raised by JW, the Court shall provide Plaintiff an opportunity to respond to JW's supplemental brief. Although the time for such a response has now passed, the Court, cognizant of the D.C. Circuit's decisions in Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), and Neal v. Kelly, 963 F.2d 453 (D.C. Cir. 1992), shall nonetheless permit Plaintiff, who is representing himself pro se, additional time to respond to the substantive arguments raised in JW's filing relating to its request for prejudgment interest. Accordingly, Plaintiff shall have until and including September 11, 2009, in which to file a response, if any, to JW's 321 |

| | | Supplemental Brief. The Court advises Plaintiff that, if no such response is timely filed, the Court shall treat JW's arguments as conceded. In addition, the Court emphasizes that Plaintiff shall limit his response, if any, only to the issue of prejudgment interest. JW's reply, if any, shall be due on or before September 23, 2009. Finally, in light of this briefing schedule, the hereby CONTINUES the Status in this case, currently scheduled for September 16, 2009, until October 15, 2009 at 10:00 AM in Courtroom 28A. Signed by Judge Colleen Kollar–Kotelly on August 31, 2009. (lcckk2 ) (Entered: 08/31/2009) |
|---|---|---|
| 09/11/2009 | 323 | RESPONSE TO ORDER OF THE COURT *MINUTE ORDER* filed by LARRY KLAYMAN. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Klayman, Larry) (Entered: 09/11/2009) |
| 09/23/2009 | 324 | REPLY 323 *TO PLAINTIFF'S RESPONSE TO THE MINUTE ORDER OF AUGUST 31, 2009* filed by JUDICIAL WATCH, INC.. (Driscoll, Richard) Modified on 9/24/2009 (td, ). (Entered: 09/23/2009) |
| 10/13/2009 | 325 | ORDER. For the reasons set forth herein, Plaintiff's 311 Motion to Stay is DENIED AS MOOT and Defendants' 310 Motion for Contempt Against Plaintiff Larry E. Klayman is DENIED. Signed by Judge Colleen Kollar–Kotelly on October 13, 2009. (lcckk2 ) (Entered: 10/13/2009) |
| 10/14/2009 | 326 | ORDER. Based on the reasoning set forth in an accompanying memorandum opinion, JW's 270 Motion for Summary Judgment, as supplemented, is GRANTED with respect to Count One of the Amended Counterclaim, insofar as it seeks monetary damages (excluding interest) in the amount of $69,358.48 for unpaid expenses owed by Klayman to JW pursuant to paragraph 10 of the Severance Agreement. However, JW's request for reconsideration of the Court's previous decision to defer consideration of prejudgment interest until after liability has been resolved is DENIED. The Court shall revisit the issue of prejudgment interest as may be appropriate once liability has been finally determined. Signed by Judge Colleen Kollar–Kotelly on October 14, 2009. (lcckk2 ) (Entered: 10/14/2009) |
| 10/14/2009 | 327 | MEMORANDUM OPINION. Signed by Judge Colleen Kollar–Kotelly on October 14, 2009. (lcckk2) (Entered: 10/14/2009) |
| 10/14/2009 | 328 | MOTION for Leave to Appear Telephonically *at Status Conference* by LARRY KLAYMAN (Klayman, Larry) (Entered: 10/14/2009) |
| 10/14/2009 | | MINUTE ORDER (paperless). Plaintiff contacted Chambers by telephone today, October 14, 2009, to request that he be permitted to participate in tomorrow's Status Conference via telephone. Plaintiff indicated that he is out of office today, but that he would submit an appropriate motion to the Court via facsmile, which he would file on the docket at his earliest opportunity. The Court has now received Plaintiff's motion. Plaintiff indicates that he is currently in California to attend another court hearing and is therefore unable to attend tomorrow's Status Conference in person. The Court notes that the Status Conference in this case was rescheduled more than six weeks ago, and Plaintiff therefore had sufficient notice of any potential scheduling conflict. Notwithstanding such notice, Plaintiff waited until the day before the Status Conference to request permission to attend by telephone. Plaintiff represents, however, that he has contacted Defense counsel as required under LCvR 7(m) to alert them to his request. Defendants advised Plaintiff that they oppose his request. Nonetheless, because the Court shall be discussing only procedural and scheduling issues at this pre–trial hearing rather than more complex, substantive issues and because both the parties and the Court have an interest in resolving this case in an expedient manner, the Court shall permit Plaintiff to participate in the October 15, 2009 Status Conference via telephone. Signed by Judge Colleen Kollar–Kotelly on October 14, 2009. (lcckk2 ) (Entered: 10/14/2009) |
| 10/15/2009 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Status Conference held on 10/15/2009. Pretrial Conference set for 3/26/2010 09:30 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. (Court Reporter Lisa Hand.) (dot, ) (Entered: 10/15/2009) |
| 10/16/2009 | 329 | Consent MOTION Reschedule Pretrial Conference re Status Conference, Set Hearings by CHRISTOPHER FARRELL, PAUL ORFANEDES, JUDICIAL WATCH, INC., THOMAS J. FITTON (Attachments: # 1 Text of Proposed Order)(Driscoll, Richard) |

| | | |
|---|---|---|
| | | (Entered: 10/16/2009) |
| 10/20/2009 | | MINUTE ORDER granting 329 Consent Motion to Reschedule Pretrial Conference. Accordingly, the Pretrial Conference previously set for March 26, 2010, is hereby be vacated; and it is FURTHER ORDERED that the Pretrial Conference for this case shall be RESCHEDULED for April 30, 2010, at 9:00 a.m. in Courtroom 28A. Signed by Judge Colleen Kollar–Kotelly on October 20, 2009. (SM) (Entered: 10/20/2009) |
| 10/20/2009 | 330 | SCHEDULING ORDER: Motions in Limine due by 3/3/2010. Oppositions due 3/17/2010. Replies due 3/31/2010. Joint Pretrial Statement due by 3/31/2010. Pretrial Conference set for 4/30/2010 09:00 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. Signed by Judge Colleen Kollar–Kotelly on 10/20/09. (dot, ) (Entered: 10/26/2009) |
| 10/20/2009 | | Set/Reset Hearings: Pretrial Conference set for 4/30/2010 09:00 AM in Courtroom 29A before Judge Colleen Kollar–Kotelly. (dot, ) (Entered: 04/29/2010) |
| 03/30/2010 | 331 | Final MOTION for Extension of Time to Complete Discovery by LARRY KLAYMAN (Klayman, Larry) (Entered: 03/30/2010) |
| 03/30/2010 | 332 | Memorandum in opposition to re 331 Final MOTION for Extension of Time to Complete Discovery filed by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Attachments: # 1 Exhibit 1)(Driscoll, Richard) (Entered: 03/30/2010) |
| 03/31/2010 | | MINUTE ORDER (paperless). On March 30, 2010, only one day before the parties' Joint Pretrial Statement was due, Plaintiff filed a 331 Motion for a Two Day Extension of Time to File Joint Pretrial Statement. As Plaintiff is well aware by now, his belated request for an extension of time fails to comply with this Court's directive that motions for extensions are to be filed at least four business days in advance of the deadline the party seeks to extend. Nonetheless, it appears that Plaintiff is wholly unprepared to file the required Joint Pretrial Statement today. Indeed, while Defendant Judicial Watch indicates that it takes no position with respect to Plaintiff's motion for an extension, it filed a response advising the Court that the parties have not yet met or substantively discussed the Joint Pretrial Statement, despite Judicial Watch's efforts, beginning in late January of 2010, to arrange a meeting with Plaintiff. It is therefore readily apparent to the Court that an extension of time is necessary if the parties are to submit a JOINT statement, as is required. The Court therefore reluctantly GRANTS Plaintiff's 331 Motion. The parties' Joint Pretrial Statement shall be due by no later than April 2, 2010. NO FURTHER EXTENSIONS SHALL BE GRANTED. Signed by Judge Colleen Kollar–Kotelly on March 31, 2010. (lcckk2 ) (Entered: 03/31/2010) |
| 03/31/2010 | | Set/Reset Deadlines: Joint Pretrial Statement due by 4/2/2010. (dot, ) (Entered: 03/31/2010) |
| 04/02/2010 | 333 | PRETRIAL STATEMENT by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Attachments: # 1 Defendant's Proposed Verdict Form, # 2 Defendant's Proposed Voir Dire, # 3 Defendant's Objections to the Joint Pretrial Statement)(Driscoll, Richard) (Entered: 04/02/2010) |
| 04/30/2010 | 334 | ORDER. The parties shall complete all modifications to the Joint Pretrial Statement, as ordered herein, and shall exchange the proposed amended sections to the other side for review, by no later than June 1, 2010. The parties shall then review the other side's proposed submissions and shall exchange objections to the proposed submissions, in a good faith effort to minimize any disputes. To the extent the parties are unable to mutually resolve any such disputes, the parties shall file with the Court their objections, along with the ordered amended sections to the Joint Pretrial Statement, as outlined herein, by no later than June 11, 2010. Finally, the Pretrial Conference in this matter is CONTINUED until July 9, 2010 at 9:00 A.M. Signed by Judge Colleen Kollar–Kotelly on April 30, 2010. (lcckk2 ) (Entered: 04/30/2010) |
| 04/30/2010 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Status Conference held on 4/30/2010. Joint Pretrial Statement due by 6/11/2010. Pretrial Conference for 7/9/2010 09:00 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. (Court Reporter Lisa Hand.) (dot, ) (Entered: 05/12/2010) |
| 06/10/2010 | 335 | MOTION for Extension of Time to *file joint pre–trial statement* by LARRY KLAYMAN (Klayman, Larry) (Entered: 06/10/2010) |

| 06/11/2010 | 336 | Memorandum in opposition to re 335 MOTION for Extension of Time to *file joint pre−trial statement* filed by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Driscoll, Richard) (Entered: 06/11/2010) |
| --- | --- | --- |
| 06/11/2010 | 337 | PRETRIAL STATEMENT by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Attachments: # 1 Proposed Joint PreTrial Statement)(Driscoll, Richard).....STRICKEN IN PART PURSUANT TO ORDER FILED 8/10/2011....Klayman's (i) Statement of the Case, (ii) List of Witnesses, (iii) List of Exhibits, and (iv) Deposition Designations are STRICKEN. (znmw). (Modified on 8/11/2011 (znmw, ). (Entered: 06/11/2010) |
| 06/16/2010 | 338 | ORDER. Plaintiff's 335 Motion for Extension of Time is GRANTED nunc pro tunc. Plaintiff shall have until and including June 18, 2010 to prepare his proposed amendments to the Joint Pretrial Statement, as required by the Court's April 30, 2010 Order, and to serve a copy of those proposed amendments on counsel for Defendants. The amended Joint Pretrial Statement, with Plaintiff's amendments and Defendants' objections thereto, shall be filed with the Court on or before July 12, 2010. The Pretrial Conference currently scheduled for July 9, 2010 is CONTINUED until August 6, 2010 at 10:00 A.M. Signed by Judge Colleen Kollar−Kotelly on June 18, 2010. (lcckk2 ) (Entered: 06/16/2010) |
| 06/16/2010 | | Set/Reset Deadlines/Hearings: Pretrial Statement due by 7/12/2010. Pretrial Conference reset for 8/6/2010 10:00 AM in Courtroom 28A before Judge Colleen Kollar−Kotelly. (dot, ) (Entered: 06/25/2010) |
| 06/18/2010 | 339 | MOTION for Extension of Time to *file proposed amendments to Joint Pretrial Statement* by LARRY KLAYMAN (Klayman, Larry) (Entered: 06/18/2010) |
| 06/18/2010 | | MINUTE ORDER (paperless) GRANTING Plaintiff's 339 Motion for Extension based upon Plaintiff's representations that he was involved in a "serious hit and run car accident" on June 12, 2010, in which he sustained physical injuries that leave him presently unable to work at full capacity. Furthermore, the Court notes that Defendant's lead counsel is currently out of office on a vacation, such that the requested extension is unlikely to cause delay in Defendants' review of the proposed amendments to the Joint Pretrial Statement. The Court therefore amends its previous 338 Order to provide that Plaintiff has until 12:00 P.M. NOON EDT on Monday, June 28, 2010, to prepare his proposed amendments to the Joint Pretrial Statement and to serve a copy of those proposed amendments on counsel for Defendants. The Court's 338 Order otherwise remains in effect. Finally, the Court emphasizes that, with this additional extension, Plaintiff will be permitted nearly FOUR additional weeks to serve his proposed amendments on Defendants, which under the Court's April 30, 2010 Order were originally due to be served on Defendants by June 1, 2010. As such, the Court expects Plaintiff to give priority to his obligations in this lawsuit, which has now been pending more than four years, and reiterates that NO FURTHER EXTENSIONS shall be granted. Signed by Judge Colleen Kollar−Kotelly on June 18, 2010. (lcckk2) (Entered: 06/18/2010) |
| 07/12/2010 | 340 | ENTERED IN ERROR..... MOTION to Disqualify Judge by LARRY KLAYMAN (Klayman, Larry) Modified on 7/13/2010 (znmw, ). (Entered: 07/12/2010) |
| 07/12/2010 | 341 | MOTION to Stay by LARRY KLAYMAN (Klayman, Larry) (Entered: 07/12/2010) |
| 07/12/2010 | 342 | MOTION to Strike re 337 by THOMAS J. FITTON, JUDICIAL WATCH, INC. (Attachments: # 1 Text of Proposed Order)(Driscoll, Richard) Modified to add link on 7/13/2010 (znmw, ). (Entered: 07/12/2010) |
| 07/13/2010 | | NOTICE OF ERROR re 340 Motion to Disqualify Judge; emailed to leklayman@yahoo.com, cc'd 6 associated attorneys −− The PDF file you docketed contained errors: 1. Incorrect event used, 2. Entered in Error; Document is also a duplicate of Docket Entry 341 which was filed correctly. (znmw, ) (Entered: 07/13/2010) |
| 07/19/2010 | 343 | NOTICE *OF PRAECIPE* by LARRY KLAYMAN (Klayman, Larry) (Entered: 07/19/2010) |
| 07/26/2010 | 344 | Memorandum in opposition to re 342 MOTION to Strike filed by LARRY KLAYMAN. (Klayman, Larry) (Entered: 07/26/2010) |

| 07/26/2010 | 345 | MOTION to Disqualify Judge by LARRY KLAYMAN (Attachments: # 1 Affidavit Lk Decl, # 2 Exhibit chart)(Klayman, Larry) (Entered: 07/26/2010) |
|---|---|---|
| 07/27/2010 | 346 | Memorandum in opposition to re 341 MOTION to Stay filed by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Attachments: # 1 Text of Proposed Order)(Driscoll, Richard) (Entered: 07/27/2010) |
| 08/03/2010 | | MINUTE ORDER (paperless). Plaintiff filed a 345 Motion to Disqualify this Court pursuant to 28 U.S.C. § 144 on July 26, 2010. In order to ensure that all parties to this action have an opportunity to respond to that motion before the Court rules, the Court advises Defendants that their response to Plaintiff's Motion shall be due under the local and federal rules by no later than August 12, 2010. Plaintiff's reply, if any, shall be due by no later than August 23, 2010. Finally, in order to ensure that Plaintiff's Motion to Disqualify is fully briefed and ruled on prior to the final pretrial conference, the Court shall also CONTINUE the pretrial conference currently scheduled in this case for August 6, 2010 until October 20, 2010, at 10:00 AM. At that time a firm trial date for resolution of this case can be set, as appropriate. Signed by Judge Colleen Kollar–Kotelly on August 3, 2010. (lcckk2 ) (Entered: 08/03/2010) |
| 08/05/2010 | | Set/Reset Deadlines/Hearings: Motions due by 8/12/2010. Replies due by 8/23/2010. Pretrial Conference set for 10/20/2010 at 10:00 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. (tr) (Entered: 08/05/2010) |
| 08/12/2010 | 347 | Memorandum in opposition to re 345 MOTION to Disqualify Judge filed by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Driscoll, Richard) (Entered: 08/12/2010) |
| 08/19/2010 | 348 | Consent MOTION to Continue *PRETRIAL CONFERENCE* by THOMAS J. FITTON, JUDICIAL WATCH, INC. (Attachments: # 1 Text of Proposed Order)(Driscoll, Richard) (Entered: 08/19/2010) |
| 08/23/2010 | 349 | MOTION for Extension of Time to File Response/Reply by LARRY KLAYMAN (Klayman, Larry) (Entered: 08/23/2010) |
| 08/24/2010 | | MINUTE ORDER granting 348 Consent Motion to Continue Pretrial Conference. Accordingly, the Pretrial Conference currently set for October 20, 2010, is hereby RESCHEDULED for October 25, 2010, at 9:30 a.m. in Courtroom 28A. Signed by Judge Colleen Kollar–Kotelly on August 24, 2010. (SM) (Entered: 08/24/2010) |
| 08/24/2010 | | MINUTE ORDER (paperless) GRANTING Plaintiff's 349 Motion for Extension of Time, in which Plaintiff seeks an additional ten days in which to file his reply to the pending 345 28 U.S.C. 144 Motion to Disqualify due to his current medical condition. Plaintiff indicates that Defendants have consented to his request. The Court notes that an additional extension of 10 days from the previous August 23, 2010 deadline, as requested by Plaintiff, results in a new deadline of September 2, 2010 –– not September 4, 2010, as indicated in Plaintiff's Motion (which the Court assumes is an inadvertent typographical error, given that September 4th is a Saturday). Accordingly, pursuant to Plaintiff's request for a ten–day extension, Plaintiff shall have until and including Thursday, September 2, 2010, in which to file his reply. Signed by Judge Colleen Kollar–Kotelly on August 24, 2010. (lcckk2 ) (Entered: 08/24/2010) |
| 08/24/2010 | | Set/Reset Hearings: Pretrial Conference re–set for 10/25/2010 09:30 AM in Courtroom 29A before Judge Colleen Kollar–Kotelly. (dot, ) (Entered: 09/01/2010) |
| 09/02/2010 | 350 | MOTION for Extension of Time to *REPLY* by LARRY KLAYMAN (Klayman, Larry) (Entered: 09/02/2010) |
| 09/03/2010 | | MINUTE ORDER granting Plaintiffs' second 350 Motion for Extension of Time to File Reply in support of their motion to disqualify the trial judge. Accordingly, Plaintiffs shall have until and including September 8, 2010, to file their reply. Set/Reset Deadlines: Reply due by 9/8/2010. Signed by Judge Colleen Kollar–Kotelly on September 3, 2010. (SM) (Entered: 09/03/2010) |
| 09/08/2010 | 351 | MOTION for Extension of Time to by LARRY KLAYMAN (Klayman, Larry) (Entered: 09/08/2010) |

| 09/08/2010 | 352 | Amended MOTION for Extension of Time to by LARRY KLAYMAN (Klayman, Larry) (Entered: 09/08/2010) |
|---|---|---|
| 09/08/2010 | 353 | Memorandum in opposition to re 352 Amended MOTION for Extension of Time to, 351 MOTION for Extension of Time to *File Reply Brief* filed by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Attachments: # 1 Exhibit A – WorldNetDaily Columns, # 2 Exhibit B – Arizona Appearance, # 3 Exhibit C – Kagan Complaint, # 4 Exhibit D – Kagan Article, # 5 Exhibit E – Attorney's Lien, # 6 Exhibit F – Fee Dispute Article)(Driscoll, Richard) (Entered: 09/08/2010) |
| 09/09/2010 | | MINUTE ORDER (paperless). The Court has reviewed both Plaintiff's 351 & 352 Motion for Extension of Time, as amended, as well as Defendants' 353 Opposition thereto. As Defendants correctly point out, Plaintiff's most recent request for an extension of time is part of a well documented pattern of delay by Plaintiff in prosecuting this case. Plaintiff indicates that this latest request for an extension is necessitated both by his present health concerns, which have "hampered his ability to work," and his obligations in other matters. Plaintiff has been repeatedly advised by this Court that concerns regarding his workload are not good cause for excusing his compliance with long–standing obligations in this action –– particularly where the deadlines at issue relate to a Motion filed by Plaintiff himself. Moreover, as Defendants' Opposition ably demonstrates, Plaintiff's health concerns do not appear to have prevented him from continuing to work on several other matters. Nonetheless, the Court finds, in its discretion, that it shall grant Plaintiff this final extension of time so that it may benefit from Plaintiff's reply in both this case as well as in civil action 10–534, in which the identical motion to disqualify is pending. The Court therefore GRANTS, albeit reluctantly, Plaintiff's 351 & 352 Motion for Extension of Time, as amended. Accordingly, Plaintiff shall have until and including September 15, 2010, in which to file a reply to his Motion to Disqualify. Plaintiff is advised that NO FURTHER EXTENSIONS shall be granted. If Plaintiff is unable to prioritize this case and timely file a reply in support of his own pending motion, the Motion to Disqualify shall be resolved on the basis of his motion and Defendants' opposition only. Signed by Judge Colleen Kollar–Kotelly on September 9, 2010. (lcckk2 ) (Entered: 09/09/2010) |
| 09/15/2010 | 354 | REPLY to opposition to motion re 345 MOTION to Disqualify Judge filed by LARRY KLAYMAN. (Klayman, Larry) (Entered: 09/15/2010) |
| 10/13/2010 | 355 | ORDER. Based upon the reasons set forth in the accompanying Memorandum Opinion, Plaintiff Larry Klayman's 345 Motion to Disqualify the Court pursuant to 28 U.S.C. § 144 is DENIED; Plaintiff Larry Klayman's 341 Motion to Stay is DENIED as moot; Defendants' 342 Motion to Strike is HELD IN ABEYANCE and shall be resolved in the context of the final pretrial status conference in this case. Signed by Judge Colleen Kollar–Kotelly on October 13, 2010. (lcckk3) (Entered: 10/13/2010) |
| 10/13/2010 | 356 | MEMORANDUM OPINION. Signed by Judge Colleen Kollar–Kotelly on October 13, 2010. (lcckk3) (Entered: 10/13/2010) |
| 10/13/2010 | | MINUTE ORDER (paperless). Due to a conflict resulting from a trial in an unrelated action now expected to go longer than initially projected, and in light of the Court's overall trial schedule, the Pretrial Conference currently scheduled for October 25, 2010, at 9:30 a.m, see Aug. 24, 2010 Min. Order, is hereby RESCHEDULED for January 13, 2011 at 10:00 a.m. before Judge Colleen Kollar–Kotelly in Courtroom 28A. Signed by Judge Colleen Kollar–Kotelly on October 13, 2010. (lcckk3) (Entered: 10/13/2010) |
| 10/13/2010 | | Set/Reset Hearings: Pretrial Conference reset for 1/13/2011 10:00 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. (dot, ) (Entered: 10/21/2010) |
| 01/10/2011 | 357 | NOTICE *OF PRAECIPE* by LARRY KLAYMAN (Attachments: # 1 Exhibit Kotelly Complaint)(Klayman, Larry) (Entered: 01/10/2011) |
| 01/11/2011 | | MINUTE ORDER (paperless). Based on Plaintiff's 357 Praecipe, filed on January 10, 2011, the Pretrial Conference currently scheduled for January 13, 2011 at 10:00 a.m. is CONTINUED pending further order of the Court. Signed by Judge Colleen Kollar–Kotelly on January 11, 2011. (lcckk3) (Entered: 01/11/2011) |

| 01/14/2011 | 358 | RESPONSE re 357 Notice (Other) filed by CHRISTOPHER FARRELL, THOMAS J. FITTON, JUDICIAL WATCH, INC., PAUL ORFANEDES. (Driscoll, Richard) (Entered: 01/14/2011) |
| 01/17/2011 | 359 | REPLY re 358 *OF PLAINTIFF (RESPONSE) TO DEFENDANTS OBJECTIONS OF JANUARY 14, 2011* filed by LARRY KLAYMAN. (Klayman, Larry) Modified to add link on 1/18/2011 (znmw, ). (Entered: 01/17/2011) |
| 03/01/2011 | 360 | NOTICE *PRAECIPE re: disciplinary complaint* by LARRY KLAYMAN (Klayman, Larry) (Entered: 03/01/2011) |
| 08/10/2011 | 361 | ORDER. For the reasons stated in the accompanying Memorandum Opinion, Defendants' 342 Motion to Strike is GRANTED; Klayman's (i) statement of the case, (ii) list of witnesses, (iii) list of exhibits, and (iv) deposition designations are STRICKEN from the parties' revised [337–1] Joint Pretrial Statement dated June 11, 2010; Klayman is PRECLUDED from introducing any witnesses or exhibits at the trial in this action; however, he may cross−examine Defendants' proffered witnesses and make opening and closing arguments. A final Pretrial Conference in this action will be held on August 31, 2011, at 9:30 a.m.; Klayman is advised that he must appear in person. Signed by Judge Colleen Kollar−Kotelly on August 10, 2011. (lcckk3) (Entered: 08/10/2011) |
| 08/10/2011 | 362 | MEMORANDUM OPINION. Signed by Judge Colleen Kollar−Kotelly on August 10, 2011. (lcckk3) (Entered: 08/10/2011) |
| 08/16/2011 | 363 | Consent MOTION to Continue *Pretrial Conference* by CHRISTOPHER FARRELL, THOMAS J. FITTON, JUDICIAL WATCH, INC., PAUL ORFANEDES (Driscoll, Richard) (Entered: 08/16/2011) |
| 08/16/2011 | | MINUTE ORDER granting 363 Consent Motion to Continue Pretrial Conference. Accordingly, the Pretrial Conference set for August 31, 2011, is vacated; and it is FURTHER ORDERED, that the Pretrial Conference is hereby RESCHEDULED for September 12, 2011, at 10:30 a.m. in Courtroom 28A. Signed by Judge Colleen Kollar−Kotelly on August 16, 2011. (SM) (Entered: 08/16/2011) |
| 08/16/2011 | | Set/Reset Hearings: Pretrial Conference set for 9/12/2011 10:30 AM in Courtroom 28A before Judge Colleen Kollar−Kotelly. (dot ) (Entered: 08/26/2011) |
| 09/07/2011 | 364 | MOTION for Extension of Time *Reset Pretrial Date* by LARRY KLAYMAN (Klayman, Larry) (Entered: 09/07/2011) |
| 09/07/2011 | | MINUTE ORDER granting unopposed 364 Motion to Reset Pretrial Date. Accordingly, the current Pretrial Hearing date of September 12, 2011, is hereby vacated; and it is FURTHER ORDERED that the Pretrial Hearing is hereby RESCHEDULED for Friday, October 14, 2011, at 1:00 p.m. in Courtroom 28A. Signed by Judge Colleen Kollar−Kotelly on September 7, 2011. (SM) (Entered: 09/07/2011) |
| 10/11/2011 | 365 | MOTION to Postpone Pretrial Conference by LARRY KLAYMAN (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2)(Klayman, Larry) (Entered: 10/11/2011) |
| 10/11/2011 | | MINUTE ORDER (paperless). Plaintiff's 365 Motion to Postpone Pre−trial Conference is GRANTED. The Pretrial Conference scheduled for Friday, October 14, 2011 is VACATED and this action is STAYED pending further order of the Court. Signed by Judge Colleen Kollar−Kotelly on October 11, 2011. (lcckk3) (Entered: 10/11/2011) |
| 10/11/2011 | 366 | MOTION to Postpone Pretrial Conference by LARRY KLAYMAN (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2)(Klayman, Larry) (Entered: 10/11/2011) |
| 10/11/2011 | | MINUTE ORDER (paperless). Plaintiff's 366 Motion to Postpone Pre−Trial Conference, identical to his prior 365 Motion to Postpone Pre−Trial Conference with the exception that it notes that "Defendants do not consent to this motion," is DENIED as moot in light of the Court's prior Minute Order dated October 11, 2011. Signed by Judge Colleen Kollar−Kotelly on October 11, 2011. (lcckk3) (Entered: 10/11/2011) |
| 10/11/2011 | 367 | Memorandum in opposition to re 365 MOTION to Postpone Pretrial Conference, 366 MOTION to Postpone Pretrial Conference filed by CHRISTOPHER FARRELL, THOMAS J. FITTON, JUDICIAL WATCH, INC., PAUL ORFANEDES. (Driscoll, |

| | | |
|---|---|---|
| | | Richard) (Entered: 10/11/2011) |
| 09/27/2012 | 368 | NOTICE *OF FILING* by LARRY E. KLAYMAN (Attachments: # 1 Certificate of Service)(Klayman, Larry) (Entered: 09/27/2012) |
| 05/20/2013 | 369 | NOTICE *Praecipe* by LARRY E. KLAYMAN (Klayman, Larry) (Entered: 05/20/2013) |
| 08/12/2013 | 370 | NOTICE *Praecipe* by LARRY E. KLAYMAN (Attachments: # 1 Certificate of Service)(Klayman, Larry) (Entered: 08/12/2013) |
| 10/22/2013 | 371 | NOTICE *Praecipe* by LARRY E. KLAYMAN (Attachments: # 1 Certificate of Service)(Klayman, Larry) (Entered: 10/22/2013) |
| 02/10/2014 | 372 | NOTICE *Praecipe* by LARRY E. KLAYMAN (Klayman, Larry) (Entered: 02/10/2014) |
| 10/06/2014 | 373 | NOTICE *Praecipe* by LARRY E. KLAYMAN (Klayman, Larry) (Entered: 10/06/2014) |
| 10/16/2014 | 374 | NOTICE *of Filing* by LARRY E. KLAYMAN (Attachments: # 1 Exhibit 1)(Klayman, Larry) (Entered: 10/16/2014) |
| 03/12/2015 | 375 | MOTION to Lift Stay *and Proceed to Trial* by CHRISTOPHER FARRELL, THOMAS J. FITTON, JUDICIAL WATCH, INC., PAUL ORFANEDES (Attachments: # 1 Text of Proposed Order)(Driscoll, Richard) (Entered: 03/12/2015) |
| 03/20/2015 | 376 | MOTION to Lift Stay *and Proceed to Trial (CORRECTED)* by THOMAS J. FITTON, JUDICIAL WATCH, INC. (Attachments: # 1 Text of Proposed Order)(Driscoll, Richard) (Entered: 03/20/2015) |
| 04/06/2015 | 377 | Memorandum in opposition to re 376 MOTION to Lift Stay *and Proceed to Trial (CORRECTED)* filed by LARRY E. KLAYMAN. (Klayman, Larry) (Entered: 04/06/2015) |
| 04/13/2015 | 378 | REPLY to opposition to motion re 376 MOTION to Lift Stay *and Proceed to Trial (CORRECTED)* filed by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Attachments: # 1 Exhibit A)(Driscoll, Richard) (Entered: 04/13/2015) |
| 04/14/2015 | 379 | SUPPLEMENTAL MEMORANDUM to re 377 Memorandum in Opposition filed by LARRY E. KLAYMAN. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Klayman, Larry) (Entered: 04/14/2015) |
| 05/04/2016 | | MINUTE ORDER granting Defendant's 376 Motion to Remove Stay and Proceed With Trial. The Court will set dates for additional proceedings by a separate Order. Signed by Judge Colleen Kollar–Kotelly on 5/4/2016. (lcckk2) (Entered: 05/04/2016) |
| 09/26/2016 | 380 | STATUS REPORT *AND REQUEST FOR PRETRIAL CONFERENCE* by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Driscoll, Richard) (Entered: 09/26/2016) |
| 09/26/2016 | 381 | MOTION for Status Conference by THOMAS J. FITTON, JUDICIAL WATCH, INC. (See Docket Entry 380 to view document). (znmw) (Entered: 09/27/2016) |
| 09/27/2016 | 382 | RESPONSE re 381 MOTION for Hearing *Opposing Defendants' Status Report and Request for Pretrial Conference* filed by LARRY E. KLAYMAN. (Klayman, Larry) (Entered: 09/27/2016) |
| 09/30/2016 | | MINUTE ORDER: Upon consideration of Defendants' 380 Status Report and Request for Pretrial Conference and Plaintiff's 382 Response thereto, it is hereby ORDERED that the Court shall hold a Status Conference on FRIDAY, OCTOBER 28, 2016, at 11:00 AM so that the Court may discuss with the parties (i) how the parties believe this matter should proceed; (ii) the impact on this case, if any, of the proceedings involving the parties in the Superior Court of the District of Columbia, Case No. 2015 CA 232; and (iii) any other matters appropriate for the Court's consideration in determining how this case shall proceed. Signed by Judge Colleen Kollar–Kotelly on 9/30/16. (lcckk1) (Entered: 09/30/2016) |
| 09/30/2016 | | Set/Reset Hearings: Status Conference set for 10/28/2016 at 11:00 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. (dot) (Entered: 10/03/2016) |

| 10/28/2016 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Initial Pretrial Conference held on 10/28/2016. Pretrial Conference continued to 1/13/2017 at 10:30 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. (Court Reporter Lisa Foradori.) (dot) (Entered: 10/28/2016) |
|---|---|---|
| 10/28/2016 | | MINUTE ORDER: The Court held a continued Pretrial Hearing on October 28, 2016, and discussed with the parties the current posture of this case and how it shall proceed. As an initial matter, the Court noted and the parties confirmed that the related case involving the parties in the Superior Court of the District of Columbia, Case No. 2015 CA 232 was dismissed on October 19, 2016. The Court discussed with the parties setting a date for trial in this matter; in light of the Court's and the parties' schedules, the earliest possible date for trial will not be until the last week in June, 2017. Additionally, in an effort to determine the expected duration of a trial in this matter, the Court reviewed portions of the 337 Pretrial Statement, filed on June 11, 2010, in this case, and it is hereby ORDERED that Defendants shall review the list of witnesses and exhibits in said Pretrial Statement, and shall file with the Court on or before NOVEMBER 7, 2016, a Status Report containing any revisions to these lists, indicating what, if any, witnesses they no longer intend to call at trial and what, if any, exhibits they no longer intend to introduce in evidence at trial. Finally, the Court scheduled an additional, continued Pretrial Hearing in this case, which shall be held on JANUARY 13, 2017 at 10:30 AM in Courtroom 28A. Signed by Judge Colleen Kollar–Kotelly on 10/28/16. (lcckk1) (Entered: 10/28/2016) |
| 10/31/2016 | | Set/Reset Deadlines/Hearings: Status Report due by 11/7/2016. A further Pretrial Conference is set for 1/13/2017, at 10:30 AM, in Courtroom 28A, before Judge Colleen Kollar–Kotelly. (kt) (Entered: 10/31/2016) |
| 11/07/2016 | 383 | STATUS REPORT by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Driscoll, Richard) (Entered: 11/07/2016) |
| 01/11/2017 | 384 | MOTION to Consolidate Cases by LARRY KLAYMAN (Attachments: # 1 Text of Proposed Order)(Klayman, Larry) (Entered: 01/11/2017) |
| 01/13/2017 | | MINUTE ORDER: The Court held a continued Pretrial Hearing in this matter on January 13, 2017, and discussed with the Parties the current posture of this case and how it shall proceed. The parties agreed upon a schedule for the filing of certain motions and notices intended to define the claims that remain for trial, as well as Plaintiff's remaining avenues for introducing evidence on his claims, and also agreed upon a briefing schedule for Plaintiff's 380 Motion to Consolidate Cases. Accordingly, the Court hereby ORDERS that Defendants shall file a motion on or before FEBRUARY 3, 2017 stating their position on the types of damages that Plaintiff can pursue in relation to the claims labeled as (3) and (4) in the Court's June 25, 2009 319 Memorandum and Opinion, at 2 (second paragraph), and the manner, if any, in which Plaintiff can introduce evidence of those damages in light of the prior restrictions imposed on Plaintiff by the Court. Plaintiff's response, if any, shall be filed on or before FEBRUARY 24, 2017; and Defendants' reply, if any, shall be filed on or before MARCH 6, 2017. Furthermore, the Court hereby ORDERS that Plaintiff shall file a notice on or before FEBRUARY 24, 2017 describing the factual circumstances that underlie the claim labeled as (5) in the Court's 319 Memorandum and Opinion, at 2 (second paragraph), and the type of damages that he is pursuing in relation to that claim. Defendants shall file their response, if any, on or before MARCH 10, 2017; and Plaintiff shall file his reply, if any, on or before MARCH 24, 2017. In relation to Plaintiff's 380 Motion to Consolidate Cases, the Court hereby ORDERS that Defendants shall file their response on or before JANUARY 30, 2017, and Plaintiff shall file his reply, if any, on or before FEBRUARY 6, 2017. Finally, the Court scheduled an additional, continued Pretrial Hearing in this case, which shall be held on APRIL 21, 2017 at 11:00 AM in Courtroom 28A. Signed by Judge Colleen Kollar–Kotelly on 1/13/2017. (lcckk1) (Entered: 01/13/2017) |
| 01/13/2017 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Pretrial Conference held on 1/13/2017. Further Pretrial Conference set for 4/21/2017 at 11:00 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. (Court Reporter Lisa Foradori.) (dot) (Entered: 01/17/2017) |
| 01/26/2017 | | MINUTE ORDER (paperless). Due to a conflict in the Court's schedule, the further Pretrial Hearing previously set for April 21, 2017, at 11:00 a.m., in this matter is hereby RESCHEDULED to APRIL 20, 2017, at 11:00 A.M. in COURTROOM 28A. |

| | | The Court has confirmed the availability of the parties at this date and time. Signed by Judge Colleen Kollar–Kotelly on January 26, 2017. (NS) (Entered: 01/26/2017) |
|---|---|---|
| 01/26/2017 | | Set/Reset Hearings: Pretrial Conference set for 4/20/2017 at 11:00 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. (dot) (Entered: 01/30/2017) |
| 01/30/2017 | 385 | RESPONSE re 384 MOTION to Consolidate Cases filed by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Driscoll, Richard) (Entered: 01/30/2017) |
| 02/03/2017 | 386 | MOTION As Requested re Order,,,,,,,, by THOMAS J. FITTON, JUDICIAL WATCH, INC. (Driscoll, Richard) (Entered: 02/03/2017) |
| 02/06/2017 | 387 | REPLY to opposition to motion re 384 MOTION to Consolidate Cases filed by LARRY KLAYMAN. (Klayman, Larry) (Entered: 02/06/2017) |
| 02/24/2017 | 388 | RESPONSE re 386 MOTION As Requested re Order,,,,,,,, filed by LARRY KLAYMAN. (Klayman, Larry) (Entered: 02/24/2017) |
| 02/24/2017 | 389 | RESPONSE TO ORDER OF THE COURT re Order,,,,,,,, filed by LARRY KLAYMAN. (Klayman, Larry) (Entered: 02/24/2017) |
| 03/06/2017 | 390 | REPLY to opposition to motion re 386 MOTION As Requested re Order,,,,,,,, filed by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Driscoll, Richard) (Entered: 03/06/2017) |
| 03/10/2017 | 391 | RESPONSE re 389 Response to Order of the Court filed by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Driscoll, Richard) (Entered: 03/10/2017) |
| 03/17/2017 | 392 | TRANSCRIPT OF PROCEEDINGS before Judge Colleen Kollar–Kotelly held on 1–13–17; Page Numbers: 1–48. Date of Issuance:3–17–17. Court Reporter/Transcriber Lisa M. Foradori, Telephone number 202–354–3269, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced abo ve. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/7/2017. Redacted Transcript Deadline set for 4/17/2017. Release of Transcript Restriction set for 6/15/2017.(Foradori, Lisa) Modified on 3/20/2017 (znmw). (Entered: 03/17/2017) |
| 03/24/2017 | 393 | REPLY re 389 Response to Order of the Court filed by LARRY KLAYMAN. (Klayman, Larry) (Entered: 03/24/2017) |
| 04/20/2017 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Pretrial Conference held on 4/20/2017. Jury Trial set for 10/2/2017 at 9:00 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. Pretrial Conference set for 6/16/2017 at 3:00 PM in Courtroom 28A before Judge Colleen Kollar–Kotelly. (Court Reporter Lisa Foradori.) (dot) (Entered: 04/20/2017) |
| 04/20/2017 | | MINUTE ORDER: The Court held a continued Pretrial Hearing in this matter on April 20, 2017. As agreed to by the parties during the hearing, Plaintiff shall, by MAY 15, 2017, identify for Defendant those documents, solely from the set of documents that were provided by Defendant during discovery, which he contends evidence intentional infliction of emotions distress. Plaintiff shall subsequently, by MAY 19, 2017, file a pleading with the Court in support of his position that he may pursue damages for intentional infliction of emotional distress in connection with his remaining claims in this action. Defendant shall file a pleading in opposition by JUNE 2, 2017. The next continued Pretrial Hearing shall be held on JUNE 16, 2017 at 3:00 P.M. Signed by Judge Colleen Kollar–Kotelly on 4/20/2017. (lcckk1) (Entered: 04/20/2017) |

| 05/15/2017 | <u>394</u> | Consent MOTION for Extension of Time to File Response/Reply *To Court's Minute Order of April 20, 2017* by LARRY KLAYMAN (Attachments: # <u>1</u> Text of Proposed Order)(Klayman, Larry) (Entered: 05/15/2017) |
|---|---|---|
| 05/15/2017 | | MINUTE ORDER: The Court has received, and for good cause shown, GRANTS Plaintiff's <u>394</u> Consent Motion for Extension of Time. Plaintiff shall identify, for Defendant, the documents required by the Court's April 20, 2017 Minute Order by no later than MAY 16, 2017. Signed by Judge Colleen Kollar–Kotelly on 5/15/2017. (lcckk1) (Entered: 05/15/2017) |
| 05/16/2017 | <u>395</u> | RESPONSE TO ORDER OF THE COURT re Order,,, filed by LARRY KLAYMAN. (Klayman, Larry) (Entered: 05/16/2017) |
| 05/18/2017 | <u>396</u> | Consent MOTION for Extension of Time to File Response/Reply by LARRY KLAYMAN (Attachments: # <u>1</u> Text of Proposed Order)(Klayman, Larry) (Entered: 05/18/2017) |
| 05/19/2017 | | MINUTE ORDER: The Court has received, and for good cause shown, GRANTS Plaintiff's <u>396</u> Consent Motion for Extension of Time. Plaintiff shall file the pleading required by the Court's April 20, 2017 Minute Order by no later than MAY 23, 2017, and Defendant shall file its response by no later than June 6, 2017. Signed by Judge Colleen Kollar–Kotelly on 5/19/2017. (lcckk1) (Entered: 05/19/2017) |
| 05/22/2017 | | MINUTE ORDER: The Court has received Plaintiff's <u>395</u> Response to this Court's Minute Order of April 20, 2017. In light of the volume of materials cited therein, Plaintiff shall by THURSDAY, MAY 25, 2017, furnish the Court and Defendants with a CD containing copies of the documents cited in the pleading, in a manner that corresponds with how those documents are referenced in the pleading. Signed by Judge Colleen Kollar–Kotelly on 5/22/2017. (lcckk1) (Entered: 05/22/2017) |
| 05/23/2017 | <u>397</u> | RESPONSE TO ORDER OF THE COURT re Order,,, filed by LARRY KLAYMAN. (Klayman, Larry) (Entered: 05/23/2017) |
| 05/25/2017 | <u>398</u> | TRANSCRIPT OF PROCEEDINGS before Judge Colleen Kollar–Kotelly held on 4–20–17; Page Numbers: 1–37. Date of Issuance:5–25–17. Court Reporter/Transcriber Lisa M. Foradori, Telephone number 202–354–3269, Transcripts may be ordered by submitting the <a href="http://www.dcd.uscourts.gov/node/110">Transcript Order Form</a><P></P><P></P>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<P>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<P></P> Redaction Request due 6/15/2017. Redacted Transcript Deadline set for 6/25/2017. Release of Transcript Restriction set for 8/23/2017.(Foradori, Lisa) (Entered: 05/25/2017) |
| 06/06/2017 | <u>399</u> | RESPONSE re <u>397</u> Response to Order of the Court filed by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Driscoll, Richard) (Entered: 06/06/2017) |
| 06/14/2017 | <u>400</u> | REPLY re <u>399</u> Response to Document filed by LARRY KLAYMAN. (Klayman, Larry) (Entered: 06/14/2017) |
| 06/15/2017 | <u>401</u> | MEMORANDUM OPINION AND ORDER. Defendants' <u>386</u> Motion Pursuant to the Courts January 13, 2017 Minute Order is GRANTED, and Plaintiff's <u>384</u> Motion to Consolidate is DENIED. Signed by Judge Colleen Kollar–Kotelly on 6/15/2017. (lcckk1) (Entered: 06/15/2017) |
| 06/16/2017 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Pretrial Conference held on 6/16/2017. Plaintiff's Motion to Amend due by 7/14/2017. Response due by 7/28/2017. Reply due by 8/4/2017. Pretrial Conference set for 9/8/2017 at 10:30 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. (Court Reporter Crystal Pilgrim.) (dot) (Entered: 06/19/2017) |

| 06/19/2017 | 402 | ORDER. The next continued Pretrial Conference in this matter shall be held on SEPTEMBER 8, 2017, at 10:30 A.M. Signed by Judge Colleen Kollar–Kotelly on 6/19/2017. (lcckk1) (Entered: 06/19/2017) |
|---|---|---|
| 06/30/2017 | 403 | RESPONSE *to Court's Order During Pretrial Conference on June 16, 2017* filed by LARRY KLAYMAN. (Klayman, Larry) (Entered: 06/30/2017) |
| 07/07/2017 | 404 | REPLY re 403 Response to Document *Memorandum Opinion and Order [ECF No. 401]* filed by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Driscoll, Richard) (Entered: 07/07/2017) |
| 07/13/2017 | 405 | MOTION for Extension of Time to *Submit Revised and Updated Jury Instructions* by THOMAS J. FITTON, JUDICIAL WATCH, INC. (Attachments: # 1 Text of Proposed Order)(Driscoll, Richard) (Entered: 07/13/2017) |
| 07/14/2017 | 406 | MOTION for Extension of Time to File *Motion to Amend Complaint* by LARRY KLAYMAN (Attachments: # 1 Text of Proposed Order)(Klayman, Larry) (Entered: 07/14/2017) |
| 07/14/2017 | | MINUTE ORDER: The Court has received Defendants' 405 Motion to Extend Deadline to Submit Revised and Updated Jury Instructions, and Plaintiff's 406 Motion for Extension of Time. Both motions are opposed. The parties are reminded of their obligation to file requests for extension of time four business days prior to the first affected deadline. Nonetheless, for good cause shown, and because the requested extensions are relatively short in duration, the Court GRANTS Defendants' 405 Motion and Plaintiff's 406 Motion, over objection. Defendants' revised jury instructions shall be due by July 20, 2017. Plaintiff's motion to amend shall be due by July 18, 2017. Signed by Judge Colleen Kollar–Kotelly on 7/14/2017. (lcckk1) (Entered: 07/14/2017) |
| 07/17/2017 | | Set/Reset Deadlines: Plaintiff's motion to amend due by 7/18/2017. Defendants' revised jury instructions due by 7/20/2017. (tth) (Entered: 07/17/2017) |
| 07/18/2017 | 407 | MOTION for Leave to File *Third Amended Complaint* by LARRY KLAYMAN (Attachments: # 1 Exhibit Third Amended Complaint)(Klayman, Larry) (Entered: 07/18/2017) |
| 07/20/2017 | 408 | Proposed Jury Instructions by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Driscoll, Richard) (Entered: 07/20/2017) |
| 07/25/2017 | 409 | MOTION for Extension of Time to File Response/Reply *to Defendant's Revised Jury Instructions* by LARRY KLAYMAN (Attachments: # 1 Text of Proposed Order)(Klayman, Larry) (Entered: 07/25/2017) |
| 07/27/2017 | | MINUTE ORDER: The Court has received Plaintiff's 409 Consent Motion for Extension of Time to File Response to Judicial Watch's Revised Jury Instructions. For good cause shown, that Motion is GRANTED. Plaintiff shall file his response to the proposed jury instructions by AUGUST 3, 2017. Signed by Judge Colleen Kollar–Kotelly on 7/27/2017. (lcckk1) (Entered: 07/27/2017) |
| 07/27/2017 | | Set/Reset Deadlines: Plaintiff shall file Response to 408 by 8/3/2017. (dot) (Entered: 07/28/2017) |
| 08/01/2017 | 410 | Memorandum in opposition to re 407 MOTION for Leave to File *Third Amended Complaint* filed by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Driscoll, Richard) (Entered: 08/01/2017) |
| 08/03/2017 | 411 | Consent MOTION for Extension of Time to File Response/Reply *to Proposed Jury Instructions* by LARRY KLAYMAN (Attachments: # 1 Text of Proposed Order)(Klayman, Larry) (Entered: 08/03/2017) |
| 08/03/2017 | | MINUTE ORDER: The Court has received Plaintiff's 411 Consent Motion for Extension of Time to File Response to Judicial Watch's Revised Jury Instructions. For good cause shown, that Motion is GRANTED. Plaintiff shall file his response to the proposed jury instructions by AUGUST 7, 2017. Signed by Judge Colleen Kollar–Kotelly on 8/3/2017. (lcckk1) (Entered: 08/03/2017) |
| 08/03/2017 | | Set/Reset Deadlines: Plaintiff's proposed jury instructions Response due by 8/7/2017. (dot) (Entered: 08/04/2017) |

| 08/07/2017 | 412 | RESPONSE re 408 to Judicial Watch's Proposed Jury Instsructions filed by LARRY KLAYMAN. (Klayman, Larry) Modified to add link on 8/8/2017 (znmw). (Entered: 08/07/2017) |
| 08/07/2017 | 413 | Proposed Jury Instructions by LARRY KLAYMAN. (Klayman, Larry) (Entered: 08/07/2017) |
| 08/09/2017 | 414 | MOTION to Disqualify Judge by LARRY KLAYMAN (Attachments: # 1 Affidavit Affidavit of Larry Klayman, # 2 Text of Proposed Order)(Klayman, Larry) (Entered: 08/09/2017) |
| 08/11/2017 | | MINUTE ORDER: The Court has Plaintiff's 414 Motion to Recuse/Disqualify Judge Colleen Kollar–Kotelly. The parties shall abide by the following briefing schedule. Defendants' response shall be due by August 18, 2017. Plaintiff's reply shall be due by August 25, 2017. Signed by Judge Colleen Kollar–Kotelly on 8/11/2017. (lcckk1) (Entered: 08/11/2017) |
| 08/11/2017 | | Set/Reset Deadlines: Response to 414 due by 8/18/2017. Reply due by 8/25/2017. (dot) (Entered: 08/16/2017) |
| 08/18/2017 | 415 | RESPONSE re 414 MOTION to Disqualify Judge filed by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Driscoll, Richard) (Entered: 08/18/2017) |
| 08/24/2017 | 416 | TRANSCRIPT OF PROCEEDINGS before Judge Colleen Kollar–Kotelly held on 06/16/17; Page Numbers: 1–40. Date of Issuance:08/24/17. Court Reporter/Transcriber Crystal M. Pilgrim, Telephone number 20.354.3127, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter reference d above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 9/14/2017. Redacted Transcript Deadline set for 9/24/2017. Release of Transcript Restriction set for 11/22/2017.(Pilgrim, Crystal) (Entered: 08/24/2017) |
| 08/25/2017 | 417 | REPLY to opposition to motion re 414 MOTION to Disqualify Judge filed by LARRY KLAYMAN. (Klayman, Larry) (Entered: 08/25/2017) |
| 09/01/2017 | 418 | MOTION to Continue Trial by LARRY KLAYMAN (Attachments: # 1 Text of Proposed Order)(Klayman, Larry) (Entered: 09/01/2017) |
| 09/01/2017 | 419 | MOTION to Continue Trial by LARRY KLAYMAN (Attachments: # 1 Text of Proposed Order)(Klayman, Larry) (Entered: 09/01/2017) |
| 09/05/2017 | | MINUTE ORDER. Defendant's response to Plaintiff's 418 , 419 Motion to Continue Trial is due no later than SEPTEMBER 7, 2017 at NOON. Plaintiff shall file his reply by no later than SEPTEMBER 8, 2017 at NOON. Signed by Judge Colleen Kollar–Kotelly on 9/5/2017. (lcckk3) (Entered: 09/05/2017) |
| 09/07/2017 | | MINUTE ORDER: The Pretrial Conference currently scheduled for September 8, 2017 is VACATED. A new date shall be set shortly by the Court. Signed by Judge Colleen Kollar–Kotelly on 9/7/2017. (lcckk1) (Entered: 09/07/2017) |
| 09/07/2017 | 420 | RESPONSE re 418 MOTION to Continue Trial, 419 MOTION to Continue Trial filed by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Driscoll, Richard) (Entered: 09/07/2017) |
| 09/08/2017 | 421 | REPLY to opposition to motion re 419 MOTION to Continue Trial filed by LARRY KLAYMAN. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit |

| | | |
|---|---|---|
| | | Exhibit C, # 4 Exhibit Exhibit D)(Klayman, Larry) (Entered: 09/08/2017) |
| 09/18/2017 | | MINUTE ORDER: In order to address Defendants' concerns regarding the electronic signatures appended to the affidavits of Cliven and Carol Bundy, which are the basis of Plaintiff's 418 Motion to Continue, Plaintiff shall file copies of these affidavits with the original, handwritten signatures of Cliven and Carol Bundy by SEPTEMBER 22, 2017. Signed by Judge Colleen Kollar–Kotelly on 9/18/2017. (lcckk1) (Entered: 09/18/2017) |
| 09/20/2017 | 422 | RESPONSE re 412 Response to Document *ECF 412 (Plaintiff's Proposed Jury Instructions)* filed by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Driscoll, Richard) (Entered: 09/20/2017) |
| 09/22/2017 | 423 | RESPONSE TO ORDER OF THE COURT re Order, *of September 18, 2017* filed by LARRY KLAYMAN. (Klayman, Larry) (Entered: 09/22/2017) |
| 09/27/2017 | 424 | REPLY *to Judicial Watch's Response to Plaintiff's Proposed Jury Instructions* 413 filed by LARRY KLAYMAN. (Klayman, Larry) Modified to add linkage on 9/28/2017 (td). (Entered: 09/27/2017) |
| 10/02/2017 | | Set/Reset Hearings: Telephone Conference on the record set for 10/5/2017 at 11:30 AM in Chambers before Judge Colleen Kollar–Kotelly. (dot) (Entered: 10/05/2017) |
| 10/05/2017 | 425 | MEMORANDUM OPINION AND ORDER. Plaintiff's 414 Motion to Recuse/Disqualify Judge Colleen Kollar–Kotelly is DENIED. Signed by Judge Colleen Kollar–Kotelly on 10/5/2017. (lcckk1) (Entered: 10/05/2017) |
| 10/05/2017 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Telephone Conference on the record held on 10/5/2017. (Court Reporter Richard Ehrlich.) (dot) (Entered: 10/05/2017) |
| 10/06/2017 | 426 | ORDER. The Court GRANTS a continuance of the trial date. This matter is set for trial on FEBRUARY 26, 2018. Motions in limine shall be filed by DECEMBER 8, 2017. Oppositions are due by DECEMBER 22, 2017. Replies are due by JANUARY 5, 2018. The next pretrial conference shall be held on JANUARY 19, 2018 at 12:00 P.M. If Plaintiff needs to appear telephonically, he shall provide the Court with at least 3–days prior notice. Signed by Judge Colleen Kollar–Kotelly on 10/6/2017. (lcckk1) Modified on 10/13/2017 to correct dates. (dot). (Entered: 10/06/2017) |
| 10/06/2017 | | Set/Reset Deadlines/Hearings: Motions in Limine due by 12/8/2017. Responses due by 12/22/2017. Replies due by 1/5/2018. Jury Trial set for 2/26/2018 at 9:00 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. Pretrial Conference set for 1/19/2018 at 12:00 PM in Courtroom 28A before Judge Colleen Kollar–Kotelly. (dot) (Entered: 10/13/2017) |
| 12/07/2017 | 427 | MOTION in Limine *TO EXCLUDE IRRELEVANT FLORIDA JUDGMENT* by THOMAS J. FITTON, JUDICIAL WATCH, INC. (Driscoll, Richard) (Entered: 12/07/2017) |
| 12/08/2017 | 428 | MOTION in Limine by LARRY KLAYMAN (Klayman, Larry) (Entered: 12/08/2017) |
| 12/22/2017 | 429 | Memorandum in opposition to re 428 MOTION in Limine filed by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Driscoll, Richard) (Entered: 12/22/2017) |
| 12/22/2017 | 430 | RESPONSE re 427 MOTION in Limine *TO EXCLUDE IRRELEVANT FLORIDA JUDGMENT* filed by LARRY KLAYMAN. (Attachments: # 1 Exhibit Exhibit 1)(Klayman, Larry) (Entered: 12/22/2017) |
| 01/05/2018 | 431 | REPLY to opposition to motion re 427 MOTION in Limine *TO EXCLUDE IRRELEVANT FLORIDA JUDGMENT* filed by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Driscoll, Richard) (Entered: 01/05/2018) |
| 01/05/2018 | 432 | REPLY to opposition to motion re 428 MOTION in Limine filed by LARRY KLAYMAN. (Klayman, Larry) (Entered: 01/05/2018) |
| 01/19/2018 | 433 | ORDER. For the reasons set forth in the accompanying Memorandum Opinion, in an exercise of the Court's discretion, the Court DENIES Plaintiff's Motion for Leave to Amend the Second Amended Complaint. Signed by Judge Colleen Kollar–Kotelly on January 19, 2018. (lcckk1) (Entered: 01/19/2018) |

| 01/19/2018 | 434 | MEMORANDUM OPINION. Signed by Judge Colleen Kollar–Kotelly on January 19, 2018. (lcckk1) (Entered: 01/19/2018) |
|---|---|---|
| 01/19/2018 | | MINUTE ORDER: The Court held a pretrial conference with the parties on January 19, 2018, in advance of trial scheduled for **FEBRUARY 26, 2018**. The parties agreed to the following schedule established to facilitate efficient pretrial proceedings.By no later than **JANUARY 23, 2018**, Defendants shall share electronic copies of all of their exhibits with Plaintiff. By no later than **JANUARY 25, 2018**, Plaintiff may file a short notice with the Court simply identifying any rule(s) and/or case law supporting his argument that Defendants' credibility may be impeached at trial with the adverse judgment identified in Defendants' 427 Motion *in Limine* to Exclude Irrelevant Florida Judgment.The Court shall hold a further pretrial conference regarding the parties' 427 and 428 motions *in limine* on **JANUARY 29, 2018, at 1:30 PM**. Subsequent pretrial conferences shall be held on **FEBRUARY 9, 2018, at 1:30 PM** and **FEBRUARY 20, 2018, at 1:30 PM**.Signed by Judge Colleen Kollar–Kotelly on January 19, 2018. (lcckk1) (Entered: 01/19/2018) |
| 01/19/2018 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Pretrial Conference held on 1/19/2018. Further Pretrial Conference set for 1/29/2018 at 1:30 PM in Courtroom 28A before Judge Colleen Kollar–Kotelly. Pretrial Conference set for 2/9/2018 at 1:30 PM in Courtroom 28A before Judge Colleen Kollar–Kotelly. Pretrial Conference set for 2/20/2018 at 1:30 PM in Courtroom 28A before Judge Colleen Kollar–Kotelly. Jury Trial set for 2/26/2018 at 9:00 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. (Court Reporter Cathryn Jones.) (dot) (Entered: 01/22/2018) |
| 01/23/2018 | 435 | MOTION to Continue *Pretrial Conference Scheduled for January 29, 2018* by LARRY KLAYMAN (Klayman, Larry) (Entered: 01/23/2018) |
| 01/23/2018 | | MINUTE ORDER: The Court has received Plaintiff's 435 Motion to Continue Pretrial Conference Currently Scheduled for January 29, 2018, to which Defendants' counsel has consented. For good cause shown, that Motion is GRANTED. The pretrial conference currently scheduled for January 29, 2018, shall be rescheduled for **JANUARY 31, 2018, at 2:00 PM**. Signed by Judge Colleen Kollar–Kotelly on January 23, 2018. (lcckk1) (Entered: 01/23/2018) |
| 01/23/2018 | 436 | ORDER. This supplementary Order memorializes certain further portions of the proceedings from the January 19, 2018, pretrial conference. In pertinent part, the Court sought further information from the parties in order to resolve the parties' pending motions in limine, ECF Nos. 427 and 428. Signed by Judge Colleen Kollar–Kotelly on January 23, 2018. (lcckk1) (Entered: 01/23/2018) |
| 01/23/2018 | | Set/Reset Hearings: Pretrial Conference set for 1/31/2018 at 2:00 PM in Courtroom 28A before Judge Colleen Kollar–Kotelly. (dot) (Entered: 01/29/2018) |
| 01/25/2018 | 437 | NOTICE *Pursuant to Court Order* by LARRY KLAYMAN (Klayman, Larry) (Entered: 01/25/2018) |
| 01/26/2018 | | MINUTE ORDER: The Court has received Plaintiff's 437 Notice to the Court in Response to Its January 2018 Minute Order. Defendants shall file a response by **JANUARY 30, 2018, at 12:00 PM**. Defendants' response shall focus on Plaintiff's "identif[ication] [of] any rule(s) and/or case law supporting his argument that Defendants' credibility may be impeached at trial with the adverse judgment identified in Defendants' 427 Motion *in Limine* to Exclude Irrelevant Florida Judgment." Min. Order of Jan. 19, 2018. Defendants shall not focus on topics raised by Plaintiff's 437 Notice but precluded by the law of the case, which has rejected Plaintiff's attempt to introduce an intentional infliction of emotional distress claim, recognized that the remaining claims are limited to breach of contract (i.e., no tort claim, and no "merger" of breach of contract with a tort claim), and found that emotional distress damages cannot be recovered on the remaining breach of contract claims. *See* ECF Nos. 401, 433, 434. Notwithstanding Plaintiff's indication that he intends to file a Motion for Reconsideration of the Court's 433 Order, such a motion is not on the docket, and the Court has not decided to change its 433 Order. Signed by Judge Colleen Kollar–Kotelly on January 26, 2018. (lcckk1) (Entered: 01/26/2018) |
| 01/26/2018 | | Set/Reset Deadlines: Defendants' Response to 437 due by 12:00 PM on 1/30/2018. (dot) (Entered: 01/26/2018) |

| 01/26/2018 | 438 | STATUS REPORT *REGARDING TRIAL EXHIBITS* by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Driscoll, Richard) (Entered: 01/26/2018) |
|---|---|---|
| 01/30/2018 | 439 | RESPONSE re 437 Notice (Other) filed by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Driscoll, Richard) (Entered: 01/30/2018) |
| 01/30/2018 | 440 | MOTION for Reconsideration re 433 Order on Motion for Leave to File, 434 Memorandum & Opinion by LARRY KLAYMAN (Klayman, Larry) (Entered: 01/30/2018) |
| 01/31/2018 | | MINUTE ORDER. The Court held a continued pretrial hearing in this matter on January 31, 2018. At that hearing, the Court set a briefing schedule for Plaintiff's 440 Motion for Reconsideration. Defendant shall respond to that motion by no later than FEBRUARY 7, 2018. Plaintiff shall file a reply by no later than FEBRUARY 12, 2018. By previous order, ECF No. 436 at 3–4, Plaintiff was ordered to raise any remaining objections from the pretrial statement by today's hearing. The Court ordered that if Plaintiff did not raise any such objections, they would be waived. Plaintiff raised no objections at today's hearing, but requested further time to file any additional objections by no later than February 2, 2018. Plaintiff is ORDERED to file any remaining objections from the pretrial statement that have not already been resolved by no later than FEBRUARY 2, 2018. Any objections not specifically raised will be WAIVED. There will be no further extensions. There will be further pretrial hearings on FEBRUARY 9, 2018 at 1:30 PM and FEBRUARY 20, 2018 at 1:30 PM. Defendant shall provide Plaintiff and the Court with a list of the exhibits it proposes to use at trial by the FEBRUARY 9, 2018 hearing, and a list of witnesses it proposes to call at trial by the FEBRUARY 20, 2018 hearing. Signed by Judge Colleen Kollar–Kotelly on 1/31/2018. (lcckk3) (Entered: 01/31/2018) |
| 01/31/2018 | 441 | ORDER SETTING FORTH TRIAL PROCEDURES IN CIVIL CASES. Signed by Judge Colleen Kollar–Kotelly on 01/31/2018. (DM) (Entered: 01/31/2018) |
| 01/31/2018 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Pretrial Conference held on 1/31/2018. (Court Reporter Crystal Pilgrim.) (dot) (Entered: 01/31/2018) |
| 01/31/2018 | | Set/Reset Deadlines: Exhibit List due by 2/9/2018. Witness List due by 2/20/2018. Defendant shall Respond to 440 by 2/7/2018. Plaintiff shall file Reply by 2/12/2018. (dot) (Entered: 02/02/2018) |
| 02/02/2018 | 442 | ORDER. This Order memorializes certain portions of the proceedings from the January 31, 2018 pretrial conference. Signed by Judge Colleen Kollar–Kotelly on 2/2/2018. (lcckk3) (Entered: 02/02/2018) |
| 02/02/2018 | 443 | RESPONSE TO ORDER OF THE COURT re Order,,,,, filed by LARRY KLAYMAN. (Klayman, Larry) (Entered: 02/02/2018) |
| 02/07/2018 | 444 | Memorandum in opposition to re 440 MOTION for Reconsideration re 433 Order on Motion for Leave to File, 434 Memorandum & Opinion filed by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Driscoll, Richard) (Entered: 02/07/2018) |
| 02/08/2018 | 445 | Exhibit List *for Trial* by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Driscoll, Richard) (Entered: 02/08/2018) |
| 02/09/2018 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Pretrial Conference held on 2/9/2018. Pretrial Conference set for 2/20/2018 at 1:30 PM in Courtroom 28A before Judge Colleen Kollar–Kotelly. (Court Reporter Janice Dickman.) (dot) (Entered: 02/09/2018) |
| 02/12/2018 | 446 | NOTICE *in Response to Court's Order of February 9, 2018* by LARRY KLAYMAN (Klayman, Larry) (Entered: 02/12/2018) |
| 02/12/2018 | 447 | REPLY to opposition to motion re 440 MOTION for Reconsideration re 433 Order on Motion for Leave to File, 434 Memorandum & Opinion filed by LARRY KLAYMAN. (Klayman, Larry) (Entered: 02/12/2018) |
| 02/13/2018 | 448 | NOTICE *of Filing of Petition for Writ of Mandamus* by LARRY KLAYMAN (Attachments: # 1 Exhibit Exhibit 1)(Klayman, Larry) (Entered: 02/13/2018) |

| 02/14/2018 | 449 | ORDER. Notice of Plaintiff Larry Klayman's response to the Court's inquiry regarding address to use for voir dire, which Plaintiff did not send to defense counsel. Signed by Judge Colleen Kollar–Kotelly on 2/14/2018. (lcckk3) (Entered: 02/14/2018) |
| --- | --- | --- |
| 02/14/2018 | 450 | Exhibit List by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Driscoll, Richard) (Entered: 02/14/2018) |
| 02/14/2018 | 451 | NOTICE *of Filing Objections to Defendants' Amended Exhibit List* by LARRY KLAYMAN (Attachments: # 1 Exhibit Objections)(Klayman, Larry) (Entered: 02/14/2018) |
| 02/15/2018 | | MINUTE ORDER: The Court intends to schedule an additional pretrial conference on **FEBRUARY 23, 2018, at 2:30 PM**, to address *voir dire*, trial procedures, and any remaining issues before trial on February 26, 2018. Such an additional conference would allow the Court to focus with the parties at its February 20, 2018, pretrial conference on the use of evidence at trial and the jury instructions.<br><br>By **FEBRUARY 15, 2018, at 5:30 PM**, the parties each shall file a notice indicating whether they are available for the proposed additional pretrial conference on February 23, 2018, at 2:30 PM, and if not, their availability for such a conference late in the week of February 20, 2018.<br><br>Signed by Judge Colleen Kollar–Kotelly on February 15, 2018. (lcckk1) (Entered: 02/15/2018) |
| 02/15/2018 | 452 | NOTICE *of Availability for Pretrial Conference* by LARRY KLAYMAN (Klayman, Larry) (Entered: 02/15/2018) |
| 02/15/2018 | 453 | NOTICE *OF AVAILABILITY FOR ADDITIONAL PRETRIAL CONFERENCE* by THOMAS J. FITTON, JUDICIAL WATCH, INC. re Order,,, (Driscoll, Richard) (Entered: 02/15/2018) |
| 02/15/2018 | 454 | NOTICE *OF UNAVAILABLE WITNESSES* by THOMAS J. FITTON, JUDICIAL WATCH, INC. (Driscoll, Richard) (Entered: 02/15/2018) |
| 02/15/2018 | | MINUTE ORDER: The Court has received the parties' 452 and 453 notices regarding their availability for an additional pretrial conference. Accordingly, the Court shall schedule the additional pretrial conference on **FEBRUARY 23, 2018, at 2:30 PM**. Signed by Judge Colleen Kollar–Kotelly on February 15, 2018. (lcckk1) (Entered: 02/15/2018) |
| 02/15/2018 | 455 | ORDER. The Court held a pretrial conference with the parties on February 9, 2018, in advance of trial scheduled for February 26, 2018. This Order memorializes certain portions of the proceedings from that conference, certain of the parties' subsequent submissions pursuant to that conference, and certain of the Court's determinations on the basis of the pretrial conference and the parties' subsequent submissions. See Order for details, several of which are highlighted below.First, the parties must make any identification of model jury instructions on the specific points addressed on page 2 of this Order by **FEBRUARY 16, 2018, at 4:00 PM**.Second, at the **FEBRUARY 20, 2018**, pretrial conference, Defendants shall be prepared to discuss whether and when they provided the exhibits that Plaintiff has identified in his [451–1] Objections to Defendants' Amended List of Exhibits as omitted or misplaced in some way, and if not, whether Plaintiff ever asked for them. Defendants also shall be prepared to discuss whether they intend to introduce any of the exhibits that Plaintiff has indicated were omitted from what is presumably Defendants' 445 Amended List of Exhibits. Objections based on "illegible" exhibits will be discussed. Also on **FEBRUARY 20, 2018**, Plaintiff may raise any objection to Defendants' Exhibits 195–199 that is permitted in footnote 2 on page 3 of this Order.Signed by Judge Colleen Kollar–Kotelly on February 15, 2018. (lcckk1) (Entered: 02/15/2018) |
| 02/15/2018 | | MINUTE ORDER: The Court previously deferred until "all remaining liability issues have been resolved" its consideration of whether Defendant/Counter–Plaintiff Judicial Watch, Inc. ("Judicial Watch") is entitled to prejudgment interest on the damages awarded by this Court for Count One of Judicial Watch's Amended Counterclaim. Mem. Op., ECF No. 327, at 5–6; *see also* Mem. Op., ECF No. 319, at 76–77. The Court now reconsiders that issue to the extent that it may be required under D.C. Code &sect 15–109 to submit certain of Judicial Watch's claims for prejudgment interest to |

| | | |
|---|---|---|
| | | the jury. Judicial Watch seeks prejudgment interest on Counts One, Two, and Three of the Amended Counterclaim. Am. Countercl., ECF No. 86, at 42–43.At the pretrial conference on **FEBRUARY 20, 2018**, the parties should be prepared to discuss whether the evidence will show that the damages alleged in Counts One, Two, and Three of the Amended Counterclaim are 1) liquidated damages under *District of Columbia v. Pierce Assocs., Inc.*, 527 A.2d 306 (D.C. 1987), in which case the Court's finding of liability under Count One and/or a jury finding of liability under Counts Two and Three would result in a need for post–trial briefing to the Court's satisfaction on the legal issue of whether these were liquidated debts "on which interest is payable by contract or by law or usage," D.C. Code &sect 15–108 (2012), *see also* Mem. Op., ECF No. 319, at 76 (finding with respect to Count One of the Amended Counterclaim that Judicial Watch "has not shown that it is *contractually* entitled to prejudgment interest on the unpaid personal expenses" (emphasis added)), or 2) unliquidated damages, in which case the Court would need to submit to the jury the issue of whether Judicial Watch is entitled to recover prejudgment interest, *see* D.C. Code &sect 15–109 (2012). Under either statute, upon a finding of liability the respective factfinder would award damages in the amount prescribed by D.C. Code &sect 28–3302. *See Pierce Assocs., Inc.*, 527 A.2d at 311 (finding that D.C. Code &sect 28–3302 governs damages under D.C. Code &sect 15–108 and &sect 15–109).Signed by Judge Colleen Kollar–Kotelly on February 15, 2018. (lcckk1) (Entered: 02/15/2018) |
| 02/15/2018 | | Set/Reset Hearings: Pretrial Conference set for 2/23/2018 at 2:30 PM in Courtroom 28A before Judge Colleen Kollar–Kotelly. (dot) (Entered: 02/20/2018) |
| 02/15/2018 | | Set/Reset Hearings: Pretrial Conference set for 2/20/2018 at 1:30 PM in Courtroom 28A before Judge Colleen Kollar–Kotelly. (dot) (Entered: 02/20/2018) |
| 02/16/2018 | [456](#) | Exhibit List by LARRY KLAYMAN. (Attachments: # [1](#) Exhibit Exhibit 1)(Klayman, Larry) (Entered: 02/16/2018) |
| 02/16/2018 | | MINUTE ORDER. By e–mail today, the Court has provided the parties with a proposed set of jury instructions regarding the claims and defenses in this case. The parties shall be prepared to discuss any objections or proposed modifications to these instructions at next week's February 20th Pretrial Conference. In addition, Plaintiff Larry Klayman is ORDERED to file, by no later than noon on Wednesday, FEBRUARY 21, 2018, a written response regarding the proposed jury instruction on the "incontestability status of registrations" for the purposes of Defendants' trademark claim. In particular, Plaintiff needs to identify which defenses, if any, listed in 15 U.S.C. 1115 (distinct from Plaintiff's other, general defenses) he is asserting in this case. Signed by Judge Colleen Kollar–Kotelly on 2/16/2018. (lcckk3) (Entered: 02/16/2018) |
| 02/16/2018 | | MINUTE ORDER: By e–mail today, the Court has made available to the parties the Proposed Voir Dire, in anticipation of the upcoming trial in this case. The parties shall be prepared to discuss any objections or proposed modifications to the Voir Dire at next week's February 20, 2018 Pretrial Conference. Signed by Judge Colleen Kollar–Kotelly on 2/16/18. (DM) (Entered: 02/16/2018) |
| 02/16/2018 | [457](#) | TRANSCRIPT OF PROCEEDINGS before Judge Colleen Kollar–Kotelly held on February 9, 2018; Page Numbers: 1–60. Date of Issuance: February 12, 2018. Court Reporter/Transcriber Janice Dickman, Telephone number 202–354–3267, Transcripts may be ordered by submitting the &lt;a href="http://www.dcd.uscourts.gov/node/110"&gt;Transcript Order Form&lt;/a&gt;&lt;P&gt;&lt;/P&gt;&lt;P&gt;&lt;/P&gt;For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.&lt;P&gt;**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.&lt;P&gt;&lt;/P&gt; Redaction Request due 3/9/2018. Redacted Transcript Deadline set for 3/19/2018. Release of Transcript Restriction set for 5/17/2018.(Dickman, Janice) (Entered: 02/16/2018) |

| 02/16/2018 | 458 | RESPONSE TO ORDER OF THE COURT by THOMAS J. FITTON, JUDICIAL WATCH, INC. re 455 Order (Driscoll, Richard) Modified event title on 2/20/2018 (znmw). (Entered: 02/16/2018) |
|---|---|---|
| 02/16/2018 | 459 | MOTION for Extension of Time to *of Two Hours to File Response to Court's Order* by LARRY KLAYMAN (Klayman, Larry) (Entered: 02/16/2018) |
| 02/16/2018 | | MINUTE ORDER: The Court has received Plaintiff's 459 Motion for Extension of Time of Two Hours to Respond to Court's Order of February 15, 2018. For good cause shown, the Court GRANTS Plaintiff's motion. Plaintiff shall respond to the Court's 455 Order regarding the proposed jury instruction by **FEBRUARY 16, 2018, at 6:00 PM**. Signed by Judge Colleen Kollar–Kotelly on February 16, 2018. (lcckk1 ) (Entered: 02/16/2018) |
| 02/16/2018 | 460 | ERRATA *PROVIDING ATTACHMENTS* by THOMAS J. FITTON, JUDICIAL WATCH, INC. 458 Notice (Other) filed by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Driscoll, Richard) (Entered: 02/16/2018) |
| 02/16/2018 | 461 | RESPONSE TO ORDER OF THE COURT re 455 Order,,,,,, filed by LARRY KLAYMAN. (Klayman, Larry) (Entered: 02/16/2018) |
| 02/16/2018 | 462 | NOTICE *of Intent to Seek En Banc Review* by LARRY KLAYMAN (Attachments: # 1 Exhibit)(Klayman, Larry) (Entered: 02/16/2018) |
| 02/20/2018 | 463 | ORDER. For the reasons set forth in the accompanying Memorandum Opinion, the Court DENIES Plaintiff's 440 Motion for Reconsideration of the Court's Substantive Order of January 19, 2018. Signed by Judge Colleen Kollar–Kotelly on February 20, 2018. (lcckk1) (Entered: 02/20/2018) |
| 02/20/2018 | 464 | MEMORANDUM OPINION. Signed by Judge Colleen Kollar–Kotelly on February 20, 2018. (lcckk1) (Entered: 02/20/2018) |
| 02/20/2018 | | Set/Reset Deadlines: Plaintiff Klayman's written response regarding the proposed jury instruction on the "incontestability status of registrations " for the purposes of defendants' trademark claim due by noon on 2/21/2018. (tb) (Entered: 02/20/2018) |
| 02/20/2018 | 465 | ORDER HOLDING IN ABEYANCE Plaintiff's 428 Motion *in Limine* to Exclude Irrelevant and Couched Information Which Falls Outside the Parties' Severance Agreement, and Defendants' 427 Motion *in Limine* to Exclude Irrelevant Florida Judgment. Signed by Judge Colleen Kollar–Kotelly on 2/20/2018. (lcckk3) (Entered: 02/20/2018) |
| 02/20/2018 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Interim Pretrial Conference held on 2/20/2018. Final Pretrial Conference set for 2/23/2018 at 1:30 PM before Judge Colleen Kollar–Kotelly. (Court Reporter Elizabeth Saint–Loth.) (dot) (Entered: 02/20/2018) |
| 02/20/2018 | | MINUTE ORDER: The Court held a pretrial conference with the parties on February 20, 2018, in advance of trial scheduled for **FEBRUARY 26, 2018**. The parties agreed to the following schedule established to facilitate efficient pretrial proceedings.By **FEBRUARY 20, 2018, at 11:59 PM**, Defendants shall file a notice withdrawing their anti–cybersquatting claim, as they indicated at the pretrial conference.By **FEBRUARY 21, 2018, at 12:00 PM**, 1) Plaintiff shall identify which defenses, if any, listed in 15 U.S.C. §sect 1115 (distinct from Plaintiff's other, general defenses) he is asserting in this case, as the Court ordered by Minute Order on February 16, 2018; 2) Plaintiff shall respond to the statute and case provided by Defendants at the pretrial conference regarding whether Defendants' trademark is incontestable and therefore not subject to a defense of invalidity, which affects a number of instructions; and 3) Plaintiff may provide an instruction regarding why the jury should not view his limitation to nominal damages as influencing their determination of Defendants' liability.By **FEBRUARY 21, 2018, at 4:00 PM**, 1) Plaintiff shall identify any objections made at the time of Defendants' depositions that he wants to preserve, understanding that at trial he can object "to the admission of any deposition testimony that would be inadmissible if the witness were present and testifying," Fed. R. Civ. P. 32(b); and 2) Plaintiff shall indicate any counterdesignations to Defendants' depositions to which he and defense counsel can agree.With the consent of the parties, the Court rescheduled the pretrial conference from February 23, 2018, at 2:30 PM to **FEBRUARY 23, 2018, at 1:30 PM**.Signed by Judge Colleen Kollar–Kotelly on |

| | | February 20, 2018. (lcckk1) (Entered: 02/20/2018) |
|---|---|---|
| 02/20/2018 | 467 | NOTICE *OF WITHDRAWAL OF COUNT VII OF THE AMENDED COUNTERCLAIM* by THOMAS J. FITTON, JUDICIAL WATCH, INC. (Driscoll, Richard) (Entered: 02/20/2018) |
| 02/21/2018 | 468 | NOTICE *for Jury Instructions Regarding Nominal Damages* by LARRY KLAYMAN (Klayman, Larry) (Entered: 02/21/2018) |
| 02/21/2018 | 469 | RESPONSE TO ORDER OF THE COURT *Plaintiff's Response to Court's Question Concerning Alleged Inability to Show Trademarks Invalid and Defenses* by LARRY KLAYMAN (Klayman, Larry) Modified event title on 2/22/2018 (znmw). (Entered: 02/21/2018) |
| 02/21/2018 | 470 | TRANSCRIPT OF TELEPHONIC CONFERENCE before Judge Colleen Kollar–Kotelly held on October 5, 2017; Page Numbers: 1 – 22. Date of Issuance:February 14, 2018. Court Reporter/Transcriber Richard D. Ehrlich, Telephone number 202–354–3269, Tape Number: NA. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/14/2018. Redacted Transcript Deadline set for 3/24/2018. Release of Transcript Restriction set for 5/22/2018.(Ehrlich, Richard) (Entered: 02/21/2018) |
| 02/21/2018 | 471 | NOTICE *of Counter–Designations to Defendants' Depositions and Plaintiff's Objections to Defendants' Depositions* by LARRY KLAYMAN (Klayman, Larry) (Entered: 02/21/2018) |
| 02/21/2018 | | MINUTE ORDER: The Court has received Plaintiff's 469 Response to Court's Question Concerning Alleged Inability to Show Judicial Watch Trademarks Invalid at Trial and, in the Alternative, Plaintiff's Defenses Pursuant to 15 U.S.C. &sect 1115(b). By **FEBRUARY 21, 2018, at 5:30 PM**, Defendants shall file a response indicating 1) Whether Defendants listed in their Joint Pretrial Statement or in any of their other exhibit lists filed with this Court the affidavit(s) to which Plaintiff refers and/or the three "Notice[s] of Acceptance and Acknowledgement of &sect&sect 8 & 15 Declaration" that Defendants provided to the Court and the Plaintiff at the February 20, 2018, pretrial conference; 2) whether Plaintiff ever requested that Defendants provide the aforementioned affidavit(s) and/or notices, and if so, whether Defendants provided them; and 3) if Plaintiff did not request the aforementioned affidavit(s) and/or notices, whether Defendants ever provided them to Plaintiff during discovery or at another time. Signed by Judge Colleen Kollar–Kotelly on February 21, 2018. (lcckk1) (Entered: 02/21/2018) |
| 02/21/2018 | 472 | RESPONSE TO ORDER OF THE COURT *RESPONDING TO COURT'S FEBRUARY 21, 2018, MINUTE ORDER* by THOMAS J. FITTON, JUDICIAL WATCH, INC. re Order,,,, (Driscoll, Richard) Modified event title on 2/22/2018 (znmw). (Entered: 02/21/2018) |
| 02/21/2018 | | MINUTE ORDER: The Court has received Plaintiff's 471 Notice of Counter–Designations to Defendants' Depositions and Plaintiff's Objections to Defendants' Depositions. By **FEBRUARY 22, 2018, at 10:00 AM**, 1) Defendants shall submit a notice indicating whether they agree to Plaintiff's two proposed counter–designations; 2) Plaintiff shall supply the Court with excerpts of the two proposed counter–designations that match the counter–designated portion in context with the designated portion in context that Plaintiff wants it to accompany; and 3) |

| | | |
|---|---|---|
| | | Plaintiff shall supply the Court with excerpts of the one designation to which he objects that show the objected–to designated portions in context. Signed by Judge Colleen Kollar–Kotelly on February 21, 2018. (lcckk1) (Entered: 02/21/2018) |
| 02/21/2018 | | MINUTE ORDER: The Court has further questions regarding Plaintiff's 469 Response to Court's Question Concerning Alleged Inability to Show Judicial Watch Trademarks Invalid at Trial and, in the Alternative, Plaintiff's Defenses Pursuant to 15 U.S.C. &sect 1115(b). By **FEBRUARY 22, 2018, at 12:00 PM**, Plaintiff shall file a notice with the Court indicating what evidence Plaintiff has, and where he has provided it to Defendants and/or the Court, to support his proposed defenses that Defendants' trademark is, e.g., fraudulent, abandoned, previously used, or violates the antitrust law, or that laches, estoppel, or equitable principles apply. It is not evident that Plaintiff has raised these proposed defenses in the Joint Pretrial Statement, pretrial conferences, or in any other pleadings.The Court has received Defendants' 472 Response to the Court's February 21, 2018, Minute Order. By **FEBRUARY 22, 2018, at 12:00 PM**, Defendants shall file a notice with the Court clarifying any support for their assertion that 15 U.S.C. &sect 1115(b) acts as a statute of limitations, an argument for which Defendants did not supply specific statutory or case law support.Signed by Judge Colleen Kollar–Kotelly on February 21, 2018. (lcckk1) (Entered: 02/21/2018) |
| 02/22/2018 | 473 | RESPONSE TO ORDER OF THE COURT *RESPONDING TO THE COURT'S FEBRUARY 21, 2018, MINUTE ORDER* by THOMAS J. FITTON, JUDICIAL WATCH, INC. re Order,,,,, (Driscoll, Richard) Modified event title on 2/22/2018 (znmw). (Entered: 02/22/2018) |
| 02/22/2018 | 474 | RESPONSE TO ORDER OF THE COURT *Plaintiff's Response to Court's Minute Order Regarding Counter–Designations* by LARRY KLAYMAN (Klayman, Larry) Modified event title on 2/23/2018 (znmw). (Entered: 02/22/2018) |
| 02/22/2018 | 475 | RESPONSE TO ORDER OF THE COURT *Plaintiff's Response to Court's Minute Order Regarding Trademark Defenses* by LARRY KLAYMAN (Klayman, Larry) Modified event title on 2/23/2018 (znmw). (Entered: 02/22/2018) |
| 02/22/2018 | 476 | NOTICE by THOMAS J. FITTON, JUDICIAL WATCH, INC. re Order,,, (Driscoll, Richard) (Entered: 02/22/2018) |
| 02/22/2018 | | MINUTE ORDER: The Court has received Plaintiff's 474 Response to Court's Minute Order Regarding Counter–Designations. For each of his counter–designated portions, Plaintiff must provide the specific designated portion of the deposition that Plaintiff proposes that his counter–designated portion be read with. In the abstract, having Plaintiff's counter–designation does not assist the Court without the actual text of the designation. Plaintiff must submit this revised notice by **FEBRUARY 22, 2018, at 2:00 PM**.The Court has received Defendants' 476 Notice of Intent to File Objections in Response to Plaintiff's Counter Designations Pursuant to the Court's February 21, 2018, Minute Order and Request for Additional Time. For good cause shown, Defendants shall have until **FEBRUARY 22, 2018, at 2:00 PM**, to respond to Plaintiff's counter–designations.Signed by Judge Colleen Kollar–Kotelly on February 22, 2018. (lcckk1) (Entered: 02/22/2018) |
| 02/22/2018 | 477 | NOTICE *REGARDING ECF 466 AND REFILING OF WITNESS LIST* by THOMAS J. FITTON, JUDICIAL WATCH, INC. (Driscoll, Richard) (Entered: 02/22/2018) |
| 02/22/2018 | 478 | RESPONSE TO ORDER OF THE COURT *RESPONSE TO COURT'S QUESTIONS RE DESIGNATIONS* by LARRY KLAYMAN (Klayman, Larry) Modified event title on 2/23/2018 (znmw). (Entered: 02/22/2018) |
| 02/22/2018 | 479 | RESPONSE TO ORDER OF THE COURT *REGARDING COUNTER–DESIGNATIONS* by THOMAS J. FITTON, JUDICIAL WATCH, INC. re Order,,, (Driscoll, Richard) Modified event title on 2/23/2018 (znmw). (Entered: 02/22/2018) |
| 02/22/2018 | 480 | RESPONSE TO ORDER OF THE COURT *(CORRECTED) REGARDING COUNTER–DESIGNATIONS* by THOMAS J. FITTON, JUDICIAL WATCH, INC. re Order,,, (Driscoll, Richard) Modified event title on 2/23/2018 (znmw). (Entered: 02/22/2018) |

| 02/22/2018 | | MINUTE ORDER: The Court has received Plaintiff's <u>475</u> Response to Court's Minute Order Regarding Trademark Defenses. Defendants shall respond to the issues raised by **FEBRUARY 22, 2018, at 4:00 PM**.Among issues raised by this filing, Plaintiff seeks to use the deposition of Louise Benson at trial. Local Rule 16.5(b) of the Local Rules of the United States District Court for the District of Columbia, which the Court incorporated in its Pretrial Scheduling and Procedures Order, ECF No. 330, at 3, required the parties to "set forth [in their Pretrial Statement] a brief description of the testimony to be elicited from the witness." In the parties' <u>333</u> Joint Pretrial Statement, Plaintiff described the subject matter of the testimony for many of his proposed witnesses, including Ms. Benson, as "all issues," and for other proposed witnesses he used broad and vague descriptions such as "fundraising" and "accounting issues." Mem. Op., ECF No. 362, at 10. Ms. Benson was no longer a party at the time that her deposition was taken nor later when the parties prepared the Joint Pretrial Statement, so the scope of Plaintiff's use of Ms. Benson's deposition was not evident. The Court ordered Plaintiff to "re−file an appropriate list of his proposed witnesses that (a) clearly and specifically identifies the subject matter(s) on which he proposes each witness to testify and (b) addresses Defendants' objections to Plaintiff's proposed witnesses, as set forth by Defendants in the parties' <u>330</u> Joint Pretrial Statement." *Id.* (quoting Order, ECF No. 334, at 1).Also in the parties' <u>333</u> Joint Pretrial Statement, Plaintiff designated the entirety of Louise Benson's deposition for use at trial. Joint Pretrial Statement, ECF No. 333, at 40. "Because Defendants raised an objection to this broad designation, Klayman was directed to 'provide support for his position that [the deposition]... which Plaintiff has designated in its entirety[] may be offered at trial either by *de bene esse* or by other means.'" Mem. Op., ECF No. 362, at 12 (quoting Order, ECF No. 334, at 2) (alterations in original).Despite two extensions of time, Plaintiff failed to file a revised [337−1] Joint Pretrial Statement, and accordingly he did not comply with the Court's orders to re−file an appropriate list of his proposed witnesses and to provide support for his proposed designation of the Benson deposition. Because he did not comply, the Court granted Defendants' <u>342</u> Motion to Strike, which struck, *inter alia* Plaintiff's list of witnesses and deposition designations. *See id.* at 28. Plaintiff had "filed a two−sentence opposition to Defendants' Motion to Strike, claiming in relevant part that 'the sanctions requested by Defendants is [sic] not warranted.'" *Id.* at 15 (quoting Pl.'s Opp'n to Defs. [sic] Mot. to Strike, ECF No. 344).Because Plaintiff did not provide any description of Ms. Benson's deposition, and because the Court does not have a copy of this deposition, the Court is unable to assess the relevance of Ms. Benson's deposition to the claims that remain. Accordingly, Plaintiff shall file a notice with the Court by **FEBRUARY 22, 2018, at 4:00 PM**, explaining the relevance of Ms. Benson's deposition to Plaintiff's remaining claims. Defendants shall address this issue as part of their response described above.Signed by Judge Colleen Kollar−Kotelly on February 22, 2018. (lcckk1 ) (Entered: 02/22/2018) |
| 02/22/2018 | <u>481</u> | TRANSCRIPT OF PROCEEDINGS before Judge Colleen Kollar−Kotelly held on 01/31/2018; Page Numbers: 1−57. Date of Issuance:02/22/2018. Court Reporter/Transcriber Crystal M. Pilgrim, RPR, FCRR, Telephone number 202.354.3127, Transcripts may be ordered by submitting the <u>Transcript Order Form</u>

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court re porter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 3/15/2018. Redacted Transcript Deadline set for 3/25/2018. Release of Transcript Restriction set for 5/23/2018.(Pilgrim, Crystal) (Entered: 02/22/2018) |
| 02/22/2018 | <u>482</u> | NOTICE *re benson* by LARRY KLAYMAN (Klayman, Larry) (Entered: 02/22/2018) |

| 02/22/2018 | 483 | NOTICE *REGARDING MINUTE ORDER (02/22/2018 2:48 PM)* by THOMAS J. FITTON, JUDICIAL WATCH, INC. re Order,,,,,,,,,,,,, (Driscoll, Richard) (Entered: 02/22/2018) |
| --- | --- | --- |
| 02/22/2018 | 484 | ORDER Regarding the Incontestability of Counter–Plaintiff's Trademarks. Signed by Judge Colleen Kollar–Kotelly on 2/22/2018. (lcckk3) (Entered: 02/22/2018) |
| 02/23/2018 | 485 | ORDER Regarding Modifications to Proposed Jury Instructions. Signed by Judge Colleen Kollar–Kotelly on 2/23/2018. (lcckk3) (Entered: 02/23/2018) |
| 02/23/2018 | 486 | ORDER addressing Plaintiff's Counter–designations to Defendant's Depositions and Plaintiff's Objections to Defendant's Depositions. See Order for details. Signed by Judge Colleen Kollar–Kotelly on 02/23/2018. (DM) (Entered: 02/23/2018) |
| 02/23/2018 | 487 | ORDER addressing Plaintiff's Testimony and Other Evidence at Trial. See Order for details. Signed by Judge Colleen Kollar–Kotelly on February 23, 2018. (lcckk1) (Entered: 02/23/2018) |
| 02/23/2018 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Final Pretrial Conference held on 2/23/2018. Jury Trial set for 2/26/2018 at 09:00 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. (Court Reporter Richard Ehrlich.) (dot) (Entered: 02/23/2018) |
| 02/24/2018 | 488 | ORDER. The Court held the final pretrial conference as to the evidence, jury instructions, and contents of *voir dire* with the parties on February 20, 2018, in advance of trial scheduled for February 26, 2018. Subsequently, the Court issued its Minute Order of February 20, 2018, instructing certain further submissions to which the parties had agreed. The Court met with the parties on February 23, 2018, in a pretrial conference focused on procedural matters. See Order for details, one of which is highlighted below.By **FEBRUARY 26, 2018, at 8:00 AM**, Defendants shall file an updated exhibit list on the form provided by the Clerk that omits those exhibits that Defendants have deleted from their final list. Defendants shall maintain the numbering used in their previous exhibit lists, with the exception of the extraneous Exhibit 109 that is to be relabeled as Exhibit 124.5. Defendants shall include a notice specifically listing those exhibits that they have deleted.Signed by Judge Colleen Kollar–Kotelly on February 24, 2018. (lcckk1) (Entered: 02/24/2018) |
| 02/25/2018 | 489 | MOTION for Sanctions *And Entry of Judgment* by LARRY KLAYMAN (Attachments: # 1 Exhibit Hearing Transcript April 20, 2017, # 2 Exhibit Hearing Transcript February 9, 2018, # 3 Exhibit Letter to Mr. Driscoll with Klayman's Production of Documents, # 4 Exhibit Letter to Mr. Driscoll with Klayman's Production of Documents)(Klayman, Larry). Added MOTION for Entry of Judgment on 2/26/2018 (znmw). (Entered: 02/25/2018) |
| 02/25/2018 | 490 | Exhibit List *(UPDATED)* by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Driscoll, Richard) (Entered: 02/25/2018) |
| 02/25/2018 | 491 | NOTICE *REGARDING ORDER (ECF 488)* by THOMAS J. FITTON, JUDICIAL WATCH, INC. re 488 Order,,,, (Driscoll, Richard) (Entered: 02/25/2018) |
| 02/25/2018 | 492 | NOTICE *OF WITHDRAWAL OF COUNT XI OF THE AMENDED COUNTERCLAIM* by THOMAS J. FITTON, JUDICIAL WATCH, INC. (Driscoll, Richard) (Entered: 02/25/2018) |
| 02/26/2018 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Jury Trial held on 2/26/2018. Jury Panel of 9 sworn. Jury Trial set for 2/27/2018 at 9:00 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. (Court Reporter Richard Ehrlich.) (dot) (Entered: 02/26/2018) |
| 02/26/2018 | | MINUTE ORDER: The Court has received Plaintiff's 489 Motion for Sanctions and Entry of Judgment. As discussed with the parties, the Court sets forth the following briefing schedule. Defendant Judicial Watch, Inc. shall file its opposition by **MARCH 3, 2018, at 12:00 PM**. Plaintiff shall file his reply by **MARCH 8, 2018, at 5:00 PM**.In order not to delay trial, the Court seeks to resolve objections out of the presence of the jury, to the extent possible. Accordingly, the Court instructs the parties to prepare the following filings to facilitate its consideration of any authenticity objections that Plaintiff may make to Defendants' exhibits. Defendants shall prepare a list of documents that they would like admitted as exhibits with each witness, together with |

| | | |
|---|---|---|
| | | evidence for the authentication of those documents. Defendants shall file the respective portion of this list by **7:15 PM** the night before Defendants expect to put on a given witness's testimony. The first such filing by Defendants shall be no later than **FEBRUARY 27, 2018, at 7:15 PM**. Plaintiff shall reply to each such submission by no later than **7:45 AM** the following day identifying any authenticity objections. The first such filing by Plaintiff shall be no later than **FEBRUARY 28, 2018, at 7:45 AM**. If Defendants do not intend to introduce documents in conjunction with witness testimony on a given day, or if Plaintiff raises no authenticity objection to documents proposed by Defendants, then their filings shall indicate as much.Signed by Judge Colleen Kollar–Kotelly on February 26, 2018. (lcckk1) (Entered: 02/26/2018) |
| 02/27/2018 | | Set/Reset Deadlines: Response due by 3/3/2018. Reply due by 3/8/2018. (gdf) (Entered: 02/27/2018) |
| 02/27/2018 | | MINUTE ORDER: The Court having impaneled the jury in this action, it is hereby ORDERED that during trial and deliberations all meals for said jury shall be paid by the Clerk of the Court for the U.S. District Court for the District of Columbia. Signed by Judge Colleen Kollar–Kotelly on 2/26/18. (dot) (Entered: 02/27/2018) |
| 02/27/2018 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Jury Trial held on 2/27/2018 with same Jury Panel of Nine (9). Plaintiff witness: Larry Klayman. Jury Trial set for 2/28/2018 at 9:00 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. (Court Reporter Richard Ehrlich.) (dot) (Entered: 02/27/2018) |
| 02/27/2018 | 493 | NOTICE *to the Court by 7:15 PM Regarding Whether He Pled or Raised As Part of a Disparagement Claim Defendant's Motion to Strike Plaintiff's Appearance in Sandra Cobas Matter and Whether Defendants Had Notice* by LARRY KLAYMAN (Attachments: # 1 Exhibit Withdrawal, Motion to Strike, Order)(Klayman, Larry) (Entered: 02/27/2018) |
| 02/27/2018 | 494 | NOTICE *RESPONDING TO ECF 493* by THOMAS J. FITTON, JUDICIAL WATCH, INC. re 493 Notice (Other), (Driscoll, Richard) (Entered: 02/27/2018) |
| 02/28/2018 | 495 | ORDER Regarding Evidentiary Issues Affecting Plaintiff's Testimony. Signed by Judge Colleen Kollar–Kotelly on February 28, 2018. (lcckk1) (Entered: 02/28/2018) |
| 02/28/2018 | | MINUTE ORDER: The Court has received the parties' 493 and 494 notices concerning Plaintiff's efforts to cite, in support of his remaining claim (5) for disparagement, Defendant Judicial Watch, Inc.'s ("Judicial Watch") motion to strike Plaintiff's appearance in the Sandy Cobas litigation.Plaintiff argues that he gave notice of this claim in subparagraph G of paragraph 66 of the operative 12 Second Amended Complaint. Plaintiff specifically points to a header further above that indicates that the ensuing paragraphs will discuss, "Defamation, Disparagement of Klayman and Misrepresentation." However, his reference to the Cobas litigation in subparagraph G does not put it in the context of disparagement. Rather, Plaintiff discusses Judicial Watch's activity in the Cobas litigation as a misrepresentation of Plaintiff's ability to represent Ms. Cobas, but does not say that it is disparagement. Moreover, the Cobas discussion comes amidst a laundry list of alleged breaches of contract, in which it is not clear which he intends to be "defamation, disparagement... [or] misrepresentation." Accordingly, the 12 Second Amended Complaint does not put Judicial Watch on notice of Plaintiff's latest argument.Plaintiff also does not refer to Judicial Watch's activity as disparagement in a recent filing about damages. In February 2017, in response to a Court order to provide factual underpinnings for, and a description of the type of damages that he seeks in response to, his claim (5) concerning disparagement, he takes the opportunity to discuss all five of his remaining claims. *See* Pl.'s Resp. to Ct.'s Min. Order of Jan. 13, 2017, ECF No. 389 . When discussing the Cobas litigation, Plaintiff says nothing about Judicial Watch's activity being disparagement. When discussing his disparagement claim, he says nothing about the Cobas litigation. Again, nothing in this filing would put Judicial Watch on notice of Plaintiff's latest argument.In his opening statement to the jury on February 27, 2018, he discusses the Cobas litigation solely in the context of a breach of contract claim for Judicial Watch's alleged misrepresentation of Plaintiff's ability to represent her. In turn, Plaintiff's discussion of his disparagement claim does not refer to the Cobas litigation. Accordingly, the opening statement also did not put Judicial Watch on notice of Plaintiff's latest argument.Nothing that the Court has been pointed to, nor can Court recollect, any prior argument by Plaintiff that Judicial Watch's motion to strike in the |

| | | |
|---|---|---|
| | | Cobas litigation can be considered under Plaintiff's remaining claim (5) concerning disparagement. Accordingly, Plaintiff is prohibited from arguing that the motion to strike supports his disparagement claim.Signed by Judge Colleen Kollar–Kotelly on February 28, 2018. (lcckk1) (Entered: 02/28/2018) |
| 02/28/2018 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Jury Trial held on 2/28/2018 with the same Jury Panel of Nine (9). Witness: Larry Klayman. Jury Trial continued to 3/1/2018 at 9:00 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. (Court Reporter Richard Ehrlich.) (dot) (Entered: 02/28/2018) |
| 02/28/2018 | 496 | ORDER Regarding Defendant's Proposed Impeachment of Plaintiff's Testimony. Signed by Judge Colleen Kollar–Kotelly on February 28, 2018. (lcckk1) (Entered: 02/28/2018) |
| 03/01/2018 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Jury Trial held on 3/1/2018 with the same Jury Panel of Nine (9). Plaintiff's Witness: Larry Klayman. Plaintiff Rest. Defendant's Witnesses: Paul Orfanedes and Susan Prytherch. Jury Trial continued to 3/2/2018 at 9:00 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. (Court Reporter Richard Ehrlich.) (dot) (Entered: 03/01/2018) |
| 03/01/2018 | 497 | NOTICE *Plaintiff's Response to the Court's Minute Order of February 29, 2018 at 6:11 p.m. Concerning Ratification* by LARRY KLAYMAN (Attachments: # 1 Exhibit Jury Instructions, # 2 Exhibit Letter to Mr. Driscoll and Email Correspondence)(Klayman, Larry) (Entered: 03/01/2018) |
| 03/02/2018 | 498 | NOTICE *RESPONDING TO PLAINTIFF'S FOUNDATION FOR PROPOSED IMPEACHMENT UNDER FEDERAL RULE OF EVIDENCE 608(b)* by THOMAS J. FITTON, JUDICIAL WATCH, INC. re 497 Notice (Other), (Driscoll, Richard) (Entered: 03/02/2018) |
| 03/02/2018 | 499 | ORDER Regarding Admissibility of Defendant's Exhibits 192 and 194. Signed by Judge Colleen Kollar–Kotelly on March 2, 2018. (lcckk1 ) (Entered: 03/02/2018) |
| 03/02/2018 | 500 | ORDER Regarding Plaintiff's Proposed Impeachment with Florida Judgment. Signed by Judge Colleen Kollar–Kotelly on 3/2/2018. (lcckk3) (Entered: 03/02/2018) |
| 03/02/2018 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Jury Trial held on 3/2/2018 with the same Jury Panel of Nine (9). Defendants' Witnesses: Susan Prytherch and Thomas Fitton. Jury Trial continued to 3/5/2018 at 9:00 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. (Court Reporter Richard Ehrlich.) (dot) (Entered: 03/02/2018) |
| 03/02/2018 | | MINUTE ORDER: On March 2, 2018, the Court discussed with the parties certain exhibits that Defendant Judicial Watch, Inc. ("Judicial Watch")/Counter–Plaintiffs Judicial Watch and Thomas J. Fitton intend to introduce into evidence during trial on their counterclaims, authenticity objections to those exhibits by Plaintiff/Counter–Defendant Larry E. Klayman, and the need for further briefing on both positions to facilitate the Court's decision. Accordingly, Defendant/Counter–Plaintiffs shall file a notice identifying their support for the authenticity of their proposed Exhibits 4 through 31 by **MARCH 3, 2018, at 12:00 PM**. Plaintiff/Counter–Defendant shall respond by **MARCH 4, 2018, at 12:00 PM**. Each party shall address the requirements for authentication of material produced from the "Wayback Machine," a service offered by the non–profit Internet Archive. *See, e.g.*, *Specht v. Google Inc.*, 747 F.3d 929, 933 (7th Cir. 2014); *United States v. Bansal*, 663 F.3d 634, 667–68 (3d Cir. 2011); *Sam's Riverside, Inc. v. Intercon Solutions, Inc.*, 790 F. Supp. 2d 965, 979–82 (S.D. Iowa 2011); *Novak v. Tucows, Inc.*, No. 06 1909 JFB ARL, 2007 WL 922306, at *5 (E.D.N.Y. Mar. 26, 2007); *St. Luke's Cataract & Laser Inst., P.A. v. Sanderson*, No. 8:06 CV 223, 2006 WL 1320242 (M.D. Fla. May 12, 2006); *Telewizja Polska USA, Inc. v. Echostar Satellite Corp.*, No. 02 C 3293, 2004 WL 2367740, at *6 (N.D. Ill. Oct. 15, 2004). If an affidavit or testimony would be required to support the use of material from the Wayback Machine, Defendant/Counter–Plaintiffs shall identify the expected timing of their obtaining that affidavit or arranging testimony from anyone other than those already identified to this Court as witnesses.In order to accommodate Defendant's/Counter–Plaintiffs' submission of the above described notice, at their request the Court shall extend the deadline for the filing of their opposition to Plaintiff's/Counter–Defendant's 489 Motion for Sanctions and Entry of Judgment until **MARCH 4, 2018, at 5:00 PM**. The |

| | | Court accordingly shall extend the deadline for the filing of Plaintiff's/Counter–Defendant's reply until **MARCH 9, 2018.**The Court also shall reiterate the importance of the parties' adherence for the remainder of trial to the process for Defendant's/Counter–Plaintiffs' authentication support and Plaintiff's/Counter–Defendant's reply that is set forth in the Court's Minute Order of February 26, 2018, as modified here. In light of Plaintiff's/Counter–Defendant's authenticity objection to nearly all of their exhibits, *see* ECF No. 451–1, Defendant/Counter–Plaintiffs shall file support for the authenticity of their proposed exhibits by **7:15 PM** the night before they intend to use them at trial. To the extent possible, their filing should link the proposed exhibits to the witnesses, if applicable, that are expected to be used in authenticating such exhibits. Plaintiff/Counter–Defendant shall respond by **7:45 AM** the following day identifying any authenticity objections that remain. The parties need not make their respective filings on Sunday evening, March 4, 2018, and Monday morning, March 5, 2018, because those filings will be covered by the Saturday, March 3, 2018, at 12:00 PM, and Sunday, March 4, 2018, at 12:00 PM, filings described above. Signed by Judge Colleen Kollar–Kotelly on March 2, 2018. (lcckk1) (Entered: 03/02/2018) |
| 03/02/2018 | 552 | STIPULATION by Defendants CHRISTOPHER FARRELL, THOMAS J. FITTON, JUDICIAL WATCH, INC.,PAUL ORFANEDES and Plaintiff LARRY KLAYMAN. (dot) (Entered: 03/15/2018) |
| 03/03/2018 | 501 | NOTICE *REGARDING AUTHENTICITY FOR EXHIBITS PROPOSED FOR MARCH 5, 2018* by THOMAS J. FITTON, JUDICIAL WATCH, INC. re Order,,,,,,,,,,,,,,, (Driscoll, Richard) (Entered: 03/03/2018) |
| 03/04/2018 | 502 | NOTICE *(SUPPLEMENTAL) REGARDING AUTHENTICITY OF PROPOSED EXHIBITS FOR MARCH 5, 2018* by THOMAS J. FITTON, JUDICIAL WATCH, INC. re Order,,,,,,,,,,,,, 501 Notice (Other) (Driscoll, Richard) (Entered: 03/04/2018) |
| 03/04/2018 | 503 | NOTICE *of Plaintiff's Objection to Defendants' Supplemental Notice Regarding Authenticity* re 502 Notice (Other) by LARRY KLAYMAN (Klayman, Larry) Modified to add link on 3/5/2018 (znmw). (Entered: 03/04/2018) |
| 03/04/2018 | 504 | NOTICE *of Plaintiff's Response and Objections to Defendants' Notice Regarding Authenticity for Exhibits to be Used on Monday, March 5, 2018 [Dkt. # 501]* re 501 Notice (Other) by LARRY KLAYMAN (Klayman, Larry) Modified to add link on 3/5/2018 (znmw). (Entered: 03/04/2018) |
| 03/04/2018 | 505 | NOTICE *of Plaintiff's Response and Objection to Defendants' Supplemental Notice Regarding Authenticity* by LARRY KLAYMAN (Klayman, Larry) (Entered: 03/04/2018) |
| 03/04/2018 | 506 | Memorandum in opposition to re 489 MOTION for Sanctions *And Entry of Judgment* MOTION for Entry of Final Judgment filed by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Driscoll, Richard) (Entered: 03/04/2018) |
| 03/04/2018 | | MINUTE ORDER: The Court has received Defendant/Counter–Plaintiffs' 501 notice and 502 supplemental notice regarding authenticity, as well as Plaintiff/Counter–Defendant's 503 , 504 , and 505 responses and objections to the same. Plaintiff/Counter–Defendant has raised certain issues in his filings. In order not to delay trial, Defendant/Counter–Plaintiffs shall respond to Plaintiff/Counter–Defendant's filings by **MARCH 5, 2018, at 7:45 AM**. Signed by Judge Colleen Kollar–Kotelly on March 4, 2018. (lcckk1) (Entered: 03/04/2018) |
| 03/04/2018 | 507 | NOTICE *REGARDING RESPONSE TO PLAINTIFF'S OBJECTIONS TO AUTHENTICITY FOR MARCH 5, 2018* by THOMAS J. FITTON, JUDICIAL WATCH, INC. re 505 Notice (Other), 504 Notice (Other) (Driscoll, Richard) (Entered: 03/04/2018) |
| 03/05/2018 | 508 | MEMORANDUM OPINION AND ORDER Regarding Counter–Plaintiffs' Proposed Exhibits for Use at Trial on March 5, 2018. Signed by Judge Colleen Kollar–Kotelly on March 5, 2018. (lcckk1 ) (Entered: 03/05/2018) |
| 03/05/2018 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Jury Trial held on 3/5/2018 with the same Jury Panel of Nine (9). Defendant's Witness: Thomas Fitton. Defendant Rest. Rebuttal by Plaintiff. Cross claim case begun with same Jury |

| | | |
|---|---|---|
| | | Panel of Nine (9). Witness: Paul J. Orfanedes. Jury Trial continued to 5/6/2018 at 09:00 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. (Court Reporter Richard Ehrlich.) (dot) (Entered: 03/05/2018) |
| 03/05/2018 | 509 | ORDER Regarding Plaintiff's 428 Motion in Limine to Exclude Irrelevant and Couched Information Which Falls Outside the Parties' Severance Agreement. Signed by Judge Colleen Kollar–Kotelly on 3/5/2018. (lcckk3) (Entered: 03/05/2018) |
| 03/05/2018 | 510 | NOTICE *REGARDING AUTHENTICITY FOR MARCH 6, 2018* by THOMAS J. FITTON, JUDICIAL WATCH, INC. (Driscoll, Richard) (Entered: 03/05/2018) |
| 03/06/2018 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Jury Trial held on 3/6/2018 with the same Jury Panel of (9). Witness: Paul J. Orfanedes. Jury Trial continued to 3/7/2018 at 9:00 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. (Court Reporter Richard Ehrlich.) (dot) (Entered: 03/06/2018) |
| 03/06/2018 | 511 | MEMORANDUM OPINION AND ORDER Regarding Counter–Plaintiffs' Proposed Exhibits for Use at Trial on March 6, 2018. Signed by Judge Colleen Kollar–Kotelly on March 6, 2018. (lcckk1) (Entered: 03/06/2018) |
| 03/06/2018 | 512 | NOTICE *REGARDING AUTHENTICITY OF PROPOSED EXHIBITS FOR WEDNESDAY, MARCH 7, 2018* by THOMAS J. FITTON, JUDICIAL WATCH, INC. (Driscoll, Richard) (Entered: 03/06/2018) |
| 03/07/2018 | 513 | MEMORANDUM OPINION AND ORDER Regarding Counter–Plaintiffs' Proposed Exhibits for Use at Trial on March 7, 2018. Signed by Judge Colleen Kollar–Kotelly on March 7, 2018. (lcckk1) (Entered: 03/07/2018) |
| 03/07/2018 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Jury Trial held on 3/7/2018 with the same Jury Panel of Nine (9): Witnesses: Paul Orfanedes, Mark J. Fitzibbons and Thomas Fitton. Jury Trial continued to 3/8/2018 at 9:00 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. (Court Reporter Richard Ehrlich.) (dot) (Entered: 03/07/2018) |
| 03/07/2018 | 514 | NOTICE *REGARDING AUTHENTICITY OF PROPOSED EXHIBITS FOR MARCH 8, 2018* by THOMAS J. FITTON, JUDICIAL WATCH, INC. (Driscoll, Richard) (Entered: 03/07/2018) |
| 03/07/2018 | 515 | NOTICE *(SUPPLEMENTAL) REGARDING AUTHENTICITY OF PROPOSED EXHIBITS FOR MARCH 8/9, 2018* by THOMAS J. FITTON, JUDICIAL WATCH, INC. (Driscoll, Richard) (Entered: 03/07/2018) |
| 03/08/2018 | 516 | MEMORANDUM OPINION AND ORDER Regarding Counter–Plaintiffs' Proposed Exhibits for Use at Trial on March 8, 2018. Signed by Judge Colleen Kollar–Kotelly on March 8, 2018. (lcckk1) (Entered: 03/08/2018) |
| 03/08/2018 | 517 | NOTICE *of Defenses* by LARRY KLAYMAN (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2)(Klayman, Larry) (Entered: 03/08/2018) |
| 03/08/2018 | 518 | NOTICE *of Objections to Notice of Authenticity* by LARRY KLAYMAN re 514 Notice (Other), 515 Notice (Other) (Klayman, Larry) (Entered: 03/08/2018) |
| 03/08/2018 | 519 | NOTICE *of Jury Instruction* by LARRY KLAYMAN (Klayman, Larry) (Entered: 03/08/2018) |
| 03/08/2018 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Jury Trial held on 3/8/2018 with the same Jury Panel of (9). Witnesses: Thomas Fitton, Louis Phil Sheldon (Deposition), Susan Prytherch. Jury Trial continued to 3/9/2018 at 9:00 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. (Court Reporter Richard Ehrlich.) (dot) (Entered: 03/08/2018) |
| 03/08/2018 | 520 | NOTICE *of Plaintiff's Objection to Defendant's Exhibits 4–31* by LARRY KLAYMAN (Klayman, Larry) (Entered: 03/08/2018) |
| 03/08/2018 | 521 | NOTICE *of Jury Instructions to Plaintiff's Claims* by LARRY KLAYMAN (Klayman, Larry) (Entered: 03/08/2018) |
| 03/08/2018 | 522 | NOTICE *REGARDING PLAINTIFF'S ASSERTION OF DEFENSES* by THOMAS J. FITTON, JUDICIAL WATCH, INC. (Driscoll, Richard) (Entered: 03/08/2018) |

| 03/08/2018 | 523 | NOTICE *REQUESTING INCLUSION OF LITIGATION PROCEEDING PRIVILEGE JURY INSTRUCTION* by THOMAS J. FITTON, JUDICIAL WATCH, INC. (Driscoll, Richard) (Entered: 03/08/2018) |
|---|---|---|
| 03/09/2018 | 524 | NOTICE *REGARDING OBJECTION TO PLAINTIFF'S PROPOSED JURY INSTRUCTION* by THOMAS J. FITTON, JUDICIAL WATCH, INC. re 521 Notice (Other) (Driscoll, Richard) (Entered: 03/09/2018) |
| 03/09/2018 | 525 | MEMORANDUM OPINION AND ORDER Regarding Counter–Plaintiffs' Proposed Introduction at Trial of Exhibits Through Deposition Testimony of Philip Zodhiates. Signed by Judge Colleen Kollar–Kotelly on March 9, 2018. (lcckk1) (Entered: 03/09/2018) |
| 03/09/2018 | 526 | MEMORANDUM OPINION AND ORDER Regarding Counter–Plaintiffs' Proposed Introduction at Trial of Exhibits Through Deposition Testimony of Maureen Otis. Signed by Judge Colleen Kollar–Kotelly on March 9, 2018. (lcckk1) (Entered: 03/09/2018) |
| 03/09/2018 |  | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Jury Trial held on 3/9/2018 with the same Jury Panel of Nine (9). Defense rests on counterclaim. Mr. Klayman's Motion for Directed Verdict; heard and taken under advisement. Witnesses: Steve Anderson, Paul Orfanedes, Philip Zodhiates (Deposition), Maureen Otis (Deposition), Stephanie DeLuca (Deposition). Jury Trial continued to 3/12/2018 at 9:00 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. (Court Reporter Richard Ehrlich.) (dot) (Entered: 03/09/2018) |
| 03/09/2018 | 527 | REPLY to opposition to motion re 489 MOTION for Sanctions *And Entry of Judgment* MOTION for Entry of Final Judgment filed by LARRY KLAYMAN. (Attachments: # 1 Exhibit)(Klayman, Larry) (Entered: 03/09/2018) |
| 03/09/2018 | 528 | ORDER Regarding Counter–Defendant's Proposed Jury Instruction Regarding Fair Commentary. Signed by Judge Colleen Kollar–Kotelly on March 9, 2018. (lcckk1) (Entered: 03/09/2018) |
| 03/10/2018 | 529 | MOTION for Reconsideration re 528 Order by LARRY KLAYMAN (Klayman, Larry) (Entered: 03/10/2018) |
| 03/11/2018 | 530 | Memorandum in opposition to re 529 MOTION for Reconsideration re 528 Order filed by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Driscoll, Richard) (Entered: 03/11/2018) |
| 03/11/2018 | 531 | REPLY to opposition to motion re 529 MOTION for Reconsideration re 528 Order filed by LARRY KLAYMAN. (Klayman, Larry) (Entered: 03/11/2018) |
| 03/11/2018 | 532 | TRANSCRIPT OF EXCERPT OF JURY TRIAL before Judge Colleen Kollar–Kotelly held on March 7, 2018; Page Numbers: 1 – 12. Date of Issuance:March 8, 2018. Court Reporter/Transcriber Richard D. Ehrlich, Telephone number (202) 354–3269, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/1/2018. Redacted Transcript Deadline set for 4/11/2018. Release of Transcript Restriction set for 6/9/2018.(Ehrlich, Richard) (Entered: 03/11/2018) |
| 03/11/2018 | 533 | NOTICE *Regarding Litigation Privilege Jury Instruction* by LARRY KLAYMAN (Klayman, Larry) (Entered: 03/11/2018) |

| 03/11/2018 | 534 | NOTICE *RESPONDING TO PLAINTIFF'S ASSERTION OF JUDICIAL PROCEEDINGS PRIVILEGE* by THOMAS J. FITTON, JUDICIAL WATCH, INC. re 533 Notice (Other) (Driscoll, Richard) (Entered: 03/11/2018) |
|---|---|---|
| 03/11/2018 | 535 | ORDER Regarding Request for Jury Instruction on Litigation Proceedings Privilege. Signed by Judge Colleen Kollar–Kotelly on March 11, 2018. (lcckk1) (Entered: 03/11/2018) |
| 03/11/2018 | | MINUTE ORDER: Counter–Plaintiffs Judicial Watch, Inc. ("Judicial Watch") and Thomas J. Fitton have requested the removal of the Court's proposed jury instruction regarding "generic" trademarks. Counter–Defendant Larry Klayman opposes.A trademark that has become incontestable can still be challenged as generic. *See, e.g.*, 15 U.S.C. &sect 1065(4) (2016) ("[N]o incontestable right shall be acquired in a mark which is the generic name for the goods or services or a portion thereof, for which it is registered."); *Park 'N Fly, Inc. v. Dollar Park and Fly, Inc.*, 469 U.S. 189, 194 (1985) ("Generic terms are not registrable, and a registered mark may be canceled at any time on the grounds that it has become generic."). The Court has considered relevant legal authorities that discuss a variety of evidence used to make such a challenge. The Court has not found support for any argument that there is a minimum evidentiary threshold for a genericness challenge. Generally, it is for the finder of fact to weigh the types of evidence offered by the party challenging the trademark. Accordingly, at this time the Court rejects Counter–Plaintiffs' request to remove the proposed jury instruction regarding "generic" trademark. The Court shall await Counter–Defendant's testimony to confirm whether he has provided any evidence that could be put before the jury as to the genericness of Judicial Watch's trademarks.The Court also rejects Counter–Plaintiffs' argument in the alternative for an altered jury instruction on "generic" trademark. Assuming that Counter–Defendant puts forward some evidence as to genericness, the Court shall use the jury instruction that the Court has identified in model jury instructions, rather than Counter–Plaintiffs' composite definition relying in part on a treatise.Signed by Judge Colleen Kollar–Kotelly on March 11, 2018. (lcckk1) (Entered: 03/11/2018) |
| 03/12/2018 | 536 | NOTICE *REQUESTING JUDICIAL PROCEEDING INSTRUCTION* by THOMAS J. FITTON, JUDICIAL WATCH, INC. re 535 Order (Driscoll, Richard) (Entered: 03/12/2018) |
| 03/12/2018 | 537 | NOTICE *(SUPPLEMENTAL) REGARDING REQUEST OF JUDICIAL PROCEEDING PRIVILEGE* by THOMAS J. FITTON, JUDICIAL WATCH, INC. re 535 Order (Driscoll, Richard) (Entered: 03/12/2018) |
| 03/12/2018 | 538 | NOTICE *of Litigation Privilege Jury instruction* by LARRY KLAYMAN (Klayman, Larry) (Entered: 03/12/2018) |
| 03/12/2018 | 539 | NOTICE *of Jury Instruction Regarding Material Breach* by LARRY KLAYMAN (Klayman, Larry) (Entered: 03/12/2018) |
| 03/12/2018 | 540 | ORDER Regarding Notice of Counter–Defendant Larry Klayman's Defenses as Affect His Testimony on the Counterclaims of Counter–Plaintiffs Judicial Watch, Inc. and Thomas J. Fitton. Signed by Judge Colleen Kollar–Kotelly on March 12, 2018. (lcckk1) (Entered: 03/12/2018) |
| 03/12/2018 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Jury Trial held on 3/12/2018 with the same Jury Panel of Nine (9). Larry Klayman, Counter Defendant; Rests. No rebuttal. Jury Trial continued to 3/13/2018 at 8:30 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. (Court Reporter Richard Ehrlich.) (dot) (Entered: 03/12/2018) |
| 03/12/2018 | 541 | ORDER. The Court DENIES Plaintiff Larry Klayman's 529 Motion for Reconsideration of the Court's Substantive Order of March 9, 2018, regarding his proposed jury instruction about fair commentary. Signed by Judge Colleen Kollar–Kotelly on March 12, 2018. (lcckk1) (Entered: 03/12/2018) |
| 03/13/2018 | 542 | ORDER Regarding Parties' Further Request for Jury Instruction on Litigation Proceedings Privilege. Signed by Judge Colleen Kollar–Kotelly on March 13, 2018. (lcckk1) (Entered: 03/13/2018) |
| 03/13/2018 | 543 | ORDER regarding Plaintiff's request that the jury consider simple breaches cumulatively in determining whether there was a material breach of contract. Signed |

| | | |
|---|---|---|
| | | by Judge Colleen Kollar–Kotelly on March 13, 2018. (lcckk1) (Entered: 03/13/2018) |
| 03/13/2018 | 544 | ORDER Regarding Redaction of Unidentified Handwriting on Exhibit 67 and Exhibit 161. Signed by Judge Colleen Kollar–Kotelly on March 13, 2018. (lcckk1) (Entered: 03/13/2018) |
| 03/13/2018 | 545 | NOTICE *of Correspondence Regarding Cumulative Material Breach* by LARRY KLAYMAN (Attachments: # 1 Exhibit)(Klayman, Larry) (Entered: 03/13/2018) |
| 03/13/2018 | 546 | NOTICE *of Correspondence Regarding Health Insurance Judgment* by LARRY KLAYMAN (Attachments: # 1 Exhibit)(Klayman, Larry) (Entered: 03/13/2018) |
| 03/13/2018 | 547 | NOTICE *of Correspondence Regarding Litigation Privilege* by LARRY KLAYMAN (Attachments: # 1 Exhibit)(Klayman, Larry) (Entered: 03/13/2018) |
| 03/13/2018 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Jury Trial resumed on 3/13/2018 with the same Jury Panel of Nine (9) and concluded. Jury Deliberation begun and continued to 3/14/2018 at 8:30 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. (Court Reporter Richard Ehrlich.) (dot) (Entered: 03/13/2018) |
| 03/13/2018 | 553 | ATTORNEYS' ACKNOWLEDGEMENT OF TRIAL EXHIBITS. (dot) (Entered: 03/15/2018) |
| 03/13/2018 | 554 | Exhibit List by LARRY KLAYMAN. (dot) (Entered: 03/15/2018) |
| 03/13/2018 | 555 | Exhibit List by DEFENDANTS/COUNTER CLAIMANT.(dot) (Entered: 03/15/2018) |
| 03/13/2018 | 556 | Jury Note (1). (dot) (Entered: 03/15/2018) |
| 03/13/2018 | 557 | **Signature Page of Foreperson**<br><br>Jury Note (1). (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.). (zdot) (Entered: 03/15/2018) |
| 03/14/2018 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Jury Deliberation resumed and concluded on 3/14/2018 with the same Jury Panel of Nine (9). Jury verdict for the Defendant. Jury Panel discharged. (Court Reporter Elizabeth Saint–Loth.) (dot) (Entered: 03/14/2018) |
| 03/14/2018 | | MINUTE ORDER: After the jury returned a verdict at trial, Plaintiff Larry Klayman indicated that he would file what he represented as a motion for "JNOV," judgment notwithstanding the verdict. At Mr. Klayman's request, the Court set the deadline for such motion for sixty (60) days following the court reporter's issuance of the trial transcript. The Court also accepted the parties' respective proposed deadlines for an opposition by Judicial Watch, Inc. and Thomas J. Fitton due thirty (30) days after Mr. Klayman's motion, with Mr. Klayman's reply due thirty (30) days after the opposition. The Court shall issue a further Minute Order establishing specific dates once the court reporter has issued the full trial transcript.Defense counsel also indicated that his clients would seek attorney's fees pursuant to the Confidential Severance Agreement. The Court confirmed that a motion for attorney's fees would not be due until 14 days following the Court's decision on Mr. Klayman's motion.The Court admonished counsel and the parties that they are prohibited from speaking with the jurors without the Court's permission. *See* Local Civil Rule 47.2(b) of the Rules of the United States District Court for the District of Columbia.Signed by Judge Colleen Kollar–Kotelly on March 14, 2018. (lcckk1) (Entered: 03/14/2018) |
| 03/14/2018 | 550 | CLERK'S JUDGMENT in favor of Judicial Watch, Inc., et al, Defendants against Larry Klayman, Plaintiff. (dot) (Entered: 03/15/2018) |
| 03/14/2018 | 558 | Jury Notes (3). (dot) (Entered: 03/15/2018) |
| 03/14/2018 | 559 | **Signature Page of Foreperson**<br><br>Jury Notes (3). (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.). (zdot) (Entered: 03/15/2018) |

| 03/14/2018 | 560 | JURY VERDICT. (dot) (Entered: 03/15/2018) |
|---|---|---|
| 03/14/2018 | 561 | **Signature Page of Foreperson**<br><br>Jury Verdict. (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.). (zdot) (Entered: 03/15/2018) |
| 03/15/2018 | 548 | JUDGMENT ON THE VERDICT for Counterplaintiff Judicial Watch, Inc. against Counterdefendant Larry Klayman. Signed by Judge Colleen Kollar–Kotelly on March 15, 2018. (lcckk1) (Entered: 03/15/2018) |
| 03/15/2018 | 549 | JUDGMENT ON THE VERDICT for Counterplaintiff Thomas J. Fitton against Counterdefendant Larry Klayman. Signed by Judge Colleen Kollar–Kotelly on March 15, 2018. (lcckk1) (Entered: 03/15/2018) |
| 03/20/2018 | 562 | MOTION to Vacate *Entry of Judgment* by LARRY KLAYMAN (Klayman, Larry) (Entered: 03/20/2018) |
| 03/22/2018 |  | MINUTE ORDER: The Court has received Plaintiff Larry Klayman's 562 Motion to Vacate Entry of Judgment Pending FRCP Rule 50 Motion. Defendant/Counter–Plaintiff Judicial Watch, Inc. and Counter–Plaintiff Thomas J. Fitton shall respond by **MARCH 29, 2018**. Plaintiff Larry Klayman shall reply by **APRIL 5, 2018**. Signed by Judge Colleen Kollar–Kotelly on March 22, 2018. (lcckk1) (Entered: 03/22/2018) |
| 03/22/2018 |  | Set/Reset Deadlines: Response to 562 due by 3/29/2018. Reply due by 4/5/2018. (dot) (Entered: 03/22/2018) |
| 03/28/2018 | 563 | Memorandum in opposition to re 562 MOTION to Vacate *Entry of Judgment* filed by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Driscoll, Richard) (Entered: 03/28/2018) |
| 04/05/2018 | 564 | REPLY to opposition to motion re 562 MOTION to Vacate *Entry of Judgment* filed by LARRY KLAYMAN. (Klayman, Larry) (Entered: 04/05/2018) |
| 04/12/2018 | 565 | ORDER. The Court GRANTS Mr. Klayman's 562 Motion to Vacate Entry of Judgment Pending FRCP 50 Motion and VACATES the Court's 548 Judgment on the Verdict for Counterplaintiff Judicial Watch, Inc., the Court's 549 Judgment on the Verdict for Counterplaintiff Thomas J. Fitton, and the Clerk's 550 Judgment on the Verdict for Defendant, pending disposition of Mr. Klayman's post–trial motion(s).**Mr. Klayman must file any and all post–trial motions in a single pleading within 60 days following the court reporter's completion of the full trial transcript. The Court shall not consider any post–trial motion not contained within this single pleading filed by the aforementioned deadline. No extensions shall be granted for any reason.**The parties shall file a Joint Notice with the Court **within 2 days** of the court reporter's production of the full trial transcript to the parties, or the production of the last of the volumes of a transcript produced on a rolling basis. Alternatively, the parties must submit a Joint Status Report on **APRIL 26, 2018**, indicating the status of the completion of those transcripts.See Order for further details.Signed by Judge Colleen Kollar–Kotelly on April 12, 2018. (lcckk1) (Entered: 04/12/2018) |
| 04/12/2018 |  | Set/Reset Deadlines: Joint Status Report due by 4/26/2018, indicating the status of the completion of those transcripts. (dot) (Entered: 04/12/2018) |
| 04/26/2018 | 566 | STATUS REPORT *REGARDING TRANSCRIPT* by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Driscoll, Richard) (Entered: 04/26/2018) |
| 04/26/2018 | 567 | STATUS REPORT *Regarding Transcripts* by LARRY KLAYMAN. (Klayman, Larry) (Entered: 04/26/2018) |
| 04/27/2018 |  | MINUTE ORDER: The Court has received the parties' 566 and 567 Status Reports, which indicate that the court reporter has not yet completed the trial transcript. The parties offer differing specificity as to the timeline for completion of that transcript. As the Court has previously instructed, the parties shall file a Joint Notice with the Court within 2 days of the court reporter's production of the full trial transcript to the parties, or the production of the last of the volumes of a transcript produced on a rolling basis. If that event has not yet occurred by **MAY 11, 2018**, the parties must submit a Joint |

| | | Status Report on that date indicating the status of the completion of the transcript. Signed by Judge Colleen Kollar–Kotelly on April 27, 2018. (lcckk1) (Entered: 04/27/2018) |
|---|---|---|
| 04/27/2018 | | Set/Reset Deadlines: Joint Status Report indicating the status of the completion of the transcript due by 5/11/2018. (dot) (Entered: 04/30/2018) |
| 05/14/2018 | 568 | Joint STATUS REPORT by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Driscoll, Richard) (Entered: 05/14/2018) |
| 05/15/2018 | | MINUTE ORDER: The Court has received the 568 Joint Status Report, filed by Judicial Watch, Inc. and Thomas J. Fitton with Larry Klayman's consent, which indicates that the court reporter provided the trial transcript to the parties on May 11, 2018. The Court shall now fix the 60–day deadline applicable to Mr. Klayman's renewed motion for judgment as a matter of law and to any and all other post–trial motions that Mr. Klayman may choose to file. *See* Min. Order of Mar. 14, 2018 (setting forth timeline for motion for JNOV and briefing); Order, ECF No. 565, at 3 (requiring any and all post–trial motions by Mr. Klayman to be filed in single pleading). Accordingly, Mr. Klayman's renewed motion for judgment as a matter of law, and any and all other post–trial motions by Mr. Klayman, shall be filed in a single pleading on or before **JULY 10, 2018. The Court shall not consider any post–trial motion that is not contained within this single pleading filed by the aforementioned deadline and shall not grant any extension of this deadline for any reason.** *See* Order, ECF No. 565, at 3 (explaining this requirement).Judicial Watch, Inc. and Thomas J. Fitton shall file in a single pleading their oppositions to any and all of the above–described post–trial motion(s) on or before **AUGUST 9, 2018**. Mr. Klayman's repl(ies), if any, shall be filed in a single pleading on or before **SEPTEMBER 10, 2018. In the interest of efficient resolution of post–trial proceedings discussed in the Court's 565 Order, the Court shall not consider any opposition or reply, respectively, that is not contained within a single pleading filed by the aforementioned applicable deadline and shall not grant any extension of that deadline for any reason.**Signed by Judge Colleen Kollar–Kotelly on May 15, 2018. (lcckk1) (Entered: 05/15/2018) |
| 05/15/2018 | | Set/Reset Deadlines: Mr. Klayman's renewed motion for judgment as a matter of law, and any and all other post–trial motions due by 7/10/2018. Oppositions due by 8/9/2018. Replies due by 9/10/2018. (dot) (Entered: 05/16/2018) |
| 07/05/2018 | 569 | NOTICE *of Request to File Jury Instructions* by LARRY KLAYMAN (Klayman, Larry) (Entered: 07/05/2018) |
| 07/05/2018 | | MINUTE ORDER: Chambers has received Plaintiff Larry Klayman's 569 Request to File Final Jury Instructions. The parties are directed to consult the trial transcript prepared by the court reporter for a complete record of the final jury instructions as delivered, which are considered the official written jury instructions. *See* Min. Order of May 15, 2018 (noting the parties' representation that the court reporter provided them with the trial transcript on May 11, 2018). Signed by Judge Colleen Kollar–Kotelly on July 5, 2018. (lcckk1) (Entered: 07/05/2018) |
| 07/10/2018 | 570 | ENTERED IN ERROR. . . . . MOTION for Judgment as a Matter of Law , MOTION for New Trial , MOTION for Leave to File Excess Pages , MOTION Remittitur by LARRY KLAYMAN (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Klayman, Larry) Modified on 7/11/2018 (ztd). (Entered: 07/10/2018) |
| 07/10/2018 | 571 | Amended MOTION for Judgment as a Matter of Law , MOTION for New Trial , MOTION Remittitur , MOTION for Leave to File Excess Pages by LARRY KLAYMAN (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Klayman, Larry) (Entered: 07/10/2018) |
| 07/11/2018 | | NOTICE OF CORRECTED DOCKET ENTRY: re 570 MOTION for Judgment as a Matter of Law MOTION for New Trial MOTION for Leave to File Excess Pages MOTION Remittitur was entered in error and counsel refiled said pleading as docket entry 571 . (ztd) (Entered: 07/11/2018) |
| 07/13/2018 | 572 | Second MOTION for Sanctions *and Entry of Judgment* by LARRY KLAYMAN (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Text of Proposed Order)(Klayman, Larry). Added MOTION |

| | | |
|---|---|---|
| | | for Entry of Judgment on 7/16/2018 (ztd). (Entered: 07/13/2018) |
| 07/16/2018 | 573 | MOTION to Strike 572 Second MOTION for Sanctions *and Entry of Judgment* MOTION for Entry of Final Judgment by THOMAS J. FITTON, JUDICIAL WATCH, INC. (Driscoll, Richard) (Entered: 07/16/2018) |
| 07/16/2018 | 574 | RESPONSE re 573 MOTION to Strike 572 Second MOTION for Sanctions *and Entry of Judgment* MOTION for Entry of Final Judgment filed by LARRY KLAYMAN. (Klayman, Larry) (Entered: 07/16/2018) |
| 07/17/2018 | 575 | REPLY to opposition to motion re 573 MOTION to Strike 572 Second MOTION for Sanctions *and Entry of Judgment* MOTION for Entry of Final Judgment filed by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Driscoll, Richard) (Entered: 07/17/2018) |
| 08/09/2018 | 576 | Memorandum in opposition to re 571 Amended MOTION for Judgment as a Matter of Law MOTION for New Trial MOTION Remittitur MOTION for Leave to File Excess Pages filed by THOMAS J. FITTON, JUDICIAL WATCH, INC.. (Driscoll, Richard) (Entered: 08/09/2018) |
| 09/10/2018 | 577 | MOTION for Leave to File Excess Pages by LARRY KLAYMAN (Attachments: # 1 Text of Proposed Order)(Klayman, Larry) (Entered: 09/10/2018) |
| 09/10/2018 | 578 | REPLY to opposition to motion re 571 Amended MOTION for Judgment as a Matter of Law MOTION for New Trial MOTION Remittitur MOTION for Leave to File Excess Pages filed by LARRY KLAYMAN. (Klayman, Larry) (Entered: 09/10/2018) |
| 03/04/2019 | 579 | NOTICE *JOINT NOTICE OF COMPLIANCE* by LARRY KLAYMAN (Klayman, Larry) (Entered: 03/04/2019) |
| 03/18/2019 | 580 | ORDER. The Court DENIES Larry Klayman's 571 Motion for Judgment as a Matter of Law, for a New Trial, or in the Alternative, for Remittitur of the Jury Verdict, DENIES Klayman's 489 Motion for Sanctions and Entry of Judgment, DENIES Klayman's 572 Renewed Motion for Sanctions and Entry of Judgment, and DENIES Judicial Watch, Inc.'s and Thomas J. Fitton's 573 Motion to Strike Plaintiff's Renewed Motion for Sanctions and Entry of Judgment. The Court GRANTS that portion of Klayman's 571 filing containing his Motion for Leave to Exceed Page Limit by One Page and GRANTS Klayman's 577 Motion for Leave to File Reply in Excess of Two (2) Pages and Three (3) Lines. See Order for further details. Signed by Judge Colleen Kollar–Kotelly on March 18, 2019. (lcckk1) (Entered: 03/18/2019) |
| 03/18/2019 | 581 | MEMORANDUM OPINION. Signed by Judge Colleen Kollar–Kotelly on March 18, 2019. (lcckk1) (Entered: 03/18/2019) |
| 03/18/2019 | 582 | JUDGMENT ON THE VERDICT for Counter–Plaintiff Judicial Watch, Inc. against Counter–Defendant Larry Klayman. Signed by Judge Colleen Kollar–Kotelly on March 18, 2019. (lcckk1) (Entered: 03/18/2019) |
| 03/18/2019 | 583 | JUDGMENT ON THE VERDICT for Counter–Plaintiff Thomas J. Fitton against Counter–Defendant Larry Klayman. Signed by Judge Colleen Kollar–Kotelly on March 18, 2019. (lcckk1) (Entered: 03/18/2019) |
| 03/18/2019 | 584 | FINAL JUDGMENT. Signed by Judge Colleen Kollar–Kotelly on March 18, 2019. (lcckk1) (Entered: 03/18/2019) |