**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| LARRY KLAYMAN | |
|         Plaintiff, | Civil Action No.: 06-cv-670 |
| v. | |
| JUDICIAL WATCH, INC. | |
|         Defendants. | |

**PLAINTIFF'S MOTION TO STAY RESOLUTION OF DEFENDANT'S MOTION FOR ATTORNEY FEES AND COSTS**

Plaintiff Larry Klayman ("Mr. Klayman") respectfully moves this Court to stay resolution of Defendant Judicial Watch, Inc.'s ("Judicial Watch") Motion for Attorney Fees and Costs and Supplement thereto until Mr. Klayman's Motion for Reconsideration and Renewed Request for Recusal has been decided. ECF No. 587. Because the validity of the underlying judgment is now at issue, and the case is stayed pending resolution of such a motion under Fed. R. App. P (4)(A), Mr. Klayman respectfully requests a stay until this threshold matter can be resolved. Doing so is in the interest of judicial economy and will potentially save the time and resources of the Court and all parties involved.

Counsel for Defendant Judicial Watch, Inc., Mr. Richard Driscoll, has been contacted but has not as of yet responded to Plaintiff's request for consent to the relief sought. Plaintiff will so advise the court when Mr. Driscoll responds.

Dated: April 16, 2019                                          Respectfully submitted,

                                                                                     */s/ Larry Klayman*
                                                                                      Larry Klayman, Esq.
                                                                                      2020 Pennsylvania Ave NW, #800

Washington, DC, 20006
Tel: 310-595-0800
Email: leklayman@gmail.com
*Pro Se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on April 16, 2019.

*/s/ Larry Klayman*