# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN,     Plaintiff, <br><br> v. <br><br> JUDICIAL WATCH, INC., *et al.*,     Defendants. | Civil Action No. 06-670 (CKK) |

# ORDER[1]
(August 7, 2019)

For the reasons set forth in the accompanying Memorandum Opinion, in an exercise of its discretion the Court shall **DENY** Larry Klayman's [587] Motion for Reconsideration of the Court's Order Denying Motion for Judgment Notwithstanding the Verdict; **DENY** Klayman's [587] Renewed Motion for Voluntary Recusal or Disqualification; **DENY** Klayman's [592] Motion for Sanctions; **RESOLVE** Judicial Watch, Inc.'s ("Judicial Watch") and Thomas J. Fitton's [585] Motion for Attorney Fees and Costs; **LIFT THE STAY** on Judicial Watch's [595] Writ of Attachment on a Judgment; and **LIFT THE STAY** on Fitton's [596] Writ of Attachment on a Judgment.

**SO ORDERED.**

This is a final appealable Order

Dated: August 7, 2019

                                                               /s/
                                                          COLLEEN KOLLAR-KOTELLY
                                                          United States District Judge

---

[1] Although the case caption suggests that this case involves multiple defendants, only one, Judicial Watch, Inc., remained in this action by the time of trial. In addition, the case caption does not reflect Judicial Watch, Inc.'s and Thomas J. Fitton's counterclaims. However, because the Court has used this caption for most of the proceedings in this long case, the Court shall not do otherwise at this late hour.