## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN,<br><br>    Plaintiff,<br>  v.<br><br>JUDICIAL WATCH, INC.,<br><br>    Defendant. | Civil Action No. 1:06-cv-00670 |

## NOTICE OF INQUIRY

Plaintiff Larry Klayman respectfully requests the Court to advise whether it will rule on and issue an order concerning his motion to stay before midnight tonight, as today is the last day to file a notice of appeal.

Dated: September 6, 2019        Respectfully submitted,

                     */s/ Larry Klayman*

                     Larry Klayman, Esq.
                     2020 Pennsylvania Ave NW, #800
                     Washington, DC, 20006
                     Tel: 561-558-5336
                     Email: leklayman@gmail.com

                     *Pro Se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on September 6, 2019.

2

*/s/ Larry Klayman*