# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LARRY KLAYMAN,

        Plaintiff,

v.

JUDICIAL WATCH, INC.,

        Defendant.

Civil Action No. 1:06-cv-00670

## NOTICE OF APPEAL

Plaintiff and Counter Defendant Larry Klayman hereby appeals to the United States Court of Appeals for the District of Columbia Circuit the March 24, 2009 Order Granting Defendants' Motion for Sanctions, ECF No. 302, March 14, 2018 Jury Verdict, ECF No. 560, March 15, 2018 Judgment on the Verdict,  March 15, 2018 Judgment on the Verdict, ECF No. 548, 549, March 18, 2019 Order Denying Motion for Judgment as Matter of Law, for a New Trial, or in the Alternative, for Remittitur of the Jury Verdict, ECF No. 580, August 7, 2019 Order Denying  Motion for Reconsideration of the Court's Order Denying Motion for Judgment Notwithstanding the Verdict and Renewed Motion for Voluntary Recusal or Disqualification, ECF No. 603, August 22, 2019 Order Denying Motion for Reconsideration, ECF No. 607, all orders denying motions for recusal and/or disqualification, and all other rulings and orders adverse to Plaintiff and Counter-Defendant Larry Klayman in this cause.

Dated: September 6, 2019                              Respectfully submitted,

                                                             */s/ Larry Klayman*

                                                             Larry Klayman, Esq.
                                                             2020 Pennsylvania Ave NW, #800

> Washington, DC, 20006
> Tel: 561-558-5336
> Email: leklayman@gmail.com
>
> *Pro Se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on September 6, 2019.

> */s/ Larry Klayman*