# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, <br>     Plaintiff, <br> v. <br> JUDICIAL WATCH, INC., *et al.*, <br>     Defendants. | Civil Action No. 06-670 (CKK) |

## ORDER
(September 13, 2019)

The Court has received the United States Court of Appeals for the District of Columbia Circuit's Order that the case be held in abeyance pending further order of this Court. So the appeal may move forward, the Court is resolving Plaintiff Larry Klayman's [617] Motion to Strike Order and Memorandum Opinion of the Court Sua Sponte Issued After Notice of Appeal Was Filed as They Both Lack Jurisdiction. The Court accordingly **DENIES** the Motion. The Court of Appeals can determine whether the Court had jurisdiction. The Clerk shall transmit a copy of this Order to the D.C. Circuit.

    **SO ORDERED.**

    **This is a final appealable Order.**

Dated: September 13, 2019

                                                                   /s/ <br>
                                                    COLLEEN KOLLAR-KOTELLY <br>
                                                    United States District Judge