# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 19-7105** | **September Term, 2019** |
| | 1:06-cv-00670-CKK |
| | Filed On: September 12, 2019 [1806322] |

Larry Elliott Klayman,

      Appellant

  v.

Judicial Watch, Inc., et al.,

      Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly upon the conclusion of its proceedings.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                    BY:   /s/
                              Laura M. Chipley
                              Deputy Clerk