# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 19-7105**  **September Term, 2021**

**1:06-cv-00670-CKK**

**Filed On: September 23, 2021** [1915396]

Larry Elliott Klayman,

    Appellant

  v.

Judicial Watch, Inc., et al.,

    Appellees

## M A N D A T E

In accordance with the judgment of July 30, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Daniel J. Reidy
Deputy Clerk

Link to the judgment filed July 30, 2021