# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 19-7105**             **September Term, 2020**

FILED ON: JULY 30, 2021

LARRY KLAYMAN,
           APPELLANT

v.

JUDICIAL WATCH, INC., ET AL.,
           APPELLEES

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:06-cv-00670)

---

Before: WILKINS and RAO, *Circuit Judges*, and SILBERMAN, *Senior Circuit Judge*

**J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgments and orders of the District Court appealed from in this cause be affirmed in full, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

           **FOR THE COURT:**
           Mark J. Langer, Clerk

BY:    /s/

           Daniel J. Reidy
           Deputy Clerk

Date: July 30, 2021

Opinion for the court filed by Circuit Judge Rao.