IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN | |
| Plaintiff, | Civil Action No.: 06-cv-670 |
| v. | |
| JUDICIAL WATCH, INC. | |
| Defendants. | |

## NOTICE OF FILING

Plaintiff Larry Klayman hereby provides notice, for the purpose of the record, that a formal complaint pursuant to the Judicial Conduct and Disability Act concerning the Honorable Colleen Kollar-Kotelly before the Judicial Council has been filed.

Dated: March 18, 2022

Respectfully submitted,

*/s/ Larry Klayman*
Larry Klayman, Esq.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
561-558-5336
Email: leklayman@gmail.com
*Plaintiff Pro Se*

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, March 18, 2022 a copy of the foregoing was filed in person at the office of the clerk and served via email to counsel of record at:

rdriscoll@driscollseltzer.com

*/s/ Larry Klayman*



1