## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN,<br><br>               Plaintiff,<br>v.<br><br>JUDICIAL WATCH, INC.<br><br>               Defendants. | Civil Action No.: 06-cv-670 |

### NOTICE OF CONFLICT OF INTEREST

As a result of the Court's June 16, 2022 Order referring this case to a Magistrate Judge Michael Harvey, Plaintiff Larry Klayman reminds and cautions the Honorable Colleen Kolar-Kotelly that because of pending litigation filed by Plaintiff Larry Klayman *pro se*, *Klayman v. Rao et al*, 1:21-cv-2473 (D.D.C.) in which she is a defendant, and due to a related formal complaint pursuant to the Judicial Conduct and Disability Act concerning the Honorable Colleen Kollar-Kotelly before the Judicial Council, she has a conflict of interest and therefore should have recused itself from this case instead of referring this case to Magistrate Michael Harvey.

In sum, Judge Kotelly continuing to sit on this case, on top of the Magistrate Judge, constitutes further ethical violations and, if this is not corrected immediately by COB on June 23, 2022, the initial complaint to the Judicial Council will be supplemented forthwith with appropriate further discipline requested. The legal and professional judicial ethics authority for this recusal has previously been put forth to this Court, but it has, as has been true in the past, characteristically gone substantively unaddressed and thus ignored.

This Court must thus immediately recuse itself and vacate the order of referral to Magistrate Judge Harvey.

1



RECEIVED
Mail Room

JUN 2 2 2022

Angela D. Caesor, Clerk of Court
U.S. District Court, District of Columbia

Dated: June 21, 2022

Respectfully submitted,

/s/ Larry Klayman
Larry Klayman, Esq.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
561-558-5336
Email: leklayman@gmail.com
*Plaintiff Pro Se*

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, June 21, 2022 a copy of the foregoing was sent to the clerk of the Court via Federal Express and served via email to counsel of record at:

rdriscoll@driscollseltzer.com

/s/ Larry Klayman