**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

LARRY KLAYMAN,

Plaintiff,

v.

JUDICIAL WATCH, INC.,

Defendant.

Civil Action No. 1:06-cv-00670

## OBJECTIONS TO WRIT OF GARNISHMENT

Plaintiff, Larry Klayman, hereby objects to the Writs of Garnishment issued by Defendant Thomas Fitton and Judicial Watch, Inc. (collectively, "Defendants") on the following grounds:

1.    Plaintiff is currently still challenging the underlying action before the U.S. Court of Appeals for the District of Columbia Circuit ("D.C. Circuit") in a case styled *Klayman v. Rao et al*, 21-5269 (D.C. Cir.) (the "*Rao* Case")

2.    D.C. Code § 16-573(b), precludes Defendants from garnishing Plaintiff's wages because there is a "court proceeding attacking the attachment or the judgment on which [the writs] are based." In particular, Plaintiff is "attacking the . . . judgment" through an appeal to the D.C. Circuit through the *Rao* Case.

3.    There is currently pending litigation, and a grievance before the Judicial Council with regard to the Honorable Colleen Kollar Kotelly and pending litigation against both Judge Kotelly and the Honorable G. Michael Harvey with regard to this action. *Klayman v. Kotelly et al*, 1:22-cv-2074 (D.D.C.). Thus, Judge Kotelly and Judge Harvey have a demonstrable conflict of interest and cannot continue presiding over this case.

RECEIVED
Mail Room

AUG 30 2022

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

1

4.      Defendants failed to provide Plaintiff the appropriate notice "on the date [Defendants] (may incorrectly and falsely claim to have) serve[d] the writ of attachment" as required by D.C. Code § 16-502, thereby rendering the service and writ itself defective.

5.      The writs – exact copies of which are available at ECF Nos. 650 and 651 – are, and always have been, defective because they violate 28 U.S.C. § 1691.[1]

6.      If Defendants persist, especially, while the above legal matters are pending, more litigation and other legal recourse will ensue against them. Dated: August 29, 2022

Respectfully submitted,

*Larry Klayman / B.S.*

Larry Klayman
2020 Pennsylvania Ave NW, #800
Washington, DC, 20006
Tel: 561-558-5336
Email: leklayman@gmail.com

*Pro Se*

---

[1] Plaintiff reserves all other rights, objections, and remedies available under the law. In filing this objection, Plaintiff is in no way limiting the grounds upon which it may move or otherwise challenge Defendants' abusive execution-tactics, particularly with regard to a judgment which was procured through fraud and other illegal means.

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, August 29, 2022 a copy of the foregoing filed in person with the clerk of the Court and served via email to counsel of record at: rdriscoll@driscollseltzer.com

Larry Klayman/B.S.