IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LARRY KLAYMAN,

                Plaintiff,

v.

JUDICIAL WATCH, INC.,

                Defendant.

Civil Action No. 1:06-cv-00670

## NOTICE OF INTENT TO FILE PETITION FOR REHEARING EN BANC

Plaintiff Larry Klayman hereby informs the Court that in light of the U.S. Court of Appeals for the District of Columbia's order of September 9, 2022 affirming the erroneous orders of this Court, he will be timely filing a Petition for Rehearing En Banc on or before October 10, 2022 as provided for under D.C. Court of Appeals Rule 35 and if this matter is not take up *en banc*, a petition for writ of mandamus before the U.S. Supreme Court. At the oral argument in this case, the three-judge panel appeared to suggest that the conduct of this Court "shocked the conscience," but that it lacked the appropriate judicial avenue to grant relief and that a Petition for Writ of Mandamus before the Supreme Court would be appropriate. *See* Exhibit 1; Transcript.

Dated: September 14, 2022

Respectfully submitted,

/s/ Larry Klayman
Larry Klayman, Esq.
2020 Pennsylvania Ave NW, #800
Washington, DC, 20006
Tel: 561-558-5336
Email: leklayman@gmail.com

*Pro Se*

RECEIVED
SEP 14 2022
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

1

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, September 14, 2022 a copy of the foregoing filed in person with the clerk of the Court and served via email to counsel of record at: rdriscoll@driscollseltzer.com

*Larry Klayman /cm*
Larry Klayman