# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN,<br>    Plaintiff,<br>v.<br>JUDICIAL WATCH, INC., *et al.*,<br>    Defendants. | Civil Action No. 06-670 (CKK) |

## ORDER
(May 3, 2023)

Plaintiff's [662] Objections to [657] Magistrate Judge Harvey's Report and Recommendation also include a Motion to Refer to Another Independent Court Outside of the District of Columbia Circuit and Motion for Sanctions and Referral of Attempted Fraud to the Committee on Grievances.

As for Plaintiff's motion to transfer this case to another court, the Court incorporates its previous analyses and conclusions on the same issue, including the most recent [649] Order Denying Plaintiff's [643] Renewed Motion to Transfer the case. *See* Order, ECF No. 649; *see also* Mem. Op., ECF No. 315; Mem. Op., ECF No. 356; Mem. Op. & Order, ECF No. 425; Mem. Op., ECF No. 604. Plaintiff's [662] filing raises no new meritorious arguments. The Court **DENIES** Plaintiff's motion to transfer this case to another court.

As for Plaintiff's motion for sanctions, he states that he "moves for severe sanctions against the Defendants for making false and fraudulent claims in their motion for fees." ECF No. 662 at 1. He continues that Defendants' "attempted fraud has already been confirmed through the fact that… Magistrate Harvey [] recommend[ed] a reduction… in fees" in his [657] Report and Recommendation, *id.*, and provides a list of other allegedly "false and fraudulent acts," *id.* at 5. But as Defendants point out, *see* ECF No. 665 at 1, Plaintiff does not include any evidence to substantiate these allegations. Furthermore, Defendants argue, Plaintiff "does not articulate any standard, rule, or statute for the sanctions he seeks." *Id.* In Plaintiff's [666] Reply, he again fails to provide factual or legal support for his motion. Instead, he spends much of his brief discussing unrelated issues, such as the filing of pleadings on the docket, ECF No. 666 at 1,

1

remarks that are dismissive of this Court, *id.* at 2, mention of his past employment, *id.*, and discussion of other lawsuits, *id.* at 3. On this record, the Court **DENIES** Plaintiff's motion for sanctions.

As a final judgment has been entered in this case and, with the issue of Attorney's Fees and Costs resolved, *see* Order, ECF No. 669, and now Plaintiff's Motion to Refer to Another Independent Court Outside of the District of Columbia Circuit and Motion for Sanctions and Referral of Attempted Fraud to the Committee on Grievances having been resolved, there are no remaining motions in this case. The case is hereby **DISMISSED**.

**SO ORDERED**.

*This is a final appealable Order.*

Date: May 3, 2023

_____/s/_____

Hon. Colleen Kollar-Kotelly
United States District Judge