**LEAVE TO FILE GRANTED**
CKK 5/10/2023

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LARRY KLAYMAN,

               Plaintiff,

v.

JUDICIAL WATCH, INC.,

               Defendant.

Civil Action No. 1:06-cv-00670

### PLAINTIFF LARRY KLAYMAN'S NOTICE OF INTENT TO FILE FOR POST JUDGMENT RELIEF

Plaintiff Larry Klayman ("Mr. Klayman" or "Plaintiff") hereby notifies the Court that he will be filing a Notice of Appeal and a post-judgment Complaint pursuant to D.C. Superior Court Rule 60 to set aside the Court's May 3, 2023 order granting attorney's fees, ECF No. 669, based on fraud and other illegalities as well as seeking other appropriate relief with regards to the Honorable Colleen Kollar Kotelly and Magistrate Judge G. Michael Harvey.

Dated: May 3, 2023

Respectfully submitted,

Larry Klayman, Esq.
2020 Pennsylvania Ave NW, #800
Washington, DC, 20006
Tel: 561-558-5336
Email: leklayman@gmail.com

*Pro Se*

RECEIVED
Mail Room
MAY - 4 2023
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, May 3, 2023 a copy of the foregoing filed in person with the clerk of the Court and served via email to counsel of record at:

rdriscoll@driscollseltzer.com

Larry Klayman

2