RECEIVED BY CHAMBERS
6/22/23

LEAVE TO FILE GRANTED
Judge Kollar-Kotelly
6/27/23

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, <br><br> Plaintiff, <br><br> v. <br><br> JUDICIAL WATCH, INC., <br><br> Defendant. | Civil Action No. 1:06-cv-00670 <br><br> RECEIVED <br> Mail Room <br><br> JUN 20 2023 <br><br> Angela D. Caesar, Clerk of Court <br> U.S. District Court, District of Columbia |

### PLAINTIFF LARRY KLAYMAN'S SUPPLEMENT TO MOTION FOR LEAVE TO FILE REPLY

Plaintiff Larry Klayman moves this Court to grant an extension of time *nunc pro tunc* for him to file his Reply to Plaintiff's Motion for Relief From Order of May 3, 2023 Pursuant to Federal Rules of Civil Procedure 59(e) and 60(b) on June 9, 2023 and as grounds would show:

1. This Court has previously denied Mr. Klayman's ability to file pleadings electronically in this case, while other judges in the U.S. District Court for the District of Columbia who are presiding over his pro se cases have ordered that he may file pleadings electronically.

2. Given the press of business with filings in other cases on June 8, 2023, and because Mr. Klayman and his staff forgot that there was a physical requirement to file hard copy pleadings, the attached Reply to Plaintiff's Motion for Relief From Order of May 3, 2023 Pursuant to Federal Rules of Civil Procedure 59(e) and 60(b) did not make it to the clerk in time to file it on that day. This Reply was nevertheless served on counsel for the Defendants that day.

3. No prejudice will thus result to any party or the Court if it grants leave to file the Reply one day after the deadline had run. Indeed, the pleading has already been filed with the clerk, but given the lag time that has occurred in the past for the clerk to docket pleadings that

1

have been filed physically, it will probably appear on the docket in 2 to 5 days, which has been the unfortunate practice.

4. Counsel for Defendant has consented to this request. The Court previously denied this motion without prejudice due to it not indicating whether consent was given, so Mr. Klayman hereby updates the Court in this regard.

WHEREFORE, for good cause given the inadvertent filing one day late, where service on the opposing party was made timely in any event, Plaintiff requests that leave to file on June 9, 2023, be granted in the interest of fairness and justice.

Dated: June 15, 2023					Respectfully submitted,

/s/ Larry Klayman
Larry Klayman
7050 W. Palmetto Park Rd.
Boca Raton, FL, 33433
Tel: 561-558-5336
Email: leklayman@gmail.com

*Pro Se*

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, June 15, 2023 a copy of the foregoing was served via email to counsel of record at: rdriscoll@driscollseltzer.com

/s/ Larry Klayman